UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 |
| | *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

**ORDER**

Considering the foregoing Motion in Limine (*Daubert* Motion) to Exclude the Testimony and Report of Plaintiff's Proffered Expert, Andrew Vanchiere, filed by Scottsdale Insurance Company;

IT IS HEREBY ORDERED that the Motion in Limine (*Daubert* Motion) to Exclude the Testimony and Report of Plaintiff's Proffered Expert, Andrew Vanchiere is **GRANTED**;

Lake Charles, Louisiana, this _____ day of _____, 2021.


_____
HON. JAMES CAIN, DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA

4