UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 |
| | *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

# EXHIBIT LIST FOR MOTION IN LIMINE (*DAUBERT* MOTION) TO EXCLUDE THE TESTIMONEY AND REPORT OF PLAINTIFF'S PROFFERED EXPERT, ANDREW VANCHIERE

1. Plaintiff's Answers to First Set of Interrogatories, Request for Admission and Requests for Production of Documents
2. Affidavit of Stephen Duplantis and attached Expert Reports
3. Vanchiere Report, Latter & Blum 000112
4. Deposition of Andrew Vanchiere, Vol. I
5. Deposition of Andrew Vanchiere, Vol II
6. 30(b)(6) Deposition of Encore, Inc., Vol. I
7. 30(b)(6) Deposition of Encore, Inc., Vol. II
8. Encore Contract, Encore 55