UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

EAUX HOLDINGS, LLC

VERSUS

SCOTTSDALE INSURANCE CO.

CIVIL CASE NO. 2:20-CV-01582
*Jury Trial*

JUDGE JAMES CAIN

MAG. JUDGE KATHLEEN KAY

---

**AFFIDAVIT OF STEPHEN DUPLANTIS**

**STATE OF TEXAS**

**HARRIS COUNTY**

Before me, the undersigned notary public, personally came and appeared:

**STEPHEN DUPLANTIS**

who, after being duly sworn, stated as follows:

1. I am the Executive Managing Director of Newmark Knight Frank Valuation & Advisory.

2. I am a certified general real estate appraiser in the states of Arkansas, Kansa, Louisiana, Mississippi, Missouri, Oklahoma and Texas.

3. I was engaged by Keogh Cox & Wilson to prepare a review of Andrew Vanchiere's opinion of value report, and two separate appraisals of the property located at 620 Esplanade in Lake Charles, Louisiana.

4. On August 12, 2021, I prepared an expert report, entitled Review of Broker Opinion Value Report, attached as Exhibit A.

Exhibit 2

5. I hereby adopt and incorporate herein all of the opinions, statements and analysis in the attached Exhibit A. It is my opinion that the report of Andrew Vanchiere is not sufficiently credible or reliable.

6. On August 15, 2021, I prepared a report entitled Appraisal of an Office Property Known as Esplanade Plaza Office Building Located At 620 Esplanade Street, Lake Charles, Calcasieu Parish, LA 70607, attached as Exhibit B.

7. I hereby adopt and incorporate herein all of the opinions, statements and analysis in the attached Exhibit B. The appraisal value of the property as of July 23, 2021 is $2,930,000.

8. On August 15, 2021, I prepared a report entitled Appraisal of an Office Property Known as Esplanade Plaza Office Building Located At 620 Esplanade Street, Lake Charles, Calcasieu Parish, LA 70607, attached as Exhibit C. The purpose of this appraisal is to determine the Retrospective Market Value of the subject property as of August 26, 2020, or one day prior to the landfall of Hurricane Laura

9. I hereby adopt and incorporate all of the opinions, statements and analysis in the attached Exhibit C. The retrospective appraisal value of the property as of August 26, 2020 is $2,270,000.

10. All analyses, opinions, and conclusions in the reports attached as Exhibits A, B and C were prepared in conformance with the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and Standards of Professional

Appraisal Practice of the Appraisal Institute, as well as the requirements of the State of Louisiana.

11. The statements of fact contained in this report are true and correct.

_____
                Stephen Duplantis

SWORN AND SUBSCRIBED before me, notary Public, on this 3rd day of September, 2021.

                Notary Public

MARTHA RINCON-GUILBEAU
Notary Public, State of Texas
Comm. Expires 11-25-2024
Notary ID 125112527

Exhibit A



# Esplanade Office Building

620 Esplanade Street

Lake Charles, Calcasieu Parish County, LA 70607

NKF Job No.: 21-0150557-1



**Broker Consultation and Opinion of Value (BOV) Review Report Prepared For:**

John Wolff

Keogh, Cox & Wilson, LTD

701 Main Street

Baton Rouge, LA  70802

**Prepared By:**

**Newmark Knight Frank**

Valuation & Advisory, LLC

1700 Post Oak Boulevard, 2 BLVD Place, Suite 350

Houston, Texas 77056





August 12, 2021

John Wolff
Keogh, Cox & Wilson, LTD
701 Main Street
Baton Rouge, LA  70802

RE:    Review of a Broker Opinion of Value (BOV) Report on an Office property known as
       Esplanade Office Building located at 620 Esplanade Street, Lake Charles, Calcasieu
       Parish County, LA 70607

NKF Job No.:  21-0150557-1

Dear Mr. Wolff:

At your request and authorization, Newmark Knight Frank Valuation & Advisory, LLC (herein "Firm"
or "NKF") has prepared a review of a broker opinion of value (BOV) report prepared by Andrew
Vanchiere, CCIM, SIOR of NAI Latter & Blum of the property referenced above and the results are
presented in this Review Report.

Based on a thorough review of the BOV report under review, it is the reviewer's conclusion that
the appraisal and appraisal report is not sufficiently credible and reliable.

The value conclusions included in the BOV report were as follows:

| Value Conclusions from Appraisal Report Under Review | | | | |
| --- | --- | --- | --- | --- |
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion | Reviewer's Conclusion |
| Loss of Rental Income from 2nd Floor | Leased Fee | 3/16/2021 | $490,845 | Does not Accept |
| Ongoing Loss of Rent Income from 1st Floor (Monthly) | Leased Fee | 3/16/2021 | $14,000 | Does not Accept |
| Dimished Value from Drop in Rental Rates/Terms | Leased Fee | 3/16/2021 | $717,599 | Does not Accept |
| Potential Loss of 1st Floor Tenant's Renewal | Leased Fee | 3/16/2021 | $2,872,000 | Does not Accept |

*Compiled by NKF*

The review was developed based on, and this report has been prepared in conformance with the
Client's requirements, the guidelines and recommendations set forth in the Uniform Standards of
Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional
Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of the work under review and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of the work under review or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusion this review or from its use.

7. Our compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.

8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of Louisiana.

9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11. As of the date of this report, Stephen D. DuPlantis, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.

12. Stephen D. DuPlantis, MAI made a personal inspection of the property that is the subject of this report.

13. Significant real property appraisal assistance was provided by Nicholas Emerson, MAI, AI-GRS who has not signed this certification.   The assistance of Nicholas Emerson, MAI, AI-GRS consisted of researching facts regarding the property such as tax identification numbers, assisting in the inspection of the interior and exterior of the subject property, and assisting in the writing of the review of the broker opinion of value (BOV) consulting report

14. The Firm operates as an independent economic entity.  Although employees of other service lines or affiliates of the Firm may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

15. Within this report, "Newmark Knight Frank," "NKF Valuation & Advisory," "NKF, Inc.," and similar forms of reference refer only to the appraiser(s) who have signed this certification and any persons noted above as having provided significant real property appraisal assistance to the persons signing this report.



Certification                                                                                        4

16.   Stephen D. DuPlantis, MAI has not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

Stephen D. DuPlantis, MAI
Executive Managing Director
Certified General Real Estate Appraiser
Louisiana # G523
Telephone: (713) 599-5103
Email: Steve.DuPlantis@nmrk.com



# Introduction

## Identification of the Work Under Review

| Identification of the Work Under Review | |
|---|---|
| Property Address | 620 Esplanade Street, Lake Charles, Calcasieu Parish County, LA 70607 |
| Brokerage Company | NAI Latter & Blum |
| Broker(s) | Andrew Vanchiere, CCIM, SIOR |
| Broker Client | Keogh, Cox & Wilson, LTD |
| Broker Intended Use | Litigation/Expert Witness Testimony |
| Broker Intended User | Keogh, Cox & Wilson, LTD |
| Date of BOV Report | March 16, 2021 |
| Property Use | Office-Low Rise |

| Value Conclusions from Appraisal Report Under Review | | | | |
|---|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion | Reviewer's Conclusion |
| Loss of Rental Income from 2nd Floor | Leased Fee | 3/16/2021 | $490,845 | Does not Accept |
| Ongoing Loss of Rent Income from 1st Floor (Monthly) | Leased Fee | 3/16/2021 | $14,000 | Does not Accept |
| Dimished Value from Drop in Rental Rates/Terms | Leased Fee | 3/16/2021 | $717,599 | Does not Accept |
| Potential Loss of 1st Floor Tenant's Renewal | Leased Fee | 3/16/2021 | $2,872,000 | Does not Accept |

*Compiled by NKF*

## Review Report

This review report is intended to comply with the reporting requirements set forth under Standards Rule 4-2 of USPAP. This report incorporates sufficient information regarding the data, reasoning and analysis that were used to develop the opinions and conclusions about the work under review in accordance with the intended use and user.

## Intended Use and User

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark



Knight Frank will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety.

| Identification of the Review Client, Intended Use, Intended User and Date of Review | |
|---|---|
| Review Client | The client is Keogh, Cox & Wilson, LTD |
| Review Intended Use | The intended use of the review is for Litigation/Expert Witness Testimony and no other use is permitted |
| Review Intended User | The intended user is Keogh, Cox & Wilson, LTD and no other user is permitted by any other party for any other purpose |
| Date of Review | August 12, 2021 |

## Purpose of the Review

The purpose of the BOV review is to develop an opinion as to the quality of the original work under review.  This includes evaluating the scope, methods, completeness, accuracy, adequacy, relevance, and reasonableness of the BOV report.

## Scope of Work

### Extent to Which the Property is Inspected and Analyzed

Stephen D. DuPlantis, MAI did conduct an inspection of the property that is the subject of the BOV report under review.  This is a desk review.  Beyond checking for a general level of completeness and consistency, the review process included the following:

- Inspecting the interior and exterior of the subject property.

- Read the BOV report to identify the real estate, the real property interests being considered and the effective date of the opinion.

- Formed an opinion as to the completeness of the BOV report under review in the context of industry standards.

- Formed an opinion as to the apparent adequacy and relevance of the data and the proper application of any adjustments to the data.

- Reviewed and formed an opinion as to the apparent adequacy and relevance of the data presented in the Exhibits contained within the BOV report.

- Formed an opinion as to the appropriateness of the valuation methods and techniques.



- ✠ Concluded with an opinion of general or limited concurrence or of non-concurrence.
- ✠ Prepared a brief outline report of findings.

### Documents Received for Analysis

Stephen D. DuPlantis, MAI received the following in connection with the review of the BOV report:

- ✠ Copy of the BOV report authored by Andrew Vanchiere, CCIM, SIOR;

- ✠ Copy of renewal lease between Eaux Holdings, LLC and The United States of America, dated April 16, 2021;

- ✠ Copy of an appraisal report prepared by Valbridge Property Advisors and dated March 14, 2018 (please note this report is not part of the review contained herein); and,

- ✠ Attending the deposition of Andrew Vanchiere, CCIM, SIOR.

This BOV review utilized no extraordinary assumptions or hypothetical conditions.

## Compensation

With regard to compensation for services rendered, please refer to the letter of engagement (LOE) which has been included in the Addenda of this BOV review report. Additionally, please refer to the Certification and Assumptions and Limiting Conditions contained within the BOV review report.



# Comments and/or Final Conclusions and Recommendations

We reviewed the BOV prepared by representatives of NAI Latter & Blum.  The BOV contained adequate supporting market data and financial analyses.  Only the Income Capitalization Approach was utilized in formation of the value opinions.

The following items were noted during review:

- The broker opinion of value (BOV) was prepared by Andrew Vanchiere, CCIM, SIOR. It is our understanding that the report was prepared by Mr. Vanchiere, CCIM, SIOR as a real estate broker. However, Mr. Vanchiere, CCIM, SIOR does not hold a license issued by the State of Louisiana to opine on the valuation of the subject property or value related issues pertaining to the subject property.

- The BOV report does not indicate whether Mr. Vanchiere, CCIM, SIOR inspected the subject property or any of the rental comparables presented in the BOV report.

- No Certification of value is presented in the report.

- The BOV does not discuss the sales history of the subject property and the fact that it sold in March 2018 for a consideration of $2,000,000.

- The BOV does not discuss the history of the subject property in regard to past and future lease trends, the condition of the property pre- and post-Hurricane Laura, or the available space for lease pre and post Hurricane Laura.

- The BOV report states an established rental rate of $13.81 per square is concluded and presented on Exhibit B. However, no explanation is provided on how the established rental rate is determined. Additionally, the established rental rate is not presented on Exhibit B and does not state the type of lease such as triple-net (NNN), modified gross, or gross. Therefore, the established rental rate presented is misleading to the trier of fact.

- The 3rd paragraph of the BOV report discusses a loss of $490,845 in rental income due to the inability to deliver leasable space before the end of December 2020. The estimated rent loss is calculated by the difference in the net present value (NPV) loss of leases presented on Exhibits D and E.

  Exhibit D references a lease to BHG that was ultimately never consummated or reported that it would be executed. Additionally, Exhibit D references lease term of 10 years, a rental rate of $16.00 per square foot (PSF) for years 1-5 of the primary term,



and a rental rate of $19.00 PSF for years 6-10 of the primary term. However, no information is presented as to the expense structure of the rental rate, i.e. gross or NNN.

Lastly, the NPV calculation presented in Exhibit D utilizes a 3% discount rate with no support, analysis, or explanation on the reasonableness of the concluded 3% discount rate. For a valuation analysis, the formula utilized by appraisers is R = Y - Δ%, where R is the capitalization rate, Y is the discount rate, and Δ% is percent change. A discount rate below the going-in capitalization rate implies that the value of a property is going to go down. Therefore, it is my opinion that a 3% discount rate is not supported and is too low for a 10-year lease and the overall office market in Lake Charles, Louisiana.

Exhibit E references a market rental rate of $22.00 PSF. However, no information is provided as to how the $22.00 PSF market rent is supported by the market, how the premium is determined and calculated, or the expense structure for the market rate, i.e. gross or NNN. Please note that earlier in the report, the concluded market rental rate is $13.81 PSF.

The NPV calculation presented in Exhibit E utilizes a 4-year lease term expiring in mid-year 2025. The NPV calculation then assumes that the space will remain vacant for the next 5 years, which is not supported. This assumption results in an understated NPV conclusion in comparison to Exhibit D, which utilizes a 10-year term. Further, as previously discussed, a 3% discount rate is utilized with no support, analysis, or explanation on the reasonableness of the concluded 3% discount rate. A discount rate below the going-in capitalization rate implies that the value of a property is going to go down. Therefore, it is my opinion that a 3% discount rate is not supported and is too low for the overall office market in Lake Charles, Louisiana.

In conclusion, when considering the factors previously discussed, the lost rental income analysis is not supported, adequate, or reasonable and results in a misleading calculation of damages to the trier of fact

- Paragraph 4 of the report discusses going-in capitalization rates (OAR) based on a GSA tenant being secured for the 2nd floor vs. a non-GSA tenant. The report states an OAR of 6.00% would be reasonable if a GSA tenant is secured versus a 6.75% OAR for a non-GSA tenant being secured. However, no support, such as improved sale transactions, investor surveys, or national publications, is presented, explained, or discussed in regard to the concluded OARs. Considering these factors, the statements presented in the report are misleading to the trier of fact.

- Paragraph 5 of the BOV discusses a downtown office building known as Capital One Tower. There is no support or verification of the data in regard to the Capital One Tower presented in the report. Further, the subject property is a 2-story office building



located in a residential area in the southern portion of the city of Lake Charles, Louisiana, and should not be compared to the downtown Lake Charles office market.

Paragraph 5 also references Exhibit G, which is a comparison assuming the BHG lease was consummated and the GSA lease is consummated. The analysis presented in Exhibit G utilizes two different capitalization rates (6.75% vs. 7.79%). The report states the 7.79% capitalization rate is "blended" and is derived by a relative percentage (weighted) of long-term GSA lease at 6% and the remainder at a capitalization rate of 9.5%. As previously stated, there is no discussion, explanation, or data presented such as sales comparables, surveys, or national publications that support the capitalization rates utilized in the analysis.

Additionally, Exhibit G references mortgage payments, which should not be considered as a value for the subject property, and instead should be based on an arm's length cash value. In addition, there is no support or analysis presented for the mortgage rate, mortgage terms, and other factors associated with the mortgage payment.

Lastly, Exhibit G references a potential new loan proceed. However, this potential loan proceed cannot be tracked or supported by information presented in the report or Exhibit G. If the analysis in Exhibit G was an accepted and appropriate technique, which it is not, then there is no support, analysis, or explanation for any of the items considered in Exhibit G.

In conclusion, the stated diminished value of $717,599 lacks analysis, adequate data and information, and explanation, which results in a misleading diminished value to the trier of fact.

❖ The 6th paragraph of the report references the calculation of the lost NPV rent and diminished value. As discussed in the previous comments, the calculation of the lost NPV rent and diminished value lacks analysis, adequate data and information, and explanation. As such, the trier of fact cannot determine the relevance, reasonableness, or adequacy of the information presented, which results in misleading calculation of damages resulting from lost rent and diminished value.

The 6th paragraph also introduces a new element of loss rent of $14,000 per month for the first floor of the subject property, which is occupied by the GSA tenant. No information regarding how the $14,000 per month is determined, analyzed, or explained. Further, the $14,000 per month rent is not stated as gross rent or NNN rent. Please also note the total rent is calculated at $9,210 per month based on the lease terms presented in the attached exhibits. As such, the trier of fact cannot determine where or how the $14,000 monthly rent is calculated or supported.



Lastly, paragraph 6 states the $14,000 monthly rent does not overlap the other damage models. However, this is incorrect and misleading as it does overlap with the other damage models presented as the other damage models consider loss rent and weighted capitalization rates (return on and of the investment). As such, paragraph 6 is misleading the trier of fact and is not supported by any of the information presented in the BOV report.

✖ The 7th paragraph of the report discusses the potential for a third loss of losing the first floor's GSA tenant. However, this is not supported and is misleading to the trier of fact as the first floor GSA tenant has renewed and extended their lease agreement for this space.

✖ The 8th and final paragraph of the BOV report discusses general statement about the decline in the office market as "time goes by." However, no facts, support, or analysis is included in the BOV report to support this claim.

Additionally, the 8th paragraph discusses a reference to the former VF Factory Outlet and purchase by an investor group. The report states the Factory Outlet has been successful in offering 130,000 square feet of temporary office space at gross rates of $10.00 to $15.00 PSF. The report claims that this offering has kept office rental rates from inflating at the same pace as they were in the last four months of 2020.

However, no analysis or discussion is presented regarding the VF Factory Outlet and how it relates to the subject property. Therefore, the trier of fact cannot determine the validity, adequacy, reasonableness, or relevance of the inclusion of the VF Factory Outlet offering.

## Conclusion

✖ In summary, the BOV report lacks support, analysis, and explanation for all of the outlined damage models presented. Therefore, the trier of fact cannot determine validity, adequacy, reasonableness, or relevance of the information presented and conclusions reached in the report. Therefore, the conclusions outlined are misleading to the trier of fact.



# Assumptions and Limiting Conditions

The Appraisal contained in this Report (herein "Report") is subject to the following assumptions and limiting conditions:

1.  Unless otherwise stated in this report, title to the property which is the subject of this report (herein "Property") is assumed to be good and marketable and free and clear of all liens and encumbrances and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value.  No responsibility is assumed for the legal description, zoning, condition of title or any matters which are legal in nature or otherwise require expertise other than that of a professional real estate appraiser.  This report shall not constitute a survey of the Property.

2.  Unless otherwise stated in this report, it is assumed: that the improvements on the Property are structurally sound, seismically safe and code conforming; that all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.)  are in good working order with no major deferred maintenance or repair required; that the roof and exterior are in good condition and free from intrusion by the elements; that the Property and improvements conform to all applicable local, state, and federal laws, codes, ordinances and regulations including environmental laws and regulations. No responsibility is assumed for soil or subsoil conditions or engineering or structural matters. The Property is appraised assuming that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this report is based, unless otherwise stated.  The physical condition of the Property reflected in this report is solely based on a visual inspection as typically conducted by a professional appraiser not someone with engineering expertise. Responsible ownership and competent property management are assumed.

3.  Unless otherwise stated in this report, this report did not take into consideration the existence of asbestos, PCB transformers or other toxic, hazardous, or contaminated substances or underground storage tanks, or the cost of encapsulation, removal or remediation thereof. Real estate appraisers are not qualified to detect such substances.  The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater or other potentially hazardous materials and substances may adversely affect the value of the Property.  Unless otherwise stated in this report, the opinion of value is predicated on the assumption that there is no such material or substances at, on or in the Property.

4.  All statements of fact contained in this report as a basis of the analyses, opinions, and conclusions herein are true and correct to the best of the appraiser's actual knowledge and belief.  The appraiser is entitled to and relies upon the accuracy of information and material furnished by the owner of the Property or owner's representatives and on information and data provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by such members. Such information and data obtained from third party sources are assumed to be reliable and have not been independently verified. No warranty is made as to the accuracy of any of such information and data. Any material error in any of the said information or data could have a



substantial impact on the conclusions of this Report.  The appraiser reserves the right to amend conclusions reported if made aware of any such error.

5.  The opinion of value stated in this report is only as of the date of value stated in this report. An appraisal is inherently subjective and the conclusions stated apply only as of said date of value, and no representation is made as to the effect of subsequent events.  This report speaks only as of the date hereof.

6.  Any projected cash flows included in the analysis are forecasts of estimated future operating characteristics and are predicated on the information and assumptions contained within this report.  Any projections of income, expenses and economic conditions utilized in this report are not predictions of the future.  Rather, they are estimates of market expectations of future income and expenses.  The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured.  Actual results may vary from the projections considered herein.  There is no warranty or assurances that these forecasts will occur.  Projections may be affected by circumstances beyond anyone's knowledge or control.  Any income and expense estimates contained in this report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

7.  The analyses contained in this report may necessarily incorporate numerous estimates and assumptions regarding Property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters.  Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by the analysis will vary from estimates, and the variations may be material.

8.  All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraphs, several events may occur that could substantially alter the outcome of the estimates such as, but not limited to changes in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc.  In making prospective estimates and forecasts, it is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

9.  The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.  This report shall be considered only in its entirety.  No part of this report shall be utilized separately or out of context.

10.  Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the Firm. Possession of this report, or a copy hereof, does not carry with it the right of publication.

11.  Client and any other Intended User identified herein should consider this report and the opinion of value contained herein as only one factor together with its own independent considerations and



underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors. The use of this report and the appraisal contained herein by anyone other than an Intended User identified herein, or for a use other than the Intended Use identified herein, is strictly prohibited. No party other than an Intended User identified herein may rely on this report and the appraisal contained herein.

12. Unless otherwise stated in the agreement to prepare this report, the appraiser shall not be required to participate in or prepare for or attend any judicial, arbitration, or administrative proceedings.

13. The Americans with Disabilities Act (ADA) became effective January 26, 1992. No survey or analysis of the Property has been made in connection with this report to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. No expertise in ADA issues is claimed, and the report renders no opinion regarding the Property's compliance with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

14. Acceptance and/or use of this report constitutes full acceptance of these Assumptions and Limiting Conditions and any others contained in this report, including any Extraordinary Assumptions and Hypothetical Conditions, and is subject to the terms and conditions contained in the agreement to prepare this report and full acceptance of any limitation of liability or claims contained therein.



Addenda

---

# Addendum A

# Glossary of Terms



Addenda

The following definitions are derived from The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015).

- ♦ ***Absorption Period:***  The actual or expected period required from the time a property, group of properties, or commodity is initially offered for lease, purchase, or use by its eventual users until all portions have been sold or stabilized occupancy has been achieved.

- ♦ ***Absorption Rate:***  1) Broadly, the rate at which vacant space in a property or group of properties for sale or lease has been or is expected to be successfully sold or leased over a specified period of time. 2) In subdivision analysis, the rate of sales of lots or units in a subdivision.

- ♦ ***Ad Valorem Tax:***  A tax levied in proportion to the value of the thing(s) being taxed. Exclusive of exemptions, use-value assessment provisions, and the like, the property tax is an ad valorem tax. (International Association of Assessing Officers [IAAO])

- ♦ ***Assessed Value:***  The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value or based on an assessment ratio that is a percentage of market value.

- ♦ ***Cash Equivalency:***  An analytical process in which the sale price of a transaction with nonmarket financing or financing with unusual conditions or incentives is converted into a price expressed in terms of cash or its equivalent.

- ♦ ***Contract Rent:***  The actual rental income specified in a lease.

- ♦ ***Disposition Value:***  The most probable price that a specified interest in property should bring under the following conditions:  1) Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.  2) The property is subjected to market conditions prevailing as of the date of valuation.  ***3)*** Both the buyer and seller are acting prudently and knowledgeably.  4) The seller is under compulsion to sell.  5) The buyer is typically motivated.  6) Both parties are acting in what they consider to be their best interests.  7) An adequate marketing effort will be made during the exposure time.  8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto.  9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

- ♦ ***Effective Rent:***  Total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions; the rent that is effectively paid by a tenant net of financial concessions provided by a landlord.

- ♦ ***Excess Land:***  Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. See also ***surplus land.***



♦ **Excess Rent:**  The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties.

♦ **Exposure Time:**  1) The time a property remains on the market.  2) [The] estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

♦ **Extraordinary Assumption:**  An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. See also **hypothetical condition.**

♦ **Fee Simple Estate:**  Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

♦ **Floor Area Ratio (FAR):**  The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area.

♦ **Frictional Vacancy:**  The amount of vacant space needed in a market for its orderly operation. Frictional vacancy allows for move-ins and move-outs.

♦ **Full Service Lease:**  See **gross lease.**

♦ **General Vacancy:**  A method of calculating any remaining vacancy and collection loss considerations when using discounted cash flow (DCF) analysis, where turnover vacancy has been used as part of the income estimate. The combined effects of turnover vacancy and general vacancy relate to total vacancy and collection loss.

♦ **Going-Concern Premise:**  One of the premises under which the total assets of a business can be valued; the assumption that a company is expected to continue operating well into the future (usually indefinitely).

♦ **Going Concern Value:**  An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business.

♦ **Gross Building Area (GBA):**  1) Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved.  2) Gross leasable area plus all common areas.  3) For residential space, the total area of all floor levels measured from the exterior of the walls and including the superstructure and substructure basement; typically does not include garage space.



- ♦ **Gross Lease:** A lease in which the landlord receives stipulated rent and is obligated to pay all of the property's operating and fixed expenses; also called full-service lease.

- ♦ **Hypothetical Condition:** 1) A condition that is presumed to be true when it is known to be false. (Appraisal Institute: The Standards of Valuation Practice [SVP]) 2) A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. See also **extraordinary assumption.**

- ♦ **Intended Users:** 1) The party or parties the valuer intends will use the report. (SVP) 2) The client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser on the basis of communication with the client at the time of the assignment. (USPAP, 2016-2017 ed.)

- ♦ **Investment Value:** 1) The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. **2)** The value of an asset to the owner or a prospective owner for individual investment or operational objectives. (International Valuation Standards [IVS])

- ♦ **Land-to-Building Ratio:** The proportion of land area to gross building area; one of the factors determining comparability of properties.

- ♦ **Lease:** A contract in which the rights to use and occupy land, space, or structures are transferred by the owner to another for a specified period of time in return for a specified rent.

- ♦ **Leased Fee Interest:** The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

- ♦ **Leasehold Interest:** The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

- ♦ **Lessee:** One who has the right to occupancy and use of the property of another for a period of time according to a lease agreement.

- ♦ **Lessor:** One who conveys the rights of occupancy and use to others under a lease agreement.

- ♦ **Liquidation Value:** The most probable price that a specified interest in property should bring under the following conditions: 1) Consummation of a sale within a short time period. 2) The property is subjected to market conditions prevailing as of the date of valuation. 3) Both the buyer and seller are acting prudently and knowledgeably. 4) The seller is under extreme compulsion to sell. 5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests. 7) A normal marketing effort is not possible due to the brief exposure time. 8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto. 9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone



associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

♦  **Market Rent:** The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).

♦  **Market Value:**  A type of value that is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined, such as the following.  1) The most widely accepted components of market value are incorporated in the following definition: The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.  2) Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal. [1]

♦  **Market Value of the Going Concern:**  The market value of an established and operating business including the real property, personal property, financial assets, and the intangible assets of the business.

♦  **Marketing Time:**  An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal.

♦  **Modified Gross Lease:**  A lease in which the landlord receives stipulated rent and is obligated to pay some, but not all, of the property's operating and fixed expenses.  Since assignment of expenses varies among modified gross leases, expense responsibility must always be specified. In some markets, a modified gross lease may be called a double net lease, net net lease, partial net lease, or semi-gross lease.

♦  **Net Lease:**  A lease in which the landlord passes on all expenses to the tenant. See also **gross lease; modified gross lease.**

♦  **Net Net Net Lease:**  An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management; also called NNN lease, triple net lease, or fully net lease.

---

[1] The actual definition of value used for this appraisal is contained within the body of the report.  The definition of market value given above is general in viewpoint and is only provided for amplification.



- ◆ **Occupancy Rate:**  1) The relationship or ratio between the potential income from the currently rented units in a property and the income that would be received if all the units were occupied. 2) The ratio of occupied space to total rentable space in a building.

- ◆ **Overage Rent:**  The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakpoint sales volume.

- ◆ **Percentage Rent:**  Rental income received in accordance with the terms of a percentage lease; typically derived from retail store and restaurant tenants and based on a certain percentage of their gross sales.

- ◆ **Prospective Opinion of Value:**  A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

- ◆ **Rentable Area:**  For office or retail buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice.

- ◆ **Retrospective Value Opinion:**  A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion."

- ◆ **Shell Rent:**  The typical rent paid for retail, office, or industrial tenant space based on minimal "shell" interior finishes (called vanilla finish or white wall finish in some areas). Usually the landlord delivers the main building shell space or some minimum level of interior build-out, and the tenant completes the interior finish, which can include wall, ceiling, and floor finishes, mechanical systems, interior electricity, and plumbing. Typically these are long-term leases with tenants paying all or most property expenses.

- ◆ **Surplus Land:**  Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. See also **excess land.**

- ◆ **Turnover Vacancy:**  A method of calculating vacancy allowance that is estimated or considered as part of the potential income estimate when using discounted cash flow (DCF) analysis. As units or suites turn over and are available for re-leasing, the periodic vacancy time frame (vacancy window) to release the space is considered.



Addenda

---

◆ ***Usable Area:*** 1) For office buildings, the actual occupiable area of a floor or an office space; computed by measuring from the finished surface of the office side of corridor and other permanent walls, to the center of partitions that separate the office from adjoining usable areas, and to the inside finished surface of the dominant portion of the permanent outer building walls. Sometimes called net building area or net floor area. See also floor area. 2) The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas.

◆ ***Use Value:*** The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Use value may or may not be equal to market value but is different conceptually. See also ***value in use.***

◆ ***Value In Use:*** The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Value in use may or may not be equal to market value but is different conceptually. See also ***use value.***

◆ ***Value Indication:*** A valuer's conclusion of value resulting from the application of an approach to value, e.g., the value indication by the sales comparison approach.



Addenda

## Addendum B

## Engagement Letter





July 23, 2021

John P Wolff
Senior Partner
KEOGH, COX & WILSON, LTD.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
Phone: 225 383 3796
Email: jwolff@keoghcox.com

Re:     Appraisal of the subject property and Review/Consultation of the NAI Latter & Blum
        report described as:
        Esplanade Office Building, 620 Esplanade Street, Lake Charles, Calcasieu Parish,
        Louisiana 70607 ("**Property**")

Dear Mr. Wolff:

Newmark Knight Frank Valuation & Advisory, LLC ("**Firm**") agrees to provide Keogh, Cox &
Wilson, Ltd. ("**Client**") an appraisal and review/consultation services of the above-referenced
Property in accordance with, and subject to, the terms and conditions set forth below and in the
attached Schedules (collectively, "**Agreement**").

| | |
|---|---|
| APPRAISAL AND REVIEW/ CONSULTATION FEE: | $20,000.00 (inclusive of expenses). |
| ADDITIONAL HOURLY FEES: | Should court time and preparation be required, it will be billed at $550.00/hr plus expenses. |
| RETAINER: | $10,000.00 with the return of this letter signed by the Client. |
| REPORT DELIVERABLES: | The appraisal, draft and/or final, shall be delivered in electronic format (typically, pdf). One original hard copy of the final appraisal will be provided to Client upon request. |
| COMMENCEMENT AND DELIVERY DATE: | Delivery is as follows:<br><br>Final appraisal report: August 13, 2021<br><br>The appraisal process will commence upon receipt by the Firm of (i) this Agreement signed by Client and (ii) the retainer.   The appraisal process will conclude upon delivery of the final appraisal report, unless terminated sooner by the Firm or Client or as provided herein. |

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 2 of 8

| | |
|---|---|
| **REPORT TYPE:** | Appraisal Report |
| **VALUATION PREMISE:** | Market Value |
| **INTEREST IN THE PROPERTY APPRAISED:** | Fee Simple Estate |
| **DATE(S) OF VALUE:** | Retrospective as of: August 27, 2020, subject to further discussion with client |
| **INTENDED USER(S):** | Intended users of the appraisal include only Client and the following parties: Keogh, Cox & Wilson, Ltd., and no other party is permitted to use or rely on the appraisal. ("**Intended Users**") The identification of Intended User(s) of the appraisal is to determine the type and extent of research, analysis and reporting appropriate for the assignment.  Designation of a party other than Client as an Intended User is not intended to confer upon such party any rights under this Agreement. |
| **INTENDED USE:** | The intended use of the appraisal and review/consultation services is for potential litigation resulting from the landfall of Hurricane Laura ("**Intended Use**") and no other use. |
| **RELIANCE LANGUAGE:** | None |
| **GUIDELINES:** | The analyses, opinions and conclusions are to be developed based on, and the appraisal will be prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) as published by the Appraisal Foundation. |
| **SCOPE OF WORK:** | The appraiser will use and properly apply all applicable and appropriate approaches to value sufficient to produce credible assignment results. The scope of the analysis will be appropriate for the appraisal problem. |

- Review of plaintiff expert realtor report.
- Review of pertinent documents.
- Attend pertinent witness depositions via Zoom.
- Attend site inspection.
- Prepare an expert report for discovery and trial purposes, due August 13, 2021.
- Provide an evaluation of plaintiff's claims, expert report, appraisal of market/rent conditions relevant to the claims, and associated tasks.

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 3 of 8

| | |
|---|---|
| **ASSUMPTIONS/ LIMITING CONDITIONS:** | The appraisal will be subject to Firm's standard Assumptions and Limiting Conditions, which will be incorporated into the appraisal report. In addition, the appraisal may be subject to, and the appraisal report may contain, Extraordinary Assumptions and Hypothetical Conditions. |
| **ACCEPTANCE:** | This shall constitute a binding agreement only if countersigned by the Client, or by an officer, director or other representative of Client who, by signing and accepting this Agreement, represents and warrants that he/she is authorized by Client to do so. |
| **PAYMENT:** | Client will be invoiced the appraisal fee (and any expenses) which will be earned in full upon initial delivery of the appraisal report (draft or final), with such appraisal fee (and expenses) payable within 30 days of invoicing. |
| | Payment of the fee is not contingent upon any predetermined value or on an action or event resulting from the analysis, opinions, conclusions or use of the appraisal. |
| **CHANGES TO THE AGREEMENT:** | Any significant changes to the assignment as outlined in this Agreement, such as the identity of the Client, Intended User, or Intended Use, will require the preparation and execution of a new agreement. |
| **CANCELLATION OF ASSIGNMENT:** | Client may cancel this Agreement at any time prior to the Firm's delivery of the appraisal upon written notification to the Firm. Client shall pay Firm for all work completed on the assignment prior to Firm's receipt of such written cancellation notice, unless otherwise agreed upon by Firm and Client in writing. The Firm may withdraw without penalty or liability from the assignment(s) contemplated by the Agreement before completion or reporting if the Firm determines, in the Firm's sole discretion, that incomplete information was provided to the Firm prior to the engagement, that Client or other parties have not or cannot provide documentation or information necessary to the Firm's analysis or reporting, that conditions of the Property render the original scope of work inappropriate, that a conflict of interest has arisen, or that Client has not complied with its payment obligations under this Agreement. The Firm shall notify Client of such withdrawal in writing. |
| **NO THIRD-PARTY BENEFICIARIES:** | Nothing in the Agreement shall create a contractual relationship or any legal duty between Firm or Client and any third party, nor any cause of action, right, or claim in favor of any third party and |

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 4 of 8

against Firm or Client. In addition, this Agreement is not intended to, and shall not be construed to, render any person or entity a third-party beneficiary of this Agreement. Client acknowledges and agrees that the appraisal report shall reflect the foregoing. In addition, the appraisal report shall state that no party other than an Intended User identified in the Agreement is entitled to rely upon the appraisal.

This Agreement may be rescinded by the Firm unless signed and returned to the undersigned within 10 days from the date hereof.

If this Agreement correctly sets forth the Client's understanding of the services to be rendered, and if the terms are satisfactory, please execute and return the Agreement together with any required retainer.

Respectfully,

Stephen D. DuPlantis, MAI
Executive Managing Director
Certified General Appraiser
License No. TX 1321138 G
steve.duplantis@ngkf.com
713.599.5103 Direct
713.703.8038 Cell

Agreed:
KEOGH, COX & WILSON, LTD.

SIGNATURE: _Mary Anne Wolf_

PRINT NAME: _Mary Anne Wolf_

TITLE: _attorney_

DATE: _July 23, 2021_

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 5 of 8

Schedule "A"

# TERMS AND CONDITIONS

ATTACHED TO AND A PART OF THE AGREEMENT DATED JULY 23, 2021 TO PROVIDE APPRAISAL SERVICES FOR KEOGH, COX & WILSON, LTD.

1. These Terms and Conditions are attached to and incorporated into the above referenced Agreement as though fully set forth in full therein. Capitalized terms if not defined herein shall have the same meaning as defined in the Agreement.

2. With respect to any appraisal report, use of or reliance on the appraisal by any party, regardless of whether the use or reliance is authorized or known by the Firm, constitutes acceptance of these Terms and Conditions as well as acceptance of all other appraisal statements, limiting conditions and assumptions stated in the Agreement and appraisal report.

3. It is assumed that there are no matters affecting the Property that would require the expertise of other professionals, such as engineers or an environmental consultant, for Firm to provide the appraisal. If such additional expertise is required, it shall be provided by other parties retained by Client at Client's sole cost and expense.

4. Client acknowledges that the Firm is being retained as an independent contractor to provide the services described herein and nothing in this Agreement shall be deemed to create any other relationship between Firm and Client, including but not limited to an agency relationship. The parties neither intend nor have any expectation that any such relationship will arise as a matter of law or as a result of this Agreement. This assignment shall be deemed concluded and the services hereunder completed upon delivery of the appraisal described herein to Client.

5. All statements of fact contained in the appraisal report as a basis of the appraiser's analyses, opinions, and conclusions will be true and correct to the best of the appraiser's actual knowledge and belief. The appraiser is entitled to, and shall rely upon the accuracy of information and material furnished to the Firm by Client. Appraiser is also entitled to, and shall, rely on information provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by members of that profession without independent verification.

6. The Firm and the appraiser shall have no responsibility for legal matters, or questions or issues involving survey or title, soil or subsoil conditions, engineering, zoning, buildability, environmental contamination, structural matters, construction defects, material or methodology, or other similar technical matters with regarding the Property. Furthermore, the appraisal will not constitute a survey of the Property.

7. The appraisal and the data and information gathered in its preparation (other than the confidential data and information provided by Client) is and will remain, the property of the Firm. The Firm shall not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished by Client to the Firm. Notwithstanding the foregoing, the Firm and the appraiser are authorized by Client to disclose all or any portion of the appraisal and appraisal report and the related data and information, including confidential data and information provided by Client, to appropriate representatives of the Appraisal Institute if such disclosure is required to comply with the Standards, Bylaws and Regulations of the Appraisal Institute, as well as, such disclosure as required

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 6 of 8

by law and regulations, including compliance with a subpoena and licensing authority regulatory inquiries. The Firm is also authorized to include both confidential and non-confidential data assembled in the course of preparing the appraisal and which may be incorporated into the appraisal report in a database controlled by the Firm for the aggregation of such data and information to produce analytics and other metrics or products.

8.   Unless specifically noted in the appraisal report, the appraisal will not take into consideration the possibility or probability of the existence of asbestos, PCB transformers, other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material) at on or in the Property, or the cost of encapsulation, removal or remediation thereof.

9.   Client shall indemnify, defend (by counsel to be selected by Firm), protect, and hold Firm and Firm's appraisers, agents, employees, affiliates, representatives, successors and assigns (each, a "**Firm Party**"), free and harmless from any and all claims, liabilities, losses, penalties, fines, forfeitures, amounts paid in settlement, judgments, and all reasonable attorneys' fees and related litigation costs, fees and expenses incurred by the any of such indemnitees, which result from (i) any failure by Client or Client's agents or representatives to provide Firm with complete and accurate information regarding the Property; (ii) any material breach by Client of the provisions of the Agreement; (iii) if delivery of the appraisal to a third party is permitted by the Firm, Client providing an incomplete copy of the appraisal to such third party; or (iv) arising from Client or Client's agents or representatives providing a copy of the appraisal to a party not authorized by the Firm to receive such copy.

10.  In preparing the appraisal, it is possible that the appraiser will discover conflicting information. In that event, appraiser will utilize information and data considered to be the most authoritative and for critical information will document the source. Information and data referred to may include, but is not limited to, legal descriptions; physical street addresses; assessor parcel numbers; property history; dimensions and areas of the site/land; dimensions and areas of the building improvements; physical unit counts; rent rolls; leases; lease abstracts; income and expense data; and any other related data. Any material discrepancy and/or error in any of the above data could have a substantial impact on the conclusions reported, and the Firm therefore reserves the right to amend conclusions reported if the Firm is made aware of any such discrepancy and/or error.

11.  The appraisal may not be used, included or referenced, in whole or in part, in any offering or other materials without the prior written consent of the Firm, which consent may be conditioned upon the receipt by the Firm of an indemnity agreement, in form and content, satisfactory to Firm and provided by an indemnitor satisfactory to Firm. Client agrees to pay the fees of the Firm's legal counsel for review of any materials which is the subject of the requested consent. Except as agreed by the Firm expressly in writing, the Firm disclaims liability to any party other than Client.

12.  The Firm shall not provide a copy of the appraisal to, or disclose the results of the appraisal to, any party other than Client, unless Client authorizes same, except as provided in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP) or as otherwise required by law or regulations.

13.  Client and any other identified Intended User should consider the appraisal as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 7 of 8

in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.

14. Unless otherwise stated in this Agreement, Client agrees that the services pursuant to this Agreement shall not include participation in or preparation for, or attendance at, any legal, judicial, administrative, or arbitration proceeding relating to this assignment. In the event the Firm or any Firm Party is required, whether through the service of a subpoena or otherwise, to produce documents or participate in or prepare for any discovery, testimony or attendance, relating to the appraisal or this assignment, where the Firm or Firm Party is not a party to the action or proceedings involved, Client agrees to reimburse expenses incurred by the Firm or Firm Party, including attorney's fees, in responding to such subpoena or other legal process and compensate the Firm therefor based upon the appraiser's prevailing hourly or daily rate for providing services as an expert consultant or witness.

15. Except as expressly provided herein, Firm makes no representations or warranties to Client or to any other person or entity with respect to the appraisal and the services to be provided by Firm under this Agreement. To the maximum extent permitted under applicable law, in no event will the Firm or any Firm Party be liable to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) for any indirect, special, exemplary, incidental, or consequential damages (including loss of profits) arising from or relating to this Agreement or the appraisal, even if such party knew or should have known of the possibility of, or could reasonably have prevented, such damages. In no event shall the total liability of the Firm or any Firm Party to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) arising from or relating to this Agreement or the appraisal, whether based on tort, contract, or any other legal theory, exceed the amount of fees paid to the Firm for the appraisal and the services described herein. Legal claims or causes of action relating to the appraisal are not assignable, except: (i) as the result of a merger, consolidation, sale or purchase of a legal entity, (ii) with regard to the collection of a bona fide existing debt for services but then only to the extent of the total compensation for the appraisal plus reasonable interest, or (iii) in the case of an appraisal performed in connection with the origination of a mortgage loan, as part of the transfer or sale of the mortgage before an event of default on the mortgage or note or its legal equivalent.

16. Federal banking regulations require banks and other lending institutions to engage appraisers where FIRREA compliant appraisals must be used in connection with mortgage loans or other transactions involving federally regulated lending institutions. In view of that requirement, the appraisal may not be accepted by a federally regulated financial institution.

17. In the event Client fails to make payments of any fees or sums when due and payable under this Agreement; then from the date due and payable until paid, the amount due and payable shall bear interest at the maximum rate permitted under the laws of the state in which the Property is located. If the Firm is required to undertake collection efforts including institution of legal action against Client relating to the Agreement, the Firm shall be entitled to recover attorney's fees, litigation expenses, and costs from Client.

18. To the extent permitted under applicable law, any legal action or lawsuit or other proceeding by Client or any Intended User of the appraisal against Firm or a Firm Party  whether based in contract, tort, warranty, indemnity or otherwise, relating to the appraisal shall be commenced within two (2) years



John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 8 of 8

from the date of delivery of the appraisal to the claimant in such action or proceeding, unless the applicable law provides for a shorter period, and any such claimant waives the right to a jury in any such legal action or lawsuit or other proceeding.  Notwithstanding the state of domicile or residency of either party to this Agreement, this Agreement shall be governed and construed under the laws of the state in which the Property is located, and venue for any action or proceeding arising out of this Agreement shall be deemed proper only in the court of competent jurisdiction located in the state in which the Property is located.

19. Throughout the performance of services under this Agreement, the Firm shall maintain at its sole cost and expense the following insurance:

(a) Workers' Compensation, so as to provide statutory benefits as required by the laws of each state within the United States in which the Firm's services are being provided, and Employer's Liability insurance with limits of liability of $1,000,000 each accident, $1,000,000 disease each employee and $1,000,000 disease policy limit covering all employees of the Firm engaged in the performance of such services.

(b) Fidelity insurance or bond with a limit of $1,000,000 to insure the Firm against loss of its or Client's assets caused from the dishonest acts of the Firm's employees.

(c) Professional Liability insurance with a limit of liability of $1,000,000 each claim and $1,000,000 aggregate, which limits may be provided by a combination of primary and excess policies.

(d) Commercial General Liability insurance providing coverage against damages due to bodily injury (including death), property damage and personal and advertising injury arising in connection with the Firm's services provided under this Agreement, which insurance coverage shall: (i) be occurrence-based; (ii) provide limits of liability in an amount of $1,000,000 each occurrence and $1,000,000 aggregate (including excess and/or umbrella limits), (iii) include at least those coverages generally included in the most current ISO Commercial General Liability insurance policy form (or its equivalent); and (iv) include Client, and such other persons or entities as Client has identified in writing, as additional insureds solely with regard to claims arising out of this Agreement.

(e) Commercial automobile liability for owned, hired and non-owned motor vehicles, with a $1,000,000 combined single limit.

NEWMARK

# Addendum C

# Appraiser Qualifications and Licenses







# Stephen D. DuPlantis

MAI

*Executive Managing Director National Valuation & Advisory Co-Lead*

t  713.599.5103
m 713.703.8038
steve.duplantis@ngkf.com

**YEARS OF EXPERIENCE**

## 35+

**AREAS OF SPECIALTY**

Valuation & Advisory

---

Stephen D. DuPlantis, MAI, joined Newmark Valuation & Advisory in 2017 as executive managing director - national valuation & advisory co-lead to help drive the development of the firm's new valuation practice.

Prior to Newmark, Stephen worked for 21 years as senior managing director of CBRE's South Central Region, which comprised Arkansas, Kansas, Louisiana, Missouri, Oklahoma and Texas.

Stephen's commercial appraisal assignments have included multi-housing, office, industrial and retail properties. He has also appraised numerous other special-purpose properties including senior care facilities, golf courses, self-storage facilities and hotels/motels.

Stephen holds the MAI designation from the Appraisal Institute and is currently an approved instructor for the organization. He has also served on numerous committees with the Appraisal Institute and other organizations during his career as a real estate appraiser.

**Professional Affiliations**

Appraisal Institute

– Approved Instructor

– Designated Member (MAI)

– Houston Chapter No. 33

      President, 1998
      Vice president, 1997
      Secretary, 1996
      Board of directors, 1991 – 1996

– Past chairman, social, education, candidate guidance and admission committees

**Licenses and Designations**

– MAI designation, Appraisal Institute

– Certified general real estate appraiser, states of Arkansas, Kansas, Louisiana, Mississippi, Missouri, Oklahoma and Texas.

**Education**

Stephen earned a bachelor's degree in agricultural economics from Texas A&M University.

**NEWMARK**



# State of Louisiana

## Certified General Appraiser License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered:                    Through

*Kara Ann Platt*
Chairman                                        License Number: G

*Rebecca N. Rothschild*
Secretary

# Addendum D

# Appraiser Testimony List



| Case Name | Property Name | County | State | Cause Number |
|---|---|---|---|---|
| BCM Interests, et al. | Lafayette West Apartments | Harris | Texas | 2019-65593 |
| Sysco Houston v. HCAD | Sysco Cold Storage Facility | Harris | Texas | 2019-49757 |
| 815 Houston Avenue, LLC and Knapp Investment Co., Ltd. | Knapp Chevrolet | Harris | Texas | 2019-61499 |
| Providence Town Square Housing, Ltd. | Providence Town Square LIHTC | Harris | Texas | 2018-55293 |
| 4805 Westheimer Holdings, Ltd., Highland Village Shopping Center, 2706 Suffolk Holdings, Ltd., 3994 Westheimer Holdings, Ltd., and Highland Village Holding, Ltd. | Highland Village Shopping Center | Harris | Texas | 2018-54012 |
| Cricket Hollow Partners, LP | Cricket Hollow LIHTC | Montgomery | Texas | 18-07-093441 |
| Montgomery Heritage Plaza, LP | The Heritage LIHTC | Montgomery | Texas | 18-08-11126 |
| Texas Disposal Systems Landfill, Inc. | Texas Disposal Landfill | Travis | Texas | D-1-GN-14-004240 |
| Amreit Plaza in the Park, LP and Amreit SPE 6, LLC | Plaza in the Park Shopping Center | Harris | Texas | 2018-53883 |
| Houston House Limited Partnership | Houston House Apartments | Harris | Texas | 2018-58584 |
| N/A | Domain at Columbia Apartments | Boone | Missouri | N/A |
| Chick-Fil-A, Inc., as owner and lessee | Chick-Fil-A | Harris | Texas | 2017-63112 |
| KNA Partners | Continental Square Shopping Center | Harris | Texas | 2017-55252 |
| Chick-Fil-A, Inc., as owner and lessee | Chick-Fil-A | Harris | Texas | 2016-60934 |
| MHF Realty, Ltd. | Mac Haik Ford | Harris | Texas | 2016-70034 |
| Amreit Plaza in the Park, LP and Amreit SPE 6, LLC | Plaza in the Park Shopping Center | Harris | Texas | 2017-54422 |
| Dillard Texas Four-Point, LLC | Dillard's Galleria | Harris | Texas | 2016-66526 |
| N/A | Uptown Park Shopping Center | Harris | Texas | 2016-60241 |
| N/A | Park at River Oaks Apartments | Harris | Texas | 2016-63226C |
| ECOM vs. B/K Investors | Promenade Champion Forest | Harris | Texas | N/A |

Exhibit C



# Esplanade Plaza Office Building

620 Esplanade Street

Lake Charles, Calcasieu Parish, LA 70607

NKF Job No.: 21-0150557-2

**Appraisal Report** Prepared For:

John Wolff

Senior Partner

Keogh, Cox & Wilson, LTD

701 Main Street

Baton Rouge, LA  70802

**Prepared By:**

**Newmark Knight Frank**

Valuation & Advisory, LLC

1700 Post Oak Boulevard, 2 BLVD Place,

Suite 350

Houston, TX 77056







August 15, 2021

John Wolff
Senior Partner
Keogh, Cox & Wilson, LTD
701 Main Street
Baton Rouge, LA  70802

RE:    Appraisal of an Office Property Known As Esplanade Plaza Office Building Located At
       620 Esplanade Street, Lake Charles, Calcasieu Parish, LA 70607, Prepared by Newmark
       Knight Frank Valuation & Advisory, LLC (herein "Firm" or "NKF")

NKF Job No.:  21-0150557-2

Dear Mr. Wolff:

The "Subject Property" is a 15,140 square foot 2-story office building known as Esplanade Plaza Office Building.  The building is in average condition, is of average quality and tenant appeal, and was built in 1975 and was most recently renovated in 2014.  The site encompasses approximately 0.985 acres (42,913 square feet) and is located along the south side of Esplanade Street, just east of Common Street.  The first floor of the building (7,895 square feet) is occupied by The US Government, who as of the effective date of value, was paying $20.70 per square foot on a gross expense basis, and had approximately 1.5 years remaining on the lease term.

The purpose of this appraisal is to determine the Retrospective Market Value of the subject property as of August 26, 2020, or one day prior to the landfall of Hurricane Laura, which resulted in damages to the property.

**COVID-19 Pandemic**
The COVID-19 Pandemic has been considered and reflected in the market comparable data within the report.

Based on the analysis contained in the following report, the opinion of retrospective market value for the subject is:

| Value Conclusions | | | |
| --- | --- | --- | --- |
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Retrospective Market Value | Leased Fee | 8/26/2020 | $2,270,000 |

*Compiled by NKF*

Please note the above value conclusion is retrospective as of August 26, 2020 based on the scope of the assignment.

**Newmark Knight Frank**
**1700 Post Oak Boulevard, 2 BLVD Place, Suite 350**
**Houston, TX 77056**
**www.ngkf.com**

August 15, 2021
John Wolff

**Extraordinary Assumptions**

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1. With regard to estimating the size of the subject improvements, we have relied on public information as well as information provided by our Client. If it is found that the size of the subject improvements should differ from what is reported in this Appraisal Report, then we reserve the right to alter and amend our findings and conclusions.

2. Our conclusion is as of August 26, 2020. We assume that the subject property was in average condition for its age and location as of the effective date of value. Additionally, we assumed the immediate surrounding are and neighborhood were also in average condition. The conclusion stated herein represents a retrospective conclusion.

3. To the best of our knowledge, the property did not suffer from any known items of deferred maintenance as of the date of value, August 26, 2020. If it is found that the subject improvements suffered from any deferred maintenance as of the date of value, then we reserve the right to alter and amend our findings and conclusions.

The use of these extraordinary assumptions might have affected assignment results.

**Hypothetical Conditions**

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

The appraisal was developed based on, and this report has been prepared in conformance with the Client's appraisal requirements, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.



Esplanade Plaza Office Building

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of Louisiana.

9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11. As of the date of this report, Stephen D. DuPlantis, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.

12. Stephen D. DuPlantis, MAI made a personal inspection of the property that is the subject of this report.

13. Significant real property appraisal assistance was provided by Adam Couch who has not signed this certification.  The assistance of Adam Couch consisted of conducting research on the market, subject property, and transactions involving comparable properties, performing certain appraisal analyses, and assisting in report writing, all under the supervision of the person(s) signing this report.

14. The Firm operates as an independent economic entity.  Although employees of other service lines or affiliates of the Firm may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

15. Within this report, "Newmark Knight Frank", "NKF Valuation & Advisory", "NKF, Inc.", and similar forms of reference refer only to the appraiser(s) who have signed this certification and any persons noted above as having provided significant real property appraisal assistance to the persons signing this report.

16. Stephen D. DuPlantis, MAI has not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.



Stephen D. DuPlantis, MAI
Executive Managing Director
Certified General Real Estate Appraiser
Louisiana # G523
Telephone: 713-599-5103
Email: Steve.DuPlantis@nmrk.com



# Table of Contents

**Appraisal Transmittal and Certification**
Certification
Table of Contents
Subject Maps
Subject Photographs

**Executive Summary**                          12

**Introduction**                               16

**Neighborhood Analysis**                      19

**Office Market Analysis**                     23

**Land and Site Analysis**                     29

**Zoning and Legal Restrictions**             34

**Improvements Analysis**                      36

**Real Estate Taxes**                          40

**Highest and Best Use**                       41

**Appraisal Methodology**                      43

**Sales Comparison Approach**                  44
    Sales Comparison Approach Conclusion    47

**Income Capitalization Approach**             49
    Rent Roll / Tenant Overview             49
    Market Rent Analysis                    50
    Operating Expense Analysis              56
    Direct Capitalization                   61
    Adjustments to Value                    63
    Direct Capitalization Summary           63

**Reconciliation of Value**                    65

**Assumptions and Limiting Conditions**        68

**Addenda**
A.  Glossary of Terms
B.  Engagement Letter
C.  Comparable Data
        Improved Sales
        Lease Comparables
D.  Appraiser Qualifications and Licenses





**Aerial Photo**

**Location Map**

Subject Photographs                                                                                 8



*Exterior view of subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*

Esplanade Plaza Office Building



Subject Photographs                                                                9



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Interior View of Subject*



*Interior View of Subject*

Subject Photographs                                                    10



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*

Subject Photographs                                                                 11



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*

Esplanade Plaza Office Building

# Executive Summary

| Esplanade Plaza Office Building | |
|---|---|
| Property Type: | Office-Government |
| Street Address: | 620 Esplanade Street |
| City, State & Zip: | Lake Charles, Calcasieu Parish, LA 70607 |
| MSA Name: | Lake Charles, Louisiana |
| Latitude: | 30.166056 |
| Longitude: | -93.212557 |
| Gross Building Area (SF): | 17,500 |
| Net Rentable Area (SF): | 15,140 |
| Year Built (Renovated): | 1975 (2014) |
| Occupancy as of August 26, 2020: | 52.1% |
| Land Area: | 0.985 acres; 42,913 SF |
| Zoning: | B |
| Assessor's Parcel ID(s): | 01097555; 00861065H |
| Highest and Best Use - As Vacant: | An Office Use |
| Highest and Best Use - As Improved: | Office Use |



## Analysis Details

| | |
|---|---|
| Valuation Date: | |
| Retrospective Market Value | August 26, 2020 |
| Inspection Date and Date of Photos: | July 23, 2021 |
| Report Date: | August 15, 2021 |
| Report Type: | Appraisal Report |
| Client: | Keogh, Cox & Wilson, LTD |
| Intended Use: | Litigation/Expert Witness Testimony |
| Intended User: | Keogh, Cox & Wilson, LTD |
| Appraisal Premise: | Retrospective Market Value |
| Intended Use and User: | The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark Knight Frank will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety. |
| Interest Appraised: | Leased Fee |
| Exposure Time (Marketing Period) Estimate: | 12 Months (12 Months) |

## Site Characteristics

| | |
|---|---|
| Total Land Area (Gross): | 0.985 acres; 42,913 SF |
| Usable Land Area (Net): | 0.985 acres; 42,913 SF |
| Surplus Land Area: | 0.000 acres; 0 SF |
| Excess Land Area: | 0.000 acres; 0 SF |
| Shape: | Irregular |
| Topography: | Generally Level |
| Flood Zone: | Zone X |
| Flood Map / Date: | 22019C0490F / 2/18/2011 |
| Zoning | B: Business District |
| Legally Conforming | Yes |
| Easements / Encroachments: | None Noted |
| Environmental Hazards: | None Noted |

## Improvements Characteristics

| | |
|---|---|
| Number of Buildings / Stories: | 1 / 2 |
| Gross Building Area (SF): | 17,500 |
| Net Rentable Area (SF): | 15,140 |
| Floor Area Ratio: | 0.408 |
| Year Built / Renovated: | 1975 / 2014 |
| Property Condition | Average |
| Required Capital Expenditures (total): | $0 |
| Economic Age / Life: | 10 Yrs / 45 Year Life |

*Compiled by NKF*



## Leasing Summary

| | |
|---|---|
| Number of Tenants | 2 |
| Average Contract Rent/SF | $20.37 |
| Average Market Rent/SF | $20.00 |

| MLA Space Type Summary | Rentable SF | % Leased | % of Total Contract Rent | Contract Rent PSF | Market Rent PSF | Contract as % of Market |
|---|---|---|---|---|---|---|
| Office Space: | 15,140 | 52.1% | 100.0% | $20.37 | $20.00 | 101.8% |
| Total | 15,140 | 52.1% | 100.0% | $20.37 | $20.00 | 101.8% |

## Valuation Summary

| Sales Comparison Approach | | $/SF | $ Total |
|---|---|---|---|
| Number of Sales | | | 3 |
| Range of Sale Dates | | | May-20 to Aug-20 |
| Adjusted Range of Comparables ($/SF) | | | $151.38 to $192.07 |
| Estimated Stabilization Discount | | | ($400,000) |
| | Retrospective | $138.71 | $2,100,000 |

| Income Capitalization Approach - Direct Capitalization Method | | $/SF | $ Total |
|---|---|---|---|
| **Capitalization Rate Indicators and Conclusion** | | | **Indication** |
| Comparable Sales | | | 6.92% - 8.30% |
| Investor Surveys | | | 6.05% - 8.09% |
| Concluded Going-In Capitalization Rate | | | 7.00% |
| **Stabilized Income Estimate** | | | |
| Potential Gross Income | | $20.37 | $308,327 |
| Stabilized % Vacancy & Collection Loss | | -5.00% | ($15,416) |
| Effective Gross Income | | $19.35 | $292,911 |
| Operating Expenses | | $7.02 | $106,264 |
| Operating Expense Ratio | | | 36.3% |
| Net Operating Income | | $12.33 | $186,646 |
| Capitalization Rate | | | 7.00% |
| Indicated Income Capitalization Approach Value | Retrospective | $149.93 | $2,270,000 |
| **Market Value Conclusion** | **Retrospective** | **$149.93** | **$2,270,000** |
| **Exposure / Marketing Time** | | | |
| Concluded Exposure Time | 12 Months or Less | | |
| Concluded Marketing Time | 12 Months or Less | | |

*Compiled by NKF*

Please note the above value conclusion is retrospective as of August 26, 2020 based on the scope of the assignment.



## Extraordinary Assumptions and Hypothetical Conditions

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1.  With regard to estimating the size of the subject improvements, we have relied on public information as well as information provided by our Client. If it is found that the size of the subject improvements should differ from what is reported in this Appraisal Report, then we reserve the right to alter and amend our findings and conclusions.

2.  Our conclusion is as of August 26, 2020. We assume that the subject property was in average condition for its age and location as of the effective date of value. Additionally, we assumed the immediate surrounding are and neighborhood were also in average condition. The conclusion stated herein represents a retrospective conclusion.

3.  To the best of our knowledge, the property did not suffer from any known items of deferred maintenance as of the date of value, August 26, 2020. If it is found that the subject improvements suffered from any deferred maintenance as of the date of value, then we reserve the right to alter and amend our findings and conclusions.

The use of these extraordinary assumptions might have affected assignment results.

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1.  None

*Compiled by NKF*



# Introduction

## Ownership History

Based on our review of the Calcasieu Parish Assessor's Office, title to the property appears to be vested in the name of Eaux Holdings, LLC.  The following summarizes a three-year history of ownership, the current listing status, and pending transactions for the subject property (as applicable).

| Ownership History | | |
|---|---|---|
| The following summarizes all transactions involving the subject within the prior three years. | | |
| Listing Status: | Not Listed For Sale | |
| Current or Pending Contract: | None Reported | |
| **Previous Sales** | | |
| Date of Sale: | March 13, 2018 | |
| Most Recent Reported Sale: | March 13, 2018 | |
| Buyer: | Eaux Holdings, LLC | |
| Seller: | Petro Point Office Building-I | |
| Purchase Price: | $2,000,000 | $132.10  Per SF (Net Rentable Area) |
| Deed Information: | 3309189 | |
| Indicated Appraised Value Appreciation: | N/A | |

*Compiled by NKF*

To the best of our knowledge, no other sale or transfer of ownership has taken place within a three-year period prior to the effective date of the appraisal.

The most recent sale price is slightly below our opinion of retrospective "as is" market value. At the time of the sale, the subject was just over 50% occupied. However, market conditions were stable to slightly improving since the date of the most recent sale and late August 2020.

## Intended Use and User

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark Knight Frank will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety.

- The intended use of the appraisal is for Litigation/Expert Witness Testimony and no other use is permitted.

- The client is Keogh, Cox & Wilson, LTD.



- The intended user is Keogh, Cox & Wilson, LTD and no other user is permitted by any other party for any other purpose.

## Definition of Value

Market value is defined as:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their own best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

*(Source: Code of Federal Regulations, Title 12, Chapter I, Part 34.42[g]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472)*

## Interest Appraised

The appraisal is of the Leased Fee interest.[1]

- ***Leased Fee Interest:*** The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

## Appraisal Report

This appraisal is presented in the form of an appraisal report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of USPAP. This report incorporates sufficient information regarding the data, reasoning and analysis that were used to develop the opinion of value in accordance with the intended use and user.

---

[1] The Dictionary of Real Estate, 6th Edition, Appraisal Institute



## Purpose of the Appraisal

The primary purpose of the appraisal is to develop an opinion of the retrospective market value of the Leased Fee interest in the property.

| Purpose of the Appraisal | | |
|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value |
| Retrospective Market Value | Leased Fee | 8/26/2020 |

*Compiled by NKF*

## Scope of Work

### Extent to Which the Property is Identified

�҉ Physical characteristics
�҉ Legal characteristics
�҉ Economic characteristics

### Extent to Which the Property is Inspected

NKF inspected the subject property on July 23, 2021 as per the defined scope of work.  Stephen D. DuPlantis, MAI made a personal inspection of the property that is the subject of this report.

### Type and Extent of the Data Researched

�҉ Exposure and marketing time;
✘ Neighborhood and land use trends;
✘ Demographic trends;
✘ Market trends relative to the subject property type;
✘ Physical characteristics of the site and applicable improvements;
✘ Flood zone status;
✘ Zoning requirements and compliance;
✘ Real estate tax data;
✘ Relevant applicable comparable data; and
✘ Investment rates

### Type and Extent of Analysis Applied

We analyzed the property and market data gathered through the use of appropriate, relevant, and accepted market-derived methods and procedures. Further, we employed the appropriate and relevant approaches to value, and correlated and reconciled the results into an estimate of market value, as demonstrated within the appraisal report.



# Neighborhood Analysis



**Area Map**

## Boundaries

The subject is located in southern portion of the City of Lake Charles. As a smaller market area, submarkets are not defined within the metro.

The area in which the subject generally competes can be delineated as follows:

| | |
|---|---|
| North | Interstate 10 |
| South | Gauthier Road |
| East | E Ward Line Road |
| West | Calcasieu River |

## Surrounding Area of Influence Trends

**Description**

The subject's surrounding area is viewed as suburban. Land uses consist of primarily commercial along the major thoroughfares, with single and multi-family residential on secondary roadways.

**Characteristics**

- Subject is in an area toward the south end of existing development in Lake Charles.

<span style="color:red">Esplanade Plaza Office Building</span>



- The predominate land use in the immediate vicinity (other than residential) is industrial and office.

- Lake Charles is a relatively small market area, and its economy has been largely dependent on the oil and gas industry, as well as tourism due to the presence of multiple casinos.

**Fundamental Real Estate Cycle**

The surrounding area is considered to be within the recovery stage of its real estate cycle, almost entirely as a result of damages sustained throughout the market during Hurricane Laura in August 2020.

**New Development**

- Most new development in the area has been smaller-scale projects.

- Since Hurricane Laura, a number of speculative retail projects have been completed, though many remain largely vacant.

- Following damages sustained by the hurricane, a number of adaptive reuse projects have been completed in an attempt to bring back suitable office space while more traditional product undergoes repairs.

**Conformity**

The subject is in a small commercial node with other office and industrial properties in the immediate vicinity.

## Access

**Primary Access and Major Thoroughfares**

The subject is located just off of Common Street, one of the major north-south thoroughfares in south Lake Charles. Other primary roadways in the area include McNeese Street, Lake Street, Nelson Road, Ryan Street, Prien Lake Road, and Country Club Road.

**Transportation**

The primary mode of transportation in the market is the automobile.

**Distance from Key Locations**

The commute to downtown Lake Charles is approximately five to ten minutes from the subject property. The following illustrates the 10-minute drive time from the subject.



Neighborhood Analysis                                                           21



**Drive Time Map**

## Land Use

The following was developed from Costar data for the major property types in the surrounding 2.0-mile radius around the subject.





*Souce: Costar; Compiled by NKF*

Within the immediate area of the subject, property uses include the following:

- ✠ Multi-family has a dominate presence in the south Lake Charles market, which is partially a result of the presence of McNeese State University and the needs for student housing.

- ✠ Retail properties are primarily located along the major roadways, with offices either also on or just off of main thoroughfares.

- ✠ Industrial use is a major presence in many parts of the Lake Charles metro, but less so in the immediate vicinity of the subject.

## Demographics

A demographic summary for the defined area is illustrated as follows:



| Demographic Analysis | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-Mile Radius | 3-Miles Radius | 5-Miles Radius | 70607 | Lake Charles City | Calcasieu Parish | Lake Charles, LA MSA | Louisiana |
| **Population** | | | | | | | | |
| 2010 Total Population | 6,171 | 47,605 | 82,007 | 24,820 | 74,042 | 192,768 | 199,607 | 4,533,372 |
| 2021 Total Population | 6,188 | 51,570 | 88,511 | 27,417 | 79,067 | 205,798 | 213,176 | 4,758,119 |
| 2026 Total Population | 6,330 | 53,356 | 91,309 | 28,579 | 81,041 | 212,507 | 220,002 | 4,827,714 |
| Projected Annual Growth % | 0.5% | 0.7% | 0.6% | 0.8% | 0.5% | 0.6% | 0.6% | 0.3% |
| **Households** | | | | | | | | |
| 2010 Total Households | 2,352 | 19,369 | 33,111 | 9,833 | 29,671 | 73,996 | 76,571 | 1,728,360 |
| 2021 Total Households | 2,415 | 21,340 | 36,244 | 11,012 | 32,070 | 79,941 | 82,748 | 1,824,477 |
| 2026 Total Households | 2,486 | 22,196 | 37,556 | 11,523 | 33,018 | 82,843 | 85,703 | 1,853,821 |
| Projected Annual Growth % | 0.6% | 0.8% | 0.7% | 0.9% | 0.6% | 0.7% | 0.7% | 0.3% |
| **Income** | | | | | | | | |
| 2021 Median Household Income | $58,053 | $49,286 | $46,769 | $39,793 | $41,889 | $52,045 | $52,145 | $51,294 |
| 2021 Average Household Income | $81,534 | $74,637 | $74,229 | $61,907 | $69,461 | $75,070 | $75,207 | $73,127 |
| 2021 Per Capita Income | $32,026 | $30,604 | $30,359 | $24,904 | $28,310 | $29,270 | $29,298 | $28,139 |
| **Housing** | | | | | | | | |
| 2021 Owner Occupied Housing Units | 58.9% | 49.3% | 49.4% | 53.1% | 44.1% | 55.8% | 56.0% | 57.0% |
| 2021 Renter Occupied Housing Units | 30.9% | 39.4% | 38.6% | 33.8% | 41.8% | 31.6% | 30.7% | 29.6% |
| 2021 Median Home Value | $172,512 | $183,552 | $184,834 | $153,598 | $172,379 | $176,604 | $174,881 | $182,235 |
| Median Year Structure Built | 1975 | 1981 | 1979 | 1986 | 1974 | 1983 | 1984 | 1979 |
| **Miscellaneous Data Items** | | | | | | | | |
| 2021 Bachelor's Degree | 24.8% | 19.4% | 18.8% | 13.1% | 18.0% | 15.4% | 15.2% | 16.2% |
| 2021 Grad/Professional Degree | 11.6% | 12.2% | 12.2% | 7.1% | 11.3% | 8.2% | 8.1% | 9.2% |
| 2021 College Graduate % | 36.4% | 31.6% | 30.9% | 20.2% | 29.3% | 23.6% | 23.3% | 25.5% |
| 2021 Average Household Size | 2.29 | 2.36 | 2.39 | 2.45 | 2.37 | 2.53 | 2.53 | 2.54 |
| 2021 Median Age | 34.2 | 35.7 | 37.0 | 33.8 | 37.2 | 37.9 | 38.0 | 37.8 |

*Source: ESRI; Compiled by NKF*

# Office Market Analysis

## Classification

The subject is in the Lake Charles market.  The property is considered a Class B low-rise office building in this market.

## Office Market Overview

The following discussion outlines overall market performance in the surrounding Office market using Costar market metric data.  Presented are market statistics of the Lake Charles area.



## Occupancy Rate



| Period | Lake Charles |
|--------|--------------|
| Q2 2017 | 90.2% |
| Q3 2017 | 91.5% |
| Q4 2017 | 92.1% |
| Q1 2018 | 92.9% |
| Q2 2018 | 92.6% |
| Q3 2018 | 93.8% |
| Q4 2018 | 93.6% |
| Q1 2019 | 93.4% |
| Q2 2019 | 96.4% |
| Q3 2019 | 96.8% |
| Q4 2019 | 97.7% |
| Q1 2020 | 97.8% |
| Q2 2020 | 97.3% |
| Q3 2020 | 97.5% |

*Source: Costar; Compiled by NKF Valuation & Advisory*

## Asking Rent Per SF



| Period | Lake Charles |
|--------|--------------|
| Q2 2017 | $15.93 |
| Q3 2017 | $16.02 |
| Q4 2017 | $16.45 |
| Q1 2018 | $16.42 |
| Q2 2018 | $17.06 |
| Q3 2018 | $16.95 |
| Q4 2018 | $17.14 |
| Q1 2019 | $16.83 |
| Q2 2019 | $15.96 |
| Q3 2019 | $15.72 |
| Q4 2019 | $15.63 |
| Q1 2020 | $15.69 |
| Q2 2020 | $15.66 |
| Q3 2020 | $15.53 |

*Source: Costar; Compiled by NKF Valuation & Advisory*



| Office Market Statistics | | | | | | |
|---|---|---|---|---|---|---|
| **Trailing Four Quarters Ended Q3 2020** | | | | | | |
| Market / Submarket | Inventory (SF) | Completions (SF) | Vacancy (%) | Net Absorption (SF) | Rent Overall / SF | Office Base Rent Overall / SF |
| Lake Charles | 2,860,903 | 5,450 | 1.60% | 36,221 | $17.72 | $17.12 |

*Source: Costar; Compiled by NKF Valuation & Advisory*

- ✠ The average vacancy rate has been declining over the trailing 12 months.

- ✠ Rental rates have been following a decreasing trend. However, rental rates have generally been stable over the trailing 12 months.

- ✠ There has been very limited new development in the trailing 12 months.

- ✠ Absorption for the last 12 months was positive for the overall Lake Charles office market.

## Supply & Demand

### Construction Versus Absorption

| Construction/Absorption Change | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Market / Submarket | | | **Prior Calendar Years History** | | | | | | |
| | Prior Calendar Year History | | | Prior Three Year History | | | Prior Five Year History | | |
| | SF Built | SF Absorbed | Const. / Abs. Ratio | SF Built | SF Absorbed | Const. / Abs. Ratio | SF Built | SF Absorbed | Const. / Abs. Ratio |
| Lake Charles | 1,450 | -32,752 | 0.0 | 28,643 | 151,408 | 0.2 | 66,336 | 297,958 | 0.2 |

*Source: Costar; Compiled by NKF Valuation & Advisory*

- ✠ Absorption in 2020 was negative, after outpacing construction by a considerable margin in the prior three and prior five-year periods.



## Competitive Properties



**Competitive Properties Map**

| Comparable Property Summary | | | | | |
|---|---|---|---|---|---|
| | **Subject** | **Comparable 1** | **Comparable 2** | **Comparable 3** | **Comparable 4** |
| Name | Esplanade Plaza Office Building | 201 W College | 803 W Bayou Pines | 820 Broad Street | Petro Point Office |
| Address | 620 Esplanade Street | 201 West College Street | 803 West Bayou Pines | 820 Broad Street | 639 Petro Point Drive |
| City, State | Lake Charles, LA | Lake Charles, LA | Lake Charles, LA | Lake Charles, LA | Lake Charles, LA |
| Rentable Area (SF) | 15,140 | 6,000 | 9,000 | 3,911 | 9,000 |
| Year Built | 1975 | 2014 | 1990 | 1979 | 2006 |
| Number of Floors | 2 | 1 | 1 | 1 | 1 |
| Exterior | Eifs | Stucco | Brick, stucco | Brick, stucco | Block, metal |
| Condition | Average | Good | Average | Good | Good |
| Occupancy | 52% | 100% | 87% | 100% | 100% |

*Compiled by NKF Valuation & Advisory*



## Trends and Projections

**Subject and Market Historical and Forecast Trends**

| Market Vacancy Rate Indicators | | | |
|---|---|---|---|
| | Current | Most Recent Full Year | Trailing 3-Year |
| **Costar** | | | |
| Lake Charles | 2.50% | 2.43% | 4.84% |
| | | | |
| Direct Competition | 4.2% | | |
| Subject | 47.9% | | |
| Concluded Subject Vacancy Rate | 5.0% | | |

*Source: Costar, NKF Valuation & Advisory*

**Absorption**

Given the current increased demand for office space that is ready for occupancy, but also considering the subject's vacant space has been available for a number of years, a twenty four (24) month absorption period is forecast for the subject's vacant space.

**Conclusion**

| Occupancy Conclusions | |
|---|---|
| **Costar** | |
| Lake Charles | 97.50% |
| | |
| Direct Competition | 95.80% |
| Subject Property's Current Occupancy | 52.10% |
| Subject Property's Stabilized Occupancy | 95.00% |
| Lease-up Period | 24 months |

*Source: Costar, NKF Valuation & Advisory*

**Stabilization Discount**

The approaches to value employed for this appraisal are developed to reflect a property operating at a stabilized level. A stabilized occupancy for the subject has been estimated to be 95% while the subject is currently operating at just over 52% occupancy. As such, a stabilization discount is warranted.

The stabilization discount assumptions are based predominately on the market rent conclusions described in the Income Capitalization Approach along with the absorption conclusion above. Income losses and costs of absorption are totaled for the stabilization discount.



### Stabilization Discount - Assumptions

| MLA Category | SF To Absorb | Mos. To Absorb | Market Rent ($/SF/Yr) | Lease Term (Mos.) | Est. Op. Exp. ($/SF) | TI/SF | Free Rent (Mos.) | Leasing Commission | Discount Rate |
|---|---|---|---|---|---|---|---|---|---|
| Office Space: | 7,245 | 24 | $20.00 | 60 | $6.44 | $5.00 | 0 | 5.00% | 4.00% |

*Compiled by NKF*

### Stabilization Discount

| MLA Category | Rent Loss | Exp. Reimb. Loss | Total Revenue Loss | Tenant Impvts. | Free Rent / Concessions | Leasing Commissions | Total Cash Flow Loss | Stabilized Vacancy | Effective Cash Flow Loss | PV Factor | PV of Cash Flow Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Space: | $289,800 | $93,292 | $383,092 | $36,225 | $0 | $36,225 | $455,542 | 5.00% | $432,765 | 0.923239 | $399,546 |
| Subtotal | $289,800 | $93,292 | $383,092 | $36,225 | $0 | $36,225 | $455,542 | | $432,765 | | $399,546 |
| | | | | | | | | | Stabilization Discount: | | $399,546 |
| | | | | | | | | | Rounded: | | **$400,000** |

*Compiled by NKF*

The stabilization discount will be deducted from each valuation approach to arrive at an "as is" value conclusion for the subject property.



# Land and Site Analysis



Esplanade Plaza Office Building





**Flood Map**



Land and Site Analysis                                                                          31

## Land Parcels

| Parcel Summary | Associated APN(s) | Classification | Land Area (SF) | Land Area (Acres) |
|---|---|---|---|---|
| Site 1 | 01097555 | Primary Site 1 | 39,081 | 0.8972 |
| Site 2 | 00861065H | Primary Site 1 | 3,832 | 0.0880 |
| Total Gross Land Area | | | 42,913 | 0.9851 |
| Total Usable Land Area | | | 42,913 | 0.9851 |
| Total Surplus Land Area | | | 0 | 0.0000 |
| Total Excess Land Area | | | 0 | 0.0000 |

*Compiled by NKF*

Esplanade Plaza Office Building



| Land Description | |
|---|---|
| Total Land Area | 0.9851 Acres; 42,913 SF |
| Usable Land Area | 0.9851 Acres; 42,913 SF |
| Excess Land Area | None |
| Surplus Land Area | None |
| Source of Land Area | Calcasieu Parish Assessor's Office |
| **Site Characteristics** | |
| Primary Street Frontage | Esplanade Street (117 FF) |
| Traffic Control at Entry | None |
| Traffic Flow | Low |
| Accessibility Rating | Average |
| Visibility Rating | Average |
| Shape | Irregular |
| Corner | No |
| Topography | Generally Level |
| Other Site Characteristics | None Noted |
| Easements / Encroachments | None Noted |
| Environmental Hazards | None Noted |
| **Flood Zone Analysis** | |
| Flood Area Panel Number | 22019C0490F |
| Date | 2/18/2011 |
| Zone | Zone X |
| Description | Area of minimal flood hazard, usually depicted on Flood Insurance Rate Maps as above the 500-year flood level. |
| Insurance Required? | No |
| **Utilities** | |
| Utility Services | Electricity, Sewer, Telephone, Water |
| Utility Service Providers | |
| Water | City of Lake Charles |
| Sewer | City of Lake Charles |
| Electricity | Various Providers |
| Natural Gas | Various Providers |

*Compiled by NKF*

## Excess or Surplus Land

Analysis of the site and current use indicates that there is not an area of the site that is not in use and would be viewed as excess / surplus land.

## Easements, Encroachments and Restrictions

We were not provided a current title report to review.  Further, there are identified exceptions to title, which include various utility and access easements that are typical for a property of this type. Such exceptions would not appear to have an adverse effect on value.  Our valuation assumes no



adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title.

## Environmental Issues

No environmental issues were observed or reported.  NKF is not qualified to detect the existence of potentially hazardous issues such as soil contaminants, the presence of abandoned underground tanks, or other below-ground sources of potential site contamination.  The existence of such substances may affect the value of the property.  For this assignment, we have specifically assumed that any hazardous materials that would cause a loss in value do not affect the subject.

## Conclusion

Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses permitted by zoning. We are not aware of any restrictions on development. Additionally, please note a title commitment and any applicable deed restrictions were not researched for this assignment.



# Zoning and Legal Restrictions



**Zoning Map**

Esplanade Plaza Office Building



| Zoning Summary | |
|---|---|
| **Category** | **Description** |
| Zoning Jurisdiction | City of Lake Charles |
| Zoning Designation | B |
| Description | Business District |
| Legally Conforming? | Yes |
| Zoning Change Likely? | Unlikely |
| Permitted Uses | Variety of office and retail uses |
| Minimum Lot Area | 5,000 sf |
| Maximum Floor Area Ratio | 1.00 |
| Allowable Building Area | 42,913 |
| Setback Requirements | |
| Front | 20' |
| Side | 5' |
| Rear | 10' |
| Building Height Restrictions | 50' |
| Parking Requirement | 1 per 300 square feet (Business and professional offices) |
| Other | Development standards vary by use within the zoning district, all figures noted above are applicable to office use |

*Compiled by NKF*

We are not experts in the interpretation of zoning ordinances. A qualified land use/zoning expert should be engaged if there are any zoning concerns or if a determination of compliance with zoning is required.



# Improvements Analysis

The "Subject Property" is a 15,140 square foot 2-story office building known as Esplanade Plaza Office Building.  The building is in average condition, is of average quality and tenant appeal, and was built in 1975 and was most recently renovated in 2014.  The site encompasses approximately 0.985 acres (42,913 square feet) and is located along the south side of Esplanade Street, just east of Common Street.  The first floor of the building (7,895 square feet) is occupied by The US Government, who as of the effective date of value, was paying $20.70 per square foot on a gross expense basis, and had approximately 1.5 years remaining on the lease term.

The improvements are more fully described in the following table.



## Improvements Description

### Component Structures

| | |
|---|---|
| Improvements (Structures) | Primary Use |
| General Improvement Type | Office |
| Use Description | Government |
| No. Buildings | 1 |
| GBA (SF) | 17,500 |
| Rentable SF | 15,140 |
| Average Unit Size (SF) | |
| % Occupied | 52.15% |
| Construction Status | Existing, Sub-stabilized Operations |
| Construction Class | Class C |
| Quality | Average |
| Current Condition | Average |

### Age/Life Depreciation Analysis

| | |
|---|---|
| Year Built | 1975 |
| Year Renovated | 2014 |
| Actual Age (Yrs.) | 45 |
| Economic Life (Yrs.) | 45 |
| Effective Age (Yrs.) | 10 |
| Remaining Economic Life (Yrs.) | 35 |
| Percent Depreciation | 22.22% |

### Floor Area Analysis

| | |
|---|---|
| Number of Stories | 2 |
| Max Ceiling Height (Ft) | 9 |
| Est. Ground Floor Area (GBA) | 8,750 |
| Attributed Site Area (SF) | 42,913 |
| Site Coverage | 20.4% |
| Floor Area Ratio (FAR) | 0.408 |
| Land to Building Ratio | 2.452 |
| Parking Type | Open Surface |
| Parking Spaces (including garages when applicable) | 47 |
| Parking Ratio Per 1,000 SF NRA | 3.10 |

### Construction Details — Government

| | |
|---|---|
| Foundation | Reinforced Concrete |
| Basement | None |
| Structural Frame | Concrete block |
| Exterior Walls | Combination of Concrete Block and Wood |
| Windows | Tempered Glass |
| Roof | Flat |

### Interior Finish — Government

| | |
|---|---|
| Floors | Combination of Carpet and Wood Laminate |
| Walls | Textured and painted sheetrock |
| Ceilings | Suspended Acoustic Tile |
| Lighting | Fluorescent |



| Engineering & Mechanical | Government |
|---|---|
| HVAC | Central HVAC |
| Electrical | Assumed adequate |
| Plumbing | Assumed adequate |
| Utility Meters | Individually metered |
| Elevators | One |
| Rest Rooms | Assumed adequate |
| Fire Sprinklers | Yes |
| **Improvement Features and Amenities** | **Government** |
| Property Amenities | Specialized build out for GSA tenant including a jail. |
| Site Features | Secured parking area for GSA tenant |

*Compiled by NKF*

## Space Type/Classification

| Improvements Summary | | | | | |
|---|---|---|---|---|---|
| **Building Summary** | **Property Type** | **No. Buildings** | **GBA (SF)** | **Rentable SF** | **% Occupied** |
| Primary Use | Office-Government | 1 | 17,500 | 15,140 | 52.1% |
| **Property Type Subtotals** | | | | | |
| Office-Government | | 1 | 17,500 | 15,140 | 52.1% |
| **Improvements Total** | | **1** | **17,500** | **15,140** | **52.1%** |

*Compiled by NKF*

## Recent Renovations

The subject had reportedly most recently been renovated in 2014.

## Functional Utility

Based on our inspection and consideration of its current use, there do not appear to be any significant items of functional obsolescence.

## Deferred Maintenance

Our observation of the property indicated no significant items of deferred maintenance. Please refer to the Extraordinary Assumptions previously presented in the Appraisal Report.

## ADA Compliance

Based on our observation as well as any information provided, no ADA compliance issues were noted. However, the client is advised to obtain review by a qualified professional versed in ADA compliance as we do not have expertise.



## Environmental Assessment

We were not provided a Phase I Environmental Assessment.  We did not observe any potentially hazardous materials such as lead paint, asbestos, urea formaldehyde foam insulation, or other potentially hazardous construction materials on or in the improvements. However, it is noted that we did not search for such materials and are not qualified to detect such materials. The existence of said hazardous materials (if any) may have an effect on the value of the property. Therefore, for the purpose of this appraisal, we have specifically assumed that the property is not affected by any hazardous materials that may be present on or in the improvements. We strongly recommend that a qualified environmental engineering firm be retained by the Client prior to making a business decision.

## Personal Property

No personal property items were observed that would have any material contribution to market value.

# Conclusion

The improvements are of average quality construction and are in average condition for their age and location.



# Real Estate Taxes

A summary of the assessment as of the effective date of value is as follows:

| Taxes and Assessments | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tax Year 2020 | | Assessor's Market Value | | | Assessed Value | | | Millage Rates | Taxes and Assessments |
| | | | | | | | | Land & Improvements | Ad Valorem Taxes |
| Tax ID | Land | Improvements | Total | Land | Improvements | Total | | | Total |
| 01097555 | $32,400 | $501,467 | $533,867 | $3,240 | $75,220 | $78,460 | 102.67000 | $8,055 | $8,055 |
| 00861065H | $9,300 | $0 | $9,300 | $930 | $0 | $930 | 102.67000 | $95 | $95 |
| | $41,700 | $501,467 | $543,167 | $4,170 | $75,220 | $79,390 | 102.67000 | $8,151 | $8,151 |

*Compiled by NKF*

The local assessor's methodology for valuation is market value. The property is assessed on a fee simple basis. In Louisiana, all land is assessed at 10% of market value, and all commercial improvements are assessed at 15% of market value. Were the property to sell, it is possible that the property will be reassessed within one to two years of the sale date. With that said, the assessor's determination of market value should be based on the Fee Simple Estate, and therefore not factor in the additional value associated with any leases in place. Furthermore, the assessment for the subject property was not increased after the most recent sale in 2018.

## Subject Tax Conclusion

| Ad Valorem Tax Analysis | | | | |
|---|---|---|---|---|
| | | Subject History | | Conclusion |
| | 2018 | 2019 | 2020 | |
| Total Assessed Value | $98,050 | $98,050 | $79,390 | $79,390 |
| Total Assessed Value/SF | $6.48 | $6.48 | $5.24 | $5.24 |
| Direct Assessments | $0 | $0 | $0 | $0 |
| Tax Rate | 10.59969% | 10.48037% | 10.26700% | 10.2670% |
| Actual / Pro Forma Taxes | $10,393 | $10,276 | $8,151 | $8,151 |
| Reported Tax Delinquencies | None | None | None | None |
| Tax Exemptions or Abatements | None | None | None | None |

*Compiled by NKF*

While the assessor's current determination of market value is well below the most recent sale price, it has remained essentially level since 2017, with the exception of 2020, where assessments for many properties were lowered as a result of damages suffered during Hurricane Laura. As a result, we have forecast property taxes in line with the most recent assessment.



# Highest and Best Use

## As Vacant

### Legally Permissible

The site is zoned B (Business) which allows for variety of office and retail uses .  Based on available data and analysis, no other legal restrictions such as easements or deed covenants are present which would impair the utility of the site.  Given that surrounding properties have similar zoning and the future land use plan is focused on similar uses as well, it is unlikely that there would be a change of zoning classification.  Further information and analysis about the legal restrictions to the subject property is included in the Site Analysis and Zoning and Legal Restrictions sections of this report.

### Physically Possible

The subject site contains 42,913 square feet (0.985 acres), has favorable topography, adequate access, and all necessary utilities to support the range of legally permissible uses.  No significant physical limitations were noted.  The size of the site is typical for the categories of uses allowed under zoning.  In total, the site is physically capable of supporting the legally permissible uses.

### Financially Feasible

Of the legally permissible and physically possible uses, only office uses appear most probable based on observation of surrounding properties as well as the location.  This use is more fully analyzed for their financial feasibility.

The following are relevant points related to the subject's market segment:

- ✠ The market is reflecting increased occupancies over the past few quarters, with current vacancy near a historic low.

- ✠ The market has been following a decreasing trend in rental rates.

- ✠ Absorption has been positive over the trailing 12 months and 3-year time frame

Given the underlying market conditions and activity, it appears that an office development would likely not have had a significant degree of feasibility as of August 2020.  With that said, owner-user development was still occurring at this time and would have been possible for the subject property.

### Maximally Productive

The test of maximum productivity is to determine the actual use of the property that results in the highest land value and/or the highest return to the land.  It is important to consider the risk of potential uses as a use that may generate the highest returns in cash could also be the riskiest



and thus not as likely for a developer to consider.  In this case, the maximally productive would have been an office development eventually, absent an owner-user driven project.

### Highest and Best Use Conclusion – As Vacant

The highest and best use of the subject as though vacant is the development of an office use. The most likely buyer would be a future owner-user.

## As Improved

### Legally Permissible

The existing office improvements appear to be legally conforming with zoning.

### Physically Possible

The current improvements conform to the physical characteristics of the site.  Therefore, continued office use of the property is reasonably probable and appropriate.

### Financially Feasible

Financial feasibility focuses on positive and excess returns from the improved property.  In this case, the subject is an income producing property and is capable of generating sufficient income to support the continuation of the use.  This is demonstrated in the income capitalization approach by the fact that a positive income stream can be generated.

### Maximally Productive

The existing office improvements are legally permissible, physically possible, and financially feasible.  The concluded value as though improved exceeds the value of the underlying land and removal of the improvements for redevelopment or substantial conversion to an alternative use is not indicated based on current neighborhood trends.  Given no alternatives, the maximally productive use of the property is consistent with the existing office development.

### Highest and Best Use – As Improved

Therefore, the highest and best use of the subject as improved is the existing office property use. Market and economic conditions are supportive of this continued use.

**Most Probable Buyer**
The most likely would be a single investor or investment partnership.



# Appraisal Methodology

## Cost Approach

The cost approach is based on the proposition that the informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements that represent the highest and best use of the land, or when it is improved with relatively unique or specialized improvements for which there exist few sales or leases of comparable properties.

## Sales Comparison Approach

The sales comparison approach utilizes sales of comparable properties, adjusted for differences, to indicate a value for the subject. Valuation is typically accomplished using physical units of comparison such as price per square foot, price per unit, price per floor, etc., or economic units of comparison such as gross rent multiplier. Adjustments are applied to the property units of comparison derived from the comparable sale. The unit of comparison chosen for the subject is then used to yield a total value.

## Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

| Application of Approaches to Value | |
| --- | --- |
| Approach | Comments |
| Cost Approach | The Cost Approach is not applicable and is not utilized in this appraisal. |
| Sales Comparison Approach | The Sales Comparison Approach is applicable and is utilized in this appraisal. |
| Income Capitalization Approach | The Income Capitalization Approach is applicable and is utilized in this appraisal. |

*Compiled by NKF*

The cost approach was not used because there is inadequate data to develop a reliable land value and the age of the improvements makes depreciation highly speculative. More significantly, however, market participants considering properties like the subject do not give consideration to the cost approach. The exclusion of this approach is not considered to impact the reliability of the appraisal.



# Sales Comparison Approach

The sales comparison approach value is derived by analyzing closed sales of properties that are similar to the subject. The sales comparison approach includes the following steps.

- ✖ Research and verify information on properties in the competitive market that are similar to the subject and that have recently sold.

- ✖ Select the most relevant units of comparison in the market and develop a comparative analysis.

- ✖ Examine and quantify via adjustments differences between the comparable sales and the subject property using all appropriate elements of comparison.

- ✖ Reconcile the various value indications to a value bracket and then a single value indication.

The unit of comparison applied in this sales comparison analysis is price per square foot as it mirrors the primary comparison method used by market participants.



**Comparable Map**



Sales Comparison Approach                                                                    45



| Comparable Sales Summary | | | | |
|---|---|---|---|---|
| | **Subject** | **Sale 1** | **Sale 2** | **Sale 3** |
| Property Name | Esplanade Plaza Office Building | Parc at Claycut Bayou, Building D | Office | Cordoba Square Office Park, Building B |
| Address | 620 Esplanade Street | 4311 Bluebonnet Boulevard | 420 Oil Center Drive | 4906 Ambassador Caffery Parkway |
| City, State | Lake Charles, LA | Baton Rouge, LA | Lafayette, LA | Lafayette, LA |
| Land Size | 0.99 Acres | 0.09 Acres | 0.55 Acres | 0.97 Acres |
| Rentable Area (SF) | 15,140 SF | 4,013 SF | 4,489 SF | 10,900 SF |
| Year Built (Renovated) | 1975 | 2006 (2019) | 1998 (2011) | 2010 |
| Occupancy/Owner Occ. | 52% | 100% | 0% | 0% |
| Construction | Concrete block | Wood frame | Steel frame | Wood frame |
| Condition | Average | Good | Average | Good |
| Buyer | -- | Jacoj Properties & Investments, LLC | Breaud Properties LLC | VJJ Leasing, LLC |
| Seller | -- | Fishhooks Properties, LLC | Powell Pelican Properties | Suncoast Real Estate, LLC |
| Marketing Time | -- | 2 months | 4 months | N/A |
| Interest Conveyed | Leased Fee | Leased Fee | Fee Simple | Fee Simple |
| Transaction Status | -- | Closed | Closed | Closed |
| Transaction Date | -- | Aug-20 | May-20 | May-20 |
| Price | -- | $775,000 | $907,590 | $1,650,000 |
| Required Capital Costs | -- | $0 | $0 | $0 |
| Stabilized Price | -- | $775,000 | $907,590 | $1,650,000 |
| Price per SF | -- | $193.12 | $202.18 | $151.38 |
| Cap Rate | -- | 6.92% | 8.00% | 8.30% |

*Compiled by NKF*

## Analysis of Improved Comparable Data

### Comparable One

Sale Comparable One represents the August 2020 sale of a 4,013 square foot general purpose property located at 4311 Bluebonnet Boulevard, Baton Rouge, Louisiana.  This is the sale of a two-suite office condominium in the Parc at Claycut Bayou. The property was built in 2006 and had been recently renovated in 2019 prior to being listed for sale. The seller was occupying the entire building at the time of sale, and was to lease back the space from the buyer for about a year while downsizing to one of the two suites, at which time the buyer was planning to occupy the other. The listing agent indicated that the lease rate was about $19.00 per square foot, modified gross; though he noted that he thought the rate would increase once the move to the smaller space was completed. The capitalization rate is based on this rate and actual historical expenses provided by the broker.



## Comparable Two

Sale Comparable Two represents the May 2020 sale of a 4,489 square foot general purpose property located at 420 Oil Center Drive, Lafayette, Louisiana.  The property was reportedly purchased by an owner-user. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $18.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $5.91 per square foot, of which $5.25 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.

## Comparable Three

Sale Comparable Three represents the May 2020 sale of a 10,900 square foot general purpose property located at 4906 Ambassador Caffery Parkway, Lafayette, Louisiana.  This comparable represents the sale of a general purpose office building known as Building B, Cordoba Square Office Park, and has a physical address of 4906 Ambassador Caffery Parkway, Lafayette, Louisiana. The comparable is located along the south side of Ambassador Caffery Parkway (Highway 3073), west of Verot School Road (Highway 339). Additionally, the comparable is located across the street from the Our Lady of Lourdes Regional Medical Center. The building features stucco exterior and a pitched composition shingle roof. Other improvement features include 26 offices, 2 large executive office, a conference room, kitchen/breakroom, 7 bathrooms, and reception area and waiting room. The comparable sold in May 2020 to an owner-occupant for a reported purchase price of $1,650,000, or $151.38 per square foot. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $14.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $4.89 per square foot, of which $4.37 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.

## Summary of Adjustments / Adjustment Grid

Based on our comparative analysis, the following table summarizes the adjustments warranted to each comparable.



| Comparable Sales Adjustment Grid | | | | |
|---|---|---|---|---|
| | **Subject** | **Sale 1** | **Sale 2** | **Sale 3** |
| Property Name | Esplanade Plaza Office | Parc at Claycut Bayou, | Office | Cordoba Square Office |
| Address | 620 Esplanade Street | 4311 Bluebonnet | 420 Oil Center Drive | 4906 Ambassador Caffery |
| City | Lake Charles, LA | Baton Rouge, LA | Lafayette, LA | Lafayette, LA |
| Land Size | 0.99 Acres | 0.09 Acres | 0.55 Acres | 0.97 Acres |
| Size (Rentable Area) | 15,140 SF | 4,013 SF | 4,489 SF | 10,900 SF |
| Year Built (Renovated) | 1975 | 2006 (2019) | 1998 (2011) | 2010 |
| NOI/SF | $12.33 | $13.37 | $16.17 | $12.56 |
| Transaction Type | -- | Closed | Closed | Closed |
| Transaction Date | -- | Aug-20 | May-20 | May-20 |
| Actual Sale Price | -- | $775,000 | $907,590 | $1,650,000 |
| Stabilized Sale Price | -- | $775,000 | $907,590 | $1,650,000 |
| Price per SF | -- | $193.12 | $202.18 | $151.38 |
| Cap Rate | -- | 6.92% | N/A | N/A |
| **Transaction Adjustments** | | | | |
| Property Rights | | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% |
| Conditions of Sale | | 0% | 0% | 0% |
| Market Conditions (Time) | 8/26/2020 | 0% | 0% | 0% |
| Subtotal (adjustments are multiplied) | | 0% | 0% | 0% |
| Transaction Adjusted Price per SF | | $193.12 | $202.18 | $151.38 |
| **Property Adjustments** | | | | |
| Location | | 0% | 0% | 0% |
| Size | | -5% | -5% | 0% |
| Age/Condition | | -5% | 0% | 0% |
| Parking | | 0% | 0% | 0% |
| Features/Amenities | | 0% | 0% | 0% |
| Quality | | 0% | 0% | 0% |
| Economic Characteristics | | 0% | 0% | 0% |
| Other | | 0% | 0% | 0% |
| Subtotal (adjustments are summed) | | -10% | -5% | 0% |
| Gross Adjustment | | 10% | 5% | 0% |
| Overall Adjustment | | -10.0% | -5.0% | 0% |
| **Indicated Price per SF** | | **$173.81** | **$192.07** | **$151.38** |

*Compiled by NKF*

## Sales Comparison Approach Conclusion

Based on the preceding analysis, the value indication by the sales comparison approach is as follows:



| Sales Comparison Approach Conclusion | | |
|---|---|---|
| **Reconciliation of Price per SF Indication** | | **Value Indication** |
| Adjusted Value Range - Low | | $151.38 |
| Adjusted Value Range - High | | $192.07 |
| Reconciled As Stabilized Value - Price per SF | Effective Date: 8/26/2020 | $165.00 |
| Subject Rentable Area (SF) | | 15,140 |
| Reconciled As Stabilized Value - Price per SF Analysis | | $2,498,100 |
| Reconciled As Stabilized Value - Sales Comparison Approach | Effective Date: 8/26/2020 | $2,498,100 |
| | | |
| **Escalated Prospective Stabilized Value Indications** | | **Value Indication** |
| Appreciation Factor (per year) | | 3.00% |
| Prospective As Stabilized Value as of Date of Stabilization | Effective Date: 8/26/2022 | $2,650,234 |

| Value Indications | | |
|---|---|---|
| **As Stabilized** | | **Value Indication** |
| Prospective As Stabilized Value as of Date of Stabilization | Effective Date: 8/26/2022 | $2,650,234 |
| Rounded | | **$2,650,000** |
| | | |
| **As Is** | | **Value Indication** |
| As Stabilized Value as of Current Date | Effective Date: 8/26/2020 | $2,498,100 |
| Stabilization Discount | | ($400,000) |
| Deferred Maintenance | | $0 |
| Capital Expenditures | | $0 |
| As Is Value | Effective Date: 8/26/2020 | $2,098,100 |
| Rounded | | **$2,100,000** |

*Compiled by NKF*



# Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities.  This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future.  Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time.  The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

The direct capitalization method is normally more appropriate for properties with relatively stable operating histories and expectations.  The DCF analysis is more appropriate for investment properties with multiple or long-term leases, particularly leases with cancellation clauses or renewal options, and especially in volatile markets.

In this analysis, we utilized only direct capitalization because investors and market participants typically rely more on this method.

## Rentable Area Summary

| Occupancy Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of Space (MLA Name) | Rentable Area (SF) | % Total | Leased (SF) | % Leased | Vacant (SF) | % Vacant | Contract Rent (PSF) |
| Office | 15,140 | 100.0% | 7,895 | 52.1% | 7,245 | 47.9% | $20.70 |
| Total | 15,140 | 100.0% | 7,895 | 52.1% | 7,245 | 47.9% | $20.70 |

*Compiled by NKF*

## Rent Roll / Tenant Overview

A summary rent roll for the property is shown below, based on our review of leases and information provided by the Client.

| Rent Roll | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Suite | | Rentable | Lease Term | | Rem. | | Year 1 Market Rent | | Year 1 Contract Rent | |
| Number | Tenant | Area (SF) | Start | End | Mos. | MLA Category | $ Total | $ PSF | $ Total | $ PSF |
| 1st Floor | US Government | 7,895 | Mar-07 | Feb-22 | 18 | Office | $157,900 | $20.00 | $163,427 | $20.70 |
| 2nd Floor | Vacant | 7,245 | | | 0 | Office | $144,900 | $20.00 | | |
| Total | Occupied | 7,895 | | | 18 | | $157,900 | $20.00 | $163,427 | $20.70 |
| Total | Vacant | 7,245 | | | | | $144,900 | $20.00 | | |
| Total | Total (Average) | 15,140 | | | 18 | | $302,800 | $20.00 | $163,427 | $20.70 |

*Compiled by NKF*

> ❖ As of the effective valuation date, the subject's office space is 52% leased and occupied.



✠ The ground floor is occupied by the US Government, and the second floor is vacant and available for lease.

## Tenancy Analysis

✠ The existing tenant (United States GSA) is generally considered a quality tenant for this type of office product.

# Market Rent Analysis

In estimating market rent for the subject property, we considered data and opinions from the following:

✠ actual recent leases from comparable buildings;

✠ asking rents from competitive properties (presented in the office market analysis section of this report); and

✠ opinions of market rent derived from our interviews of market participants active in the local market.



**Comparable Map**



Income Capitalization Approach                                                                 51

| No. | Name | Address |
|---|---|---|
| Subject | Esplanade Plaza Office Building | 620 Esplanade Street, Lake Charles, LA  70607 |
| 1 | 201 W College | 201 West College Street, Lake Charles, LA |
| 2 | 803 W Bayou Pines | 803 West Bayou Pines Drive, Lake Charles, LA |
| 3 | 820 Broad Street | 820 Broad Street, Lake Charles, LA |
| 4 | Petro Point Office | 639 Petro Point Drive, Lake Charles, LA |

*Compiled by NKF*



*Comparable One*



*Comparable Two*



*Comparable Three*



*Comparable Four*

Esplanade Plaza Office Building



## Analysis of Comparable Leases

**Comparable One**

Rental Survey Comparable One represents the August 2021 survey of a 6,000 square foot general purpose property located at 201 West College Street, Lake Charles, Louisiana.  This is the lease of 2,485 square feet of office space in a three-tenant building. The other tenants are Edward Jones and Protective Risk Agency. The base lease rate is $14.75 per square foot, and at the time of lease the CAM charges were approximately $2.00 per square foot, which included water, taxes, insurance, and landscaping. The tenant is responsible for other utilities, janitorial, and general upkeep of the interior. The property is located just off of Interstate 210 near the Ryan Street exit.

**Comparable Two**

Rental Survey Comparable Two represents the August 2021 survey of a 9,000 square foot business park property located at 803 West Bayou Pines Drive, Lake Charles, Louisiana.  This is the lease of space within the Bayou Pines West office park. The base rental rate was reportedly $12.00 per square foot, with an additional $2.95 per square foot in CAM charges. At the time of this lease, there was one other vacancy within the property, for an overall occupancy of 87%.

**Comparable Three**

Rental Survey Comparable Three represents the August 2021 survey of a 3,911 square foot general purpose property located at 820 Broad Street, Lake Charles, Louisiana.  This is the lease of a 1,200 square foot suite within a two tenant office building. The two suites share a common area including a lobby, restrooms, and kitchen. The lease rate was reported to be $22.00 per square foot, modified gross.

**Comparable Four**

Rental Survey Comparable Four represents the August 2021 survey of a 9,000 square foot general purpose property located at 639 Petro Point Drive, Lake Charles, Louisiana.  This is the lease of a 3,000 square foot office suite within a larger multi-tenant building. The lease rate was quoted to be $12.00 per square foot, plus $2.50 per square foot in CAM at the time of lease. The space was already fully built-out for office use.



| No. | Property Name / Tenant | Lease Date | Leased SF | Base Rent/SF | Reimbursement | Comparison to Subject MLA Category |
|---|---|---|---|---|---|---|
| 1 | 201 W College | | | | | |
| **Lease Summary** | Signed Lease | Mar-2020 | 2,485 | $14.75 | Modified Gross | Office |
| 2 | 803 W Bayou Pines | | | | | |
| **Lease Summary** | Reported Lease Terms | Dec-2019 | 1,026 | $12.00 | Triple Net | Office |
| 3 | 820 Broad Street | | | | | |
| **Lease Summary** | Not Disclosed | Nov-2019 | 1,200 | $22.00 | Modified Gross | Office |
| 4 | Petro Point Office | | | | | |
| **Lease Summary** | Not Disclosed | Oct-2019 | 3,000 | $12.00 | Triple Net | Office |

**Comparable Leases Summary**

| Indicated Rent by Space Type | Unadjusted Range | | Average | | NKF Estimate |
|---|---|---|---|---|---|
| Office Space: | $12.00 | $22.00 | $15.19 | | $20.00 |

*Compiled by NKF*

# Market Rent Conclusion

## Base Rent Conclusions

After analysis, the overall range adjusted range and concluded market base rent for the subject is as follows:

**Base Rent Conclusions**

| MLA Category | Unadjusted Comparable Data | | | NKF Estimate |
|---|---|---|---|---|
| | Low | High | Average | |
| Office Space: | $12.00 | $22.00 | $15.19 | $20.00 |

*Compiled by NKF*

The comparables are leased on terms ranging from net to modified gross, while the subject is partially-occupied via a full-service lease, and this is the likely scenario for the vacant unit as well. Utilizing a rental rate in line with the lower end of the range at $13.00 per square foot, plus overall operating expenses at approximately $7.00 per square foot, the concluded full-service market rental rate for the subject property is $20.00 per square foot.

## Escalation Conclusion

**Escalation Conclusions**

| MLA Category | Comparable Leases | NKF Estimate |
|---|---|---|
| Office Space: | None | None |

*Compiled by NKF*



## Expense Reimbursement Structure Conclusion

| Expense Reimbursement Method Conclusions | | |
|---|---|---|
| **MLA Category** | **Comparable Leases** | **NKF Estimate** |
| Office Space: | Varies | Full Service |

*Compiled by NKF*

## Lease Term Conclusion

| Lease Term Conclusions | | |
|---|---|---|
| **MLA Category** | **Comparable Leases** | **NKF Estimate** |
| Office Space: | 24 - 60 months | 60 months |

*Compiled by NKF*

## Free Rent / Concessions Conclusion

| Free Rent Conclusions | | |
|---|---|---|
| **MLA Category** | **Comparable Leases** | **NKF Estimate** |
| Office Space: | 0 months | 0 months |

*Compiled by NKF*

## Tenant Improvement Conclusion

| Tenant Improvements Conclusions | | |
|---|---|---|
| **MLA Category** | **Comparable Leases** | **NKF Estimate** |
| Office Space: | N/A | $5.00 |

*Compiled by NKF*

## Leasing Commissions Conclusion

Leasing commissions in the area are paid primarily on a percentage basis, with some lease transactions brokered solely by an exclusive inside agent and others brokered by an outside agent with an override paid to the inside agent. For new tenants, total commissions are estimated at 5.0% of the total base rent of the lease, inclusive of amounts paid to inside and outside agents. For renewing tenants, commissions are typically half of this amount or 2.5%.

The comparable data and conclusions for the subject are as follows:



## Leasing Commissions Conclusions

| MLA Category | Comparable Leases | NKF Estimate |
|---|---|---|
| Office Space: | 5.00% | 5.00% |

*Compiled by NKF*

## Market Rent Conclusions

Based on the preceding analysis, the following is the concluded market lease terms for the subject:

### Concluded Market Lease Terms

| MLA Category | Rentable SF | Market Rent | Measure | Rent Escalations | Reimbursement Method | Term (Mos.) | Mos. Free |
|---|---|---|---|---|---|---|---|
| Office Space: | 15,140 | $20.00 | $/SF/Year | None | Full Service | 60 | 0 |

| MLA Category | Renewal % | Rollover Vacant Mos. | Weighted Down-time | TI/SF (New) | TI/SF (Renewal) | Weighted TI/SF | LC (New) | LC (Renewal) | Weighted LC |
|---|---|---|---|---|---|---|---|---|---|
| Office Space: | 75% | 6 | 2 | $5.00 | $2.50 | $3.13 | 5.00% | 2.50% | 3.13% |

*Compiled by NKF*

# Gross Income Estimate

## Potential Gross Rent

Figures presented below reflect the 12-month period following the effective date of the appraisal.

### Potential Gross Rent

| MLA Category | Rentable SF | Potential Rent At Contract* Annual | $/SF/Yr | Potential Rent At Market Annual | $/SF/Yr | Contract as % of Market |
|---|---|---|---|---|---|---|
| Office Space: | 15,140 | $308,327 | $20.37 | $302,800 | $20.00 | 101.8% |
| Total | 15,140 | $308,327 | $20.37 | $302,800 | $20.00 | 101.8% |

\* Contract rent for leased space plus market rent for vacant space

*Compiled by NKF*

For the direct capitalization analysis, potential gross rent is based on contract rents in place plus vacant space at market rent.

### Scheduled Base Rent

| Subject Historical and Projections | $/SF | Total |
|---|---|---|
| Newmark Projection | $20.37 | $308,327 |

*Compiled by Newmark*



## Operating History

We were not provided with any operating history for the subject property. We have relied on comparable expense data to determine a reasonable forecast of operating expenses for the subject property.

## Expense Recoveries

| Expense Recoveries | | |
|---|---|---|
| Subject Historical and Projections | $/SF | Total |
| Newmark Projection | $0.00 | $0 |

*Compiled by Newmark*

As previously discussed, we have estimated market rent on a full-service expense basis whereby the landlord is responsible for all operating expenses. Therefore, we have not estimated any expense recoveries in our analysis.

## Vacancy & Collection Loss Allowance

**Combined Vacancy and Collection Loss Conclusion**

Based on this analysis, the total stabilized vacancy and collection loss allowance for the subject is 5.00%.

## Effective Gross Income

| Effective Gross Income | | |
|---|---|---|
| Subject Historical and Projections | $/SF | Total |
| Newmark Projection | $19.35 | $292,911 |

*Compiled by Newmark*

# Operating Expense Analysis

Expense data for the subject and comparable properties are summarized in the following table.



| Expense Analysis Per SF | | | | |
|---|---|---|---|---|
| | Comp 1 | Comp 2 | Comp 3 | Subject Historical and Projections |
| **Year Built** | 1975 | 1973 | 1972 | 1975 |
| **SF** | 56,825 | 124,298 | 188,420 | 15,140 |
| **Operating Data Type** | Actual | Actual | Acutal | **Newmark** |
| **Year** | 2019 | 2019 | 2020 | **Projection** |
| **Effective Gross Office Income Per Square Foot** | $15.53 | $16.67 | $16.19 | **$19.35** |
| **Operating Expenses Per SF** | | | | |
| Real Estate Taxes | $0.97 | $0.88 | $1.38 | $0.54 |
| Insurance | $1.33 | $1.39 | $0.74 | $1.35 |
| Utilities | $1.74 | $1.57 | $1.33 | $1.70 |
| Repairs and Maintenance | $0.72 | $0.80 | $0.38 | $0.75 |
| Cleaning and Janitorial | $0.96 | $0.79 | $0.73 | $0.75 |
| Grounds | $0.15 | $0.06 | $0.90 | $0.10 |
| Security | $0.06 | $0.14 | $0.21 | |
| General and Administrative | $1.08 | $1.58 | $1.38 | $1.25 |
| Management | | $0.49 | $0.49 | $0.58 |
| Total Operating Expenses Per SF | $7.01 | $7.70 | $7.54 | **$7.02** |
| Net Operating Income Per SF | $8.52 | $8.97 | $8.65 | **$12.33** |
| **Operating Expense KPIs (% of EGI)** | | | | |
| Management | | 2.94% | 3.03% | 3.00% |
| Operating Expense Ratio (% of EGI) | 45.14% | 46.19% | 46.57% | 36.28% |
| Net Operating Income (% of EGI) | 54.86% | 53.81% | 53.43% | **63.72%** |

*Compiled by Newmark*


## Real Estate Taxes

| Real Estate Taxes | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| **Comparables Low** | 5.3% | $0.88 | |
| **Comparables High** | 8.5% | $1.38 | |
| **Comparables Average** | 6.7% | $1.08 | |
| **Subject Historical and Projections** | | | |
| Newmark Projection | 2.8% | $0.54 | $8,151 |

*Compiled by Newmark*


This expense category includes all local, parish, and state property tax levies. Our projection is based on the property assessment and tax rate for the subject, as discussed previously in the Real Estate Tax Analysis.



## Insurance

| Insurance | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 4.6% | $0.74 | |
| Comparables High | 8.6% | $1.39 | |
| Comparables Average | 7.2% | $1.15 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 7.0% | $1.35 | $20,439 |

*Compiled by Newmark*

Insurance expense includes property and casualty insurance for the subject.

## Utilities

| Utilities | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 8.2% | $1.33 | |
| Comparables High | 11.2% | $1.74 | |
| Comparables Average | 9.6% | $1.55 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 8.8% | $1.70 | $25,738 |

*Compiled by Newmark*

Utility charges include water, sewer, gas, and electricity expenses, all of which are centrally metered and billed to the owner.

## Repairs and Maintenance

| Repairs and Maintenance | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 2.3% | $0.38 | |
| Comparables High | 4.8% | $0.80 | |
| Comparables Average | 3.9% | $0.63 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 3.9% | $0.75 | $11,355 |

*Compiled by Newmark*

Repairs and maintenance include expenditures to repair and maintain mechanical systems and structural components, encompassing payroll and contract costs, as appropriate. Excluded are alterations and major replacements, which are considered capital costs rather than periodic expenses.



## Cleaning and Janitorial

| Cleaning and Janitorial | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 4.5% | $0.73 | |
| Comparables High | 6.2% | $0.96 | |
| Comparables Average | 5.1% | $0.83 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 3.9% | $0.75 | $11,355 |

*Compiled by Newmark*

The cleaning/janitorial category includes contract janitorial services and supplies, window cleaning, and trash removal.

## Grounds

| Grounds | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 0.4% | $0.06 | |
| Comparables High | 5.6% | $0.90 | |
| Comparables Average | 2.3% | $0.37 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 0.5% | $0.10 | $1,514 |

*Compiled by Newmark*

Grounds expense includes landscaping maintenance.

## Security

| Security | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 0.4% | $0.06 | |
| Comparables High | 1.3% | $0.21 | |
| Comparables Average | 0.8% | $0.14 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 0.0% | $0.00 | $0 |

*Compiled by Newmark*

As a smaller, two-tenant office property no security expense has been forecast.



### General and Administrative

| General and Administrative | | | |
|---|---|---|---|
| **Source** | **% of EGI** | **$/SF** | **Total** |
| **Comparables Low** | 7.0% | $1.08 | |
| **Comparables High** | 9.5% | $1.58 | |
| **Comparables Average** | 8.3% | $1.35 | |
| **Subject Historical and Projections** | | | |
| Newmark Projection | 6.5% | $1.25 | $18,925 |

*Compiled by Newmark*

General and administrative expenses consist of payroll and benefits expenses for on-site management staff and related office expenses. Also included are legal, accounting and other professional fees, license fees, and business taxes.

### Management

| Management | | | |
|---|---|---|---|
| **Source** | **% of EGI** | **$/SF** | **Total** |
| **Comparables Low** | 2.9% | $0.49 | |
| **Comparables High** | 3.0% | $0.49 | |
| **Comparables Average** | 3.0% | $0.49 | |
| **Subject Historical and Projections** | | | |
| Newmark Projection | 3.0% | $0.58 | $8,787 |

*Compiled by Newmark*

Management fees are considered an expense of operation, whether the services are contracted or provided by the property owner. Typical management fees for properties of this type range from 2.0 to 4.0%. Considering that the subject is a smaller multi-tenant property with typical management needs, we project an overall management fee of 3.0% of effective gross income.

### Replacement Reserves

| Replacement Reserves | | | |
|---|---|---|---|
| **Source** | **% of EGI** | **$/SF** | **Total** |
| **Comparables Low** | 0.0% | $0.00 | |
| **Comparables High** | 0.0% | $0.00 | |
| **Comparables Average** | 0.0% | $0.00 | |
| **Subject Historical and Projections** | | | |
| Newmark Projection | 0.0% | $0.00 | $0 |

*Compiled by Newmark*

Within the analysis of comparable sales and other sources for capitalization rate data, reserves are excluded from the estimated net operating income used to determine the overall



capitalization rate.  For consistency, the exclusion of reserves from the income used to develop the capitalization rates from sales requires that the same projection be made for the subject. Therefore, no reserves for replacement are applied in the direct capitalization method.

### Total Operating Expenses

| Total Operating Expenses | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 45.1% | $7.01 | |
| Comparables High | 46.6% | $7.70 | |
| Comparables Average | 46.0% | $7.42 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 36.3% | $7.02 | $106,264 |

*Compiled by Newmark*

✣ The total operating expenses are similar to the comparables on a per square foot basis, but slightly lower as a percentage due to the subject's higher contract and market rental rate.

## Net Operating Income

| Net Operating Income | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Subject Historical and Projections | | | |
| Newmark Projection | 63.7% | $12.33 | $186,646 |

*Compiled by Newmark*

## Direct Capitalization

The following subsections represent different techniques for deriving an overall capitalization rate.

### Comparable Sales

| Comparable Office Sales Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Property Location | Yr. Built | Sale Date | Rentable Area | Occ. % | Price per SF | OAR |
| 1 | 4311 Bluebonnet Boulevard, Baton Rouge, LA | 2006 | Aug-2020 | 4,013 | 100% | $193 | 6.92% |
| 2 | 420 Oil Center Drive, Lafayette, LA | 1998 | May-2020 | 4,489 | 0% | $202 | 8.00% |
| 3 | 4906 Ambassador Caffery Parkway, Lafayette, LA | 2010 | May-2020 | 10,900 | 0% | $151 | 8.30% |
| Average (Mean) Cap Rate: | | | | | | | 7.74% |

*Compiled by NKF*

✣ Based on this information, a capitalization rate within a range of 7.0% to 8.0% could be expected for the subject.



## Investor Surveys

| Investor Surveys - Capitalization Rates | | | | |
|---|---|---|---|---|
| Source | Period | Low | High | Average |
| PwC - National Office - Suburban | Q3 2020 | 4.00% | 7.50% | 6.05% |
| Situs RERC - National Office - Suburban | Q3 2020 | 5.50% | 7.50% | 6.50% |
| RealtyRates - National Office - Suburban | Q3 2020 | 4.21% | 11.18% | 8.09% |
| Real Capital Analytics - National Office - Suburban | Q3 2020 | N/A | N/A | 6.78% |

*Compiled by NKF*



> ✖ The most current national survey data indicates that going-in capitalization rates ranged from 4.00% to 11.18% and average between 6.05% and 8.09%, depending on the survey.

| Capitalization Rate Conclusion | |
|---|---|
| Source | Indication |
| Comparable Sales | 6.92% - 8.30% |
| Investor Surveys | 6.05% - 8.09% |
| Concluded Going-In Capitalization Rate | 7.00% |

*Compiled by NKF*



## Adjustments to Value

Capitalization of the projected stabilized net operating income results in an As Stabilized value indication.  The "As Is" value indication is derived by making deductions for lease-up costs as previously discussed.

## Direct Capitalization Summary

Net operating income is divided by the capitalization rate to derive the stabilized value of the subject. Valuation of the subject by direct capitalization is shown in the table immediately following.

| Income Capitalization Approach | | | |
|---|---|---|---|
| **Summary of Stabilized Net Operating Income** | | | |
| Item Description | % of Income | $ / SF | Total $ |
| **Office Income** | | 15,140 SF | |
| Potential Base Rent | | $20.37 | $308,327 |
| Lost Absorption / Turnover Rent | | $0.00 | $0 |
| Free Rent | | $0.00 | $0 |
| Scheduled Base Rent | | $20.37 | $308,327 |
| Expense Recoveries | | $0.00 | $0 |
| Total Tenant Revenue | | $20.37 | $308,327 |
| Vacancy Allowance | -5.00% | ($1.02) | ($15,416) |
| Collection Allowance | 0.00% | $0.00 | $0 |
| **Effective Gross Office Income** | | **$19.35** | **$292,911** |
| | | | |
| **Operating Expenses** | | 15,140 SF | |
| Real Estate Taxes | | $0.54 | $8,151 |
| Insurance | | $1.35 | $20,439 |
| Utilities | | $1.70 | $25,738 |
| Repairs and Maintenance | | $0.75 | $11,355 |
| Cleaning and Janitorial | | $0.75 | $11,355 |
| Grounds | | $0.10 | $1,514 |
| Security | | $0.00 | $0 |
| General and Administrative | | $1.25 | $18,925 |
| Management | 3.00% | $0.58 | $8,787 |
| Other Expenses | | $0.00 | $0 |
| Replacement Reserves | | $0.00 | $0 |
| Total Operating Expenses | 36.28% | $7.02 | $106,264 |
| **Net Operating Income** | | **$12.33** | **$186,646** |



Esplanade Plaza Office Building

**Direct Capitalization Method**

| Value Indication | $ / SF | Total $ |
|---|---|---|
| Stabilized Net Operating Income | $12.33 | $186,646 |
| Overall Capitalization Rate | | 7.00% |
| Prospective As Stabilized Value     Effective Date: 8/26/2022 | | $2,666,376 |
| **Rounded** | **$176.35** | **$2,670,000** |

| Valuation Matrix | |
|---|---|
| OAR | Value |
| 6.50% | $2,871,482 |
| 6.75% | $2,765,131 |
| **7.00%** | **$2,666,376** |
| 7.25% | $2,574,432 |
| 7.50% | $2,488,618 |

| As Is | | |
|---|---|---|
| As Stabilized Value as of Current Date | Effective Date: 8/26/2020 | $2,666,376 |
| Stabilization Discount | | ($400,000) |
| Deferred Maintenance | | $0 |
| Near Term Capital Expenses | | $0 |
| As Is Value | Effective Date: 8/26/2020 | $2,266,376 |
| **Rounded** | **$149.93** | **$2,270,000** |

*Compiled by NKF*



Esplanade Plaza Office Building

# Reconciliation of Value

The values indicated by our analyses are as follows:

| Market Value Indications | |
|---|---|
| | |
| **Market Value Premise** | **As Is** |
| **As of Date:** | **August 26, 2020** |
| Cost Approach: | Not Used |
| Sales Comparison Approach: | $2,100,000 |
| Income Capitalization Approach: | $2,270,000 |
| Market Value Conclusion | $2,270,000 |

*Compiled by NKF*

## Cost Approach

In this case, the cost approach was not utilized due to the age of the improvements which results in significant depreciation thereby reducing the reliability of this approach.

## Sales Comparison Approach

The Sales Comparison Approach is focused on comparing the subject to sale and other market transactions with the aim to develop an indication of value that is founded on the theory of substitution.  Basically, the intention is to determine value through considering the prices of properties which would be a substitute property to the subject.  In this case, a selection of reasonably similar sales were obtained and the adjustment process was well founded by reasoning and direct evidence.  Although this analysis is considered to be well founded and reliable, the subject property is an income producing property and the sales comparison approach, like the cost approach, is limited it its ability to directly consider the income levels of the subject and the sales.  Accordingly, secondary weight is given to the sales comparison approach, and was primarily utilized to estimate an appropriate going-in capitalization rate to be utilized in the income capitalization approach

## Income Capitalization Approach

The subject property is a multi-tenant office property.  It is distinctly an income producing property and this approach is specifically designed to address the value of such a property.  The direct capitalization analysis was developed.  Market rent was well established by reasonably similar lease data. Capitalization rates were developed from a number of sources including the sales used in the sales comparison approach.  In total, the income capitalization approach is considered to be most applicable to the subject and most reliable.  This approach is given greatest weight for that reason.



| Value Conclusions | | | |
| --- | --- | --- | --- |
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Retrospective Market Value | Leased Fee | 8/26/2020 | $2,270,000 |

*Compiled by NKF*

Please note the above value conclusion is retrospective as of August 26, 2020 based on the scope of the assignment.

## Extraordinary Assumptions and Hypothetical Conditions

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1.  With regard to estimating the size of the subject improvements, we have relied on public information as well as information provided by our Client. If it is found that the size of the subject improvements should differ from what is reported in this Appraisal Report, then we reserve the right to alter and amend our findings and conclusions.

2.  Our conclusion is as of August 26, 2020. We assume that the subject property was in average condition for its age and location as of the effective date of value. Additionally, we assumed the immediate surrounding are and neighborhood were also in average condition. The conclusion stated herein represents a retrospective conclusion.

3.  To the best of our knowledge, the property did not suffer from any known items of deferred maintenance as of the date of value, August 26, 2020. If it is found that the subject improvements suffered from any deferred maintenance as of the date of value, then we reserve the right to alter and amend our findings and conclusions.

The use of these extraordinary assumptions might have affected assignment results.

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1.  None

*Compiled by NKF*

## Exposure Time

Exposure time is the estimated length of time the subject property would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market.

Recent sales transaction data for similar properties, supply and demand characteristics for the local office market, and the opinions of local market participants were reviewed and analyzed. Based on this data and analysis, it is our opinion that the probable exposure time for the subject at the concluded market value stated previously is 12 months.



## Marketing Time

Marketing time is an opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal. As no significant changes in market conditions are foreseen in the near term, it is our opinion that a reasonable marketing period for the subject is likely to be the same as the exposure time. Accordingly, we estimate the subject's marketing period at 12 months.



# Assumptions and Limiting Conditions

The Appraisal contained in this Report (herein "Report") is subject to the following assumptions and limiting conditions:

1.  Unless otherwise stated in this report, title to the property which is the subject of this report (herein "Property") is assumed to be good and marketable and free and clear of all liens and encumbrances and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value.  No responsibility is assumed for the legal description, zoning, condition of title or any matters which are legal in nature or otherwise require expertise other than that of a professional real estate appraiser.  This report shall not constitute a survey of the Property.

2.  Unless otherwise stated in this report, it is assumed: that the improvements on the Property are structurally sound, seismically safe and code conforming; that all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.)  are in good working order with no major deferred maintenance or repair required; that the roof and exterior are in good condition and free from intrusion by the elements; that the Property and improvements conform to all applicable local, state, and federal laws, codes, ordinances and regulations including environmental laws and regulations.  No responsibility is assumed for soil or subsoil conditions or engineering or structural matters. The Property is appraised assuming that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this report is based, unless otherwise stated.  The physical condition of the Property reflected in this report is solely based on a visual inspection as typically conducted by a professional appraiser not someone with engineering expertise. Responsible ownership and competent property management are assumed.

3.  Unless otherwise stated in this report, this report did not take into consideration the existence of asbestos, PCB transformers or other toxic, hazardous, or contaminated substances or underground storage tanks, or the cost of encapsulation, removal or remediation thereof. Real estate appraisers are not qualified to detect such substances.  The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater or other potentially hazardous materials and substances may adversely affect the value of the Property.  Unless otherwise stated in this report, the opinion of value is predicated on the assumption that there is no such material or substances at, on or in the Property.

4.  All statements of fact contained in this report as a basis of the analyses, opinions, and conclusions herein are true and correct to the best of the appraiser's actual knowledge and belief.  The appraiser is entitled to and relies upon the accuracy of information and material furnished by the owner of the Property or owner's representatives and on information and data provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by such members. Such information and data obtained from third party sources are assumed to be reliable and have not been independently verified. No warranty is made as to the accuracy of any of such information and data. Any material error in any of the said information or data could have a



substantial impact on the conclusions of this Report.  The appraiser reserves the right to amend conclusions reported if made aware of any such error.

5.  The opinion of value stated in this report is only as of the date of value stated in this report. An appraisal is inherently subjective and the conclusions stated apply only as of said date of value, and no representation is made as to the effect of subsequent events.  This report speaks only as of the date hereof.

6.  Any projected cash flows included in the analysis are forecasts of estimated future operating characteristics and are predicated on the information and assumptions contained within this report.  Any projections of income, expenses and economic conditions utilized in this report are not predictions of the future.  Rather, they are estimates of market expectations of future income and expenses.  The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured.  Actual results may vary from the projections considered herein.  There is no warranty or assurances that these forecasts will occur.  Projections may be affected by circumstances beyond anyone's knowledge or control. Any income and expense estimates contained in this report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

7.  The analyses contained in this report may necessarily incorporate numerous estimates and assumptions regarding Property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters.  Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by the analysis will vary from estimates, and the variations may be material.

8.  All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraphs, several events may occur that could substantially alter the outcome of the estimates such as, but not limited to changes in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc.  In making prospective estimates and forecasts, it is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

9.  The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.  This report shall be considered only in its entirety.  No part of this report shall be utilized separately or out of context.

10. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the Firm. Possession of this report, or a copy hereof, does not carry with it the right of publication.

11. Client and any other Intended User identified herein should consider this report and the opinion of value contained herein as only one factor together with its own independent considerations and



underwriting guidelines in making any decision or investment or taking any action regarding the Property.  Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.  The use of this report and the appraisal contained herein by anyone other than an Intended User identified herein, or for a use other than the Intended Use identified herein, is strictly prohibited. No party other than an Intended User identified herein may rely on this report and the appraisal contained herein.

12. Unless otherwise stated in the agreement  to prepare this report, the appraiser shall not be required to participate in or prepare for or attend any judicial, arbitration, or administrative proceedings.

13. The Americans with Disabilities Act (ADA) became effective January 26, 1992. No survey or analysis of the Property has been made in connection with this report to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines.  No expertise in ADA issues is claimed, and the report renders no opinion regarding the Property's compliance with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

14. Acceptance and/or use of this report constitutes full acceptance of these Assumptions and Limiting Conditions and any others contained in this report, including any Extraordinary Assumptions and Hypothetical Conditions, and is subject to the terms and conditions contained in the agreement to prepare this report and full acceptance of any limitation of liability or claims contained therein.



Addenda

___

# Addendum A

# Glossary of Terms



The following definitions are derived from The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015).

- ♦ **Absorption Period:**  The actual or expected period required from the time a property, group of properties, or commodity is initially offered for lease, purchase, or use by its eventual users until all portions have been sold or stabilized occupancy has been achieved.

- ♦ **Absorption Rate:**  1) Broadly, the rate at which vacant space in a property or group of properties for sale or lease has been or is expected to be successfully sold or leased over a specified period of time. 2) In subdivision analysis, the rate of sales of lots or units in a subdivision.

- ♦ **Ad Valorem Tax:**  A tax levied in proportion to the value of the thing(s) being taxed. Exclusive of exemptions, use-value assessment provisions, and the like, the property tax is an ad valorem tax. (International Association of Assessing Officers [IAAO])

- ♦ **Assessed Value:**  The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value.

- ♦ **Cash Equivalency:**  An analytical process in which the sale price of a transaction with nonmarket financing or financing with unusual conditions or incentives is converted into a price expressed in terms of cash or its equivalent.

- ♦ **Contract Rent:**  The actual rental income specified in a lease.

- ♦ **Disposition Value:**  The most probable price that a specified interest in property should bring under the following conditions:  1) Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.  2) The property is subjected to market conditions prevailing as of the date of valuation.  **3)** Both the buyer and seller are acting prudently and knowledgeably.  4) The seller is under compulsion to sell.  5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests.  7) An adequate marketing effort will be made during the exposure time.  8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto.  9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

- ♦ **Effective Rent:**  Total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions; the rent that is effectively paid by a tenant net of financial concessions provided by a landlord.

- ♦ **Excess Land:**  Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. See also **surplus land.**



♦ **Excess Rent:** The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties.

♦ **Exposure Time:** 1) The time a property remains on the market. 2) [The] estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

♦ **Extraordinary Assumption:** An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. See also **hypothetical condition.**

♦ **Fee Simple Estate:** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

♦ **Floor Area Ratio (FAR):** The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area.

♦ **Frictional Vacancy:** The amount of vacant space needed in a market for its orderly operation. Frictional vacancy allows for move-ins and move-outs.

♦ **Full Service Lease:** See **gross lease.**

♦ **General Vacancy:** A method of calculating any remaining vacancy and collection loss considerations when using discounted cash flow (DCF) analysis, where turnover vacancy has been used as part of the income estimate. The combined effects of turnover vacancy and general vacancy relate to total vacancy and collection loss.

♦ **Going-Concern Premise:** One of the premises under which the total assets of a business can be valued; the assumption that a company is expected to continue operating well into the future (usually indefinitely).

♦ **Going Concern Value:** An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business.

♦ **Gross Building Area (GBA):** 1) Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. 2) Gross leasable area plus all common areas. 3) For residential space, the total area of all floor levels measured from the exterior of the walls and including the superstructure and substructure basement; typically does not include garage space.



- ♦ **Gross Lease:** A lease in which the landlord receives stipulated rent and is obligated to pay all of the property's operating and fixed expenses; also called full-service lease.

- ♦ **Hypothetical Condition:** 1) A condition that is presumed to be true when it is known to be false. (Appraisal Institute: The Standards of Valuation Practice [SVP]) 2) A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. See also ***extraordinary assumption.***

- ♦ **Intended Users:** 1) The party or parties the valuer intends will use the report. (SVP) 2) The client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser, based on communication with the client at the time of the assignment. (USPAP, 2020-2021 ed.)

- ♦ **Investment Value:** 1) The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. *2)* The value of an asset to the owner or a prospective owner for individual investment or operational objectives. (International Valuation Standards [IVS])

- ♦ **Land-to-Building Ratio:** The proportion of land area to gross building area; one of the factors determining comparability of properties.

- ♦ **Lease:** A contract in which the rights to use and occupy land, space, or structures are transferred by the owner to another for a specified period of time in return for a specified rent.

- ♦ **Leased Fee Interest:** The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

- ♦ **Leasehold Interest:** The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

- ♦ **Lessee:** One who has the right to occupancy and use of the property of another for a period of time according to a lease agreement.

- ♦ **Lessor:** One who conveys the rights of occupancy and use to others under a lease agreement.

- ♦ **Liquidation Value:** The most probable price that a specified interest in property should bring under the following conditions: 1) Consummation of a sale within a short time period. 2) The property is subjected to market conditions prevailing as of the date of valuation. 3) Both the buyer and seller are acting prudently and knowledgeably. 4) The seller is under extreme compulsion to sell. 5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests. 7) A normal marketing effort is not possible due to the brief exposure time. 8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto. 9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone



associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

- ◆ **Market Rent:** The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).

- ◆ **Market Value:**  A type of value that is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined, such as the following.  1) The most widely accepted components of market value are incorporated in the following definition: The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.  2) Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal. [2]

- ◆ **Market Value of the Going Concern:**  The market value of an established and operating business including the real property, personal property, financial assets, and the intangible assets of the business.

- ◆ **Marketing Time:**  An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal.

- ◆ **Modified Gross Lease:**  A lease in which the landlord receives stipulated rent and is obligated to pay some, but not all, of the property's operating and fixed expenses.  Since assignment of expenses varies among modified gross leases, expense responsibility must always be specified. In some markets, a modified gross lease may be called a double net lease, net net lease, partial net lease, or semi-gross lease.

- ◆ **Net Lease:**  A lease in which the landlord passes on all expenses to the tenant. See also **gross lease; modified gross lease.**

- ◆ **Net Net Net Lease:**  An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management; also called NNN lease, triple net lease, or fully net lease.

---

[2] The actual definition of value used for this appraisal is contained within the body of the report.  The definition of market value given above is general in viewpoint and is only provided for amplification.



- ◆ **Occupancy Rate:**  1) The relationship or ratio between the potential income from the currently rented units in a property and the income that would be received if all the units were occupied. 2) The ratio of occupied space to total rentable space in a building.

- ◆ **Overage Rent:**  The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakpoint sales volume.

- ◆ **Percentage Rent:**  Rental income received in accordance with the terms of a percentage lease; typically derived from retail store and restaurant tenants and based on a certain percentage of their gross sales.

- ◆ **Prospective Opinion of Value:**  A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

- ◆ **Rentable Area:**  For office or retail buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice.

- ◆ **Retrospective Value Opinion:**  A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion."

- ◆ **Shell Rent:**  The typical rent paid for retail, office, or industrial tenant space based on minimal "shell" interior finishes (called vanilla finish or white wall finish in some areas). Usually the landlord delivers the main building shell space or some minimum level of interior build-out, and the tenant completes the interior finish, which can include wall, ceiling, and floor finishes, mechanical systems, interior electricity, and plumbing. Typically these are long-term leases with tenants paying all or most property expenses.

- ◆ **Surplus Land:**  Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. See also **excess land.**

- ◆ **Turnover Vacancy:**  A method of calculating vacancy allowance that is estimated or considered as part of the potential income estimate when using discounted cash flow (DCF) analysis. As units or suites turn over and are available for re-leasing, the periodic vacancy time frame (vacancy window) to release the space is considered.



Addenda

♦ ***Usable Area:***  1) For office buildings, the actual occupiable area of a floor or an office space; computed by measuring from the finished surface of the office side of corridor and other permanent walls, to the center of partitions that separate the office from adjoining usable areas, and to the inside finished surface of the dominant portion of the permanent outer building walls. Sometimes called net building area or net floor area. See also floor area.  2) The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas.

♦ ***Use Value:***  The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal.  Use value may or may not be equal to market value but is different conceptually. See also ***value in use.***

♦ ***Value In Use:***  The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Value in use may or may not be equal to market value but is different conceptually. See also ***use value.***

♦ ***Value Indication:***  A valuer's conclusion of value resulting from the application of an approach to value, e.g., the value indication by the sales comparison approach.



Addenda

## Addendum B

## Engagement Letter





July 23, 2021

John P Wolff
Senior Partner
KEOGH, COX & WILSON, LTD.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
Phone: 225 383 3796
Email: jwolff@keoghcox.com

Re:    Appraisal of the subject property and Review/Consultation of the NAI Latter & Blum
       report described as:
       Esplanade Office Building, 620 Esplanade Street, Lake Charles, Calcasieu Parish,
       Louisiana 70607 ("**Property**")

Dear Mr. Wolff:

Newmark Knight Frank Valuation & Advisory, LLC ("**Firm**") agrees to provide Keogh, Cox &
Wilson, Ltd. ("**Client**") an appraisal and review/consultation services of the above-referenced
Property in accordance with, and subject to, the terms and conditions set forth below and in the
attached Schedules (collectively, "**Agreement**").

| | |
|---|---|
| APPRAISAL AND REVIEW/ CONSULTATION FEE: | $20,000.00 (inclusive of expenses). |
| ADDITIONAL HOURLY FEES: | Should court time and preparation be required, it will be billed at $550.00/hr plus expenses. |
| RETAINER: | $10,000.00 with the return of this letter signed by the Client. |
| REPORT DELIVERABLES: | The appraisal, draft and/or final, shall be delivered in electronic format (typically, pdf). One original hard copy of the final appraisal will be provided to Client upon request. |
| COMMENCEMENT AND DELIVERY DATE: | Delivery is as follows:<br><br>Final appraisal report: August 13, 2021<br><br>The appraisal process will commence upon receipt by the Firm of (i) this Agreement signed by Client and (ii) the retainer.   The appraisal process will conclude upon delivery of the final appraisal report, unless terminated sooner by the Firm or Client or as provided herein. |

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 2 of 8

| | |
|---|---|
| REPORT TYPE: | Appraisal Report |
| VALUATION PREMISE: | Market Value |
| INTEREST IN THE PROPERTY APPRAISED: | Fee Simple Estate |
| DATE(S) OF VALUE: | Retrospective as of: August 27, 2020, subject to further discussion with client |
| INTENDED USER(S): | Intended users of the appraisal include only Client and the following parties: Keogh, Cox & Wilson, Ltd., and no other party is permitted to use or rely on the appraisal. ("**Intended Users**") The identification of Intended User(s) of the appraisal is to determine the type and extent of research, analysis and reporting appropriate for the assignment.  Designation of a party other than Client as an Intended User is not intended to confer upon such party any rights under this Agreement. |
| INTENDED USE: | The intended use of the appraisal and review/consultation services is for potential litigation resulting from the landfall of Hurricane Laura ("**Intended Use**") and no other use. |
| RELIANCE LANGUAGE: | None |
| GUIDELINES: | The analyses, opinions and conclusions are to be developed based on, and the appraisal will be prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) as published by the Appraisal Foundation. |
| SCOPE OF WORK: | The appraiser will use and properly apply all applicable and appropriate approaches to value sufficient to produce credible assignment results. The scope of the analysis will be appropriate for the appraisal problem. |

- Review of plaintiff expert realtor report.
- Review of pertinent documents.
- Attend pertinent witness depositions via Zoom.
- Attend site inspection.
- Prepare an expert report for discovery and trial purposes, due August 13, 2021.
- Provide an evaluation of plaintiff's claims, expert report, appraisal of market/rent conditions relevant to the claims, and associated tasks.

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 3 of 8

| | |
|---|---|
| **ASSUMPTIONS/ LIMITING CONDITIONS:** | The appraisal will be subject to Firm's standard Assumptions and Limiting Conditions, which will be incorporated into the appraisal report. In addition, the appraisal may be subject to, and the appraisal report may contain, Extraordinary Assumptions and Hypothetical Conditions. |
| **ACCEPTANCE:** | This shall constitute a binding agreement only if countersigned by the Client, or by an officer, director or other representative of Client who, by signing and accepting this Agreement, represents and warrants that he/she is authorized by Client to do so. |
| **PAYMENT:** | Client will be invoiced the appraisal fee (and any expenses) which will be earned in full upon initial delivery of the appraisal report (draft or final), with such appraisal fee (and expenses) payable within 30 days of invoicing. |
| | Payment of the fee is not contingent upon any predetermined value or on an action or event resulting from the analysis, opinions, conclusions or use of the appraisal. |
| **CHANGES TO THE AGREEMENT:** | Any significant changes to the assignment as outlined in this Agreement, such as the identity of the Client, Intended User, or Intended Use, will require the preparation and execution of a new agreement. |
| **CANCELLATION OF ASSIGNMENT:** | Client may cancel this Agreement at any time prior to the Firm's delivery of the appraisal upon written notification to the Firm. Client shall pay Firm for all work completed on the assignment prior to Firm's receipt of such written cancellation notice, unless otherwise agreed upon by Firm and Client in writing. The Firm may withdraw without penalty or liability from the assignment(s) contemplated by the Agreement before completion or reporting if the Firm determines, in the Firm's sole discretion, that incomplete information was provided to the Firm prior to the engagement, that Client or other parties have not or cannot provide documentation or information necessary to the Firm's analysis or reporting, that conditions of the Property render the original scope of work inappropriate, that a conflict of interest has arisen, or that Client has not complied with its payment obligations under this Agreement. The Firm shall notify Client of such withdrawal in writing. |
| **NO THIRD-PARTY BENEFICIARIES:** | Nothing in the Agreement shall create a contractual relationship or any legal duty between Firm or Client and any third party, nor any cause of action, right, or claim in favor of any third party and |

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 4 of 8

against Firm or Client. In addition, this Agreement is not intended to, and shall not be construed to, render any person or entity a third-party beneficiary of this Agreement. Client acknowledges and agrees that the appraisal report shall reflect the foregoing. In addition, the appraisal report shall state that no party other than an Intended User identified in the Agreement is entitled to rely upon the appraisal.

This Agreement may be rescinded by the Firm unless signed and returned to the undersigned within 10 days from the date hereof.

If this Agreement correctly sets forth the Client's understanding of the services to be rendered, and if the terms are satisfactory, please execute and return the Agreement together with any required retainer.

Respectfully,

Stephen D. DuPlantis, MAI
Executive Managing Director
Certified General Appraiser
License No. TX 1321138 G
steve.duplantis@ngkf.com
713.599.5103 Direct
713.703.8038 Cell

Agreed:

KEOGH, COX & WILSON, LTD.

SIGNATURE:

PRINT NAME: Mary Anne Wolf

TITLE: attorney

DATE: July 23, 2021

NEWMARK

1700 Post Oak Blvd, BLVD Place 2, Suite 350 | Houston, TX 77056
PHONE: 713.599.5103 | WEB: www.nmrk.com

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 5 of 8

Schedule "A"

# TERMS AND CONDITIONS

ATTACHED TO AND A PART OF THE AGREEMENT DATED JULY 23, 2021 TO PROVIDE APPRAISAL SERVICES FOR KEOGH, COX & WILSON, LTD.

1. These Terms and Conditions are attached to and incorporated into the above referenced Agreement as though fully set forth in full therein. Capitalized terms if not defined herein shall have the same meaning as defined in the Agreement.

2. With respect to any appraisal report, use of or reliance on the appraisal by any party, regardless of whether the use or reliance is authorized or known by the Firm, constitutes acceptance of these Terms and Conditions as well as acceptance of all other appraisal statements, limiting conditions and assumptions stated in the Agreement and appraisal report.

3. It is assumed that there are no matters affecting the Property that would require the expertise of other professionals, such as engineers or an environmental consultant, for Firm to provide the appraisal. If such additional expertise is required, it shall be provided by other parties retained by Client at Client's sole cost and expense.

4. Client acknowledges that the Firm is being retained as an independent contractor to provide the services described herein and nothing in this Agreement shall be deemed to create any other relationship between Firm and Client, including but not limited to an agency relationship. The parties neither intend nor have any expectation that any such relationship will arise as a matter of law or as a result of this Agreement. This assignment shall be deemed concluded and the services hereunder completed upon delivery of the appraisal described herein to Client.

5. All statements of fact contained in the appraisal report as a basis of the appraiser's analyses, opinions, and conclusions will be true and correct to the best of the appraiser's actual knowledge and belief. The appraiser is entitled to, and shall rely upon the accuracy of information and material furnished to the Firm by Client. Appraiser is also entitled to, and shall, rely on information provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by members of that profession without independent verification.

6. The Firm and the appraiser shall have no responsibility for legal matters, or questions or issues involving survey or title, soil or subsoil conditions, engineering, zoning, buildability, environmental contamination, structural matters, construction defects, material or methodology, or other similar technical matters with regarding the Property. Furthermore, the appraisal will not constitute a survey of the Property.

7. The appraisal and the data and information gathered in its preparation (other than the confidential data and information provided by Client) is and will remain, the property of the Firm. The Firm shall not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished by Client to the Firm. Notwithstanding the foregoing, the Firm and the appraiser are authorized by Client to disclose all or any portion of the appraisal and appraisal report and the related data and information, including confidential data and information provided by Client, to appropriate representatives of the Appraisal Institute if such disclosure is required to comply with the Standards, Bylaws and Regulations of the Appraisal Institute, as well as, such disclosure as required

NEWMARK

by law and regulations, including compliance with a subpoena and licensing authority regulatory inquiries. The Firm is also authorized to include both confidential and non-confidential data assembled in the course of preparing the appraisal and which may be incorporated into the appraisal report in a database controlled by the Firm for the aggregation of such data and information to produce analytics and other metrics or products.

8.  Unless specifically noted in the appraisal report, the appraisal will not take into consideration the possibility or probability of the existence of asbestos, PCB transformers, other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material) at on or in the Property, or the cost of encapsulation, removal or remediation thereof.

9.  Client shall indemnify, defend (by counsel to be selected by Firm), protect, and hold Firm and Firm's appraisers, agents, employees, affiliates, representatives, successors and assigns (each, a "**Firm Party**"), free and harmless from any and all claims, liabilities, losses, penalties, fines, forfeitures, amounts paid in settlement, judgments, and all reasonable attorneys' fees and related litigation costs, fees and expenses incurred by the any of such indemnitees, which result from (i) any failure by Client or Client's agents or representatives to provide Firm with complete and accurate information regarding the Property; (ii) any material breach by Client of the provisions of the Agreement; (iii) if delivery of the appraisal to a third party is permitted by the Firm, Client providing an incomplete copy of the appraisal to such third party; or (iv) arising from Client or Client's agents or representatives providing a copy of the appraisal to a party not authorized by the Firm to receive such copy.

10. In preparing the appraisal, it is possible that the appraiser will discover conflicting information. In that event, appraiser will utilize information and data considered to be the most authoritative and for critical information will document the source. Information and data referred to may include, but is not limited to, legal descriptions; physical street addresses; assessor parcel numbers; property history; dimensions and areas of the site/land; dimensions and areas of the building improvements; physical unit counts; rent rolls; leases; lease abstracts; income and expense data; and any other related data. Any material discrepancy and/or error in any of the above data could have a substantial impact on the conclusions reported, and the Firm therefore reserves the right to amend conclusions reported if the Firm is made aware of any such discrepancy and/or error.

11. The appraisal may not be used, included or referenced, in whole or in part, in any offering or other materials without the prior written consent of the Firm, which consent may be conditioned upon the receipt by the Firm of an indemnity agreement, in form and content, satisfactory to Firm and provided by an indemnitor satisfactory to Firm. Client agrees to pay the fees of the Firm's legal counsel for review of any materials which is the subject of the requested consent. Except as agreed by the Firm expressly in writing, the Firm disclaims liability to any party other than Client.

12. The Firm shall not provide a copy of the appraisal to, or disclose the results of the appraisal to, any party other than Client, unless Client authorizes same, except as provided in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP) or as otherwise required by law or regulations.

13. Client and any other identified Intended User should consider the appraisal as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 7 of 8

in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.

14. Unless otherwise stated in this Agreement, Client agrees that the services pursuant to this Agreement shall not include participation in or preparation for, or attendance at, any legal, judicial, administrative, or arbitration proceeding relating to this assignment. In the event the Firm or any Firm Party is required, whether through the service of a subpoena or otherwise, to produce documents or participate in or prepare for any discovery, testimony or attendance, relating to the appraisal or this assignment, where the Firm or Firm Party is not a party to the action or proceedings involved, Client agrees to reimburse expenses incurred by the Firm or Firm Party, including attorney's fees, in responding to such subpoena or other legal process and compensate the Firm therefor based upon the appraiser's prevailing hourly or daily rate for providing services as an expert consultant or witness.

15. Except as expressly provided herein, Firm makes no representations or warranties to Client or to any other person or entity with respect to the appraisal and the services to be provided by Firm under this Agreement. To the maximum extent permitted under applicable law, in no event will the Firm or any Firm Party be liable to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) for any indirect, special, exemplary, incidental, or consequential damages (including loss of profits) arising from or relating to this Agreement or the appraisal, even if such party knew or should have known of the possibility of, or could reasonably have prevented, such damages. In no event shall the total liability of the Firm or any Firm Party to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) arising from or relating to this Agreement or the appraisal, whether based on tort, contract, or any other legal theory, exceed the amount of fees paid to the Firm for the appraisal and the services described herein. Legal claims or causes of action relating to the appraisal are not assignable, except: (i) as the result of a merger, consolidation, sale or purchase of a legal entity, (ii) with regard to the collection of a bona fide existing debt for services but then only to the extent of the total compensation for the appraisal plus reasonable interest, or (iii) in the case of an appraisal performed in connection with the origination of a mortgage loan, as part of the transfer or sale of the mortgage before an event of default on the mortgage or note or its legal equivalent.

16. Federal banking regulations require banks and other lending institutions to engage appraisers where FIRREA compliant appraisals must be used in connection with mortgage loans or other transactions involving federally regulated lending institutions. In view of that requirement, the appraisal may not be accepted by a federally regulated financial institution.

17. In the event Client fails to make payments of any fees or sums when due and payable under this Agreement; then from the date due and payable until paid, the amount due and payable shall bear interest at the maximum rate permitted under the laws of the state in which the Property is located. If the Firm is required to undertake collection efforts including institution of legal action against Client relating to the Agreement, the Firm shall be entitled to recover attorney's fees, litigation expenses, and costs from Client.

18. To the extent permitted under applicable law, any legal action or lawsuit or other proceeding by Client or any Intended User of the appraisal against Firm or a Firm Party  whether based in contract, tort, warranty, indemnity or otherwise, relating to the appraisal shall be commenced within two (2) years

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 8 of 8

from the date of delivery of the appraisal to the claimant in such action or proceeding, unless the applicable law provides for a shorter period, and any such claimant waives the right to a jury in any such legal action or lawsuit or other proceeding.  Notwithstanding the state of domicile or residency of either party to this Agreement, this Agreement shall be governed and construed under the laws of the state in which the Property is located, and venue for any action or proceeding arising out of this Agreement shall be deemed proper only in the court of competent jurisdiction located in the state in which the Property is located.

19. Throughout the performance of services under this Agreement, the Firm shall maintain at its sole cost and expense the following insurance:

(a) Workers' Compensation, so as to provide statutory benefits as required by the laws of each state within the United States in which the Firm's services are being provided, and Employer's Liability insurance with limits of liability of $1,000,000 each accident, $1,000,000 disease each employee and $1,000,000 disease policy limit covering all employees of the Firm engaged in the performance of such services.

(b) Fidelity insurance or bond with a limit of $1,000,000 to insure the Firm against loss of its or Client's assets caused from the dishonest acts of the Firm's employees.

(c) Professional Liability insurance with a limit of liability of $1,000,000 each claim and $1,000,000 aggregate, which limits may be provided by a combination of primary and excess policies.

(d) Commercial General Liability insurance providing coverage against damages due to bodily injury (including death), property damage and personal and advertising injury arising in connection with the Firm's services provided under this Agreement, which insurance coverage shall: (i) be occurrence-based; (ii) provide limits of liability in an amount of $1,000,000 each occurrence and $1,000,000 aggregate (including excess and/or umbrella limits), (iii) include at least those coverages generally included in the most current ISO Commercial General Liability insurance policy form (or its equivalent); and (iv) include Client, and such other persons or entities as Client has identified in writing, as additional insureds solely with regard to claims arising out of this Agreement.

(e) Commercial automobile liability for owned, hired and non-owned motor vehicles, with a $1,000,000 combined single limit.

NEWMARK

Addenda

---

**Addendum C**

**Comparable Data**



Addenda

## Improved Sales



Addenda

## Office Sale Comparable 1
**Parc at Claycut Bayou, Building D**

### Location Information

| | |
|---|---|
| Location | 4311 Bluebonnet Boulevard |
| | Baton Rouge, LA |
| Market | LA - Baton Rouge |
| Submarket | Baton Rouge Metro Area |
| County | East Baton Rouge |
| APN | 2453193 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 4,013 SF |
| Rentable Area | 4,013 SF |
| Land Acres | 0.09 Acres |
| Land SF | 4,013 SF |
| Land to Building Ratio | 1.00 |
| No. of Buildings | 1 |
| No. of Stories | 1 |
| Year Built (Renovated) | 2006 (2019) |
| Construction | Wood frame |
| Condition | Good |
| Parking | Surface lot |
| Investment Class | Class B |
| Elevators | |

### Sale Data

| | | |
|---|---|---|
| Transaction Type | Closed | |
| Date | August 14, 2020 | |
| Marketing Time | 2 months | |
| Grantor | Fishhooks Properties, LLC | |
| Grantee | Jacoj Properties & Investments, LLC | |
| Document No. | Original 934, Bundle 13045 | |
| Price | $775,000 | |
| Financing Terms | Cash to Seller | |
| Price Adjustments For: | | |
| Financing | | $0 |
| Conditions of Sale | | $0 |
| Other | | $0 |
| Adjusted Price | | $775,000 |
| Price Per SF | | $193.12 |

### Financial Data

| | |
|---|---|
| Source | Pro Forma |
| Occupancy | 100.0% |
| Property Operations Status | Stabilized Operations |

### Financial Indicators

| | | | |
|---|---|---|---|
| Effective Gross Income | $76,280 | | |
| EGIM | 10.16 | | |
| Operating Expense Ratio | 29.7% | | |
| NOI | $53,662 | | |
| Derived Cap Rate | 6.92% | | |
| Reported Cap Rate | N/A | Verification | Confirmed-Seller Broker |

### Comments

This is the sale of a two-suite office condominium in the Parc at Claycut Bayou. The property was built in 2006 and had been recently renovated in 2019 prior to being listed for sale. The seller was occupying the entire building at the time of sale, and was to lease back the space from the buyer for about a year while downsizing to one of the two suites, at which time the buyer was planning to occupy the other. The listing agent indicated that the lease rate was about $19.00 per square foot, modified gross; though he noted that he thought the rate would increase once the move to the smaller space was completed. The capitalization rate is based on this rate and actual historical expenses provided by the broker.



<span style="color:red">Esplanade Plaza Office Building</span>

Addenda

## Office Sale Comparable 2
Office

### Location Information

| | |
|---|---|
| Location | 420 Oil Center Drive |
| | Lafayette, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Lafayette |
| APN | 6105820 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 4,489 SF |
| Rentable Area | 4,489 SF |
| Land Acres | 0.55 Acres |
| Land SF | 23,958 SF |
| Land to Building Ratio | 5.34 |
| No. of Buildings | 1 |
| No. of Stories | 1 |
| Year Built (Renovated) | 1998 (2011) |
| Construction | Steel frame |
| Condition | Average |
| Parking | Paved Surface |
| Investment Class | 0 |
| Elevators | |

### Financial Data

| | |
|---|---|
| Source | Pro Forma |
| Occupancy | 0.0% |
| Property Operations Status | Stabilized Operations |

### Financial Indicators

| | |
|---|---|
| NOI | N/A |
| Derived Cap Rate | N/A |
| Reported Cap Rate | N/A |

### Sale Data

| | |
|---|---|
| Transaction Type | Closed |
| Date | May 13, 2020 |
| Marketing Time | 4 months |
| Grantor | Powell Pelican Properties LLC |
| Grantee | Breaud Properties LLC |
| Document No. | 2020-15039 |
| Price | $907,590 |
| Financing Terms | |
| Price Adjustments For: | |
| Financing | $0 |
| Conditions of Sale | $0 |
| Other | $0 |
| Adjusted Price | $907,590 |
| Price Per SF | $202.18 |

### Pro Forma Stabilized Operations

| | |
|---|---|
| NOI | $72,608 |
| Derived Cap Rate | 8.00% |
| Verification | Secondary Verification |

### Comments

This property represents a tenant-occupied office that was constructed in 1998 and renovated in 2011. It consists of 4,489 square feet of building area. The improvements are situated on a 0.5-acre site. The property was reportedly purchased by an owner-user. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $18.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $5.91 per square foot, of which $5.25 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.



Addenda

## Office Sale Comparable 3
**Cordoba Square Office Park, Building B**

### Location Information

| | |
|---|---|
| Location | 4906 Ambassador Caffery Parkway |
| | Lafayette, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Lafayette Parish |
| APN | 6134922 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 11,000 SF |
| Rentable Area | 10,900 SF |
| Land Acres | 0.97 Acres |
| Land SF | 42,058 SF |
| Land to Building Ratio | 3.82 |
| No. of Buildings | 1 |
| No. of Stories | 1 |
| Year Built (Renovated) | 2010 |
| Construction | Wood frame |
| Condition | Good |
| Parking | Surface |
| Investment Class | Class B |
| Elevators | |

### Financial Data

| | |
|---|---|
| Source | Pro Forma |
| Occupancy | 0.0% |
| Property Operations Status | Vacant |

### Financial Indicators

| | |
|---|---|
| NOI | N/A |
| Derived Cap Rate | N/A |
| Reported Cap Rate | N/A |

### Sale Data

| | |
|---|---|
| Transaction Type | Closed |
| Date | May 7, 2020 |
| Marketing Time | N/A |
| Grantor | Suncoast Real Estate, LLC |
| Grantee | VJJ Leasing, LLC |
| Document No. | 2020 |
| Price | $1,650,000 |
| Financing Terms | Cash to Seller |
| Price Adjustments For: | |
| Financing | $0 |
| Conditions of Sale | $0 |
| Other | $0 |
| Adjusted Price | $1,650,000 |
| Price Per SF | $151.38 |

### Pro Forma Stabilized Operations

| | |
|---|---|
| NOI | $136,884 |
| Derived Cap Rate | 8.30% |
| Verification | Confirmed-Seller Broker |

### Comments

This comparable represents the sale of a general purpose office building known as Building B, Cordoba Square Office Park, and has a physical address of 4906 Ambassador Caffery Parkway, Lafayette, Louisiana. The comparable is located along the south side of Ambassador Caffery Parkway (Highway 3073), west of Verot School Road (Highway 339). Additionally, the comparable is located across the street from the Our Lady of Lourdes Regional Medical Center. The building features stucco exterior and a pitched composition shingle roof. Other improvement features include 26 offices, 2 large executive office, a conference room, kitchen/breakroom, 7 bathrooms, and reception area and waiting room. The comparable sold in May 2020 to an owner-occupant for a reported purchase price of $1,650,000, or $151.38 per square foot. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $14.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market

Esplanade Plaza Office Building



Addenda

**Lease Comparables**



Addenda

## Office Rental Survey Comparable 1
### 201 W College

### Location Information

| | |
|---|---|
| Location | 201 West College Street |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu |
| APN | 00427969 |



### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 6,000 SF |
| Rentable Area | 6,000 SF |
| No. of Stories | 1 |
| Max Ceiling Height (Feet) | 9 |
| Year Built (Renovated) | 2014 |
| Construction | Metal |
| Condition | Good |
| Parking | Surface lot |
| Investment Class | Class B |
| Elevators | 0 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.0% |
| Leasing Agent | 0 |
| Company | 0 |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 3/1/20 - 0 Mos. | Signed Lease | Signed Lease: 2,485 | $14.75 | Modified Gross | None | No Free Rent; No TI |

### Comments

This is the lease of 2,485 square feet of office space in a three-tenant building. The other tenants are Edward Jones and Protective Risk Agency. The base lease rate is $14.75 per square foot, and at the time of lease the CAM charges were approximately $2.00 per square foot, which included water, taxes, insurance, and landscaping. The tenant is responsible for other utilities, janitorial, and general upkeep of the interior. The property is located just off of Interstate 210 near the Ryan Street exit.

Esplanade Plaza Office Building



Addenda

## Office Rental Survey Comparable 2
### 803 W Bayou Pines

### Location Information

| | |
|---|---|
| Location | 803 West Bayou Pines Drive |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu |
| APN | 473936 |



### Physical Property Summary

| | |
|---|---|
| Property Type | Office (Business Park) |
| Gross Building Area | 9,000 SF |
| Rentable Area | 9,000 SF |
| No. of Stories | 1 |
| Max Ceiling Height (Feet) | 8 |
| Year Built (Renovated) | 1990 |
| Construction | Wood frame |
| Condition | Average |
| Parking | 0 |
| Investment Class | Class B |
| Elevators | 0 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 87.00% |
| Leasing Agent | 0 |
| Company | 0.0% |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 12/1/19 - 0 Mos. | Unspecified | Signed Lease: 1,026 | $12.00 | Triple Net | None | No Free Rent; No TI |

### Comments

This is the lease of space within the Bayou Pines West office park. The base rental rate was reportedly $12.00 per square foot, with an additional $2.95 per square foot in CAM charges. At the time of this lease, there was one other vacancy within the property, for an overall occupancy of 87%.



Esplanade Plaza Office Building

Addenda

## Office Rental Survey Comparable 3
### 820 Broad Street



### Location Information
| | |
|---|---|
| Location | 820 Broad Street |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu Parish |
| APN | 00593958A |

### Physical Property Summary
| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 3,911 SF |
| Rentable Area | 3,911 SF |
| No. of Stories | 1 |
| Max Ceiling Height (Feet) | 9 |
| Year Built (Renovated) | 1979 |
| Construction | Wood frame |
| Condition | Good |
| Parking | Surface lot |
| Investment Class | Class B |
| Elevators | 0 |

### Lease Availability Details
| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.00% |
| Leasing Agent | 0 |
| Company | 0.0% |

### Lease Summary
| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 11/1/19 - 0 Mos. | Not Disclosed | Signed Lease: 1,200 | $22.00 | Modified Gross | None | No Free Rent; No TI |

### Comments
This is the lease of a 1,200 square foot suite within a two tenant office building. The two suites share a common area including a lobby, restrooms, and kitchen. The lease rate was reported to be $22.00 per square foot, modified gross.

Esplanade Plaza Office Building



Addenda

## Office Rental Survey Comparable 4
**Petro Point Office**



### Location Information

| | |
|---|---|
| Location | 639 Petro Point Drive |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu |
| APN | 01355030 & 01345389 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 9,000 SF |
| Rentable Area | 9,000 SF |
| No. of Stories | 1 |
| Max Ceiling Height (Feet) | 10 |
| Year Built (Renovated) | 2006 |
| Construction | Metal |
| Condition | Good |
| Parking | Surface lot |
| Investment Class | Class B |
| Elevators | 0 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.00% |
| Leasing Agent | 0 |
| Company | 0.0% |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 10/1/19 - 24 Mos. | Not Disclosed | Signed Lease: 3,000 | $12.00 | Triple Net | None | No Free Rent; No TI |

### Comments

This is the lease of a 3,000 square foot office suite within a larger multi-tenant building. The lease rate was quoted to be $12.00 per square foot, plus $2.50 per square foot in CAM at the time of lease. The space was already fully built-out for office use.



# Addendum D

# Appraiser Qualifications and Licenses







# Stephen D. DuPlantis

MAI

*Executive Managing Director National Valuation & Advisory Co-Lead*

t  713.599.5103
m 713.703.8038
steve.duplantis@ngkf.com

**YEARS OF EXPERIENCE**

## 35+

**AREAS OF SPECIALTY**

Valuation & Advisory

Stephen D. DuPlantis, MAI, joined Newmark Valuation & Advisory in 2017 as executive managing director - national valuation & advisory co-lead to help drive the development of the firm's new valuation practice.

Prior to Newmark, Stephen worked for 21 years as senior managing director of CBRE's South Central Region, which comprised Arkansas, Kansas, Louisiana, Missouri, Oklahoma and Texas.

Stephen's commercial appraisal assignments have included multi-housing, office, industrial and retail properties. He has also appraised numerous other special-purpose properties including senior care facilities, golf courses, self-storage facilities and hotels/motels.

Stephen holds the MAI designation from the Appraisal Institute and is currently an approved instructor for the organization. He has also served on numerous committees with the Appraisal Institute and other organizations during his career as a real estate appraiser.

**Professional Affiliations**

Appraisal Institute

– Approved Instructor

– Designated Member (MAI)

– Houston Chapter No. 33

     President, 1998
     Vice president, 1997
     Secretary, 1996
     Board of directors, 1991 – 1996

– Past chairman, social, education, candidate guidance and admission committees

**Licenses and Designations**

– MAI designation, Appraisal Institute

– Certified general real estate appraiser, states of Arkansas, Kansas, Louisiana, Mississippi, Missouri, Oklahoma and Texas.

**Education**

Stephen earned a bachelor's degree in agricultural economics from Texas A&M University.

# NEWMARK







523

CGA

State of Louisiana

Certified General Appraiser License

A CERTIFIED GENERAL APPRAISER license for the period covered 01 01 2020 through 12 31 2021 is granted to :

STEPHEN D. DUPLANTIS

Kara Ann Platt
Chairman

License Number: G 523

Rebecca A Rothschild
Secretary

State of Louisiana

UNION JUSTICE AND CONFIDENCE

Certified General Appraiser License

Having complied with the license requirements as set forth in in R.S.1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to STEPHEN D. DUPLANTIS

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01 01 2020 Through 12 31 2021

Kara Ann Platt
Chairman

License Number: G523

Rebecca A Rothschild
Secretary

# Esplanade Plaza Office Building

620 Esplanade Street

Lake Charles, Calcasieu Parish, LA 70607

NKF Job No.: 21-0150557-1

**Appraisal Report** Prepared For:

John Wolff

Senior Partner

Keogh, Cox & Wilson, LTD

701 Main Street

Baton Rouge, LA  70802

**Prepared By:**

**Newmark Knight Frank**

Valuation & Advisory, LLC

1700 Post Oak Boulevard, 2 BLVD Place,

Suite 350

Houston, TX 77056







August 15, 2021

John Wolff
Senior Partner
Keogh, Cox & Wilson, LTD
701 Main Street
Baton Rouge, LA  70802

RE:    Appraisal of an Office Property Known as Esplanade Plaza Office Building Located At
       620 Esplanade Street, Lake Charles, Calcasieu Parish, LA 70607, Prepared by Newmark
       Knight Frank Valuation & Advisory, LLC (herein "Firm" or "NKF")

NKF Job No.:  21-0150557-1

Dear Mr. Wolff:

The "Subject Property" is a 15,140 square foot 2-story office building known as Esplanade Plaza Office Building.  The building is in good  condition, is of average quality and tenant appeal, and was built in 1975 and was most recently renovated in 2014 and 2020-2021.   The site encompasses approximately 0.985 acres (42,913 square feet) and is located along the south side of Esplanade Street, just east of Common Street. The subject property suffered damage as a result of Hurricane Laura in late August 2020. It has since been remodeled, with the ground floor tenant having returned to their space in early 2021, and the second floor now ready for occupancy. Currently, the first floor of the building (7,895 square feet) is occupied by The US Government, who recently signed a new 15-year lease at a rental rate of $24.08 per square foot, full-service.

Based on the analysis contained in the following report, the opinion of value for the subject is:

| Value Conclusions | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Market Value "As Is" | Leased Fee | 7/23/2021 | $2,930,000 |

*Compiled by NKF*

**Extraordinary Assumptions**
An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

**Newmark Knight Frank**
**1700 Post Oak Boulevard, 2 BLVD Place, Suite 350**
**Houston, TX 77056**
**www.ngkf.com**

**August 15, 2021**
John Wolff

1. With regard to estimating the size of the subject improvements, we have relied on public information as well as information provided by our Client. If it is found that the size of the subject improvements should differ from what is reported in this Appraisal Report, then we reserve the right to alter and amend our findings and conclusions.

2. As will be discussed in the Appraisal Report, the subject property sustained damage as a result of Hurricane Laura in late August 2020. To the best of our knowledge, all items of damage and deferred maintenance as a result of Hurricane Laura have been cured by current ownership/management. If it is found that the subject property suffers from any deferred maintenance or remaining damage from the landfall and impacts of Hurricane Laura as of the date of value, then we reserve the right to alter and amend our findings and conclusions.

The use of these extraordinary assumptions might have affected assignment results.

## Hypothetical Conditions

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

The appraisal was developed based on, and this report has been prepared in conformance with the Client's appraisal requirements, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.



# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of Louisiana.

9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11. As of the date of this report, Stephen D. DuPlantis, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.

12. Stephen D. DuPlantis, MAI made a personal inspection of the property that is the subject of this report.

13. Significant real property appraisal assistance was provided by Adam Couch who has not signed this certification.   The assistance of Adam Couch consisted of conducting research on the market, subject property, and transactions involving comparable properties, performing certain appraisal analyses, and assisting in report writing, all under the supervision of the person(s) signing this report.

14. The Firm operates as an independent economic entity.  Although employees of other service lines or affiliates of the Firm may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

15. Within this report, "Newmark Knight Frank", "NKF Valuation & Advisory", "NKF, Inc.", and similar forms of reference refer only to the appraiser(s) who have signed this certification and any persons noted above as having provided significant real property appraisal assistance to the persons signing this report.

16. Stephen D. DuPlantis, MAI has not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.



Certification                                                                                    5

Stephen D. DuPlantis, MAI
Executive Managing Director
Certified General Real Estate Appraiser
Louisiana # G523
Telephone: 713-599-5103
Email: Steve.DuPlantis@nmrk.com



# Table of Contents

**Appraisal Transmittal and Certification**
Certification
Table of Contents
Subject Maps
Subject Photographs

**Executive Summary**                          12

**Introduction**                               16

**Neighborhood Analysis**                      19

**Office Market Analysis**                     24

**Land and Site Analysis**                     29

**Zoning and Legal Restrictions**              34

**Improvements Analysis**                      36

**Real Estate Taxes**                          40

**Highest and Best Use**                       41

**Appraisal Methodology**                      43

**Sales Comparison Approach**                  44
   Sales Comparison Approach Conclusion   47

**Income Capitalization Approach**             49
   Rent Roll / Tenant Overview          49
   Market Rent Analysis                 50
   Operating Expense Analysis           59
   Direct Capitalization                64
   Adjustments to Value                 66
   Direct Capitalization Summary        66

**Reconciliation of Value**                    68

**Assumptions and Limiting Conditions**        71

**Addenda**
A.  Glossary of Terms
B.  Engagement Letter
C.  Comparable Data
   Improved Sales
   Lease Comparables
D.  Appraiser Qualifications and Licenses





**Aerial Photo**



**Location Map**





*Exterior view of subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*

Subject Photographs                                                          9



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Exterior View of Subject*



*Interior View of Subject*



*Interior View of Subject*

Subject Photographs                                                                                          10



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*

Esplanade Plaza Office Building

Subject Photographs                                                                11



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*



*Interior View of Subject*

Esplanade Plaza Office Building

# Executive Summary

| Esplanade Plaza Office Building | |
| --- | --- |
| Property Type: | Office-Government |
| Street Address: | 620 Esplanade Street |
| City, State & Zip: | Lake Charles, Calcasieu Parish, LA 70607 |
| MSA Name: | Lake Charles, Louisiana |
| Latitude: | 30.166056 |
| Longitude: | -93.212557 |
| Gross Building Area (SF): | 17,500 |
| Net Rentable Area (SF): | 15,140 |
| Year Built: | 1975 (2014 & 2020-2021) |
| Current Occupancy: | 52.1% |
| Land Area: | 0.985 acres; 42,913 SF |
| Zoning: | B |
| Assessor's Parcel ID(s): | 01097555; 00861065H |
| Highest and Best Use - As Vacant: | An Office Use |
| Highest and Best Use - As Improved: | Office Use |



## Analysis Details

| | |
|---|---|
| Valuation Date: | |
|     Market Value "As Is" | July 23, 2021 |
| Inspection Date and Date of Photos: | July 23, 2021 |
| Report Date: | August 15, 2021 |
| Report Type: | Appraisal Report |
| Client: | Keogh, Cox & Wilson, LTD |
| Intended Use: | Litigation/Expert Witness Testimony |
| Intended User: | Keogh, Cox & Wilson, LTD |
| Appraisal Premise: | Market Value "As Is" |
| Intended Use and User: | The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark Knight Frank will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety. |
| Interest Appraised: | Leased Fee |
| Exposure Time (Marketing Period) Estimate: | 12 Months (12 Months) |

## Site Characteristics

| | |
|---|---|
| Total Land Area (Gross): | 0.985 acres; 42,913 SF |
| Usable Land Area (Net): | 0.985 acres; 42,913 SF |
| Surplus Land Area: | 0.000 acres; 0 SF |
| Excess Land Area: | 0.000 acres; 0 SF |
| Shape: | Irregular |
| Topography: | Generally Level |
| Flood Zone: | Zone X |
| Flood Map / Date: | 22019C0490F / 2/18/2011 |
| Zoning | B: Business District |
| Legally Conforming | Yes |
| Easements / Encroachments: | None Noted |
| Environmental Hazards: | None Noted |

## Improvements Characteristics

| | |
|---|---|
| Number of Buildings / Stories: | 1 / 2 |
| Gross Building Area (SF): | 17,500 |
| Net Rentable Area (SF): | 15,140 |
| Floor Area Ratio: | 0.408 |
| Year Built / Renovated: | 1975 / 2014 |
| Property Condition | Good |
| Required Capital Expenditures (total): | $0 |
| Economic Age / Life: | 10 Yrs / 45 Year Life |

*Compiled by NKF*



## Leasing Summary

| | | |
|---|---|---|
| Number of Tenants | | 2 |
| Average Contract Rent/SF | | $23.08 |
| Average Market Rent/SF | | $22.00 |

| MLA Space Type Summary | Rentable SF | % Leased | % of Total Contract Rent | Contract Rent PSF | Market Rent PSF | Contract as % of Market |
|---|---|---|---|---|---|---|
| Office Space: | 15,140 | 52.1% | 100.0% | $23.08 | $22.00 | 104.9% |
| Total | 15,140 | 52.1% | 100.0% | $23.08 | $22.00 | 104.9% |

## Valuation Summary

| Sales Comparison Approach | | $/SF | $ Total |
|---|---|---|---|
| Number of Sales | | | 3 |
| Range of Sale Dates | | | May-20 to Apr-21 |
| Adjusted Range of Comparables ($/SF) | | | $174.56 to $222.40 |
| Estimated Stabilization Discount | | | ($250,000) |
| Indicated Sales Comparison Approach Value | As Is | $183.62 | $2,780,000 |

| Income Capitalization Approach - Direct Capitalization Method | | $/SF | $ Total |
|---|---|---|---|
| **Capitalization Rate Indicators and Conclusion** | | | **Indication** |
| Comparable Sales | | | 6.92% - 8.67% |
| Band of Investment | | | 7.00% |
| Concluded Going-In Capitalization Rate | | | 7.00% |
| **Stabilized Income Estimate** | | | |
| Potential Gross Income | | $23.08 | $349,486 |
| Stabilized % Vacancy & Collection Loss | | -5.00% | ($17,474) |
| Effective Gross Income | | $21.93 | $332,012 |
| Operating Expenses | | $7.23 | $109,455 |
| Operating Expense Ratio | | | 33.0% |
| Net Operating Income | | $14.70 | $222,557 |
| Capitalization Rate | | | 7.00% |
| Indicated Income Capitalization Approach Value | As Is | $193.53 | $2,930,000 |
| **Market Value Conclusion** | **As Is** | **$193.53** | **$2,930,000** |
| **Exposure / Marketing Time** | | | |
| Concluded Exposure Time | 12 Months or Less | | |
| Concluded Marketing Time | 12 Months or Less | | |

*Compiled by NKF*

Esplanade Plaza Office Building



## Extraordinary Assumptions and Hypothetical Conditions

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.  The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1. With regard to estimating the size of the subject improvements, we have relied on public information as well as information provided by our Client. If it is found that the size of the subject improvements should differ from what is reported in this Appraisal Report, then we reserve the right to alter and amend our findings and conclusions.

2. As will be discussed in the Appraisal Report, the subject property sustained damage as a result of Hurricane Laura in late August 2020. To the best of our knowledge, all items of damage and deferred maintenance as a result of Hurricane Laura have been cured by current ownership/management. If it is found that the subject property suffers from any deferred maintenance or remaining damage from the landfall and impacts of Hurricane Laura as of the date of value, then we reserve the right to alter and amend our findings and conclusions.

The use of these extraordinary assumptions might have affected assignment results.

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.  The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

*Compiled by NKF*



# Introduction

## Ownership History

Based on our review of the Calcasieu Parish Assessor's Office, title to the property appears to be vested in the name of Eaux Holdings, LLC.  The following summarizes a three-year history of ownership, the current listing status, and pending transactions for the subject property (as applicable).

| Ownership History | | |
|---|---|---|
| The following summarizes all transactions involving the subject within the prior three years. | | |
| Listing Status: | Not Listed For Sale | |
| Current or Pending Contract: | None Reported | |
| **Previous Sales** | | |
| Date of Sale: | March 13, 2018 | |
| Most Recent Reported Sale: | March 13, 2018 | |
| Buyer: | Eaux Holdings, LLC | |
| Seller: | Petro Point Office Building-I | |
| Purchase Price: | $2,000,000 | $132.10  Per SF (Net Rentable Area) |
| Deed Information: | 3309189 | |
| Indicated Appraised Value Appreciation: | N/A | |

*Compiled by NKF*

To the best of our knowledge, no other sale or transfer of ownership has taken place within a three-year period prior to the effective date of the appraisal.

The most recent sale price is below our opinion of an as is market value. At the time of the sale, the rental rate for the first-floor suite, which is occupied by the United States Government, was approximately $3.25 per square foot less than the renewal rental rate, which, to the best of our knowledge, commenced in October 2020.

## Intended Use and User

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark Knight Frank will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety.

- ❖ The intended use of the appraisal is for Litigation/Expert Witness Testimony and no other use is permitted.

- ❖ The client is Keogh, Cox & Wilson, LTD.



✠ The intended user is Keogh, Cox & Wilson, LTD and no other user is permitted by any other party for any other purpose.

## Definition of Value

Market value is defined as:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

✠ Buyer and seller are typically motivated;

✠ Both parties are well informed or well advised, and acting in what they consider their own best interests;

✠ A reasonable time is allowed for exposure in the open market;

✠ Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

✠ The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

*(Source: Code of Federal Regulations, Title 12, Chapter I, Part 34.42[g]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472)*

## Interest Appraised

The appraisal is of the Leased Fee interest.[1]

♦ **Leased Fee Interest:**  The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

## Appraisal Report

This appraisal is presented in the form of an appraisal report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of USPAP. This report incorporates sufficient information regarding the data, reasoning and analysis that were used to develop the opinion of value in accordance with the intended use and user.

---

[1] The Dictionary of Real Estate, 6th Edition, Appraisal Institute



## Purpose of the Appraisal

The primary purpose of the appraisal is to develop an opinion of the Market Value "As Is" of the Leased Fee interest in the property.

| Purpose of the Appraisal | | |
|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** |
| Market Value "As Is" | Leased Fee | 7/23/2021 |

*Compiled by NKF*

## Scope of Work

### Extent to Which the Property is Identified

- ✖ Physical characteristics
- ✖ Legal characteristics
- ✖ Economic characteristics

### Extent to Which the Property is Inspected

NKF inspected the subject property on July 23, 2021 as per the defined scope of work.  Stephen D. DuPlantis, MAI made a personal inspection of the property that is the subject of this report.

### Type and Extent of the Data Researched

- ✖ Exposure and marketing time;
- ✖ Neighborhood and land use trends;
- ✖ Demographic trends;
- ✖ Market trends relative to the subject property type;
- ✖ Physical characteristics of the site and applicable improvements;
- ✖ Flood zone status;
- ✖ Zoning requirements and compliance;
- ✖ Real estate tax data;
- ✖ Relevant applicable comparable data; and
- ✖ Investment rates

### Type and Extent of Analysis Applied

We analyzed the property and market data gathered through the use of appropriate, relevant, and accepted market-derived methods and procedures. Further, we employed the appropriate and relevant approaches to value, and correlated and reconciled the results into an estimate of market value, as demonstrated within the appraisal report.



# Neighborhood Analysis



**Area Map**

## Boundaries

The subject is located in southern portion of the City of Lake Charles. As a smaller market area, submarkets are not defined within the metro.

The area in which the subject generally competes can be delineated as follows:

| North | Interstate 10 |
| South | Gauthier Road |
| East | E Ward Line Road |
| West | Calcasieu River |

## Surrounding Area of Influence Trends

**Description**

The subject's surrounding area is viewed as suburban. Land uses consist of primarily commercial along the major thoroughfares, with single and multi-family residential on secondary roadways.

**Characteristics**

- Subject is in an area toward the south end of existing development in Lake Charles.



 The predominate land use in the immediate vicinity (other than residential) is industrial and office.

 Lake Charles is a relatively small market area, and its economy has been largely dependent on the oil and gas industry, as well as tourism due to the presence of multiple casinos.

**Fundamental Real Estate Cycle**

The surrounding area is considered to be within the recovery stage of its real estate cycle, almost entirely as a result of damages sustained throughout the market during Hurricane Laura in August 2020.

**New Development**

 Most new development in the area has been smaller-scale projects.

 Since Hurricane Laura, a number of speculative retail projects have been completed, though many remain largely vacant.

 Following damages sustained by the hurricane, a number of adaptive reuse projects have been completed in an attempt to bring back suitable office space while more traditional product undergoes repairs.

**Conformity**

The subject is in a small commercial node with other office and industrial properties in the immediate vicinity.

## Access

**Primary Access and Major Thoroughfares**

The subject is located just off of Common Street, one of the major north-south thoroughfares in south Lake Charles. Other primary roadways in the area include McNeese Street, Lake Street, Nelson Road, Ryan Street, Prien Lake Road, and Country Club Road.

**Transportation**

The primary mode of transportation in the market is the automobile.

**Distance from Key Locations**

The commute to downtown Lake Charles is approximately five to ten minutes from the subject property, depending on traffic conditions. The following illustrates the 10-minute drive time from the subject property.





**Drive Time Map**

## Land Use

The following was developed from Costar data for the major property types in the surrounding 2.0-mile radius around the subject.





*Souce: Costar; Compiled by NKF*

Within the immediate area of the subject property, property uses include the following:

✠ Multi-family has a dominate presence in the southern portion of Lake Charles, which is partially a result of the presence of McNeese State University and the needs for student housing.

✠ Retail properties are primarily located along the major roadways, with offices either also on or just off of main thoroughfares.

✠ Industrial use is a major presence in many parts of the Lake Charles metro, but less so in the immediate vicinity of the subject.

## Demographics

A demographic summary for the defined area is illustrated as follows:



Neighborhood Analysis                                                                                         23

## Demographic Analysis

| | 1-Mile Radius | 3-Miles Radius | 5-Miles Radius | 70607 | Lake Charles City | Calcasieu Parish | Lake Charles, LA MSA | Louisiana |
|---|---|---|---|---|---|---|---|---|
| **Population** | | | | | | | | |
| 2010 Total Population | 6,171 | 47,605 | 82,007 | 24,820 | 74,042 | 192,768 | 199,607 | 4,533,372 |
| 2021 Total Population | 6,188 | 51,570 | 88,511 | 27,417 | 79,067 | 205,798 | 213,176 | 4,758,119 |
| 2026 Total Population | 6,330 | 53,356 | 91,309 | 28,579 | 81,041 | 212,507 | 220,002 | 4,827,714 |
| Projected Annual Growth % | 0.5% | 0.7% | 0.6% | 0.8% | 0.5% | 0.6% | 0.6% | 0.3% |
| **Households** | | | | | | | | |
| 2010 Total Households | 2,352 | 19,369 | 33,111 | 9,833 | 29,671 | 73,996 | 76,571 | 1,728,360 |
| 2021 Total Households | 2,415 | 21,340 | 36,244 | 11,012 | 32,070 | 79,941 | 82,748 | 1,824,477 |
| 2026 Total Households | 2,486 | 22,196 | 37,556 | 11,523 | 33,018 | 82,843 | 85,703 | 1,853,821 |
| Projected Annual Growth % | 0.6% | 0.8% | 0.7% | 0.9% | 0.6% | 0.7% | 0.7% | 0.3% |
| **Income** | | | | | | | | |
| 2021 Median Household Income | $58,053 | $49,286 | $46,769 | $39,793 | $41,889 | $52,045 | $52,145 | $51,294 |
| 2021 Average Household Income | $81,534 | $74,637 | $74,229 | $61,907 | $69,461 | $75,070 | $75,207 | $73,127 |
| 2021 Per Capita Income | $32,026 | $30,604 | $30,359 | $24,904 | $28,310 | $29,270 | $29,298 | $28,139 |
| **Housing** | | | | | | | | |
| 2021 Owner Occupied Housing Units | 58.9% | 49.3% | 49.4% | 53.1% | 44.1% | 55.8% | 56.0% | 57.0% |
| 2021 Renter Occupied Housing Units | 30.9% | 39.4% | 38.6% | 33.8% | 41.8% | 31.6% | 30.7% | 29.6% |
| 2021 Median Home Value | $172,512 | $183,552 | $184,834 | $153,598 | $172,379 | $176,604 | $174,881 | $182,235 |
| Median Year Structure Built | 1975 | 1981 | 1979 | 1986 | 1974 | 1983 | 1984 | 1979 |
| **Miscellaneous Data Items** | | | | | | | | |
| 2021 Bachelor's Degree | 24.8% | 19.4% | 18.8% | 13.1% | 18.0% | 15.4% | 15.2% | 16.2% |
| 2021 Grad/Professional Degree | 11.6% | 12.2% | 12.2% | 7.1% | 11.3% | 8.2% | 8.1% | 9.2% |
| 2021 College Graduate % | 36.4% | 31.6% | 30.9% | 20.2% | 29.3% | 23.6% | 23.3% | 25.5% |
| 2021 Average Household Size | 2.29 | 2.36 | 2.39 | 2.45 | 2.37 | 2.53 | 2.53 | 2.54 |
| 2021 Median Age | 34.2 | 35.7 | 37.0 | 33.8 | 37.2 | 37.9 | 38.0 | 37.8 |

*Source: ESRI; Compiled by NKF*

Esplanade Plaza Office Building



# Office Market Analysis

## Classification

The subject is the Lake Charles market.  The property is considered a Class B low-rise office building in this market.

## Office Market Overview

The following discussion outlines overall market performance in the surrounding Office market using Costar market metric data.  Presented are market statistics of the Lake Charles area.



| Period | Lake Charles |
|---|---|
| Q1 2018 | 92.9% |
| Q2 2018 | 92.6% |
| Q3 2018 | 93.8% |
| Q4 2018 | 93.6% |
| Q1 2019 | 93.4% |
| Q2 2019 | 96.4% |
| Q3 2019 | 96.8% |
| Q4 2019 | 97.7% |
| Q1 2020 | 97.8% |
| Q2 2020 | 97.3% |
| Q3 2020 | 97.5% |
| Q4 2020 | 96.5% |
| Q1 2021 | 98.6% |
| Q2 2021 | 98.4% |

*Source: Costar; Compiled by NKF Valuation & Advisory*





**Asking Rent Per SF**

| Period | Lake Charles |
|--------|-------------|
| Q1 2018 | $16.42 |
| Q2 2018 | $17.06 |
| Q3 2018 | $16.95 |
| Q4 2018 | $17.14 |
| Q1 2019 | $16.83 |
| Q2 2019 | $15.96 |
| Q3 2019 | $15.72 |
| Q4 2019 | $15.63 |
| Q1 2020 | $15.69 |
| Q2 2020 | $15.66 |
| Q3 2020 | $15.53 |
| Q4 2020 | $17.50 |
| Q1 2021 | $17.48 |
| Q2 2021 | $17.72 |

*Source: Costar; Compiled by NKF Valuation & Advisory*

**Office Market Statistics**

**Trailing Four Quarters Ended Q2 2021**

| Market / Submarket | Inventory (SF) | Completions (SF) | Vacancy (%) | Net Absorption (SF) | Office Gross Rent Overall / SF | Office Base Rent Overall / SF |
|--------------------|----------------|------------------|-------------|---------------------|-------------------------------|-------------------------------|
| Lake Charles | 2,860,903 | 5,450 | 1.60% | 36,221 | $17.72 | $17.12 |

*Source: Costar; Compiled by NKF Valuation & Advisory*

✚ The average vacancy rate has declined over the trailing 12 months.

✚ Rental rates had been slightly declining until a sharp uptick following Hurricane Laura, which resulted in damages to a large amount of the office inventory.

✚ There has been very limited new development in the trailing 12 months for the Lake Charles market.

✚ Absorption for the last 12 months was positive largely as a result of the decrease in supply available for occupancy following the impacts of Hurricane Laura.



Office Market Analysis                                                                 26

## Supply & Demand

### Construction Versus Absorption

| Construction/Absorption Change | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Market / Submarket** | | | | **Prior Calendar Years History** | | | | | |
| | **Prior Calendar Year History** | | | **Prior Three Year History** | | | **Prior Five Year History** | | |
| | **SF Built** | **SF Absorbed** | **Const. / Abs. Ratio** | **SF Built** | **SF Absorbed** | **Const. / Abs. Ratio** | **SF Built** | **SF Absorbed** | **Const. / Abs. Ratio** |
| Lake Charles | 1,450 | -32,752 | 0.0 | 28,643 | 151,408 | 0.2 | 66,336 | 297,958 | 0.2 |

*Source: Costar; Compiled by NKF Valuation & Advisory*

✤ Absorption in 2020 was negative, after outpacing construction by a considerable margin in the prior three and prior five-year periods.

✤ As noted, absorption increased beginning in Q4 2020 largely as a result of the decrease in supply available for occupancy following the impacts of Hurricane Laura.

## Competitive Properties



**Competitive Properties Map**



| Comparable Property Summary | | | | | |
|---|---|---|---|---|---|
| | **Subject** | **Comparable 1** | **Comparable 2** | **Comparable 3** | **Comparable 4** |
| Name | Esplanade Plaza Office Building | 517 Broad Street | 410 E College Street, Suite 410 | 4131 Canal Street | 403 West 18th Street |
| Address | 620 Esplanade Street | 517 Broad Street | 410 East College Street | 4131 Canal Street | 403 West 18th Street |
| City, State | Lake Charles, LA | Lake Charles, LA | Lake Charles, LA | Lake Charles, LA | Lake Charles, LA |
| Rentable Area (SF) | 15,140 | 4,800 | 2,000 | 3,040 | 3,977 |
| Year Built | 1975 | 1917 | 1995 | 2020 | 2000 |
| Number of Floors | 2 | 2 | 1 | 2 | 1 |
| Exterior | Eifs | Wood siding | Brick and Hardie | Stucco and Hardie | Stucco |
| Condition | Good | Average | Average | Excellent | Average |
| Occupancy | 52% | 100% | 100% | 100% | 100% |

*Compiled by NKF Valuation & Advisory*

## Trends and Projections

### Subject and Market Historical and Forecast Trends

| Market Vacancy Rate Indicators | | | |
|---|---|---|---|
| | **Current** | **Most Recent Full Year** | **Trailing 3-Year** |
| **Costar** | | | |
| Lake Charles | 1.60% | 3.50% | 6.40% |
| | | | |
| Direct Competition | 0.00% | | |
| Subject | 47.90% | | |
| Concluded Subject Vacancy Rate | 5.00% | | |

*Source: Costar, NKF Valuation & Advisory*

### Absorption

Given the current increased demand for office space that is ready for occupancy, but also considering the subject's vacant space has been available for a number of years, a twelve (12) month absorption period is forecast for the subject's vacant space.

### Conclusion

| Occupancy Conclusions | |
|---|---|
| **Costar** | |
| Lake Charles | 98.40% |
| | |
| Direct Competition | 100.00% |
| Subject Property's Current Occupancy | 52.10% |
| Subject Property's Stabilized Occupancy | 95.00% |
| Lease-up Period | 12 months |

*Source: Costar, NKF Valuation & Advisory*



## Stabilization Discount

The approaches to value employed for this appraisal are developed to reflect a property operating at a stabilized level.  A stabilized occupancy for the subject has been estimated to be 95% while the subject is currently operating at 52%. As such, a stabilization discount is warranted.

The stabilization discount assumptions are based predominately on the market rent conclusions described in the Income Capitalization Approach along with the absorption conclusion above. Income losses and costs of absorption are totaled for the stabilization discount.

| Stabilization Discount - Assumptions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MLA Category | SF To Absorb | Mos. To Absorb | Market Rent ($/SF/Yr) | Lease Term (Mos.) | Est. Op. Exp. ($/SF) | TI/SF | Free Rent (Mos.) | Leasing Commission | Discount Rate |
| Office Space: | 7,245 | 12 | $22.00 | 60 | $6.57 | $3.00 | 0 | 5.00% | 4.00% |

*Compiled by NKF*

| Stabilization Discount | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MLA Category | Rent Loss | Exp. Reimb. Loss | Total Revenue Loss | Tenant Impvts. | Free Rent / Concessions | Leasing Commissions | Total Cash Flow Loss | Stabilized Vacancy | Effective Cash Flow Loss | PV Factor | PV of Cash Flow Loss |
| Office Space: | $159,390 | $47,611 | $207,001 | $21,735 | $0 | $39,848 | $268,584 | 5.00% | $255,155 | 0.960853 | $245,166 |
| Subtotal | $159,390 | $47,611 | $207,001 | $21,735 | $0 | $39,848 | $268,584 | | $255,155 | | $245,166 |
| | | | | | | | | | Stabilization Discount: | | $245,166 |
| | | | | | | | | | Rounded: | | **$250,000** |

*Compiled by NKF*

The stabilization discount will be deducted from each valuation approach to arrive at an "as is" value conclusion for the subject property.



# Land and Site Analysis



**Survey**





**Flood Map**



Land and Site Analysis                                                                                          31

## Land Parcels

| Parcel Summary | Associated APN(s) | Classification | Land Area (SF) | Land Area (Acres) |
|---|---|---|---|---|
| Site 1 | 01097555 | Primary Site 1 | 39,081 | 0.8972 |
| Site 2 | 00861065H | Primary Site 1 | 3,832 | 0.0880 |
| Total Gross Land Area | | | 42,913 | 0.9851 |
| Total Usable Land Area | | | 42,913 | 0.9851 |
| Total Surplus Land Area | | | 0 | 0.0000 |
| Total Excess Land Area | | | 0 | 0.0000 |

*Compiled by NKF*



Esplanade Plaza Office Building

| Land Description | |
|---|---|
| Total Land Area | 0.9851 Acres; 42,913 SF |
| Usable Land Area | 0.9851 Acres; 42,913 SF |
| Excess Land Area | None |
| Surplus Land Area | None |
| Source of Land Area | Calcasieu Parish Assessor's Office |
| **Site Characteristics** | |
| Primary Street Frontage | Esplanade Street (117 FF) |
| Traffic Control at Entry | None |
| Traffic Flow | Low |
| Accessibility Rating | Average |
| Visibility Rating | Average |
| Shape | Irregular |
| Corner | No |
| Topography | Generally Level |
| Other Site Characteristics | None Noted |
| Easements / Encroachments | None Noted |
| Environmental Hazards | None Noted |
| **Flood Zone Analysis** | |
| Flood Area Panel Number | 22019C0490F |
| Date | 2/18/2011 |
| Zone | Zone X |
| Description | Area of minimal flood hazard, usually depicted on Flood Insurance Rate Maps as above the 500-year flood level. |
| Insurance Required? | No |
| **Utilities** | |
| Utility Services | Electricity, Sewer, Telephone, Water |
| Utility Service Providers | |
| Water | City of Lake Charles |
| Sewer | City of Lake Charles |
| Electricity | Various Providers |
| Natural Gas | Various Providers |

*Compiled by NKF*

# Excess or Surplus Land

Analysis of the site and current use indicates that there is not an area of the site that is not in use and would be viewed as excess / surplus land.

# Easements, Encroachments and Restrictions

We were not provided a current title report to review.  Further, there are identified exceptions to title, which include various utility and access easements that are typical for a property of this type. Such exceptions would not appear to have an adverse effect on value.  Our valuation assumes no



adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title.

## Environmental Issues

No environmental issues were observed or reported.  NKF is not qualified to detect the existence of potentially hazardous issues such as soil contaminants, the presence of abandoned underground tanks, or other below-ground sources of potential site contamination.  The existence of such substances may affect the value of the property.  For this assignment, we have specifically assumed that any hazardous materials that would cause a loss in value do not affect the subject.

## Conclusion

Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses permitted by zoning. We are not aware of any restrictions on development. Additionally, please note a title commitment and any applicable deed restrictions were not researched for this assignment.



# Zoning and Legal Restrictions



**Zoning Map**



| Zoning Summary | |
| --- | --- |
| **Category** | **Description** |
| Zoning Jurisdiction | City of Lake Charles |
| Zoning Designation | B |
| Description | Business District |
| Legally Conforming? | Yes |
| Zoning Change Likely? | Unlikely |
| Permitted Uses | Variety of office and retail uses |
| Minimum Lot Area | 5,000 sf |
| Maximum Floor Area Ratio | 1.00 |
| Allowable Building Area | 42,913 |
| Setback Requirements | |
|     Front | 20' |
|     Side | 5' |
|     Rear | 10' |
| Building Height Restrictions | 50' |
| Parking Requirement | 1 per 300 square feet (Business and professional offices) |
| Other | Development standards vary by use within the zoning district, all figures noted above are applicable to office use |

*Compiled by NKF*

We are not experts in the interpretation of zoning ordinances. A qualified land use/zoning expert should be engaged if there are any zoning concerns or if a determination of compliance with zoning is required.



# Improvements Analysis

The "Subject Property" is a 15,140 square foot 2-story office building known as Esplanade Plaza Office Building.  The building is in good  condition, is of average quality and tenant appeal, and was built in 1975 and was most recently renovated in 2014.  The site encompasses approximately 0.985 acres (42,913 square feet) and is located along the south side of Esplanade Street, just east of Common Street. The subject property suffered damage as a result of Hurricane Laura in late August 2020. It has since been remodeled, with the ground floor tenant having returned to their space in early 2021, and the second floor now ready for occupancy. Currently, the first floor of the building (7,895 square feet) is occupied by The US Government, who recently signed a new 15-year lease at a rental rate of $24.08 per square foot, full-service.

The improvements are more fully described in the following table.



## Improvements Description

**Component Structures**

| | |
|---|---|
| Improvements (Structures) | Primary Use |
| General Improvement Type | Office |
| Use Description | Government |
| No. Buildings | 1 |
| GBA (SF) | 17,500 |
| Rentable SF | 15,140 |
| Average Unit Size (SF) | |
| % Occupied | 52.15% |
| Construction Status | Existing, Sub-stabilized Operations |
| Construction Class | Class C |
| Quality | Average |
| Current Condition | Good |

**Age/Life Depreciation Analysis**

| | |
|---|---|
| Year Built | 1975 |
| Year Renovated | 2014 & 2020 |
| Actual Age (Yrs.) | 46 |
| Economic Life (Yrs.) | 45 |
| Effective Age (Yrs.) | 10 |
| Remaining Economic Life (Yrs.) | 35 |
| Percent Depreciation | 22.22% |

**Floor Area Analysis**

| | |
|---|---|
| Number of Stories | 2 |
| Max Ceiling Height (Ft) | 9 |
| Est. Ground Floor Area (GBA) | 8,750 |
| Attributed Site Area (SF) | 42,913 |
| Site Coverage | 20.4% |
| Floor Area Ratio (FAR) | 0.408 |
| Land to Building Ratio | 2.452 |
| Parking Type | Open Surface |
| Parking Spaces (including garages when applicable) | 47 |
| Parking Ratio Per 1,000 SF NRA | 3.10 |

**Construction Details** — Government

| | |
|---|---|
| Foundation | Reinforced Concrete |
| Basement | None |
| Structural Frame | Concrete block |
| Exterior Walls | Combination of Concrete Block, and Wood |
| Windows | Tempered Glass |
| Roof | Flat |

**Interior Finish** — Government

| | |
|---|---|
| Floors | Combination of Carpet and Wood Laminate |
| Walls | Textured and painted sheetrock |
| Ceilings | Suspended Acoustic Tile |
| Lighting | Fluorescent |

Esplanade Plaza Office Building



| Engineering & Mechanical | Government |
|---|---|
| HVAC | Central HVAC |
| Electrical | Assumed adequate |
| Plumbing | Assumed adequate |
| Utility Meters | Individually metered |
| Elevators | One |
| Rest Rooms | Assumed adequate |
| Fire Sprinklers | Yes |
| **Improvement Features and Amenities** | **Government** |
| Property Amenities | Specialized build out for GSA tenant including a jail. |
| Site Features | Secured parking area for GSA tenant |

*Compiled by NKF*

## Space Type/Classification

| Improvements Summary | | | | | |
|---|---|---|---|---|---|
| **Building Summary** | **Property Type** | **No. Buildings** | **GBA (SF)** | **Rentable SF** | **% Occupied** |
| Primary Use | Office-Government | 1 | 17,500 | 15,140 | 52.1% |
| **Property Type Subtotals** | | | | | |
| Office-Government | | 1 | 17,500 | 15,140 | 52.1% |
| **Improvements Total** | | **1** | **17,500** | **15,140** | **52.1%** |

*Compiled by NKF*

### Recent Renovations

As noted, the subject was renovated in the past year as a result of damages sustained during Hurricane Laura in August 2020.

### Functional Utility

Based on our inspection and consideration of its current use, there do not appear to be any significant items of functional obsolescence.

### Deferred Maintenance

Our observation of the property indicated no significant items of deferred maintenance. Please refer to the extraordinary assumptions presented earlier in the Appraisal Report.

### ADA Compliance

Based on our observation as well as any information provided, no ADA compliance issues were noted.  However, the client is advised to obtain review by a qualified professional versed in ADA compliance as we do not have expertise.



## Environmental Assessment

We were not provided a Phase I Environmental Assessment.  We did not observe any potentially hazardous materials such as lead paint, asbestos, urea formaldehyde foam insulation, or other potentially hazardous construction materials on or in the improvements. However, it is noted that we did not search for such materials and are not qualified to detect such materials. The existence of said hazardous materials (if any) may have an effect on the value of the property. Therefore, for the purpose of this appraisal, we have specifically assumed that the property is not affected by any hazardous materials that may be present on or in the improvements. We strongly recommend that a qualified environmental engineering firm be retained by the Client prior to making a business decision.

## Personal Property

No personal property items were observed that would have any material contribution to market value.

## Conclusion

The improvements are of average quality construction and are in good  condition for their age and location.



# Real Estate Taxes

| Taxes and Assessments | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tax Year 2021 | | Assessor's Market Value | | | Assessed Value | | Millage Rates | Taxes and Assessments | |
| Tax ID | Land | Improvements | Total | Land | Improvements | Total | Land & Improvements | Ad Valorem Taxes | Total |
| 01097555 | $33,800 | $626,800 | $660,600 | $3,380 | $94,020 | $97,400 | 103.37000 | $10,068 | $10,068 |
| 00861065H | $9,700 | $0 | $9,700 | $970 | $0 | $970 | 103.37000 | $100 | $100 |
| | $43,500 | $626,800 | $670,300 | $4,350 | $94,020 | $98,370 | 103.37000 | $10,169 | $10,169 |

*Compiled by NKF*

The local assessor's methodology for valuation is market value. The property is assessed on a fee simple basis. In Louisiana, all land is assessed at 10% of market value, and all commercial improvements are assessed at 15% of market value. Were the property to sell, it is possible that the property will be reassessed within one to two years of the sale date. With that said, the assessor's determination of market value should be based on the Fee Simple Estate, and therefore not factor in the additional value associated with any leases in place. Furthermore, the assessment for the subject property was not increased after the most recent sale in 2018.

## Subject Tax Conclusion

| Ad Valorem Tax Analysis | | | | | |
|---|---|---|---|---|---|
| | Subject History | | | | Conclusion |
| | 2018 | 2019 | 2020 | 2021 | |
| Total Assessed Value | $98,050 | $98,050 | $79,390 | $98,370 | $98,370 |
| Total Assessed Value/SF | $6.48 | $6.48 | $5.24 | $6.50 | $6.50 |
| Direct Assessments | $0 | $0 | $0 | $0 | $0 |
| Tax Rate | 10.60000% | 10.48000% | 10.26700% | 10.33700% | 10.33700% |
| Actual / Pro Forma Taxes | $10,393 | $10,276 | $8,151 | $10,169 | $10,169 |
| Reported Tax Delinquencies | None | None | None | None | None |
| Tax Exemptions or Abatements | None | None | None | None | None |

*Compiled by NKF*

While the assessor's current determination of market value is well below the most recent sale price, it has remained essentially level since 2017, with the exception of 2020, where assessments for many properties were lowered as a result of damages suffered during Hurricane Laura. As a result, we have forecast property taxes in line with the most recent assessment, which is just slightly higher than that of Tax Year 2019.

# Highest and Best Use

## As Vacant

### Legally Permissible

The site is zoned B (Business) which allows for variety of office and retail uses .  Based on available data and analysis, no other legal restrictions such as easements or deed covenants are present which would impair the utility of the site. Given that surrounding properties have similar zoning and the future land use plan is focused on similar uses as well, it is unlikely that there would be a change of zoning classification.  Further information and analysis about the legal restrictions to the subject property is included in the Site Analysis and Zoning and Legal Restrictions sections of this report.

### Physically Possible

The subject site contains 42,913 square feet (0.985 acres), has favorable topography, adequate access, and all necessary utilities to support the range of legally permissible uses. No significant physical limitations were noted. The size of the site is typical for the categories of uses allowed under zoning. In total, the site is physically capable of supporting the legally permissible uses.

### Financially Feasible

Of the legally permissible and physically possible uses, only office uses appear most probable based on observation of surrounding properties as well as the location.  This use is more fully analyzed for their financial feasibility.

The following are relevant points related to the subject's market segment:

- ✚ The market is reflecting increased occupancies over the past few quarters, with current vacancy at an historic low.

- ✚ The market has seen an increase in rental rates, largely a result of decreased supply following damages suffered to much of the existing stock during Hurricane Laura.

Given the underlying market conditions and activity, it appears that an office development would have a sufficient degree of feasibility.

### Maximally Productive

The test of maximum productivity is to determine the actual use of the property that results in the highest land value and/or the highest return to the land.  It is important to consider the risk of potential uses as a use that may generate the highest returns in cash could also be the riskiest and thus not as likely for a developer to consider.  In this case, the maximally productive use is



an office development.  The associated risk is typical and market conditions appear to be supportive.

## Highest and Best Use Conclusion – As Vacant

The highest and best use of the subject as though vacant is the development of an office use. The most likely buyer would be a future owner-user, investor, or potentially a speculative developer.

# As Improved

## Legally Permissible

The existing office improvements appear to be legally conforming with zoning.

## Physically Possible

The current improvements conform to the physical characteristics of the site.  Therefore, continued office use of the property is reasonably probable and appropriate.

## Financially Feasible

Financial feasibility focuses on positive and excess returns from the improved property.  In this case, the subject is an income producing property and is capable of generating sufficient income to support the continuation of the use.  This is demonstrated in the income capitalization approach by the fact that a positive income stream can be generated.

## Maximally Productive

The existing office improvements are legally permissible, physically possible, and financially feasible.  The concluded value as though improved exceeds the value of the underlying land and removal of the improvements for redevelopment or substantial conversion to an alternative use is not indicated based on current neighborhood trends.  Given no alternatives, the maximally productive use of the property is consistent with the existing office development.

## Highest and Best Use – As Improved

Therefore, the highest and best use of the subject as improved is the existing office property use. Market and economic conditions are supportive of this continued use.

**Most Probable Buyer**
The most likely buyer would be a single investor or investment partnership.



# Appraisal Methodology

## Cost Approach

The cost approach is based on the proposition that the informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements that represent the highest and best use of the land, or when it is improved with relatively unique or specialized improvements for which there exist few sales or leases of comparable properties.

## Sales Comparison Approach

The sales comparison approach utilizes sales of comparable properties, adjusted for differences, to indicate a value for the subject. Valuation is typically accomplished using physical units of comparison such as price per square foot, price per unit, price per floor, etc., or economic units of comparison such as gross rent multiplier. Adjustments are applied to the property units of comparison derived from the comparable sale. The unit of comparison chosen for the subject is then used to yield a total value.

## Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

| Application of Approaches to Value | |
|---|---|
| Approach | Comments |
| Cost Approach | The Cost Approach is not applicable and is not utilized in this appraisal. |
| Sales Comparison Approach | The Sales Comparison Approach is applicable and is utilized in this appraisal. |
| Income Capitalization Approach | The Income Capitalization Approach is applicable and is utilized in this appraisal. |

*Compiled by NKF*

The cost approach was not used because there is inadequate data to develop a reliable land value and the age of the improvements makes depreciation highly speculative. More significantly, however, market participants considering properties like the subject do not give consideration to the cost approach. The exclusion of this approach is not considered to impact the reliability of the appraisal.



# Sales Comparison Approach

The sales comparison approach value is derived by analyzing closed sales of properties that are similar to the subject. The sales comparison approach includes the following steps.

- Research and verify information on properties in the competitive market that are similar to the subject and that have recently sold.

- Select the most relevant units of comparison in the market and develop a comparative analysis.

- Examine and quantify via adjustments differences between the comparable sales and the subject property using all appropriate elements of comparison.

- Reconcile the various value indications to a value bracket and then a single value indication.

The unit of comparison applied in this sales comparison analysis is price per square foot as it mirrors the primary comparison method used by market participants.



**Comparable Map**





**Comparable Sales Summary**

|  | Subject | Sale 1 | Sale 2 | Sale 3 |
|---|---|---|---|---|
| Property Name | Esplanade Plaza Office Building | Bayou Pines Medical Office | Parc at Claycut Bayou, Building D | Office |
| Address | 620 Esplanade Street | 760 Bayou Pines East | 4311 Bluebonnet Boulevard | 420 Oil Center Drive |
| City, State | Lake Charles, LA | Lake Charles, LA | Baton Rouge, LA | Lafayette, LA |
| Land Size | 0.99 Acres | 0.59 Acres | 0.09 Acres | 0.55 Acres |
| Rentable Area (SF) | 15,140 SF | 4,000 SF | 4,013 SF | 4,489 SF |
| Year Built (Renovated) | 1975 | 1980 | 2006 (2019) | 1998 (2011) |
| Occupancy/Owner Occ. | 52% | 100% | 100% | 0% |
| Construction | Concrete block | Wood frame | Wood frame | Steel frame |
| Condition | Good | Good | Good | Average |
| Buyer | -- | Not Disclosed | Jacoj Properties & | Breaud Properties LLC |
| Seller | -- | Bufford Walker, LLC | Fishhooks Properties, LLC | Powell Pelican Properties |
| Marketing Time | -- | N/A | 2 months | 4 months |
| Interest Conveyed | Leased Fee | Leased Fee | Leased Fee | Fee Simple |
| Competitive Class | Class B | Class B | Class B | 0 |
| Transaction Status | -- | Closed | Closed | Closed |
| Transaction Date | -- | Apr-21 | Aug-20 | May-20 |
| Price | -- | $665,000 | $775,000 | $907,590 |
| Required Capital Costs | -- | $0 | $0 | $0 |
| Stabilized Price | -- | $665,000 | $775,000 | $907,590 |
| Price per SF | -- | $166.25 | $193.12 | $202.18 |
| Cap Rate | -- | 8.67% | 6.92% | 8.00% |

*Compiled by NKF*

# Analysis of Improved Comparable Data

## Comparable One

Sale Comparable One represents the April 2021 sale of a 4,000 square foot medical/off campus property located at 760 Bayou Pines East, Lake Charles, Louisiana.  This is the sale of a medical office building within the Bayou Pines office park. According to the listing agent, the property was leased and occupied at the time of the sale, though she could not recall the exact specifics of the lease, but noted she believed it was short-term in nature. It is also worth noting the property sold in January 2019 for $500,000. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $16.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $4.68 per square foot, of which $4.11 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.



## Comparable Two

Sale Comparable Two represents the August 2020 sale of a 4,013 square foot general purpose property located at 4311 Bluebonnet Boulevard, Baton Rouge, Louisiana.  This is the sale of a two-suite office condominium in the Parc at Claycut Bayou. The property was built in 2006 and had been recently renovated in 2019 prior to being listed for sale. The seller was occupying the entire building at the time of sale, and was to lease back the space from the buyer for about a year while downsizing to one of the two suites, at which time the buyer was planning to occupy the other. The listing agent indicated that the lease rate was about $19.00 per square foot, modified gross; though he noted that he thought the rate would increase once the move to the smaller space was completed. The capitalization rate is based on this rate and actual historical expenses provided by the broker.

## Comparable Three

Sale Comparable Three represents the May 2020 sale of a 4,489 square foot general purpose property located at 420 Oil Center Drive, Lafayette, Louisiana.  The property was reportedly purchased by an owner-user. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $18.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $5.91 per square foot, of which $5.25 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.

## Summary of Adjustments / Adjustment Grid

Based on our comparative analysis, the following table summarizes the adjustments warranted to each comparable.



| Comparable Sales Adjustment Grid | | | | |
|---|---|---|---|---|
| | **Subject** | **Sale 1** | **Sale 2** | **Sale 3** |
| Property Name | Esplanade Plaza Office | Bayou Pines Medical | Parc at Claycut Bayou, | Office |
| Address | 620 Esplanade Street | 760 Bayou Pines East | 4311 Bluebonnet | 420 Oil Center Drive |
| City | Lake Charles, LA | Lake Charles, LA | Baton Rouge, LA | Lafayette, LA |
| Land Size | 0.99 Acres | 0.59 Acres | 0.09 Acres | 0.55 Acres |
| Size (Rentable Area) | 15,140 SF | 4,000 SF | 4,013 SF | 4,489 SF |
| Year Built (Renovated) | 1975 | 1980 | 2006 (2019) | 1998 (2011) |
| Transaction Type | -- | Closed | Closed | Closed |
| Transaction Date | -- | Apr-21 | Aug-20 | May-20 |
| Actual Sale Price | -- | $665,000 | $775,000 | $907,590 |
| Stabilized Sale Price | -- | $665,000 | $775,000 | $907,590 |
| Price per SF | -- | $166.25 | $193.12 | $202.18 |
| Cap Rate | -- | 8.67% | 6.92% | 8.00% |
| **Transaction Adjustments** | | | | |
| Property Rights | | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% |
| Conditions of Sale | | 0% | 0% | 0% |
| Market Conditions (Time) | 7/23/2021 | 0% | 0% | 0% |
| Subtotal (adjustments are multiplied) | | 0% | 0% | 0% |
| Transaction Adjusted Price per SF | | $166.25 | $193.12 | $202.18 |
| **Property Adjustments** | | | | |
| Location | | 0% | 0% | 0% |
| Size | | -5% | -5% | -5% |
| Age/Condition | | 10% | 5% | 15% |
| Parking | | 0% | 0% | 0% |
| Features/Amenities | | 0% | 0% | 0% |
| Quality | | 0% | 0% | 0% |
| Economic Characteristics | | 0% | 0% | 0% |
| Other | | 0% | 0% | 0% |
| Subtotal (adjustments are summed) | | 5% | 0% | 10% |
| Gross Adjustment | | 15% | 10% | 20% |
| Overall Adjustment | | 5.0% | 0% | 10.0% |
| **Indicated Price per SF** | | **$174.56** | **$193.12** | **$222.40** |

*Compiled by NKF*

## Sales Comparison Approach Conclusion

Based on the preceding analysis, the value indication by the sales comparison approach is as follows:



| Sales Comparison Approach Conclusion | | |
| --- | --- | --- |
| **Reconciliation of Price per SF Indication** | | **Value Indication** |
| Adjusted Value Range - Low | | $174.56 |
| Adjusted Value Range - High | | $222.40 |
| Reconciled As Stabilized Value - Price per SF | Effective Date:  7/23/2021 | $200.00 |
| Subject Rentable Area (SF) | | 15,140 |
| Reconciled As Stabilized Value - Price per SF Analysis | | $3,028,000 |
| Reconciled As Stabilized Value - Sales Comparison Approach | Effective Date:  7/23/2021 | $3,028,000 |
| | | |
| **Escalated Prospective Stabilized Value Indications** | | **Value Indication** |
| Appreciation Factor (per year) | | 0.00% |
| Prospective As Stabilized Value as of Date of Stabilization | Effective Date: 7/23/2022 | $3,028,000 |

| Value Indications | | |
| --- | --- | --- |
| **As Stabilized** | | **Value Indication** |
| Prospective As Stabilized Value as of Date of Stabilization | Effective Date:  7/23/2022 | $3,028,000 |
| Rounded | | **$3,030,000** |
| | | |
| **As Is** | | **Value Indication** |
| As Stabilized Value as of Current Date | Effective Date:  7/23/2021 | $3,028,000 |
| Stabilization Discount | | ($250,000) |
| Deferred Maintenance | | $0 |
| Capital Expenditures | | $0 |
| As Is Value | Effective Date:  7/23/2021 | $2,778,000 |
| Rounded | | **$2,780,000** |

*Compiled by NKF*

Esplanade Plaza Office Building



# Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

The direct capitalization method is normally more appropriate for properties with relatively stable operating histories and expectations. The DCF analysis is more appropriate for investment properties with multiple or long-term leases, particularly leases with cancellation clauses or renewal options, and especially in volatile markets.

In this analysis, we utilized only direct capitalization because investors and market participants typically rely more on this method.

## Rentable Area Summary

| Occupancy Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of Space (MLA Name) | Rentable Area (SF) | % Total | Leased (SF) | % Leased | Vacant (SF) | % Vacant | Contract Rent (PSF) |
| Office | 15,140 | 100.0% | 7,895 | 52.1% | 7,245 | 47.9% | $24.08 |
| Total | 15,140 | 100.0% | 7,895 | 52.1% | 7,245 | 47.9% | $24.08 |

*Compiled by NKF*

## Rent Roll / Tenant Overview

A summary rent roll for the property is shown below, based on our review of leases and information provided by the Client.

| Rent Roll | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suite Number | Tenant | Rentable Area (SF) | Lease Term Start | Lease Term End | Total Mos. | Rem. Mos. | MLA Category | Year 1 Market Rent $ Total | $ PSF | Year 1 Contract Rent $ Total | $ PSF |
| 1st Floor | US Government | 7,895 | Oct-20 | Sep-35 | 180 | 170 | Office | $173,690 | $22.00 | $190,096 | $24.08 |
| 2nd Floor | Vacant | 7,245 | | | 0 | 0 | Office | $159,390 | $22.00 | | |
| Total | Occupied | 7,895 | | | 180 | 170 | | $173,690 | $22.00 | $190,096 | $24.08 |
| Total | Vacant | 7,245 | | | | | | $159,390 | $22.00 | | |
| Total | Total (Average) | 15,140 | | | 180 | 170 | | $333,080 | $22.00 | $190,096 | $24.08 |

*Compiled by NKF*

✖ As of the effective valuation date, the subject's office space is 52% leased and occupied.



 The ground floor is occupied by the US Government. Based on our review of information provided by the Client, the initial lease to the US Government commenced in March 2017 for a term of 5 years (60 months) at a gross rental rate of $20.70 per square foot. Additionally, it is our understanding, that the US Government renewed the lease with a rent commencement date as of October 2020. The lease renewal has a firm term of 15 years and non-firm term for an additional 2 years. The base rental rate for years 1-5 of the term is for approximately $23.77 per square foot. The base rental rate for years 6-10 is reported to be approximately $24.54 PSF on a gross expense basis and approximately $26.23 PSF on a gross expense basis for years 11-15.

## Tenancy Analysis

 The existing tenant (United States GSA) is generally considered a quality tenant for this type of office product. The lease was recently renegotiated and renewed for an additional 15-year term.

# Market Rent Analysis

In estimating market rent for the subject property, we considered data and opinions from the following:

 actual recent leases from comparable buildings;

 asking rents from competitive properties; and

 opinions of market rent derived from our interviews of market participants active in the local market.



Income Capitalization Approach                                                                 51



| No. | Name | Address |
|---|---|---|
| **Comparable Map** | | |
| Subject | Esplanade Plaza Office Building | 620 Esplanade Street, Lake Charles, LA  70607 |
| 1 | 517 Broad Street | 517 Broad Street, Lake Charles, LA |
| 2 | 410 E College Street, Suite 410 | 410 East College Street, Lake Charles, LA |
| 3 | 4131 Canal Street | 4131 Canal Street, Lake Charles, LA |
| 4 | 403 West 18th Street | 403 West 18th Street, Lake Charles, LA |

*Compiled by NKF*



Esplanade Plaza Office Building


Comparable One


Comparable Two


Comparable Three


Comparable Four

## Analysis of Comparable Leases

**Comparable One**

Rental Survey Comparable One represents the August 2021 survey of a 4,800 square foot general purpose property located at 517 Broad Street, Lake Charles, Louisiana.  This is the lease of 2,400 square feet of second floor office space in an historic building located just east of downtown Lake Charles. The ground floor is occupied by the owner of the building (a law firm). According to the listing agent, the base rental rate is $16.00 per square foot, with an additional net charge of approximately $2.00 per square foot. It is a 24 month lease.

**Comparable Two**

Rental Survey Comparable Two represents the August 2021 survey of a 2,000 square foot general purpose property located at 410 East College Street, Lake Charles, Louisiana.  This comparable represents an office lease for Suite 410 and located at 410 East College Street, Lake Charles, Louisiana. The comparable is located at the southeast corner of East College Street and Patrick Street in the southern portion of Lake Charles, Louisiana. The building faces Patrick Street. Additionally, E. College Street is the frontage road for Loop 210 with the entrance ramp to the Loop located at the subject property. The comparable is not located within a flood zone and is zoned, "B, Business" by the City of Lake Charles. The office improvements include offices, a conference room, bullpen, lobby and kitchen. The lease was signed on July 15, 2021 and



commenced on August 1, 2021 for a primary term of of 12 months. The lease rate is $20.00 per square foot on a triple-net (NNN) expense basis with the tenant responsible for taxes and utilities.

**Comparable Three**

Rental Survey Comparable Three represents the August 2021 survey of a 3,040 square foot general purpose property located at 4131 Canal Street, Lake Charles, Louisiana. This comparable represents an office lease for the 2nd floor space in a newly constructed office building located along the east side of Canal Street, south of West Sale Street in the southern portion of Lake Charles, Louisiana. The comparable has a physical address of 4131 Canal Street. The building has a 2 stories and totals 3,040 square feet. The first floor is occupied by Caterpillar Financial Services Corporation and the second floor is occupied by Brighter Days Counseling Services, LLC. The lease to Brighter Days Counseling Services, LLC commenced on April 1, 2021 for a primary term of 12 months (1 year). The rental rate is reported to be $15.11 per square foot on a modified gross expense basis.

**Comparable Four**

Rental Survey Comparable Four represents the August 2021 survey of a 3,977 square foot general purpose property located at 403 West 18th Street, Lake Charles, Louisiana. This comparable represents an office lease located along the south side of West 18th Street, west of Hazel Street in Lake Charles, Louisiana. The comparable has a physical address of 403 West 18th Street, Lake Charles, Louisiana. The improvements are 1-story in height and feature stucco exterior and pitched composition shingle roofs. The improvements include a reception area, kitchen, private offices, conference area, and open space. The comparable was previously occupied by CARC Treasure Chest (non-profit organization) and later by a chiropractor's office. The most recent tenant is Michael Beaux, who is a massage therapist. The most recent lease commenced on October 1, 2020 for a term of 12 months (1 year). The reported lease rate is $10.56 per square foot on a triple-net (NNN) expense basis.



## Comparable Leases Summary

| No. | Property Name<br>Tenant | Lease Date | Leased SF | Base Rent/SF | Reimbursement | Comparison to Subject<br>MLA Category |
|---|---|---|---|---|---|---|
| 1 | 517 Broad Street | | | | | |
| **Lease Summary** | | | | | | |
| | Not Disclosed | Feb-2021 | 2,400 | $16.00 | Net | Office |
| 2 | 410 E College Street, Suite 410 | | | | | |
| **Lease Summary** | | | | | | |
| | Reported Lease Terms | Aug-2021 | 2,000 | $20.00 | Triple Net | Office |
| 3 | 4131 Canal Street | | | | | |
| **Lease Summary** | | | | | | |
| | Brighter Days Counseling Services, LLC | Apr-2021 | 1,112 | $15.11 | Modified Gross | Office |
| 4 | 403 West 18th Street | | | | | |
| **Lease Summary** | | | | | | |
| | Michael A. Beaux | Oct-2020 | 3,977 | $10.56 | Triple Net | Office |
| **Indicated Rent by Space Type** | | **Unadjusted Range** | | **Average** | | **NKF Estimate** |
| Office Space: | | $10.56 | $20.00 | $15.42 | | $22.00 |

*Compiled by NKF*

## Secondary Office Rent Comparables (Listings)

In addition to the previously presented signed leases, we also consider other general office properties and their asking rental rates. The following table outlines the secondary office rent comparables:

## Secondary Comparable Leases Summary

| No. | Property Name<br>Address | Survey Date | SF Offered | Base Rent/SF | Reimbursement |
|---|---|---|---|---|---|
| 1. | 641 W. Prien Lake Road | Aug-21 | 4,400 | $25.00 | Triple-Net (NNN) |
| 2. | Luxor Building<br>814 W McNeese Street | Aug-21 | 203-450 | $15.33 - $21.73 | Gross |
| 3. | 2827 4th Avenue | Aug-21 | 5,300 - 21,591 | $14.00 - $16.00 | Triple-Net (NNN) |
| 4. | Pyramid Building<br>3101 Lake Street | Aug-21 | 9,000 | $17.00 | Triple-Net (NNN) |
| **Indicated Rent by Space Type** | | **Unadjusted Range** | | **Average** | **NKF Estimate** |
| Office Space: | | $14.00 | $25.00 | $18.88 | $22.00 |

*Compiled by NKF*




*Secondary Office Comparable One*


*Secondary Office Comparable Two*


*Secondary Office Comparable Three*

*Secondary Office Comparable Four*

The asking rental rates for the secondary office comparables are leased on terms ranging from triple-net (NNN) to gross, while the subject is partially-occupied via a full-service lease. When considering overall operating expenses at approximately $7.00 per square foot, our concluded market rental rate for the subject property of $22.00 per square foot on a gross expense basis is reasonable and supported by the primary and secondary office rent comparables.

## Market Participants

Discussions with brokers and other market participants indicate that rental rates rose sharply in the months immediately following Hurricane Laura, as a considerable amount of existing supply was rendered unusable, at least for a period of time. The general consensus is that rates have somewhat stabilized since that time but remain anywhere from 10% to 20% higher than pre-storm levels. This is further supported by analysis of office rents for the Lake Charles office market, which was previously presented in the Appraisal Report.

# Market Rent Conclusion

## Base Rent Conclusions

After analysis, the overall range adjusted range and concluded market base rent for the subject is as follows:



Esplanade Plaza Office Building

| Base Rent Conclusions | | | | |
|---|---|---|---|---|
| | Unadjusted Comparable Data | | | |
| MLA Category | Low | High | Average | NKF Estimate |
| Office Space: | $10.56 | $20.00 | $15.42 | $22.00 |

*Compiled by NKF*

The primary office rent comparables are leased on terms ranging from net to modified gross, while the subject is partially-occupied via a full-service lease, and this is the likely scenario for the vacant unit as well. Utilizing a rental rate in line with the average of approximately $15.00 per square foot for the primary rental comparables, plus overall operating expenses at approximately $7.00 per square foot, the concluded market rental rate for the subject property is $22.00 per square foot on a gross expense basis.

### Escalation Conclusion

| Escalation Conclusions | | |
|---|---|---|
| MLA Category | Comparable Leases | NKF Estimate |
| Office Space: | None | None |

*Compiled by NKF*

### Expense Reimbursement Structure Conclusion

| Expense Reimbursement Method Conclusions | | |
|---|---|---|
| MLA Category | Comparable Leases | NKF Estimate |
| Office Space: | Varies | Full Service |

*Compiled by NKF*

### Lease Term Conclusion

| Lease Term Conclusions | | |
|---|---|---|
| MLA Category | Comparable Leases | NKF Estimate |
| Office Space: | 24 - 60 months | 60 months |

*Compiled by NKF*



## Free Rent / Concessions Conclusion

| Free Rent Conclusions | | |
|---|---|---|
| MLA Category | Comparable Leases | NKF Estimate |
| Office Space: | 0 months | 0 months |

*Compiled by NKF*

## Tenant Improvement Conclusion

| Tenant Improvements Conclusions | | |
|---|---|---|
| MLA Category | Comparable Leases | NKF Estimate |
| Office Space: | N/A | $3.00 |

*Compiled by NKF*

For purposes of our analysis, we have estimated $3.00 per square foot in tenant improvement allowance for the vacant office space considering that the subject property has been extensively renovated following the landfall of Hurricane Laura.

## Leasing Commissions Conclusion

Leasing commissions in the area are paid primarily on a percentage basis, with some lease transactions brokered solely by an exclusive inside agent and others brokered by an outside agent with an override paid to the inside agent. For new tenants, total commissions are estimated at 5.0% of the total base rent of the lease, inclusive of amounts paid to inside and outside agents. For renewing tenants, commissions are typically half of this amount or 2.5%.

The comparable data and conclusions for the subject are as follows:

| Leasing Commissions Conclusions | | |
|---|---|---|
| MLA Category | Comparable Leases | NKF Estimate |
| Office Space: | 5.00% | 5.00% |

*Compiled by NKF*

## Market Rent Conclusions

Based on the preceding analysis, the following is the concluded market lease terms for the subject:



| Concluded Market Lease Terms | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| MLA Category | Rentable SF | Market Rent | Measure | Rent Escalations | Reimbursement Method | Term (Mos.) | Mos. Free |
| Office Space: | 15,140 | $22.00 | $/SF/Year | None | Full Service | 60 | 0 |
| MLA Category | Renewal % | Rollover Vacant Mos. | Weighted Down-time | TI/SF (New) | TI/SF (Renewal) | Weighted TI/SF | LC (New) | LC (Renewal) | Weighted LC |
| Office Space: | 70% | 6 | 2 | $3.00 | $1.50 | $1.95 | 5.00% | 2.50% | 3.25% |

*Compiled by NKF*

# Gross Income Estimate

## Potential Gross Rent

Figures presented below reflect the 12-month period following the effective date of the appraisal.

| Potential Gross Rent | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| MLA Category | Rentable SF | Potential Rent At Contract* Annual | $/SF/Yr | Potential Rent At Market Annual | $/SF/Yr | Contract as % of Market |
| Office Space: | 15,140 | $349,486 | $23.08 | $333,080 | $22.00 | 104.9% |
| Total | 15,140 | $349,486 | $23.08 | $333,080 | $22.00 | 104.9% |

* Contract rent for leased space plus market rent for vacant space

*Compiled by NKF*

For the direct capitalization analysis, potential gross rent is based on contract rents in place plus vacant space at market rent.

| Scheduled Base Rent | | |
| --- | --- | --- |
| Subject Historical and Projections | $/SF | Total |
| Newmark Projection | $23.08 | $349,486 |

*Compiled by Newmark*

## Operating History

We were not provided with any operating history for the subject property. We have relied on comparable expense data to determine a reasonable forecast of operating expenses for the subject property.

## Expense Recoveries

| Expense Recoveries | | |
| --- | --- | --- |
| Subject Historical and Projections | $/SF | Total |
| Newmark Projection | $0.00 | $0 |

*Compiled by Newmark*



As previously discussed, we have estimated market rent on a full-service expense basis whereby the landlord is responsible for all operating expenses. Therefore, we have not estimated any expense recoveries in our analysis.

## Vacancy & Collection Loss Allowance

**Combined Vacancy and Collection Loss Conclusion**
Based on this analysis, the total stabilized vacancy and collection loss allowance for the subject is 5.00%.

## Effective Gross Income

| Effective Gross Income | | |
|---|---|---|
| Subject Historical and Projections | $/SF | Total |
| Newmark Projection | $21.93 | $332,012 |

*Compiled by Newmark*

# Operating Expense Analysis

Expense data for the subject and comparable properties are summarized in the following table.



## Expense Analysis Per SF

| | Comp 1 | Comp 2 | Comp 3 | Subject Historical and Projections |
|---|---|---|---|---|
| **Year Built** | 1975 | 1973 | 1972 | 1975 |
| **SF** | 56,825 | 124,298 | 188,420 | 15,140 |
| **Operating Data Type** | Actual | Actual | Acutal | **Newmark** |
| **Year** | 2019 | 2019 | 2020 | **Projection** |
| **Effective Gross Office Income Per Square Foot** | $15.53 | $16.67 | $16.19 | **$21.93** |
| **Operating Expenses Per SF** | | | | |
| Real Estate Taxes | $0.97 | $0.88 | $1.38 | $0.67 |
| Insurance | $1.33 | $1.39 | $0.74 | $1.35 |
| Utilities | $1.74 | $1.57 | $1.33 | $1.70 |
| Repairs and Maintenance | $0.72 | $0.80 | $0.38 | $0.75 |
| Cleaning and Janitorial | $0.96 | $0.79 | $0.73 | $0.75 |
| Grounds | $0.15 | $0.06 | $0.90 | $0.10 |
| Security | $0.06 | $0.14 | $0.21 | |
| General and Administrative | $1.08 | $1.58 | $1.38 | $1.25 |
| Management | | $0.49 | $0.49 | $0.66 |
| Total Operating Expenses Per SF | $7.01 | $7.70 | $7.54 | **$7.23** |
| Net Operating Income Per SF | $8.52 | $8.97 | $8.65 | **$14.70** |
| **Operating Expense KPIs (% of EGI)** | | | | |
| Management | | 2.94% | 3.03% | 3.00% |
| Operating Expense Ratio (% of EGI) | 45.14% | 46.19% | 46.57% | 32.97% |
| Net Operating Income (% of EGI) | 54.86% | 53.81% | 53.43% | **67.03%** |

*Compiled by Newmark*

## Real Estate Taxes

| Source | % of EGI | $/SF | Total |
|---|---|---|---|
| **Comparables Low** | 5.3% | $0.88 | |
| **Comparables High** | 8.5% | $1.38 | |
| **Comparables Average** | 6.7% | $1.08 | |
| **Subject Historical and Projections** | | | |
| Newmark Projection | 3.1% | $0.67 | $10,169 |

*Compiled by Newmark*

This expense category includes all local, parish, and state property tax levies. Our projection is based on the property assessment and tax rate for the subject, as discussed previously in the Real Estate Tax Analysis.



Income Capitalization Approach                                                      61

## Insurance

| Insurance | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 4.6% | $0.74 | |
| Comparables High | 8.6% | $1.39 | |
| Comparables Average | 7.2% | $1.15 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 6.2% | $1.35 | $20,439 |

*Compiled by Newmark*

Insurance expense includes property and casualty insurance for the subject.

## Utilities

| Utilities | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 8.2% | $1.33 | |
| Comparables High | 11.2% | $1.74 | |
| Comparables Average | 9.6% | $1.55 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 7.8% | $1.70 | $25,738 |

*Compiled by Newmark*

Utility charges include water, sewer, gas, and electricity expenses, all of which are centrally metered and billed to the owner.

## Repairs and Maintenance

| Repairs and Maintenance | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 2.3% | $0.38 | |
| Comparables High | 4.8% | $0.80 | |
| Comparables Average | 3.9% | $0.63 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 3.4% | $0.75 | $11,355 |

*Compiled by Newmark*

Repairs and maintenance includes expenditures to repair and maintain mechanical systems and structural components, encompassing payroll and contract costs, as appropriate. Excluded are alterations and major replacements, which are considered capital costs rather than periodic expenses.



## Cleaning and Janitorial

| Cleaning and Janitorial | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 4.5% | $0.73 | |
| Comparables High | 6.2% | $0.96 | |
| Comparables Average | 5.1% | $0.83 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 3.4% | $0.75 | $11,355 |

*Compiled by Newmark*

The cleaning/janitorial category includes contract janitorial services and supplies, window cleaning, and trash removal.

## Grounds

| Grounds | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 0.4% | $0.06 | |
| Comparables High | 5.6% | $0.90 | |
| Comparables Average | 2.3% | $0.37 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 0.5% | $0.10 | $1,514 |

*Compiled by Newmark*

Grounds expense includes landscaping maintenance.

## Security

| Security | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 0.4% | $0.06 | |
| Comparables High | 1.3% | $0.21 | |
| Comparables Average | 0.8% | $0.14 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 0.0% | $0.00 | $0 |

*Compiled by Newmark*

As a smaller, two-tenant office property no security expense has been forecast.



## General and Administrative

| General and Administrative | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 7.0% | $1.08 | |
| Comparables High | 9.5% | $1.58 | |
| Comparables Average | 8.3% | $1.35 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 5.7% | $1.25 | $18,925 |

*Compiled by Newmark*

General and administrative expenses consist of payroll and benefits expenses for on-site management staff and related office expenses. Also included are legal, accounting and other professional fees, license fees, and business taxes.

## Management

| Management | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 2.9% | $0.49 | |
| Comparables High | 3.0% | $0.49 | |
| Comparables Average | 3.0% | $0.49 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 3.0% | $0.66 | $9,960 |

*Compiled by Newmark*

Management fees are considered an expense of operation, whether the services are contracted or provided by the property owner. Typical management fees for properties of this type range from 2.0 to 4.0%. Considering that the subject is a smaller multi-tenant property with typical management needs, we project an overall management fee of 3.0% of effective gross income.

## Replacement Reserves

| Replacement Reserves | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 0.0% | $0.00 | |
| Comparables High | 0.0% | $0.00 | |
| Comparables Average | 0.0% | $0.00 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 0.0% | $0.00 | $0 |

*Compiled by Newmark*

Within the analysis of comparable sales and other sources for capitalization rate data, reserves are excluded from the estimated net operating income used to determine the overall



capitalization rate.  For consistency, the exclusion of reserves from the income used to develop the capitalization rates from sales requires that the same projection be made for the subject. Therefore, no reserves for replacement are applied in the direct capitalization method.

### Total Operating Expenses

| Total Operating Expenses | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Comparables Low | 45.1% | $7.01 | |
| Comparables High | 46.6% | $7.70 | |
| Comparables Average | 46.0% | $7.42 | |
| Subject Historical and Projections | | | |
| Newmark Projection | 33.0% | $7.23 | $109,455 |

*Compiled by Newmark*

✚ The total operating expenses are similar to the comparables on a per square foot basis, but slightly lower as a percentage due to the subject's higher contract and market rental rate.

## Net Operating Income

| Net Operating Income | | | |
|---|---|---|---|
| Source | % of EGI | $/SF | Total |
| Subject Historical and Projections | | | |
| Newmark Projection | 67.0% | $14.70 | $222,557 |

*Compiled by Newmark*

## Direct Capitalization

The following subsections represent different techniques for deriving an overall capitalization rate.

### Comparable Sales

| Comparable Office Sales Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Property Location | Yr. Built | Sale Date | Rentable Area | Occ. % | Price per SF | OAR |
| 1 | 760 Bayou Pines East, Lake Charles, LA | 1980 | Apr-2021 | 4,000 | 100% | $166 | 8.67% |
| 2 | 4311 Bluebonnet Boulevard, Baton Rouge, LA | 2006 | Aug-2020 | 4,013 | 100% | $193 | 6.92% |
| 3 | 420 Oil Center Drive, Lafayette, LA | 1998 | May-2020 | 4,489 | 0% | $202 | 8.00% |
| Average (Mean) Cap Rate: | | | | | | | 7.87% |

*Compiled by NKF*

✚ Based on this information, a capitalization rate within a range of 7.0% to 8.0% could be expected for the subject.



## Investor Surveys

| Investor Surveys - Capitalization Rates | | | | |
|---|---|---|---|---|
| Source | Period | Low | High | Average |
| PwC - National Office - Suburban | Q2 2021 | 4.00% | 9.00% | 6.22% |
| Situs RERC - National Office - Suburban | Q1 2021 | 5.50% | 7.20% | 6.40% |
| NKF V&A Mkt Survey - National Office - Suburban B | Q1 2021 | N/A | N/A | 7.11% |
| Real Capital Analytics - National Office - Suburban | Q1 2021 | N/A | N/A | 6.78% |

*Compiled by NKF*



The most current national survey data indicates that going-in capitalization rates ranged from 4.00% to 9.300% and average between 6.22% and 7.11%, depending on the survey.

| Capitalization Rate Conclusion | |
|---|---|
| Source | Indication |
| Comparable Sales | 6.92% - 8.67% |
| Investor Surveys | 6.22% - 7.11% |
| Concluded Going-In Capitalization Rate | 7.00% |

*Compiled by NKF*

For purposes of our analysis, we have selected a going-in capitalization rate near the lower end of the range exhibited by the sales comparables due to the recent lease renewal by the US



Government for the first-floor office space. As previously discussed, the lease renewal has a firm term of 15 years and features rental escalations every 5 years of the primary 15-year term.

## Adjustments to Value

Capitalization of the projected stabilized net operating income results in an As Stabilized value indication.  The "As Is" value indication is derived by making deductions for lease-up costs as previously discussed.

## Direct Capitalization Summary

Net operating income is divided by the capitalization rate to derive the stabilized value of the subject. Valuation of the subject by direct capitalization is shown in the table immediately following.

| Income Capitalization Approach | | | |
|---|---|---|---|
| **Summary of Stabilized Net Operating Income** | | | |
| Item Description | % of Income | $ / SF | Total $ |
| **Office Income** | | 15,140 SF | |
| Potential Base Rent | | $23.08 | $349,486 |
|   Lost Absorption / Turnover Rent | | $0.00 | $0 |
|   Free Rent | | $0.00 | $0 |
| Scheduled Base Rent | | $23.08 | $349,486 |
|   Expense Recoveries | | $0.00 | $0 |
| Total Tenant Revenue | | $23.08 | $349,486 |
|   Vacancy Allowance | -5.00% | ($1.15) | ($17,474) |
|   Collection Allowance | 0.00% | $0.00 | $0 |
| **Effective Gross Office Income** | | **$21.93** | **$332,012** |
| | | | |
| **Operating Expenses** | | 15,140 SF | |
|   Real Estate Taxes | | $0.67 | $10,169 |
|   Insurance | | $1.35 | $20,439 |
|   Utilities | | $1.70 | $25,738 |
|   Repairs and Maintenance | | $0.75 | $11,355 |
|   Cleaning and Janitorial | | $0.75 | $11,355 |
|   Grounds | | $0.10 | $1,514 |
|   Security | | $0.00 | $0 |
|   General and Administrative | | $1.25 | $18,925 |
|   Management | 3.00% | $0.66 | $9,960 |
|   Other Expenses | | $0.00 | $0 |
|   Replacement Reserves | | $0.00 | $0 |
| Total Operating Expenses | 32.97% | $7.23 | $109,455 |
| **Net Operating Income** | | **$14.70** | **$222,557** |



**Direct Capitalization Method**

| Value Indication | $ / SF | Total $ |
|---|---|---|
| Stabilized Net Operating Income | $14.70 | $222,557 |
| Overall Capitalization Rate | | 7.00% |
| Prospective As Stabilized Value    Effective Date: 7/23/2022 | | $3,179,387 |
| **Rounded** | **$210.04** | **$3,180,000** |

| Valuation Matrix | |
|---|---|
| OAR | Value |
| 6.50% | $3,423,956 |
| 6.75% | $3,297,142 |
| **7.00%** | **$3,179,387** |
| 7.25% | $3,069,753 |
| 7.50% | $2,967,428 |

**As Is**

| | | |
|---|---|---|
| As Stabilized Value as of Current Date    Effective Date: 7/23/2021 | | $3,179,387 |
| Stabilization Discount | | ($250,000) |
| Deferred Maintenance | | $0 |
| Near Term Capital Expenses | | $0 |
| As Is Value    Effective Date: 7/23/2021 | | $2,929,387 |
| **Rounded** | **$193.53** | **$2,930,000** |

*Compiled by NKF*

Esplanade Plaza Office Building



# Reconciliation of Value

The values indicated by our analyses are as follows:

| Market Value Indications | |
| --- | --- |
| | |
| **Market Value Premise** | **As Is** |
| **As of Date:** | **July 23, 2021** |
| Cost Approach: | Not Used |
| Sales Comparison Approach: | $2,780,000 |
| Income Capitalization Approach: | $2,930,000 |
| Market Value Conclusion | $2,930,000 |

*Compiled by NKF*

## Cost Approach

In this case, the cost approach was not utilized due to the age of the improvements which results in significant depreciation thereby reducing the reliability of this approach.

## Sales Comparison Approach

The Sales Comparison Approach is focused on comparing the subject to sale and other market transactions with the aim to develop an indication of value that is founded on the theory of substitution. Basically, the intention is to determine value through considering the prices of properties which would be a substitute property to the subject. In this case, a selection of reasonably similar sales was obtained and the adjustment process was well founded by reasoning and direct evidence. Although this analysis is considered to be well founded and reliable, the subject property is an income producing property and the sales comparison approach, like the cost approach, is limited it its ability to directly consider the income levels and the tenancy of the subject and the sales. Accordingly, secondary weight is given to the sales comparison approach, and was primarily utilized to estimate an appropriate going-in capitalization rate to be utilized in the income capitalization approach.

## Income Capitalization Approach

The subject property is a multi-tenant office property. It is distinctly an income producing property and this approach is specifically designed to address the value of such a property. The direct capitalization analysis was developed. Market rent was well established by reasonably similar lease data. Capitalization rates were developed from a number of sources including the sales used in the sales comparison approach. In total, the income capitalization approach is considered to be most applicable to the subject and most reliable. This approach is given greatest weight for that reason.

Esplanade Plaza Office Building



| Value Conclusions | | | |
| --- | --- | --- | --- |
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value Conclusion** |
| Market Value "As Is" | Leased Fee | 7/23/2021 | $2,930,000 |

*Compiled by NKF*

## Extraordinary Assumptions and Hypothetical Conditions

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.  The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1. With regard to estimating the size of the subject improvements, we have relied on public information as well as information provided by our Client. If it is found that the size of the subject improvements should differ from what is reported in this Appraisal Report, then we reserve the right to alter and amend our findings and conclusions.

2. As will be discussed in the Appraisal Report, the subject property sustained damage as a result of Hurricane Laura in late August 2020. To the best of our knowledge, all items of damage and deferred maintenance as a result of Hurricane Laura have been cured by current ownership/management. If it is found that the subject property suffers from any deferred maintenance or remaining damage from the landfall and impacts of Hurricane Laura as of the date of value, then we reserve the right to alter and amend our findings and conclusions.

The use of these extraordinary assumptions might have affected assignment results.

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.  The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

*Compiled by NKF*

## Exposure Time

Exposure time is the estimated length of time the subject property would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.  It is a retrospective estimate based on an analysis of past events assuming a competitive and open market.

Recent sales transaction data for similar properties, supply and demand characteristics for the local office market, and the opinions of local market participants were reviewed and analyzed. Based on this data and analysis, it is our opinion that the probable exposure time for the subject at the concluded market value stated previously is 12 months.

## Marketing Time

Marketing time is an opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal.  Marketing time differs from exposure time, which is always presumed to precede



Reconciliation of Value                                                                                          70

the effective date of an appraisal.  As no significant changes in market conditions are foreseen in the near term, it is our opinion that a reasonable marketing period for the subject is likely to be the same as the exposure time. Accordingly, we estimate the subject's marketing period at 12 months.



# Assumptions and Limiting Conditions

The Appraisal contained in this Report (herein "Report") is subject to the following assumptions and limiting conditions:

1. Unless otherwise stated in this report, title to the property which is the subject of this report (herein "Property") is assumed to be good and marketable and free and clear of all liens and encumbrances and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value.  No responsibility is assumed for the legal description, zoning, condition of title or any matters which are legal in nature or otherwise require expertise other than that of a professional real estate appraiser.  This report shall not constitute a survey of the Property.

2. Unless otherwise stated in this report, it is assumed: that the improvements on the Property are structurally sound, seismically safe and code conforming; that all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.)  are in good working order with no major deferred maintenance or repair required; that the roof and exterior are in good condition and free from intrusion by the elements; that the Property and improvements conform to all applicable local, state, and federal laws, codes, ordinances and regulations including environmental laws and regulations. No responsibility is assumed for soil or subsoil conditions or engineering or structural matters. The Property is appraised assuming that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this report is based, unless otherwise stated.  The physical condition of the Property reflected in this report is solely based on a visual inspection as typically conducted by a professional appraiser not someone with engineering expertise. Responsible ownership and competent property management are assumed.

3. Unless otherwise stated in this report, this report did not take into consideration the existence of asbestos, PCB transformers or other toxic, hazardous, or contaminated substances or underground storage tanks, or the cost of encapsulation, removal or remediation thereof. Real estate appraisers are not qualified to detect such substances.  The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater or other potentially hazardous materials and substances may adversely affect the value of the Property.  Unless otherwise stated in this report, the opinion of value is predicated on the assumption that there is no such material or substances at, on or in the Property.

4. All statements of fact contained in this report as a basis of the analyses, opinions, and conclusions herein are true and correct to the best of the appraiser's actual knowledge and belief.  The appraiser is entitled to and relies upon the accuracy of information and material furnished by the owner of the Property or owner's representatives and on information and data provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by such members. Such information and data obtained from third party sources are assumed to be reliable and have not been independently verified. No warranty is made as to the accuracy of any of such information and data. Any material error in any of the said information or data could have a



substantial impact on the conclusions of this Report.  The appraiser reserves the right to amend conclusions reported if made aware of any such error.

5.  The opinion of value stated in this report is only as of the date of value stated in this report. An appraisal is inherently subjective and the conclusions stated apply only as of said date of value, and no representation is made as to the effect of subsequent events.  This report speaks only as of the date hereof.

6.  Any projected cash flows included in the analysis are forecasts of estimated future operating characteristics and are predicated on the information and assumptions contained within this report.  Any projections of income, expenses and economic conditions utilized in this report are not predictions of the future.  Rather, they are estimates of market expectations of future income and expenses.  The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured.  Actual results may vary from the projections considered herein.  There is no warranty or assurances that these forecasts will occur.  Projections may be affected by circumstances beyond anyone's knowledge or control. Any income and expense estimates contained in this report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

7.  The analyses contained in this report may necessarily incorporate numerous estimates and assumptions regarding Property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters.  Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by the analysis will vary from estimates, and the variations may be material.

8.  All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraphs, several events may occur that could substantially alter the outcome of the estimates such as, but not limited to changes in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc.  In making prospective estimates and forecasts, it is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

9.  The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.  This report shall be considered only in its entirety.  No part of this report shall be utilized separately or out of context.

10.  Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the Firm. Possession of this report, or a copy hereof, does not carry with it the right of publication.

11.  Client and any other Intended User identified herein should consider this report and the opinion of value contained herein as only one factor together with its own independent considerations and



underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors. The use of this report and the appraisal contained herein by anyone other than an Intended User identified herein, or for a use other than the Intended Use identified herein, is strictly prohibited. No party other than an Intended User identified herein may rely on this report and the appraisal contained herein.

12. Unless otherwise stated in the agreement to prepare this report, the appraiser shall not be required to participate in or prepare for or attend any judicial, arbitration, or administrative proceedings.

13. The Americans with Disabilities Act (ADA) became effective January 26, 1992. No survey or analysis of the Property has been made in connection with this report to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. No expertise in ADA issues is claimed, and the report renders no opinion regarding the Property's compliance with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

14. Acceptance and/or use of this report constitutes full acceptance of these Assumptions and Limiting Conditions and any others contained in this report, including any Extraordinary Assumptions and Hypothetical Conditions, and is subject to the terms and conditions contained in the agreement to prepare this report and full acceptance of any limitation of liability or claims contained therein.



Addenda

## Addendum A

## Glossary of Terms



The following definitions are derived from The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015).

- ♦ **Absorption Period:**  The actual or expected period required from the time a property, group of properties, or commodity is initially offered for lease, purchase, or use by its eventual users until all portions have been sold or stabilized occupancy has been achieved.

- ♦ **Absorption Rate:**  1) Broadly, the rate at which vacant space in a property or group of properties for sale or lease has been or is expected to be successfully sold or leased over a specified period of time. 2) In subdivision analysis, the rate of sales of lots or units in a subdivision.

- ♦ **Ad Valorem Tax:**  A tax levied in proportion to the value of the thing(s) being taxed. Exclusive of exemptions, use-value assessment provisions, and the like, the property tax is an ad valorem tax. (International Association of Assessing Officers [IAAO])

- ♦ **Assessed Value:**  The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value.

- ♦ **Cash Equivalency:**  An analytical process in which the sale price of a transaction with nonmarket financing or financing with unusual conditions or incentives is converted into a price expressed in terms of cash or its equivalent.

- ♦ **Contract Rent:**  The actual rental income specified in a lease.

- ♦ **Disposition Value:**  The most probable price that a specified interest in property should bring under the following conditions:  1) Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.  2) The property is subjected to market conditions prevailing as of the date of valuation.  *3)* Both the buyer and seller are acting prudently and knowledgeably.  4) The seller is under compulsion to sell.  5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests.  7) An adequate marketing effort will be made during the exposure time.  8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto.  9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

- ♦ **Effective Rent:**  Total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions; the rent that is effectively paid by a tenant net of financial concessions provided by a landlord.

- ♦ **Excess Land:**  Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. See also **surplus land.**



- ♦ **Excess Rent:**  The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties.

- ♦ **Exposure Time:**  1) The time a property remains on the market.  2) [The] estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

- ♦ **Extraordinary Assumption:**  An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. See also **hypothetical condition.**

- ♦ **Fee Simple Estate:**  Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

- ♦ **Floor Area Ratio (FAR):**  The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area.

- ♦ **Frictional Vacancy:**  The amount of vacant space needed in a market for its orderly operation. Frictional vacancy allows for move-ins and move-outs.

- ♦ **Full Service Lease:**  See **gross lease.**

- ♦ **General Vacancy:**  A method of calculating any remaining vacancy and collection loss considerations when using discounted cash flow (DCF) analysis, where turnover vacancy has been used as part of the income estimate. The combined effects of turnover vacancy and general vacancy relate to total vacancy and collection loss.

- ♦ **Going-Concern Premise:**  One of the premises under which the total assets of a business can be valued; the assumption that a company is expected to continue operating well into the future (usually indefinitely).

- ♦ **Going Concern Value:**  An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business.

- ♦ **Gross Building Area (GBA):** 1) Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved.  2) Gross leasable area plus all common areas.  3) For residential space, the total area of all floor levels measured from the exterior of the walls and including the superstructure and substructure basement; typically does not include garage space.



♦ **Gross Lease:**  A lease in which the landlord receives stipulated rent and is obligated to pay all of the property's operating and fixed expenses; also called full-service lease.

♦ **Hypothetical Condition:**  1) A condition that is presumed to be true when it is known to be false. (Appraisal Institute: The Standards of Valuation Practice [SVP])  2) A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.  See also **extraordinary assumption.**

♦ **Intended Users:**  1) The party or parties the valuer intends will use the report. (SVP)  2) The client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser, based on communication with the client at the time of the assignment. (USPAP, 2020-2021 ed.)

♦ **Investment Value:**  1) The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. **2)** The value of an asset to the owner or a prospective owner for individual investment or operational objectives. (International Valuation Standards [IVS])

♦ **Land-to-Building Ratio:**  The proportion of land area to gross building area; one of the factors determining comparability of properties.

♦ **Lease:**  A contract in which the rights to use and occupy land, space, or structures are transferred by the owner to another for a specified period of time in return for a specified rent.

♦ **Leased Fee Interest:**  The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

♦ **Leasehold Interest:**  The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

♦ **Lessee:**  One who has the right to occupancy and use of the property of another for a period of time according to a lease agreement.

♦ **Lessor:**  One who conveys the rights of occupancy and use to others under a lease agreement.

♦ **Liquidation Value:**  The most probable price that a specified interest in property should bring under the following conditions: 1) Consummation of a sale within a short time period.  2) The property is subjected to market conditions prevailing as of the date of valuation.  3) Both the buyer and seller are acting prudently and knowledgeably. 4) The seller is under extreme compulsion to sell.  5) The buyer is typically motivated.  6) Both parties are acting in what they consider to be their best interests.  7) A normal marketing effort is not possible due to the brief exposure time. 8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto.  9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone



associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

♦   ***Market Rent:*** The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).

♦   ***Market Value:*** A type of value that is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined, such as the following.  1) The most widely accepted components of market value are incorporated in the following definition: The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.  2) Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal. [2]

♦   ***Market Value of the Going Concern:*** The market value of an established and operating business including the real property, personal property, financial assets, and the intangible assets of the business.

♦   ***Marketing Time:*** An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal.

♦   ***Modified Gross Lease:*** A lease in which the landlord receives stipulated rent and is obligated to pay some, but not all, of the property's operating and fixed expenses.  Since assignment of expenses varies among modified gross leases, expense responsibility must always be specified. In some markets, a modified gross lease may be called a double net lease, net net lease, partial net lease, or semi-gross lease.

♦   ***Net Lease:*** A lease in which the landlord passes on all expenses to the tenant. See also ***gross lease; modified gross lease.***

♦   ***Net Net Net Lease:*** An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management; also called NNN lease, triple net lease, or fully net lease.

---

[2] The actual definition of value used for this appraisal is contained within the body of the report.  The definition of market value given above is general in viewpoint and is only provided for amplification.



- ◆ **Occupancy Rate:**  1) The relationship or ratio between the potential income from the currently rented units in a property and the income that would be received if all the units were occupied. 2) The ratio of occupied space to total rentable space in a building.

- ◆ **Overage Rent:**  The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakpoint sales volume.

- ◆ **Percentage Rent:**  Rental income received in accordance with the terms of a percentage lease; typically derived from retail store and restaurant tenants and based on a certain percentage of their gross sales.

- ◆ **Prospective Opinion of Value:**  A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

- ◆ **Rentable Area:**  For office or retail buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice.

- ◆ **Retrospective Value Opinion:**  A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion."

- ◆ **Shell Rent:**  The typical rent paid for retail, office, or industrial tenant space based on minimal "shell" interior finishes (called vanilla finish or white wall finish in some areas). Usually the landlord delivers the main building shell space or some minimum level of interior build-out, and the tenant completes the interior finish, which can include wall, ceiling, and floor finishes, mechanical systems, interior electricity, and plumbing. Typically these are long-term leases with tenants paying all or most property expenses.

- ◆ **Surplus Land:**  Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. See also **excess land.**

- ◆ **Turnover Vacancy:**  A method of calculating vacancy allowance that is estimated or considered as part of the potential income estimate when using discounted cash flow (DCF) analysis. As units or suites turn over and are available for re-leasing, the periodic vacancy time frame (vacancy window) to release the space is considered.



Addenda

♦ ***Usable Area:*** 1) For office buildings, the actual occupiable area of a floor or an office space; computed by measuring from the finished surface of the office side of corridor and other permanent walls, to the center of partitions that separate the office from adjoining usable areas, and to the inside finished surface of the dominant portion of the permanent outer building walls. Sometimes called net building area or net floor area. See also floor area. 2) The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas.

♦ ***Use Value:*** The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Use value may or may not be equal to market value but is different conceptually. See also ***value in use.***

♦ ***Value In Use:*** The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Value in use may or may not be equal to market value but is different conceptually. See also ***use value.***

♦ ***Value Indication:*** A valuer's conclusion of value resulting from the application of an approach to value, e.g., the value indication by the sales comparison approach.



# Addendum B

# Engagement Letter





July 23, 2021

John P Wolff
Senior Partner
KEOGH, COX & WILSON, LTD.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
Phone: 225 383 3796
Email: jwolff@keoghcox.com

Re:     Appraisal of the subject property and Review/Consultation of the NAI Latter & Blum report described as:
        Esplanade Office Building, 620 Esplanade Street, Lake Charles, Calcasieu Parish, Louisiana 70607 ("**Property**")

Dear Mr. Wolff:

Newmark Knight Frank Valuation & Advisory, LLC ("**Firm**") agrees to provide Keogh, Cox & Wilson, Ltd. ("**Client**") an appraisal and review/consultation services of the above-referenced Property in accordance with, and subject to, the terms and conditions set forth below and in the attached Schedules (collectively, "**Agreement**").

| | |
|---|---|
| APPRAISAL AND REVIEW/ CONSULTATION FEE: | $20,000.00 (inclusive of expenses). |
| ADDITIONAL HOURLY FEES: | Should court time and preparation be required, it will be billed at $550.00/hr plus expenses. |
| RETAINER: | $10,000.00 with the return of this letter signed by the Client. |
| REPORT DELIVERABLES: | The appraisal, draft and/or final, shall be delivered in electronic format (typically, pdf). One original hard copy of the final appraisal will be provided to Client upon request. |
| COMMENCEMENT AND DELIVERY DATE: | Delivery is as follows:<br><br>Final appraisal report: August 13, 2021<br><br>The appraisal process will commence upon receipt by the Firm of (i) this Agreement signed by Client and (ii) the retainer.   The appraisal process will conclude upon delivery of the final appraisal report, unless terminated sooner by the Firm or Client or as provided herein. |

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 2 of 8

| | |
|---|---|
| REPORT TYPE: | Appraisal Report |
| VALUATION PREMISE: | Market Value |
| INTEREST IN THE PROPERTY APPRAISED: | Fee Simple Estate |
| DATE(S) OF VALUE: | Retrospective as of: August 27, 2020, subject to further discussion with client |
| INTENDED USER(S): | Intended users of the appraisal include only Client and the following parties: Keogh, Cox & Wilson, Ltd., and no other party is permitted to use or rely on the appraisal. ("**Intended Users**") The identification of Intended User(s) of the appraisal is to determine the type and extent of research, analysis and reporting appropriate for the assignment.  Designation of a party other than Client as an Intended User is not intended to confer upon such party any rights under this Agreement. |
| INTENDED USE: | The intended use of the appraisal and review/consultation services is for potential litigation resulting from the landfall of Hurricane Laura ("**Intended Use**") and no other use. |
| RELIANCE LANGUAGE: | None |
| GUIDELINES: | The analyses, opinions and conclusions are to be developed based on, and the appraisal will be prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) as published by the Appraisal Foundation. |
| SCOPE OF WORK: | The appraiser will use and properly apply all applicable and appropriate approaches to value sufficient to produce credible assignment results. The scope of the analysis will be appropriate for the appraisal problem. |

- Review of plaintiff expert realtor report.
- Review of pertinent documents.
- Attend pertinent witness depositions via Zoom.
- Attend site inspection.
- Prepare an expert report for discovery and trial purposes, due August 13, 2021.
- Provide an evaluation of plaintiff's claims, expert report, appraisal of market/rent conditions relevant to the claims, and associated tasks.

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 3 of 8

| | |
|---|---|
| ASSUMPTIONS/ LIMITING CONDITIONS: | The appraisal will be subject to Firm's standard Assumptions and Limiting Conditions, which will be incorporated into the appraisal report. In addition, the appraisal may be subject to, and the appraisal report may contain, Extraordinary Assumptions and Hypothetical Conditions. |
| ACCEPTANCE: | This shall constitute a binding agreement only if countersigned by the Client, or by an officer, director or other representative of Client who, by signing and accepting this Agreement, represents and warrants that he/she is authorized by Client to do so. |
| PAYMENT: | Client will be invoiced the appraisal fee (and any expenses) which will be earned in full upon initial delivery of the appraisal report (draft or final), with such appraisal fee (and expenses) payable within 30 days of invoicing.<br><br>Payment of the fee is not contingent upon any predetermined value or on an action or event resulting from the analysis, opinions, conclusions or use of the appraisal. |
| CHANGES TO THE AGREEMENT: | Any significant changes to the assignment as outlined in this Agreement, such as the identity of the Client, Intended User, or Intended Use, will require the preparation and execution of a new agreement. |
| CANCELLATION OF ASSIGNMENT: | Client may cancel this Agreement at any time prior to the Firm's delivery of the appraisal upon written notification to the Firm. Client shall pay Firm for all work completed on the assignment prior to Firm's receipt of such written cancellation notice, unless otherwise agreed upon by Firm and Client in writing. The Firm may withdraw without penalty or liability from the assignment(s) contemplated by the Agreement before completion or reporting if the Firm determines, in the Firm's sole discretion, that incomplete information was provided to the Firm prior to the engagement, that Client or other parties have not or cannot provide documentation or information necessary to the Firm's analysis or reporting, that conditions of the Property render the original scope of work inappropriate, that a conflict of interest has arisen, or that Client has not complied with its payment obligations under this Agreement. The Firm shall notify Client of such withdrawal in writing. |
| NO THIRD-PARTY BENEFICIARIES: | Nothing in the Agreement shall create a contractual relationship or any legal duty between Firm or Client and any third party, nor any cause of action, right, or claim in favor of any third party and |

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 4 of 8

against Firm or Client. In addition, this Agreement is not intended to, and shall not be construed to, render any person or entity a third-party beneficiary of this Agreement. Client acknowledges and agrees that the appraisal report shall reflect the foregoing. In addition, the appraisal report shall state that no party other than an Intended User identified in the Agreement is entitled to rely upon the appraisal.

This Agreement may be rescinded by the Firm unless signed and returned to the undersigned within 10 days from the date hereof.

If this Agreement correctly sets forth the Client's understanding of the services to be rendered, and if the terms are satisfactory, please execute and return the Agreement together with any required retainer.

Respectfully,

Stephen D. DuPlantis, MAI
Executive Managing Director
Certified General Appraiser
License No. TX 1321138 G
steve.duplantis@ngkf.com
713.599.5103 Direct
713.703.8038 Cell

Agreed:
KEOGH, COX & WILSON, LTD.

SIGNATURE:

PRINT NAME: _Mary Anne Wolf_

TITLE: _attorney_

DATE: _July 23, 2021_

NEWMARK

1700 Post Oak Blvd, BLVD Place 2, Suite 350 | Houston, TX 77056
PHONE: 713.599.5103 | WEB: www.nmrk.com

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 5 of 8

Schedule "A"

# TERMS AND CONDITIONS

**ATTACHED TO AND A PART OF THE AGREEMENT DATED JULY 23, 2021 TO PROVIDE APPRAISAL SERVICES FOR KEOGH, COX & WILSON, LTD.**

1.  These Terms and Conditions are attached to and incorporated into the above referenced Agreement as though fully set forth in full therein. Capitalized terms if not defined herein shall have the same meaning as defined in the Agreement.

2.  With respect to any appraisal report, use of or reliance on the appraisal by any party, regardless of whether the use or reliance is authorized or known by the Firm, constitutes acceptance of these Terms and Conditions as well as acceptance of all other appraisal statements, limiting conditions and assumptions stated in the Agreement and appraisal report.

3.  It is assumed that there are no matters affecting the Property that would require the expertise of other professionals, such as engineers or an environmental consultant, for Firm to provide the appraisal. If such additional expertise is required, it shall be provided by other parties retained by Client at Client's sole cost and expense.

4.  Client acknowledges that the Firm is being retained as an independent contractor to provide the services described herein and nothing in this Agreement shall be deemed to create any other relationship between Firm and Client, including but not limited to an agency relationship. The parties neither intend nor have any expectation that any such relationship will arise as a matter of law or as a result of this Agreement. This assignment shall be deemed concluded and the services hereunder completed upon delivery of the appraisal described herein to Client.

5.  All statements of fact contained in the appraisal report as a basis of the appraiser's analyses, opinions, and conclusions will be true and correct to the best of the appraiser's actual knowledge and belief. The appraiser is entitled to, and shall rely upon the accuracy of information and material furnished to the Firm by Client. Appraiser is also entitled to, and shall, rely on information provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by members of that profession without independent verification.

6.  The Firm and the appraiser shall have no responsibility for legal matters, or questions or issues involving survey or title, soil or subsoil conditions, engineering, zoning, buildability, environmental contamination, structural matters, construction defects, material or methodology, or other similar technical matters with regarding the Property. Furthermore, the appraisal will not constitute a survey of the Property.

7.  The appraisal and the data and information gathered in its preparation (other than the confidential data and information provided by Client) is and will remain, the property of the Firm. The Firm shall not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished by Client to the Firm. Notwithstanding the foregoing, the Firm and the appraiser are authorized by Client to disclose all or any portion of the appraisal and appraisal report and the related data and information, including confidential data and information provided by Client, to appropriate representatives of the Appraisal Institute if such disclosure is required to comply with the Standards, Bylaws and Regulations of the Appraisal Institute, as well as, such disclosure as required

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 6 of 8

by law and regulations, including compliance with a subpoena and licensing authority regulatory inquiries. The Firm is also authorized to include both confidential and non-confidential data assembled in the course of preparing the appraisal and which may be incorporated into the appraisal report in a database controlled by the Firm for the aggregation of such data and information to produce analytics and other metrics or products.

8. Unless specifically noted in the appraisal report, the appraisal will not take into consideration the possibility or probability of the existence of asbestos, PCB transformers, other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material) at on or in the Property, or the cost of encapsulation, removal or remediation thereof.

9. Client shall indemnify, defend (by counsel to be selected by Firm), protect, and hold Firm and Firm's appraisers, agents, employees, affiliates, representatives, successors and assigns (each, a "**Firm Party**"), free and harmless from any and all claims, liabilities, losses, penalties, fines, forfeitures, amounts paid in settlement, judgments, and all reasonable attorneys' fees and related litigation costs, fees and expenses incurred by the any of such indemnitees, which result from (i) any failure by Client or Client's agents or representatives to provide Firm with complete and accurate information regarding the Property; (ii) any material breach by Client of the provisions of the Agreement; (iii) if delivery of the appraisal to a third party is permitted by the Firm, Client providing an incomplete copy of the appraisal to such third party; or (iv) arising from Client or Client's agents or representatives providing a copy of the appraisal to a party not authorized by the Firm to receive such copy.

10. In preparing the appraisal, it is possible that the appraiser will discover conflicting information. In that event, appraiser will utilize information and data considered to be the most authoritative and for critical information will document the source. Information and data referred to may include, but is not limited to, legal descriptions; physical street addresses; assessor parcel numbers; property history; dimensions and areas of the site/land; dimensions and areas of the building improvements; physical unit counts; rent rolls; leases; lease abstracts; income and expense data; and any other related data. Any material discrepancy and/or error in any of the above data could have a substantial impact on the conclusions reported, and the Firm therefore reserves the right to amend conclusions reported if the Firm is made aware of any such discrepancy and/or error.

11. The appraisal may not be used, included or referenced, in whole or in part, in any offering or other materials without the prior written consent of the Firm, which consent may be conditioned upon the receipt by the Firm of an indemnity agreement, in form and content, satisfactory to Firm and provided by an indemnitor satisfactory to Firm. Client agrees to pay the fees of the Firm's legal counsel for review of any materials which is the subject of the requested consent. Except as agreed by the Firm expressly in writing, the Firm disclaims liability to any party other than Client.

12. The Firm shall not provide a copy of the appraisal to, or disclose the results of the appraisal to, any party other than Client, unless Client authorizes same, except as provided in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP) or as otherwise required by law or regulations.

13. Client and any other identified Intended User should consider the appraisal as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 7 of 8

in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.

14. Unless otherwise stated in this Agreement, Client agrees that the services pursuant to this Agreement shall not include participation in or preparation for, or attendance at, any legal, judicial, administrative, or arbitration proceeding relating to this assignment. In the event the Firm or any Firm Party is required, whether through the service of a subpoena or otherwise, to produce documents or participate in or prepare for any discovery, testimony or attendance, relating to the appraisal or this assignment, where the Firm or Firm Party is not a party to the action or proceedings involved, Client agrees to reimburse expenses incurred by the Firm or Firm Party, including attorney's fees, in responding to such subpoena or other legal process and compensate the Firm therefor based upon the appraiser's prevailing hourly or daily rate for providing services as an expert consultant or witness.

15. Except as expressly provided herein, Firm makes no representations or warranties to Client or to any other person or entity with respect to the appraisal and the services to be provided by Firm under this Agreement. To the maximum extent permitted under applicable law, in no event will the Firm or any Firm Party be liable to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) for any indirect, special, exemplary, incidental, or consequential damages (including loss of profits) arising from or relating to this Agreement or the appraisal, even if such party knew or should have known of the possibility of, or could reasonably have prevented, such damages. In no event shall the total liability of the Firm or any Firm Party to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) arising from or relating to this Agreement or the appraisal, whether based on tort, contract, or any other legal theory, exceed the amount of fees paid to the Firm for the appraisal and the services described herein. Legal claims or causes of action relating to the appraisal are not assignable, except: (i) as the result of a merger, consolidation, sale or purchase of a legal entity, (ii) with regard to the collection of a bona fide existing debt for services but then only to the extent of the total compensation for the appraisal plus reasonable interest, or (iii) in the case of an appraisal performed in connection with the origination of a mortgage loan, as part of the transfer or sale of the mortgage before an event of default on the mortgage or note or its legal equivalent.

16. Federal banking regulations require banks and other lending institutions to engage appraisers where FIRREA compliant appraisals must be used in connection with mortgage loans or other transactions involving federally regulated lending institutions. In view of that requirement, the appraisal may not be accepted by a federally regulated financial institution.

17. In the event Client fails to make payments of any fees or sums when due and payable under this Agreement; then from the date due and payable until paid, the amount due and payable shall bear interest at the maximum rate permitted under the laws of the state in which the Property is located. If the Firm is required to undertake collection efforts including institution of legal action against Client relating to the Agreement, the Firm shall be entitled to recover attorney's fees, litigation expenses, and costs from Client.

18. To the extent permitted under applicable law, any legal action or lawsuit or other proceeding by Client or any Intended User of the appraisal against Firm or a Firm Party whether based in contract, tort, warranty, indemnity or otherwise, relating to the appraisal shall be commenced within two (2) years

NEWMARK

John P Wolff
KEOGH, COX & WILSON, LTD.
July 23, 2021
Page 8 of 8

from the date of delivery of the appraisal to the claimant in such action or proceeding, unless the applicable law provides for a shorter period, and any such claimant waives the right to a jury in any such legal action or lawsuit or other proceeding.  Notwithstanding the state of domicile or residency of either party to this Agreement, this Agreement shall be governed and construed under the laws of the state in which the Property is located, and venue for any action or proceeding arising out of this Agreement shall be deemed proper only in the court of competent jurisdiction located in the state in which the Property is located.

19. Throughout the performance of services under this Agreement, the Firm shall maintain at its sole cost and expense the following insurance:

    (a) Workers' Compensation, so as to provide statutory benefits as required by the laws of each state within the United States in which the Firm's services are being provided, and Employer's Liability insurance with limits of liability of $1,000,000 each accident, $1,000,000 disease each employee and $1,000,000 disease policy limit covering all employees of the Firm engaged in the performance of such services.

    (b) Fidelity insurance or bond with a limit of $1,000,000 to insure the Firm against loss of its or Client's assets caused from the dishonest acts of the Firm's employees.

    (c) Professional Liability insurance with a limit of liability of $1,000,000 each claim and $1,000,000 aggregate, which limits may be provided by a combination of primary and excess policies.

    (d) Commercial General Liability insurance providing coverage against damages due to bodily injury (including death), property damage and personal and advertising injury arising in connection with the Firm's services provided under this Agreement, which insurance coverage shall: (i) be occurrence-based; (ii) provide limits of liability in an amount of $1,000,000 each occurrence and $1,000,000 aggregate (including excess and/or umbrella limits), (iii) include at least those coverages generally included in the most current ISO Commercial General Liability insurance policy form (or its equivalent); and (iv) include Client, and such other persons or entities as Client has identified in writing, as additional insureds solely with regard to claims arising out of this Agreement.

    (e) Commercial automobile liability for owned, hired and non-owned motor vehicles, with a $1,000,000 combined single limit.

NEWMARK

Addenda

---

## Addendum C

## Comparable Data



Addenda

**Improved Sales**



Addenda



## Office Sale Comparable 1
**Bayou Pines Medical Office**

### Location Information

| | |
|---|---|
| Location | 760 Bayou Pines East |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu |
| APN | 00540145 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (Medical/Off Campus) |
| Gross Building Area | 4,000 SF |
| Rentable Area | 4,000 SF |
| Land Acres | 0.59 Acres |
| Land SF | 25,700 SF |
| Land to Building Ratio | 6.43 |
| No. of Buildings | 1 |
| No. of Stories | 1 |
| Year Built (Renovated) | 1980 |
| Construction | Wood frame |
| Condition | Good |
| Parking | Surface |
| Investment Class | Class B |
| Elevators | |

### Sale Data

| | |
|---|---|
| Transaction Type | Closed |
| Date | April 16, 2021 |
| Marketing Time | N/A |
| Grantor | Bufford Walker, LLC |
| Grantee | Not Disclosed |
| Document No. | Not yet recorded |
| Price | $665,000 |
| Financing Terms | Cash to Seller |
| Price Adjustments For: | |
| Financing | $0 |
| Conditions of Sale | $0 |
| Other | $0 |
| Adjusted Price | $665,000 |
| Price Per SF | $166.25 |

### Financial Data

| | |
|---|---|
| Source | Pro Forma |
| Occupancy | 100.0% |
| Property Operations Status | Stabilized Operations |

### Financial Indicators

| | |
|---|---|
| NOI | $57,685 |
| Derived Cap Rate | 8.67% |
| Reported Cap Rate | N/A |

### Pro Forma Stabilized Operations

| | |
|---|---|
| NOI | $57,685 |
| Derived Cap Rate | 8.67% |
| Verification | Confirmed-Seller Broker |

### Comments

This is the sale of a medical office building within the Bayou Pines office park. According to the listing agent, the property was leased and occupied at the time of the sale, though she could not recall the exact specifics of the lease, but noted she believed it was short-term in nature. It is also worth noting the property sold in January 2019 for $500,000. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $16.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $4.68 per square foot, of which $4.11 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.

Esplanade Plaza Office Building



Addenda

## Office Sale Comparable 2

**Parc at Claycut Bayou, Building D**

### Location Information

| | |
|---|---|
| Location | 4311 Bluebonnet Boulevard |
| | Baton Rouge, LA |
| Market | LA - Baton Rouge |
| Submarket | Baton Rouge Metro Area |
| County | East Baton Rouge |
| APN | 2453193 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 4,013 SF |
| Rentable Area | 4,013 SF |
| Land Acres | 0.09 Acres |
| Land SF | 4,013 SF |
| Land to Building Ratio | 1.00 |
| No. of Buildings | 1 |
| No. of Stories | 1 |
| Year Built (Renovated) | 2006 (2019) |
| Construction | Wood frame |
| Condition | Good |
| Parking | Surface lot |
| Investment Class | Class B |
| Elevators | |

### Financial Data

| | |
|---|---|
| Source | Pro Forma |
| Occupancy | 100.0% |
| Property Operations Status | Stabilized Operations |

### Financial Indicators

| | |
|---|---|
| NOI | $53,662 |
| Derived Cap Rate | 6.92% |
| Reported Cap Rate | N/A |

### Sale Data

| | |
|---|---|
| Transaction Type | Closed |
| Date | August 14, 2020 |
| Marketing Time | 2 months |
| Grantor | Fishhooks Properties, LLC |
| Grantee | Jacoj Properties & Investments, LLC |
| Document No. | Original 934, Bundle 13045 |
| Price | $775,000 |
| Financing Terms | Cash to Seller |
| Price Adjustments For: | |
| Financing | $0 |
| Conditions of Sale | $0 |
| Other | $0 |
| Adjusted Price | $775,000 |
| Price Per SF | $193.12 |
| Verification | Confirmed-Seller Broker |

### Comments

This is the sale of a two-suite office condominium in the Parc at Claycut Bayou. The property was built in 2006 and had been recently renovated in 2019 prior to being listed for sale. The seller was occupying the entire building at the time of sale, and was to lease back the space from the buyer for about a year while downsizing to one of the two suites, at which time the buyer was planning to occupy the other. The listing agent indicated that the lease rate was about $19.00 per square foot, modified gross; though he noted that he thought the rate would increase once the move to the smaller space was completed. The capitalization rate is based on this rate and actual historical expenses provided by the broker.



Addenda

## Office Sale Comparable 3
Office

### Location Information

| | |
|---|---|
| Location | 420 Oil Center Drive |
| | Lafayette, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Lafayette |
| APN | 6105820 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 4,489 SF |
| Rentable Area | 4,489 SF |
| Land Acres | 0.55 Acres |
| Land SF | 23,958 SF |
| Land to Building Ratio | 5.34 |
| No. of Buildings | 1 |
| No. of Stories | 1 |
| Year Built (Renovated) | 1998 (2011) |
| Construction | Steel frame |
| Condition | Average |
| Parking | Paved Surface |
| Investment Class | 0 |
| Elevators | |

### Financial Data

| | |
|---|---|
| Source | Pro Forma |
| Occupancy | 0.0% |
| Property Operations Status | Stabilized Operations |

### Financial Indicators

| | |
|---|---|
| NOI | N/A |
| Derived Cap Rate | N/A |
| Reported Cap Rate | N/A |

### Sale Data

| | |
|---|---|
| Transaction Type | Closed |
| Date | May 13, 2020 |
| Marketing Time | 4 months |
| Grantor | Powell Pelican Properties LLC |
| Grantee | Breaud Properties LLC |
| Document No. | 2020-15039 |
| Price | $907,590 |
| Financing Terms | |
| Price Adjustments For: | |
| Financing | $0 |
| Conditions of Sale | $0 |
| Other | $0 |
| Adjusted Price | $907,590 |
| Price Per SF | $202.18 |

### Pro Forma Stabilized Operations

| | |
|---|---|
| NOI | $72,608 |
| Derived Cap Rate | 8.00% |
| Verification | Secondary Verification |

### Comments

This property represents a tenant-occupied office that was constructed in 1998 and renovated in 2011. It consists of 4,489 square feet of building area. The improvements are situated on a 0.5-acre site. The property was reportedly purchased by an owner-user. The pro forma capitalization rate is based on market parameters at the time of the sale. In the case of this transaction, a rental rate of $18.00 per square foot was utilized on a net expense basis. Additionally, expenses were based on actual ad valorem real estate taxes and market parameters at the time of the sale. For purposes of our pro forma capitalization rate, expenses totaled $5.91 per square foot, of which $5.25 per square foot were reimbursable for property taxes, insurance, and maintenance. The expenses do not include a reserve for replacement as consistent with actions of buyers and sellers in the marketplace.



Addenda

**Lease Comparables**



Addenda

## Office Rental Survey Comparable 1
### 517 Broad Street



### Location Information

| | |
|---|---|
| Location | 517 Broad Street |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu |
| APN | 00584339 |

### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 4,800 SF |
| Rentable Area | 4,800 SF |
| No. of Stories | 2 |
| Max Ceiling Height (Feet) | 11 |
| Year Built (Renovated) | 1917 |
| Construction | Wood frame |
| Condition | Average |
| Parking | Surface |
| Investment Class | Class B |
| Elevators | 0 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.0% |
| Leasing Agent | 0 |
| Company | NAI/Latter & Blum |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 2/1/21 - 24 Mos. | Not Disclosed | Signed Lease: 2,400 | $16.00 | Net | None | No Free Rent; No TI |

### Comments

This is the lease of 2,400 square feet of second floor office space in an historic building located just east of downtown Lake Charles. The ground floor is occupied by the owner of the building (a law firm). According to the listing agent, the base rental rate is $16.00 per square foot, with an additional net charge of approximately $2.00 per square foot. It is a 24 month lease.

Esplanade Plaza Office Building



Addenda

## Office Rental Survey Comparable 2
### 410 E College Street, Suite 410

### Location Information

| | |
|---|---|
| Location | 410 East College Street |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu Parish |
| APN | 00541001 |



### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 2,000 SF |
| Rentable Area | 2,000 SF |
| No. of Stories | 1 |
| Max Ceiling Height (Feet) | N/A |
| Year Built (Renovated) | 1995 |
| Construction | Wood frame |
| Condition | Average |
| Parking | Surface |
| Investment Class | Class B |
| Elevators | 0 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.00% |
| Leasing Agent | 0 |
| Company | 0.0% |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 8/1/21 - 12 Mos. | Unspecified | Signed Lease: 2,000 | $20.00 | Triple Net | None | No Free Rent; No TI |

### Comments

This comparable represents an office lease for Suite 410 and located at 410 East College Street, Lake Charles, Louisiana. The comparable is located at the southeast corner of East College Street and Patrick Street in the southern portion of Lake Charles, Louisiana. The building faces Patrick Street. Additionally, E. College Street is the frontage road for Loop 210 with the entrance ramp to the Loop located at the subject property. The comparable is not located within a flood zone and is zoned, "B, Business" by the City of Lake Charles. The office improvements include offices, a conference room, bullpen, lobby and kitchen. The lease was signed on July 15, 2021 and commenced on August 1, 2021 for a primary term of of 12 months. The lease rate is $20.00 per square foot on a triple-net (NNN) expense basis with the tenant responsible for taxes and utilities.



Addenda

## Office Rental Survey Comparable 3
**4131 Canal Street**

### Location Information

| | |
|---|---|
| Location | 4131 Canal Street |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu Parish |
| APN | 13346802 and 13350797 |



### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 3,040 SF |
| Rentable Area | 3,040 SF |
| No. of Stories | 2 |
| Max Ceiling Height (Feet) | N/A |
| Year Built (Renovated) | 2020 |
| Construction | Wood frame |
| Condition | Excellent |
| Parking | Surface |
| Investment Class | Class C |
| Elevators | 1 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.00% |
| Leasing Agent | 0 |
| Company | 0.0% |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 4/1/21 - 12 Mos. | Brighter Days Counseling Services, LLC | Signed Lease: 1,112 | $15.11 | Modified Gross | None | No Free Rent; No TI |

### Comments

This comparable represents an office lease for the 2nd floor space in a newly constructed office building located along the east side of Canal Street, south of West Sale Street in the southern portion of Lake Charles, Louisiana. The comparable has a physical address of 4131 Canal Street. The building has a 2 stories and totals 3,040 square feet. The first floor is occupied by Caterpillar Financial Services Corporation and the second floor is occupied by Brighter Days Counseling Services, LLC. The lease to Brighter Days Counseling Services, LLC commenced on April 1, 2021 for a primary term of 12 months (1 year). The rental rate is reported to be $15.11 per square foot on a modified gross expense basis.



Addenda

## Office Rental Survey Comparable 4
### 403 West 18th Street

### Location Information

| | |
|---|---|
| Location | 403 West 18th Street |
| | Lake Charles, LA |
| Market | Valuation Properties |
| Submarket | Valuation Office |
| County | Calcasieu Parish |
| APN | 01127128 |



### Physical Property Summary

| | |
|---|---|
| Property Type | Office (General Purpose) |
| Gross Building Area | 3,977 SF |
| Rentable Area | 3,977 SF |
| No. of Stories | 1 |
| Max Ceiling Height (Feet) | N/A |
| Year Built (Renovated) | 2000 |
| Construction | Wood frame |
| Condition | Average |
| Parking | Surface |
| Investment Class | Class C |
| Elevators | 0 |

### Lease Availability Details

| | |
|---|---|
| Survey Date | Aug-2021 |
| Overall Occupancy at Survey | 100.00% |
| Leasing Agent | 0 |
| Company | 0.0% |

### Lease Summary

| Start Date - Term | Tenant Name | Lease Status: Lease Size (SF) | Base Rent/SF | Reimb. | Rent Steps | Free Rent & TI Allowance |
|---|---|---|---|---|---|---|
| 10/1/20 - 12 Mos. | Michael A. Beaux | Signed Lease: 3,977 | $10.56 | Triple Net | None | No Free Rent; No TI |

### Comments

This comparable represents an office lease located along the south side of West 18th Street, west of Hazel Street in Lake Charles, Louisiana. The comparable has a physical address of 403 West 18th Street, Lake Charles, Louisiana. The improvements are 1-story in height and feature stucco exterior and pitched composition shingle roofs. The improvements include a reception area, kitchen, private offices, conference area, and open space. The comparable was previously occupied by CARC Treasure Chest (non-profit organization) and later by a chiropractor's office. The most recent tenant is Michael Beaux, who is a massage therapist. The most recent lease commenced on October 1, 2020 for a term of 12 months (1 year). The reported lease rate is $10.56 per square foot on a triple-net (NNN) expense basis.



# Addendum D

# Appraiser Qualifications and Licenses







# Stephen D. DuPlantis

MAI

*Executive Managing Director National Valuation & Advisory Co-Lead*

t   713.599.5103
m  713.703.8038
steve.duplantis@ngkf.com

**YEARS OF EXPERIENCE**

## 35+

**AREAS OF SPECIALTY**

Valuation & Advisory

Stephen D. DuPlantis, MAI, joined Newmark Valuation & Advisory in 2017 as executive managing director - national valuation & advisory co-lead to help drive the development of the firm's new valuation practice.

Prior to Newmark, Stephen worked for 21 years as senior managing director of CBRE's South Central Region, which comprised Arkansas, Kansas, Louisiana, Missouri, Oklahoma and Texas.

Stephen's commercial appraisal assignments have included multi-housing, office, industrial and retail properties. He has also appraised numerous other special-purpose properties including senior care facilities, golf courses, self-storage facilities and hotels/motels.

Stephen holds the MAI designation from the Appraisal Institute and is currently an approved instructor for the organization. He has also served on numerous committees with the Appraisal Institute and other organizations during his career as a real estate appraiser.

**Professional Affiliations**

Appraisal Institute

– Approved Instructor

– Designated Member (MAI)

– Houston Chapter No. 33

      President, 1998
      Vice president, 1997
      Secretary, 1996
      Board of directors, 1991 – 1996

– Past chairman, social, education, candidate guidance and admission committees

**Licenses and Designations**

– MAI designation, Appraisal Institute

– Certified general real estate appraiser, states of Arkansas, Kansas, Louisiana, Mississippi, Missouri, Oklahoma and Texas.

**Education**

Stephen earned a bachelor's degree in agricultural economics from Texas A&M University.

# NEWMARK

523

CGA

State of Louisiana

Certified General Appraiser License

A CERTIFIED GENERAL APPRAISER license for the period covered 01 01 2020 through 12 31 2021 is granted to :

STEPHEN D. DUPLANTIS

Kara Ann Platt
Chairman

License Number: G 523

Rebecca A Rothschild
Secretary

State of Louisiana

UNION JUSTICE AND CONFIDENCE

Certified General Appraiser License

Having complied with the license requirements as set forth in in R.S.1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to STEPHEN D. DUPLANTIS

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01 01 2020 Through 12 31 2021

Kara Ann Platt
Chairman

License Number: G523

Rebecca A Rothschild
Secretary



