

March 16, 2021

Cox, Cox, Filo, Camel and Wilson
ATTN: Mrs. Somer Brown and Mr. Michael Cox
723 Broad Street
Lake Charles, LA  70601

RE: Opinion of Value, 620 Esplanade Street, Lake Charles, LA

Mrs. Brown and Mr. Cox,

At your request, I have researched market data regarding professional office leased space in the Southwest Louisiana region in order to measure the missed opportunity for the subject property in the aftermath of Hurricane Laura.

Utilizing the market comparables in Exhibit B, with appropriate adjustments for the subject property, I am of the opinion that a Net Rent of $13.81 per square foot should be the baseline from a pre-hurricane perspective.

In comparing Exhibits D and E, the differential of the Net Present Value calculations of the leases is a measured loss of $490,845 in rental income alone.

Exhibit F was produced in September of 2020, as guidance to the owner on how to strategize on leasing up the space, and at what expense. If we were successful on securing a long-term GSA (General Services Administration of the United State Federal Government) tenant for the second floor, similar to the lease proposal being negotiated for the first floor, I estimated that we could sell the stabilized property in about 12 months at a capitalization rate (aka "Cap Rate") of six percent. If a long-term tenant was not the GSA, I estimated that the sale would be at a Cap Rate of six and three quarters percent.

Exhibit G, based on the same format as Exhibit F, compares a long-term lease that could have been generated last year to what we hope we can lease the second floor once it is finally complete, estimated to be in late June 2021. I am of the opinion it is more likely that we will be able to lease the second floor for between a three to five-year lease term. The owners of the Capital One Tower in downtown Lake Charles have stated to local government that they intend to restore the property, thus returning 354,000 sq ft of office property (See Exhibit A, roughly 45% of the total prior to August 28, 2020) to the market in anywhere from two to four years. When that happens, rates are highly likely to come back down. Using this approach, the diminished value to the owner is measured at $717,599.

In summary, I am of the opinion there are two relevant losses that arose from the inability to deliver leasable space before the end of December 2020. The first is the difference of $490,845 in rental income as projected for the expectation of leasing the second floor later this year since the owner was not able to have renovations completed and ready for occupancy. In addition to that, there is an ongoing loss of $14,000 per month, more or less, for each and every month since January 1, 2021 that the GSA has not been able to occupy the first floor. The second measure of loss is calculated in Exhibit G. With shorter term leases, the property becomes worth less than it would have been with longer term leases. The lower the cap rate, the higher the value. Plan A (as shown in Exhibit G) utilizes a cap rate of blended cap rate of 7.79%. That rate is derived by the relative percentage

Exhibit 3

810 West Bayou Pines Drive
Lake Charles, Louisiana USA  70601
+1 337 310 7333

latterblum.com

Latter & Blum
00000112.02



(weighted) of long-term GSA lease at 6% and the remainder of a rate of 9.5%. This second measure of loss is calculated at $717,599 in diminished value. These two measured losses, in my opinion, are not overlapping. The former is the discounted difference of the income streams in today's dollars. The latter is the loss of value to the diminished cap rate.

There is potential for a third loss, even more substantial. In the worst extreme, in the event the owner is not able to complete renovations for GSA on the first floor by May 28, 2021, he runs the risk of losing that tenant's new lease that would commence March 1, 2022 with gross income of $2,872,000, more or less.

In evaluating the market, I believe that as more time goes by, and more properties are restored, leasing values are more likely to decline as opposed to increase. Within the last 45 days, an investor group has purchased the former VF Factory Outlet and has been successful in offering for lease up to 130,000 square feet of temporary office space at gross rates of $10 to $15 per square foot, which has kept rates from inflating as they were in the last four months of 2020.

Please let me know if you have any questions relating to this report.
With regards,

Andrew Vanchiere, CCIM, SIOR
NAI Latter and Blum

*These opinions are based upon the information available to me, and are subject to change if other factors are presented for consideration.*

810 West Bayou Pines Drive
Lake Charles, Louisiana USA   70601
+1 337 310 7333

latterblum.com

Latter & Blum
00000112.03



### Key Definitions

**Capitalization Rate or Cap Rate**
The capitalization rate (also known as cap rate) is used in the world of commercial real estate to indicate the rate of return that is expected to be generated on a real estate investment property. This measure is computed based on the net income which the property is expected to generate and is calculated by dividing net operating income by property asset value and is expressed as a percentage. It is used to estimate the investor's potential return on their investment in the real estate market.

*Example: If the net rental income is $200,000 per year and an appropriate cap rate is 6%, the value would be $3,333,333; $200,000 divided by 6% equals 3.333.*

**Net Present Value**
Net present value (NPV) is the difference between the present value of cash inflows and the present value of cash outflows over a period of time. NPV is used in capital budgeting and investment planning to analyze the profitability of a projected investment or project.

**Discount Rate**
the discount rate refers to the interest rate used in discounted cash flow (DCF) analysis to determine the present value of future cash flows.

*Source: Investopedia.com*

810 West Bayou Pines Drive
Lake Charles, Louisiana USA   70601
+1 337 310 7333

latterblum.com

Index

Exhibit

A   Professional Office Market inventory for Soutwest Louisiana, Pre Hurricane Laura
    Criteria, Multi Tenant, Professional Office, 5,000 square feet or higher
    Worksheet also delineates storm damage and assessment from October 2020

B   Market Reconciliation of Variables, Lease Assignment for confidential tenant, Pre Hurricane Laura
    Reflective of pricing adjustments for multiple factors in this market
    Using these same comparables, adjusted for Flood Zone X, Multi Tenant, and longer than 41 months, the indicated Net Rent
    for longer than a four year lease would be        $13.81   per square foot per year, plus operating expenses

C   Newmark Grubb Letter of Intent
    Submitted in September 2021 to owner for the second floor, subject to occupancy before January 1, 2021
    Tenant was BHG, a behavioral health/medical provider

D   BHG Lease Proposal Evaluation
    Net present value calculation of the offer received from BHG for a 10 year lease

E   Net Present Value Calculation if DHS/ICE can return to space before June 1, 2021 and 2nd floor gets leased out
    sometime mid-summer 2021

F   Outline to Full Recovery, September 22, 2021
    Strategy for refinancing, leasing etc. produced less than 30 days after Hurricane Laura

G   Outline to Full Recovery, March 15, 2021
    Revised Strategy to suit current market conditions

Latter & Blum
00000112.05

# EXHIBIT A

## Professional Office Market

| Single or Multi Tenant | | | Total Square Footage | Damage Level | Pre-Storm Vacancy | Prestorm Estimate of Rate | Gross or Net? |
|---|---|---|---|---|---|---|---|
| m | Luxor Building | | 21,000 | Minor | 5,764 | $ 26.00 | Gross |
| m | Walnut Grove | Sallier | 8,748 | None | 4,233 | $ 24.00 | Mod Gross |
| m | Walnut Grove | Post Office | 7,816 | None | 1,250 | $ 24.00 | Mod Gross |
| m | Walnut Grove | Market | 2,623 | None | 1,300 | $ 24.00 | Mod Gross |
| m | Chase Building | | 84,000 | None | - | $ 18.00 | Gross |
| m | 1424 Ryan Street | | 5,451 | Minor | 1,400 | $ 20.00 | Gross |
| m | Pyramid Building | | 12,080 | Minor | | $ 20.00 | Gross |
| m | Walnut Grove | Lawton | 22,800 | Minor | 1,777 | $ 28.00 | Mod Gross |
| m | 1800 Ryan | | 15,000 | Minor | 885 | $ 15.00 | Mod Gross |
| m | Capital One | | 354,000 | Serious | 103,183 | $ 16.50 | Gross |
| m | 825 Ryan Street | | 25,547 | Serious | 3,239 | $ 15.00 | Mod Gross |
| m | Prien Village | | 25,000 | Serious | 4,500 | $ 15.00 | Gross |
| m | Wise Building | | 11,650 | Substantial | 6,500 | $ 14.00 | Gross |
| m | Bayou Pines East | | 19,772 | Substantial | 1,865 | $ 13.50 | Net |
| m | Bayou Pines West | | 27,047 | Substantial | 8,709 | $ 13.50 | Net |
| m | 620 Esplanade Street | | 15,000 | Substantial | 7,245 | $ 20.00 | Mod Gross |
| m | Heritage Square | | 60,000 | Substantial | 1,838 | $ 15.00 | Gross |
| m | 2829 Fourth Avenue | | 47,692 | Substantial | 2,636 | $ 16.00 | Gross |
| m | 700 West Prien Lake Road | | 6,000 | Substantial | 3,000 | $ 16.00 | Mod Gross |
| m | Phoenix Building | | 15,000 | None | 417 | $ 22.00 | Gross |
| m | 3501 Fifth Avenue | | 29,009 | Unknown | 29,009 | $ 12.00 | Mod Gross |
| m | Dore Building | | 22,500 | Unknown | | $ 20.00 | Gross |
| m | W&R Building Stan Johnson | | 8,000 | Unknown | 8,000 | $ 15.00 | Gross |
| | | | 845,735 | | 196,750 | | |
| | | | | | 76.74% Pre Storm Occupancy | | |

Multi Tenant Summary

| | | | |
|---|---|---|---|
| Serious | 404,547 | | May take at least a year to rebuild, if at all |
| Substantial | 187,161 | 22,233 | Dec 15, 2020 to April 1, 2020 completion estimates |
| Minor | 55,331 | 16,580 | Some ready now, some up to 6 months out |
| None | 139,187 | 7,500 | Available now |
| Unknown | 59,509 | | TBD |
| | 845,735 | 46,313 | |

Multi Tenant Office Properties at least 5,000 square feet and up in Lake Charles, LA

| | | |
|---|---|---|
| MKT AVG | $ | 17.07 |
| NET AVG | $ | 13.50 |
| GROSS AVG | $ | 17.03 |
| MOD AVG | $ | 18.49 |

Latter & Blum
00000112.06

EXHIBIT B

## Market Reconciliation of Lease Variables

**Lease Comparables**  Lake Charles, LA   24-Jun-20

| Occupancy | Address | | Square Footage | Effective Rate per Sq FT | Effective Net Rate | Lease Type | Term, months | Commencement Date | Flood Zone |
|---|---|---|---|---|---|---|---|---|---|
| Single Tenant | 3101 Lake Street | | 9,017 | $ 19.25 | $ 13.83 | Full Service Gross | 18 | 1/1/2019 | X |
| Single Tenant | 805 Bayou Pines West | | 4,639 | $ 11.50 | $ 11.50 | NNN | 72 | 12/1/2019 | AE |
| Multi-Tenant | 807 Bayou Pines West | | 4,992 | $ 20.47 | $ 15.97 | Full Service Gross | 60 | 2/1/2020 | AE |
| Single Tenant | 1714 Wolf Circle | | 3,305 | $ 23.60 | $ 18.83 | Modified Gross | 12 | 3/1/2020 | X |
| Multi-Tenant | 814 West McNeese St | 1st Floor | 6,205 | $ 19.69 | $ 13.94 | Modified Gross | 24 | 3/1/2019 | X |
| Multi-Tenant | 814 West McNeese St | 3rd Floor | 6,885 | $ 17.67 | $ 11.92 | Modified Gross | 60 | 6/17/2013 | X |

41 AVG

- $ 14.33  AVG Net Rate
- $ 14.63  AVG Net Rate of Flood Zone X
- $ 13.74  AVG Net Rate of Flood Zone AE
- $ 13.94  AVG Net Rate Multi Tenant
- $ 14.72  AVG Net Rate Single Tenant
- $ 13.13  AVG Net Rate for Longer than 41 months
- $ 15.53  AVG Net Rate for Shorter than 41 months

### Subject

Single Tenant   4527 SQ FT   Modified Lessor pays insurance, taxes, yard and all repairs, Tenant pays utilities and janitorial

| | | | |
|---|---|---|---|
| Gross Rent | | $ 21.00 per sq ft | $ 95,067.00 |
| Lessor Expenses | Property Taxes | | $ 3,365.20 |
| | Insurance | | $ 5,800.00 |
| | Flood Insurance | | $ 15,402.00 |
| | Yard Upkeep | | $ 1,440.00 |
| | Termite Contract | | $ 1,648.00 |
| | Unreimbursed Maintenance | | $ 4,306.00 |
| Reserve for HVAC and other Capital Cost/Repairs at $2 per sq ft | | | $ 9,054.00 |
| | Total | | $ 41,015.20 |
| | | | $ 9.06 Per Sq FT OPEX and Reserve |
| | Indicated Net Rent Currently | | $ 11.94 Per Square Foot |
| | Compared to Weighed AVG Net Rate | | -16.69% Relative to Market |

### Subject compared to Market Variables

| Factor | Reliance | 36 months |
|---|---|---|
| AVG Rate | 15% | $ 2.15 |
| Flood Zone AE | 15% | $ 2.06 |
| Single Tenant | 35% | $ 5.15 |
| Duration | 35% | $ 5.44 |
| Indicated Net Rent | | $ 14.80 |
| OPEX | | $ 9.06 |
| Gross Rent | | $ 23.86 |

# EXHIBIT C

**Newmark Grubb Knight Frank**



James Rainer
*Director*

March 15, 2021September 23, 2020September 11, 2020

Andrew Vanchiere
NAI Latter & Blum

Dear: Andrew

RE: Behavioral Health Group

We have been authorized by our client, an LLC to be formed by BHG Recovery, ("Tenant") to request a proposal to lease space at 620 Esplanade St in Lake Charles, LA ("Property") under the terms and conditions set forth below:

| | |
|---|---|
| Premises | Approximately 6,3007,245 sf on the 2nd floor at 620 Esplanade plus a common area factor of approximately 0.15 |
| Lease Commencement And Delivery Date | Upon Lease Execution |
| Rent Commencement | 120 days after Lease Commencment plus any additional free rent provided by Landlord.At Occupancy.90 days after the later of Lease Commencement or Delivery of space to Tenant. |
| Right of First Refusal | Tenant request a right of first refusal on any contiguous space |
| Rental Rate | Please indicate the most aggressive gross rental rate. Tenant understands that it will be responsible for it's own janitorial and all other expenses are included in the rate. $16 per rentable square foot per year for years 1-5, $19 per rentable square foot per year for years 6-10. Current NNN charges are estimated at $6.50 per square foot. |
| Term | Please provide a ten (10) year proposal. |
| Renewal | Tenant requests two (2), five (5) year renewal options at 90% of market rent.12.510% increases per option period. |
| Landlord's Work | Landlord shall deliver the Premises in "As-Is" condition (along with any all required remediation from storm damage) and provide the following: HVAC: 1 ton of HVAC per 300 sf of space leased. Landlord to be responsible for maintaining, reparing, and replacing HVAC for the first 12 months if existing units.
Plumbing: existing functional water supply line.
Electrical: If power supply is 480V – Tenant requires 200 amps with electric heat. If power supply is 120/180V – Tenant reuires 200 amps. |
| Sprinkler System | Please state if sprinkler exists and what capacity. No sprinkler |

**Formatted:** Indent: Left: 0", First line: 0"

Latter & Blum
00000112.08

**Newmark Grubb Knight Frank**



| | |
|---|---|
| Tenant Improvement | Tenant shall bear all costs associated with any desired interior improvements and is not requesting ant Tenant Improvement Allowance from Landlord.  The space is in process of new carpet, paint, ceiling tiles, etc. In the event a Lease is executed prior to completion of the above LL contributions, Tenant shall have the right to choose paint colors and flooring subject to LL's approval which shall not be unreasonably withheld. |
| Contingency | In addition to normal construction approvals, Tenant is required to obtain approval from healthcare licensing (regulatory) authorities before operations can commence in the space. The final approval can only be granted after completion of the tenant improvement work. Within 60 days after completion of the tenant improvements, Tenant shall obtain the necessary regulatory approvals. If Tenant is not able to obtain the approvals, Tenant shall have the right to cancel the lease in which, event Tenant shall reimburse Landlord for costs, including brokerage commissions,  incurred by Landlord (such costs to be agreed upon and stated in the Lease). |
| | Landlord agrees and understands that Tenant is currently under Lease at another property. Due to the damage caused by the storm, Tenant is diligently working to terminate the current Lease. In the event Tenant is unable to terminate it's current Lease, Tenant shall have the right to terminate this Lease by paying a termination penalty to Landlord in the amount of brokerage commissions. |
| Exclusive | During the term of this lease or any extensions of this Lease, Landlord will not allow any other Tenants or Subtenants or enter into a lease agreement with any other Tenants to offer addiction treatment services. |
| Use | Outpatient addiction treatment and counseling services and related office use. |
| Signage | Tenant request prominent exterior building signage on the _____ side of the Building, directional signage on any other areas where directional or identity signs are permitted within the Property. |
| Agency | Tenant is represented by James Rainer, a licensee of Newmark Knight Frank ("Broker"). Landlord shall pay a commission to Broker equal to 3% 4% of the gross net lease lease value ("Commission"). Lessor is represented by Andrew Vanchiere of NAI Latter and Blum. Lessor side of the commission shall be 3%.  Commission shall be due and payable ½ at lease execution and ½ within 15 days of receipt of the first rental payment. |
| Parking | Please describe the parking arrangements including a site plan indicating the parking ratios for the building. Tenant requests unrestricted access |

Latter & Blum
00000112.09

**Newmark Grubb Knight Frank**



|  |  |
|---|---|
|  | and use of the entire parking area in common with other tenants of the Property. |
| Base Building Codes | It is the Tenant's understanding that the base building, premises, and all common areas meet the current building codes for Lake Charles and the state of LA. This includes any and all rules that pertain to ADA. |
| Non-Binding Provision | Please understand that all proposals and drafts are subject to approval, execution, and delivery of final documents by both parties. Neith party shall have any legal obligation in connection herewith, nore may either party terminate further negotiations with or without cause. Accordingly, please do not take an action or refrain from taking any action in reliance on this request for proposal or any oral statements made in connection herewith. |

Please respond to this RFP, via e-mail, to Jarainer@ngkf.com.

Thank you for your consideration. If you have any questions please do not hesitate to call.

Sincerely,

James Rainer
Director
Newmark Grubb Knight Frank
555 Perkins Ext, Suite 300
Memphis, TN 38117
D 901.302.4304

**Newmark Grubb Knight Frank**



M 901.214.6656
Jarainer@ngkf.com

555 Perkins Extended, Suite 300, Memphis, TN 38117 T 901.761.1717 F 901.761.1716 www.ngkf.com

Latter & Blum
00000112.11

# EXHIBIT D

620 Esplanade Street

BHG Lease Proposal Evaluation          Assumed January 1, 2021 Occupancy

9/23/2021                              These numbers are from an actual offer received.
                                       Tenant wanted a Gross Lease, we wanted a Net Lease

|  | 7245 Square Feet | Per Sq Ft, Annual |  |
|---|---|---|---|
|  |  | $ 16.00 | years 1-5 |
| 10 year deal |  | $ 19.00 | years 6-10 |

Yr
| Year | Amount |
|---|---|
| 2021 | $ 115,920.00 |
| 2022 | $ 115,920.00 |
| 2023 | $ 115,920.00 |
| 2024 | $ 115,920.00 |
| 2025 | $ 115,920.00 |
| 2026 | $ 137,655.00 |
| 2027 | $ 137,655.00 |
| 2028 | $ 137,655.00 |
| 2029 | $ 137,655.00 |
| 2030 | $ 137,655.00 |

Gross Value   $1,267,875.00

NPV           $1,074,685.14          3% discount rate

Latter & Blum
00000112.12

**EXHIBIT E**

July 1 Lease Model

|  |  |  |
|---|---|---|
| 7245 | square feet | |
| 4 | years | I used the mid point of what I believe will be anywhere from a 3 to 5 year primary lease term |
| $22 | per sq ft | This is a premium to pre-storm market rates.  Most likely to get a medium term lease.  Over the course of this lease term, there should be additional supply that comes to market that may lower rates back down. |

| | |  |
|---|---|---|
| Rem of 2021 | $79,695 | If Capital One Tower comes back, all at once, or even staggered, we will see a precipitous drop in rental rates |
| 2022 | $159,390 | for an extended period of time. |
| 2023 | $159,390 | |
| 2024 | $159,390 | |
| Portion of 2025 | $79,695 | |
| | | |
| Gross Value | $637,560 | |
| | | |
| NPV | $583,840.14 | 3% discount rate |

Latter & Blum
00000112.13

# EXHIBIT F

| 620 Esplanade | Financial Outline to Recovery and Full Occupancy | 22-Sep-20 |
|---|---|---|

| | | | |
|---|---|---|---|
| Current Loan Balance | | $ 1,100,000.00 | |
| Monthly PMT | $ 13,000.00 | | |
| Insurance Limits | Property | $ 2,000,000.00 | assuming no co-insurance penalties |
| | Business Interruption | $ - | |
| Needs | | | |
| Interior Rebuild | | $ 1,300,000.00 | |
| New Roof | | $ 550,000.00 | |
| Spent to Date | | $ 56,000.00 | |
| Balance of Ins Proceeds | | $ 94,000.00 | |
| Potential New Finance Proceeds | | $ 912,888.89  Plan A, see below | $ 1,164,500.00  Plan B, see below |
| Possible New Exterior | | $ 400,000.00 | $ 400,000.00 |
| Leasing Commission Estimate | | $ 169,837.50 | $ 169,837.50 |
| Residual Finance Funds after Exterior | | $ 343,051.39 | $ 594,662.50 |

**Needs from Tenants**

| Plan A | | | Yr 1 base rent | | | | Plan B | | Yr 1 base rent | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ICE | 15 yr deal | $ 110,530.00 | $ 14.00 | per sq ft, minimum | | | ICE | $ 110,530.00 | $ 14.00 | per sq ft, minimum | |
| BHG or other non GSA | 5-10 yr deal | | $ 115,920.00 | $ 16.00 | per sq ft, minimum | | | other GSA | $ 115,920.00 | $ 16.00 | per sq ft, minimum | |
| | | | $ 226,450.00 | | | | | | $ 226,450.00 | | | |
| Market Cap Rate | | | Value after Completion | | | | Market Cap Rate | | Value after Completion | | | |
| | 6.75% | | $ 3,354,814.81 | | | | | 6.00% | $ 3,774,166.67 | | | |
| Refinance up to LTV | | 60% | $ 2,012,888.89 | | | | Refinance up to LTV | 60% | $ 2,264,500.00 | | | |
| 20 yr am | | | | | | | | | | | | |
| 3.90% Interest | | | | | | | | | | | | |
| | Monthly PMT | | ($12,091.91) | | | | | Monthly PMT | ($13,603.39) | | | |
| | Annual Cash Flow | $ 81,347.12 | | | | | | | $ 63,209.26 | | | |
| | DCR Ratio | | 1.56 :1 | | | | | DCR Ratio | 1.39 :1 | | | |
| | Interest Only Period, 180 days | $ | (6,541.89) | per month | | | | Interest Only Period | $ (7,359.63) | per month | | |

Latter & Blum
00000112.14

# EXHIBIT G

| 620 Esplanade | Financial Outline to Recovery and Full Occupancy | 15-Mar-21 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Current Loan Balance | | $ 1,100,000.00 | | |
| Monthly PMT | $ 13,000.00 | | | |
| Insurance Limits | Property | $ 2,000,000.00 | assuming no co-insurance penalties | |
| | Business Interruption | $ - | | |
| Needs | | | | |
| Interior Rebuild | | $ 1,300,000.00 | | |
| New Roof | | $ 550,000.00 | | |
| Spent to Date | | $ 56,000.00 | | |
| Balance of Ins Proceeds | | $ 94,000.00 | | |
| Potential New Finance Proceeds | | $ 643,788.98 | Plan A, see below | $ 912,888.89 Plan B, see below |
| Possible New Exterior | | $ 400,000.00 | | $ 400,000.00 |
| Leasing Commission Estimate | | $ 118,886.25 | | $ 118,886.25 |
| **Residual Finance Funds after Exterior** | | **$ 124,902.73** | | **$ 394,002.64** |

**Needs from Tenants**

| Plan A | | | Yr 1 base rent | | | Plan B | | Yr 1 base rent | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICE | 15 yr deal | | $ 110,530.00 | $ 14.00 | per sq ft, minimum | ICE | | $ 110,530.00 | $ 14.00 | per sq ft, minimum |
| Non GSA | 3-5 year deal | | $ 115,920.00 | $ 16.00 | per sq ft, minimum | BHG 10 yr deal | | $ 115,920.00 | $ 16.00 | per sq ft, minimum |
| | | | $ 226,450.00 | | | | | $ 226,450.00 | | |
| Market Cap Rate | | | **Value after Completion** | | | | | **Value after Completion** | | |
| | 7.79% | | **$ 2,906,314.96** | | | | 6.75% | **$ 3,354,814.81** | | |
| Refinance up to LTV | | 60% | $ 1,743,788.98 | | | Refinance up to LTV | 60% | $ 2,012,888.89 | | |
| 20 yr am | | | | | | | | | | |
| 3.90% Interest | | | | | | | | | | |
| | Monthly PMT | | ($10,475.36) | | | | Monthly PMT | ($12,091.91) | | |
| | Annual Cash Flow | $ | 100,745.69 | | | | | $ 81,347.12 | | |
| DCR Ratio | | | 1.80 :1 | | | DCR Ratio | | 1.56 :1 | | |
| Interest Only Period, 180 days | $ | (5,667.31) | per month | | | Interest Only Period | $ (6,541.89) | per month | | |

| Estimated Net Losses Associated with the Differential | |
|---|---|
| Net difference in Value after Completion | $ 448,499.85 |
| Net difference in Residual Finance Funds | $ 269,099.91 |
| | $ 717,599.76 |

Footnotes

DISPLACED GSA TENANTS ARE ONLY ALLOWED TO EXECUTE SHORT TERM LEASES FROM 18-24 MONTHS