1  market reconciliation of lease variables, are those

2  properties that you are currently leasing, are you an

3  agent on?

4      A.   I am agent on all of them.  At the time, I was

5  not agent on 814 West McNeese Street, third floor, with

6  a commencement date of 2013.

7      Q.   Okay.  You said at the time you weren't, but

8  you are now?

9      A.   That's correct.

10     Q.   Okay.  So all of these properties, you were or

11  are an agent for.  And it lists the effective rental

12  rate per square footage, effective net rate, lease type,

13  term months, and commencement date.

14     A.   Yes, ma'am.

15     Q.   Okay.  And so the second part of the sheet, can

16  you explain that to me, the single tenant?

17     A.   Yeah.  So the -- the subject property of

18  this -- of this Exhibit B was a property on Debakey

19  Drive.  I utilized the current gross rent that the

20  tenant was paying.

21          And then I got from the owner all of his actual

22  operating expenses, as well as a reserve, to drill down

23  to what his net rent currently was.  So after I deducted

24  $41,000 of operating expenses, it indicated that his net

25  rent was $11.94 per square foot --

1    Q.   Okay.

2    A.   -- and that that was below market.

3    Q.   So this second section of Exhibit B is not

4    relevant to the issues in this litigation because this

5    is particular to a separate tenant -- I mean a separate

6    owner?

7    A.   It's pertinent to a separate owner, but it

8    just -- so those -- that is not relative to

9    620 Esplanade Street explicitly, but it -- I did insert

10   this and left that in to go to how I arrive at making

11   adjustments of operating expenses on a case-by-case

12   basis.

13   Q.   Okay.  And back in your report, you said based

14   on this exhibit.  You have a net rental rate of 13.81.

15        Can you explain to me how you get 13.81 from

16   this exhibit?

17   A.   Let's see.  I'm going back to -- okay.  So I

18   would have done -- I'm going back to Exhibit B.  The

19   subject property is not in a flood zone.  It is

20   multi-tenant.  And we were -- had been approached for a

21   lease longer than 41 months.

22        And so based upon the contributing factors of

23   the average net rent; the 14.33, the average net of a

24   flood zone X, 14.63; the multi-tenant net rate of 13.94;

25   and a net rate of longer than 41 months, I used those

```
 1    four indicators in some relative percentage and arrived
 2    at $13.81 a foot as a net rate.
 3         Q.   Okay.  And you said "some relative percentage."
 4    What percentage was that?
 5         A.   Roughly 25 percent each.
 6         Q.   25 percent of those -- the flood zone,
 7    multi-tenant, longer than 41 months?
 8         A.   Yes, ma'am.
 9         Q.   Okay.  And then we will now get to Exhibit A,
10    which you said you relied on Exhibit A in preparing
11    Exhibit B, correct?
12         A.   That's correct.
13         Q.   Okay.  And so when did you prepare Exhibit A?
14         A.   Exhibit A is -- the basis of it is something
15    that I've had as part of my work product for many years.
16    I would say the first three or four columns are data
17    that I had in my files for some time.
18              Certainly, anything related to damage level or
19    pre-storm vacancy estimate -- anything referencing
20    pre-storm would have occurred after August 28th and was
21    probably put together -- you know, this form was updated
22    in September -- late September, early October, maybe
23    mid-September of 2020.
24         Q.   So you prepared this in mid-September 2020?
25         A.   I updated it, yes.
```

1      Q.    Updated.   Because you already had the first
2   three columns?  You had that information?
3      A.    Yes, ma'am.
4      Q.    Okay.   And so again, when you prepared this
5   Exhibit A, this wasn't prepared particularly for this
6   litigation or this report; is that correct?
7      A.    That's correct.
8      Q.    Okay.   And so you said you already had the
9   information on the first three columns with the tenants,
10  the square footage.
11          Are these all buildings that you are an agent
12  on?
13     A.    No, ma'am.
14     Q.    Okay.   So you pulled these -- where do you pull
15  this information within the first three columns?  How
16  did you get this information?
17     A.    From experience, just being in this marketplace
18  for 15 years, doing office leasing and sales and
19  investments.
20     Q.    Okay.   And when we get to the column of damage
21  level, this is damage level from Hurricane Laura?
22     A.    That's correct.
23     Q.    In August 2020?
24     A.    Yes, ma'am.
25     Q.    Okay.   And so how did you determine the damage

1    level for each of these buildings?

2        A.   I spoke with different owners and property

3    managers, and I used those terms -- those

4    differentiators of serious, substantial, minor, none,

5    unknown are just my -- my reference points.

6            For purposes of this, serious was going to take

7    more than -- most likely totaled and most likely not

8    going to come back to market.  Possibly -- you know,

9    possibly at least a year to rebuild.

10       Q.   And so were you putting like a dollar amount of

11   repairs?  Like how did you determine whether it was

12   repairable or coming back to the market or not?

13       A.   I would talk with different owners about their

14   intentions and talk with different colleagues about what

15   they're hearing from market -- market updates, as well

16   as property managers.

17       Q.   Okay.  And so these -- these categories --

18   serious, substantial, minor, none -- all of this, these

19   are search terms that you created and that you put into

20   these categories from speaking with all of the property

21   managers of all of the buildings on this list?

22       A.   If I was not the listing agent on it, then,

23   yes, it was from conversation, with the exception of the

24   three unknowns.

25       Q.   Okay.  And there was no dollar amount as far as

1   what damages constituted serious versus substantial

2   versus minor?  Were you only looking at it from a dollar

3   amount or the time it would take to rebuild?

4       A.    I was not looking at it from a dollar amount.

5   I was looking at it from a standpoint of time to build.

6       Q.    Okay.  And so for the substantial category --

7   what is the number next to serious, substantial, minor,

8   none?  What is the next column?

9       A.    That's the total square footage of the

10   buildings that are reflected as serious, substantial,

11   et cetera, et cetera.

12       Q.    Okay.  And then what's the next column?

13       A.    That would be available square footage.

14       Q.    Available square footage, is that available to

15   rent or lease?

16       A.    Available to rent.  Available to rent.

17       Q.    Okay.  And so where it says substantial column,

18   you have 22,233 available square footage.  And then

19   where it says December 15, 2020, to April 1, 2020,

20   completion estimates --

21       A.    Uh-huh.

22       Q.    -- where are you getting that information from?

23       A.    From property owners.

24       Q.    Okay.  So when we go back to the list on the

25   left and we look in the column that says "Damage Level,"

1   for example, the Wise Building, so you spoke with

2   property owners at the Wise Building and they estimated

3   completion somewhere between December and April?

4       A.   Yes.

5       Q.   Do you know, is that building completed?

6       A.   I believe -- I believe it is.  I -- I know the

7   broker who owns -- it's actually a broker that owns it.

8   I don't know if they had delays in getting it completed

9   or not.

10      Q.   Okay.  What about Bayou Pines East and West?

11      A.   Yes.  Those were -- those were

12  completed -- hurricane repairs were completed.  The

13  first suite came back on December 28th; the last suite

14  came back on January 25th.

15      Q.   Okay.  And again, when you're -- the damage

16  level, when you're quantifying that as substantial,

17  you're only basing it on the time the building owners

18  estimated to get it back into commerce.  It could have

19  had minor damage, but it would take them a long time to

20  get it back and it would still be in the substantial

21  category?

22      A.   I'm sorry.  Can you ask that question one more

23  time?

24      Q.   Yes.  I'm sorry.  That was a poorly phrased

25  question.

1        So for the damage level, you have placed a

2   category of substantial.  And you said that was based on

3   how long it would take a building owner to get the

4   property back in commerce, correct?

5        A.   That's correct, based upon the time frame it --

6   you know, arranged.  Yes.

7        Q.   Okay.  And not necessarily based on the actual

8   damages sustained by the building during Hurricane

9   Laura?

10       A.   That's correct.

11       Q.   Okay.  And so, for example, Bayou Pines East

12   and West, you said that they were back on the market in

13   December and January, respectively.

14       Do you know the extent of the damage for both

15   of those buildings, how badly were the buildings damaged

16   in Hurricane Laura?

17       A.   I do.  Very familiar.  They -- we had -- we

18   lost two property -- two buildings were totaled.  Bayou

19   Pines East is one building of 20,000 square feet.  Bayou

20   Pines West was five buildings.  At the time,

21   27,000 square feet of space.

22       Two buildings at Bayou Pines West were totaled.

23   The remaining three buildings, you know, took -- took,

24   you know, five months to finish restoring.  The Bayou

25   Pines West -- excuse me, East sustained about

1   $2.6 million worth of damage and loss.

2       Q.   Okay.  And you said it took about five months.

3   Is that because they started repairs immediately, in

4   August or September?

5       A.   They started pretty quickly, yes.

6       Q.   Okay.

7       A.   A remediation contractor was on the ground as

8   soon as the storm passed, and they worked pretty

9   diligently to get it done.

10      Q.   Okay.  And so when you prepared Exhibit A, this

11  is just -- you said you used Exhibit A to prepare

12  Exhibit B as far as the square footage and the, you

13  know, vacancy and stuff.

14          But the classification of serious, substantial,

15  minor, none, unknown, and the amount of time that it

16  would take to complete these repairs for these

17  buildings, this was solely based on conversations that

18  you had with property owners, correct?

19      A.   Correct.

20      Q.   And so was there any methodology in you

21  determining these numbers?  Or this was just based on

22  conversations?

23      A.   Based upon conversations, specifically asking

24  how long is it going to take for -- to get the property

25  back online.  The biggest -- the biggest data point in

1   the whole inventory is the Capital One Tower.  It's

2   354,000 square feet.  It was 40 percent of our market.

3   And that building is owned by an out-of-state investor.

4   One of their agents on their New Orleans buildings is a

5   colleague, and we had conversations about the

6   Lake Charles building.

7          But let's see.  Yeah, talked with all of these

8   owners and/or property managers.

9      Q.   Okay.  Okay.  So we'll go back to your report.

10  And so you have the -- your opinion that a net rent of

11  13.81 is the baseline from a pre-hurricane perspective.

12  And we looked at and compared that with Exhibit B.  And

13  you said you used the percentages of all those different

14  categories on Exhibit B.

15         Is that just how you decided to do this, or are

16  there any standard for real estate brokers to calculate

17  potential net rent rates?

18     A.   I try to evaluate as many -- as many reasonable

19  variables as possible.  Not as many but -- well, let me

20  say that more clearly.

21         I try to take into consideration significant

22  differentiators when evaluating data points.  So I don't

23  look exclusively at a flood zone.  I don't look

24  exclusively at a -- at lease term.  I don't look

25  exclusively at single tenant versus multi-tenant.

1          I try to take into consideration reasonable

2     variables so that my opinion is not solely based on one

3     metric.  And I wanted to ensure that I did not

4     overestimate the hurricane impacts by utilizing lease

5     comparables pre-hurricane.

6          Q.   Okay.  And so are there any written standards

7     that real estate brokers should apply in calculating a

8     lease rate?

9          A.   There's not a specific recipe, but I think it's

10    prudent to consider more than just one factor in making

11    suggestions or coming to conclusions.

12         Q.   Okay.  So there's no written standards that you

13    would apply.  You would just use --

14         A.   My own experience and the effectiveness that

15    that has had with 15 years of client work.

16         Q.   All right.  And so the next paragraph you have,

17    "In comparing Exhibits D and E, the differential of the

18    net present value calculations of the leases is a

19    measured loss of $490,845" in income.

20          So now we will go through exhibits D and E as

21    well.

22         A.   Okay.

23         Q.   Give me one second to bring it up.

24          Okay.  So Exhibit D, when did you prepare this

25    document?

1        A.    It appears it was in September of 2021,
2    September 23rd.
3        Q.    You prepared this in September 2021, Exhibit D?
4        A.    Oh, wait.  I'm sorry.  Excuse me.  The offer
5    was received September 23, 2021.  This -- this
6    spreadsheet was prepared a few months ago as part of
7    this assignment.
8        Q.    This report.  Okay.
9        A.    Yes.
10        Q.    And this is the BHG lease proposal evaluation,
11    correct?
12        A.    Correct.
13        Q.    That's how you labeled this document.
14              Okay.  And on this document you say, "These
15    numbers are from an actual offer received."
16        A.    It's from a letter of intent we received.
17        Q.    An offer?
18        A.    Yes.
19        Q.    Can you tell me about this -- the offer that
20    was received?
21        A.    This was from a behavioral health group that
22    was -- that came to us through a Newmark Knight broker
23    out of Tennessee, I believe, representing this health
24    care provider.
25              Their property that they were located at, at

1   2829, was heavily damaged and did not know if they were

2   going to be able to get back into that property quick

3   enough.

4        They ultimately waited for their property to be

5   restored and not -- we could not come to -- we did not

6   come to terms with them.  We did not have clarity that

7   we could get them in by January 1st, which was a

8   prerequisite of their letter of intent.

9   Q.   Okay.  Let's look at their letter of intent

10  that's Exhibit C.  Correct?

11  A.   That's correct.

12  Q.   And this looks like it was a document that had

13  some redline edits to it.  Is that why things are

14  crossed out and in different colors?

15  A.   That's correct.

16  Q.   Okay.  And I want to make sure I'm reading

17  these edits correctly.  The original letter was sent on

18  September 11, 2020?

19  A.   Correct.

20  Q.   Okay.  And this edit from September 23, 2020,

21  was that your edits?

22  A.   Correct.

23  Q.   Okay.  This March 15, 2021, date?

24  A.   That's just an anomaly.  Can't explain that.

25  Q.   Okay.

1    A.    Because this was a dead deal by then.

2    Q.    A dead deal by March 15, 2021?

3    A.    Yes, ma'am.

4    Q.    Okay.  And so in this letter, James Rainer

5  requests a lease proposal for 620 Esplanade in

6  Lake Charles, correct?

7    A.    For the second floor, yes.

8    Q.    Okay.  And you said in their letter of intent,

9  there was a prerequisite to be in the building by

10 January 2021.

11        Where is that in this letter of intent, so I

12 know I'm following you correctly?

13   A.    If you look at -- underneath premises, they

14 wanted the lease commencement delivery date to be upon

15 lease execution.  They wanted to occupy the space as

16 quickly as possible.  In conversation with them, our

17 working notion was that we were shooting for

18 December 31st, January 1st completion.  We could not get

19 them in immediately, at least execution, but that we

20 would move as quickly as we possibly could.

21   Q.    And so this January 2021 date came about

22 through conversations that you had with James Rainer?

23   A.    As well as based upon conversations with Joey.

24   Q.    Okay.  Do you have any communications between

25 you and James Rainer where this January 2021 -- that BHG

1   needed to be in the property by January 2021?

2       A.   Not that I recall off the top of my head.

3       Q.   Okay.  And so in this letter of intent,

4   the -- BHG requested that you indicate the most

5   aggressive gross rental rate.  And the blue underlined

6   rental rate underneath that, is that something that you

7   added?

8       A.   That's correct.

9       Q.   So $16 per rentable square foot and $19 for

10  years six through ten.  Current NNN charges are $6.50

11  per square foot.

12           Did I read that correctly?

13      A.   Yes, ma'am.

14      Q.   And so BHG requested a gross rental rate, and

15  you responded with a net rental rate; is that correct?

16      A.   That's correct.

17      Q.   Okay.  Was BHG amenable to a net rental rate

18  since they requested a gross rental rate?

19      A.   We talked a little bit further beyond this, but

20  ultimately, no, they were not in agreement.

21      Q.   So they were not in agreement on the rental

22  terms that you provided, as far as the rental rate goes?

23      A.   Correct.

24      Q.   And so you sent this document -- they were --

25  I'm sorry.  Strike that.  Start over.

1        They provided this letter of intent that

2    requested a proposal on September 11th.  You provided a

3    response on September 23, 2020, correct?

4        A.   Yes.

5        Q.   Okay.  Were there any further negotiations

6    after you provided this response with the net rental

7    rate?

8        A.   I think we had some limited conversation.

9    That's the extent of it.

10        Q.   And is the reason that they chose not to lease

11    this space is because they couldn't agree on the rental

12    term?

13        A.   That was a portion of it.  They were -- they

14    had conversation with their current landlord that they

15    thought that they could get in a little quicker to where

16    they were hoping to go back to, but they ended up

17    not -- just got back into their lease space about

18    45 days ago.

19        Q.   Okay.  So if we go back to Exhibit D.  And when

20    you say that these numbers were for an actual offer

21    received, tenant wanted gross lease; we wanted net

22    lease.  And that goes back to they requested a gross

23    rental rate; you responded with a net rental rate?

24        A.   That's correct.

25        Q.   And BHG was not agreeable to the net rental

 1   rate that you proposed?

 2        A.    They were not in agreement, no.

 3        Q.    Okay.

 4        A.    But we were prepared to further negotiate and

 5   just didn't go anywhere.

 6        Q.    And why didn't the negotiations go anywhere?

 7        A.    I think they felt like they were going to be

 8   able to get back into their own space sooner than they

 9   had originally envisioned or were willing to wait.  I

10   don't know exactly.  But those were two things that came

11   up.

12        Q.    Okay.  So Exhibit D -- and you have the price

13   per square foot annual, 16 for the first five years and

14   19 for the second.  Is that a gross or a net rate that

15   you indicate there?

16        A.    That's just the gross -- excuse me.  That's

17   just the net component.

18        Q.    Okay.  That's the net component.

19              And then you add the -- these numbers for 2021,

20   '22, all the way through 2030.  Is this the income that

21   would be generated under a potential lease with these

22   numbers?

23        A.    That's correct.

24        Q.    Okay.  And then you have a gross value, and

25   then NPV.

1        A.    The net present value calculation using a
2   discount rate of 3 percent.
3        Q.    Can you tell me where you get this 3 percent
4   discount rate?
5        A.    I used a safe haven, some premium over ten-year
6   treasury -- treasury yield.
7        Q.    I'm sorry.  A safe haven premium at the
8   treasury?
9        A.    A premium over a safe haven, like a ten-year
10  treasury yield.
11       Q.    Okay.  And would a discount rate differ where
12  you're at in your location?  So like in Lake Charles,
13  Louisiana, would a discount rate differ?
14       A.    Not a discount rate.  I mean, a discount for
15  benchmarking purposes, not necessarily.
16       Q.    Okay.  Can you explain for the record what the
17  discount rate means?
18       A.    As an -- a discount rate is used to balance out
19  alternative investment.
20       Q.    Okay.
21       A.    So the higher -- the lower the discount rate,
22  the higher the net present value.  The higher the
23  discount rate, the lower the net present value.
24       Q.    Okay.  And when you say that it discounts the
25  investment, so it wouldn't matter where you're at in

1    your location.  As if you're investing in Lake Charles,

2    Louisiana, or if you're investing in New York City,

3    would a discount rate differ in those situations?

4         A.   Cap rates will differ, but that's not the same

5    thing.  Discount rate is a measure of the potential

6    alternative investment of -- summary of cash flows.

7         Q.   Okay.  And so you determined a discount rate,

8    and you based it on the treasury, you said?

9         A.   Yeah.  Ten-year treasury at the time was

10   probably 1.2 percent, and so I used a higher discount

11   rate.

12        Q.   A higher discount rate than the treasury?

13        A.   Yes.

14        Q.   Okay.  At 3 percent?

15        A.   Yes, ma'am.

16        Q.   Okay.  And again, you just picked this number.

17   Are there any standards to determine which number you

18   should pick for a discount rate to get the net present

19   value?

20        A.   That's the number I chose to use, knowing that

21   it was higher than buying a federal bond.

22        Q.   Okay.  So essentially on this Exhibit D, you're

23   looking at a potential of a ten-year lease, correct?

24        A.   That's correct.

25        Q.   And so you have on here, based on an actual

```
 1  offer received, but it's an offer that didn't go

 2  anywhere, correct?

 3      A.   No, we didn't close it.  We did not.

 4      Q.   And it's an offer that was refused, in part,

 5  because of the rental rate that you offered, correct?

 6      A.   But also in part because we weren't going to be

 7  able to finish in time.

 8      Q.   Okay.  Can you explain that, in part because

 9  you weren't going to be able to finish in time?  Can you

10  elaborate on that?

11      A.   The tenant wanted to move in as quickly as they

12  could sign a lease and no later than the end of

13  December.

14      Q.   So in September -- when you replied to their

15  offer on September 23, 2021, did you advise that they

16  could or could not get into the property before

17  January 2021?

18      A.   I think it was probably after that.

19      Q.   Do you recall when?

20      A.   I don't recall exactly when, no.

21      Q.   Okay.  But in general, when you offered -- they

22  requested a gross lease, you offered a net lease.

23  Negotiations fizzled out after that point.  You didn't

24  continue negotiating on numbers or anything?

25      A.   No.  We chose not to.  We were -- we were
```

1   having a struggle assessing how quickly we could

2   actually get the property restored.

3       Q.   Okay.  And so the net present value that you

4   have calculated under 1,774,685, based on the 3 percent

5   discount rate, you say that's the net present value of a

6   potential ten-year lease using a gross -- I'm sorry,

7   using net lease numbers, correct?

8       A.   That's correct.

9       Q.   Okay.  I'm going to go back to the discount

10  rate.  So are there any standards in real estate brokers

11  setting a discount rate to determine net present value?

12  Are there any written standards that you would follow?

13      A.   There's not a textbook that says this is the

14  rate we use, but we learn that there are -- discount

15  rate is akin and very similar to the term "opportunity

16  cost."  And so to equate something into today's dollars,

17  you have to use a discount process or a net present

18  value calculation with a discount rate.

19          And so you could -- you could -- some companies

20  have specific opportunity cost rates that they don't

21  publish that they use for their discounting purposes.

22  But for -- for this, I used a premium to a standard,

23  highly published, highly monitored yield calculation,

24  and that being U.S. ten-year treasury.

25      Q.   Okay.  And that's not specific to real estate,

1    correct, the discount rate for the treasury?

2        A.    The net present value calculation is used

3    across more than just real estate.

4        Q.    Right.  But the discount rate that you used

5    from the treasury, that's not specific to real estate,

6    correct?

7        A.    That's correct.

8        Q.    Okay.  So within the purposes of just real

9    estate, are there any standards for a real estate broker

10   to look to to determine a discount rate for a net

11   present value in a real estate transaction?

12       A.    Short of it being a public company, no.  I

13   mean, if it's a public company and you can get from

14   them -- or a very large private company and you can

15   actually get them to tell you what their opportunity

16   cost is, then you're left to your own reasonable devices

17   based upon experience and -- and prudent guidance so

18   that it's not -- doesn't have poor outcomes.

19       Q.    Okay.  Do you consider a discount rate to

20   reflect the risk of a real estate investment?

21       A.    Ask me that one more time, if you don't mind,

22   Ms. Payne.

23       Q.    Do you consider the discount rate to reflect

24   the risk of a real estate investment?

25       A.    The dis- -- the discount rate -- not

1    necessarily the number that I use.  But in principle,

2    the discount rate is to ultimately arrive at a net

3    present value calculation on a series of future cash

4    events.

5            We use them in real estate on a regular basis

6    as guidance.  Not everything in a ten-year

7    illustration -- if you looked at it from today ten years

8    out, as you would project, and if you looked at it in

9    the future ten-years in arrears, things don't always go

10   exactly as they're envisioned.  But it's enough of a

11   tool to help us arrive at go/no-go decisions.  So we use

12   discount rate fairly often.

13       Q.   Okay.  And again, I guess I'll -- just want to

14   make sure you answered my question fully.  So do you

15   consider a discount rate -- when you're applying a

16   discount rate to a net present value in a real estate

17   transaction, do you consider the discount rate being a

18   risk of investment in that real estate transaction?

19       A.   If I'm comparing a couple of different

20   scenarios, yes, so long as you're looking -- using the

21   same rate in both observations.

22       Q.   Okay.  We'll move on to Exhibit E because,

23   again, we were in your report where you say you compare

24   Exhibit D and Exhibit E.

25            So now Exhibit E.  Can you explain this exhibit

1    to me?

2         A.    Yes.    So I looked at -- tried to

3    forecast -- assuming that the property was ready to be

4    leased in June of this year or July 1 at the latest.

5         Q.    Okay.    And what did you base that assumption

6    on?

7         A.    That at the time, the property still was not

8    completely renovated and available for occupancy.

9         Q.    Okay.    Is it available for occupancy now?

10        A.    By and large, for the most part, yeah.    It's

11   ready now with a few punch list items.

12        Q.    So the contractor is still completing work on

13   the second floor?

14        A.    Yes, ma'am.

15        Q.    Is this renovation a repair work from the

16   hurricane or is this additional work under an additional

17   scope?

18        A.    No.    I think he's just finishing up the last

19   items on the hurricane-related work.

20        Q.    In August of 2021?

21        A.    Yes, ma'am.

22        Q.    Okay.  I'm sorry.  Keep going.

23        A.    That's okay.  So I looked at my current

24   workload on what office tenants are looking for.    I

25   used -- at this time when I prepared this, the State of

1    Louisiana was willing to consider three-year leases as

2    part of their emergency procurement in relation to

3    Hurricane Laura.  They've actually backed off of that

4    now, and the most they'll do is a firm two-year lease.

5    But other tenants in the market are, on average, looking

6    for about a four-year lease.

7           There are other properties that are going to

8    have their repairs completed later this year.  There's

9    new construction that's going to be taking place in the

10   next -- commencing in the next, I don't know, 120 days

11   and take about a year to build some of these newer

12   properties that are coming up.  Some tenants may wait

13   for new properties.

14          But I think the best that we'll do at the

15   moment is -- would be a four-year.  More likely, we're

16   going to get a two-year from the state because that's

17   all they're willing to commit to at this moment in time.

18          And so I used a -- a premium on square foot net

19   rate to try to balance out the gap between the ten-year

20   deal and the shorter-term deal that we're still

21   not -- we should be ready for, you know, very soon.

22       Q.   And so, in essence, when you're comparing

23   exhibits D and E, you're comparing a ten-year lease

24   versus a four-year lease; is that correct?

25       A.   That's correct.

1    Q.   Okay.  And this -- on Exhibit E, that's a net
2  rate, you said?
3    A.   Yes, ma'am.
4    Q.   And on Exhibit D, it was a net rate as well?
5    A.   The net illustrated, yes.
6    Q.   Okay.  So again, when you're comparing exhibits
7  D and E, you're comparing a potential ten-year lease and
8  a potential four-year lease; is that correct?
9    A.   Yes, ma'am.
10    Q.   Okay.  And again, when we looked at Exhibit D,
11  which was this BHG lease proposal evaluation, there were
12  other reasons why this lease did not -- wasn't signed,
13  correct?
14    A.   More than one reason, yes.
15    Q.   Okay.  And one of those reasons was that you
16  couldn't agree to the lease terms as far as rental rate;
17  is that correct?
18    A.   We had a breakdown in negotiations that
19  was -- that we felt was potentially solvable if we could
20  affirm to them delivery of the space.
21    Q.   Okay.  You felt they were potentially
22  resolvable, but BHG did not respond to your offer of a
23  net lease; is that correct?
24    A.   We had conversations over the phone.  There was
25  no written correspondence after that that I recall.

1    Q.   Okay.  And so -- I'm sorry.  I'm going to go

2  back to your report.

3         So when you look at this measured loss of

4  rental income, you are comparing a potential ten-year

5  lease with a potential four-year lease; is that correct?

6    A.   Trying to measure the difference between the

7  two in today's dollars.  Yes.

8    Q.   Okay.  And again, it's just solely based on

9  ten-year versus four-year?

10   A.   Correct.

11   Q.   Okay.  And when you're measuring this, you

12 know, loss of rental income, I'm going to ask you this

13 again, are there any standards that a real estate

14 broker -- written standards that a real estate broker

15 would use in measuring lost income?

16   A.   One -- to quantity -- I think what I've

17 outlined is to quantify one income stream discounted at

18 a particular rate versus a different income stream

19 discounted at the same rate to get to what the delta, or

20 the difference, is between the two.

21   Q.   Okay.  And so are there any written standards

22 that tell real estate brokers how to do that?  Or what

23 you decided to do here, are there any written standards

24 that you followed in measuring this lost rental income?

25   A.   Standard of practice from CCIM education is

1    to --

2        Q.   CCIM education?

3        A.   CCIM, yes, ma'am.

4        Q.   Okay.  And what is the standard called?  If you

5    were to go look them up today and show me where it tells

6    you how to do this, can you tell me where this came

7    from?

8        A.   The concept was learned in CCIM education.  And

9    there are spreadsheet templates that CCIM prepares for

10   its members and designees to teach how to measure the

11   difference between one set of cash flows versus another,

12   utilizing net present value calculation.

13       Q.   Do you have those templates?

14       A.   Sure, yeah.

15       Q.   Okay.  Did you rely on those templates in

16   preparing this report?

17       A.   I did not use the templates; I used the

18   education.

19       Q.   Okay.  Could we get a copy of those standards

20   that you're referring to?

21       A.   Of course.

22       Q.   Okay.  So again, when you're measuring this

23   measured loss of rental income and you're comparing a

24   ten-year lease and a four-year lease and you're

25   measuring the income loss, you're assuming that the

1  second floor would remain vacant --

2      A.   Excuse me.  The income difference.

3      Q.   The income difference.

4           When you're measuring -- when you get this

5  $490,845 and you're comparing Exhibits D and E, you're

6  assuming that under the second scenario, with a

7  four-year lease, that the property would remain vacant

8  after four years; is that correct?

9      A.   It only solves -- it solves for the difference

10 between the two sets of cash flows.

11     Q.   Correct.  But your -- these -- this number

12 right here is assuming that the second floor would be

13 vacant following that four-year lease term?

14     A.   It could very well be vacant depending upon how

15 much supply comes back to the market over that four-year

16 period.

17     Q.   But is your calculation assuming that it is

18 vacant?  If it would be either a ten-year rental income

19 under Exhibit D or a four-year rental income under

20 Exhibit E, and so it's assuming that the six years

21 difference, that the property would remain vacant; is

22 that correct?

23     A.   It's the same assumption in both models.  D

24 assumes it's vacant after ten; E assumes it's vacant

25 after four.

1     Q.   Okay.  But if, in fact, you signed another

2  lease -- under the Exhibit E scenario, if you signed

3  another four-year lease using those same terms, there

4  would be a loss; is that correct?

5     A.   It would be a different loss.  But as it stands

6  right now, we may only get a two-year.  So what we're

7  solving for is what if, and now it's coming into vision,

8  as to not what if but when.

9     Q.   Okay.  And then when you say that you're

10  solving for what if, on Exhibit E, again, you're only

11  assuming that the property would be leased for four

12  years and it would be vacant after that; is that

13  correct?

14     A.   I'll say again.  It's the same in both

15  exhibits, D and E.  It assumes vacancy after the stream

16  of cash flows.  Yes.

17     Q.   Okay.  And again, on Exhibit D, the ten-year

18  lease, that's assuming that you would have come to terms

19  on lease rental rates and whatnot and assuming that BHG

20  did not decide to stay at its current lease location; is

21  that correct?

22     A.   That's correct.  We --

23     Q.   Okay.

24     A.   Based upon the complete conversation that we

25  had with them, yes.

1     Q.   Okay.  So the next paragraph is Exhibit F,

2  which you say was produced in September 2020 --

3     A.   Yes, ma'am.

4     Q.   -- as a guidance to the owner on how to

5  strategize on leasing of the space and at what expense;

6  is that correct?

7     A.   Not just leasing up -- yes, leasing up the

8  space and what that could mean for him long -- longer

9  term as part of a full financial recovery.

10    Q.   I'm going to go to Exhibit F now.

11    A.   I'm there.

12    Q.   I'm not there yet.  Give me one second.

13    A.   That's fine.  Thank you, Ms. Payne.

14    Q.   So you prepared this in September 2020, prior

15  to this lawsuit and prior to this report.  This was

16  prepared --

17    A.   Correct.

18    Q.   -- prior to that.  Okay.

19         If you could walk me through the items on this

20  spreadsheet, that would be great.

21    A.   Okay.  What I initially did was to take a look

22  at Eaux Holdings' current loan balance, what their

23  monthly payment to the bank was on that loan.  Tried to

24  assess, you know, what's -- what's the maximum

25  that -- maximum insurance proceeds, what was the policy

1  limit of the property.

2       At the time, the price for a new roof was

3  estimated at $550,000.  Joey had spent to date, at that

4  time, about $56,000 with, I guess, a remediation company

5  and temporary roofing or tarping.  There was a number

6  thrown out for conversation of the interior rebuild,

7  which was a million, three.

8       And so what I tried to do is to look

9  forward -- or compare plans A and B, depending upon a

10  couple of lease scenarios, as to what the property could

11  be worth and refinanced to make further improvements or

12  to -- for him to use cash for other needs based upon

13  property valuation once it's complete.

14  Q.   Okay.

15  A.   So I compared a plan A, which was, at the time,

16  based upon immigrations and customs renewing -- or

17  executing a new 15-year lease and then looking at, in

18  plan A, either BHG coming to the table or some other

19  nongovernmental entity.  And then in plan B, to the

20  right, some other federal agency under GSA.

21       And a cap rate application would differ in

22  plan A versus plan B.  The federal government is one of

23  the most sought after credit tenants that an investor

24  will pay for because of the creditworthiness and full

25  faith and performance of the U.S. federal government and

1    their length of lease terms that they sign for.

2            So I compared A and B to paint a path forward

3    for Joey, to give him something to look forward to in

4    the midst of trying to rebuild his property, tried to

5    get him some purpose and to quantify what --

6        Q.    He was -- I'm sorry.  Go ahead.

7        A.    And wanted to quantify what the big picture was

8    in terms of getting the property restored and why and

9    whether he chose to hold it or sell it.  Just needed to

10   outline some aspirational goals for him.

11       Q.    Can you explain this column, the potential new

12   finance proceeds that you have, "See plan A below and

13   see plan B"?  Can you tell me where those numbers come

14   from?

15       A.    Yes, ma'am.  So if you look down in the plan A

16   box section, I make a note, "Refinance up to LTV," that

17   stands for loan to value, "of 60 percent."  And that

18   60 percent number is $2,012,888 and change.  That is

19   reflective of 60 percent of the $3,354,000 number just

20   above it.

21           That 3,354,000 square foot value is utilizing

22   the $226,000 of net rental income, in the line above,

23   divided by a market cap rate, or capitalization rate, of

24   6.75 percent.

25           So I was trying to paint a cautious picture not

1  to over-leverage the property, be conservative, that

2  would allow for other improvements to the property as

3  well as other refinance proceeds that Joey could deploy

4  if he had needs in other places.

5      Q.   Okay.  So what -- this value after completion,

6  the 3.3 million, is that the value of the building and

7  the property and everything itself or just the value of

8  the rental?

9      A.   That's the value of the property itself.

10     Q.   The property itself.  Okay.

11     A.   Projected value.

12     Q.   After completion of the hurricane rebuild?

13     A.   Hurricane rebuild and absorption -- leasing of

14 the second floor, yes.

15     Q.   Okay.  And so I'm sorry.  I interrupted you, so

16 I wanted to get back.  So you have the 60 percent of the

17 refinance.

18     A.   Uh-huh.  So that's 60 percent of 2,012,000, is

19 the new loan -- would be the new loan value in this

20 model.  And then you subtract from it the current loan

21 balance, which generates potential new finance proceeds

22 of $912,888.

23     Q.   And so when you have refinance up to the loan

24 value, are you -- are you saying that he could have

25 refinanced and taken the money out of that?  Or where

1  are you getting this new potential finance proceeds?

2  Where are they coming from?

3      A.   If he were to, at some point between

4  September 22nd of last year and whenever, to have a -- I

5  crafted this plan with the intent that he could, once we

6  get a tenant in the building, a quality tenant, what's

7  the property going to be worth in the future or in the

8  very near term.  Okay.  So what's it worth.

9          And then what's an appropriate amount of debt

10 to put on the property.  And from that debt, you're

11 paying off the original mortgage.  And then there's cash

12 available to either make further improvements or to put

13 into other cash needs that he might have at that

14 property or somewhere else.

15     Q.   Okay.  Did Joey express an interest in -- did

16 Joey express an interest in selling the property or

17 refinancing?

18     A.   He has expressed interest in selling on more

19 than one conversation.  Part of it is the stress of what

20 the last 11 months has held with hurricane recovery.

21         He has not made his mind up -- let me rephrase

22 that.  If he has made his mind up about selling this or

23 keeping this, he's not told me yet what his ultimate

24 decision is going to be.  But at many times we've talked

25 about getting it leased up and then selling it.

1      Q.   What about prior to the hurricane?  Had you

2  done any of these types of evaluations on, once you

3  finally got a tenant in the second floor, what Mr. Odom

4  could do with the property after that?

5      A.   No.  At the time, he hadn't talked about

6  selling it.  It wasn't anything that we had discussed.

7  It was primarily focused on leasing.

8      Q.   Okay.  Because the second floor remained vacant

9  from when you listed it in July 2019 through

10  the -- through today, correct?

11     A.   June 2019.  Yes.

12     Q.   June 2019.  Okay.

13          And he expressed no interest in selling or

14  refinancing or doing any of that prior to the hurricane?

15     A.   No, ma'am.

16     Q.   Okay.  Okay.  So you talked about the cap rate

17  on plan A versus the cap rate on plan B, and I

18  understand the governmental tenant would have a lower

19  cap rate.

20          How did you reach the cap rate for plan A with

21  a governmental entity on the first floor and a

22  nongovernmental entity on the second floor?

23     A.   So I use 6 percent on all federal government.

24  I use 6.75 on mixed, GSA, non-GSA.  I would use an

25  8 percent on non-GSA, but I weighted it more towards the

1    6 percent of GSA since they signed -- since they were

2    signing a 15-year firm term lease.  So I put a little

3    bit more credence on the 6 percent cap market comparable

4    for GSA.

5         Q.   Okay.  Again, are there any written standards

6    to determine what type of cap rate should be applied?

7         A.   Market knowledge, conversation with other

8    brokers is the basis that I used for --

9         Q.   Okay.  So no written standards?

10        A.   There's not a -- there's not a written

11   empirical standard just because cap rates change with

12   economies.  They also change with interest rate policy

13   and interest rate risk.  And so a cap rate today on GSA,

14   that same cap rate next year could be 7 percent; it

15   could be 5 percent.  It does move.

16        Q.   Okay.  And you would be the one that would

17   determine whether it would move or not, correct?

18        A.   I would be the one to measure.

19        Q.   And how do you measure?

20        A.   I look at comparables; talk with other brokers

21   on transactions that they've traded, to see exactly what

22   they've traded at; talk with appraisers to try to get an

23   up-to-date, current sense of where things are.

24        Q.   Okay.  And so the main difference between this

25   plan A and plan B stems from the cap rate, correct?

```
 1        A.    Yes, ma'am.
 2        Q.    So the higher cap rate -- or the lower cap rate
 3   on plan B gives more residual finance funds --
 4        A.    Uh-huh.
 5        Q.    -- and potential new finance proceeds?
 6        A.    That's correct.
 7        Q.    And the cap rate is based on the tenant?
 8        A.    Tenants or -- yes, tenants.
 9        Q.    Okay.
10        A.    And again, this is to the -- this was -- this
11   was crafted 11 -- about ten and a half months ago as
12   a -- to establish a range for Joey.  This is to try to
13   help him focus on, okay, if you don't want to hold on to
14   this anymore, if this is too stressful given all that's
15   taken place, here's the big picture.
16              And it was to establish a range of value in the
17   future that has a bandwidth of, you know, $420,000, is
18   the difference between these two values going forward.
19        Q.    Okay.  And so the value after completion under,
20   you know, either plan, is that the -- is that the amount
21   that you believe it could have sold for if you decided
22   to sell the property?
23        A.    I think that those -- they're very close.  I
24   think the strategy at the time was to call for the
25   refinance, more so than the sale.  If you look down
```

1    at -- in red at the bottom, where it says "DCR ratio,"

2    that DCR -- I'm sorry, Ms. Payne.  I'm on Exhibit F,

3    again, under -- under plan A and plan B.

4        Q.   Yes.

5        A.   I wanted to -- what I wanted to quantify and

6    display was, okay, let's get through these processes.

7    Certainly, I shared with Joey the building -- the

8    property is going to be worth more leased than not.  And

9    if we're able to get the property leased and then

10   refinance, how much is that -- you know, is it tolerable

11   to refinance.

12        And these DCR ratios, that's a debt coverage

13   ratio, in plan A, it was a debt coverage ratio of 1.56

14   to 1.  What that means is, is that for every dollar of

15   debt, there was $1.56 of income.  That's a very healthy

16   debt coverage ratio from a lending standpoint.

17        Banks use debt coverage ratios in their

18   underwriting.  They also look at loan to value.  They

19   will look at global debt coverage ratio of a borrower,

20   not just at a property level.

21        And so in plan A, it was 1.56 to 1; and plan B,

22   it's 1.39 to 1.

23        Q.   So why do they differ from plan A to plan B,

24   the DCR ratios?

25        A.   Because if you look at the loan to value,

1   refinance up to LTV 60 percent, the new debt in plan A

2   is $2 million, 2,012,000; in plan B, it's

3   $2.264 million.  So there's a higher debt amount, and

4   it's indicative of the higher monthly payment.  Annual

5   cash flow is lower on the right-hand side.  So the debt

6   coverage ratio came down.

7       Q.   Okay.  And so this chart, Exhibit F, that you

8   prepared in September 2020, are there any, again,

9   written standards that tell you exactly how to plug

10  these numbers in, or is this something you've come up

11  with on your own?

12      A.   There's one thing in my background that I

13  failed to state early on when you asked me about my

14  professional experience, and it was not intentionally

15  omitted.

16          I will say that the work product associated

17  with most of these, if not all these exhibits, is from

18  my CCIM education.  11 years ago, I was part of a group

19  that chartered a bank near Lake Charles -- well, in

20  Lake Charles, and I was quite familiar with commercial

21  lending practice as part of chartering that bank.

22          And so these methodologies of debt coverage

23  ratios and loan to value and quantifying debt service

24  and discount rates was from -- a result of that

25  experience.  So I'm sorry I omitted that earlier.

```
 1        Q.    Okay.  And so when you say you chartered a
 2   bank, can you explain that?
 3        A.    A group of investors -- well, a dear colleague
 4   of mine and I organized a group to raise funds to start
 5   a bank, a consumer bank in Lake Charles, and we ended up
 6   opening it 11 years ago.
 7        Q.    Is it still open today?
 8        A.    It is.
 9        Q.    Okay.  And so you said some of these charts
10   used your knowledge that you got from chartering this
11   bank.  Did you attend any educational classes or
12   anything like that with regards to these types of issues
13   with chartering the bank?
14        A.    We had educational sessions with the FDIC and
15   the state -- state banking commission.
16        Q.    And what kind of education?
17        A.    Director education, as well as we had regular
18   board meetings and helped evaluate commercial -- helped
19   evaluate guidelines in commercial lending and
20   underwriting.
21        Q.    Okay.  So it wasn't -- were you in a classroom
22   with this education, or you just mean like on-the-job
23   experience of being in a board meeting that you learned
24   these issues?
25        A.    Classes as well as board meetings.
```

1      Q.   About how many hours of classroom education?

2      A.   Oh, 16 or 20.  Again, the majority of the

3   education experience -- let's say 95 percent of this

4   educational background to complete all of these exhibits

5   is from CCIM coursework.  And I do have it on my list to

6   send you some of those templates for calculating net

7   present value and other methodologies.

8      Q.   Okay.  All right.  We'll move on to Exhibit G,

9   which is prepared on March 15, 2021, correct?

10     A.   Yes, ma'am.

11     Q.   And it's using the same method that you used in

12  Exhibit F?

13     A.   That's correct.

14     Q.   What were you comparing in plan A and plan B on

15  this exhibit?

16     A.   Shorter-term lease potential in plan A, non-GSA

17  for the second.

18     Q.   And again, I'm sorry, I don't mean to

19  interrupt, but when you're using the non-GSA under

20  plan A, you're assuming a three- to five-year lease

21  deal?

22     A.   Yes, ma'am.

23     Q.   Which also assumes that the property would

24  remain vacant?

25     A.   In this -- in the cap rate illustration, it

```
 1    takes a -- it measures it as a cap rate on one year's
 2    worth of income.  And so -- and that purpose is to
 3    establish a value in today's terms so as to calculate or
 4    quantify a lending amount.  It does not -- the intention
 5    is not to measure a future series of income -- a series
 6    of future income events.  It's measuring today.
 7         Q.   But the cap rate is based on -- oh, I'm sorry.
 8         A.    It measures -- it's based upon what's it worth
 9    today.  And the cap rates, again, move over time.  Cap
10    rates move based upon interest rate movement.  It also
11    moves on credit of tenant, duration of lease, et cetera.
12         Q.   Correct.  So your cap rate is dependent on the
13    duration of the lease.  And whenever, in plan A, you
14    assume a non-GSA three- to five-year deal, that will
15    be -- your cap rate will depend -- will necessarily look
16    into the three- to five-year deal as opposed to a
17    ten-year deal that we saw on plan B on Exhibit F,
18    correct?
19         A.   I think I understood that.  Yes, it is
20    different from -- from F, in that this now takes into
21    consideration, six months later, looking at the
22    likelihood of getting not a ten-year deal and maybe, on
23    average, a four-year deal.
24         Q.   Which will affect the cap rate if you're
25    assuming a three- to five-year deal --
```

1        A.    That's correct.

2        Q.    -- versus consecutive four-year leases or a

3   ten-year lease or --

4        A.    Correct.

5        Q.    Okay.

6        A.    The cap rate is used to measure at this moment

7   in time, based upon these factors, what's the property

8   worth.

9        Q.    Okay.  And on plan A of this spreadsheet, you

10  have a cap rate of 7.79 percent.  Can you explain how

11  you got to that?

12       A.    Yes, ma'am.  I used -- I still used 6 percent

13  for the immigrations custom 15-year deal.  And then I

14  used probably a 9 1/2 percent rate on the non-GSA piece

15  and skewed it -- you know, didn't skew it, but it's

16  somewhere in that bandwidth, blended between the two.

17       Q.    Okay.  And so where did you get the 9 percent

18  on the non-GSA lease?

19       A.    From experience in the market.

20       Q.    Okay.  And so is there anything that you can

21  point to, you say, I have a ten-year lease; here's the

22  cap rate.  If I have a five-year lease, here's the cap

23  rate?  Is there anything you point to, or you just come

24  up with this?

25       A.    I can submit to you probably a few examples of

1    properties that have sold at -- office properties that

2    have sold at a 9 cap in our market.  I can send you

3    that, if that's what you're asking.

4         Q.    I'm just asking how you arrive at this

5    9 percent for a non-GSA three- to five-year deal.

6         A.    From experience.

7         Q.    Okay.  So what did you rely on, like what kind

8    of experience?  Just give me a little bit more insight

9    as to how you got this 9 percent.

10        A.    From working of an inventory of 200 -- 2- to

11   300,000 square feet of office properties over the last

12   several years; talking with appraisers, that in this

13   current environment that we're in, multi-tenant office

14   properties rate between 8 1/2 to 9 1/2 percent cap

15   rates.  And I used 9 as the midpoint.

16        Q.    So do appraisers normally set the cap rates?

17        A.    They don't set cap rates.  They measure cap

18   rates based upon actual sales.

19        Q.    Okay.  So an appraiser -- if a property was

20   going to go up for sale, who would measure the cap rate

21   for that sale?

22        A.    The listing agent would -- should use his

23   experience to look at comparable sales, and he may get

24   that through the MLS or LACBD, which is a commercial

25   database of investment -- of properties in Louisiana.

1           If it's a -- if it's a product that has

2     potential national implication, like a Chick-fil-A,

3     Chick-fil-A typically does a ground lease for their

4     property, and so the Chick-fil-A ground leases have

5     appeal to investors from all over the world.

6           So the broker should -- the broker or listing

7     agent should look at local data, talk to appraisers, and

8     then look at national platforms to see if what they're

9     trying to bring to market is worthy of a look beyond

10    their own boundaries of their current market, if that

11    makes sense.

12    Q.   Okay.  And so when you keep saying that the

13    broker would talk to an appraiser, what kind of

14    information would the appraiser be provided -- what

15    information are you getting from appraisers when you say

16    you talk to them to set the cap rate -- measure the cap

17    rate?  I apologize.

18    A.   The appraiser will take actual sales, and they

19    maintain databases of, you know, hundreds if not

20    thousands of properties.  And if they have recent

21    comparable sales, I can call an appraiser and I can say,

22    Jack, I'm looking for comparable sales, last 12 months,

23    multi-tenant office, 10- to 20,000 square feet.  You got

24    any comparables you can send me?

25    Q.   Okay.

1    A.   And what they would send me is either an e-mail

2    or we'd talk over the phone.  He'd say or she would say,

3    I've got these, say, four properties.  This one traded

4    for $2 million, and it had a $180,000-a-year net

5    operating income.  So the net operating income divided

6    by the sale price gets you cap rate.  It sold at a

7    9 percent cap rate.

8         Similarly, you could sell a million-dollar

9    property and it -- it had 700,000 -- excuse me, $70,000

10   of net operating income, a million-dollar sale price,

11   that would be a 7 percent cap rate.

12   Q.   Okay.  So did you reach out to any appraisers

13   to set the cap rates in this report?

14   A.   I talked to other brokers.

15   Q.   Okay.  So you just spoke with other brokers.

16   You didn't get any information from appraisers like you

17   just described where she would send you the net

18   operating expenses?

19   A.   The brokers I talk with have been in this

20   market or in other markets long enough.  I trusted

21   the -- trust the numbers that we talked about.

22   Q.   All right.  And how many brokers did you speak

23   with to set the cap rates listed on Exhibit G of your

24   report?

25   A.   I think four or five.

 1      Q.    And do you recall who those brokers were?

 2      A.    I talked with Evelyn Ward out of Houston.   I

 3  talked with Greg Thompson out of Alexandria, Louisiana.

 4  Matt Redd in Lake Charles.   Maybe a few others, but

 5  those are the highlights.

 6      Q.    Okay.   And when you're talking with people out

 7  of Houston and Alexandria, when you're setting the cap

 8  rate, are you looking at areas outside of Lake Charles

 9  or is it just Lake Charles?

10      A.    I'm looking at Lake Charles, but I also want to

11  take into consideration what's happening in my region.

12      Q.    Okay.

13      A.    But I don't have too much of a reliance on

14  damaged properties or too much focus on one particular

15  market segment.

16      Q.    Okay.

17      A.    I want to be eyes open to more than one set of

18  experiences or data.

19      Q.    Okay.   On this Exhibit G, the very last box,

20  estimated net losses associated with the differential,

21  so the first one is the net difference in value after

22  completion.   And you're looking at plan A and plan B,

23  correct?

24      A.    That's correct.

25      Q.    Which the value after completion, you said, is

1   the 226,450, which is the same in both plan A and

2   plan B, and you multiply it by the cap rate, correct?

3       A.   Correct.  You divide it by the cap rate.  Yes.

4       Q.   Okay.  And so then you get your value after

5   completion using the cap rate?

6       A.   That's correct.

7       Q.   So the difference in between these two values

8   after completion is based solely on the difference in

9   the cap rates between plan A and plan B; is that

10  correct?

11      A.   That's correct.

12      Q.   Okay.  And the second -- the second one in this

13  box, net difference in residual finance funds.  And this

14  one is based on -- can you go through where you get the

15  residual finance funds -- the difference in residual

16  finance funds, please?

17      A.   Yes.  So if you go to the first red line in the

18  spreadsheet -- of the attachment, excuse me --

19  Exhibit G, if we -- if Joey would have refinanced

20  $1,743,788, paid off his current -- then-current first

21  mortgage of 1.1 million, and then he would have

22  $643,000 -- $643,788 of new refinance proceeds.

23          He could then take some money and make upgrades

24  to the exterior or other improvements to the building.

25  He was going to have leasing commissions due on the GSA

1    lease as well as any other future lease for the second

2    floor.

3         Both of those numbers are balanced out in

4    either scenario, plan A or B.  But in plan A, of lesser

5    value, he would have had $124,000 of cash that he could

6    have used on something else.  In plan B, he would have

7    had $394,000 of refinance proceeds to use for something

8    else.  And the difference between those two is the

9    $269,000.

10        Q.   Okay.  And when you're looking at the refinance

11   up to LTV on both of those, again, you're basing this on

12   the value after completion; is that correct?

13        A.   That's correct.

14        Q.   And again, the value after completion is based

15   solely on the cap rates between those -- plan A and

16   plan B?

17        A.   That's the main differentiator, yes, the cap

18   rate.

19        Q.   Okay.  And so you're again looking at the value

20   after completion, and you use a 60 percent refinance up

21   to LTV.  And once again, you're basing this number on

22   the differential and the cap rate; is that correct?

23        A.   It's a byproduct, because you use the same loan

24   to value rate of 60 percent.  Correct.

25        Q.   Okay.

1      A.    But you -- yes, the difference is cap rate.

2      Q.    Okay.  So when you're looking at the net

3 difference in value after completion, you're comparing

4 the differences in the cap rate?

5      A.    Ultimately, yes.

6      Q.    Okay.  And again, when you're looking at the

7 net difference and residual finance funds, this is also

8 based on the value after completion, which is looking at

9 the cap rate; is that correct?

10     A.    They are -- they are slightly different in that

11 one is the value, and then two is the ability to extract

12 value.  So the 448,000 is the difference in what they

13 were -- the properties were worth.  But the excess cash

14 on the refinance is a stand-alone measure.

15     Q.    But it's also based on the value of the

16 property, what it's worth; is that correct?

17     A.    Yes.

18     Q.    What you can refinance is based on the value of

19 the property?

20     A.    Correct, it -- it ultimately is tied to what

21 it's worth.  But the function of -- of being able to

22 extract cash is a secondary benefit.

23     Q.    When you're looking at the net difference in

24 value after completion and the net difference in

25 residual finance funds, is there some overlap, that both

1   of these values are based on the value after completion,

2   where you're considering the cap rate and the value of

3   the property twice in both scenarios?

4       A.   Can you ask me that one more time, Ms. Payne,

5   please?

6       Q.   Yes.  The net difference in value after

7   completion, which is solely based on the market cap

8   rate; is that correct?

9       A.   Correct.

10      Q.   The differential in the market cap rate between

11  plan A and plan B, correct?

12      A.   Correct.

13      Q.   Your second value here, the net difference in

14  residual finance funds, is also based on the value of

15  the building -- of the building after completion, which

16  is again based on -- solely on the cap rate; is that

17  correct?

18      A.   It's different in that the difference in the

19  two refinance models generated a different result in

20  terms of cash that he could have used for something

21  else.

22      Q.   But it generated different models because the

23  value -- you've measured the value of the building based

24  on the cap rate; is that right?

25      A.   We measured the value of the income stream to

1    the property based upon cap rate, correct.

2        Q.   In this bottom box, the first net difference in

3    value after completion, 448,000, that gives you, based

4    on your calculations, the difference in the value of the

5    building after completion of the rebuild; is that

6    correct?

7        A.   That gives you -- it gives you a book value.

8    But the differentiator -- the cash in hand after

9    refinance is a separate measurement consideration.  This

10   is if he holds it.

11       Q.   Okay.  But when you're using the net

12   differential of the refinance, you're again valuing the

13   value of the property; is that correct?

14       A.   We're valuing the property based upon cap rate.

15       Q.   Okay.  So both of these net differences are

16   based on the value of the property?

17       A.   They are.

18       Q.   Okay.

19       A.   But if he holds the property in either scenario

20   and in one he's holding on -- he's taking $394,000 and

21   still has a $3.3 million building, or if he has a

22   $3.3 million building and he's got additional cash

23   that's less, it deserves measuring the differential

24   between the two.

25       Q.   So under plan A, you have your value of your

1   building, and then you could also refinance and pull

2   money out, is what your two scenarios envision; is that

3   correct?

4        A.   Correct.

5        Q.   Okay.  So either you could sell the property,

6   here's your value of your property, here's what it's

7   worth, you could sell it --

8        A.   You know, this contemplates appraisal.  This

9   isn't just -- just a sale illustration.  This is a

10  refinance, what's the property worth on my -- on

11  my -- on an owner's books.  And then additionally, if I

12  am able to extract liquidity out of it to use for other

13  things, that ought to receive its own consideration.

14       Q.   Even though it's still based on the value of

15  the property?

16       A.   I believe, yes.

17       Q.   Okay.

18            MS. PAYNE:  Andrew, I know you said you

19  had a drop-dead time that you had to leave.  We are

20  getting close to that.  I have some other things to

21  cover.  Has your drop-dead time moved any.

22            THE WITNESS:  What's your best guess,

23  Ms. Payne?

24            MS. PAYNE:  It's really hard -- I mean, I

25  would say I probably at least have an hour.  It could be

1  longer.

2            THE WITNESS:  Okay.  Let's -- let's talk

3  about what's realistic, absent trudging through for

4  another couple hours.

5            THE COURT REPORTER:  Do you want to go off

6  the record for this?

7            MS. PAYNE:  Sure.

8            THE VIDEOGRAPHER:  We're off the record at

9  1:22 p.m.

10            DEPOSITION ADJOURNED AT 1:22 P.M.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      REPORTER'S PAGE

 2        I, RITA DEROUEN, Certified Court Reporter in and

 3   for the State of Louisiana, (CCR #2014018), Registered

 4   Professional Reporter (RPR #006908), the officer, as

 5   defined in Rule 28 of the Federal Rules of Civil

 6   Procedure and/or Article 1434(B) of the Louisiana Code

 7   of Civil Procedure, do hereby state on the record:

 8        That due to the interaction in the spontaneous

 9   discourse of the proceeding, double dashes (--) have

10   been used to indicate pauses, changes in thought, and/or

11   talkovers; that same is the proper method for a

12   transcription of proceedings, and that the double dashes

13   (--) do not indicate that words or phrases have been

14   left out of this transcript;

15        That any spelling of words and/or names which

16   could not be verified through reference material have

17   been denoted with the parenthetical "(phonetic)";

18        That the parenthetical "(sic)" is used to denote

19   when a witness stated a word or phrase that appears odd

20   or erroneous to show that it was quoted exactly as it

21   stands.

22                         RITA DEROUEN, CCR, RPR

23

24

25
```

REPORTER'S CERTIFICATE

1
2          This certification is valid only for a transcript
3     accompanied by my original signature and original
4     required seal on this page.
5          I, Rita DeRouen, Certified Court Reporter in and
6     for the State of Louisiana, (CCR #2014018), Registered
7     Professional Reporter (RPR #006908), as the officer
8     before this testimony was taken remotely via
9     videoconferencing, do hereby certify that ANDREW
10    VANCHIERE, having been duly sworn by me upon authority
11    of R.S. 37:2554, did testify on the 6th day of
12    August, 2021, from Washington, D.C., as hereinbefore set
13    forth in the foregoing 123 pages; that this testimony
14    was reported by me in stenographic shorthand, prepared
15    and transcribed by me or under my personal direction and
16    supervision, and is a true and correct transcript to the
17    best of my ability and understanding; that the
18    transcript has been prepared in compliance with
19    transcript format guidelines required by statute and
20    rules of the Board; that I am informed about the
21    complete arrangement, financial or otherwise, with the
22    person or entity making arrangements for deposition
23    services; that I have acted in compliance with the
24    prohibition on contractual relationships, as defined by
25    Louisiana Code of Civil Procedure Article 1434 and in

 1   Rules and Advisory Opinions of the Board; that I have no

 2   actual knowledge of any prohibited employment or

 3   contractual relationship, direct or indirect, between a

 4   court reporting firm and any party litigant in this

 5   matter, nor is there any such relationship between

 6   myself and a party litigant in this matter; that I am

 7   not related to counsel or to any of the parties hereto,

 8   I am in no manner associated with counsel for any of the

 9   interested parties to this litigation, and I am in no

10   way concerned with the outcome thereof.

11        SIGNED THIS _____ DAY OF AUGUST, 2021, BATON

12   ROUGE, LOUISIANA.

13

14

15

16

17                    _____

18                    RITA DEROUEN, CCR, RPR

19

20

21

22

23

24

25

**Exhibits**

VanA Exhibit 01 3:9
7:13,21
VanA Exhibit 02 3:11
8:23,25
VanA Exhibit 03 3:13
22:10
VanA Exhibit 05 3:15
34:8
VanA Exhibit 06 3:16
35:21
VanA Exhibit 07 3:18
37:11
VanA Exhibit 19 3:19
41:23
VanA Exhibit 23 3:21
53:10

**$**

$1,743,788 116:20
$1.56 106:15
$10 35:7 37:23
$10.37 35:1
$11.94 68:25
$124,000 117:5
$13 35:10
$13.81 70:2
$14 37:23
$16 82:9
$167,499 49:10
$180,000-a-year 114:4
$19 82:9
$2 107:2 114:4
$2,012,888 100:18
$2.264 107:3
$2.6 76:1
$21.75 49:11
$226,000 100:22
$23 53:18 54:6
$250,000 15:14
$26 31:2,7,10
$269,000 117:9
$27 43:3
$3,000 27:20
$3,354,000 100:19
$3.3 120:21,22
$394,000 117:7 120:20
$4,800 32:23
$41,000 68:24
$420,000 105:17
$490,845 78:19 96:5
$5 32:15
$5.5 32:18

$50,000 63:1
$550,000 99:3
$56,000 99:4
$6 28:2
$6.50 82:10
$60,000 51:16
$643,000 116:22
$643,788 116:22
$70,000 114:9
$8 32:16
$8.54 49:16
$9.50 37:25 38:3
$912,888 101:22

**0**

04 12:21

**1**

1 7:13,21 36:3 73:19
91:4 106:14,21,22
1,774,685 88:4
1.1 116:21
1.2 86:10
1.39 106:22
1.56 106:13,21
1/2 32:16 111:14 112:14
10 42:13
10,000 40:13,25
10- 113:23
10:21 20:16
10:25 20:17,19
11 80:18 102:20 105:11
107:18 108:6
112 57:6,15
112.06 65:1
11:21 55:6,7
11:29 55:8,10
11th 83:2
12 13:21 113:22
12- 46:22
120 92:10
122 35:20
13.81 64:21 69:14,15
77:11
13.94 69:24
14 65:17
14-page 16:24
14.33 69:23
14.63 69:24
15 19:5 31:12,13 36:5
50:13,14 66:9 71:18
73:19 78:15 80:23 81:2
109:9
15- 31:20 46:5

15-month 46:22
15-year 31:11 99:17
104:2 111:13
16 13:9 57:5,17 84:13
109:2
17 13:9 19:2 39:18
17-year 31:12,20
18 10:4
19 33:19 34:15 41:23
62:14 84:14
1970 9:8
1988 10:3
1994 11:3
1997 11:7
1998 11:6
1:22 122:9,10
1st 80:7 81:18

**2**

2 8:23,25 27:20 45:10
2,012,000 101:18 107:2
2- 112:10
20 10:7 39:18 52:12
109:2
20,000 75:19 113:23
200 112:10
2000 56:21
2000- 13:10
2001 11:11,18 12:3,9
2004 11:18 12:3,9,17,18
56:19,21
2005 13:10 14:13,14,15
2010 15:22
2013 68:6
2014 13:6,10,12
2015 32:14
2018 32:12,16
2019 23:8,10 25:5,12
28:15 36:5 37:16,18
38:6 103:9,11,12
2020 32:17 38:24 41:20
42:2 59:7,10 60:1,4,10,
22 61:4 62:14,18,20
63:4 65:9,12,13 66:5,8
70:23,24 71:23 73:19
80:18,20 83:3 98:2,14
107:8
2021 5:4 29:7,8 41:20
52:22 54:8,13 57:6,17
59:10,16 60:2,10,22
61:5,17 62:1,2 64:2
79:1,3,5 80:23 81:2,10,
21,25 82:1 84:19 87:15,
17 91:20 109:9
2022 28:18

**3**

3 22:10 46:19 85:2,3
86:14 88:4
3,354,000 100:21
3.3 101:6
30 50:13,14
300,000 112:11
3101 66:16,24
31st 81:18
354,000 77:2
354,000-square-foot
47:19
36 36:5

**4**

40 14:7 38:20 77:2
41 69:21,25 70:7
448,000 118:12 120:3
45 38:21 83:18

**5**

5 12:18 23:10 28:2 33:22
34:8 104:15
5,000 38:22 51:23,25
52:1 55:24 56:2
50 19:6,7 51:16
5500 37:21
583 37:14
597 53:14
5th 23:9

**6**

6 5:4 35:21 103:23
104:1,3 111:12

**2030** 84:20
21-story 47:19
21.75 49:13
22 84:20
22,233 73:18
226,450 116:1
22nd 102:4
23 53:10 79:5 80:20 83:3
87:15
23rd 79:2
24 46:23 65:9
24-month 46:5
25 9:8 70:5,6
25th 74:14
27,000 75:21
28 8:5
2829 80:1
28th 70:20 74:13

**6,000** 41:2
6.75 100:24 103:24
60 100:17,18,19 101:16,
18 107:1 117:20,24
620 19:23,24 20:6,12
23:22 39:20 40:25 41:2
42:10,17 43:5,7 44:6
47:16 66:2,17 67:5,8
69:9 81:5
66 37:25
66,000 37:25

**7**

7 22:8 37:11 104:14
114:11
7,000 40:14 41:2,3 42:15
7.79 111:10
70 15:9,16
700,000 114:9
70607 19:25
7500 31:1
7700 49:19

**8**

8 103:25 112:14
80-hour 13:20
805 67:4
807 67:4
814 40:15,18 41:8 68:5
850,000 38:19
88 10:23

**9**

9 111:14,17 112:2,5,9,
14,15 114:7
94 11:3
95 109:3
9:59 5:4

**A**

a.m. 5:4 20:16,17,19
55:6,7,8,10
ability 15:18 118:11
absence 64:13
absent 122:3
absolute 30:2
Absolutely 45:1
absorption 101:13
accurately 58:3
Acquaintance 21:8
activity 15:17
actual 67:21,22 68:21
75:7 79:15 83:20 86:25

112:18 113:18
**add** 25:16 84:19
**added** 82:7
**adding** 51:12 54:15
**addition** 12:5 13:23
**additional** 30:4 50:19,23
51:12 91:16 120:22
**additionally** 121:11
**address** 58:10
**addresses** 66:13
**adequate** 41:11
**ADJOURNED** 122:10
**adjustment** 24:4 30:12,
21
**adjustments** 69:11
**Administrative** 57:23
**advise** 18:15 87:15
**advised** 59:25 60:21
64:1
**affect** 110:24
**affirm** 93:20
**aftermath** 57:23
**afternoon** 42:4
**agencies** 19:1 39:9 40:1
52:17
**agency** 21:18,19 31:22
53:25 55:17 99:20
**agent** 12:19 13:3 16:12
22:14,25 23:7,13 68:3,
4,5,11 71:11 72:22
112:22 113:7
**agents** 77:4
**aggressive** 32:25 33:3
39:10 82:5
**agree** 83:11 93:16
**agreeable** 27:15 83:25
**agreement** 23:8,18 25:4
26:16,20 30:7 42:21
50:22 54:2 57:13 82:20,
21 84:2
**ahead** 6:1 8:23 19:22
22:7 34:5 48:21 59:12
100:6
**akin** 88:15
**Alexandria** 60:15 115:3,
7
**allocated** 15:8,9
**allowance** 24:10 26:11
52:6
**alternative** 85:19 86:6
**amenable** 82:17
**America** 21:16
**amount** 29:20 72:10,25
73:3,4 76:15 102:9
105:20 107:3 110:4
**analysis** 14:8 17:22 18:5
64:15

**analyzed** 64:17
**and/or** 77:8
**Andrew** 5:3 6:3 7:17,23
8:24 9:6 20:21 55:12
121:18
**annual** 13:22 24:4,16
30:11,21 49:10 84:13
107:4
**anomaly** 80:24
**answering** 24:24
**answers** 6:23
**anticipate** 50:5,12
**anymore** 105:14
**apologize** 36:12 113:17
**app** 27:13 28:4 32:2 33:7
36:20
**appeal** 113:5
**appearances** 5:15
**appearing** 5:5
**appears** 34:17 79:1
**application** 99:21
**applied** 104:6
**apply** 46:19 78:7,13
**applying** 90:15
**appraisal** 121:8
**appraiser** 57:3 112:19
113:13,14,18,21
**appraisers** 104:22
112:12,16 113:7,15
114:12,16
**approached** 20:3,24
21:10 69:20
**approved** 48:17 50:6
**approximate** 49:10
**April** 14:15 52:24,25
54:7,8,12 55:14 73:19
74:3
**area** 18:11 32:11 67:11
**areas** 39:18 115:8
**armed** 46:20
**arranged** 75:6
**arrears** 90:9
**arrive** 69:10 90:2,11
112:4
**arrived** 70:1
**aspirational** 100:10
**assess** 39:13 58:3 98:24
**assessing** 88:1
**assignment** 79:7
**assignments** 65:23
**assist** 28:19
**assisting** 18:19
**assume** 6:20 110:14
**assumes** 96:24 97:15
109:23
**assuming** 91:3 95:25
96:6,12,17,20 97:11,18,

19 109:20 110:25
**assumption** 61:3,7,16,
24 91:5 96:23
**assumptions** 24:7 59:5
**attach** 7:5,20 8:23
**attached** 39:24 47:24
64:16
**attaching** 7:11
**attachment** 116:18
**attempting** 28:19
**attend** 108:11
**attended** 10:2,3,24 11:3
**attract** 33:6
**audio** 20:9,14
**August** 5:4 11:3 38:24
55:14 70:20 71:23 76:4
91:20
**average** 34:25 69:23
92:5 110:23
**aware** 62:7,10,12,13

---

**B**

**back** 11:4 19:9 20:18
29:15 32:17 37:2 38:8
44:10,20 45:2,19 55:9,
12 58:4,11,22 59:1,3,6
69:13,17,18 72:8,12
73:24 74:13,14,18,20
75:4,12 76:25 77:9 80:2
83:16,17,19,22 84:8
88:9 94:2 96:15 101:16
**backed** 92:3
**background** 17:1 19:20
107:12 109:4
**badly** 75:15
**balance** 85:18 92:19
98:22 101:21
**balanced** 117:3
**ballpark** 37:25
**bandwidth** 105:17
111:16
**bank** 98:23 107:19,21
108:2,5,11,13
**banking** 108:15
**Banks** 106:17
**base** 30:3 91:5
**based** 14:2 15:18,24
24:8 30:21 46:2 52:6
60:7,8,9 61:18,25 67:22
69:13,22 75:2,5,7
76:17,21,23 78:2 81:23
86:8,25 88:4 89:17 94:8
97:24 99:12,16 105:7
110:7,8,10 111:7
112:18 116:8,14 117:14
118:8,15,18 119:1,7,14,
16,23 120:1,3,14,16

121:14
**baseline** 64:22 77:11
**basic** 10:10
**basically** 10:20
**basing** 74:17 117:11,21
**basis** 13:22 19:13 43:20
69:12 70:14 90:5 104:8
**Bates** 8:13,19 34:15
57:6,15
**Bates-labeled** 8:17
**bathroom** 50:19,23
54:15
**Baton** 5:1,20
**Bayou** 67:4 74:10 75:11,
18,19,22,24
**Bear** 31:1
**Beauregard** 9:22
**began** 11:16
**beginning** 36:5
**behalf** 5:17,20,23 16:18,
23 21:17
**behavioral** 39:4,22,25
47:22 79:21
**belief** 60:3,8,9
**benchmarking** 85:15
**benefit** 61:14 118:22
**BHG** 39:4,7 79:10 81:25
82:4,14,17 83:25 93:11,
22 97:19 99:18
**bid** 11:23 12:11 31:15
45:23 46:2 51:24 52:1,3
**big** 100:7 105:15
**biggest** 76:25
**billion** 32:15,16,18
**birth** 9:7,23
**bit** 16:25 18:6 19:19 25:8
32:11,18 43:8 55:19
67:15 82:19 104:3
112:8
**blended** 111:16
**Bleu** 10:11,15 11:4
**blowing** 30:10
**blue** 82:5
**Blum** 8:16,20 13:6,8,12
22:8,14 33:19 34:15
35:20 37:14 44:20
57:15 65:1
**board** 108:18,23,25
**bond** 86:21
**book** 120:7
**books** 121:11
**born** 9:19,21
**borrower** 106:19
**bottom** 106:1 120:2
**bought** 11:14,23
**boundaries** 113:10

**box** 100:16 115:19
116:13 120:2
**branch** 48:16
**break** 6:25 20:16 55:3,7
**breakdown** 93:18
**Bricks** 17:8
**bring** 78:23 113:9
**brings** 12:7
**broker** 13:4 74:7 79:22
89:9 94:14 113:6,13
**brokerage** 13:5 17:9,23,
25
**brokers** 77:16 78:7
88:10 94:22 104:8,20
114:14,15,19,22 115:1
**Brown** 5:16 7:22 8:1
62:21 63:7
**bucks** 32:24
**budget** 51:17
**build** 17:15 73:5 92:11
**building** 20:12 21:12,22,
23 22:21 24:22 39:5
42:6,9,11,17 43:8
47:11,15,16 53:19
59:25 65:14 74:1,2,5,17
75:3,8,19 77:3,6,8 81:9
101:6 102:6 106:7
116:24 119:15,23
120:5,21,22 121:1
**buildings** 39:19 71:11
72:1,21 73:10 75:15,18,
20,22,23 76:17 77:4
**Built** 62:2
**Bureau** 45:14
**business** 11:7,10,13,16
12:21 17:19 56:19 67:9
**buying** 11:11 86:21
**byproduct** 117:23

---

**C**

**Cafe** 10:17
**Calcasieu** 32:14,15
**calculate** 77:16 110:3
**calculated** 88:4
**calculating** 78:7 109:6
**calculation** 85:1 88:18,
23 89:2 90:3 95:12
96:17
**calculations** 64:12
78:18 120:4
**call** 8:14 13:25 48:11
52:14,15,16,18 105:24
113:21
**called** 27:7 39:4 40:6
95:4
**calling** 18:24

**calls** 39:8 63:8
**Canada** 10:11 11:4
**cap** 47:10 86:4 99:21 100:23 103:16,17,19,20 104:3,6,11,13,14,25 105:2,7 109:25 110:1,7, 9,12,15,24 111:6,10,22 112:2,14,16,17,20 113:16 114:6,7,11,13, 23 115:7 116:2,3,5,9 117:15,17,22 118:1,4,9 119:2,7,10,16,24 120:1, 14
**Capital** 47:11,17 77:1
**capitalization** 100:23
**capture** 44:10 58:5
**care** 79:24
**career** 10:5,6 56:11
**carpet** 25:25 26:7
**case** 19:18
**case-by-case** 69:11
**cash** 86:6 90:3 95:11 96:10 97:16 99:12 102:11,13 107:5 117:5 118:13,22 119:20 120:8,22
**casualty** 24:17
**categories** 72:17,20 77:14
**category** 73:6 74:21 75:2
**catering** 10:5 11:5,7,10, 13,16 12:21 16:12 56:10,12,19
**cautious** 100:25
**CCIM** 14:3,13 16:3 94:25 95:2,3,8,9 107:18 109:5
**ceiling** 25:25
**center** 46:20 47:8
**certificate** 10:12
**certification** 14:12,17,21 15:21
**certified** 14:4,6,22
**cetera** 25:1 30:18 31:16 73:11 110:11
**chance** 24:20
**change** 24:11 30:11 100:18 104:11,12
**charges** 29:20 30:3 82:10
**Charles** 5:10,17 9:10,20, 23 10:3,17 19:23,24 27:19 47:13 65:6 66:23 67:9 77:6 81:6 85:12 86:1 107:19,20 108:5 115:4,8,9,10
**chart** 107:7

**chartered** 107:19 108:1
**chartering** 107:21 108:10,13
**charts** 108:9
**cheaper** 33:8
**check** 44:20
**chef** 10:5
**Chelsea** 5:19 6:12 7:2, 22
**Chick-fil-a** 113:2,3,4
**chose** 83:10 86:20 87:25 100:9
**church** 11:14 12:6,7,8
**cite** 64:23
**City** 86:2
**claim** 59:20,22
**clarify** 6:19 41:20
**clarity** 58:15 80:6
**class** 16:4,14
**classes** 16:5 108:11,25
**classification** 76:14
**classroom** 108:21 109:1
**cleanup** 25:8
**client** 64:8 78:15
**clients** 44:16
**clients'** 16:18
**close** 48:12 87:3 105:23 121:20
**code** 45:25 51:24
**colleague** 77:5 108:3
**colleagues** 72:14
**college** 10:9
**colors** 80:14
**column** 67:19 71:20 73:8,12,17,25 100:11
**columns** 34:25 70:16 71:2,9,15
**commencement** 67:19 68:6,13 81:14
**commencing** 92:10
**commerce** 47:18 58:4, 22 59:1,3,6 74:18 75:4
**commercial** 10:7 11:12 12:22,24 13:24 14:4,6, 22 16:17 17:10 24:15 25:3 67:9 107:20 108:18,19 112:24
**commercially** 67:10
**commission** 15:8,10,16 108:15
**commissions** 15:8 116:25
**commit** 92:17
**commitment** 42:23 46:1 54:25 58:5
**commitments** 45:21

**communications** 41:6 43:25 44:12 45:5 81:24
**companies** 18:21 88:19
**company** 5:8,21,24 6:13 11:6 12:25 16:13 17:16, 18,23,25 27:6,7 33:14 40:6 60:15,16 62:8,25 65:14 89:12,13,14 99:4
**comparable** 27:2 32:21 34:21 41:10 43:4 47:16 66:2,17 67:5 104:3 112:23 113:21,22
**comparables** 18:8 26:25 33:5,9 65:6,21,22 66:3, 13 78:5 104:20 113:24
**compare** 90:23 99:9
**compared** 77:12 99:15 100:2
**comparing** 78:17 90:19 92:22,23 93:6,7 94:4 95:23 96:5 109:14 118:3
**compete** 27:21
**competed** 60:10
**competing** 26:22
**complete** 58:18 60:19 76:16 97:24 99:13 109:4
**completed** 10:10 59:9, 15 60:1,22 61:4,17 63:23 64:2 74:5,8,12 92:8
**completely** 91:8
**completing** 91:12
**completion** 6:36 73:20 74:3 81:18 101:5,12 105:19 115:22,25 116:5,8 117:12,14,20 118:3,8,24 119:1,7,15 120:3,5
**complex** 11:15
**component** 61:18 84:17, 18
**concept** 95:8
**concerns** 58:17
**conclusion** 63:8
**conclusions** 78:11
**condition** 25:10,20,21 26:5,8,13
**consecutive** 111:2
**conservative** 101:1
**considerably** 33:8
**consideration** 22:22 33:15 77:21 78:1 110:21 115:11 120:9 121:13
**constantly** 44:17

**constituted** 73:1
**constraints** 56:1
**construct** 48:18
**construction** 60:14 61:9,18 62:6 63:21,22 66:20,24 92:9
**consulted** 56:25
**consumer** 108:5
**consumption** 35:16
**contact** 39:11 52:8
**contemplates** 121:8
**continue** 87:24
**continued** 24:2 58:14
**continuing** 13:22 14:16
**contract** 19:4 22:9,13,17 36:1
**contracting** 62:8,11,14, 25
**contractor** 59:19 60:12, 19,25 62:4,5 63:1,19 76:7 91:12
**contractors** 60:11 62:18 63:2,4 64:1
**contributing** 69:22
**conversation** 37:7 59:18 60:14 72:23 81:16 83:8, 14 97:24 99:6 102:19 104:7
**conversations** 53:3 59:24 60:13,20,23 61:8 76:17,22,23 77:5 81:22, 23 93:24
**conversely** 30:1
**cook** 16:14
**cooked** 10:17 11:1
**cooking** 10:4,15,24 11:1,2 16:14
**copy** 50:1 95:19
**Cordon** 10:11,15 11:3
**correct** 12:13,16 13:16 21:1 22:5,6,15,16 23:10,16 28:13 31:11 34:11,22 35:15 36:22, 23 38:5,7,17 39:20,21 41:3 42:17,18 46:16 49:3,4 51:10 53:16 54:17 57:16,17 61:4,19, 21 63:6 65:2,8,10,20 66:14,15 68:9 70:11,12 71:6,7,22 75:4,5,10 76:18,19 79:11,12 80:10,11,15,19,22 81:6 82:8,15,16,23 83:3,24 84:23 86:23,24 87:2,5 88:7,8 89:1,6,7 92:24, 25 93:8,13,17,23 94:5, 10 96:8,11,22 97:4,13, 21,22 98:6,17 103:10

104:17,25 105:6 109:9, 13 110:12,18 111:1,4 115:23,24 116:2,3,6,10, 11 117:12,13,22,24 118:9,16,20 119:8,9,11, 12,17 120:1,6,13 121:3, 4
**correctly** 80:17 81:12 82:12
**correlates** 37:22,24
**correspond** 33:21
**corresponded** 34:2
**correspondence** 39:6, 24 47:25 93:25
**cost** 51:15 88:16,20 89:16
**counsel** 5:14
**counteroffer** 34:22 35:9
**couple** 16:1,22 60:13 90:19 99:10 122:4
**courses** 14:3,5,7 16:2
**coursework** 109:5
**court** 5:9,11,13,25 7:8 9:11 20:15 33:20 34:7 40:16,19 122:5
**cover** 121:21
**coverage** 24:17,18 106:12,13,16,17,19 107:6,22
**covered** 16:8
**crafted** 102:5 105:11
**created** 72:19
**credence** 104:3
**credit** 13:22 99:23 110:11
**creditworthiness** 99:24
**Cresie** 53:15
**crossed** 80:14
**cuisine** 10:11
**current** 29:13 68:19 82:10 83:14 91:23 97:20 98:22 101:20 104:23 112:13 113:10 116:20
**custom** 111:13
**customs** 21:19 99:16
**cutting** 24:19 30:10,18

**D**

**D.C.** 5:6 9:12
**damage** 43:13 45:22 52:6 70:18 71:20,21,25 73:25 74:15,19 75:1,14 76:1
**damaged** 21:23 38:15 43:10 75:15 80:1 115:14

**damages** 73:1 75:8
**data** 18:15 23:23 48:10 57:8,20 70:16 76:25 77:22 113:7 115:18
**database** 112:25
**databases** 113:19
**date** 5:4 9:7 50:12 55:14 56:20 67:20 68:6,13 80:23 81:14,21 99:3
**dated** 57:5,17
**day** 27:17
**days** 16:4 50:8,13,14 58:1 83:18 92:10
**DCFS** 53:21,25 54:9,11, 23
**DCFS...ESPLANADE** 53:17
**DCR** 106:1,2,12,24
**dead** 81:1,2
**deal** 31:18 64:13 81:1,2 92:20 109:21 110:14, 16,17,22,23,25 111:13 112:5
**dealings** 23:14
**dear** 108:3
**Debakey** 68:18
**debt** 102:9,10 106:12, 13,15,16,17,19 107:1,3, 5,22,23
**December** 41:18,20 59:10 60:1,10,22 61:4 73:19 74:3,13 75:13 81:18 87:13
**decent** 25:21 26:5,8 58:5
**decide** 97:20
**decided** 77:15 94:23 105:21
**decision** 33:16 44:1 64:11 102:24
**decisions** 90:11
**deducted** 68:23
**define** 24:23
**definitions** 29:12
**degree** 10:8,12
**delays** 74:8
**delineate** 18:14
**deliver** 41:9 51:9
**delivery** 81:14 93:20
**delta** 52:7 94:19
**demand** 26:23 32:10 38:13
**department** 21:19 48:4, 14,16,23 49:2 52:20
**depend** 110:15
**dependent** 110:12

**depending** 26:12 96:14 99:9
**deploy** 101:3
**deposition** 5:3 6:14,15 7:12,16 9:15 16:20 19:10 65:16 122:10
**Deridder** 9:22
**derived** 15:17
**Derouen** 5:11
**Deryl** 53:15
**deserves** 120:23
**Design** 40:7 41:7 42:7 43:1,17,24,25
**designated** 14:3
**designation** 14:13,19, 23,25 15:3,18 16:4
**designations** 13:24
**designees** 95:10
**desirable** 67:8
**desired** 66:23
**desk** 44:18
**destroyed** 17:14
**detail** 18:6 24:12
**determine** 71:25 72:11 86:17 88:11 89:10 104:6,17
**determined** 23:24 86:7
**determining** 76:21
**developed** 24:9
**development** 12:22 13:2
**devices** 89:16
**DHH** 52:9 53:22 55:13
**dialog** 59:19
**differ** 85:11,13 86:3,4 99:21 106:23
**difference** 94:6,20 95:11 96:2,3,9,21 104:24 105:18 115:21 116:7,8, 13,15 117:8 118:1,3,7, 12,23,24 119:6,13,18 120:2,4
**differences** 118:4 120:15
**differential** 78:17 115:20 117:22 119:10 120:12, 23
**differentiator** 117:17 120:8
**differentiators** 72:4 77:22
**dig** 31:5
**diligently** 76:9
**dinner** 16:15
**directed** 16:17 52:19
**director** 52:10 108:17
**dis-** 89:25

**disconnected** 20:15
**discount** 85:2,4,11,13, 14,17,18,21,23 86:3,5, 7,10,12,18 88:5,9,11, 14,17,18 89:1,4,10,19, 23,25 90:2,12,15,16,17 107:24
**discounted** 94:17,19
**discounting** 88:21
**discounts** 85:24
**discuss** 39:23
**discussed** 49:6 103:6
**discussing** 20:22
**discussion** 34:4 55:21
**displaced** 44:15
**display** 106:6
**disposal** 61:12
**distinguish** 22:18
**District** 5:10 113:14
**divide** 116:3
**divided** 100:23 114:5
**Division** 5:10
**document** 8:18 48:19 50:11 65:11,13 66:8 78:25 79:13,14 80:12 82:24
**documentation** 44:5
**documents** 7:24 8:8,18 19:11,14 33:25 48:15
**dollar** 72:10,25 73:2,4 106:14
**dollars** 88:16 94:7
**door** 66:22
**doors** 25:22
**doorway** 51:6,13
**downtown** 27:18 47:13
**downturn** 32:12
**draft** 35:25
**drill** 68:22
**Drive** 68:19
**driven** 16:7
**drop-dead** 121:19,21
**drove** 33:15
**due** 116:25
**duly** 6:4
**duration** 110:11,13
**dynamics** 26:21

**E**

**E-A** 20:5
**E-A-U-X** 20:5
**e-mail** 19:15 37:16 42:1 43:22 44:9 45:10 50:3 53:15 54:7 114:1
**e-mails** 44:10

**earlier** 29:9 37:23 65:15 107:25
**early** 8:9 11:6 12:1 58:1 59:7,8,10 60:4 70:22 107:13
**earn** 15:18
**earned** 15:8
**East** 74:10 75:11,19,25
**Eastern** 5:5
**Eaux** 5:7,18 16:23 20:4, 5 28:19 51:8 52:4 98:22
**economics** 32:9
**economies** 104:12
**economy** 32:11,13,19
**edit** 80:20
**edits** 80:13,17,21
**education** 9:25 13:21,22 14:16,25 94:25 95:2,8, 18 107:18 108:16,17,22 109:1,3
**educational** 13:19 14:3 15:24 108:11,14 109:4
**effect** 54:16
**effective** 67:12 68:11,12
**effectiveness** 78:14
**efforts** 16:16
**eight-** 54:2
**elaborate** 87:10
**elect** 24:18
**elective** 13:25
**electrical** 35:16
**electronic** 34:2
**electronically** 7:14 9:1 22:11 34:9 35:22 37:12 41:24 53:11
**eligibility** 52:21
**emergency** 10:20 46:4 52:6 92:2
**empirical** 104:11
**employee** 51:3
**employees** 58:10
**employment** 10:13
**emptying** 24:25
**encompass** 22:21
**Encore** 60:17,18,20,21 62:5,7 63:3
**end** 27:17 51:21 54:7 87:12
**ended** 11:25 13:5 27:10, 17 33:12 40:8,13 41:7, 11,14 45:17 47:2 54:5 60:18 83:16 108:5
**Enforcement** 21:19
**engaged** 16:22 17:3,6, 17
**ensure** 23:22,23 24:9 78:3

**enter** 30:7
**enterprise** 39:11
**entire** 22:21 42:11
**entirety** 28:2 42:6,9,17
**entities** 46:10 51:20
**entity** 53:22 99:19 103:21,22
**environment** 112:13
**environmental** 45:11,14
**envision** 121:2
**envisioned** 84:9 90:10
**equate** 88:16
**Esplanade** 19:23,24 20:7,12 23:22 39:14,20 40:25 41:2,10 42:10,17 43:5,7,9 44:6 47:16 66:2,17 67:5,8 69:9 81:5
**essence** 92:22
**essentially** 86:22
**establish** 105:12,16 110:3
**estate** 10:7 11:12 12:19, 22,24 13:15,18,24 14:8, 17 16:12,17 17:4,7,9, 16,17 18:21 22:25 23:7 56:7,23 57:1 65:14 77:16 78:7 88:10,25 89:3,5,9,11,20,24 90:5, 16,18 94:13,14,22
**estimate** 51:17 70:19
**estimated** 74:2,18 99:3 115:20
**estimates** 73:20
**ethics** 16:2
**evaluate** 77:18 108:16, 19
**evaluating** 77:22
**evaluation** 79:10 93:11
**evaluations** 103:2
**Evan** 60:15
**Evelyn** 115:2
**events** 90:4 110:6
**EXAMINATION** 6:6
**examined** 6:4
**examples** 111:25
**Excel** 34:17
**exception** 72:23
**excess** 20:4 118:13
**exclusive** 22:14 23:13
**exclusively** 16:17,18 77:23,24,25
**excuse** 52:15 75:25 79:4 84:16 96:2 114:9 116:18
**execute** 21:17

**executing** 99:17
**execution** 50:13 55:22
  81:15,19
**executive** 48:16
**exhibit** 7:13,21 8:23,25
  22:10 33:22 34:8 35:21
  37:11 39:25 41:23
  47:25 53:10 64:23,24
  65:3 66:2,4,9,10 68:18
  69:3,14,16,18 70:9,10,
  11,13,14 71:5 76:10,11,
  12 77:12,14 78:24 79:3
  80:10 83:19 84:12
  86:22 90:22,24,25 93:1,
  4,10 96:19,20 97:2,10,
  17 98:1,10 106:2 107:7
  109:8,12,15 110:17
  114:23 115:19 116:19
**exhibits** 7:5 34:3 64:15
  78:17,20 92:23 93:6
  96:5 97:15 107:17
  109:4
**exorbitant** 53:20 54:10
**expected** 23:19 26:19
**expense** 24:7,16 98:5
**expenses** 23:21,24 24:4,
  5,11,13,14 25:2 26:18
  27:21,24 29:21,22,24
  30:4,9,14 32:24 49:16
  51:8,15 68:22,24 69:11
  114:18
**expensive** 27:22
**experience** 66:9 71:17
  78:14 89:17 107:14,25
  108:23 109:3 111:19
  112:6,8,23
**experiences** 115:18
**expert** 19:17 47:24 55:2
  56:3,5,8,12,16,22,25
  57:5
**expertise** 56:9 63:9
**expiration** 28:16,17
**explain** 15:5 21:25 29:12
  57:24 68:16 69:15
  80:24 85:16 87:8 90:25
  100:11 108:2 111:10
**explicitly** 69:9
**express** 102:15,16
**expressed** 42:8 102:18
  103:13
**extend** 28:20 49:7
**extended** 28:24 31:10
**extent** 7:23 75:14 83:9
**exterior** 116:24
**external** 25:1
**extract** 118:11,22
  121:12

**extremely** 17:1,3
**eyes** 115:17

———————

**F**

**facility** 48:18,25 50:7,10
  52:11
**fact** 26:6 62:16 97:1
**factor** 33:11 78:10
**factors** 18:10 69:22
  111:7
**failed** 107:13
**fair** 6:21,22 19:16 50:4
  55:4
**fairly** 25:9 48:24 65:23
  90:12
**faith** 99:25
**familiar** 19:14 67:23
  75:17 107:20
**family** 16:15
**fashion** 58:19
**FDIC** 108:14
**federal** 24:2 30:6 86:21
  99:20,22,25 103:23
**feet** 31:1 38:19,22 40:13,
  14 41:1 42:13,15 43:3
  49:19 51:23,25 52:2
  55:24 56:2 75:19,21
  77:2 112:11 113:23
**fell** 27:16 28:5 36:20
  54:21
**felt** 84:7 93:19,21
**fielding** 39:8
**figure** 18:24 26:15
**file** 57:10
**filed** 5:8
**files** 70:17
**Fileshare** 8:4 31:4
**filled** 33:2
**fills** 20:4
**final** 50:6
**finally** 64:20 103:3
**finance** 100:12 101:21
  102:1 105:3,5 116:13,
  15,16 118:7,25 119:14
**financial** 33:15 98:9
**find** 11:13 17:14 18:1
  46:6
**finding** 27:18
**fine** 7:8,9 98:13
**fingertips** 8:14
**finish** 66:11 75:24 87:7,
  9
**finished** 49:23,24
**finishing** 24:24 91:18
**firm** 13:6 17:10 18:1
  31:12,14 46:6 92:4

**104:2**
**firms** 17:4,7
**first-floor** 42:23
**fiscal** 32:12,16,17
**five-year** 15:15 58:6
  109:20 110:14,16,25
  111:22 112:5
**fix** 59:21
**fixed** 24:3 30:9
**fizzled** 87:23
**flattened** 32:17
**flood** 18:12 24:17 69:19,
  24 70:6 77:23
**floor** 20:12,25 21:11,12,
  13,22 22:4,18,20,23
  23:15 24:3 25:5 27:3
  28:5,8,11,23 30:24
  31:25 32:21 36:19,21,
  25 39:2 41:1 42:5,19,
  20,25 45:16 46:25 48:2
  50:16,24 52:9 53:18
  54:14,15 68:5 81:7
  91:13 96:1,12 101:14
  103:3,8,21,22 117:2
**flow** 107:5
**flows** 86:6 95:11 96:10
  97:16
**focus** 15:3 42:12 105:13
  115:14
**focused** 14:8 103:7
**folder** 34:10
**folders** 8:5
**follow** 88:12
**foot** 28:2 31:2,7,10 35:7,
  10 37:23,24,25 38:4
  49:11,16 53:19 54:6
  64:22 68:25 70:2 82:9,
  11 84:13 92:18 100:21
**footage** 30:24 37:22
  40:11 41:10 49:18
  66:14 68:12 71:10 73:9,
  13,14,18 76:12
**forecast** 91:3
**forget** 60:16
**form** 62:22 63:8 70:21
**forms** 48:10
**Fort** 9:21,24
**forward** 24:8 99:9 100:2,
  3 105:18
**found** 33:8
**four-** 58:6
**four-year** 92:6,15,24
  93:8 94:5,9 95:24 96:7,
  13,15,19 97:3 110:23
  111:2
**frame** 10:19 11:18 12:20
  41:13 42:22 48:24 75:5

**freak** 24:20
**friendship** 21:6
**fruition** 64:10
**full** 9:4 24:22 61:13,14
  67:13 98:9 99:24
**full-service** 29:22
**full-time** 12:23
**fully** 90:14
**fun** 16:15
**function** 43:15 118:21
**funds** 59:21 105:3 108:4
  116:13,15,16 118:7,25
  119:14
**future** 90:3,9 102:7
  105:17 110:5,6 117:1

———————

**G**

**gap** 92:19
**general** 21:14 24:18
  39:12 40:2 60:18 63:1,
  19 87:21
**generally** 25:2 31:14
  39:7
**generated** 84:21 119:19,
  22
**generates** 101:21
**geographic** 18:11
**give** 6:23 16:25 18:5
  31:15 32:24 49:20
  54:22 78:23 98:12
  100:3 112:8
**global** 106:19
**go/no-go** 90:11
**goals** 100:10
**godepo** 5:12
**good** 6:8,12,25 8:10,11
  25:10,20 31:18,22 42:4
  59:13
**Gophr** 27:7,13 28:4 32:2
  33:7 36:20
**government** 11:19,21,
  23 21:16,17 24:2 39:9
  48:3 99:22,25 103:23
**governmental** 31:22
  46:10 51:20 103:18,21
**graduated** 10:3,23
**grand** 26:11
**grass** 24:19 30:10,17
**great** 7:2 98:20
**greater** 66:23
**Greg** 115:3
**grew** 32:16
**grocery-anchored** 47:8
**gross** 15:16 24:22
  29:10,14,19 30:6 31:9
  35:2,3,12 38:1 49:8,12

**67:13,14 68:19 82:5,14,
  18 83:21,22 84:14,16,
  24 87:22 88:6
**ground** 6:17 21:22 24:2
  76:7 113:3,4
**grounds** 24:19 30:17
**group** 39:4,23,25 42:7
  43:1,18,24,25 47:23
  50:4 79:21 107:18
  108:3,4
**GSA** 21:16 28:12,17,20,
  23,24 29:13 30:6,13,19,
  24,25 31:18 39:12 40:1
  42:19,23 46:10 99:20
  103:24 104:1,4,13
  116:25
**GSA's** 45:22
**GSA/BESE** 46:13 47:9
**GSA/BUREAU** 45:11
**GSA/DOD** 46:20 47:4
**guess** 8:5 18:22 29:11
  90:13 99:4 121:22
**guidance** 89:17 90:6
  98:4
**guidelines** 108:19
**Guidry** 23:1,4
**guys** 27:14

———————

**H**

**half** 10:18 11:5 19:2,3
  53:8 105:11
**half-day** 16:1
**hand** 6:2 120:8
**handling** 40:21
**hang** 45:18
**happened** 41:5 64:13
**happening** 115:11
**happy** 50:3
**hard** 121:24
**Harris** 52:20
**haven** 85:5,7,9
**head** 6:24 27:25 30:15
  31:7 82:2
**health** 39:4,22,25 47:23
  48:5,15,23 49:2 52:20
  79:21,23
**healthy** 106:15
**hearing** 72:15
**heavily** 80:1
**held** 60:3 102:20
**helped** 17:14 18:14
  108:18
**helping** 44:16
**high** 10:1,2,23 32:12
**high-crime** 67:11

**higher** 85:21,22 86:10, 12,21 105:2 107:3,4
**highlights** 42:6 115:5
**highly** 88:23
**hired** 17:8
**historical** 24:8
**history** 10:14 16:9
**hold** 11:16 13:14,23 20:10 100:9 105:13
**holding** 120:20
**Holdings** 5:7,18 16:23 20:5,6 28:19 51:8 52:4
**Holdings'** 98:22
**holds** 120:10,19
**home** 11:5,13
**Homeland** 21:20
**hope** 50:8,10 59:8
**hopes** 59:15
**hoping** 83:16
**Hospital** 10:19
**Hospitals** 48:5,23 49:2 52:20
**hour** 121:25
**hours** 13:21 14:7 109:1 122:4
**house** 9:18
**Houston** 115:2,7
**huh-uh** 56:24
**hundreds** 113:19
**hurricane** 17:14 18:20 21:22 28:7,22 36:18,22, 24 37:3 38:8,16,20,23 43:11,17 52:7 57:23 58:1,22 59:2 66:5 71:21 74:12 75:8,16 78:4 91:16 92:3 101:12,13 102:20 103:1,14
**hurricane-related** 91:19
**hybrid** 24:3

**I**

**ice** 24:20
**ICU** 10:20
**identified** 19:17
**identify** 7:6
**illustrated** 93:5
**illustration** 90:7 109:25 121:9
**immediately** 76:3 81:19
**Immigration** 21:18
**immigrations** 99:16 111:13
**impacts** 78:4
**implication** 113:2
**improvement** 36:16

**improvements** 25:17 36:15 99:11 101:2 102:12 116:24
**inclined** 46:6
**include** 24:15 35:4,5
**included** 29:25 30:14, 16,19 35:14 37:21 38:4 49:13
**includes** 12:7,8 29:21 30:8
**income** 78:19 84:20 94:4,12,15,17,18,24 95:23,25 96:2,3,18,19 100:22 106:15 110:2,5, 6 114:5,10 119:25
**indicative** 65:16 107:4
**indicators** 70:1
**industrial** 14:24 15:2,17 40:7
**industry** 31:17
**information** 44:22 49:21 59:16 71:2,9,15,16 73:22 113:14,15 114:16
**initially** 27:4 28:6 37:17 62:10 98:21
**inquiry** 39:5
**insert** 69:9
**inside** 50:8 51:3
**insight** 112:8
**insurance** 5:8,21,24 6:13 24:16 30:8,17,22 35:5 44:16 59:20 61:14, 22,23 98:25
**intent** 40:4 43:24 44:2 46:13 48:9 79:16 80:8,9 81:8,11 82:3 83:1 102:5
**intention** 110:4
**intentionally** 107:14
**intentions** 72:14
**interest** 27:4,6 28:6,8 32:2,4,6 33:1,6 36:19, 21,25 38:9 39:1,3 40:4, 6 42:8 46:14 48:2 102:15,16,18 103:13 104:12,13 110:10
**interested** 40:25 42:10 46:8,24
**interesting** 56:12
**interior** 99:6
**intermediate** 10:10
**internal** 48:15
**interrupt** 109:19
**interrupted** 101:15
**interruption** 20:9,14
**intersect** 39:14
**interview** 51:7
**introduced** 7:13 8:25

22:10 34:8 35:21 37:11 41:23 53:10
**inventory** 38:21 77:1 112:10
**investing** 86:1,2
**investment** 14:4,6,8,22 85:19,25 86:6 89:20,24 90:18 112:25
**investments** 71:19
**investor** 14:10 33:13 77:3 99:23
**investors** 108:3 113:5
**involved** 17:1 19:21 20:1 22:2,25 23:2 28:15
**involvement** 20:22 21:6 23:3,5,6
**issued** 8:16 44:20
**issues** 38:12 55:18 69:4 108:12,24
**items** 63:13 91:11,19 98:19

**J**

**Jack** 113:22
**James** 81:4,22,25
**Janies** 52:12
**janitorial** 24:21 30:10 35:4,13 37:21 38:4
**January** 41:18,20 59:10, 16 60:1,2,10,22 61:5,17 62:1,2 64:2 74:14 75:13 80:7 81:10,18,21,25 82:1 87:17
**job** 10:16
**Jody** 23:1
**Joey** 20:3,7,24 21:2,6 23:4 24:6 42:1,4 58:2 59:18,19,24 60:19,23, 24 61:8,22 63:22 81:23 99:3 100:3 101:3 102:15,16 105:12 106:7 116:19
**Joey's** 63:25
**John** 5:22
**July** 8:9 9:8 91:4 103:9
**June** 8:9 23:9,10 25:5 37:18 65:9,11,13 66:5,8 91:4 103:11,12

**K**

**keeping** 102:23
**Keller** 18:1
**kind** 14:5 29:12 44:14 108:16 112:7 113:13
**knew** 62:9

**Knight** 79:22
**knowing** 86:20
**knowledge** 104:7 108:10

**L**

**label** 8:19
**labeled** 65:3 79:13
**LACBD** 112:24
**lack** 10:20 58:15
**Lake** 5:10,17 9:10,20,23 10:3,17 19:23,24 27:19 47:13 65:6 66:16,23,24 67:9 77:6 81:6 85:12 86:1 107:19,20 108:5 115:4,8,9,10
**landlord** 30:2 83:14
**landlords** 26:14
**large** 11:14 89:14 91:10
**lastly** 26:25
**late** 70:22
**latest** 61:5,6,18 62:1,3 91:4
**Laura** 17:14 18:20 21:22 28:7,22 32:1 36:18,22, 24 37:3 38:9,14,18,20, 23 43:17 47:15 52:7 57:23 58:2,22 59:2 66:5 71:21 75:9,16 92:3
**law** 62:25
**lawsuit** 56:6 57:1 98:15
**lay** 6:17 43:22
**leads** 44:11
**learn** 88:14
**learned** 95:8 108:23
**lease** 11:24 17:22,25 18:4 19:3,4,7 20:11,25 21:10,17 22:4,20 24:2, 23 25:9 26:25 27:9,15 28:16,17,20,23 29:5,10, 13,19,22 30:1,2,6,7,8, 13,14,23,25 31:9,10,17, 23 33:9 35:25 36:4 39:20 40:14 42:16 44:6 45:18,20 46:9,22,25 48:7,9,11,18 49:1,5,6 50:11,13,15 51:3,10,19,21 52:2,9 53:22 54:2 55:12,15,16,22,24 57:20 58:5,6,7 65:4,6 66:13 67:16 68:1,12 69:21 73:15 77:24 78:4, 8 79:10 81:5,14,15 83:10,17,21,22 84:21 86:23 87:12,22 88:6,7 92:4,6,23,24 93:7,8,11, 12,16,23 94:5 95:24
**leased** 25:6,7 27:1 28:12,15 42:19,20 59:3 65:14 91:4 97:11 102:25 106:8,9
**leases** 11:19,20,22 12:11 23:14 29:23 44:13 45:5,23 46:4,5 52:13 78:18 92:11,12 113:4
**leasing** 11:17,25 12:23 15:10 18:9 32:6 33:12 36:25 40:8,14 41:11 42:8,24 46:14 48:2 51:24 68:2 71:18 98:5,7 101:13 103:7 116:25
**leave** 121:19
**left** 69:10 73:25 89:16
**legal** 9:4 63:8
**lending** 106:16 107:21 108:19 110:4
**length** 58:5 100:1
**lengthy** 63:17
**lessee** 34:21 35:6
**lesser** 117:4
**lessor** 29:20,23 30:3 36:6,7
**letter** 44:2 79:16 80:8,9, 17 81:4,8,11 82:3 83:11
**letters** 40:4 43:24 46:13 48:9
**level** 39:12 40:2 48:15 70:18 71:21 72:1 73:25 74:16 75:1 106:20
**levels** 15:1
**liability** 24:18
**license** 12:19 13:3,15, 18,20,23 14:17 62:11, 14,18 63:2,4
**licensed** 57:3
**likelihood** 110:22
**limit** 99:1
**limited** 24:15 83:8
**lines** 63:19
**link** 8:4
**liquidity** 121:12
**list** 47:22 72:21 73:24 91:11 109:5
**listed** 25:5 32:22,23 37:17 40:9 103:9 114:23
**listing** 22:9,13 23:8,17 37:4 57:12 72:22 112:22 113:6

96:7,13 97:2,3,18,19,20 99:10,17 100:1 104:2 109:16,20 110:11,13 111:3,18,21,22 113:3 117:1

**listings** 39:15

**lists** 66:13 68:11

**litigation** 65:19 69:4
71:6

**live** 9:9,10 42:15

**living** 9:22

**LLC** 5:7 20:6

**loan** 98:22,23 100:17
101:19,20,23 106:18,25
107:23 117:23

**local** 17:9 18:1 32:13
113:7

**located** 79:25

**location** 17:12 40:8
67:8,9 85:12 86:1 97:20

**locations** 18:25 54:1

**long** 10:24 14:7 46:1
50:5 55:17,19 74:19
75:3 76:24 90:20 98:8
114:20

**longer** 69:21,25 70:7
98:8 122:1

**longer-term** 45:21 46:1,
7 54:25

**looked** 8:12 18:9 23:22
77:12 90:7,8 91:2,23
93:10

**loss** 76:1 78:19 94:3,12
95:23,25 97:4,5

**losses** 115:20

**lost** 38:20 75:18 94:15,
24

**lot** 24:25 38:15 44:12
58:8

**Louis** 10:2

**Louisiana** 5:1,10,17,20
9:10,24 12:1,12 17:2
19:25 48:4,8 57:21
62:7,11,14,17,24 63:2,3
65:7 85:13 86:2 92:1
112:25 115:3

**low** 33:4

**lower** 33:5 85:21,23
103:18 105:2 107:5

**lowered** 37:6

**lowering** 37:8

**LSU** 10:4,8,14,24

**LTV** 100:16 107:1
117:11,21

**M**

**made** 24:10 50:9 102:21,
22

**main** 104:24 117:17

**maintain** 14:19 113:19

**maintenance** 30:17

**majority** 109:2

**make** 6:23,25 19:12
27:12 33:15,23 35:17
41:6 80:16 90:14 99:11
100:16 102:12 116:23

**makes** 113:11

**making** 26:10 59:5
69:10 78:10

**managers** 72:3,16,21
77:8

**managing** 20:4

**March** 28:18 52:23,25
55:13 57:5,17 80:23
81:2 109:9

**March/april** 53:2

**Margot** 10:17

**mark** 32:12 34:5

**market** 15:2,4 17:2 18:8,
12,15 23:23 26:13,21,
22 27:4,8 32:8,25 33:4,
5 38:3,13,18 39:13,16
45:22 46:2 54:12 57:8,
20 58:6 63:3,24 66:21
67:6,21 68:1 69:2 72:8,
12,15 75:12 77:2 92:5
96:15 100:23 104:3,7
111:19 112:2 113:9,10
114:20 115:15 119:7,10

**market-generated** 15:10

**marketing** 24:9

**marketplace** 71:17

**markets** 114:20

**Matt** 13:4,5,11 115:4

**matter** 5:7 6:13 7:17
56:7 85:25

**matters** 44:16,17

**max** 51:19

**maximum** 49:7 98:24,25

**Mcneese** 40:15,18,22
41:8,14,16 43:2,4,10,16
68:5

**means** 49:13 61:13
85:17 106:14

**measure** 57:21 64:7,9
86:5 94:6 95:10 104:18,
19 110:5 111:6 112:17,
20 113:16 118:14

**measured** 64:5 78:19
94:3 95:23 119:23,25

**measurement** 120:9

**measures** 110:1,8

**measuring** 58:25 94:11,
15,24 95:22,25 96:4
110:6 120:23

**Medicaid** 52:21

**meet** 26:15 46:3

**meeting** 108:23

**meetings** 108:18,25

**member** 14:4,6,22 20:4

**members** 95:10

**Memorial** 10:19

**mentioned** 8:15 9:11
10:14 18:22 29:9 38:12
62:4

**messages** 44:21,24 45:6

**messaging** 44:13

**met** 21:3

**method** 109:11

**methodologies** 107:22
109:7

**methodology** 76:20

**metric** 78:3

**mid-2000s** 11:9

**mid-september** 59:7
70:23,24

**mid-spring** 52:21,23

**middle** 26:15

**midpoint** 112:15

**midst** 100:4

**million** 76:1 99:7 101:6
107:2,3 114:4 116:21
120:21,22

**million-dollar** 114:8,10

**mind** 52:18 89:21
102:21,22

**mine** 108:4

**minimal** 16:3 25:8

**minimum** 14:25 15:7,12
46:3

**minor** 43:12,13,14 72:4,
18 73:2,7 74:19 76:15

**missed** 57:22,24 58:20,
25 64:5,7,16

**mixed** 103:24

**MLS** 112:24

**model** 101:20

**models** 96:23 119:19,22

**modifications** 50:18
53:19 54:8,9,14,18,23

**modified** 24:22 29:10,
14,19 30:6 31:9 35:1,3,
12 38:1 49:12 67:14

**moisture** 63:16

**moment** 32:10 39:11
54:17 92:15,17 111:6

**money** 61:23 101:25
116:23 121:2

**Monheiser** 60:16

**monitored** 88:23

**month** 27:20 32:23
52:23 53:8

**month-to-month** 43:19

**monthly** 98:23 107:4

**months** 10:4 16:22 18:3
35:16 36:5 37:17 46:23
55:20 65:17 68:13
69:21,25 70:7 75:24
76:2 79:6 102:20
105:11 110:21 113:22

**moon** 26:10

**morning** 6:8,12

**Mortar** 17:8

**mortgage** 102:11 116:21

**motivating** 33:11

**move** 31:13 64:20 81:20
87:11 90:22 104:15,17
109:8 110:9,10

**move-in** 50:12

**moved** 9:23 12:21,24
25:11 26:3 41:16 43:2,
18 121:21

**movement** 58:8 110:10

**moves** 110:11

**moving** 41:7 47:1

**MSA** 66:23

**multi-tenant** 18:11
38:17,21 47:19 69:20,
24 70:7 77:25 112:13
113:23

**multiple** 11:20 52:13

**multiply** 116:2

**N**

**national** 113:2,8

**navigate** 44:16

**necessarily** 8:1 75:7
85:15 90:1 110:15

**needed** 12:15 18:7
25:17 41:12 52:18 54:4
59:21 63:14 82:1 100:9

**needing** 52:17

**negotiate** 84:4

**negotiated** 52:2

**negotiating** 29:2,3 55:13
87:24

**negotiations** 27:16 28:5
36:19 48:6,8 53:1,5
83:5 84:6 87:23 93:18

**net** 30:1,2 35:1 49:18
64:21 68:12,23,24
69:14,23,24,25 70:2
77:10,17 78:18 82:15,
17 83:6,21,23,25 84:14,
17,18 85:1,22,23 86:18
87:22 88:3,5,7,11,17
89:2,10 90:2,16 92:18
93:1,4,5,23 95:12
100:22 109:6 114:4,5,
10,17 115:20,21 116:13
118:2,7,23,24 119:6,13

**120**:2,11,15

**newer** 65:25 92:11

**Newmark** 79:22

**nicer** 43:6,8 65:25

**nine-month** 54:2

**NNN** 67:14 82:10

**no-go** 64:11

**nodding** 6:24

**non-gsa** 103:24,25
109:16,19 110:14
111:14,18 112:5

**nongovernmental** 99:19
103:22

**normal** 45:23

**note** 67:13 100:16

**notebook** 34:2

**noted** 8:17

**notice** 7:12,16

**notion** 81:17

**November** 37:16 38:6
42:2 58:13 62:14,18,20
63:4

**NPV** 84:25

**number** 8:18 18:10
32:14 33:21,22 34:1,3,
6,15 42:7 45:10 46:19
53:12 57:6,15 73:7
86:16,17,20 90:1 96:11
99:5 100:18,19 117:21

**numbers** 30:19 33:18
35:18 67:15 76:21
79:15 83:20 84:19,22
87:24 88:7 100:13
107:10 114:21 117:3

**O**

**object** 62:21,22 63:7

**observations** 90:21

**observing** 5:23

**obtain** 10:8 13:17 14:11
15:13,20

**Occasionally** 16:14

**occasions** 21:3

**occupancy** 55:21 91:8,9

**occupy** 81:15

**occurred** 38:24 70:20

**October** 58:13 59:8 60:4
70:22

**Odom** 20:3,24 21:2,6
22:24 42:1 46:8,24
54:22 59:25 61:8 63:22
103:3

**Odom's** 46:14

**offer** 35:6 41:6 45:17
79:4,15,17,19 83:20
87:1,4,15 93:22

**offered** 34:21 37:20
87:5,21,22
**offering** 39:19 46:10
**offers** 46:12
**office** 11:17,19,24,25
14:24 15:2,4,9,11,17,19
17:2,5 18:2,9,10,24
20:12 25:22,23 38:17,
21 39:9,15 40:8,13
41:13 44:15 47:19 48:4,
18,24 50:7,9 52:10 54:1
57:20 67:6 71:18 91:24
112:1,11,13 113:23
**older** 65:24
**omitted** 107:15,25
**on-the-job** 108:22
**one-year** 37:20
**online** 76:25
**open** 108:7 115:17
**opening** 57:7 108:6
**operated** 17:13
**operating** 23:24 24:4,5,
7,10,13,14 25:2 26:18
27:21,23 29:21,22,24
30:3,9,14 32:24 49:16
68:22,24 69:11 114:5,
10,18
**operation** 33:13
**operational** 23:21
**operator** 10:5,6
**opinion** 77:10 78:2
**opportunities** 64:17
**opportunity** 29:11
57:22,25 58:21,25 64:6,
8,9,12 88:15,20 89:15
**opposed** 110:16
**option** 41:15 42:16
61:15
**options** 49:7
**opulent** 26:11
**order** 27:20 57:21
**orderly** 10:21
**organized** 108:4
**original** 80:17 102:11
**originally** 84:9
**Orleans** 77:4
**Ottawa** 10:11 11:4
**out-of-state** 62:25 77:3
**outcomes** 89:18
**outline** 24:12 100:10
**outlined** 94:17
**outs** 12:14
**over-leverage** 101:1
**overestimate** 78:4
**overlap** 118:25
**owned** 77:3

**owner** 14:9 17:24 18:5,7
29:20,23 30:3,7 55:24
65:14 68:21 69:6,7 75:3
98:4
**owner's** 22:14 121:11
**owners** 72:2,13 73:23
74:2,17 76:18 77:8
**owns** 20:6 74:7

**P**

**p.m.** 122:9,10
**paid** 116:20
**paint** 25:24 26:7 100:2,
25
**paragraph** 64:4,21
78:16 98:1
**Parish** 9:22 32:14,15
**parking** 24:25 41:11
43:7
**part** 8:8 21:19 23:17
44:19 46:14 63:15
64:16 65:21 66:19
68:15 70:15 79:6 87:4,
6,8 91:10 92:2 98:9
102:19 107:18,21
**participants** 46:3
**participating** 5:23
**parts** 66:23
**passed** 76:8
**passes** 9:17
**past** 27:1
**path** 100:2
**pay** 99:24
**payable** 30:4
**paying** 68:20 102:11
**payment** 98:23 107:4
**Payne** 5:19 6:7,12 7:4,
10,15,20,25 8:3,6 9:3
20:10,20 22:12 28:10
33:24 34:5,10,12 35:24
36:12 37:13 40:20
41:25 44:8 53:13 55:2,
11 62:23 63:10 89:22
98:13 106:2 119:4
121:18,23,24 122:7
**pending** 19:4
**people** 18:18,22 115:6
**percent** 15:9,16 19:6
38:21 70:5,6 77:2 85:2,
3 86:10,14 88:4 100:17,
18,19,24 101:16,18
103:23,25 104:1,3,14,
15 107:1 109:3 111:10,
12,14,17 112:5,9,14
114:7,11 117:20,24
**percentage** 70:1,3,4

**percentages** 77:13
**perfect** 40:12
**performance** 24:8 99:25
**performed** 62:5
**period** 15:15 26:4 36:4
44:25 46:15 51:21
96:16
**permanent** 63:16
**person** 9:17 33:12
**perspective** 14:9,10
64:23 77:11
**pertinent** 69:7
**phone** 52:14 93:24
114:2
**phrased** 74:24
**physical** 58:9,10
**physically** 61:19
**pick** 86:18
**picked** 86:16
**picture** 100:7,25 105:15
**piece** 111:14
**pieces** 63:19
**Pines** 67:4 74:10 75:11,
19,20,22,25
**pipeline** 19:4
**place** 9:18,23 13:3 92:9
105:15
**places** 101:4
**plaintiff** 5:18
**plaintiffs** 19:18
**plan** 53:18 54:15 99:15,
18,19,22 100:12,13,15
102:5 103:17,20 104:25
105:3,20 106:3,13,21,
23 107:1,2 109:14,16,
20 110:13,17 111:9
115:22 116:1,2,9 117:4,
6,15,16 119:11 120:25
**planning** 48:18,25 50:10
52:11
**plans** 99:9
**platforms** 113:8
**plug** 107:9
**point** 16:9 23:12 24:1
30:5 31:3 38:10 76:25
87:23 102:3 111:21,23
**points** 18:15 72:5 77:22
**policies** 64:5
**policy** 98:25 104:12
**Polk** 9:21,24
**poor** 89:18
**poorly** 76:2
**portion** 83:13
**possibly** 24:17 72:8,9
81:20
**post-hurricane** 38:14

**potential** 34:21 35:6
42:5 43:22 44:13 45:13
47:4 51:18,20 54:21
59:19 77:17 84:21 86:5,
23 88:6 93:7,8 94:4,5
100:11 101:21 102:1
105:5 109:16 113:2
**potentially** 22:25 59:9
60:5 93:19,21
**practical** 53:20 54:10
**practice** 67:24 94:25
107:21
**pre-hurricane** 32:1
38:14,18 47:15 64:23
77:11 78:5
**pre-storm** 70:19,20
**premises** 81:13
**premium** 85:5,7,9 88:22
92:18
**prepare** 16:19,22 19:9
48:14,15 65:11 70:13
76:11 78:24
**prepared** 19:15,18 34:18
64:14 65:13,17,18 66:1,
4 70:24 71:4,5 76:10
79:3,6 84:4 91:25
98:14,16 107:8 109:9
**prepares** 95:9
**preparing** 61:2 66:7
70:10 95:16
**prerequisite** 80:8 81:9
**presence** 58:9
**present** 78:18 85:1,22,
23 86:18 88:3,5,11,17
89:2,11 90:3,16 95:12
109:7
**presented** 53:18
**pretty** 31:18 64:3 76:5,8
**previous** 45:15 47:10
56:11
**previously** 8:8 45:15
47:7
**price** 27:15 30:15,24
37:3,8,22 84:12 99:2
114:6,10
**priced** 33:4
**primarily** 12:1 16:1,21
17:10 19:12 26:23
30:22 32:8 54:24 60:23
103:7
**primary** 11:12 42:12
**principle** 90:1
**prior** 11:11 21:6 23:2,5
36:18,22 37:3 43:17
56:20 66:5 98:14,15,18
103:1,14
**private** 25:23 39:10
89:14

**problem** 36:13 47:2
**proceeds** 61:14,22,24
98:25 100:12 101:3,21
102:1 105:5 116:22
117:7
**process** 48:10 50:6
55:16 59:22 63:14
88:17
**processes** 106:6
**procured** 52:5
**procurement** 45:25
51:24 52:6 92:2
**produced** 8:20 98:2
**product** 70:15 107:16
113:1
**production** 14:2 15:1,3,
6,25 16:7
**productivity** 15:19
**professional** 16:9,16
21:5 57:20 107:14
**progress** 63:14
**prohibited** 43:14
**project** 63:1 90:8
**Projected** 101:11
**projects** 11:24
**pronounce** 6:9
**pronounced** 6:10
**properties** 11:20,23
12:2,5,9 13:5,7,8 15:11
18:9 38:15,22 65:25
67:3,25 68:2,10 92:7,
12,13 112:1,11,14,25
113:20 114:3 115:14
118:13
**property** 17:13,15,18,24
18:5,7,12,16 19:21,22
20:2,6,23 21:7 22:2
23:21,25 24:15,16,17
25:3,5 27:18 28:3 30:8,
16 33:1 35:5 38:9 40:7,
21,24 41:4,17 43:4,5,10
44:1 45:6 54:5 55:23
57:22 58:3,16,22 59:1,
5,23 60:9,22 61:3,9,17,
19,25 62:19 63:5 64:6
66:1,17 68:17,18 69:19
72:2,16,20 73:23 74:2
75:4,18 76:18,24 77:8
79:25 80:2,4 82:1 87:16
88:2 91:3,7 96:7,21
97:11 99:1,10,13 100:4,
8 101:1,2,7,9,10 102:7,
10,14,16 103:4 105:22
106:8,9,20 109:23
111:7 112:19 113:4
114:9 118:16,19 119:3
120:1,13,14,16,19
121:5,6,10,15

**proposal** 79:10 81:5 83:2 93:11
**proposed** 45:5 84:1
**provide** 45:7
**provided** 7:14 9:1 22:11 25:22 34:9 35:22 37:12 41:24 53:11 63:21 64:15 82:22 83:1,2,6 113:14
**provider** 79:24
**providing** 22:19
**prudent** 78:10 89:17
**public** 51:2,23 52:1 89:12,13
**publish** 88:21
**published** 88:23
**pull** 71:14 121:1
**pulled** 71:14
**punch** 91:11
**purchase** 12:2
**purpose** 11:12 22:4 100:5 110:2
**purposes** 33:21 72:6 85:15 88:21 89:8
**pursue** 27:12
**put** 8:19 19:13 27:3 64:18 70:21 72:19 102:10,12 104:2
**putting** 51:6 60:8 72:10

**Q**

**quality** 66:20 102:6
**quantify** 94:17 100:5,7 106:5 110:4
**quantifying** 74:16 107:23
**quantity** 94:16
**question** 6:18,20 24:24 30:5 58:23 63:11 74:22, 25 90:14
**quick** 28:1 54:5 55:3 80:2
**quicker** 55:25 83:15
**quickly** 47:1 59:22 76:5 81:16,20 87:11 88:1
**quietest** 9:18
**quoted** 30:19

**R**

**Rain** 5:12
**Rainer** 81:4,22,25
**raise** 6:1 108:4
**raised** 9:19
**ran** 11:8

**Randy** 52:12
**range** 28:2 31:2,8 51:16 65:24 105:12,16
**rank** 31:2
**Ratcliff** 60:14
**rate** 18:16 23:23 24:3 29:24 30:8 32:20,21 34:25 37:20 43:2 49:8, 11 64:21 68:12 69:14, 24,25 70:2 78:8 82:5,6, 14,15,17,18,22 83:7,23 84:1,14 85:2,4,11,13, 14,17,18,21,23 86:5, 7,11,12,18 87:5 88:5, 10,11,14,15,18 89:1,4, 10,19,23,25 90:2,12,15, 16,17,21 92:19 93:2,4, 16 94:18,19 99:21 100:23 103:16,17,19,20 104:6,12,13,14,25 105:2,7 109:25 110:1,7, 10,12,15,24 111:6,10, 14,22,23 112:14,20 113:16,17 114:6,7,11 115:8 116:2,3,5 117:18, 22,24 118:1,4,9 119:2, 8,10,16,24 120:1,14
**rates** 27:2 66:14 67:12 77:17 86:4 88:20 97:19 104:11 107:24 110:9,10 112:15,16,17,18 114:13,23 116:9 117:15
**ratio** 106:1,13,16,19 107:6
**ratios** 106:12,17,24 107:23
**reach** 103:20 114:12
**reached** 52:14
**read** 7:18 82:12
**reading** 80:16
**ready** 25:6,7,9,20 28:24 42:22 91:3,11 92:21
**real** 10:7 11:12 12:19,22, 24 13:14,18,24 14:8,17 16:12,17 17:4,7,9,16,17 18:21 22:25 23:7 28:1 36:19 56:7,23 57:1 65:14 77:16 78:7 88:10, 25 89:3,5,8,9,11,20,24 90:5,16,18 94:13,14,22
**realistic** 122:3
**Realized** 8:12
**Realtor** 17:17
**Realtors** 14:24
**reason** 8:2 18:22 26:7 32:5 83:10 93:14
**reasonable** 24:7 77:18 78:1 89:16

**reasons** 27:16 93:12,15
**Rebecca** 52:19
**rebuild** 58:16 72:9 73:3 99:6 100:4 101:12,13 120:5
**rebuilt** 59:1,23 61:25 62:2
**recall** 15:12 27:23,25 30:23 32:3,22 33:8,10 36:7,10,11 37:6,8 44:4, 8 51:15 54:18,20 60:12 63:24 82:2 87:19,20 93:25 115:1
**receive** 121:13
**received** 8:4,16 14:13 52:4 79:5,15,16,20 83:21 87:1
**recent** 27:1 113:20
**recently** 17:25
**recipe** 78:9
**recognize** 21:24
**recommended** 35:9
**reconciliation** 65:4 68:1
**record** 5:3,15 6:25 8:15 9:5 20:19,22 33:21 34:4 55:5,10 85:16 122:6,8
**recovery** 44:17 98:9 102:20
**recruitment** 46:20
**red** 106:1 116:17
**Redd** 13:4,5,7,8,11 115:4
**redline** 80:13
**reduce** 37:3
**reduced** 42:14
**reevaluate** 35:15
**refer** 8:18 58:24
**reference** 31:3 72:5
**referenced** 65:15
**referencing** 22:8 70:19
**referring** 24:13 26:6,8 58:21,25 95:20
**refinance** 100:16 101:3, 17,23 105:25 106:10,11 107:1 116:22 117:7,10, 20 118:14,18 119:19 120:9,12 121:1,10
**refinanced** 99:11 101:25 116:19
**refinancing** 102:17 103:14
**reflect** 89:20,23
**reflected** 73:10
**reflective** 23:24 65:23 100:19
**refused** 87:4
**region** 57:21 115:11

**regular** 90:5 108:17
**related** 70:18
**relates** 54:11
**relation** 92:2
**relative** 69:8 70:1,3
**relaying** 60:25
**relevant** 69:4
**reliance** 115:13
**relied** 70:10
**relocation** 18:19
**rely** 66:7 95:15 112:7
**relying** 60:24 61:2,7,8 63:25
**remain** 53:18 96:1,7,21 109:24
**remained** 103:8
**remaining** 75:23
**remediation** 63:17 76:7 99:4
**remember** 12:20
**remotely** 5:1,5 7:13 8:25 9:12 22:10 34:8 35:21 37:11 41:23 53:10
**removal** 24:20
**renegotiating** 17:24
**renew** 51:21
**renewing** 99:16
**renovated** 11:24 12:14 91:8
**renovation** 91:15
**renovations** 59:9
**rent** 29:20 30:3,4 42:11 49:10 64:21 68:19,23, 25 69:23 73:15,16 77:10,17
**rentable** 49:18 82:9
**rental** 18:15 29:24 30:15 49:8 66:14 68:11 69:14 82:5,6,14,15,17,18,21, 22 83:6,11,23,25 87:5 93:16 94:4,12,24 95:23 96:18,19 97:19 100:22 101:8
**repair** 91:15
**repairable** 72:12
**repairs** 36:6,7,14,15 58:18 72:11 74:12 76:3, 16 92:8
**repeat** 6:18 58:23
**rephrase** 6:19 102:21
**replacement** 17:15
**replied** 87:14
**report** 16:21,24 19:10, 13,18 39:24 47:24 55:3 56:4,13 57:5,7,19 58:24 59:4 61:2,16,24 64:16 65:17 69:13 71:6 77:9

**79:8 90:23 94:2 95:16 98:15 114:13,24**
**REPORTED** 5:1
**reporter** 5:11,25 7:8,14 9:1,11 20:15 22:11 33:20 34:7,9 35:22 37:12 40:16,19 41:24 53:11 122:5
**reporting** 5:13
**represent** 6:13 62:24
**representatives** 39:12
**representing** 5:12 79:23
**request** 45:23 48:11 51:4,25
**requested** 25:24,25 45:4 50:18,19,23 53:19 54:9 82:4,14,18 83:2,22 87:22
**requesting** 36:13 54:19, 23
**requests** 81:5
**required** 13:25 14:18
**requirement** 13:19,21 14:18 15:1 42:14
**requirements** 14:2 15:24 17:5 46:3
**researched** 57:8,19
**reserve** 30:17 68:22
**residential** 17:10
**residual** 105:3 116:13, 15 118:7,25 119:14
**resolvable** 93:22
**resources** 58:18 59:21 60:5,8 61:12
**respond** 93:22
**responded** 82:15 83:23
**responding** 52:15
**response** 83:3,6
**responses** 8:17
**responsibilities** 23:19
**responsive** 44:22 45:3
**rest** 43:21 67:3
**restaurant** 10:5
**restoration** 58:16 60:15 61:14
**restored** 58:4 59:23 60:6 61:9,20 80:5 88:2 100:8
**restoring** 75:24
**restroom** 51:1,3,12 55:3
**restrooms** 51:2
**result** 38:20 107:24 119:19
**retail** 32:13,14 47:7
**retired** 52:11
**returned** 52:16
**review** 19:11 23:20

**reviewed** 16:21 19:9,10, 13
**reviewing** 26:17
**Richard** 40:7 41:7,12 42:7 43:1,17,23,25
**right-hand** 107:5
**risk** 89:20,24 90:18 104:13
**Rita** 5:11 7:4
**RL2** 48:11,17,22 50:9
**RL2A** 48:12 50:6
**roles** 23:18
**roof** 63:13 99:2
**roofing** 63:15 99:5
**room** 9:14 10:20 11:16 51:7
**rooms** 51:7
**Rouge** 5:1,20
**Roughly** 70:5
**rules** 6:17
**run** 17:18
**Ryan** 47:8

**S**

**safe** 85:5,7,9
**safety** 45:11,14
**sale** 19:3 105:25 112:20, 21 114:6,10 121:9
**sales** 12:19,22 13:3,15, 18,20 15:10 19:7 32:13, 14 71:18 112:18,23 113:18,21,22
**salient** 48:9
**samples** 8:12
**save** 7:23 8:10
**scenario** 96:6 97:2 117:4 120:19
**scenarios** 90:20 99:10 119:3 121:2
**schedule** 63:21
**school** 10:1,2,4,15,16, 23,25 11:1,2
**scope** 91:17
**Scottsdale** 5:8,20,23 6:13 44:19
**screen** 7:12 8:2
**search** 72:19
**second-floor** 46:7 55:12
**secondary** 11:17 118:22
**section** 36:3 66:12 67:12,19 69:3 100:16
**sector** 15:2
**Security** 21:20
**seeking** 32:20
**segment** 115:15

**selective** 14:1
**sell** 11:9 100:9 105:22 114:8 121:5,7
**selling** 11:8 13:5 102:16, 18,22,25 103:6,13
**send** 7:6 33:25 34:1 50:3 109:6 112:2 113:24 114:1,17
**sense** 27:12 33:23 104:23 113:11
**separate** 53:22,23 69:5, 7 120:9
**separately** 65:18
**September** 36:5 58:12 59:7 60:4 70:22 76:4 79:1,2,3,5 80:18,20 83:2,3 87:14,15 98:2,14 102:4 107:8
**series** 90:3 110:5
**service** 24:22 67:13 107:23
**services** 21:14 22:20 24:21 46:20 50:7
**sessions** 108:14
**set** 56:1 95:11 112:16,17 113:16 114:13,23 115:17
**sets** 96:10
**setting** 47:7 88:11 115:7
**seven-** 58:7
**share** 7:12 8:2
**shared** 106:7
**sheet** 68:15
**shooting** 81:17
**short** 26:4 31:14 41:13 46:4,14 48:24 89:12
**short-term** 45:20 46:9, 21,25
**shorter** 27:11,14,18
**shorter-term** 92:20 109:16
**show** 44:5 63:22 95:5
**showed** 40:7,24 41:4
**side** 16:13 107:5
**sign** 87:12 100:1
**signed** 23:8 25:4 28:23 29:5,6 37:9 48:22 50:21 55:15 93:12 97:1,2 104:1
**significant** 77:21
**signing** 104:2
**similar** 18:8 66:19 88:15
**Similarly** 114:8
**simple** 32:9
**single** 18:11 19:15 67:1 68:16 77:25

**SIOR** 14:24
**situated** 67:11
**situations** 86:3
**skew** 111:15
**skewed** 111:15
**slightly** 118:10
**smaller** 51:7
**snapshots** 67:22
**snow** 24:19 30:10
**Society** 14:23
**softening** 32:18
**sold** 12:21 13:11 105:21 112:1,2 114:6
**sole** 23:13
**solely** 15:24 16:11 19:7 76:17 78:2 94:8 116:8 117:15 119:7,16
**solicitation** 45:23
**solidify** 58:9
**solution** 63:16
**solvable** 93:19
**solves** 96:9
**solving** 47:2 97:7,10
**Somer** 5:16
**sooner** 41:9 84:8
**sought** 99:23
**sounds** 7:2
**south** 54:6
**Southwest** 17:2 57:21
**space** 11:17,25 18:2,10 27:8 29:23 32:5 33:2 38:19 39:10 40:13 41:13 42:23,24 43:15, 17 45:22 46:7 51:3,9 52:17 54:1 57:20 75:21 81:15 83:11,17 84:8 93:20 98:5,8
**spaces** 25:22,23
**speak** 114:22
**speaking** 25:2 39:7 72:20
**spec** 12:14
**specced** 25:15,19
**specific** 18:14,19 31:3 39:4,5 78:9 88:20,25 89:5
**specifically** 37:6 76:23
**specifications** 31:16 46:2
**spelled** 20:5
**spent** 99:3
**spoke** 40:1 72:2 74:1 114:15
**spoken** 52:10
**spreadsheet** 34:18 79:6 95:9 98:20 111:9 116:18

**square** 28:2 30:23 31:1, 2,7,10 35:7,10 37:22, 23,24 38:4,19,22 40:11, 13,14,25 41:10 42:13, 15 43:3 49:18,19 51:23, 25 52:1 53:19 54:6 55:24 64:22 66:14 68:12,25 71:10 73:9,13, 14,18 75:19,21 76:12 77:2 82:9,11 84:13 92:18 100:21 112:11 113:23
**St** 10:2
**stamped** 8:13
**stand-alone** 118:14
**standard** 77:16 88:22 94:25 95:4 104:11
**standards** 78:6,12 86:17 88:10,12 89:9 94:13,14, 21,23 95:19 104:5,9 107:9
**standing** 47:18
**standpoint** 27:2 61:10 73:5 106:16
**stands** 14:4 28:9,10 97:5 100:17
**start** 7:4,11 11:17 36:24 50:21 61:13 82:25 108:4
**started** 6:8 11:6,7,11 50:20 55:13 62:19 63:5 76:3,5
**starting** 10:6
**startup** 27:7 33:13
**state** 5:14 9:4 11:19,21, 23 12:1,11 21:15 30:7 39:8,9 40:1 48:3,4,8 51:24 52:13 55:17 62:9 64:21 91:25 92:16 107:13 108:15
**stated** 34:10
**statements** 63:25
**states** 5:9 21:15 22:13
**status** 26:3 48:7
**stay** 97:20
**stems** 104:25
**stick** 22:1
**stop** 21:24
**stories** 66:24
**strategize** 31:15 98:5
**strategy** 24:9 105:24
**stream** 94:17,18 97:15 119:25
**street** 19:24 20:7,13 23:22 39:14 40:15,17, 18,22 41:8,15,17 43:2, 4,10,16 47:8 53:17

66:16,25 68:5 69:9
**stress** 102:19
**stressful** 105:14
**Strike** 82:25
**strip** 47:8
**Striping** 24:25
**struggle** 88:1
**stuff** 76:13
**subject** 20:23 21:7 57:22 64:6 68:17 69:19
**submit** 45:17 111:25
**submitted** 46:2 49:10
**subpoena** 8:9,16,23,24 44:19 45:4
**subsequent** 13:21 24:23 39:6 53:5
**substantial** 72:4,18 73:1,6,7,10,17 74:16,20 75:2 76:14
**substantiate** 44:10
**subtract** 101:20
**successor** 13:8
**suggestions** 78:11
**suit** 11:24
**suite** 74:13
**Sulphur** 54:6
**summary** 16:24 86:6
**sun** 26:10
**supply** 32:8,9 38:13 96:15
**sustained** 75:8,25
**swear** 6:1
**sworn** 6:4

**T**

**tab** 8:24 22:8 33:19,21 34:1,3,6 35:19 37:10 41:19,22 53:9 57:6,10, 14
**table** 99:18
**takes** 55:17,19 110:1,20
**taking** 6:14 92:9 120:20
**talk** 28:7 39:5 72:13,14 104:20,22 113:7,13,16 114:2,19 122:2
**talked** 27:8 37:7,22 77:7 82:19 102:24 103:5,16 114:14,21 115:2,3
**talking** 8:22 19:23 32:1 58:2 60:11 61:11 112:12 115:6
**tarping** 99:5
**taxes** 24:16 30:8,16 35:5
**teach** 95:10
**technically** 21:14

telling 62:16
tells 95:5
templates 95:9,13,15,17 109:6
temporary 63:13,15 99:5
ten 25:22 50:8 82:10 90:7 96:24 105:11
ten-year 58:7 85:5,9 86:9,23 88:6,24 90:6 92:19,23 93:7 94:4,9 95:24 96:18 97:17 110:17,22 111:3,21
ten-years 90:9
tenant 18:11 21:11,13, 14,21 25:11,16,19,24 26:23 29:23 30:4 43:16, 19 45:13 46:7 47:4,10 49:2 50:17 54:21 67:1 68:16,20 69:5 77:25 83:21 87:11 102:6 103:3,18 105:7 110:11
tenants 26:9,12,13 33:2 42:5 43:14,22 58:9,19 66:25 67:2 71:9 91:24 92:5,12 99:23 105:8
Tennessee 79:23
term 10:21 14:1 25:15 27:11,14,18 29:19 31:11,12,14,20 36:3,4 46:6 49:6 51:19 54:24 58:5 68:13 77:24 83:12 88:15 96:13 98:9 102:8 104:2
terminology 48:12
terms 32:13 49:1,5 55:21 72:3,19 80:6 82:22 93:16 97:3,18 100:1,8 110:3 119:20
testified 6:4 22:24 26:17 56:5,8,16,22
text 44:13,21,24 45:6
textbook 88:13
texts 44:10
then-current 116:20
thing 35:13 43:23 46:9, 19 53:21 86:5 107:12
things 25:17 47:1 63:18 80:13 84:10 90:9 104:23 121:13,20
Thompson 115:3
thought 83:15
thoughts 59:8,15
thousands 113:20
three- 109:20 110:14,16, 25 112:5
three-month 49:7

Three-story 43:8
three-year 40:14 92:1
threshold 15:7,9,12
thrown 99:6
tied 118:20
tiles 25:25
time 5:4,5 7:1,23 8:10 9:16 10:18 11:13,18 13:20 18:18 22:22 23:12 24:1,10 25:7 26:4 27:5,24 28:11,22,25 31:15 32:7 33:11 39:18 41:13 42:12,22,24 43:9 44:25 46:10,11,14,18, 25 48:24 54:3,17 55:17, 20 56:10,15 57:9 59:11 61:15 64:9,12 66:25 68:4,7 70:17 73:3,5 74:17,19,23 75:5,20 76:15 86:9 87:7,9 89:21 91:7,25 92:17 99:2,4,15 103:5 105:24 110:9 111:7 119:4 121:19,21
timely 58:19
times 44:15 102:24
timing 44:7
title 20:4
today 6:14 16:19 29:4 48:2 53:2 90:7 95:5 103:10 104:13 108:7 110:6,9
today's 88:16 94:7 110:3
told 102:23
tolerable 106:10
tolling 42:21
tool 90:11
top 27:25 30:15 31:6 82:2
tops 46:23
total 12:5 16:4 31:14 32:14 38:19,21 49:11 73:9
totaled 72:7 75:18,22
tower 47:17,20 77:1
town 66:19
traded 104:21,22 114:3
training 16:2
transaction 27:10 89:11 90:17,18
transactions 19:2,5,6 39:18 67:22 104:21
trash 25:1
treasury 85:6,8,10 86:8, 9,12 88:24 89:1,5
triple 30:1
trudging 122:3

trust 114:21
trusted 114:20
turn 27:9 51:7
two-story 66:24
two-year 49:6 92:4,16 97:6
type 18:10 64:14 67:16 68:12 104:6
types 51:20 64:15 103:2 108:12
typically 26:9 55:19 113:3

_____

U

U.S. 88:24 99:25
Uh-huh 42:3 65:5 66:6 73:21 101:18 105:4
ultimate 102:23
ultimately 41:9,12 80:4 82:20 90:2 118:5,20
uncertainty 58:15
unclear 58:14
underlined 82:5
underneath 81:13 82:6
understand 6:18 19:22 24:6 33:18 38:15 41:1 63:4 103:18
understood 6:20 8:21 22:19 35:18 45:9 110:19
undertake 51:9
underwriting 106:18 108:20
United 5:9 21:15
unknown 72:5 76:15
unknowns 72:24
unusual 44:14
up-to-date 104:23
updated 70:21,25 71:1
updates 72:15
upgrades 116:23
upkeep 24:19 30:17
upstairs 9:17 45:16
user 14:9
utilities 30:10
utilized 68:19
utilizing 78:4 95:12 100:21

_____

V

vacancy 70:19 76:13 97:15
vacant 96:1,7,13,14,18, 21,24 97:12 103:8 109:24

vacuuming 24:25
vague 41:21
valuation 64:19 99:13
valuations 64:19
values 105:18 116:7 119:1
valuing 120:12,14
Vanchiere 5:3 6:3,10,11 9:6
variables 65:4 68:1 77:19 78:2
verbal 37:9
verbally 6:24
versus 5:8 18:11 73:1,2 77:25 92:24 94:9,18 95:11 99:22 103:17 111:2
viable 67:10
video 5:3
virtually 5:16
vision 97:7

_____

W

wait 79:4 84:9 92:12
waited 80:4
waiting 63:18
walk 45:18 98:19
wall 51:6
walls 25:21
wanted 7:5,11 19:12,20 25:16 35:17 36:9,11,12 44:6 78:3 81:14,15 83:21 87:11 100:7 101:16 106:5
wanting 43:20 45:20 46:21
Ward 115:2
Warren 9:6
washing 24:19 30:11,18
Washington 5:6 9:12
water 32:12
week 49:23,24 50:8,10
weeks 27:9 39:3 53:6 58:1,12
weighted 103:25
West 40:15,18,22 41:8 68:5 74:10 75:12,20,22, 25
Western 5:9
whatnot 26:18 97:19
wide 65:24
widespread 65:24
Williams 18:1
window 30:11,18
windows 24:19

winter 24:20
Wise 74:1,2
Wolff 5:22
work 10:19 12:25 16:9 17:11 18:23 48:16 50:16,20,21 58:11 60:19 62:19,25 63:5,12, 13,17,20 64:1,19 70:15 78:15 91:12,15,16,19 107:16
worked 11:5 13:7 76:8
working 18:2 23:4,7 49:9 52:13 81:17 112:10
workload 91:24
works 7:9
worksheet 49:22 50:1
world 40:12 113:6
worth 76:1 99:11 102:7, 8 106:8 110:2,8 111:8 118:13,16,21 121:7,10
worthy 113:9
written 78:6,12 88:12 93:25 94:14,21,23 104:5,9,10 107:9

_____

Y

year 10:22 11:1,4,8 14:11 15:14 30:11 32:12,16,17 34:25 35:7, 10 45:24 52:22 55:14 58:13 72:9 91:4 92:8,11 102:4 104:14
year's 110:1
years 10:6,7,18,24 11:2, 5 13:9 15:15 20:7,24 31:13 49:8 51:19 52:12 54:4 66:9 70:15 71:18 78:15 82:10 84:13 90:7 96:8,20 97:12 107:18 108:6 112:12
years' 31:12
yield 85:6,10 88:23
York 86:2

_____

Z

zone 18:12 69:19,24 70:6 77:23
Zoom 20:15 29:15