1   item that they had in common was there's no exterior

2   work.  So then there would be -- 3/19 would be a day

3   where there was no interior work.

4        Q.   Okay.  Look at March 16.  I had a

5   questions for you about what something means there.

6   I'm going to let you take a look at it.

7        A.   Yep.

8        Q.   All right.  So at the end of it, it

9   says -- you are talking with the owner, and it says.

10            He has to make a payment to the leasing

11   agent for both parties.  This came to him as a

12   surprise.  He is working on other paths to funding.

13            That first sentence, he has to make a

14   payment to leasing agent.  Who is the leasing agent?

15        A.   I don't know in specifics.  It's -- I

16   wouldn't know in specific.  This specific

17   conversation was about the new lease for GSA.

18        Q.   And so who are both parties?  Who is he

19   referring to there, or who are you referring to?

20        A.   That would be GSA and the leasing agent

21   for Joey.

22        Q.   So it came to him as a surprise that he

23   has to pay both of the agents?

24        A.   That's what my notes say.

25        Q.   Okay.  Did Mr. Odom ever talk to you

1    about any financial troubles, or concerns, that he

2    was having with any of his other companies?

3         A.    No.  We didn't talk about his other

4    companies.

5         Q.    Okay.

6         A.    I don't know what all other companies

7    that he would have, other than Four-O.

8         Q.    Look at the entry for April 26.  About

9    the third sentence or so, it says.

10              The painters are a week late, and I have

11   asked them to be finished by Tuesday, April 27,

12   2021, with all touchup on the first floor.

13   Electrician is a no-show.

14              So you were expecting the painters to

15   come within that week, but they were a week late to

16   come in and do touchups?  Is that what this entry is

17   referring to?

18        A.    Is that 4/26?

19        Q.    Yes.

20        A.    Yes.

21        Q.    So I think rather than read through all

22   of these other entries, it would be -- you've

23   already said your entries are accurate.  So, for

24   example, on May 20 where you say no work due to

25   flooding and rain, that's an accurate statement,

1  that you had no work on that day with the reason,

2  correct?

3      A.    Yeah.  Again, are just general

4  statements.

5      Q.    Okay.  Let me ask you some questions

6  about -- move on to some of the e-mails.

7      A.    Would this be in book two?

8      Q.    These are actually -- I pulled these from

9  the plaintiff's production.  So let me share this

10  screen with you.  On some of these, I don't think

11  they're -- well, I didn't find them in your e-mails.

12  It doesn't mean they weren't there.  But I pulled

13  this from the plaintiffs.  Can you see this e-mail?

14      A.    Yes.

15      Q.    All right.  So this is Eaux-Odom-FourO

16  265.111 from Aden Monheiser to -- to you and Joey

17  Odom is cc'd on it along with Jeff Major.  And

18  reference is 995 engineering scope.  And again, 995

19  refers to Encore's job number, correct?

20      A.    Correct.

21      Q.    And date is October 14, 2020.  And Aden

22  says.

23            Do you think this engineering report will

24  help our cause to get the insurance company to pay

25  for siding replacement?  Jeff, in your opinion, is

1   this cost something that potentially could be

2   covered by insurance?

3           Why are -- why is Encore sending this

4   information to the owner and Skyline dealing with

5   insurance coverage issues?

6        A.    We're asking an opinion it looks like.

7        Q.    Okay.  What is Encore -- Encore is the

8   one that engaged BE-CI, that's the engineering

9   report that's being referred to, correct?

10        A.    Yes.

11        Q.    And the purpose of engaging them was to

12   put the building back -- the exterior wall

13   replacement and windows, to put it back in its

14   pre-hurricane condition, correct?

15        A.    Yes.

16        Q.    And then did Skyline, or the owner, ask

17   you to provide them with information to help them in

18   their cause with the insurance company?

19        A.    I don't -- I'm not sure.  But I can speak

20   to -- sometimes when these items in these deals, the

21   insurance company may send out an engineer.  And so

22   we've got an engineer, maybe we were wanting to ask

23   if they've got a forensic engineer that could assist

24   in that, that could be a part of that conversation.

25   Since we have got one engineer on there like, you

1  know, why not stick with that?  But, you know, I'm
2  not 100 percent positive in the context that you
3  were putting it in.
4      Q.   Well I was just referring to an e-mail.
5  Is there any other context that I should be looking
6  at?
7      A.   Again, you just read an e-mail that could
8  be a string of ten e-mails, so I don't know.
9      Q.   Let me look at -- so this e-mail -- can
10  you see Encore 12.0004 on your screen?
11      A.   Yep.
12      Q.   All right.  This one is dated
13  November 24, 2020.  And that is that notice to
14  proceed date that is in Encore's contract, correct?
15      A.   Yes.
16      Q.   Who is J.C. Tyson?
17      A.   Somebody with Priority Floors.  He may be
18  their -- it says right there he's their lead
19  estimator.
20      Q.   Okay.  And it's to you and Patrick
21  Rooney.  Patrick Rooney is also with Priority
22  Floors, correct?
23      A.   Yep.
24      Q.   I'm sorry.  Did you answer?
25      A.   Oh, yes.

1       Q.      Okay.  So Priority Flooring rep says.

2               Good evening, Evan.  Please find attached

3    our submittals for this project.  Please confirm

4    that these initiatives are correct so that we can

5    get the materials on order.  We will also need a

6    color for the rubber fitness flooring.  I believe

7    all the other finishes have colors specified.

8               So as of the date that you got notice to

9    proceed, the flooring subcontractor is engaged and

10   ready to go, correct?

11      A.      Yes.

12      Q.      All right.  This one I don't think you

13   can see it.  All right.  Can you see Eaux-Odom-FourO

14   265.021 on the screen?

15      A.      Yep.

16      Q.      All right.  This is from you to Joey

17   Odom, October 22, 2020.

18              Joey, to answer your question about

19   permits, typically we will not pull permits until we

20   have collected all submittals, subcontractors, and

21   engineering details.

22              And then you explain what the submittal

23   is, that's collecting all the interior designs for

24   the electric, mechanical, and insulations

25   subcontractors.

1          Subs will be attached to our permits.  We

2    have to get subs under contract so they can attach

3    to our permits.

4          And then you need engineering details.

5          Once we collect engineering details.  We

6    will submit those with our permit application.  This

7    ensures that we only have to go to the permitting

8    office once to get permits.

9          I read all of that correctly?

10   A.    Yes.

11   Q.    Then you say.

12         I plan on pulling permits at the

13   beginning of November once we have our exterior

14   details and some information on the requirements.  I

15   will be calling the building inspector out here to

16   meet with them in upcoming week.  This helps me get

17   a feel for what their expectations are, and what

18   their interpretation of certain codes are.

19   A.    Yes.

20   Q.    So as of October 22, you -- Encore was

21   intending to get a permit for this project, correct?

22   A.    Yeah.  Usually you get a feel for -- in

23   these circumstances, the permitting office may put

24   holds on pulling permits for smaller items, or if

25   you have third-party details, they may -- you know,

1  they may not require that.

2      Q.   All right.  So did you call the building

3  inspector out to the project to meet with them?

4      A.   We called the permitting office.

5      Q.   You did call the permitting office?

6      A.   Yes.

7      Q.   And was that you that made the call?

8      A.   Me and actually it was one of the

9  subcontractors who knew them.

10      Q.   Okay.  And what department did you call,

11  permitting department?

12      A.   I don't remember exactly.

13      Q.   Who did you talk to?

14      A.   I don't remember exactly.

15      Q.   All right.  And what was the purpose of

16  the call?

17      A.   Just to see if the permits were needed to

18  be pulled for the work that was required.  Because

19  there was a statement that they did release about

20  pulling permits on items that had to do with

21  entrances, exits, structural damages, and those

22  kinds of situations, and those kind of items.  And

23  so that's why.

24      Q.   What was the answer from the permitting

25  department as to whether or not a permit was going

1  to be required for this project?

2      A.    Again, it was to interpret their -- the

3  first -- or the note that they did put out about

4  that, about whether we should be pulling permits or

5  not.  And so they said -- I believe the

6  representative said that we did not need to do that

7  because of the fact that we weren't making any

8  changes to the building.

9      Q.    Okay.  So did you make any submission to

10 the permit department?

11     A.    No.

12     Q.    Do you have anything in writing from the

13 permit department exempting, or saying, that this

14 project fell outside the scope of requiring a

15 permit?

16     A.    No.

17     Q.    All right.  This next document is

18 Eaux-Odom-FourO 10.083 through 10.085.  And it is

19 dated February 1, 2021, from Joey Odom to you.  Do

20 you know why the subject is home contractor?

21     A.    No idea.

22     Q.    So Mr. Odom says.

23           On the cleaning of the exterior frames,

24 just a wipe will do for now -- I think that's for

25 now.  Due when the clean the windows -- I think he's

1  saying do when they clean the windows.  Yes, let's

2  chat.

3           So if we follow this down, you say on

4  January 31.

5           I'll come up with something and options.

6  I don't know the process of tint for the top floor,

7  or the cleaning frames, but I'll get some prices and

8  options.

9           What component of the building is being

10  discussed?  We can keep reading, if it's not clear.

11      A.    Yeah, I'm not 100 percent sure.

12      Q.    Okay.  The next e-mail is also on

13  January 31 from to you to Mr. Odom.

14           We'll talk tomorrow about it.  I'm just

15  saying that I'm already spending 35,000 on the

16  windows that's in the budget.  If you were to do

17  tint and framing cleaning, you'll be looking at a

18  minimum of 35,000 additional.  I don't feel

19  comfortable with 35,000 in cosmetic upgrades on an

20  older system you could use that elsewhere.  I mean,

21  70,000 on 40-year-old windows just doesn't feel

22  right to me.  This is just my professional opinion.

23           So now do you know what component of the

24  building y'all are discussing in --

25      A.    Windows, yeah.

1      Q.    What is it?

2      A.    It's the windows.

3      Q.    Okay.  And that's the windows that you

4  have already given testimony on.  And they're slated

5  now to be replaced with a new system, correct?

6      A.    On that -- yes, right now they are.

7      Q.    Okay.  And remember I asked you whether

8  or not you had ever referred to replacement as a

9  cosmetic upgrade, is that what you're referring to

10 right here when you say --

11     A.    -- don't feel comfortable with 35,000 in

12 cosmetic upgrades on an older system.  It's just

13 stating that, you know, why would we upgrade, or why

14 would we clean the frame for 35,000?  Essentially

15 spending $75,000 for a temporary to make it look

16 decent whenever, you know, you should be doing new

17 windows.

18     Q.    Okay.  So this is referring -- the

19 cosmetic upgrades is referring to tint and clean

20 frames; is that right?  The existing --

21     A.    Yes, I think so.  Again, the 35 --

22 there's a -- I don't feel comfortable with $35,000

23 in cosmetic upgrades.  Again, it's just -- we are

24 going towards new windows.  I don't -- why would we

25 spend $35,000 on this.  Why would we -- why would we

1  do that for essentially whenever we are going to

2  replace the windows.

3        Q.    Okay.  And let's go down to the next one.

4  Of course, I'm reading them backwards.

5        A.    Yeah.

6        Q.    We're going back in time as we read them.

7  So the next one, Mr. Odom says to you.

8              Will insurance cover?

9              And so my question for you is.  Why is he

10  asking you that question, for you to determine

11  whether or not insurance covers a particular scope

12  of work that's being proposed?  Was that part of

13  your job?

14        A.    I mean, it's -- it's -- I have general

15  knowledge.  I deal with these things quite often.

16  So, again, like, you know, it's not -- it's -- the

17  cleaning of all these items, I mean, no, they would

18  not be in an insurance scope.

19        Q.    Okay.  But my question was.  Mr. Odom

20  asking you whether or not a particular scope is

21  covered by insurance.  Was that Encore's job, or was

22  that within your scope --

23        A.    No.

24        Q.    -- to advise the owner on insurance

25  coverage?

1       A.      No.

2       Q.      Okay.  And I'm just trying to get clear.

3  Was that -- do you know if that was Skyline's role,

4  or do you know?

5       A.      I don't -- I don't know.  I don't know

6  what their exact role is.

7       Q.      All right.  Now going back to January 31.

8  And this is even earlier in time.  This one is at

9  5:23 p.m.  You say.

10              We also need to discuss the window

11  frames.  I did the experiment and it worked decently

12  well, probably an improvement of 40 percent.

13  However it was a pain, and took some time to do it.

14  I'll show you where I did it tomorrow.  The labor

15  will be expensive because it's time-consuming.  I

16  have no idea how long it will last.  I really don't

17  know how much you are wanting to spend on these

18  windows.  What I mean is, you could spend 30,000 in

19  window tint for the top floor, and another 15,000 in

20  refinishing the exterior frames with -- I think

21  that's supposed to be -- which --

22      A.      Which.

23      Q.      -- is roughly 30 percent of the cost to

24  get new windows with no guarantee on how long it'll

25  last.  We can talk tomorrow about it.

1          All right.  So with all of this context,

2    what are you telling -- what is your option, your

3    opinion?  What are you telling Mr. Odom about

4    windows?

5        A.    Okay.  So this is a -- this is good.  So

6    at this point in January, again, we were already

7    steering towards trying to make the window system as

8    good as we could make it.  You know, we already took

9    out a whole bunch of items.  We've already spent

10   money to it.  We've already put up panels.  We have

11   designed the paneling system to go around the

12   windows.

13          He was just -- with new siding that was

14   on the building, it's like, you know, then you have

15   these -- these windows.  So he was trying to see,

16   you know, what could we do to make these windows

17   look a little bit better.  Like, there's not a lot

18   that we can do.  I was giving him options.

19          I did run an experiment on a piece of a

20   window frame.  I think it was like an as-seen-on-TV

21   type situation.  I did it, and it actually worked

22   out pretty well on some of the -- on some of the

23   frames with cleaning them.  And so that's all that

24   discussion is, is that it's not worth, you know, the

25   money to do this whenever you could put that

1  towards -- you're going to be putting that towards

2  getting a new window system whenever he decides that

3  he was going to get a new window system.

4         Or at that point, I think we were already

5  leaning towards it, because I was forming those

6  panels and putting those panels on the building

7  based upon the entire replacing the windows.

8         Q.   Okay.  Now the next one you should see on

9  your screen is Eaux-Odom-FourO 46.  Do you see that

10  e-mail?

11         A.   Yes.

12         Q.   Okay.  So this one is from you to Jade

13  Bentz with Skyline and Jeff Major with Skyline.

14  It's dated December 13, 2020.  And the subject is

15  620 Esplanade roof deck insulation invoice.  And you

16  attach there the Martin Insulation roof spray foam

17  invoice.

18         Good morning.  Please see attached

19  invoice for the roof spray foam invoice for 620

20  Esplanade Street.  This property is located in

21  zone 2, which requires roofs to be insulated at a

22  value between R-30 and R-60.  Please note the

23  building has plenum return HVAC system, therefore

24  all loose insulation could not be used.  The R-value

25  of the roof system is R-12.8.  The spray foam was

1  applied to the underside of the deck to achieve an

2  R-18 to R-21 value for total R-valve between R-30

3  and R-32.

4          So why are you sending this Martin Roof

5  spray foam invoice to Skyline?

6      A.    Because Martin Insulation sent it to Joey

7  and I.

8      Q.    Okay.  But is Skyline going to pay --

9  they are not supposed to pay the invoice, right?

10     A.    No, we handed them invoices.  If Joey got

11 an invoice for something, then we would hand Skyline

12 an invoice.

13     Q.    So Skyline was a depository for all

14 invoices related to 620 Esplanade?  They were

15 supposed to get all invoices?

16     A.    I'm not -- I have no idea.  I just know

17 that they were -- they specifically asked for some

18 invoices that Joey has received.  But again, I was

19 on a majority of those e-mails.  If -- for some

20 reason if Martin Insulation wanted to send me a --

21 or send Joey -- his invoice to Joey, he would send

22 it -- he would just copy me on it.  Or I think even

23 the roofer did it because I was asking for some

24 specific items from the roof as well.  So they

25 started copying me on e-mails.

1      Q.    So this is referring to an upgrade in the
2  roof spray form insulation, right?  An improvement
3  over what was there because of a code requirement
4  for an R-value; is that correct?
5      A.    I don't know.  I have no idea what it was
6  there for.
7      Q.    So who filled you in on all this
8  information about the R-values, and what the code
9  required, and how the spray foam insulation was
10  going to achieve that?  Who gave you that
11  information?
12      A.    It's -- it's common knowledge of doing
13  the work.  You can just -- you can look them -- you
14  can look up most of these items, and so.  But again,
15  my -- I knew about the roofing system.  And I knew
16  that the roofing system that is there is not the
17  same roofing system that he had on the building
18  previously.
19      Q.    Okay.  Now back to the spray foam
20  insulation.  I think you have explained, or told me,
21  that this spray foam insulation was not part of
22  Encore's contract scope, correct?
23      A.    Correct.
24      Q.    And Encore did not handle this scope of
25  work, correct?

```
 1        A.    No, we did not pay -- he contracted with
 2   Joey individually.
 3        Q.    Martin Insulation contracted with Joey
 4   Odom, the owner, separate from Encore?  It wasn't --
 5        A.    Yes.  On this -- on these specific items.
 6        Q.    Okay.  And are you doing this -- because
 7   this is outside of your scope.  Are you -- is this
 8   an instance where you're just being helpful, you've
 9   got the invoice --
10        A.    I'm helping the owner, yes, ma'am.
11        Q.    Okay.  And that's what I've been trying
12   to figure out.  You had not -- you could have just
13   said, hey, this is outside my scope, do it yourself.
14   But you didn't, you passed this invoice along to
15   Skyline?
16        A.    Yes.  I was there whenever they put in
17   the spray foam on the roof, as well.  So I kind of
18   looked after it, made sure they were doing it
19   properly for the owner.
20        Q.    Okay.  And was there some type of
21   coordination you were having to do with your work,
22   or is that --
23        A.    No.  Because we weren't doing -- we
24   didn't have a signed contract with him at that time.
25   So this is in December 13.  So, no.
```

1      Q.    Well it's after the notice to proceed

2   date, though, right?  It's after November 28?

3      A.    Right.  Notice to proceed with small

4   items to work -- to do work, yes.  I would classify

5   it as a larger item.  It kind of goes -- you can say

6   the same thing for the roof.  Again, I wasn't

7   contracted to do the roof.  But I just -- I knew it

8   would have impacts on the inside, so I monitored

9   that roofing for him, as well, as much as I could

10  help.

11     Q.    Now this next e-mail that's up here is

12  from Eaux-Odom-FourO 9.039, 9.40.  And the subject

13  is contract.  The date is December 8, 2020.  It's

14  from you to Mr. Odom.  And at this point, before you

15  have signed a contract with him, but after notice to

16  proceed date.  You say.

17          I am in the process of finalizing all my

18  contracts with the subs.  Number one, Priority

19  Floors, number two, Jacque Bourgeois Electric,

20  number three, Graham Martin Insulation, number four,

21  Colonial Window, number five, Associated

22  Waterproofing, number six, King Construction, number

23  seven Trouth Mechanical.

24          So at this point on December 8, that was

25  your status, is that you were finalizing contracts

```
 1  with these subs, right?
 2       A.    I'd been -- those contracts were -- have
 3  been finalized.  I'm waiting for him to sign the
 4  contract at that point.
 5       Q.    So you -- did you just say that had
 6  already -- you say you're in the process of
 7  finalizing your contracts with the subs.
 8       A.    With their estimates --
 9       Q.    Okay.
10       A.    -- filling out their contracts
11  themselves.  I am waiting to send this stuff for a
12  contract, because Joey has not signed his contract.
13       Q.    Okay.  And then down below, you are -- it
14  looks like similar to the terms that wound up being
15  in the contract, you've got a payment number 1 of
16  75,000.  But I think we know that when he actually
17  signed the contract, that amount had changed to
18  100,000, right?
19       A.    Yes.
20       Q.    And a progress payment of a hundred to
21  200,000.  But when the contract got signed, that
22  amount had changed to 250,000?
23       A.    Yes.
24       Q.    And then the final payment would be the
25  rest, depending on recovering depreciation funds
```

1   from the insurance.  And that's essentially what got

2   put in the contract with a few other conditions on

3   it, right?

4        A.    Yes.

5              MS. WOLF:  Sorry about that.  I had

6         somebody knocking at my door, so I figured

7         it had to be important, if they dare to

8         knock on the door with a depo sign on it.

9   BY MS. WOLF:

10       Q.    All right.  Let me -- wait, here's one

11  more I've got to ask you about.  All right.  This

12  one that should be upon your screen is an e-mail

13  about the storm.  The date is October 9.  So, you

14  know, obviously that's referring to Hurricane Delta,

15  correct?

16       A.    Yes.

17       Q.    So this is from Joey -- you know,

18  actually this -- I thought this was to you, but I

19  don't think it is.  I don't know who it's to.

20       A.    It's to Jeff Major, Aden, and myself.

21       Q.    Okay.  I see.  And he says, we took on

22  some water.  Earlier you just -- I asked you to

23  describe what it was, and it was water from -- in

24  Hurricane Delta coming through the sheetrock,

25  paneling, et cetera, the temporary measures to try

```
 1   to protect the building.  Is that -- that's what he
 2   meant by took on water, is leaks through the window
 3   and wall systems and roof?
 4        A.    Yeah.
 5        Q.    Not any type of flooding?
 6        A.    No.  No.  There was no -- there was very
 7   little -- and took on some, like, we did -- there
 8   was -- I think I had set up 10 dehu's through that
 9   entire building, which was adequate, enough to dry
10   it out in a of couple days.
11        Q.    You cut out just a little bit.  You set
12   up what?
13        A.    Dehumidifiers LGRs kind of throughout the
14   building to dry out anything that was wet.  But
15   again, at that point it just -- he was basically
16   down to studs and -- and concrete.
17        Q.    Okay.  What I was asking was when he said
18   we took on water, he is taking about leaks through
19   the wall the roof, he was not -- y'all -- the
20   building did not get flood damage; is that correct?
21        A.    Correct.  It did not.
22        Q.    It did not.  Okay.  All right.  I have
23   some other questions for you about -- what book do
24   you have in front of you?  The first one, book one?
25        A.    Yes.
```

1    Q.    All right.  Let me see if there's

2  anything else in here.  If you would turn to Tab L2.

3    A.    Okay.

4    Q.    So this is your job cost detail report,

5  is it not?

6    A.    Yes.

7    Q.    All right.  It's Encore 14.  And the date

8  on top is June 18, 2021.  So that would be -- this

9  would be up to date as of June 18, '21?

10    A.    Yes.

11    Q.    And so what's listed here is all of your

12  subcontractors on this project, correct?

13    A.    Yes.

14    Q.    And the amount of money that you have

15  paid to each one of them as of this date, correct?

16    A.    Correct.

17    Q.    There is also -- so we see BE-CI is

18  listed here.  Because they were under contract with

19  Encore, correct?

20    A.    Yes.

21    Q.    All right.  And it looks like as well as

22  supplies.  So for example, if you went to Home Depot

23  or Interlink Supply, or Sherwin-Williams, all of --

24  every cost associated with this particular project

25  is included on this job cost detail report, correct?

1        A.      Yes.

2        Q.      And what is the bank amount?  U.S. Bank

3    $12,100.26 what is that?

4        A.      That's just a credit card that -- that we

5    use for housing, travel, things like that.

6        Q.      Okay.  So the breakdown of those costs

7    for support would actually be on your credit card

8    bill, right?

9        A.      Yeah.  Usually do break them out and put

10   them into our cost report -- our individual -- what

11   they are dedicated for.

12       Q.      All right.  And what is Paychex for

13   $46,943?

14       A.      That would be our payroll.

15       Q.      Did Encore self perform any of the work

16   on this project?

17       A.      Some of it we did, others we did not.  I

18   had -- I did some work out there.  Again, I'm a

19   carpenter by trade.  So I like to do some work on

20   getting out of the office a little bit.  And I also

21   brought in a couple of my trim carpenters that we

22   personally have kind of towards the end of the job.

23   And then this would be my administrator, and Aden's

24   time in on this, as well.

25       Q.      Okay.  And then you have timesheets --

1  y'all keep timesheets that show what job is being

2  done, and what time is allocated to this particular

3  project?

4       A.   Yes.

5       Q.   All right.  And then your name is on

6  there, $2563.  What is that amount?

7       A.   That is an amount that I spent on --

8  myself on some flashing material off of Amazon, just

9  building material.

10       Q.   So you would buy it and then pay yourself

11  back?

12       A.   I don't -- no.  I'd buy it and then I

13  would submit a expense report, and then Encore would

14  pay me.

15       Q.   Do you know -- does the Encore documents

16  that you provided to us, does it contain all of the

17  supporting documentation for all of these expenses?

18  Meaning the credit card bills, the Paychex, the

19  timesheets, or it does not?

20       A.   I'm not 100 percent sure on everything.

21  But, I mean, it includes all my subcontractor

22  invoices that I have got to this date.  You know,

23  just, I guess, you know, everything -- Enterprise.

24  Yeah, I mean, there's quite a few of them that are

25  on here that are accounted for -- that I know that

1   are accounted for.  U.S. Bank, again, it depends on

2   whenever it's -- whenever we split up those costs

3   that are required for different jobs.

4        Q.    Okay.  And who is Marilyn Spell, $5000?

5        A.    She is the cleaning lady that cleaned the

6   first floor.

7        Q.    Okay.  Now, this would not account for

8   any outstanding amount owed to any subcontractor or

9   supplier, correct, or anything spent after this

10  June 18 date?

11       A.    Correct.

12       Q.    Do you know if there's been additional

13  expenses past June 18th?

14       A.    Yes.  And if there has, they've been

15  added to the folder that you guys have.

16       Q.    So you're saying we have -- whatever we

17  have is the most up-to-date job cost report?

18       A.    Yes.  Again, even after the time that

19  this was handed to you guys, I continued to put

20  files in there from afterwards.

21       Q.    Okay.  I thought we just got one

22  production from Encore to our subpoena.  Are you

23  saying that you have supplemented that subpoena

24  response?

25       A.    Yeah.  I just -- every time I get

1    something new, I just continue to put in there.

2        Q.    Okay.  Put it in where?

3        A.    To the Dropbox folder and the link that I

4    sent.

5        Q.    Okay.  I wasn't aware that we were

6    supposed to check that.  That doesn't mean somebody

7    in my office --

8        A.    I'm sorry.  I was just trying to make it

9    easy for everybody, just -- you know, just as far as

10   I get stuff in.  Because I got to -- again, if I'm

11   going to start adding them to individual folders.

12       Q.    Okay.  That's news to me.  I did not

13   realize that you had updated the Dropbox.  It's

14   possible that others in the office knew that.  So

15   I'll make sure to go and look and see what

16   additional information may be there.

17             All right.  So if we go to book two, I

18   have some questions for you in here.  All right.  So

19   the first one -- so if you are on book two, this is

20   going to be in Tab N.  And these are essentially

21   e-mails.  We're not going to go through all of

22   these.  I've got a few tabbed that I want to ask you

23   about.

24       A.    Okay.

25       Q.    All right.  So let's look at Tab 6 will

1  be the first one that I'll ask you something about.

2  And the Bates on this is Encore 12.0153 through 155.

3  Is that what you have?

4      A.    153 through 155.  Yes, ma'am.

5      Q.    All right.  So again, we'll start at the

6  top.  It's from Jeff Major to the owner, Joey Odom,

7  with a cc to you, Aden, and somebody at Claire

8  Designs.  Who is the person that Claire Designs?

9      A.    She is the designer.  She picked all the

10  material.

11      Q.    For the first floor, or for the whole

12  building, or what?

13      A.    Yeah, for the whole building.

14      Q.    Okay.  And that means the paint colors

15  and all the finishes, everything that had to be

16  redone?

17      A.    Yep.

18      Q.    Okay.  So this is dated October 6, 2020.

19  And Mr. Major says, second floor office 218 change

20  order.  And then he says, approximately 100 linear

21  feet new walls, four or five plus or minus new

22  offices, et cetera.  I don't really want to

23  necessarily read all that in the office -- I mean,

24  into the record.

25          If you go on down, Mr. Odom is talking

1    about carpet squares.  And then further down from

2    that, Aden is sending you and others an e-mail.

3              Good morning, Joey, we are waiting for

4    Claire with H of B Designs to get us the actual

5    numbers from your products.  Should have those soon

6    and we can source the samples ASAP for you.

7              So what's going on right here in this --

8    the bottom e-mail is that you are waiting on the

9    designer to get information to you, right?

10        A.    Yes.

11        Q.    Okay.  And then at the top e-mail,

12   Mr. Major is talking about a change order to the

13   second floor.  What is that about?  What change

14   order is he referring to?

15        A.    Which -- you are on the first page,

16   correct, 12.053?

17        Q.    153.

18        A.    Yes, 153.  And at the top of the page, it

19   just says, second floor, office 218 change.  I have

20   no idea.  This is a -- looks like this is a reply,

21   so there was a little bit more to this e-mail than

22   what I'm looking at, I'm guessing.

23        Q.    Look at the next page, 12.0154 down at

24   the bottom where Aden sends somebody at Claire

25   Designs and you and the owner an e-mail and says.

1        I'm copying my operations manager, Evan,

2   on this e-mail, as he will be the one assembling all

3   the materials and list of things we need to get

4   approvals on so we can get rolling on construction.

5        So in this e-mail, Aden is introducing

6   the person at the design center to you so that you

7   could get going on picking these -- selecting the

8   materials and finishes, right?

9        A.    Yep.

10       Q.    Is that correct?

11       A.    Yes, ma'am.

12       Q.    Okay.  And so I got that part of it as

13  far as what's happening on October 6.  But why is

14  Jeff Major involved in selecting finishes in the

15  building?

16       A.    I -- no clue.  Everything that

17  happened -- you know, if you can see this at the

18  beginning, I mean, everybody in this whole entire

19  deal was included on these e-mails.  And after that,

20  you know, it tapered off.  So, I mean, they were --

21  they were on all these e-mails from the get-go.

22  Jeff -- again, Jeff had a fairly good relationship

23  with the owner.  And so I don't know if that was a

24  request.  I don't know.  But he -- I do know that we

25  were all on these e-mails at the beginning.

```
 1        Q.     Okay.  And then let's look at the one
 2   under Tab 7, Encore 12.0228 and 229.  This e-mail is
 3   dated October 18, 2020.  It's from you to Mr. Odom
 4   with a cc to Jeff Major.  And you say.
 5             Joey, this week is an extremely important
 6   week.  I will be looking for final design choices.
 7   I would like to meet with the designer to get some
 8   information.
 9             And then the last sentence of that
10   paragraph, you say.
11             I just need all this information to get
12   them signed up, so I can start ordering these long
13   lead time materials.
14             And then in your third paragraph, you
15   say.
16             I sent out requests for proposals to
17   electrical, that's Jacque, HVAC, Ducote Air and
18   Electric this weekend.
19             And then if you go down to near the
20   bottom, it says.
21             Once I start getting these proposals sent
22   back to me, I will be writing up subcontracts for
23   them.
24             So in this e-mail, it looks like you are
25   full steam ahead.  You are working on October 18 on
```

1   getting the information that you need for the

2   material selections, so that you can start lining up

3   your subcontractors and suppliers, right?

4        A.    Yes.

5        Q.    All right.  Let's go to Tab 10.  This is

6   on Encore letterhead.  The Bates number on this is

7   Encore 12.0296 through 12.0301.  All right.  This

8   document is labeled schedule of events and updates,

9   correct?

10       A.    Yes.

11       Q.    And the date on this is November 8, 2020,

12  correct?

13       A.    Correct.

14       Q.    All right.  So the attendees -- are these

15  in person meetings, or by conference call?

16       A.    They were conference calls.

17       Q.    So you attended for Encore, Joey Odom

18  attended for Four-O and DHS attended Michael Harvey,

19  Jonathan Hendrix, Michelle Mendez, Stacy Welt, and

20  Andrew Vanchiere, correct?

21       A.    I don't think -- I think Michelle was not

22  on any of these -- on any of these.  This is, I

23  guess, whenever I was making these, I didn't know

24  who would be on them.  And so -- but, yeah, I think

25  it was Michael Harvey and Jonathan were the first --

1   they were on there quite a bit on all these calls.

2   But this is just a guess of who is going to be on

3   there.  I don't even know who's going to be on these

4   calls.

5        Q.   Okay.  So this is an agenda, something

6   you send out before the call?

7        A.   Yes.  Yeah, this is -- doesn't have

8   anything to do with who was actually on the call.

9        Q.   Was Andrew Vanchiere on these calls?

10       A.   He was on the first one, I think.  He was

11  on -- at the beginning, he was on one of those.  I

12  know that.  I don't exactly remember which one he

13  was on, but it was at the beginning whenever we were

14  having these.

15       Q.   Okay.  And we can go through -- there are

16  a lot of them in here --

17       A.   Yeah.

18       Q.   -- all in the same format.  So tell me

19  who asked for these conference calls?

20       A.   I guess it's something that we typically

21  do.  So I think it was maybe GSA asked for them, or

22  I'd say that I would give them -- this is kind of a

23  typical something that we do.

24       Q.   All right.  So and all of them have the

25  same template or format, A is going to talk about

1   the schedule.  You have got your status where you
2   talk about the construction stage.  And you give
3   details of, you know, break down the process and
4   what's happening at each.  You have a section called
5   scheduling.  You have a section --
6       A.    There's a lot of fluff in here, yes.
7   That's kind of breaking it down so that they can see
8   the process.
9       Q.    So A is schedule, B is progress, and then
10  you take the week looking forward, C is designs and
11  changes, and D is quality assurance, quality
12  control.  That's kind of the breakdown.  Actually it
13  keeps going.  Safety and security, engineering
14  status, and miscellaneous.  And you use this same
15  agenda items each week, or each time you had one of
16  these calls, right?
17      A.    Yeah, around the same format.  I
18  rearranged it sometimes.
19      Q.    You would -- you cut out.
20      A.    I'm sorry.  Yes, I would use the same
21  format.  I changed items in it, took some items out,
22  and whatnot.  But I mean, it's generalized the same
23  format.
24      Q.    Okay.  And you would give updates.  And
25  the purpose was to give the owner and the first

1   floor tenant updates on the progress of the work?

2        A.    This was not for the owner.  This was

3   specifically for GSA.

4        Q.    Okay.  Did you say that there's -- did

5   you say that there was fluff in it?

6        A.    Yeah.  Again, I just -- I put items in

7   there that I could discuss with them that I know

8   that they would be interested in talking about.

9        Q.    Okay.  But is this information that you

10  include in here, it's accurate information?

11       A.    This is some of the items where I put

12  where I was hedging for Joey.  And again, that's

13  what I'm saying as whenever going to the -- to

14  fluff.  I added items in here that I knew that they

15  would be interested in discussing.  And so while --

16  you know, with my scheduling and all those items, as

17  well.

18       Q.    Okay.  What I asked you was -- and I

19  appreciate the response.  But I asked you whether or

20  not the information that was contained in these

21  reports to GSA were accurate, and you said that you

22  were hedging.  Does that -- does the word hedging

23  mean not accurate, the information is not accurate?

24       A.    This would not reflect the exact items.

25  Some of it's accurate, some of it's not accurate.

1    Q.    Okay.  So did you -- did Mr. Odom ask you

2  to make inaccurate statements to GSA?

3    A.    Not necessarily.  Again, just in general

4  discussions.  I knew he was under pressure from GSA.

5  And so I knew that he was -- he was my client.  And

6  so I -- again, I was trying to make every

7  accommodation for him I could to stop any of the

8  possibility of the constant e-mails that were going

9  back and forth.  I was trying to take on the blame

10  essentially.

11    Q.    Blame for what?

12    A.    For anything.  For any updates that

13  weren't -- because, again, he had a lot going on.

14  So I took that on for him from GSA.

15    Q.    Okay.  Let's look at some of the items

16  for construction stage.  And obviously for time

17  reasons, we don't have time to read every single

18  thing.  But you are free to take as much time as you

19  need to read any of this.  But under construction

20  stage, you have stage one is job evaluation, some of

21  it's still in progress, and some of it is still

22  completed, right?

23    A.    Yes.

24    Q.    And then stage two is your engineering

25  architecture design, and you've got some interior --

```
1  you've got it broken down by interiors and
2  exteriors.  And some of it, again, is completed and
3  some of it's in progress, right?
4       A.    Yes.
5       Q.    Next you go to submittal sign off.  You
6  have essentially just got a blueprint here for the
7  process of how all this works.  You've got the
8  submittals sign off, interior, exterior, some is
9  completed, and some is still in progress, right?
10      A.    Yes.
11      Q.    And then you go to stage four, which is
12 getting your subcontractor estimates, and subs lined
13 up, and that's in progress, correct?
14      A.    Yes.
15      Q.    And again, just for time element, I'm not
16 going to keep reading all this.  But we could.  And
17 the bottom line is that you've got -- you are
18 working at this point, there's lots of stuff that's
19 being done.  You are moving forward with this
20 project, correct?
21      A.    Yes.  It was probably by that time where
22 Joey was certain that he was going to go with us.
23      Q.    Okay.  And this is getting close to the
24 time that the state issues your license.  You are
25 about a week away from it at this point, or a little
```

1    more than that, right?

2        A.    Yes.

3        Q.    Okay.  Next -- if you go to the next

4    page, which is 12.0297 under scheduling.  You say.

5              Due to changes in scope, a schedule will

6    be produced at a later date.  Schedule could

7    drastically change from week to week until exterior

8    elevation dry in date is established.

9              Do you see where you wrote that?

10       A.    Yes.

11       Q.    All right.  If we go to the status of

12   progress last week looking back.  And again,

13   Mr. Monheiser, just for purposes of brevity, and for

14   no other reason, I can't really read all this stuff.

15   But for the breakdown of interior, you've got

16   insulation, painting, flooring, mechanical,

17   electrical.  And again, if you scroll down it, some

18   of the work is completed, and some of it is still in

19   progress, correct?

20       A.    Yes.

21       Q.    And if you go to page 12.0298,

22   design/changes, there's the whole section in there

23   on mechanical changes where you are giving options

24   to deal with the -- the issues that we've already

25   talked about in your deposition about the air

1   handling units, and you give the options, three of

2   them, A B, and C, listed there, correct?

3        A.    Yes.

4        Q.    All right.   Go to page 12.0299 under

5   safety and security.   You have got an entry for

6   COVID I wanted to ask you about.   Number 1 is CDC

7   guidelines for COVID.   Number 2 is PPE requirements

8   for active construction areas.   So tell me what

9   impacts there were to this project because of COVID?

10       A.    I didn't -- we didn't have one.   It was

11  just at that point whenever they would -- this is

12  actually more about whenever they were coming on --

13  if they would come onto the site, we just wanted to

14  make sure that they were wearing masks.   And access

15  waivers had to deal with the same thing of, if you

16  are going to be walking onto an active job site,

17  just be aware that this is an active job site.

18       Q.    Okay.   So there were no -- my

19  understanding is that construction was an exempt

20  activity, or job.   And so there weren't any times

21  that you had to shut down, correct?

22       A.    No.

23       Q.    I mean, I'm correct that you don't have

24  to shut down because --

25       A.    Right.

1          Q.     -- of COVID?

2               And so the only thing you had to do is

3     this added layer of following the guidelines and

4     what the PPE requirements were, and essentially that

5     boiled down to making sure people were wearing

6     masks; is that right?

7          A.     Yes.

8          Q.     All right.  Did you have any problems

9     with labor shortages, or was that part of the

10     reasons why sometimes you had trouble getting labor

11     out there is because people might be sick, or it was

12     harder to find people?

13          A.     I had plenty of labor to choose from at

14     this point.

15          Q.     Were you getting any feedback that

16     because of COVID illnesses, or COVID quarantines,

17     that there were some shortage or reasons why people

18     couldn't show up?

19          A.     No.  I mean, again, specifically to this,

20     I don't -- no, I don't think so.  I don't remember

21     COVID ever being an issue whatsoever.

22          Q.     Okay.  All right.  And then under the

23     engineering status, under part two, you have

24     redesigning entire exterior envelope takes time.

25     And that's was -- that's referencing both the

 1   windows and the exterior panels, the work that BE-CI

 2   was doing?

 3         A.    Yes.

 4         Q.    All right.  Look at Tab 11 and turn until

 5   you see at the top Encore 12.0311.  Do you have that

 6   one?

 7         A.    Yep.

 8         Q.    All right.  So we're going to be looking

 9   at 3.11 through 3.13.  This is another one of those

10   schedule of events and updates.  It's got the same

11   date on it of November 8, 2020, but it is different

12   from the one we just looked at.  It may be -- this

13   is a guess, so I'll ask it as a question.  You can

14   tell me if I'm wrong.  That you take -- after the

15   conference call, you may make edits to it based on

16   what people have said.  If you compare those two,

17   you'll see that there are some differences with some

18   notes in it?

19         A.    Yes.

20         Q.    Okay.  So this one is looks like maybe

21   after the call, and you have got your name there,

22   Evan, with a colon, and then you'll have some notes

23   in there.  So, for example, on the first page, under

24   elevations, your note says.

25               Working on sheathing contractors estimate

1   and start date.  The contractor still needs some

2   engineering details before he provides an estimate.

3   A contract with the contractor is in the process of

4   being made to help expedite the process.

5          So at this point, this subcontractor

6   that's doing the sheathing is still waiting on

7   information that he needs as far as engineering

8   details, correct?

9       A.    Possibly.  There's a possibility.  Again,

10  I've -- in this deal, these are maybe items that

11  happened a week ago and I'm just bringing them up to

12  them at this point.  Not giving too much information

13  of what I got.  Essentially what I am keeping from

14  GSA is the fact that Joey hasn't signed my contract

15  yet.  And so with all this going on, again, I put in

16  items that we did have general discussions in here

17  about.

18          But, yes, you know, it's -- I may have

19  already had that, possibly cross reference this with

20  whenever I did receive an e-mail about this

21  sheathing or about the sheathing and the WRB that we

22  were going to be using.  Would kind of give you a

23  timeline of how far I was delaying this information

24  going to GSA.  And so -- or if that's about that

25  time whenever I was still waiting for this

```
 1   information.
 2        Q.    And at this point on November 8, did you
 3   disclose to GSA that you were still -- Encore was
 4   still waiting on its state license?
 5        A.    No, I was not.  I did not disclose that
 6   to them at all.
 7        Q.    Okay.  Look at the next page, 12.0312.
 8   Down under -- this week looking forward, interior,
 9   Michael:  So Michael is asking this question.  And
10   that's referring to the GSA rep, correct?
11        A.    Yes.
12        Q.    Asked has interior work started.  It says
13   replay, but I think that means reply?
14        A.    Yes.  Sorry, reply.
15        Q.    Reply came from who, you or Mr. Odom?
16        A.    I'm not sure.
17        Q.    Okay.  And the answer was, the reply was.
18             No, it will not start until outside is
19   dried in.  If we can get the sheathing and WRB
20   details, we can start the process ahead of time.
21             So somebody said that in reply.  And then
22   you -- your name is there, Evan:  You stated.
23             The duration of the project probably
24   won't change, only the start date.
25             Did you tell GSA that even though you
```

1  couldn't start, that you were going to somehow be
2  able to condense this and finish it by December
3  2020, the end of --
4      A.    Again, this is me hedging for the client
5  and making sure that they know that we'll do
6  everything that we can to finish it by the date that
7  we've told them.
8           If you -- and I understand, you guys are
9  looking at this from afar.  But in this situation,
10 it was -- it was taxing.  And so, this is, again,
11 stuff that I saw Joey struggling with.  And he's --
12 Joey is a fairly short -- gives short replies to
13 things.  He's not very elaborate.  And so he was
14 taking on a lot of heat from GSA over some of these
15 items.
16          And so, again, I went to him, and I said,
17 hey, listen, let me take on GSA.  I will -- I will
18 take -- I will make sure that they are satisfied
19 with the information that they are getting.  And so
20 that's -- this is just me taking on that
21 responsibility for him.
22          And Michael, he's -- I think he was a
23 contractor, or his father was a contractor.  And so
24 he knows the construction lingo.  And so it was a --
25 we had good generic discussions over the overall

1    work that was being performed.  And tried to keep it
2    off of anything else that was going on.
3         Q.    Okay.  So let's go to Tab 20.  This is
4    Bates number 12.0545 through 5 -- I have through
5    549.  Some of this looks like e-mails.  Yeah, let me
6    review that.  The Bates number that I have for this
7    is 12.0545 through 547.  All right.  So this is
8    another one of those schedule of events and updates.
9    This one is dated December 9.
10           So for context, this is before your
11    contract date, but after your go-ahead date of
12    November 24.  And after Encore had received its
13    license.  So if we go down to the first section on
14    this page of scheduling, it lists delays, ceiling
15    tile back order, that is correct, accurate
16    information?
17         A.    I don't remember exactly what the ceiling
18    tile situation was at that point.
19         Q.    The other delay that you listed is
20    exterior WRB backordered one week.  Is that correct
21    information that you gave the GSA?
22         A.    I can't remember.
23         Q.    All right.  And then the third delay was
24    wall transition detail requires a mockup.  Mockup
25    materials we order Thursday, December 12.  All

1   right.  So, again, if we go down to the status

2   starting under, B progress.  We can -- and again for

3   brevity, I'm not going to read all of this.  But if

4   you look at the interior electo demo has finished

5   the first floor.

6           If you look down under interior, item A5

7   it says mechanical VRF system report received from

8   the mechanical engineer.  If you look at the

9   exterior, you see an update that you had received

10  finalized details on exterior paneling system, but

11  note delays on manufactured flashing.  And will

12  adjust paneling installation schedule.

13          So just without going further, there's

14  work that's being done at this point, you are moving

15  ahead.  And you are noting some delays caused by

16  receiving materials, and backorders, and such,

17  correct?

18      A.    Yeah.  I mean, you could probably

19  cross-reference some of these items with anything

20  that -- materials that I have actually ordered, or

21  reached out to subs or supply shops with to figure

22  out where we -- where any materials are.  The

23  only -- the only bit of material at this point that

24  we were focused on was that WRB.

25          And again, we weren't waiting for the

1   panels to be installed on the outside of the

2   building to start the construction on the inside of

3   the building.  All we needed to do was get it dried

4   in, which means demo, replace the sheathing, and put

5   on the WRB.  And at that point, the building should

6   be dried in.

7        Q.   Okay.  All right.  So if we move on to --

8        A.   Again, that's what I'm saying when, you

9   know, I'm adding fluff in here to add discussions in

10  here about other topics other than telling them that

11  Joey hasn't signed my contract yet, and that's why

12  I'm not starting.

13       Q.   And again, Mr. Odom had actually given

14  you a go-ahead on November 24, right?

15       A.   Joey did give me a go-ahead to do items

16  on November 24, but they were small items.  I had --

17  you know, I'm prepared to bring out 20 people at any

18  point in time.  So again, that's not, you know, his

19  commitment was, you know, given to me.  And even

20  after this, even after the 24th, him and I were

21  still having discussion.

22            Even the night that he signed my

23  contract, he was still going back and forth between

24  signing it, and me just leaving, you.  And again, he

25  was always referencing to the fact, you know, I'm

1   going to pay you for what you've done, and

2   everything that you've done as far as your

3   structuring, this -- the job.

4          All the materials and all, he goes, you

5   know, I do not -- I'm not going to hold that from

6   you.  And that all -- that went up maybe even till

7   the last -- until 19th and even in the daytime of

8   the 20th.  So again, I'm not -- there was -- he did

9   not have money.  And so that was his main topic, was

10  that this job was going to cost an estimated 1.4 to

11  1.8 million dollars, and he didn't have that.

12         And he was further frustrated with the

13  fact of nobody has been in contact with him about

14  funding.  Nobody was getting back to the people that

15  he has hired to get funding.  That's all these

16  conversations.  I was right nextdoor to him.

17  Actually at this point, I think I was in 620.  So

18  yeah, I mean, all these notes, it's just, again, I'm

19  adding stuff to talk about in these meetings to

20  avoid the actual real discussion of where am I at

21  with GSA, or with the building.

22         Because again, I -- you know, I had guys

23  ready to go from, you know, mid-November.  And so I

24  can't to be, like -- I can't tell them, okay, guys,

25  let's go without having an actual contract signed by

1  Joey Odom.  I'm not going to bring out 20 people or

2  10 people to do the exterior without that commitment

3  from Joey, you know, with this contract.

4       Q.    And so let's look at Tab 23 so we can

5  kind of move through some of these other schedules.

6  Looking at Encore 12.609 through 612.  And again,

7  this is one of the schedule of events and updates

8  for DHS.  This one is dated December 16, 2020.  What

9  I --

10       A.    -- that be new schedule on this -- at

11  this point.

12       Q.    What's that?

13       A.    We are on -- I apologize.  We are on the

14  Path B at this -- at this point.  This is

15  definitely -- this is way later.  My updates did

16  change at -- as far as the amounts of information

17  that I was providing, and the discussions that we

18  were having with DHS.  I was definitely on a little

19  bit more of week to week path, depending on what my

20  schedule was at this point.

21       Q.    Well when you say there was a change,

22  does that mean that the information that is now

23  being provided to DHS is more forthcoming, it's got

24  more information in it that is accurate?

25       A.    No.  They became a little bit more

1    involved in the project.  So my updates changed, as
2    far as what was going on inside that building.  I
3    couldn't -- essentially I could not hedge any longer
4    for Joey for this.  Because -- and I actually think
5    there was quite a few people in this deal that were
6    hedging for Joey as far as that were a part of DHS.
7              And so, you know, we would have people
8    stop by and check on progress.  And so some of these
9    items I did not have.  You know, they were
10   statements that we were -- I would put on there,
11   there would be very little discussion, other items
12   would have large items of discussion.
13        Q.   Okay.  Let me ask you about some of the
14   items on here.  On the first page, you have got a
15   section under interior progress for delays, and you
16   note ceiling tile back order and looking at
17   distributors for quantities, correct?
18        A.   Yes.  And it was at that point where the
19   ceilings -- the ceiling tile was not in at the shop.
20   I can't remember the exact shop that was located in
21   Lake Charles.  But, yeah, they did not deliver that
22   product to there at that point.  And so we were
23   having to drive all the way around Texas and
24   Mississippi to get the product.
25        Q.   Okay.  And if we look at the next page,

     1    which is 12.0610 under exterior progress, you have

     2    got a section three on delays, half day due to rain,

     3    adding two days per side to demo because of

     4    difficulty of removing the old panels and having to

     5    carefully remove panels above the windows.  You show

     6    those as reasons for some delay, correct?

     7         A.    Which item was that?  I'm sorry.

     8         Q.    Exterior progress, item number 3.

     9         A.    I got you.  Okay.  Yep.

    10         Q.    Okay.  And then under week looking back,

    11    you mention half day due to rain for demo.  That

    12    might be the same one.  Half day for WRB due to

    13    temperature not meeting ASTM standards.  And total

    14    of 1.5 days for weather.  And so here in these

    15    progress reports, you're noting the actual delay --

    16    causes of delay, correct?

    17         A.    Yes.

    18         Q.    All right.  You have another update under

    19    Tab 27.  This one the Bates is Encore 12.0709

    20    through 713, and this one is dated January 6, 2021.

    21    And again, under exterior progress, you have a

    22    section four about delays, eight total days delayed,

    23    three due to weather, two due to window removal, and

    24    three days for details of flashing specs on

    25    unforeseen window and inside corner adjustments,

1   correct?

2        A.    Yes.

3        Q.    You have noted those as reasons for some

4   delay, correct?

5        A.    Yes.

6        Q.    All right.  And then if we go to --

7        A.    And you can see in that update, you can

8   see the area where we took out the windows and

9   framed in.  That photo is on there, just in case

10  anybody was wanting to know what we had to do.

11       Q.    Okay.  I see it.  Let's go to Tab 28,

12  which is another one of the schedule of events and

13  updates dated January 14, 2021.  The Bates number is

14  12.0773 through 776.  Now here you've got an item

15  three -- under exterior, you have got an item three

16  of punch list.  Does that mean at this point on the

17  exterior you are to a point where you can start

18  doing the punch list?  Are we talking about a final

19  punch list or an interim punch list?

20       A.    It says three punch list A, WRB touchups,

21  sheathing touchups.

22       Q.    Right.  And what I'm asking is.  Does

23  that mean at this point, the exterior progress is to

24  the point where you can do a final punch list, or is

25  this just an interim punch list that somebody has

1    done?

2        A.    This is just an WRB punch list and a

3    sheathing touchups that I pointed out.

4        Q.    So the work is done, but -- and maybe I'm

5    wrong.  But I thought a punch list was you're

6    getting to the end of the work, and punch list tells

7    you, no, here's what actually has to be done to get

8    the work completed?

9        A.    Yeah, I mean, but it's finishing getting

10   the building dried in.

11       Q.    So it's for just a component of the

12   exterior work?

13       A.    Yes, ma'am.

14       Q.    Okay.  And there again it has delays,

15   eight total days delayed.  But there's no breakdown

16   as to what actually caused the eight days, correct?

17       A.    Correct.

18       Q.    All right.

19       A.    And this is eight days delayed at the

20   start of whenever they started.

21       Q.    Who started?

22       A.    That would be Associated Waterproofing.

23       Q.    Okay.  Then if we look at Tab --

24       A.    They started on December 15 or 16, maybe

25   it wast 18, around that time.

1      Q.    Let's look at Tab 29.   This is Bates

2   number 12.0798 through 803.   It's the same type of

3   document, schedule of events and updates.   This one

4   is dated January 20, 2021.   And what I wanted to

5   point out here is, if you go to part C on the

6   interior progress, under mechanical, finalizing

7   design phase one.   It says, the engineers have

8   missed their deadline.   That's referring to a ADG

9   and design of the HVAC system; is that right?

10      A.    Yes.   But I will go back to the point

11   that we -- they missed their deadline, but we were

12   actually still in discussions.   The industrial

13   refrigerant was in discussions with Mitsubishi.   And

14   I would have to look at whenever we got those

15   submittals from ADG to figure out whenever we

16   could -- not ADG, but from Mitsubishi, to determine

17   whenever we got all of their submittals.

18      Q.    All right.   Let's go to Tab 32.   And this

19   is Encore 120854 through 56.   It's another schedule

20   of events and updates dated February 4, 2021.   Under

21   exterior progress under delays, it says, 16 total

22   days delayed.   Do these delays that you're showing

23   in the schedule of events and updates, do they

24   correlate or show up anywhere in your Microsoft -- I

25   think it was called Microsoft Projects that you

1  used?

2      A.    At this point, I was not -- I was not

3  using Microsoft Projects for this.  I may have

4  played around with it to do some experimenting.  But

5  again, at some point I stopped -- I tried to -- I

6  was not giving out schedules because we were not on

7  the original path.  And so we were scrambling around

8  to put things together.

9      Q.    I understand.  So at some point, you

10 stopped updating Microsoft Project schedule; is that

11 right?

12     A.    Yes.

13     Q.    Okay.  All right.  Let's go to Tab 36.

14 This is Encore 12.0875 through 76.  This is an

15 e-mail from you to Joey Odom and Michael Harvey

16 dated February 17, 2021.

17           Good evening, I do not have much of an

18 update since last week.  I was supposed to get a lot

19 of information in last Thursday about the VRF

20 exterior lighting, ceiling tiles, plumbing, and

21 schedule.  However, we have been experiencing some

22 difficulties with communications and material

23 deliveries from our suppliers dating back to

24 Thursday 2/11/21, due to weather and travel

25 restrictions in Texas.

1           And then you go through a lot of detail,
2    you know, showing -- pretty much giving a lot of
3    specific detail about that ice storm, which I won't
4    go through all of it.  But so the purpose of this
5    e-mail was to update the owner and GSA on delays
6    caused by the winter storm?
7         A.    This e-mail was to update GSA.  I've
8    already spoken with Joey about all of this.
9         Q.    Okay.  And this was essentially updating
10   GSA about delays caused by the winter storm,
11   correct?
12        A.    Yes.  And showing Joey that I have
13   updated GSA.
14        Q.    Okay.  Let's go to Tab 44, which is
15   Encore 12.1016 through --
16        A.    What was that?
17        Q.    -- 1023.  So it's Tab 44.  Actually let
18   me say that Bates number again.  Because it seems
19   like --
20        A.    12.1016 is what I've got.
21        Q.    Right.  Okay.  So for the record, this is
22   12.1016 that we are looking at through 1023.  And
23   this is a schedule of events and updates document
24   dated April 1, 2021, correct?
25        A.    Yes.

1      Q.    All right.  This one has substantial
2  completion dates for the exterior of April 8, 2021.
3  Do you see that?
4      A.    Yes.
5      Q.    So at this point, at the beginning of
6  April, you expected to be substantially complete
7  with the exterior within a week, by April 8,
8  correct?
9      A.    Yes.
10      Q.    And did you -- did you meet that date?
11      A.    It depends on the definition of
12  substantial completion.
13      Q.    Okay.  Did you come --
14      A.    I don't remember exactly when everything
15  was -- that we wanted to get equipment out of there
16  for parking, you know.  Some of these items were
17  taken care of depending on a week-by-week basis.
18      Q.    Okay.  And then if you look at interior,
19  it says substantial completion 4/14 through 4/16.
20  So this date on April 1, based on all the
21  information you had at that point, you expected to
22  be finished within about two weeks.  And is that
23  talking about the first floor, the second floor, or
24  both?
25      A.    This is to -- I think this is for the

 1  first floor.

 2      Q.   Okay.  And did you achieve that

 3  substantial completion?

 4      A.   I do not remember.

 5      Q.   What document would we look at to say

 6  that Encore was substantially complete?  What

 7  document do you say would reference your completion

 8  of the first floor interior?

 9      A.   That would be an owner and GSA item.  I'm

10  guessing that would -- whenever they accepted the

11  interior work.

12      Q.   Okay.

13      A.   It's in my log.  That date would be in my

14  log.

15      Q.   Well, I guess where I'm coming from.  Is

16  it possible that Encore believes it's finished, and

17  says, hey, we're finished.  And for whatever reason

18  beyond your control, GSA can't get out there and do

19  an inspection and/or acceptance, it's possible that

20  what you called substantial completion differs from

21  their acceptance date, correct?

22      A.   Yeah.

23      Q.   And so that's what I was wondering.  Is

24  not from GSA's perspective, but from Encore's

25  perspective, what document do you have to say, hey,

1  we are substantially complete with the first floor,

2  please come do your final walk-through?

3      A.   Yeah.  That -- again, that would be --

4  that would be that GSA substantial completion.  But,

5  you know, and we do submit items to, you know,

6  substantial completion documents to the owner to

7  sign whenever we are completed with larger items.

8      Q.   Does Encore have that document in its

9  production?  I just don't remember what it looked

10 like.  What would --

11     A.   No, we do not.  We haven't -- we haven't

12 filled them out yet.

13     Q.   Okay.  Would we -- would the punch list

14 that we looked at for -- the GSA punch list, would

15 that be about the time that Encore advised the owner

16 and GSA that you thought you had reached substantial

17 completion?

18     A.   Depending on which -- whose punch list it

19 was.

20     Q.   The GSA.  Remember we looked at that one

21 yesterday?  The reason I ask --

22     A.   -- two of them.  There was one that I

23 made for my subcontractors, and the one that GSA

24 made.

25     Q.   Right.  So before GSA would go out there

 1  and do its inspection, Encore would advise the owner

 2  and/or GSA that you believed you had reached

 3  substantial completion, and then they would come out

 4  and do their inspection, correct?

 5      A.    Correct.

 6      Q.    So whatever date is on that GSA

 7  inspection, prior to that Encore had given notice to

 8  the owner and/or GSA that you believed you were

 9  complete, right?

10      A.    Correct.

11      Q.    Okay.  And this sheet 12.1016, under

12  exterior progress, under delays, has 41 total days

13  delayed due to weather, right?

14      A.    Yes.  And that's just the completion of

15  the siding.

16      Q.    Okay.  That's the exterior --

17      A.    It's not the dry in date.  The dry in

18  date is the most important part of this entire

19  scenario for us to start interior work.

20      Q.    Okay.  Let's turn to Tab 46.  This is

21  Encore 12.1047 through 51.  Again, it's a schedule

22  of events and updates.  And this one is dated

23  April 15, 2021.  And for your interior substantial

24  completion date, you show 4/16, which is the next

25  day.  It does say under it, missing the due date to

1    delays from finishers, new date is 4/21.

2           So at this point when you wrote this, you

3    were within one day of reaching your anticipated

4    substantial completion.  But you note that you had

5    to push it back to April 21 because of delays from

6    the finishers, correct?

7           A.    Yes.

8           Q.    And down below for exterior scope of

9    work, it's been 49 days delay due to weather,

10   correct?

11          A.    Again, as far as the exterior panels and

12   installation, yes.  But that's -- the dry in date is

13   whenever we could start interior work.

14          Q.    Okay.

15          A.    I mean, this saying 49 delay -- 49 total

16   days delay due to weather on the exterior is

17   essentially at this point not a factor because the

18   building is dried in.  We could do interior work.

19          Q.    Okay.  Let's look at Tab -- now we're

20   moving on O, Tab O, which is -- we pulled from your

21   subcontractor documents.  And I have a question for

22   you about the very first tab, Tab 1.  All right.  So

23   Encore 151 is an Encore subcontractor estimate,

24   right?

25          A.    Yes.  It's an estimate that I give to a

1  subcontractor, if they want to give me an

2  individualized estimate.

3      Q.    So again, this one is Graham Martin

4  Insulation.  I know I've asked you this a lot about

5  the spray foam insulation on the roof decking.  But

6  here it is again on this subcontractor estimate.  So

7  I just want to understand.  This is Martin

8  Insulation giving you a quote for these scopes of

9  work?

10     A.    Yes.

11     Q.    Okay.  But you did not hire them to do

12  that scope of work, that was separate?

13     A.    Correct.

14     Q.    The owner hired them.  Okay.  Look at

15  Tab 2.  I have a question for you about -- you have

16  to look until you see Encore 209.

17     A.    Yes.

18     Q.    All right.  So 209 is a -- this looks

19  like one of your subcontracts that you use, right?

20     A.    Tab 2, I've got 212 is my first one in

21  Tab 2.

22     Q.    Yeah.  Flip until you get to -- flip a

23  couple of pages --

24     A.    Okay.  Yep.

25     Q.    -- you see Encore 209.  So this document,

1  it's a three-page contract.  This was Encore's

2  standard form that it used for subcontracts?

3       A.    Yep.

4       Q.    All right.  And this one appears to be

5  with King Construction for the flooring scope; is

6  that right?

7       A.    Yep.

8       Q.    Did King actually do the flooring?  Were

9  they the sub for that?

10      A.    No.  This is for the ceiling tiles.  The

11  ceiling tile -- this says scope of work, provided --

12  provide and install finish work ceiling grid, knock

13  down door frames, reinstall doors, install door

14  closers, ceiling tiles.  That says -- that's what it

15  says in this scope of work.

16      Q.    Okay.  And that was -- if you look on

17  page 3, the contract amount was $89,210 correct?

18  I'm looking at 209.03.

19      A.    Yeah.  89,000.

20      Q.    Okay.  The reason, I guess, I got

21  confused.  If you go back to the first page right

22  above King Construction, under Exhibit A, it says

23  flooring scope of work.

24      A.    That's just a mistake that they didn't

25  change -- that wasn't changed.  It says the scope of

1 work provided -- provide and install. I mean,
2 that's pretty specific of what it is.
3     Q.    Okay. And this is not a signed contract.
4 Did you say you did have signed contracts with all
5 your subs?
6     A.    Yes.
7     Q.    Yes?
8     A.    Yes.
9     Q.    Okay. So if I don't see -- if I don't
10 see a signed version, I can ask you for the signed
11 contracts for any of your subs, right?
12     A.    Yes.
13     Q.    All right. What I want to do is take
14 about a five minute break because -- well, wait.
15 Let me see. I might have a couple of questions
16 here. In other words, I'm getting very, very close
17 to finishing. And so I'm looking around to see
18 what's left. Oh, I know what I wanted to do.
19         I got a revised letter from the State
20 licensing board. So just let me show you that.
21 Because I'm going to offer this, or attach it, as
22 Exhibit 2. And I'll send it to the court reporter.
23 But let me share screen and just show it to you.
24 All right. So there it is. That's the same letter
25 that we looked at yesterday, but they fixed the date

1   on it.

2           (EXHIBIT NO. 2 IDENTIFIED)

3           Because if you remember, it said 2020, so

4   they put today's date on, August 6.  And I've

5   labeled this one as Encore 2.  And I also have -- I

6   will keep as Exhibit 1 the one I attached yesterday

7   that had the wrong date.  And will send those to the

8   court reporter as soon as we're done.

9           What did you do to prepare for your

10  deposition, Mr. Monheiser?

11      A.    Read over some of my papers.  Not a whole

12  bunch.  This is the first time I've ever done this.

13  So I don't -- I'm not really sure what to expect of

14  it.

15      Q.    Okay.  And do you remember what papers

16  you looked over?  Are you talking about the

17  documents you produced to us?

18      A.    Yeah.  The e-mail that somebody sent me

19  on the night before this with, I think, all this

20  information that was in it, yes.  I was just

21  reviewing.  I mean, essentially how the process was

22  going to be going along.

23      Q.    Did you review any documents that wasn't

24  an Encore document, one that you produced?

25      A.    Pardon?

1      Q.    Did you produce -- did you review for
2  this deposition any document that wasn't in Encore's
3  records?
4      A.    Previous to what --
5      Q.    What I'm --
6      A.    -- this deposition?
7      Q.    I'm sorry.  I didn't hear you.
8      A.    Previous to this deposition?
9      Q.    Right.  Before this deposition, before
10  today, did you review any document that wasn't
11  something that was in Encore's records?
12      A.    No.
13      Q.    All right.  So everything you looked at
14  to prepare, and up to today, is something that was
15  in Encore's records?
16      A.    Yes.  And I was looking at how you guys
17  labeled my documents so that I could try to refer
18  them back to the actual title name.  Kind of that
19  deal to where I could identify if they were mine or
20  not, which I could not half of them.
21      Q.    All right.  And the schedules that we
22  have looked at in this deposition, the schedules
23  that were prepared in September, and any of the
24  preliminary schedules that show a completion date in
25  December 2020, did you have any conversations with

 1  Michael Cox, or any of the attorneys at the Cox Filo
 2  law firm about those schedules?
 3      A.    Can you repeat that question?
 4      Q.    Yeah.  The schedules that we have looked
 5  at in this deposition --
 6      A.    Yep.
 7      Q.    -- the preliminary schedules, those are
 8  the ones that had the dates showing completion in
 9  December 2020, did you have any communications with
10  Michael Cox, or any of the attorneys at the Cox Filo
11  law firm, about those schedules?
12      A.    No.
13      Q.    Did you have any substantive
14  conversations with Michael Cox, or any of the
15  attorneys at the Cox Filo law firm, about any aspect
16  of this claim?
17      A.    No.
18      Q.    Other than your contract that we have
19  talked about with the owner, Encore's contract with
20  the owner, is Encore getting paid by anybody else?
21      A.    I'm getting paid by Joey Odom, nobody
22  else.
23      Q.    Okay.  And when you say Joey Odom, do you
24  mean Eaux Holdings or Four-O?
25      A.    Joey Odom.  I think Joey Odom is Four-O.

```
 1        Q.     Okay.

 2        A.     Yes.

 3        Q.     But you, Evan -- you don't mean, you,

 4   Evan Monheiser, are getting paid by Joey Odom, you

 5   are you're referring to --

 6        A.     Encore.

 7        Q.     -- the Encore contract?   That's the

 8   $1.36 million plus the change order amounts, the

 9   stuff that we have looked at in the past two days.

10   Encore is not expecting, and has no agreement with

11   anybody else, to get paid anything other than that

12   contract amount that's in the owner Encore contract;

13   is that --

14        A.     Correct.

15        Q.     -- correct?

16               Are you getting paid for your testimony

17   today?

18        A.     I don't know.   I'm on the clock for my

19   company.

20        Q.     Your company.   Okay.

21        A.     I paid for my own travel to come down

22   here, paid for my own place to stay down here.   So

23   that all will be reimbursed by my company.

24        Q.     All right.   What I want to do is take --

25   let's take a five minute break.   Hold on.   I may
```

1  have something else.  All right.  I don't see that I
2  have anything left.  I want to take a five minute
3  break and we'll come back.  And if I've got any
4  little finish up questions or anything.
5              MS. WOLF:  Michael, are you going to
6         have questions?
7              MR. COX:  Yes.
8              MS. WOLF:  Okay.  Do you know about
9         how long, or how many?
10             MR. COX:  I would anticipate less
11        than 15 minutes.
12             MS. WOLF:  Okay.  So can we take a
13        five minute break, and we'll --
14             MR. COX:  Sure.
15             MS. WOLF:  -- come back.  If I find
16        anything in that five minutes, I'll go and
17        finish up, and then you can go.
18             MR. COX:  Sure.
19             MS. WOLF:  Okay.  Thank you.
20             THE VIDEOGRAPHER:  Going off the
21        record.  The time is 3:56.
22                 (OFF THE RECORD)
23             THE VIDEOGRAPHER:  We are now on the
24        record.  The time is 4:06.
25             MS. WOLF:  I'm going to tender the

```
 1              witness, Mike.  I do not have any further
 2              questions at this time.
 3                     MR. COX:  Thank you.
 4                        EXAMINATION
 5     BY MR. COX:
 6          Q.   Encore got its Louisiana contractor's
 7     license on November 19, 2020.  Was Encore prepared
 8     to enter into a written contract with Joey Odom,
 9     Four-O and/or Eaux Holdings, on that date at the
10     time when Encore got its license?
11          A.   Yes.
12                     MS. WOLF:  Object to form.
13                     MR. COX:  Would you please explain
14              your objection?
15                     MS. WOLF:  No.  It's just the rules
16              don't allow for talking back and forth on
17              it.  So I'm not going to give a reason.
18                     MR. COX:  Well, I'm going to have
19              to -- the deposition could take a lot, lot
20              longer because I'll break down and ask it
21              many different ways until I don't get an
22              objection.  If you want me to do that,
23              I'll be happy to proceed.
24                     MS. WOLF:  Okay.
25     BY MR. COX:
```

```
 1        Q.    Did Encore get its Louisiana contractor's
 2    license on November 9, 2020?
 3        A.    Yes.  To the best of my knowledge.
 4        Q.    When Encore got its Louisiana
 5    contractor's license, was Encore prepared to enter
 6    into a written contract on this project with
 7    Mr. Odom?
 8        A.    Yes.
 9              MS. WOLF:  Object to form.
10        A.    Can you repeat that question, please?
11    BY MR. COX:
12        Q.     I'm going to keep repeating it until I
13    don't get an objection.
14              MS. WOLF:  Then I'm going to -- if
15              you are asking me to give the reason, I
16              will.
17              MR. COX:  I am asking you to give the
18              reason.
19              MS. WOLF:  I consider to be against
20              the rules for me to give any type of
21              speaking objection.  But I don't want to
22              stay here all afternoon.  Here's my
23              objection.  I believe it would be
24              impossible legally for Encore to enter
25              into a contract -- I don't think it's
```

1    feasible, the day they get a license.

2    Because by law they cannot even estimate

3    the project until they have a license.

4        And I would be entitled to ask

5    questions about how they could possibly

6    estimate a project, and sign a contract,

7    and prepare it, and negotiate a contract,

8    all in one day.  So I'm going to object to

9    it because I don't think that you were

10   taking into account the law and the

11   process involved.

12       MR. COX:  I now understand your

13   objection.  I do not believe it's an

14   objection as to form.  I believe it's an

15   objection because you don't like the

16   testimony.  And you certainly are entitled

17   to ask follow-up questions.  I will, at

18   the end of this testimony, sometime prior

19   to 5:00, I'm going to ask to conclude the

20   deposition today.  And if necessary, we'll

21   need to go to the judge with a motion to

22   limit the duration of this deposition and

23   others.  But I'll continue.

24       MS. WOLF:  Let me respond.  It's

25   absolutely an objection to the form

1          because built into your question is --
2          you're not taking into account all the
3          facts -- it would even be possible.  It
4          and has nothing to do with liking or
5          disliking his answer because I don't care
6          what his answer is.  I just don't think
7          your question is proper as to form.
8                 MR. COX:  Noted.
9                 MS. WOLF:  If you ask him if he was
10         prepared to start estimating or bidding
11         the job, I think I would not have an
12         objection to that form.  And it is also
13         okay, Mike, you know, just for courtesy
14         for everybody on this Friday afternoon,
15         you don't need to break it down for Joey
16         Odom, Four-O, or Eaux Holdings.  We all
17         know that Joey Odom personally wasn't
18         entering into this contract.  You can
19         conflate all three of those, and I will
20         not raise an objection to that.
21                 MR. COX:  Thank you.
22   BY MR. COX:
23       Q.    Did I correctly understand your testimony
24   that Encore had performed only minor work on this
25   project before executing a written contract with

1   Joey Odom?

2           MS. WOLF:  Object to form.

3   BY MR. COX:

4     Q.   I'm going to ask the question again.

5           MR. COX:  And I'll note your

6         objection.  And if you could, please, let

7         me finish the question.  I'm going to

8         asked the same question, but I don't want

9         the -- I don't want the video or the audio

10        to be disrupted by the objection.

11   BY MR. COX:

12     Q.   Do I correctly understand your testimony

13   that Encore had performed only minor work before

14   executing a written contract with Joey Odom on

15   December 20, 2020?

16           MS. WOLF:  Object to form.

17   BY MR. COX:

18     Q.   Please answer the question again.

19     A.   Correct.

20     Q.   Was it your understanding that Joey Odom

21   was not willing to execute a written contract in

22   November of 2020 because the insurance company had

23   underpaid him?

24           MS. WOLF:  Object to form.

25     A.   I don't know if I answer that.  But I

```
 1   don't know what that means.  But -- as to --
 2   BY MR. COX:
 3        Q.    Let me ask it a different way.
 4        A.    -- what you're -- the objection.  I
 5   don't -- I was told if somebody objects, to not
 6   talk.
 7        Q.    Okay.  Let's clear that up.  She can
 8   object, and you can still answer my question, if you
 9   believe you can understand it.  If you believe you
10   understand it, and you believe you can answer it,
11   you still can answer it.
12        A.    Okay.
13        Q.    Subject to her objection.
14        A.    Okay.  Could you repeat the question,
15   please?
16        Q.    Sure.  Was it your understanding that
17   Joey Odom wasn't willing to execute a written
18   contract before the time that he did on December 20,
19   because he didn't have funding because his insurance
20   company had underpaid him?
21        A.    Yes.
22             MS. WOLF:  Object to form.
23   BY MR. COX:
24        Q.    If Joey Odom had signed a written
25   contract with Encore on this project on November 19,
```

```
 1   2020, when Encore became licensed in Louisiana, was
 2   Encore prepared to begin full-scale work on the
 3   project?
 4                   MS. WOLF:  Object to form.
 5   BY MR. COX:
 6        Q.   Please answer again.
 7                   COURT REPORTER:  I was going to say,
 8             I didn't hear the answer.
 9        A.   Yes.
10   BY MR. COX:
11        Q.   If Encore had begun full-scale work on
12   November 19, 2020, on this project, would Encore
13   have been able to complete the repairs to the
14   building within 66 days?
15                   MS. WOLF:  Object to form.
16   BY MR. COX:
17        Q.   If Encore had begun full scale --
18                   COURT REPORTER:  I'm sorry.  The
19             answer and her objection were at the same
20             time.  I did not get his answer to the
21             question.
22                   MR. COX:  I'll repeat the question.
23                   COURT REPORTER:  Thank you.
24   BY MR. COX:
25        Q.   If Encore had begun full-scale work on
```

1  this project on November 19, 2020, when Encore got

2  its Louisiana license, would Encore have been able

3  to complete the repairs to the building within 66

4  days?

5       A.   Yes.

6            MS. WOLF:  Object to form.  Mr.

7            Monheiser, maybe it would help if -- I'm

8            delaying, so that I don't talk over

9            Mr. Cox.  If you could also delay just a

10           bit, a second or two, so that --

11           THE WITNESS:  Okay.  Yes.

12           MS. WOLF:  -- so that you and are not

13           talking over each other.  Thank you.

14  BY MR. COX:

15      Q.   How sure are you that Encore would have

16  been able to complete the work within that timeframe

17  had Encore started on November 19, 2020?

18      A.   100 --

19           MS. WOLF:  Object to form.

20  BY MR. COX:

21      Q.   Please answer again.

22      A.   100 percent.

23      Q.   Please explain why you're so confident.

24      A.   This is, like I would -- I've tried to

25  explain.  This is what we do.  We put things

1  together at the last minute.  We've got a list of

2  subcontractors that we can bring in at any point in

3  time to do work.  And the objective was to get the

4  first floor tenant in the building.  Now that does

5  not mean finishing the exterior portion, it means

6  getting the exterior portion dried in.

7           And that's why I kept on referencing to

8  that when they were talking about delays.  That was

9  to finish.  As long as we have an exterior that's

10 dried in, I've got guys that can hang drywall.  I've

11 got guys that can do carpet.  I was -- we were in

12 discussions with guys that were -- were doing the

13 carpet, which that would be that one item that could

14 be delayed due to material delivery.  And they did

15 have that material on time.  Again, now we're

16 talking ceiling tile replacement, and we're talking

17 about drywall, and paint.  So, yes, that work could

18 have been completed.

19      Q.    Was it your understanding that Joey Odom

20 delayed signing the contract until December 20

21 because Scottsdale Insurance had underpaid his

22 insurance claim?

23      A.    100 percent.

24           MS. WOLF:  Object to form.

25 BY MR. COX:

1     Q.    Did the one month delay in executing that

2  contract, the written contract, between November 19,

3  2020, and December 20, 2020, delay the completion of

4  the building repairs on this project?

5     A.    Can you please repeat the question?

6     Q.    Did the fact that Joey Odom didn't

7  sign --

8           MS. WOLF:  Hold on.  Ms. Villien, are

9           you getting my objections?  I'm sorry.

10          Because the witness is still talking over

11          me.

12          COURT REPORTER:  I didn't hear an

13          objection that time.

14          MS. WOLF:  I objected to the

15          question.

16          COURT REPORTER:  Thank you.

17          MR. COX:  I'll let you what we've

18          heard.  We've heard an objection to every

19          single question.  And I would stipulate,

20          I'll let you object to the form of every

21          single one of my questions without doing

22          it, if you want.

23          MS. WOLF:  I prefer to object to

24          form.  I prefer to listen to your

25          questions, and object to form if I find

1           them objectionable.

2                     MR. COX:   Okay.

3       BY MR. COX:

4           Q.    Let me repeat the question to you.   Did

5       Mr. Odom's delay in signing a written contract with

6       Encore until December 20, 2020, delay the completion

7       of the building repairs?

8           A.    Yes.

9                     MS. WOLF:   Object to form.

10                    Ms. Villien, since the witness is still

11                    talking over me, I want to ask -- that

12                    last objection?

13                    COURT REPORTER:   Yes, ma'am.   I

14                    heard -- after his answer, I heard your

15                    objection.

16                    MS. WOLF:   Okay.   I think I'm going

17                    to change my mind, if I can, Mike, and

18                    take you up on -- just have a running

19                    objection to form at this point.   And it's

20                    really just so that Mr. Monheiser can

21                    listen to your questions, and we don't

22                    have to delay.

23                    So if Mike is going to give me a

24                    running objection to form, I will accept

25                    that.   And I will stop objecting to form

1          for each question.  Is that okay, Mike?

2               MR. COX:  It's okay at least through

3          this line of questioning.  But when I

4          start the new line of questioning on a

5          document that we are going to download,

6          then I would like to you object

7          specifically on that document testimony.

8               MS. WOLF:  Okay.  I will.

9               MR. COX:  Okay.  My assistant is

10         telling me that we are unable to download

11         the document to share it.  I can e-mail it

12         to everybody right now, or I can e-mail it

13         at least to you, Ms. Wolf, if you would

14         like to have a copy of it.  And then I

15         will hold it up in front of the

16         videographer.

17              MS. WOLF:  Okay.

18              MR. COX:  Could you tell us your

19         e-mail, please?

20              MS. WOLF:  Yes.  It's

21         mwolf@keoghcox.com.

22              MR. COX:  Okay.  We're going to

23         e-mail that right now.

24    BY MR. COX:

25         Q.   You testified earlier that you believe

```
 1   that Encore has substantially completed this project
 2   now.  In fact, this week, correct?
 3        A.   Yes.
 4        Q.   What date would you say specifically?
 5   Would it be yesterday?
 6        A.   Yeah, whenever the -- our exterior guys
 7   picked up all their stuff.
 8        Q.   Which would be August 5, 2021, correct?
 9        A.   Yes.
10        Q.   And there are still some outstanding
11   items, like the replacement of the windows, correct?
12        A.   Correct.
13        Q.   But am I correct that the building is
14   inhabitable at this point and usable --
15        A.   Yes.
16        Q.   -- as a leasable building?
17        A.   Yes.
18                  MR. COX:  I'm going to show the
19             witness a timeline, which I have already
20             shown him during a break in the deposition
21             today.  And I'm going to hold it up.  If
22             you can move over, please, Mr. Monheiser.
23                  MS. WOLF:  So, Mike, is this -- let
24             me ask you.  Is this the point where I no
25             longer have the running objection to form?
```

```
 1              MR. COX:  Correct.

 2              MS. WOLF:  Okay.  So have you asked a

 3        question yet of the witness?

 4              MR. COX:  Not yet.  I'm just showing

 5        the videographer the exhibit, which I have

 6        labeled Encore P1 for plaintiffs.  And I'm

 7        going to ask if the videographer can see

 8        the document clearly.

 9              THE VIDEOGRAPHER:  I can.  I can see

10        it very clearly.

11              MR. COX:  Is there a way that you can

12        screen shot this, so that it -- attachable

13        to the deposition?

14              THE VIDEOGRAPHER:  It is recorded in

15        the deposition.  Screen shot it, not too

16        sure.  No, I don't think I can.

17              COURT REPORTER:  I'm trying to do

18        that right now.  Let me see if I get a

19        clear shot.  It'll take me just a second.

20        Hold on.

21              MS. WOLF:  Mike, I'll tell that I got

22        a copy of it, but I -- it's turned 90

23        degrees, and it's not letting me rotate

24        for some reason.  So I -- I mean, I

25        essentially can't read sideways.  Can I
```

```
 1              ask you some questions about this
 2         document?
 3              MR. COX:  Yes.
 4              MS. WOLF:  So who did you say
 5         prepared it?
 6              MR. COX:  I couldn't hear you.
 7              MS. WOLF:  Who prepared it?
 8              MR. COX:  I did.  Has anyone been
 9         able to screen shot it?  Can I put the
10         document down?
11              COURT REPORTER:  Yes, sir.  I did a
12         screen shot, but to be honest, if you
13         e-mail that to me after the deposition,
14         that would be -- if they can just use
15         through the copy machine, e-mail me a PDF,
16         that will be the better exhibit.  Because
17         the screen shots are not super clear.  But
18         that's your preference, sir.
19              MR. COX:  Sure.  What is your e-mail
20         address?
21              COURT REPORTER:  It's
22         Lafayettereporter@Gmail.com.  I'll put it
23         in the chat also.
24              MR. COX:  And your name again,
25         please?
```

1          COURT REPORTER:  Debbie Villien.

2     Just Debbie is fine.

3          MR. COX:  Okay.  Thank you.

4          COURT REPORTER:  Thank you.

5          MS. WOLF:  So, Mike, before you even

6     begin your questions, I'm going to object

7     to the document.  First of all, I can't

8     read it, as I said, because it's turned

9     90 degrees.  Second of all, because you

10    prepared it, and the witness hasn't seen

11    it before.  But even the parts I can read,

12    are not consistent at all with the record.

13         MR. COX:  I'll note the objection.

14    And I'm going to e-mail it again until you

15    can read it clearly.  Apparently you can

16    read part of it, if you disagree with it.

17    But I want you to get a full version that

18    you can read.  I'm going to try to have my

19    assistant e-mail it to you.  I'd to pause

20    the deposition, please.

21         THE VIDEOGRAPHER:  Would you like to

22    go off the record?

23         MR. COX:  Yes, please.

24         THE VIDEOGRAPHER:  Going off the

25    record.  The time is 4:26.

```
 1                    (OFF THE RECORD)
 2               THE VIDEOGRAPHER:  We are now on the
 3          record.  The time is 4:34.
 4  BY MR. COX:
 5       Q.    Mr. Monheiser, I'm showing what I have
 6  marked as Exhibit Encore P1.  Are you looking at
 7  that document?
 8               (EXHIBIT NO. ENCORE P-1 IDENTIFIED)
 9       A.    Yes.
10       Q.    I'd like to ask you some questions about
11  it.
12       A.    Okay.
13       Q.    First, are you aware that Hurricane Laura
14  hit Lake Charles, Louisiana on August 27, 2020?
15       A.    Yes.
16       Q.    The second entry on the top line says,
17  POL with a date of September 15, 9/15/2020.  I want
18  to ask you some questions about that.  POL is my
19  abbreviation for proof of loss.  Are you aware that
20  Jeff Major, through Skyline Adjusters provided
21  several binders to a representative for Scottsdale
22  Insurance Company detailing his estimate of the
23  damages to the building on September 15, 2020?
24       A.    I don't know the specific date.  But I'm
25  aware of the binders.
```

1     Q.    I would like for you to assume that that

2  is the date that he did it for the purpose of this

3  question.   Are you willing to do that?

4     A.    Yes.

5     Q.    Okay.  I want you to also assume that

6  Louisiana law requires an insurance company, in

7  cases like this, to pay the full amount of someone's

8  damages within 30 days of written proof of loss to

9  the insurance company.  Do you accept that?

10                    MS. WOLF:  Object to form.

11                    MR. WOLFF:  Is Mary Anne back?

12                    MS. WOLF:  Yeah, I'm here.

13                    MR. WOLFF:  Okay.  Sorry.

14                    MS. WOLF:  Ms. Villien, can you hear

15          me when I object?  I'm sorry.

16                    COURT REPORTER:  Yes, ma'am.

17  BY MR. COX:

18     Q.    I want you to also assume, Mr. Monheiser,

19  that Louisiana law requires an insurance company in

20  cases like this to pay the full amount of damages

21  within 60 days, or it's subject to other types of

22  penalties than the 30 day deadline.  Do you accept

23  that?

24                    MS. WOLF:  Object to form.

25     A.    Yes.

1  BY MR. COX:

2     Q.    So if proof of loss was on September 15,

3  2020, 30 days would be October 15, 2020.  Would you

4  agree with that calculation of time?

5              MS. WOLF:  Object to form.

6  BY MR. COX:

7     Q.    Would you also agree that the 60 --

8              COURT REPORTER:  I'm sorry, Mr. Cox.

9          I didn't hear the witness' answer.

10     A.    Yes.

11              COURT REPORTER:  Thank you.

12  BY MR. COX:

13     Q.    Would you also agree that the 60 day

14  period from September 15 would end on November 14,

15  2020?

16              MS. WOLF:  Object to form.

17     A.    Yes.

18  BY MR. COX:

19     Q.    Now you have testified that Encore

20  received its Louisiana contractor's license on

21  November 19, 2020, correct?

22     A.    Yes.

23     Q.    And you testified that if Encore had

24  begun construction full speed on November 19, 2020,

25  you're confident that Encore would have completed

1  the repairs to this building within 66 days,

2  correct?

3              MS. WOLF:  Object to form.

4      A.    Yes.  To a certain extent of the first

5  floor, to get the first floor moved in.  That was on

6  the -- on the contract.

7  BY MR. COX:

8      Q.    Let me rephrase the question, because

9  that was --

10             If Encore had begun construction full

11  speed on that day, November 19, that appears on the

12  top line, are you confident that Encore would have

13  completed the repairs to the building by January 24,

14  2021?

15             MS. WOLF:  Object to form.

16     A.    We would have finished the first floor

17  tenant by 2021 -- by around that date, around

18  1/24/21.  And then later finished that second floor.

19  Again, the main focus of this whole item -- of this

20  whole job was that first floor and getting the

21  building dried in and then doing work on the

22  interior.  So, yes, we could have gotten that -- the

23  first floor tenant in by 1/24/21.

24  BY MR. COX:

25     Q.    Well let me ask you this.  Was the 66 day

```
 1   completion in the contract that you entered into
 2   with Mr. Odom for completion of all the repairs to
 3   the building?
 4        A.    It was completion of the first floor.
 5        Q.    What was the completion date for the
 6   other repairs?
 7        A.    Exterior and the second floor.
 8        Q.    Yeah, but was there a completion time
 9   period for that?
10        A.    I believe there was a specific date
11   listed.
12              COURT REPORTER:  I'm sorry.  Ms. Mary
13         Anne, did you say something?
14              MS. WOLF:  I objected to form of the
15         question.
16              COURT REPORTER:  Thank you.
17   BY MR. COX:
18        Q.    Let's pull the contract and let me have
19   you look at it.
20              MR. COX:  Ms. Wolf, do you know which
21         tab it is?  Is it 5?
22              MS. WOLF:  It's E2.  And what you
23         want is page 3 of 8, section 7, time of
24         performance.
25              MR. COX:  Would you repeat that,
```

```
 1            please?
 2                    MS. WOLF:  Yes.  Page 3 of 8,
 3            Section 7, time of performance.
 4  BY MR. COX:
 5       Q.    I will let you review that provision.
 6       A.    Yeah, 66 days of commencement the second
 7  floor and all exterior work, shall be completed by
 8  February 28.
 9       Q.    Okay.  So that would have been
10  February 28 would have been how many days?
11       A.    For the second floor and the outside, I
12  think 90 -- around 90 days, or a month after.
13       Q.    Okay.  Around a month after the first
14  contract?
15       A.    Correct.
16       Q.    Okay.  And so we would have to add to
17  that last entry on the top line, Encore completes
18  repairs to the first floor for it to be accurate to
19  you, correct?
20       A.    Yes.
21                    MS. WOLF:  Object to form.
22  BY MR. COX:
23       Q.    And then it would be 30 days later,
24  approximately, so approximately 2/24/21 where
25  Encore -- well let me ask you a question about it.
```

```
 1            When would Encore -- if Encore had
 2   started full-scale construction on November 19,
 3   2020, when would Encore have completed the entire
 4   repairs to the building, first and second floor?
 5            MS. WOLF:  Object to form.
 6       A.   The second floor everything would have
 7   been done.  Trade stacking, we would have gotten
 8   drywall in first floor, dry wall in second floor.
 9   Everything starting on the first floor then going to
10   the second floor.  So everything would have been
11   done on the interior shortly after it was done on
12   the first floor.  But again, the first floor was
13   that priority.
14            So how many days it's taking to maybe
15   finalize a punch list, or something like that on
16   that second floor, you could just -- I would
17   probably say a week to two weeks after that first
18   floor would be completed is when I could say that we
19   would have a confident day that we could have
20   finished that second floor.
21   BY MR. COX:
22       Q.   You would believe that you would have
23   completed, if I understand you correctly, the
24   repairs to the entire building two weeks after the
25   January 24th?
```

```
 1        A.    On the interior.
 2                 MS. WOLF:  Object form.
 3  BY MR. COX:
 4        Q.    And I'm talking about making the entire
 5  building inhabitable?
 6        A.    Yes.
 7                 MS. WOLF:  Form.
 8        A.    For tenants, yes.
 9  BY MR. COX:
10        Q.    How long would that have taken after
11  January 24, 2020?
12        A.    Again, I think that's a little bit of
13  a -- the interior work would have been completed.
14  The exterior work would have continued focusing on
15  entrance areas, so that if there was a second floor
16  tenant that -- and the entrance was not blocked by
17  work continuing in on the building.  So focusing on
18  the entrances and exits of the building, around that
19  date is when it could happen, inhabitable.
20        Q.    What date are you talking about?  Are you
21  talking about February 24, 2021?
22        A.    Yes.
23                 MS. WOLF:  Object to form.
24  BY MR. COX:
25        Q.    I'm going to put in there, Encore
```

1  completes repairs to entire building.  Would you

2  agree with that, that Encore could have done that by

3  February 24, 2021, had it started construction

4  full-scale on November 19, 2020?

5      A.    Yes.

6              MS. WOLF:  Object to form.

7  BY MR. COX:

8      Q.    Okay.  So the top line on this drawing is

9  a line that, in my mind, assumes that Scottsdale had

10  fully paid Mr. Odom's damages within that 30 and 60

11  day deadline.  And that top line, as far as we laid

12  it out, you believe to be accurate?

13             MS. WOLF:  Object to form.

14     A.    Yes.

15  BY MR. COX:

16     Q.    The red line is a second timeline.  And I

17  want you to go through that one with me.  The red

18  line assumes that Scottsdale Insurance Company

19  underpaid Mr. Odom's claim within the 30 day

20  deadline and the 60 day deadline.  I want you to

21  assume that's true.  Are you willing to do that?

22             MS. WOLF:  Object to form.

23     A.    Yes.

24  BY MR. COX:

25     Q.    Was it your understanding that

1   Scottsdale -- was it your understanding from your

2   discussions with Mr. Odom and Jeff Major, that

3   Scottsdale, in fact, had underpaid Mr. Odom's claim

4   within that 30 day and 60 day deadline under

5   Louisiana law?

6                   MS. WOLF:  Object to form.  Also,

7            Mike, I need to raise an objection because

8            I can no longer see what it is you're

9            showing the witness.  It's been modified.

10           And because I had to print it out, I don't

11           see in color.

12               COURT REPORTER:  And I did not hear

13           the witness' answer to that last question.

14               MR. COX:  What's that?

15               COURT REPORTER:  I did not hear the

16           witness' last answer to the question.

17   A.    Yes.

18               COURT REPORTER:  Thank you.

19               MR. COX:  And just to clarify, the

20           only thing that I have changed is on the

21           top line.  And I'll show the camera what

22           I've changed.  It's the last entry, which

23           is February 24, 2021 -- well actually I

24           added to January 24, 2021.  It said Encore

25           completes repairs.  I added the words, to

1          first floor, for January 24, 2021.

2               I then added February 24, 2021, and I

3          added the words, Encore completes repairs

4          to entire building.  That's the only thing

5          I've changed on the drawing.  And for the

6          sake of what's colored, the top line is

7          not colored.  The line as it comes down

8          below the October 15th date, and then

9          extends all the way to the end of the

10         page, so in other words the bottom line,

11         is in red.  It should, at least, appear

12         thicker on the copy that I sent to you.

13         And I'll hold it up again to the camera

14         and you can see what is red on it.

15  BY MR. COX:

16      Q.   Now, Mr. Monheiser, I'll continue asking

17  you about this bottom line.  You've testified that

18  Mr. Odom delayed entering into the contract --

19  entering into the written contract with Encore until

20  December 20, 2020, because he didn't have adequate

21  funding from his insurance company.  That was your

22  understanding, correct?

23      A.   Yes.

24          MS. WOLF:  Object to form.

25  BY MR. COX:

```
 1       Q.    What was your understanding about why --
 2   I'm asking this a different way.  What was your
 3   understanding about why Mr. Odom delayed entering
 4   into the written contract until December 20?
 5                 MS. WOLF:  Object to form.
 6       A.    He did not have funding from his
 7   insurance company.
 8   BY MR. COX:
 9       Q.    The fact that construction began on
10   December 20 instead of November 19, did that cause
11   the construction timeline to be delayed?
12                 MS. WOLF:  Object to form.
13       A.    Yes.
14   BY MR. COX:
15       Q.    And caused it to be delayed through
16   August 5, 2021, for the first floor, correct?
17                 MS. WOLF:  Object to form.
18       A.    It was -- that's in May.  This is the
19   second floor whenever -- or the outside, I would say
20   it would be fully completed on this date.
21   BY MR. COX:
22       Q.    Okay.  So 8/5/21 would be six-month
23   delayed completion for entire building, correct?
24       A.    Yes.
25                 MS. WOLF:  Object to form.  That's
```

```
 1              not what he said.
 2  BY MR. COX:
 3      Q.    And when -- if you would note on there,
 4  what date would it have delayed the construction
 5  until for the first floor to be occupiable, or
 6  leasable, by Homeland Security?
 7                  MS. WOLF:  Object to form.
 8      A.    Can you repeat the question?
 9  BY MR. COX:
10      Q.    When was the first floor repaired to the
11  degree that the tenant, Department of Homeland
12  Security, could move back in?
13                  MS. WOLF:  Object to form.
14      A.    Sometime in May or June I believe.  I
15  don't know the exact date.  It's in my notes.
16  BY MR. COX:
17      Q.    Do you remember when they, in fact, moved
18  into the building?
19                  MS. WOLF:  Object to form.
20      A.    I know furniture was delivered last week
21  or this week.  But they have been -- they've been in
22  the building for maybe 2 months.
23  BY MR. COX:
24      Q.    Okay.  So that would be -- going back
25  from August would be -- they would have moved
```

```
 1   into -- the building would have been inhabitable for
 2   that tenant sometime in June --
 3        A.    Correct.
 4        Q.    -- of 2021?
 5        A.    Correct.
 6        Q.    I'm going to add date June 2021.  And
 7   that would be the first floor completed, correct?
 8        A.    Correct.
 9             MS. WOLF:  I'm going to object to
10             form.  And I'm just going to make a
11             running objection, because I can't see
12             anything that's being done in the room.  I
13             know --
14             MR. COX:  I'll hold up again so you
15             can read it.  And I'll e-mail this to
16             everyone immediately when I'm done with
17             his testimony.  And we can take a break so
18             you can cross-examine him on it.
19   BY MR. COX:
20        Q.    So, Mr. Monheiser, would you agree,
21   subject to the assumptions that we have made, that
22   this -- that these two timelines would be accurate
23   according to your testimony?
24             MS. WOLF:  Object to form.
25        A.    Yes.
```

```
 1              MR. COX:  I'll offer and introduce
 2         Exhibit Encore P1 attached to the
 3         deposition at this time.
 4              MS. WOLF:  And for all the reasons
 5         that have stated, I object to Plaintiff's
 6         Encore P1.
 7              MR. COX:  Noted.  I suggest we take a
 8         break now, so that I can e-mail this again
 9         as amended, and then we can have follow-up
10         questions.
11              MS. WOLF:  Okay.
12              THE VIDEOGRAPHER:  Going off the
13         record.  The time is 4:54.
14                 (OFF THE RECORD)
15              THE VIDEOGRAPHER:  We are now on the
16         record.  The time is 5:08.
17    BY MR. COX:
18         Q.   Because full-scale work did not begin
19    until December 20, 2020, did that affect the
20    availability of subcontractors on this job?
21              MS. WOLF:  Object to form.
22         A.   Can you repeat that question?
23    BY MR. COX:
24         Q.   Because full-scale work didn't start
25    until December 20, 2001 -- first of all, wasn't that
```

```
 1  your testimony, that full-scale work didn't start
 2  until you had a written contract with Mr. Odom?
 3       A.    Correct.
 4                MS. WOLF:  Form.
 5  BY MR. COX:
 6       Q.    If that's the case, and full-scale work
 7  didn't begin until then, did that delay in the
 8  commencement of full-scale work affect the
 9  availability of subcontractors on this job?
10                MS. WOLF:  Object to form.
11       A.    Yes.
12  BY MR. COX:
13       Q.    Did that delay affect the pricing of
14  materials on this job?
15                MS. WOLF:  Object to form.
16       A.    Yes.  As far as plywood more
17  specifically, yes.
18  BY MR. COX:
19       Q.    Were there any other elements of material
20  where the price of the materials increased after the
21  hurricanes, and specifically after December 2020?
22       A.    Yes.
23                MS. WOLF:  Object to form.
24       A.    I'm aware of some.  But I couldn't name
25  any specific.
```

```
 1   BY MR. COX:
 2        Q.    There was an ice storm in Lake Charles in
 3   February 2021, correct?
 4        A.    Correct.
 5        Q.    Did that ice storm make the issues of the
 6   availability of subcontractors worse?
 7        A.    Yes.
 8              MS. WOLF:  Object to form.
 9   BY MR. COX:
10        Q.    Did the ice storm make the issue of the
11   increased price of materials more of an issue?
12        A.    Yes.
13              MS. WOLF:  Object to form.
14   BY MR. COX:
15        Q.    There was a flood in Lake Charles in May,
16   correct?
17        A.    Correct.
18        Q.    Did that flood make the issue concerning
19   the availability of subcontractors worse?
20              MS. WOLF:  Object to form.
21        A.    Yes.
22   BY MR. COX:
23        Q.    Did the flood in May make the issue
24   regarding the increased price of materials worse?
25              MS. WOLF:  Object to form.
```

1  A. Yes.

2    MR. COX:  Thank you.  I don't have

3  any other questions.

4   CONTINUATION OF EXAMINATION

5 BY MS. WOLF:

6  Q. Mr. Monheiser, we have spent the past two

7 days going through Encore's documents and

8 construction records that you have produced for us;

9 isn't that correct?

10  A. Correct.

11  Q. And the testimony that you've given about

12 those documents, which includes the contracts, the

13 subcontracts, all of the supporting documents with

14 your subcontracts, your daily logs, your records of

15 conference calls with GSA, when we went through all

16 of that information your testimony was truthful?

17  A. Yes.

18  Q. And we discussed in that two days of

19 testimony delays and causes of delays, correct?

20  A. Correct.

21  Q. All right.  And, in fact, we drilled down

22 through the daily logs and your other documents that

23 you have provided us, and I asked you specific

24 questions about your entries on a day-to-day basis;

25 isn't that correct?

1        A.    Correct.

2        Q.    And the information that you knew on a

3   particular day when you wrote down something on a

4   particular day, your memory of it was clearer on

5   that day than it is today when you're giving this

6   testimony; isn't that right?

7        A.    Can you repeat that question?

8        Q.    When you're making entries in your daily

9   log, or when you are doing meeting minutes on the

10  same day, or the next day after a meeting, your

11  memory of the details of that day are clearer on the

12  day that you are documenting it than they are today;

13  isn't that correct?

14       A.    Are you asking if I am -- if I remember

15  all the details of my notes as I -- today as I did

16  back then?

17       Q.    That's close to what I was asking.  Let

18  me ask my question.  I think it's a little bit

19  different.  That when you're writing something in a

20  daily log, your memory of that particular day, and

21  the specific details, is clearer on that day when

22  you are writing it than it is months later; isn't it

23  correct?

24       A.    Yes.

25       Q.    Today plaintiff's counsel has shown you a

1    handwritten document that's -- it's labeled Exhibit

2    Encore P1, correct?

3           A.    Correct.

4           Q.    And this document was created solely by

5    Mr. Cox, by plaintiff's counsel, correct?

6           A.    Correct.

7           Q.    And you haven't seen it before today; is

8    that right?

9           A.    Correct.

10          Q.    Did you discuss this document off the

11   record today with Mr. Cox?

12          A.    Yes.

13          Q.    All right.  And what did y'all discuss?

14          A.    He just showed me the document.  We went

15   through the dates and asked if they were accurate.

16          Q.    He asked you off the record before he

17   showed it whether or not the dates were accurate?

18          A.    Can you repeat that question?

19          Q.    What I want to know is, before Mr. Cox

20   showed it to us the first time, he had asked you to

21   confirm that the dates were accurate?

22          A.    Yes.

23          Q.    Did you confirm that they were accurate?

24          A.    Yes.

25          Q.    Before he showed it to us?

1      A.    Yes.

2      Q.    But actually during your testimony just

3 now, you had to make corrections to it, right?

4      A.    Correct.

5      Q.    All right.  And during your questioning

6 by plaintiff's counsel, at no time did he show you

7 or pull any of the documents that Encore has

8 produced, your voluminous construction records?

9 Other than your contract with the owner, you've not

10 referenced any of those documents in responding to

11 his questions; is that correct?

12      A.    What you're missing is the ability to

13 pull people from anywhere that --

14      Q.    Mr. Monheiser --

15      A.    -- I do apologize.  This is -- this is my

16 deposition on -- I am here to give my information of

17 what I can do to you guys.  To this counsel and to

18 that counsel.  So you're asking me a simple question

19 that is not very simple.  You are forgetting

20 elements, that we have manpower.  Do I need demo

21 plans or do I plans to demo the outside of a

22 building?  No, I don't.  It's fairly specific.

23        I've got guys who can do that in Kansas

24 City who would drive down and could be here tomorrow

25 at, you know, 4:00 in the afternoon.  I had that

```
 1  ability to do that.  It's not a fact or fiction
 2  deal, or a question whether there is a reason why
 3  the commencement date was on the 24th, and he did
 4  not sign that contract until the 20th of December.
 5  There is a reason.
 6       Q.    Mr. Monheiser --
 7       A.    And it's very obvious there's a reason.
 8  Again, and I'm not -- you know, everybody here is
 9  taking secondhand information -- looking from a mile
10  away whenever all this was happening, you know --
11       Q.    Mr. Monheiser, I don't really -- listen,
12  I don't like to -- I don't like to cut witnesses
13  off.  But the fact is that your answer is nowhere
14  close to what my question was.
15            So number 1, I appreciate your answer, I
16  really do.  I think that everything that I just
17  heard you say, I have heard you say over the last
18  two days.  So don't think that I'm cutting you off
19  because I'm not interested in what you have to say.
20  That is not correct.  I did hear what you had to
21  say.
22            Here was my question, which is a
23  different question.  And so while it is your
24  deposition, it's also my client's deposition, too,
25  and it's a question and answer.
```

1          So what my question was.  Is that while
2  plaintiff's counsel was asking you questions about
3  Encore P1, the only document you referred to was
4  Encore's contract, you did not look at any other
5  documents in responding to those questions; isn't
6  that true?
7       A.    Can you repeat that question?
8       Q.    Yes.  When plaintiff's counsel was asking
9  you questions about Encore P1, this document that he
10  prepared, he did not show you, and you did not refer
11  to, any documents in Encore's record, other than
12  Encore's contract with the owner; isn't that
13  correct?
14       A.    Correct.
15            MS. WOLF:  I do not have any other
16       questions.
17            MR. COX:  Thank you, guys.  Y'all
18       have a good weekend.
19            THE VIDEOGRAPHER:  Going off the
20       record.  The time is 5:18.
21            COURT REPORTER:  Mr. Cox, you did --
22            MR. COX:  Yes.  On the record I was
23       going to tell you that I wanted a copy of
24       the deposition transcript.
25       Friday, August 06, 2021 5:18 PM

REPORTER'S PAGE

1

2          I, Deborah Villien, Certified Court

3   Reporter, in and for the State of Louisiana, the

4   officer, as defined in Rule 28 of the Federal Rules

5   of Civil Procedure and/or Article 1434(b) of the

6   Louisiana Code of Civil Procedure, before whom this

7   sworn testimony was taken, do hereby state:

8              That due to the interaction in the

9   spontaneous discourse of this proceeding, dashes

10  (--) have been used to indicate pauses, changes in

11  thought, and/or talk overs; that same is the proper

12  method for a Court Reporter's transcription of

13  proceedings, and that the dashes (--) do not

14  indicate that words or phrases have been left out of

15  this transcript;

16             That any words and/or names which could

17  not be verified through reference material have been

18  denoted with phonetic [ph]; that any non-word sounds

19  or utterances have been denoted with [descriptive

20  sound];

21             This transcript may contain quoted

22  material.  Such material is reproduced as read or

23  quoted by the speaker, and may not agree with the

24  printed material.

25  Deborah Villien, CCR

1           CERTIFICATE
2  This certification is valid only for a transcript
3  accompanied by my original signature and original
4  required seal.
5  I, Deborah Villien, Certified Court Reporter
6  (License No. 98079) in and for the State of
7  Louisiana, as the officer before whom this testimony
8  was taken remotely via videoconferencing, do hereby
9  certify that EVAN MONHEISER, after having been duly
10  sworn by me on August 5, 2021 at the commencement of
11  his deposition, upon authority of R.S. 37:2554, did
12  testify on the 6th day of August 2021 as
13  hereinbefore set forth in the foregoing 233 pages;
14  this testimony was reported by me in the stenomask,
15  voice writer, method, was prepared and transcribed
16  by me or under my personal direction and
17  supervision, is a true and correct transcript to the
18  best of my ability and understanding; that the
19  transcript has been prepared in compliance with
20  transcript format guidelines required by statute or
21  by rules of the board, and that I am informed about
22  the complete arrangement, financial or otherwise,
23  with the person or entity making arrangements for
24  deposition services; that I have acted in compliance
25  with the prohibition on contractual relationships,

1  as defined by LA Code of Civil Procedure Article

2  1434 and in rules of the board; that I have no

3  actual knowledge of any prohibited employment or

4  contractual relationship, direct or indirect,

5  between a court reporting firm and any party

6  litigant in this matter, nor is there any such

7  relationship between myself and a party litigant in

8  this matter.  I am not related to counsel or to the

9  parties herein, nor am I otherwise interested in the

10 outcome of this matter.

11 I further certify that before the completion of the

12 deposition, as defined in Rule 30(e)(2) of the

13 Federal Rules of Civil Procedure and/or Article 1445

14 of the Louisiana Code of Civil Procedure the

15 deponent and/or a party did not request to review

16 the transcript.

17 August 11, 2021

18

19

20

21

22

23

24  _____

25

| Exhibits | 1 | | | |
|---|---|---|---|---|

**Exhibits**

**Encore Exhibit 02** 3:8 189:22 190:2
**Encore Exhibit P-1**

**$**

**$1,455,180** 41:12,21
**$1.36** 6:25 7:8 9:22 10:15 91:21 193:8
**$100,000** 8:3 9:5,17 12:19,21
**$101,520** 23:6
**$11,761.05** 44:24
**$12,100.26** 149:3
**$130,000** 114:14
**$15,000** 111:8
**$1890** 20:7,24
**$195,758.50** 33:10
**$195,758.58** 33:4
**$200,000** 30:1,19 31:8, 13 33:16 113:17
**$200,731.50** 29:23
**$250,000** 13:22 14:3
**$2563** 150:6
**$315,000** 16:17 17:10 20:3,13 22:9 24:4
**$35** 99:21
**$35,000** 136:22,25
**$375,102.42** 20:4 24:6 28:23
**$443,214.99** 11:11
**$46,943** 149:13
**$50,000** 19:11,15,19
**$5000** 151:4
**$55,819.92** 49:3
**$550,000** 22:18 24:3
**$561,802.49** 10:16
**$6,340** 9:25 10:7
**$607** 15:23
**$607,486.30** 15:23
**$75,000** 136:15
**$89,210** 188:17
**$95,180** 23:15 42:1
**$955,819.27** 15:15

**0**

**0064** 8:8
**04** 114:16
**05** 50:5 114:16
**06** 5:3 113:21 114:20
**0691** 44:13

**1**

**1** 6:1 10:1,8,24 11:13,15 12:6 13:3 15:19 16:4 23:8 32:24 42:3,6 48:25 80:3 81:1,23 82:1 83:3 99:12 125:8,11 134:19 145:15 164:6 181:24 182:20 186:22 190:6
**1.36** 26:20,22 41:25
**1.4** 173:10
**1.455** 42:7
**1.5** 42:7 176:14
**1.8** 173:11
**1/24/21** 214:18,23
**10** 28:3 29:22 30:20 31:19 33:3,6,9,13,14,25 41:9,20 66:15,20 67:6,9 99:11 110:12,15 147:8 157:5 174:2
**10,000** 111:7
**10.083** 134:18
**10.085** 134:18
**100** 7:14,18 33:17,19,22 39:25 88:12 92:6 130:2 135:11 150:20 153:20 202:18,22 203:23
**100,000** 8:18 26:14 145:18
**1023** 181:17,22
**10:43** 44:1
**10:57** 44:4
**11** 14:14,17 50:23 56:23 57:1 58:12 59:1,5 60:7, 9 166:4
**11.02** 125:6
**11.03** 116:18
**11.04** 103:3,10
**11.05** 50:23 52:1,23
**11/24** 63:12,14 74:17
**110** 112:5
**11:00** 116:20,21,22,24
**11:48** 76:19
**12** 58:23 73:19 105:7 170:25
**12.0004** 130:10
**12.0153** 153:2
**12.0154** 154:23
**12.0166** 86:4 100:16
**12.0228** 156:2
**12.0296** 157:7
**12.0297** 163:4
**12.0298** 163:21
**12.0299** 164:4
**12.0301** 157:7

**12.0311** 166:5
**12.0312** 168:7
**12.053** 154:16
**12.0545** 170:4,7
**12.0610** 176:1
**12.0690** 44:12 46:12,16
**12.0709** 176:19
**12.0773** 177:14
**12.0798** 179:2
**12.0875** 180:14
**12.0930** 48:17,18
**12.1016** 181:15,20,22 185:11
**12.1047** 185:21
**12.609** 174:6
**12/16** 74:22
**12/18** 74:23 75:5
**12/6** 74:19
**1200** 87:13
**120854** 179:19
**1216** 87:15
**12:00** 96:3
**12:30** 76:11,12,15
**12:45** 76:15,16
**12:47** 76:22
**13** 140:14 143:25
**130** 114:10
**14** 128:21 148:7 177:13 213:14
**15** 40:21,25 52:1 54:6,24 77:1 80:3 87:21 88:8 106:5 116:8,12 118:2 178:24 185:23 194:11 211:17,23 213:2,3,14
**15,000** 111:6 138:19
**151** 186:23
**153** 153:4 154:17,18
**155** 153:2,4
**15th** 78:8 221:8
**16** 116:17 126:4 174:8 178:24 179:21
**16th** 116:17
**17** 117:7 121:5,6,7 180:16
**18** 73:19 117:10 148:8,9 151:10 156:3,25 178:25
**18th** 117:14 151:13
**19** 56:6,14,15,23 57:1 70:2 80:4,5,15,19 91:10,16 92:16 115:15 195:7 200:25 201:12 202:1,17 204:2 213:21, 24 214:11 217:2 219:4 222:10
**195,758.58** 32:3
**19th** 93:2 117:19 125:21 173:7

**1:00** 76:4
**1:58** 124:13
**1st** 86:23

**2**

**2** 5:2 7:24,25 8:3,6 9:15 10:13,23 11:9,14 13:2 15:13 16:4 23:11,20 32:24 33:15 41:10,21 44:8 80:3 81:12,18 99:12 140:21 164:7 187:15,20,21 189:22 190:2,5 223:22
**2/11/21** 180:24
**2/24/21** 216:24
**20** 66:21 70:22,24 71:3 127:24 170:3 172:17 174:1 179:4 199:15 200:18 203:20 204:3 205:6 221:20 222:4,10 225:19,25
**200,000** 29:23 33:14 145:21
**2001** 225:25
**2011** 103:14 104:23
**2020** 6:7 8:23 12:23 14:17 40:7 44:16 52:1, 24 69:14 77:25 79:21 86:18,19 128:21 130:13 131:17 140:14 144:13 153:18 156:3 157:11 166:11 169:3 174:8 190:3 191:25 192:9 195:7 196:2 199:15,22 201:1,12 202:1,17 204:3 205:6 211:14,23 213:3,15,21,24 217:3 218:11 219:4 221:20 225:19 226:21
**2021** 5:3,6,10 13:18 14:11 16:13 18:9,20 19:5 23:24 27:21 28:3 29:22 33:3,6,9 40:21 48:25 49:12 52:8,11,16 73:2 103:4 127:12 134:19 148:8 176:20 177:13 179:4,20 180:16 181:24 182:2 185:23 207:8 214:14,17 218:21 219:3 220:23,24 221:1, 2 222:16 224:4,6 227:3
**209** 187:16,18,25
**209.03** 188:18
**20th** 71:12 173:8
**21** 52:24 70:24 148:9 186:5
**212** 187:20

**218** 153:19 154:19
**22** 16:13 18:9,20 19:5 71:15 77:25 79:21 107:5 121:4 122:6 131:17 132:20
**229** 156:2
**23** 52:8,11,16 174:4
**23rd** 125:16
**24** 8:23 9:16 44:9,11,12, 16 63:16 67:1 92:4 118:3 130:13 170:12 172:14,16 214:13 218:11,21 219:3 220:23,24 221:1,2
**24,927.50** 6:17
**24th** 116:8 117:24 172:20 217:25
**25** 71:21 73:15 107:8
**25,000** 6:24 26:15
**250,000** 13:21 26:13,14 145:22
**26** 117:21 127:8
**265.021** 131:14
**265.111** 128:16
**27** 13:18 14:11 127:11 176:19 211:14
**28** 6:7 41:3 71:24 86:19 144:2 177:11 216:8,10
**29** 12:23 61:3,15 62:13, 20 86:18 87:10 92:20 93:4 94:17 95:9 100:16 107:9 179:1
**2:00** 105:23 124:9
**2:07** 124:16

**3**

**3** 13:9,10,16 14:4,9 22:18 24:3,17 49:12 81:21,24 97:12,14 98:1 99:12 176:8 188:17 215:23 216:2
**3.11** 166:9
**3.13** 166:9
**3.2.2** 17:17,18 18:11,21 19:6
**3/19** 126:2
**30** 71:20 115:25 116:2 138:23 212:8,22 213:3 216:23 219:10,19 220:4
**30,000** 138:18
**31** 135:4,13 138:7
**315** 22:23
**315,000** 21:14,16 22:3, 22 49:24 115:16
**32** 179:18
**35** 136:21

**35,000** 135:15,18,19 136:11,14
**36** 180:13
**375,000** 29:7
**3:00** 72:10
**3:56** 194:21

---

**4**

**4** 7:2,22 16:9 23:10,11, 16 24:5 43:3 73:2 82:6 83:5 99:13 125:14 179:20
**4/14** 182:19
**4/16** 182:19 185:24
**4/21** 186:1
**4/26** 127:18
**40** 138:12
**40-year-old** 135:21
**41** 185:12
**42** 48:16
**44** 181:14,17
**46** 140:9 185:20
**49** 186:9,15
**4:00** 105:16
**4:06** 194:24
**4:26** 210:25
**4:34** 211:3
**4:54** 225:13

---

**5**

**5** 5:6,10 19:22 22:25 24:5,9,14,15,22 25:7 27:4,5,18 28:8 32:20 43:24 71:4 83:3 86:8 103:4,11,17 125:14 170:4 207:8 215:21 222:16
**5/6** 28:1
**50** 60:3 72:6
**500,000** 114:15
**51** 185:21
**547** 170:7
**549** 170:5
**55** 17:17
**55.02** 17:17
**550** 26:13 114:15
**550,000** 26:13
**56** 179:19
**5:00** 197:19
**5:08** 225:16
**5:23** 138:9
**5s** 28:10

---

**6**

**6** 5:6 23:24 24:16,17 26:24 27:20,22 28:7 29:6 71:25 116:1,4 152:25 153:18 155:13 176:20 190:4
**60** 6:2 99:22 212:21 213:7,13 219:10,20 220:4
**61** 7:21
**612** 174:6
**62** 8:2,5,6,12
**620** 37:17 44:18 46:1 57:12 86:22 97:19 140:15,19 141:14 173:17
**63** 12:20 77:24
**64** 8:4 9:20
**64-64.02** 9:12
**65** 13:9,15 15:10 72:5
**66** 14:5 201:14 202:3 214:1,25 216:6
**67** 13:11 14:8 15:12
**67.02** 14:8
**68** 16:10
**6:00** 70:3 73:3 105:12

---

**7**

**7** 11:13 26:25 27:2 64:14 156:2 215:23 216:3
**70** 22:19 73:7
**70,000** 135:21
**71** 16:21
**71.02** 16:21
**713** 176:20
**72** 19:24
**74** 23:2 27:5,16,20 28:22 29:5
**74.02** 23:3
**75** 26:25 27:16 28:2,25 29:9,19,20,21 31:24 33:6,8 41:8,14,18
**75,000** 145:16
**75.02** 26:25
**76** 180:14
**776** 177:14
**7:00** 63:18,23 70:3 71:17,25 72:1 105:11

---

**8**

**8** 7:20 12:20 14:4 22:17 24:3 71:16 73:2 99:13 144:13,24 157:11
166:11 168:2 182:2,7 215:23 216:2
**8-foot** 99:10,11
**8/5/21** 222:22
**80** 73:6
**803** 179:2
**89,000** 188:19
**8:00** 72:10 105:15,23 116:21,22,24

---

**9**

**9** 7:2 56:5,24 85:3 146:13 170:9 196:2
**9.039** 144:12
**9.40** 144:12
**9/15** 53:14 77:6 79:5 85:4
**9/15/20** 52:5
**9/15/2020** 78:17 211:17
**9/28** 89:4
**9/28/2020** 87:20 88:9,14
**90** 73:5 208:22 210:9 216:12
**900,000** 26:14,16
**95** 78:11 80:24
**95.02** 78:12
**96** 77:23 84:20 88:7,23
**96.03** 77:23
**995** 48:20,21 128:18
**995-02** 8:18 45:24 46:23 47:17 48:1
**995-06** 43:8
**9:42** 5:3,7

---

**A**

**a.m.** 5:7 63:18,23 70:3 71:17,25 72:10 73:3 105:11,15,23 116:20, 21,22,24
**A5** 171:6
**abbreviated** 25:4
**abbreviation** 211:19
**ability** 82:14
**absolutely** 41:6 197:25
**accept** 91:25 205:24 212:9,22
**acceptance** 183:19,21
**accepted** 17:5 183:10
**access** 103:13 104:8,10, 16 164:14
**accident** 48:11
**accommodation** 161:7
**account** 11:16 92:9 99:15,17 151:7 197:10 198:2

**accountable** 100:25
**accounted** 87:3 89:11, 19 91:19 93:3,10 150:25 151:1
**accounting** 90:6,12,15
**accurate** 73:7,11 99:16 127:23,25 160:10,21, 23,25 170:15 174:24 216:18 219:12 224:22 230:15,17,21,23
**achieve** 141:1 142:10 183:2
**Acoustical** 44:21 45:16
**active** 164:8,16,17
**activity** 164:20
**actual** 52:5 79:2 88:18 118:20,21 154:4 173:20,25 176:15 191:18
**add** 10:20 11:4 38:22 67:15 108:5 114:16 120:17 172:9 216:16 224:6
**added** 23:18 38:21 50:24 53:4 57:19 151:15 160:14 165:3 220:24,25 221:2,3
**adding** 152:11 172:9 173:19 176:3
**additional** 20:3 42:12 108:21 109:19 135:18 151:12 152:16
**additionally** 57:19
**additions** 32:12 33:21
**address** 97:1 209:20
**Aden** 26:8 40:2,3 78:15, 20 79:3,12 80:24 82:24 96:21,24 128:16,21 146:20 153:7 154:2,24 155:5
**Aden's** 149:23
**adequate** 147:9 221:20
**ADG** 179:8,15,16
**adjust** 171:12
**adjusters** 98:10 211:20
**adjustments** 176:25
**administrator** 149:23
**advise** 137:24 185:1
**advised** 184:15
**afar** 169:9
**affect** 225:19 226:8,13
**affected** 107:12
**afternoon** 196:22 198:14
**agenda** 158:5 159:15
**agent** 126:11,14,20
**agents** 126:23

**agree** 11:2 75:7 98:13 213:4,7,13 219:2 224:20
**agreed** 20:15,23
**agreement** 20:25 21:2 102:24 193:10
**agreements** 96:15,18
**ahead** 49:5 50:10 156:25 168:20 171:15
**AHU** 121:10,17
**air** 71:6,7 121:14,17 122:23,24 156:17 163:25
**allocated** 150:2
**Amazon** 150:8
**ambitious** 50:9
**amended** 225:9
**amount** 6:17,24 7:20,22 8:3 9:16 10:11 13:21 16:16,17,18 20:3 22:5 23:6 28:22 29:22 41:24, 25 42:1,6,20 43:3 44:24 58:9 114:8 120:13 145:17,22 148:14 149:2 150:6,7 151:8 188:17 193:12 212:7,20
**amounts** 15:7 21:3 174:16 193:8
**and/or** 87:1 89:19 91:5 183:19 185:2,8 195:9
**Andrew** 85:16,25 157:20 158:9
**Anne** 10:5 41:2 46:14 212:11 215:13
**answers** 90:19
**anticipate** 194:10
**anticipated** 186:3
**apologize** 43:14 60:24 102:22 174:13
**app** 15:8 32:19,20 33:5
**Apparently** 210:15
**appears** 188:4 214:11
**application** 9:12,14,21 10:18 11:10 12:7 13:2, 12 14:7,8 15:13,14,19 16:4,22 18:9 23:2,12 24:15 26:24 27:3,17 28:7,8,10,13 29:21 30:22 32:1,5 33:3,9 41:9,10,20 43:6,7 72:13 98:11 102:16 132:6
**applications** 11:20,24 12:3,14 32:7 43:4 113:2
**applied** 22:21 71:7 72:16 141:1
**apprised** 55:8 96:12
**approaching** 87:1 91:5 95:3

**appropriately** 104:7

**approval** 17:21

**approvals** 155:4

**approved** 93:16 122:7, 13,16 123:24 124:3,4

**approving** 122:9

**approximate** 120:13

**approximately** 153:20 216:24

**apps** 14:24

**April** 127:8,11 181:24 182:2,6,7,20 185:23 186:5

**architect** 12:2

**architecture** 161:25

**area** 57:10 103:19,25 177:8

**areas** 164:8 218:15

**arguing** 90:21

**argument** 90:20

**arriving** 71:25

**as-seen-on-tv** 139:20

**ASAP** 154:6

**asks** 90:1

**aspect** 192:15

**assembling** 155:2

**assess** 57:11,13

**assessed** 57:15

**assessment** 59:24 60:6

**assign** 119:1

**assist** 129:23

**assistant** 206:9 210:19

**assume** 49:5 212:1,5,18 219:21

**assumes** 219:9,18

**assumptions** 224:21

**assurance** 159:11

**ASTM** 176:13

**attach** 132:2 140:16 189:21

**attachable** 208:12

**attached** 44:17 45:25 47:1,15,19 48:4 54:7 78:24 79:1,4 86:21 87:21 131:2 132:1 140:18 190:6 225:2

**attachment** 45:23 48:1 78:16 86:18 87:17,20 88:19

**attachments** 46:22

**attended** 157:17,18

**attendees** 157:14

**attention** 59:22 60:5

**attorneys** 192:1,10,15

**audio** 199:9

**August** 5:3,6,10 24:17 41:3 190:4 207:8

211:14 222:16 223:25

**availability** 82:12,21 83:6,9 225:20 226:9 227:6,19

**average** 85:7 93:24

**avoid** 173:20

**aware** 11:21,25 35:1,5 79:15 80:17,18 83:8,16 84:21 92:6 93:19 109:13 110:8 120:21 152:5 164:17 211:13, 19,25 226:24

**B**

**back** 11:8 15:12 22:25 27:5 29:5,9 38:14 40:20 42:9 43:23 45:22 46:16 49:18 57:3 59:22 60:11 76:10,11 80:1 88:17 91:23 93:1 99:18 102:20,22 105:5 109:20 113:2 116:6 123:15 124:8 129:12,13 137:6 138:7 142:19 150:11 156:22 161:9 163:12 170:15 172:23 173:14 175:16 176:10 179:10 180:23 186:5 188:21 191:18 194:3,15 195:16 212:11 223:12,24 229:16

**background** 109:22

**backorder** 82:18

**backordered** 170:20

**backorders** 171:16

**backwards** 137:4

**balance** 11:10 15:22,24 16:1,18 32:2 33:3,9,11

**bank** 149:2 151:1

**barrier** 71:6,7

**bars** 68:15

**based** 7:15 49:6 54:8 82:11 108:24 109:11 118:2 140:7 166:15 182:20

**basic** 7:15 68:7,8 78:25 83:12 100:6

**basically** 147:15

**basing** 81:22

**basis** 182:17 228:24

**bat** 93:25

**Bates** 153:2 157:6 170:4,6 176:19 177:13 179:1 181:18

**bathroom** 76:1

**BE-CI** 36:16 37:7,19,22 38:1 39:1 94:9 129:8

148:17 166:1

**began** 222:9

**begin** 201:2 210:6 225:18 226:7

**beginning** 40:4 109:21 132:13 155:18,25 158:11,13 182:5

**begun** 201:11,17,25 213:24 214:10

**believed** 185:2,8

**believes** 183:16

**Bentz** 78:16 86:12,13 140:13

**bid** 53:10

**bidding** 91:7,14 198:10

**bids** 99:7 100:3

**bill** 149:8

**billing** 8:15,20 13:17 16:11,18 17:1,9 20:1

**bills** 150:18

**binder** 5:15 8:12 50:16

**binders** 211:21,25

**bit** 103:22 139:17 147:11 149:20 154:21 158:1 171:23 174:19,25 202:10 218:12 229:18

**blame** 161:9,11

**blank** 12:7

**blew** 58:16

**block** 104:14

**blocked** 218:16

**blueprint** 162:6

**Blum** 85:17,25

**board** 102:3 189:20

**boards** 81:2 99:9

**boiled** 165:5

**book** 44:8,9 103:8 128:7 147:23,24 152:17,19

**boss** 26:8

**bottom** 54:17 125:7 154:8,24 156:20 162:17 221:10,17

**Bourgeois** 144:19

**break** 43:20,21 75:25 76:4,5,17 106:11 118:25 124:8 149:9 159:3 189:14 193:25 194:3,13 195:20 198:15 207:20 224:17 225:8

**breakdown** 149:6 159:12 163:15 178:15

**breaking** 76:7 159:7

**brevity** 163:13 171:3

**bring** 29:13 92:10,13 172:17 174:1 203:2

**bringing** 73:22 167:11

**broad** 93:19

**broken** 121:10,15 162:1

**brought** 106:13 149:21

**bucks** 99:22

**budget** 108:1,3,7,8,9 109:3,4,5,8 135:16

**build** 59:22

**building** 34:19 42:8 45:6,20 49:9 56:10 57:14 59:24 60:2 64:9 68:13 69:8 72:5 73:15 81:19 93:25 100:1 117:9 129:12 132:15 133:2 134:8 135:9,24 139:14 140:6,23 142:17 147:1,9,14,20 150:9 153:12,13 155:15 172:2,3,5 173:21 175:2 178:10 186:18 201:14 202:3 203:4 204:4 205:7 207:13,16 211:23 214:1,13,21 215:3 217:4,24 218:5,17,18 219:1 221:4 222:23 223:18,22 224:1

**built** 198:1

**bunch** 95:25 96:1 139:9 190:12

**business** 102:10,25

**busted** 59:5

**busy** 67:14 75:20

**buy** 150:10,12

**C**

**calculation** 99:14 120:2, 5 213:4

**call** 33:2 61:7 62:22 67:21 98:3 124:21,22 133:2,5,7,10,16 157:15 158:6,8 166:15,21

**called** 5:8 9:2,5 17:11,13 34:21 35:3 46:7 50:24 74:22 88:2,13,14 98:5 133:4 159:4 179:25 183:20

**calling** 132:15

**calls** 67:19,20,24 68:6 74:21 114:20 157:16 158:1,4,9,19 159:16 228:15

**camera** 220:21 221:13

**captured** 39:4 51:13

**card** 149:4,7 150:18

**care** 52:18 89:9,18 90:15 182:17 198:5

**carefully** 176:5

**Carolina** 102:24

**carpenter** 149:19

**carpenters** 149:21

**carpet** 62:3 82:18 154:1 203:11,13

**carrying** 20:2

**case** 12:11 51:4 177:9 226:6

**cases** 212:7,20

**cassettes** 123:1

**Cat** 71:4

**category** 91:14

**causation** 118:21

**caused** 57:23 75:6 83:8 107:18 118:14,23,24,25 119:10 171:15 178:16 181:6,10 222:15

**cc'd** 128:17

**CDC** 164:6

**ceiling** 74:11 117:6,13, 21 122:25 170:14,17 175:16,19 180:20 188:10,11,12,14 203:16

**ceilings** 175:19

**cells** 103:20

**cement** 104:13

**center** 123:11 155:6

**certificate** 77:25

**certification** 12:16

**certify** 12:8 30:5

**cetera** 117:22 146:25 153:22

**change** 7:2,5 9:25 10:7 23:5,8,9,10,11,13,16,19 36:1 41:25 42:1,5,16 43:3 48:23 49:1 61:25 63:1 70:14 72:18 107:20 108:17,21 109:1,17 110:18,22 153:19 154:12,13,19 163:7 168:24 174:16,21 188:25 193:8 205:17

**changed** 43:4 89:7 145:17,22 159:21 175:1 188:25 220:20,22 221:5

**charged** 22:2,7,12 70:20

**charging** 20:10 114:19

**Charles** 57:8,10 175:21 211:14 227:2,15

**chat** 135:2 209:23

**cheaper** 111:7,8

**check** 7:21 12:21 25:14 45:12 152:6 175:8

**checks** 26:13 31:5 49:14 115:9

**choices** 156:6

**choose** 165:13

**Christie** 102:6

**Christmas** 46:2 47:5

**cinderblocks** 104:13

**circumstances** 132:23

**City** 92:2

**cladding** 81:15 93:13, 14,18 94:8,18

**claim** 84:23 100:12,24 192:16 203:22 219:19 220:3

**Claire** 153:7,8 154:4,24

**clarified** 37:15

**clarify** 220:19

**classify** 144:4

**clean** 134:25 135:1 136:14,19

**cleaned** 151:5

**cleaning** 134:23 135:7, 17 137:17 139:23 151:5

**clear** 70:18 111:23 135:10 138:2 200:7 208:19 209:17

**clearer** 229:4,11,21

**client** 161:5 169:4

**clients** 110:3

**clock** 193:18

**close** 162:23 189:16 229:17

**closer** 79:2

**closers** 188:14

**clue** 84:18 155:16

**CMU** 103:24 104:14 105:6

**coaxing** 74:19

**code** 121:25 142:3,8

**codes** 132:18

**collect** 61:18 132:5

**collected** 131:20

**collecting** 131:23

**colon** 166:22

**Colonial** 144:21

**color** 131:6 220:11

**colored** 221:6,7

**colors** 131:7 153:14

**column** 11:4,11 15:14, 23 32:2,18,22 33:11 50:24

**comfortable** 135:19 136:11,22

**commencement** 216:6 226:8

**comments** 74:25

**commitment** 172:19 174:2

**common** 10:25 13:5 14:23 126:1 142:12

**communicate** 91:2

**communicating** 91:1

**communications** 39:1 40:13 55:21 180:22 192:9

**companies** 127:2,4,6

**company** 17:23 61:14 70:20 81:16 84:22 89:16 98:9,19 100:13, 24 112:17 115:4,10 128:24 129:18,21 193:19,20,23 199:22 200:20 211:22 212:6,9, 19 219:18 221:21 222:7

**compare** 27:16 166:16

**comparing** 107:25

**complete** 116:10 118:4 182:6 183:6 184:1 185:9 201:13 202:3,16

**completed** 17:4 33:20 71:20,21 72:5,6 73:4,5, 6,7 83:23 123:17 124:5 161:22 162:2,9 163:18 178:8 184:7 203:18 207:1 213:25 214:13 216:7 217:3,18,23 218:13 222:20 224:7

**completely** 42:8 113:25

**completes** 216:17 219:1 220:25 221:3

**completion** 69:13 79:21 86:24 109:10 118:14, 22,24 120:3,10 182:2, 12,19 183:3,7,20 184:4, 6,17 185:3,14,24 186:4 191:24 192:8 204:3 205:6 215:1,2,4,5,8 222:23

**completions** 71:14

**complicated** 100:6

**complied** 17:16,19 18:10 19:6

**comply** 18:13,22 19:1

**component** 81:18 116:14 135:9,23 178:11

**computer** 29:14,15

**concept** 108:13

**concerns** 127:1

**conclude** 197:19

**concrete** 103:13,18 104:11,16,20,23 105:14 147:16

**concurrent** 120:22

**condense** 169:2

**condition** 42:9 60:2 129:14

**conditioning** 122:23,24

**conditions** 146:2

**conference** 37:18,19,23 67:22,23 68:6 123:13 157:15,16 158:19 166:15 228:15

**confident** 202:23 213:25 214:12 217:19

**confirm** 73:1 131:3 230:21,23

**confirmed** 10:10

**conflate** 198:19

**confused** 188:21

**connection** 84:22

**connections** 105:25

**consideration** 98:21

**considered** 49:8

**consistent** 117:8,11 210:12

**constant** 161:8

**construction** 44:18 46:1 47:15 73:9 78:25 82:3 96:4 100:10 144:22 155:4 159:2 161:16,19 164:8,19 169:24 172:2 188:5,22 213:24 214:10 217:2 219:3 222:9,11 223:4 228:8

**consulting** 36:21 37:4

**contact** 41:5 69:11 85:19,23 89:15 98:7 117:3 173:13

**contacting** 94:1

**contacts** 40:1

**contained** 160:20

**context** 43:15 130:2,5 139:1 170:10

**contingencies** 108:5 111:2,11

**contingency** 19:11,15, 18

**continuation** 5:5,12 10:14 228:4

**continue** 5:18,19 38:22 67:13 87:4 91:19 93:11 121:18 152:1 197:23 221:16

**continued** 5:10 151:19 218:14

**continuing** 38:7 218:17

**contract** 6:25 7:8 9:2,5, 21,24 10:20 11:4,16 14:1,13,16,20 15:18 17:2,6,12,16,18 18:11, 21 21:1,2,9,13 34:25 41:24 60:17 61:19,20 63:13,21,22,25 64:2,6 65:6,13,15 66:7,17,18, 20,22,25 69:2 70:23,25 74:1 92:15 107:21

108:14 109:10,14,24 110:18,19,22,24 111:19 114:20 118:14,22,23 120:3,9 130:14 132:2 142:22 143:24 144:13, 15 145:4,12,15,17,21 146:2 148:18 167:3,14 170:11 172:11,23 173:25 174:3 188:1,17 189:3 192:18,19 193:7, 12 195:8 196:6,25 197:6,7 198:18,25 199:14,21 200:18,25 203:20 204:2 205:5 214:6 215:1,18 216:14 221:18,19 222:4 226:2

**contracted** 65:19 94:25 143:1,3 144:7

**contracting** 91:7,14 95:11

**contractor** 12:17 31:3 48:7 59:20 70:4 74:12 94:23,25 99:6 108:14, 16 134:20 167:1,3 169:23

**contractor's** 102:4 195:6 196:1,5 213:20

**contractors** 166:25

**contracts** 144:18,25 145:2,7,10 189:4,11 228:12

**control** 109:15 159:12 183:18

**conversation** 25:9 126:17 129:24

**conversations** 24:18 25:24 26:3,11 51:20 55:12 109:23 110:14 112:16 173:16 191:25 192:14

**conveyed** 55:3

**coordination** 143:21

**copy** 28:16 29:16 77:7 85:16 141:22 206:14 208:22 209:15 221:12

**copying** 141:25 155:1

**corner** 176:25

**Corporation** 60:12

**correct** 6:5,7,15,22 7:22 8:3,25 9:8,18,23 10:3, 12,16,17 11:5,6,17 12:10,14,15,18,19,24 13:16 14:11 15:16,17, 21,24 16:1,14,15,20,22 17:12,25 18:9,12 19:8, 17 20:4,14 21:5 22:20 23:6,7,14,16,17,20,21 24:6,7 27:18,21 28:1,4, 5 29:20,24 32:3,4 33:1,

4,10 36:5,17 37:21 41:12,22,23 42:1,2,20, 21,24 44:24 46:17,20, 23,24 47:2,3,9,12 49:1, 3,4 50:20 52:2,8,24 53:9,12,13 55:1,2,14 56:11 58:14,17 59:24 60:7,17 61:16,21,22 62:11 63:4,5,23 64:11 66:22,23 67:7,8 68:20 70:15,20,21 71:12,22 72:2,7,10,11,15 73:8 74:3 78:8,9 79:22,23,24 80:6,7,11,15,16 81:10, 24,25 82:4,5,21 83:9 88:19 91:10,11,16,17 92:16 93:6 94:11,12,19 95:13,14 96:22 106:3 107:3,12,15 108:19 109:1,15,16,19 115:19 116:15 117:15,25 118:6,9,10 119:6 120:6, 12 121:12,21 122:18,21 125:12,13,18 128:2,19, 20 129:9,14 130:14,22 131:4,10 132:21 136:5 142:4,22,23,25 146:15 147:20,21 148:12,15, 16,19,25 151:9,11 154:16 155:10 157:9, 12,13,20 162:13,20 163:19 164:2,21,23 167:8 168:10 170:15,20 171:17 175:17 176:6,16 177:1,4 178:16,17 181:11,24 182:8 183:21 185:4,5,10 186:6,10 187:13 188:17 193:14, 15 199:19 207:2,8,11, 12,13 208:1 213:21 214:2 216:15,19 221:22 222:16,23 224:3,5,7,8 226:3 227:3,4,16,17 228:9,10,19,20,25 229:1,13,23 230:2,3,5, 6,9

**corrections** 105:13

**correctly** 132:9 198:23 199:12 217:23

**correlate** 179:24

**correlates** 9:1

**correspond** 49:13

**corresponds** 13:24

**corridor** 123:10

**cosmetic** 34:22 35:3,7 135:19 136:9,12,19,23

**cost** 87:2 91:21 93:11 100:18 108:17 114:18 129:1 138:23 148:4,24, 25 149:10 151:17

173:10

**costs** 108:21 149:6 151:2

**counsel** 229:25 230:5

**count** 99:12

**counting** 101:21

**couple** 26:9 44:6 123:12,13 124:8 147:10 149:21 187:23 189:15

**court** 10:4 189:22 190:8 201:7,18,23 204:12,16 205:13 208:17 209:11, 21 210:1,4 212:16 213:8,11 215:12,16 220:12,15,18

**courtesy** 198:13

**cover** 22:22 24:4 137:8

**coverage** 125:9 137:25

**covered** 70:12 129:2 137:21

**covering** 22:23

**covers** 137:11

**COVID** 164:6,7,9 165:1, 16,21

**Cox** 5:19 43:22 76:2,13 119:12,18 124:10 192:1,10,14,15 194:7, 10,14,18 195:3,5,13,18, 25 196:11,17 197:12 198:8,21,22 199:3,5,11, 17 200:2,23 201:5,10, 16,22,24 202:9,14,20 203:25 204:17 205:2,3 206:2,9,18,22,24 207:18 208:1,4,11 209:3,6,8,19,24 210:3, 13,23 211:4 212:17 213:1,6,8,12,18 214:7, 24 215:17,20,25 216:4, 22 217:21 218:3,9,24 219:7,15,24 220:14,19 221:15,25 222:8,14,21 223:2,9,16,23 224:14, 19 225:1,7,17,23 226:5, 12,18 227:1,9,14,22 228:2 230:5,11,19

**cracked** 104:3,5

**Crane** 44:21

**created** 50:19 52:4,24 53:1,7 56:6,17 77:6 230:4

**credit** 149:4,7 150:18

**crew** 73:23

**cross** 167:19

**cross-examine** 224:18

**cross-reference** 171:19

**current** 44:17 46:1 117:5

**curtain** 60:5

**cut** 10:5 25:14 45:12 147:11 159:19

**cutting** 34:17

---

**D**

**daily** 50:15,19 52:11,15 54:5 74:21 76:25 79:6 99:18 102:21 107:14 116:6 118:12 125:4 228:14,22 229:8,20

**Dallas** 117:4

**damage** 34:20 57:12,15, 16,23 90:21 147:20

**damages** 90:21 133:21 211:23 212:8,20 219:10

**dare** 146:7

**data** 43:19

**date** 14:13,16 16:23 24:16 27:6,23,24 34:4 38:5,9 39:2,3,4 40:15, 19 49:11 52:1,7 55:15 56:13 59:23 60:7,9,13, 15 61:2,3 62:12 63:3, 13,14,19 66:19,20 69:13,19 70:22 71:20 73:5,25 74:23 75:5 77:25 78:8 79:21 85:4 86:17,23 88:8 91:15 95:2,5,18,21 102:15,16 103:4,11,16 106:1 112:2 117:20,22 118:14,22 119:4 120:10 122:15 128:21 130:14 131:8 144:2,13,16 146:13 148:7,9,15 150:22 151:10 157:11 163:6,8 166:11 167:1 168:24 169:6 170:11 182:10,20 183:13,21 185:6,17,18,24,25 186:1,12 189:25 190:4, 7 191:24 195:9 207:4 211:17,24 212:2 214:17 215:5,10 218:19,20 221:8 222:20 223:4,15 224:6

**dated** 6:7 8:14,23 9:15 13:18 14:11 16:13 27:20 28:3 29:22 33:6,9 48:24 54:6 88:23 130:12 134:19 140:14 153:18 156:3 170:9 174:8 176:20 177:13 179:4,20 180:16 181:24 185:22

**dates** 51:19 63:12 80:2, 4,5 85:3 86:25 91:4,6

103:1 125:18,25 182:2 192:8 230:15,17,21

**dating** 180:23

**day** 5:2 54:16 57:3 70:4 72:1 74:3,7 92:4,24,25 93:5 95:15 96:7 105:10, 22 106:3,8,15 107:9 110:16 111:1 115:24 126:2 128:1 176:2,11, 12 185:25 186:3 197:1, 8 212:22 213:13 214:11,25 217:19 219:11,19,20 220:4 229:3,4,5,10,11,12,20, 21

**day-to-day** 228:24

**days** 46:3 47:6,7 66:17, 21 73:25 96:4 115:25 116:2 117:21 118:13, 21,23,24 119:1,10 120:3,9 125:10 147:10 176:3,14,22,24 178:15, 16,19 179:22 185:12 186:9,16 193:9 201:14 202:4 212:8,21 213:3 214:1 216:6,10,12,23 217:14 228:7,18

**daytime** 173:7

**deadline** 86:24 89:13 108:15 109:9 179:8,11 212:22 219:11,20 220:4

**deal** 7:16 102:23 111:12 116:2 137:15 155:19 163:24 164:15 167:10 175:5 191:19

**dealing** 129:4

**deals** 112:22 129:20

**Debbie** 210:1,2

**December** 8:23 9:16 12:23 14:14,17 44:16 64:14 66:15,20,21 67:6, 9 69:13,14,20 70:2,22, 24 71:3,12,15,24 73:19 74:20 77:25 79:21 83:24 99:18 120:14 140:14 143:25 144:13, 24 169:2 170:9,25 174:8 178:24 191:25 192:9 199:15 200:18 203:20 204:3 205:6 221:20 222:4,10 225:19,25 226:21

**decent** 108:2 136:16

**decently** 138:11

**decide** 74:13

**decides** 140:2

**decipher** 43:16

**deck** 64:18,25 65:3,7,10, 19,21,23,24 140:15

**141:1**

**decking** 187:5

**dedicated** 106:10 149:11

**defendants** 5:9

**define** 120:24

**definition** 182:11

**degree** 223:11

**degrees** 208:23 210:9

**dehu's** 147:8

**dehumidifiers** 60:10 147:13

**delay** 62:6 67:13 74:25 75:6 84:23 87:4 91:20 93:11 100:12,19,23 118:22 119:10,11 120:11,22 170:19,23 176:6,15,16 177:4 186:9,15,16 202:9 204:1,3 205:5,6,22 226:7,13

**delayed** 75:7 87:2 92:1 100:18 116:14,15 117:21 118:8 176:22 178:15,19 179:22 185:13 203:14,20 221:18 222:3,11,15,23 223:4

**delaying** 167:23 202:8

**delays** 83:8 107:15,17 116:9 117:13 118:12 120:18 125:11 170:14 171:11,15 175:15 176:2,22 178:14 179:21,22 181:5,10 185:12 186:1,5 203:8 228:19

**delegate** 20:21

**delete** 40:9 41:1

**deliver** 175:21

**delivered** 58:25 117:6 223:20

**deliveries** 117:14 180:23

**delivery** 116:14 117:5 118:8 203:14

**Delta** 7:3,5,11 10:1,8 23:9 56:24 57:4,8,11, 16,22 58:13 108:22 146:14,24

**demo** 57:18 58:10 63:18 67:5 71:20 72:6,12 73:5 171:4 172:4 176:3,11

**demobilization** 36:8

**demoed** 72:21,22

**demoing** 72:19

**department** 78:21 83:17 84:10,15 133:10,11,25

**134:10,13 223:11**

**depend** 84:3,4

**dependent** 84:11

**depending** 20:21 32:12 55:5 59:6,15 61:25 63:1 84:2 145:25 174:19 182:17 184:18

**depends** 151:1 182:11

**depo** 146:8

**deposition** 5:2,5 163:25 190:10 191:2,6,8,9,22 192:5 195:19 197:20,22 207:20 208:13,15 209:13 210:20 225:3

**depository** 141:13

**Depot** 148:22

**depreciation** 17:23 145:25

**describe** 51:2 146:23

**description** 6:13 10:19 19:10

**design** 12:7,13 67:2 93:15,18 155:6 156:6 161:25 179:7,9

**design/changes** 163:22

**designed** 123:24 139:11

**designer** 62:7,10 63:6 81:1,6,7 153:9 154:9 156:7

**designs** 131:23 153:8 154:4,25 159:10

**desk** 55:13

**detail** 101:4 105:14 148:4,25 170:24 181:1, 3

**detailed** 51:2

**detailing** 211:22

**details** 59:19 106:10,14 131:21 132:4,5,14,25 159:3 167:2,8 168:20 171:10 176:24 229:11, 15,21

**determine** 59:20 137:10 179:16

**determining** 81:8

**DHS** 56:7,18 61:25 62:10 63:1,3 67:12,17, 18,20,21 68:1,14,23 69:1,12 86:22 157:18 174:8,18,23 175:6

**dialect** 75:13

**differences** 166:17

**differential** 89:3

**differs** 183:20

**difficult** 99:14

**difficulties** 180:22

**difficulty** 176:4

**directly** 67:21 110:4

**disagree** 210:16

**disclose** 168:3,5

**discuss** 39:21 100:11,12 138:10 160:7 230:10,13

**discussed** 79:25 135:10 228:18

**discussing** 135:24 160:15

**discussion** 100:22 113:4 139:24 172:21 173:20 175:11,12

**discussions** 24:13 25:19 68:10 74:9 75:10, 11,15 85:20 110:20 111:15 112:7,10,25 161:4 167:16 169:25 172:9 174:17 179:12,13 203:12 220:2

**disliking** 198:5

**dispersed** 19:15,20

**disputed** 21:6,24

**disrupted** 199:10

**distribute** 85:9

**distributors** 175:17

**division** 19:13,21

**divisions** 11:13

**document** 28:11 47:17 134:17 157:8 179:3 181:23 183:5,7,25 184:8 187:25 190:24 191:2,10 206:5,7,11 208:8 209:2,10 210:7 211:7 230:1,4,10,14

**documentation** 150:17

**documenting** 117:15 229:12

**documents** 29:11,13 31:12,17 38:6,19,25 77:21 120:7 150:15 184:6 186:21 190:17,23 191:17 228:7,12,13,22

**dollars** 111:7 173:11

**door** 111:16 146:6,8 188:13

**doors** 188:13

**download** 206:5,10

**draft** 78:17,24 83:25 84:4

**drag** 83:7

**drastically** 163:7

**draw** 79:1

**drawing** 219:8 221:5

**dried** 168:19 172:3,6 178:10 186:18 203:6,10 214:21

**drilled** 228:21

**drive** 175:23

**dropbox** 28:17 53:5 56:7,17 152:3,13

**dropping** 81:13

**dry** 147:9,14 163:8 185:17 186:12 217:8

**drywall** 66:12,13 72:12, 19,20,22 74:11 99:3,7 105:22,23 111:7 203:10,17 217:8

**Dubois** 60:21

**Ducote** 63:7 156:17

**ducts** 60:22

**due** 106:12 107:7,8,10 116:12,19 117:8,11,22 121:20 125:11,15,17 127:24 134:25 163:5 176:2,11,12,23 180:24 185:13,25 186:9,16 203:14

**duly** 5:9

**dumpster** 36:9

**duration** 67:15 168:23 197:22

---

**E**

**e-mail** 38:3 44:15 46:7, 12,17 47:10 54:4,6 55:5,6,9 56:1 69:23 77:19 78:11,14 80:23 86:11 87:6,10,14,16 88:18 89:10,22 90:1,5 91:2,3 93:4 100:15 101:8 128:13 130:4,7,9 135:12 140:10 144:11 146:12 154:2,8,11,21, 25 155:2,5 156:2,24 167:20 180:15 181:5,7 190:18 206:11,12,19,23 209:13,15,19 210:14,19 224:15 225:8

**e-mails** 38:11,25 85:12 87:13,15 88:17 90:24 94:5 118:17 128:6,11 130:8 141:19,25 152:21 155:19,21,25 161:8 170:5

**E2** 215:22

**earlier** 49:15 138:8 146:22 206:25

**early** 41:4 69:18 85:15

**easier** 114:4

**easy** 43:15 152:9

**Eaux** 192:24 195:9 198:16

**Eaux-odom-fouro** 77:23 78:11 80:24 88:23 128:15 131:13 134:18

**140:9 144:12**

**edits** 166:15

**elaborate** 169:13

**electo** 171:4

**electric** 131:24 144:19 156:18

**electrical** 59:21 63:8 67:5 156:17 163:17

**electrician** 64:10 127:13

**electricians** 63:17,21 64:8,15 72:9 105:24

**element** 162:15

**elements** 226:19

**elevation** 163:8

**elevations** 166:24

**emphasis** 90:14

**Encore** 6:2,9 7:21 8:2,4, 5,7,12 9:11,20 11:18 12:20 13:9,11,15 14:1, 5,8,20 15:9,12 16:10, 18,21 17:1,2,9,15,17, 18,19 18:10,20 19:5,24 20:1,10 21:13 22:6,19 23:2 25:8,21,25 26:5, 16,19,25 27:5,16,20 28:2,22,25 29:5,9,19, 20,21 30:6,9,10,18,20 31:24 32:5 33:6,8,16 38:24 41:8,14,18 42:8 43:10 44:12 46:12,16 48:17 49:25 50:23 51:25 52:23 53:11 61:21 64:11 65:10,15 66:3 80:6,9,14,18 84:11,17,20 86:4 88:7 95:9,11 96:15,20 97:7, 19,25 100:16 101:4 102:5 103:3,10 114:9 116:18 125:6 129:3,7 130:10 132:20 142:24 143:4 148:7,19 149:15 150:13,15 151:22 153:2 156:2 157:6,7,17 166:5 168:3 170:12 174:6 176:19 179:19 180:14 181:15 183:6,16 184:8, 15 185:1,7,21 186:23 187:16,25 190:5,24 192:20 193:6,7,10,12 195:6,7,10 196:1,4,5,24 198:24 199:13 200:25 201:1,2,11,12,17,25 202:1,2,15,17 205:6 207:1 208:6 211:6,8 213:19,23,25 214:10,12 216:17,25 217:1,3 218:25 219:2 220:24 221:3,19 225:2,6 230:2

**Encore's** 5:24 6:4 12:14 17:11 19:9 25:17 42:22, 24 64:21 65:6,16 66:4 97:2 128:19 130:14 137:21 142:22 183:24 188:1 191:2,11,15 192:19 228:7

**end** 69:13,20 71:19 83:24 126:8 149:22 169:3 178:6 197:18 213:14 221:9

**ended** 111:5

**engaged** 81:7 119:16, 18,19,21 129:8 131:9

**engaging** 129:11

**engineer** 12:2 93:15 129:21,22,23,25 171:8

**engineering** 6:15 128:18,23 129:8 131:21 132:4,5 159:13 161:24 165:23 167:2,7

**engineers** 36:15,16 37:20 179:7

**ensures** 132:7

**enter** 85:2 92:15 195:8 196:5,24

**entered** 14:20 63:20 70:23 125:9 215:1

**entering** 198:18 221:18, 19 222:3

**Enterprise** 150:23

**entire** 123:1,9 140:7 147:9 155:18 165:24 185:18 217:3,24 218:4 219:1 221:4 222:23

**entitled** 21:13,15 26:19, 21 32:15 108:16 197:4, 16

**entrance** 218:15,16

**entrances** 133:21 218:18

**entries** 52:10 56:22,25 60:23 61:4 73:1 75:5 118:11 125:3 127:22,23 228:24 229:8

**entry** 52:1,23 53:7 54:8, 15 56:6 58:12 59:17 64:15 66:16 67:9 70:2, 22,24 71:3,19,22 73:19 77:1 103:11,12 105:7 106:6 107:5 116:11,15, 18 117:14 118:2 122:6 125:8 127:8,16 164:5 211:16 216:17 220:22

**envelope** 165:24

**equipment** 58:9 182:15

**Esplanade** 37:17 44:18 46:2 57:12 86:22 97:19

**140:15,20 141:14**

**essentially** 25:13 48:14, 25 68:11 69:2 136:14 137:1 146:1 152:20 161:10 162:6 165:4 167:13 175:3 181:9 186:17 190:21 208:25

**establish** 100:23

**established** 11:14 163:8

**establishing** 100:12

**estimate** 32:11 33:24 45:2,14 46:9 48:7,13 53:2,8,11,13 56:11 99:20 108:11 109:5 111:2 113:10 166:25 167:2 186:23,25 187:2, 6 197:2,6 211:22

**estimated** 16:7 69:19 173:10

**estimates** 79:2 111:1 145:8 162:12

**estimating** 82:3 91:7,14 98:12,16,20,25 100:6 198:10

**estimator** 130:19

**evaluation** 161:20

**Evan** 5:8 124:21,22 131:2 155:1 166:22 168:22 193:3,4

**evening** 131:2 180:17

**event** 107:18 125:23

**events** 157:8 166:10 170:8 174:7 177:12 179:3,20,23 181:23 185:22

**eventually** 60:16,18

**exact** 24:24 40:19 58:3 73:13 98:24 113:15 138:6 160:24 175:20 223:15

**examination** 5:10,12 195:4 228:4

**excess** 103:18 104:17, 19,21,22

**excludes** 42:20,23

**execute** 199:21 200:17

**executing** 198:25 199:14 204:1

**exempt** 164:19

**exempting** 134:13

**exhibit** 188:22 189:22 190:2,6 208:5 209:16 211:6,8 225:2 230:1

**existing** 136:20

**exits** 133:21 218:18

**expect** 190:13

**expectations** 132:17

**expected** 117:22 182:6, 21

**expecting** 127:14 193:10

**expedite** 93:12 167:4

**expense** 150:13

**expenses** 111:10 150:17 151:13

**expensive** 74:15 138:15

**experiencing** 180:21

**experiment** 138:11 139:19

**experimenting** 50:13 180:4

**explain** 98:23 103:22 131:22 195:13 202:23, 25

**explained** 142:20

**explanation** 16:3 18:15

**extended** 83:6

**extends** 221:9

**extension** 107:21 108:23,25 109:14,18 110:19

**extent** 214:4

**exterior** 54:13,25 59:19 68:11 70:2 71:9,16,25 72:2,14,17 73:3,23 81:15,20 93:12,14,17 94:8 105:11,25 106:9, 14 107:7,8,9 116:14 125:11,15,16,19,20 126:1 129:12 132:13 134:23 138:20 162:8 163:7 165:24 166:1 170:20 171:9,10 174:2 176:1,8,21 177:15,17, 23 178:12 179:21 180:20 182:2,7 185:12, 16 186:8,11,16 203:5,6, 9 207:6 215:7 216:7 218:14

**exteriors** 162:2

**extra** 108:17

**extremely** 156:5

---

**F**

**fact** 12:6 25:7 30:6 49:17 50:22 62:4 75:13 80:4 119:21 134:7 167:14 172:25 173:13 204:6 207:2 220:3 222:9 223:17 228:21

**factor** 186:17

**factors** 84:16

**facts** 120:1 198:3

**fairly** 155:22 169:12

**faith** 111:17,18

**fall** 91:13

**familiar** 108:13

**fans** 60:10

**fashion** 82:10

**father** 169:23

**feasible** 80:9 197:1

**February** 14:4 48:25 99:19 116:8,12,17 117:7,10,19,21,24 118:2,3 121:4,5,6,7 122:6 134:19 179:20 180:16 216:8,10 218:21 219:3 220:23 221:2 227:3

**feedback** 165:15

**feel** 50:8 110:21 132:17, 22 135:18,21 136:11,22

**feels** 108:16

**feet** 99:11 110:12 153:21

**fell** 134:14

**FHO** 106:12

**figure** 28:9 49:18 90:5 92:11 118:21 143:12 171:21 179:15

**figured** 146:6

**figures** 78:25

**figuring** 94:14

**file** 43:15

**files** 151:20

**filled** 27:24 142:7 184:12

**filling** 145:10

**Filo** 192:1,10,15

**final** 17:3,19,20 18:5,14, 23,24,25 32:1,6 109:10 113:13 145:24 156:6 177:18,24 184:2

**finalize** 217:15

**finalized** 145:3 171:10

**finalizing** 144:17,25 145:7 179:6

**financial** 115:1,7 122:7 127:1

**find** 23:25 128:11 131:2 165:12 194:15 204:25

**fine** 5:21 60:25 84:25 112:5 210:2

**finish** 11:10 15:23,25 16:2 32:3,13 33:4,10,11 34:5 35:25 69:19 70:18 72:10 100:21 102:20 116:7 169:2,6 188:12 194:4,17 199:7 203:9

**finished** 33:24 34:1 42:8 49:18 76:9 113:19,20 127:11 171:4 182:22

**183**:16,17 214:16,18 217:20

**finishers** 186:1,6

**finishes** 34:7 35:14,15, 16,22 36:3,4 81:2,8 131:7 153:15 155:8,14

**finishing** 82:11 120:20 178:9 189:17 203:5

**firm** 192:2,11,15

**fitness** 131:6

**fix** 104:5,6,7

**fixed** 121:19 122:2 189:25

**flashing** 106:10,11 150:8 171:11 176:24

**flaws** 99:1

**flip** 187:22

**flood** 147:20 227:15,18, 23

**flooding** 127:25 147:5

**floor** 32:13 35:19 36:2 55:14 56:8,19 63:18 70:10 81:4,9 84:9 85:20 105:17,18 106:17 122:10,17,20,22,23 123:5,8,15,17 127:12 135:6 138:19 151:6 153:11,19 154:13,19 160:1 171:5 182:23 183:1,8 184:1 203:4 214:5,16,18,20,23 215:4,7 216:7,11,18 217:4,6,8,9,10,12,16, 18,20 218:15 221:1 222:16,19 223:5,10 224:7

**flooring** 61:11,14,15,25 62:1,7 63:1,2,4 131:1,6, 9 163:16 188:5,8,23

**Floors** 61:8,10 130:17, 22 144:19

**fluff** 159:6 160:5,14 172:9

**foam** 64:18,25 65:3,9,21 72:13,16 140:16,19,25 141:5 142:9,19,21 143:17 187:5

**focus** 214:19

**focused** 171:24

**focusing** 218:14,17

**folder** 15:3 27:7,8,9 28:12,13,16,17 29:11, 17 38:12,13,21,22 41:16 43:6,8 53:5,20 56:6,17,18 77:4 87:19 88:1,3,13 113:21,22 151:15 152:3

**folders** 152:11

**follow** 135:3

**follow-up** 197:17 225:9

**font** 60:24

**foot** 99:24,25

**footage** 99:4,5

**footprint** 99:25

**foreman** 66:14

**forensic** 129:23

**form** 14:25 45:3,15 46:10 48:13,14 142:2 188:2 195:12 196:9 197:14,25 198:7,12 199:2,16,24 200:22 201:4,15 202:6,19 203:24 204:20,24,25 205:9,19,24,25 207:25 212:10,24 213:5,16 214:3,15 215:14 216:21 217:5 218:2,7,23 219:6, 13,22 220:6 221:24 222:5,12,17,25 223:7, 13,19 224:10,24 225:21 226:4,10,15,23 227:8, 13,20,25

**formal** 111:22,24 112:9

**format** 98:12,20 158:18, 25 159:17,21,23

**forming** 140:5

**formulated** 30:15

**forthcoming** 174:23

**forward** 74:24 95:11 159:10 162:19 168:8

**Four-o** 86:22 88:14 127:7 157:18 192:24,25 195:9 198:16

**frame** 136:14 139:20

**framed** 64:5 105:4 177:9

**frames** 104:1 134:23 135:7 136:20 138:11,20 139:23 188:13

**framing** 135:17

**free** 17:5 161:18

**freezing** 177:13

**freight** 93:11

**Friday** 5:3 101:19,22 106:24 198:14

**front** 11:7 147:24 206:15

**frustrated** 173:12

**fulfilled** 17:24 18:20

**full** 11:16 15:18 16:7 24:9 26:16,20,21 32:10 34:23 70:3 72:1 114:13 122:7,13 156:25 201:17 210:17 212:7,20 213:24 214:10

**full-day** 71:17

**full-scale** 201:2,11,25 217:2 219:4 225:18,24

**226**:1,6,8

**fully** 96:12 112:5 219:10 222:20

**funding** 25:4 54:14,22 101:16 118:25 120:11 126:12 173:14,15 200:19 221:21 222:6

**funds** 145:25

**furniture** 223:20

---

**G**

**gave** 29:12 38:6,13,18 51:17,21 54:10 66:25 69:15 79:12 85:24 87:12 112:9 115:4 142:10 170:21

**general** 24:25 26:10 51:19,20 93:21 94:25 95:1 101:17 109:12 128:3 137:14 161:3 167:16

**generalized** 51:4 159:22

**generally** 34:3

**Generator** 58:25

**generic** 92:11 101:24 169:25

**get all** 141:15

**get-go** 155:21

**give** 18:1,3 23:19 33:23 38:8 51:14 53:11 54:8,9 55:22,24 56:1 62:10 68:14 69:12 85:16 90:19 97:2 99:3,4 101:18 119:16 158:22 159:2,24,25 164:1 167:22 172:15 186:25 187:1 195:17 196:15, 17,20 205:23

**giving** 56:9 139:18 163:23 167:12 180:6 181:2 187:8 229:5

**go-ahead** 6:21 59:12,14 66:25 170:11 172:14,15

**good** 5:14 43:20 58:6 60:2 69:7 98:9,25 99:22 100:8 111:16 131:2 139:5,8 140:18 154:3 155:22 169:25 180:17

**googling** 56:23

**Graham** 144:20 187:3

**grand** 41:11,21

**great** 98:19

**grid** 188:12

**GSA** 62:2,7 81:2 106:12, 15 118:17 123:15 126:17,20 158:21 160:3,21 161:2,4,14

167:14,24 168:3,10,25
169:14,17 170:21
173:21 181:5,7,10,13
183:9,18 184:4,14,16,
20,23,25 185:2,6,8
228:15

**GSA's** 183:24

**guarantee** 138:24

**guess** 27:13 35:23 38:5
40:14 54:19 57:14
71:23 119:20 122:12
150:23 157:23 158:2,20
166:13 183:15 188:20

**guessing** 154:22 183:10

**guesstimate** 73:13

**guidelines** 164:7 165:3

**guy** 109:22 111:16,21

**guys** 29:12 43:7 92:13
107:9 113:22 119:21
151:15,19 169:8
173:22,24 191:16
203:10,11,12 207:6

---

**H**

**half** 107:1,9 176:2,11,12
191:20

**halfway** 33:24 34:1

**hall** 110:4

**hallway** 39:20

**hand** 141:11

**handed** 141:10 151:19

**handle** 102:5 142:24

**handled** 96:21

**handling** 121:15,17
164:1

**handwritten** 230:1

**hang** 203:10

**happen** 18:24 218:19

**happened** 38:18 109:15
120:19 155:17 167:11

**happening** 13:6 58:5
64:14 106:3 155:13
159:4

**happy** 195:23

**hard** 84:5

**harder** 165:12

**Harvey** 68:4 157:18,25
180:15

**Harvey's** 68:5

**head** 31:16 68:2 106:11
120:8

**hear** 18:2 32:17 124:19
191:7 201:8 204:12
209:6 212:14 213:9
220:12,15

**heard** 35:11 120:22
204:18 205:14

**heat** 169:14

**heavy** 125:17

**hedge** 175:3

**hedging** 67:12,17,19
68:19,23,25 69:4,5
160:12,22 169:4 175:6

**held** 57:20

**helpful** 143:8

**helping** 143:10

**helps** 132:16

**Hendrix** 157:19

**hey** 110:5,13 111:13
112:1 143:13 169:17
183:17,25

**highlighting** 69:7

**hire** 187:11

**hired** 64:2,11 67:3 94:9
173:15 187:14

**hit** 5:19 211:14

**HO** 106:21

**HOA** 106:19

**hold** 32:16 36:2 61:19
78:23 93:17 100:21,25
106:20 121:6 173:5
193:25 204:8 206:15
207:21 208:20 221:13
224:14

**holding** 31:12 103:20
113:2,3,24

**Holdings** 192:24 195:9
198:16

**holds** 132:24

**home** 134:20 148:22

**Homeland** 78:21 83:18
84:10,15 223:6,11

**honest** 209:12

**honestly** 24:23

**hooked** 58:25

**horizontal** 103:23

**hours** 92:4 109:7

**housing** 149:5

**Houston** 117:4

**hundred** 145:20

**hurricane** 7:3,5,11,12
10:1,8 23:9 56:24 57:4,
8,11,16,22,24 58:13
90:9 98:3,5 105:19
108:22 146:14,24
211:13

**hurricanes** 226:21

**HVAC** 59:20 60:11,12
63:7 108:23,24 109:19
122:9,17,19 123:8,16,
22 140:23 156:17 179:9

---

**I**

**ice** 181:3 227:2,5,10

**idea** 25:2 134:21 138:16
141:16 142:5 154:20

**IDENTIFIED** 190:2 211:8

**identify** 70:7 77:3
191:19

**illnesses** 165:16

**image** 86:19,20

**immediately** 224:16

**impact** 82:14 119:11

**impacted** 107:12

**impacts** 118:12 144:8
164:9

**implement** 84:1

**implementing** 84:5

**important** 101:4 146:7
156:5 185:18

**impossible** 196:24

**improvement** 34:19
138:12 142:2

**improvements** 42:10,
11,14,16 49:9

**inaccurate** 161:2

**include** 19:10 51:22
160:10

**included** 6:25 7:8 55:1
148:25 155:19

**includes** 23:8 150:21
228:12

**Including** 83:20,22

**increased** 226:20
227:11,24

**indicating** 77:22

**indication** 41:4

**individual** 39:12 123:11
149:10 152:11

**individualized** 187:2

**individually** 143:2

**industrial** 60:11 121:11
179:12

**infiltration** 106:14

**influence** 84:16

**informal** 110:20 111:14,
15,21 112:6,17,25
118:18

**information** 38:11 55:3
80:22 81:4,5 82:25
83:2,12,17 85:19 97:4,5
101:3,13,17 102:14
129:4,17 132:14 142:8,
11 152:16 154:9 156:8,
11 157:1 160:9,10,20,
23 167:7,12,23 168:1
169:19 170:16,21

**ice** 181:3 227:2,5,10

**idea** 25:2 134:21 138:16

174:16,22,24 180:19
182:21 190:20 228:16
229:2

**inhabitable** 207:14
218:5,19 224:1

**initial** 9:2,5 42:23

**initiatives** 131:4

**input** 51:14 98:15

**inside** 54:13,25 72:13
104:8,9 144:8 172:2
175:2 176:25

**inspect** 81:14

**inspected** 59:18

**inspection** 58:13
106:13,16 183:19
185:1,4,7

**inspections** 94:10
106:12

**inspector** 132:15 133:3

**inspectors** 106:23

**install** 188:12,13 189:1

**installation** 37:5 105:24
122:8,14 171:12 186:12

**installed** 37:7 172:1

**installers** 105:22

**instance** 5:8 143:8

**instruction** 51:22

**insulated** 140:21

**insulation** 64:17,21,24
65:2,5,8,14 66:2,11
72:13,16 99:8 105:16,
17 140:15,16,24 141:6,
20 142:2,9,20,21 143:3
144:20 163:16 187:4,5,
8

**insulations** 105:15
131:24

**insurance** 7:11 17:23
54:21 70:12,20 75:1,7
84:22 89:16 92:6 97:15
100:7,13,24 115:3,9,10,
11 128:24 129:2,5,18,
21 137:8,11,18,21,24
146:1 199:22 200:19
203:21,22 211:22
212:6,9,19 219:18
221:21 222:7

**intending** 132:21

**intent** 47:10

**intentionally** 51:9

**interest** 20:7,11,16,20,
24 21:3,7,12,24 22:1,2,
6,7,12 49:22,23 50:1
82:8 114:20 115:15,18,
23 116:5

**interested** 160:8,15

**interim** 177:19,25

**interior** 68:10 74:10
125:15,22 126:3 131:23
161:25 162:8 163:15
168:8,12 171:4,6
175:15 179:6 182:18
183:8,11 185:19,23
186:13,18 214:22
217:11 218:1,13

**interiors** 106:12 162:1

**Interlink** 148:23

**Internet** 116:13

**interpret** 134:2

**interpretation** 132:18

**interrupt** 65:12 92:22

**introduce** 225:1

**introducing** 155:5

**invoice** 6:5 7:25 8:2,5,
18,20 9:15 11:6 13:10,
16 16:10,16 17:9 18:5,
8,14,23,25 19:23 20:12,
13 22:24 24:4,5,8,14,
19,22 25:7,11,12 26:10
27:10 28:16,19 29:2,18
30:7,12,19,21 31:23
44:17,20 45:7,15,23,24,
25 46:5,6,7,13,20,23
47:1,11,13,14,15,17,18,
19,22,23 48:1 49:7,25
50:4 112:2,3 113:13,16,
20,24 114:13,17
115:15,21 140:15,17,19
141:5,9,11,12,21 143:9,
14

**invoiced** 115:22

**invoices** 5:24 14:24 15:6
22:14 25:17 28:21
30:13 31:21 38:25 44:7
47:20 49:23 50:6 113:6
115:14,19,24 141:10,
14,15,18 150:22

**involve** 91:7

**involved** 11:19,23 81:1
96:20 97:3,8 155:14
175:1 197:11

**involvement** 40:15 97:2

**IRC** 121:10

**issue** 96:13 120:11
165:21 227:10,11,18,23

**issues** 60:3 106:13
110:7 118:25 129:5
162:24 163:24 227:5

**item** 7:2 9:24,25 23:19
35:10 52:5,22 54:17
70:19 72:12 80:25
81:12,18,23 92:11
108:11 126:1 144:5
171:6 176:7,8 177:14,
15 183:9 203:13 214:19

**itemize** 34:3
**items** 17:20,24 19:6,16 33:20 34:4 35:18 42:15 49:12,19 52:18,21 55:17 58:8 68:7,11 70:10 74:13,15 89:9,10, 18 90:7 91:12,13,23 109:21 111:3 113:7 118:8 129:20 132:24 133:20,22 137:17 139:9 141:24 142:14 143:5 144:4 159:15,21 160:6, 11,14,16,24 161:15 167:10,16 169:15 171:19 172:15,16 175:9,11,12,14 182:16 184:5,7 207:11

**J**

**J.C.** 130:16
**Jacque** 144:19 156:17
**Jade** 78:16 86:12 140:12
**January** 13:18 14:11 49:12 73:2 103:2,3,4, 11,17 105:7 106:5 107:5,8,9 135:4,13 138:7 139:6 176:20 177:13 179:4 214:13 217:25 218:11 220:24 221:1
**Jeff** 25:20,24 39:23 40:11,22 55:19,22 78:15 86:12,21 96:11 98:2 100:12 128:17,25 140:13 146:20 153:6 155:14,22 156:4 211:20 220:2
**Jerry** 73:21
**job** 48:20 51:18 52:3,15, 24 53:2,6,7,10 56:6,17 61:14 62:10 63:8 67:15 75:18 78:5 83:13,23 85:5 86:24 90:12,13 93:20 97:15,18,20 98:1, 8,25 99:23 101:1,14 128:19 137:13,21 148:4,25 149:22 150:1 151:17 161:20 164:16, 17,20 173:3,10 198:11 214:20 225:20 226:9,14
**jobs** 87:24 97:23 98:22 100:10 101:12 151:3
**Joey** 24:18 25:5,6,17 26:4 30:13 39:17 40:23 45:25 47:1 53:15 54:21 67:19 69:1,3,16,17 78:15,21 80:25 85:13 89:12 109:22 110:5

**111:1** 112:11,22 126:21 128:16 131:16,18 134:19 141:6,10,18,21 143:2,3 145:12 146:17 153:6 154:3 156:5 157:17 160:12 162:22 167:14 169:11,12 172:11,15 174:1,3 175:4,6 180:15 181:8, 12 192:21,23,25 193:4 195:8 198:15,17 199:1, 14,20 200:17,24 203:19 204:6
**jokingly** 98:10
**Jonathan** 157:19,25
**judge** 197:21
**June** 22:18 24:3 28:3 29:22 30:6,20 31:19 33:3,6,9,13,14,25 41:9, 20 52:8,11,16 74:24 113:17 148:8,9 151:10, 13 223:14 224:2,6

**K**

**Kansas** 92:2
**keeping** 51:8 52:14 167:13
**kind** 34:17 46:14 58:2 78:3 91:22 104:14 107:17,25 108:11 133:22 143:17 144:5 147:13 149:22 158:22 159:7,12 167:22 174:5 191:18
**kinds** 58:7 90:17 133:22
**King** 144:22 188:5,8,22
**knew** 70:19 92:19 93:5 94:12 98:7 110:25 111:10,11 112:23 133:9 142:15 144:7 152:14 160:14 161:4,5 229:2
**knock** 146:8 188:12
**knocking** 146:6
**knowledge** 112:19 137:15 142:12 196:3

**L**

**L2** 148:2
**label** 27:7,8 43:15 54:3
**labeled** 43:8 54:2 77:12, 17 113:20,21,23 157:8 190:5 191:17 208:6 230:1
**labor** 118:24 120:11 138:14 165:9,10,13
**lack** 117:11

**lady** 151:5
**LAFAYETTE** 5:1
**Lafayettereporter@ gmail.com.** 209:22
**laid** 219:11
**Lake** 57:7,10 175:21 211:14 227:2,15
**large** 175:12
**larger** 144:5 184:7
**late** 112:22 127:10,15
**Laura** 7:12 42:9 57:24 98:3,6 105:19 211:13
**law** 192:2,11,15 197:2, 10 212:6,19 220:5
**lawyer** 111:15
**layer** 165:3
**lead** 83:6,8 130:18 156:13
**leaks** 57:17,21 58:5,19 147:2,18
**leaning** 78:22 140:5
**leasable** 207:16 223:6
**lease** 126:17
**leasing** 126:10,14,20
**leave** 70:8
**leaving** 29:11 51:9 71:25 172:24
**left** 11:8 57:3 113:9,11 189:18 194:2
**left-hand** 50:24
**leftover** 116:3
**leftovers** 113:8
**legal** 95:10
**legally** 80:9,13 196:24
**lender** 11:19
**letter** 189:19,24
**letterhead** 197:6
**letting** 208:23
**LGRS** 147:13
**license** 6:10 61:21 80:6 84:11,17 92:24 95:7,10, 15,22 96:6 101:5,6 102:4 162:24 168:4 170:13 195:7,10 196:2, 5 197:1,3 202:2 213:20
**licensed** 53:12 80:10 93:6 94:18 201:1
**licensing** 96:12 102:3, 23 189:20
**lien** 17:5,21
**lifts** 36:10
**lighting** 105:25 180:20
**liking** 198:4
**limit** 197:22
**linear** 153:20
**lined** 74:2,4,6,16 162:12

**lingo** 169:24
**lining** 157:2
**link** 152:3
**liquid** 71:7
**list** 34:5 35:12 36:7 87:3 91:12,18 93:10 102:18, 19 155:3 177:16,18,19, 20,24,25 178:2,5,6 184:13,14,18 203:1 217:15
**listed** 11:3 148:11,18 164:2 170:19 215:11
**listen** 169:17 204:24 205:21
**lists** 48:25 49:1 170:14
**local** 59:21 92:13
**located** 140:20 175:20
**locations** 58:3
**log** 48:24 52:11 76:25 106:2 121:16 122:16 125:4 183:13,14 229:9, 20
**logs** 43:19 50:15,19 51:2,8,13,15,18,23 52:12,15 54:5 75:4 79:6 102:21 107:14 112:17 116:6 118:12,18 228:14,22
**long** 67:13 121:17 138:16,24 156:12 194:9 203:9 218:10
**long-term** 169:2
**longer** 15:3 195:20 207:25 220:8
**looked** 9:4 10:1 13:25 15:9 17:5 24:2 47:20 49:14,22 53:19,20 59:19 68:15 88:7 100:15 143:18 166:12 184:9,14,20 189:25 190:16 191:13,22 192:4 193:9
**loose** 140:24
**lose** 69:3
**loss** 211:19 212:8 213:2
**lot** 39:13 75:16 80:3 84:2 90:10,11 100:3 139:17 158:16 159:6 161:13 169:14 180:18 181:1,2 187:4 195:19
**lots** 82:8 162:18
**Louisiana** 5:1 6:10 57:7 101:8,9 102:3 195:6 196:1,4 201:1 202:2 211:14 212:6,19 213:20 220:5
**Lowe's** 99:21

**lump** 19:18
**lunch** 76:3,7,17

**M**

**M1** 5:23
**machine** 209:15
**made** 22:18 52:10,12 77:2 105:6 133:7 143:18 167:4 184:23,24 224:21
**main** 40:1 60:3 123:10, 11,12,14 173:9 214:9
**Major** 40:22 78:15 86:12 87:6 89:21 98:2 100:12, 17,23 101:3 128:17 140:13 146:20 153:6,19 154:12 155:14 156:4 211:20 220:2
**majority** 31:21 52:18 141:19
**Majors** 35:20,24 39:23 40:11 55:19,22 96:11
**make** 18:16 27:12 40:6,9 41:3 51:12 54:25 62:6, 15 63:18 64:9 66:2 69:1 76:8 83:14 87:23 89:11, 14,17 90:9,11,25 95:3, 19 101:1,14,24 108:5,6 111:23 125:2 126:10,13 134:9 136:15 139:7,8, 16 152:8,15 161:2,6 164:14 166:15 169:18 224:10 227:5,10,18,23
**makes** 101:10
**making** 50:9 74:20 84:23 89:12 134:7 157:23 165:5 169:5 218:4 229:8
**man** 109:7
**management** 6:14
**manager** 155:1
**manufactured** 171:11
**manufacturer** 17:22
**March** 16:13 18:9,20 19:5 125:3,5,8,11,14, 15,21 126:4
**Marilyn** 151:4
**marked** 59:18 211:6
**marking** 51:19
**Martin** 64:17,21,24 65:2, 5,8,14 66:2,11 99:8 140:16 141:4,6,20 143:3 144:20 187:3,7
**Mary** 10:4 41:2 46:14 212:11 215:12
**masks** 164:14 165:6

**match** 10:24 11:15 13:2 16:4

**material** 64:18 65:9 71:4 84:6 93:12 94:3,4,18 99:18 150:8,9 153:10 157:2 171:23 180:22 203:14,15 226:19

**materials** 45:16 62:11 82:21 83:15 84:3,7 89:14 131:5 155:3,8 156:13 170:25 171:16, 20,22 173:4 226:14,20 227:11,24

**matter** 95:19

**meaning** 19:14 118:22 150:18

**means** 15:22 53:15 120:22 126:5 153:14 168:13 172:4 200:1 203:5

**meant** 45:10 116:25 147:2

**measure** 99:3,9

**measurements** 99:8

**measures** 146:25

**mechanical** 60:20 131:24 144:23 163:16, 23 171:7,8 179:6

**meet** 7:18 108:15 109:10 132:16 133:3 156:7 182:10

**meeting** 36:14,18 37:16 176:13 229:9,10

**meetings** 157:15 173:19

**Meheiser** 125:2

**memory** 229:4,11,20

**Mendez** 157:19

**mention** 66:16 176:11

**mentions** 71:3

**met** 60:11,12,14,15 74:8

**metal** 60:21 106:11

**Michael** 68:4 157:18,25 168:9 169:22 180:15 192:1,10,14 194:5

**Michelle** 157:19,21

**Microsoft** 179:24,25 180:3,10

**mid** 40:17

**mid-november** 173:23

**midst** 32:10

**Mike** 195:1 198:13 205:17,23 206:1 207:23 208:21 210:5 220:7

**miles** 110:15

**million** 6:25 7:8 9:22 10:15 26:20,22 41:25 42:7 91:21 173:11 193:8

**mind** 205:17 219:9

**mine** 191:19

**minimal** 58:9

**minimum** 135:18

**minor** 57:17 198:24 199:13

**minus** 42:11 153:21

**minute** 43:21 54:5 69:23 75:25 124:8 189:14 193:25 194:2,13 203:1

**minutes** 43:24 124:9 194:11,16 229:9

**miscellaneous** 159:14

**missed** 179:8,11

**missing** 58:7 185:25

**Mississippi** 175:24

**misstated** 115:20

**mistake** 11:1 13:5 14:23 45:11 188:24

**misunderstood** 37:2

**mitigation** 6:14 7:6,7 42:23

**Mitsubishi** 179:13,16

**mobilization** 6:14 59:8, 12

**mockup** 170:24

**modified** 220:9

**moment** 33:22

**monetary** 108:8

**money** 42:10 92:10 109:6 113:11 115:8 116:3 139:10,25 148:14 173:9

**Monheiser** 5:8,14 10:10 40:2 44:6 76:24 78:15, 19 80:24 82:24 96:21, 23,24 124:18,25 128:16 163:13 190:10 193:4 202:7 205:20 207:22 211:5 212:18 221:16 224:20 228:6

**monitored** 144:8

**month** 7:16 38:14 114:19 115:25 204:1 216:12,13

**monthly** 20:6 22:2,7

**months** 24:17 33:15 115:16 223:22 229:22

**morning** 5:14 36:15 116:23 125:17 140:18 154:3

**motion** 197:21

**move** 7:24 19:22 56:21 63:11 64:13 122:22 128:6 172:7 174:5 207:22 223:12

**moved** 123:15,19,25 214:5 223:17,25

**moving** 95:11 162:19 171:14 186:20

**muffled** 46:15

**multiple** 55:12

**mwolf@keoghcox.com.** 206:21

---

**N**

**named** 28:12 34:8 88:9 91:13 125:25

**names** 50:25 68:2

**naming** 125:24

**native** 88:18

**necessarily** 153:23 161:3

**needed** 39:21 92:9 133:17 172:3

**negotiate** 197:7

**net** 41:25

**news** 152:12

**nextdoor** 173:16

**Nichiha** 45:3,5,13,17 93:19 94:5

**night** 96:3 116:25 125:17 172:22 190:19

**no-show** 127:13

**nonparty** 119:20

**noon** 76:3

**North** 102:24

**note** 54:25 63:16 71:14 73:4 106:2 107:11 118:12 134:3 140:22 166:24 171:11 175:16 186:4 199:5 210:13 223:3

**notebook** 9:11 86:7

**noted** 73:2 177:3 198:8 225:7

**notes** 51:3,4 59:23 65:4 107:2 126:24 166:18,22 173:18 223:15 229:15

**notice** 63:13 130:13 131:8 144:1,3,15 185:7

**noticed** 56:22

**noting** 70:25 171:15 176:15

**November** 7:22 58:23 63:11,12,16 67:1 80:3, 4,5,15,19 91:10,16 92:16 95:17 96:9 130:13 132:13 144:2 157:11 166:11 168:2 170:12 172:14,16 195:7 196:2 199:22 200:25 201:12 202:1,17 204:2 213:14,21,24 214:11 217:2 219:4 222:10

**number** 7:20,25 8:3,6 9:15 10:1,6,8 13:10,16 14:9 15:15,24 23:8,10, 11,16,19,20 24:5,9,14, 15,22 25:7 27:4,10,18 28:7,8,10 32:20 43:3 48:20 81:1,12,18,21,24 82:6 83:5 86:8 118:13, 21,23,24 120:2 128:19 144:18,19,20,22 145:15 157:6 164:6,7 170:4,6 176:8 177:13 179:2 181:18

**numbered** 27:3,17

**numbers** 7:16 10:5 113:15 154:5

**nutshell** 121:22

---

**O**

**object** 119:12 195:12 196:9 197:8 199:2,16, 24 200:8,22 201:4,15 202:6,19 203:24 204:20,23,25 205:9 206:6 210:6 212:10,15, 24 213:5,16 214:3,15 216:21 217:5 218:2,23 219:6,13,22 220:6 221:24 222:5,12,17,25 223:7,13,19 224:9,24 225:5,21 226:10,15,23 227:8,13,20,25

**objected** 204:14 215:14

**objecting** 205:25

**objection** 195:14,22 196:13,21,23 197:13, 14,15,25 198:12,20 199:6,10 200:4,13 201:19 204:13,18 205:12,15,19,24 207:25 210:13 220:7 224:11

**objectionable** 205:1

**objections** 204:9

**objective** 203:3

**objects** 200:5

**obtained** 6:9

**occupancy** 77:25

**occupiable** 223:5

**occupy** 122:22

**occurred** 67:6

**October** 6:7 56:21,23,24 57:1 58:12 59:1,5 60:7, 9 61:3,15 62:13,20 80:3 81:23 82:1 86:23 95:16 128:21 131:17 132:20 146:13 153:18 155:13 156:3,25 213:3 221:8

**October-ish** 40:18

**Odom** 24:19 25:5,6,17 26:4 39:17 40:23 44:16 45:8 46:12,17 47:11 48:7 53:16 68:20,23 69:1 78:15 80:17 109:22 110:21 111:1 112:25 126:25 128:17 131:17 134:19,22 135:13 137:7,19 139:3 143:4 144:14 153:6,25 156:3 157:17 161:1 168:15 172:13 174:1 180:15 192:21,23,25 193:4 195:8 196:7 198:16,17 199:1,14,20 200:17,24 203:19 204:6 215:2 220:2 221:18 222:3 226:2

**Odom's** 205:5 219:10,19 220:3

**offer** 189:21 225:1

**office** 39:21 110:12,16 122:25 123:1 132:8,23 133:4,5 149:20 152:7, 14 153:19,23 154:19

**offices** 123:11,14 153:22

**official** 53:8,11

**older** 135:20 136:12

**one's** 23:22

**opened** 8:10

**openings** 103:14

**operating** 123:2

**operations** 86:16 155:1

**opinion** 34:14 128:25 129:6 135:22 139:3

**opposite** 103:20

**option** 139:2

**options** 135:5,8 139:18 163:23 164:1

**order** 7:2,3,5 9:25 10:8 23:6,8,9,10,11,13,16,19 27:13 41:25 42:1,5 43:3 45:3,16 48:14,23 62:11 93:13 94:23 107:20 108:17 109:1,17 110:18 131:5 153:20 154:12,14 170:15,25 175:16 193:8

**ordered** 94:17,20 95:4 171:20

**ordering** 156:12

**orders** 42:16 49:1 70:14 72:18 93:12 108:21

**original** 9:21,24 120:19 180:7

**outlined** 10:19 83:3 86:25 91:4

**outstanding** 114:8
151:8 207:10

**overdue** 21:3,8

**overflow** 103:13,18
104:10,16,17,20,23

**owe** 21:12

**owed** 9:16 21:7,8 26:1
151:8

**owes** 114:11,12,14
116:1,4

**owner** 6:21 7:19 9:3
12:19 14:3,21 16:19
17:1,10,12,18 20:2,10,
15,23 21:6,11,17,23
22:7,12,18 23:23 24:8,
18 30:7 32:6,15 49:7,25
53:3,15,24 55:4 59:12
63:19 66:9,16,21,24
70:23 71:1 74:1 75:10
77:3,22 78:4 79:13,16,
18 83:14,16 84:14
85:11 90:16 93:16
95:12,20 101:16 114:9,
14,19 115:18 122:6,9,
16 126:9 129:4,16
137:24 143:4,10,19
153:6 154:25 155:23
159:25 160:2 181:5
183:9 184:6,15 185:1,8
187:14 192:19,20
193:12

**owner's** 14:1

**owners** 17:22 77:21

**owns** 114:9

---

**P**

**P-1** 211:8

**p.m.** 70:3 71:17 72:1,10
73:3 105:12,16,23
116:21,22,24 138:9

**P1** 208:6 211:6 225:2,6
230:2

**pages** 187:23

**paid** 7:19,22 12:19,23
14:3 20:18,20,22 22:18
24:8,22 25:8,25 26:10,
11,16 31:3,4,7,14,20
49:17,21 66:10 114:16,
25 115:10,11 148:15
192:20,21 193:4,11,16,
21,22 219:10

**pain** 138:13

**paint** 99:24,25 153:14
203:17

**painters** 99:24 127:10,
14

**painting** 66:12,14 100:5
111:8 163:16

**panel** 93:24

**paneling** 93:22 139:11
146:25 171:10,12

**panels** 45:3,4,5,18,19
48:10,15 58:7 70:9
81:20 93:20,21 111:9
139:10 140:6 166:1
172:1 176:4,5 186:11

**papers** 190:11,15

**paragraph** 156:10,14

**Pardon** 20:19 65:1
190:25

**parking** 182:16

**part** 17:16 19:10 24:5
46:11 59:8 60:18 71:22
81:17 96:21 104:5
122:19 123:7 129:24
137:12 142:21 155:12
165:9,23 175:6 179:5
185:18 210:16

**parties** 126:11,18

**parts** 210:11

**party** 13:3 102:8

**passed** 143:14

**passing** 75:11

**past** 97:9,10 115:25
118:13,22,23 120:3,9
151:13 193:9 228:6

**paste** 28:16 29:17

**path** 75:2 109:11 110:9
120:15 174:14,19 180:7

**paths** 126:12

**Patrick** 61:7 62:22
130:20,21

**pause** 210:19

**pay** 9:12,14,20 10:18
11:9,20,23 12:2,6,14
13:1,12 14:7,8,24 15:8,
12,14,19 16:4,22 18:8
20:12,15,23 22:15 23:1,
12 24:14 25:15 26:24
27:3,17 28:10,13 29:21
30:21 32:1,5,7,19,20
33:3,5,8 41:9,10,20
43:4,5,7 46:5 47:8,11
49:7 75:13 111:19
112:4,12,13,14 113:1
114:13 126:23 128:24
141:8,9 143:1 150:10,
14 173:1 212:7,20

**Paychex** 149:12 150:18

**paying** 110:2 116:4

**payment** 5:24 9:2,4,6
12:8 13:25 17:1,4,11,
19,22 22:9,10,17 24:2,
19 25:6,7,17,20 26:5
30:7,21 31:12,19 45:8
49:11,13 126:10,14

145:15,20,24

**payments** 20:7,22,24
21:7,14 22:2,8 24:13
49:24 50:1 75:1,7,15,18
115:15

**payout** 8:7 10:14,24
11:15 29:6 32:23

**payroll** 149:14

**PDF** 87:13 88:14 209:15

**penalties** 212:22

**people** 37:24 38:1 39:7,
13 51:20 85:14 90:11
91:1,24 92:2 98:22
165:5,11,12,17 166:16
172:17 173:14 174:1,2
175:5,7

**percent** 7:14,18 33:17,
19,22 39:25 71:14,20,
21 72:5,6 73:4,5,6,7,16
88:12 92:6 112:5
114:20 116:1,4 130:2
135:11 138:12,23
150:20 202:22 203:23

**percentage** 32:16 33:15

**percentages** 73:14

**perform** 80:14 85:7
149:15

**performance** 215:24
216:3

**performed** 6:22 170:1
198:24 199:13

**performing** 80:19
105:13

**period** 213:14 215:9

**permit** 132:6,21 133:25
134:10,13,15

**permits** 131:19 132:1,3,
8,12,24 133:17,20
134:4

**permitting** 81:13 132:7,
23 133:4,5,11,24

**person** 68:2 153:8 155:6
157:15

**personal** 112:20

**personally** 149:22
198:17

**perspective** 34:13
183:24,25

**phase** 23:13 122:7,14
123:22 124:1,2 179:7

**phone** 40:6 61:7 62:22
67:19,20 73:21

**photo** 177:9

**photos** 103:21 105:2

**phrase** 95:1

**picked** 153:9 207:7

**picking** 67:10 155:7

**piece** 139:19

**place** 28:8 108:14
193:22

**plaintiff's** 128:9 225:5
229:25 230:5

**plaintiffs** 128:13 208:6

**plan** 132:12

**planning** 68:8 113:11

**plans** 56:7,8,9,18,19
94:11

**played** 180:4

**plenty** 165:13

**plenum** 140:23

**plumbing** 180:20

**plywood** 58:2 70:9,11,
16 226:16

**point** 6:20 9:19 11:9
14:23 16:6 17:3,8,15,24
18:19 19:3 20:2 26:17
40:5 43:2 48:6 53:1,10
56:9 59:11 64:7 66:24
67:1 68:9 75:3 80:8
81:3,9 83:13 85:3,6
89:17 91:20 92:5 93:1,8
94:9,16 95:6,8,16,23
115:24 118:20 119:17
123:24 139:6 140:4
144:14,24 145:4 147:15
162:18,25 164:11
165:14 167:5,12 168:2
170:18 171:14,23
172:5,18 173:17
174:11,14,20 175:18,22
177:16,17,23,24 179:5,
10 180:2,5,9 182:5,21
186:2,17 203:2 205:19
207:14,24

**pointed** 178:3

**pointing** 82:20

**points** 90:13

**POL** 211:17,18

**portion** 7:6 11:7 203:5,6

**position** 18:7 21:11,18
25:1 86:15 94:22

**positive** 130:2

**possibility** 98:8 161:8
167:9

**possibly** 25:3 39:25
54:20 85:20 90:19 92:8
167:9,19 197:5

**post-storm** 58:12

**posted** 52:6

**potential** 60:11

**potentially** 129:1

**power** 60:10 116:13,19,
21,22 117:9,11

**PPE** 164:7 165:4

**pre-hurricane** 42:9
129:14

**pre-make** 28:19

**pre-making** 28:20

**preapproved** 62:7

**prefer** 82:18 114:5
204:23,24

**preference** 209:18

**preliminary** 52:4 53:15,
18,22 54:2,18 56:3
69:16 77:2,13,18 85:10
191:24 192:7

**premade** 29:1,2

**prep** 64:17 65:2,9,20,23

**preparations** 95:25

**preparatory** 64:9 67:4

**prepare** 87:9 95:24
102:2 190:9 191:14
197:7

**prepared** 79:9 84:19
88:24 89:24 94:11
95:20 172:17 191:23
195:7 196:5 198:10
201:2 209:5,7 210:10

**preparing** 78:4 79:16
87:5 93:7 95:15,17
96:6,7,10 105:23

**present** 106:15,25

**pressure** 161:4

**pretty** 40:3 57:20 74:8
91:24 93:23,25 139:22
181:2 189:2

**previous** 22:24 29:17
191:4,8

**previously** 47:21 142:18

**price** 42:22 99:4,5,15
108:15 226:20 227:11,
24

**prices** 48:10 111:9
135:7

**pricing** 67:2 226:13

**print** 220:10

**prior** 28:9 80:4,5,10,14,
19 88:7 91:10,16
105:19 185:7 197:18

**priority** 61:8,10 130:17,
21 131:1 144:18 217:13

**privy** 82:25

**problem** 76:6 82:19,20

**problems** 165:8

**proceed** 63:13 130:14
131:9 144:1,3,16
195:23

**process** 28:18 83:7
135:6 144:17 145:6
159:3,8 162:7 167:3,4
168:20 190:21 197:11

**produce** 40:11 191:1
**produced** 38:9 39:3 77:4 163:6 190:17,24 228:8
**product** 82:11 83:6,9 93:19,22 94:14 99:22 175:22,24
**production** 128:9 151:22 184:9
**products** 82:15 154:5
**professional** 12:7,13 93:15,18 135:22
**progress** 13:25 17:11 51:3 52:15 73:8 145:20 159:9 160:1 161:21 162:3,9,13 163:12,19 171:2 175:8,15 176:1,8, 15,21 177:23 179:6,21 185:12
**prohibition** 80:18 95:10
**project** 6:13 7:12,13 12:12 15:25 16:2 17:4 33:10 34:5 38:8 39:6, 10,15 40:2,4,12,16,24 48:21 51:3 75:1,6,21 81:14 82:3,8 88:3 94:24 95:13 98:4 113:22 118:20 131:3 132:21 133:3 134:1,14 148:12, 24 149:16 150:3 162:20 164:9 168:23 175:1 180:10 196:6 197:3,6 198:25 200:25 201:3,12 202:1 204:4 207:1
**projects** 11:18 12:1 97:14 179:25 180:3
**prompted** 87:9
**proof** 111:12 211:19 212:8 213:2
**proofing** 72:7
**proper** 198:7
**properly** 143:19
**property** 86:22 140:20
**proposals** 36:20 156:16, 21
**proposed** 137:12
**Prosoco** 71:4
**protect** 147:1
**provide** 38:10 53:2 83:17 88:18 95:21 129:17 188:12 189:1
**provided** 5:15 62:7 79:18 150:16 174:23 188:11 189:1 211:20 228:23
**providing** 81:3,5 174:17
**provision** 216:5
**provisions** 18:11

**pull** 8:10 27:11 87:18 88:17 92:2,12 131:19 215:18
**pulled** 77:9 128:8,12 133:18 186:20
**pulling** 132:12,24 133:20 134:4
**punch** 177:16,18,19,20, 24,25 178:2,5,6 184:13, 14,18 217:15
**purpose** 81:8 129:11 133:15 159:25 181:4 212:2
**purposes** 100:7 163:13
**push** 83:14 186:5
**pushed** 104:1
**put** 7:16 32:14 50:12 52:21 58:22 90:14 95:7, 14 102:18,19 104:12, 18,25 105:1,4 107:20 129:12,13 132:23 134:3 139:10,25 143:16 146:2 149:9 151:19 152:1,2 160:6,11 167:15 172:4 175:10 180:8 190:4 202:25 209:9,22 218:25
**putting** 16:6 55:8 75:5 108:21 130:3 140:1,6

### Q

**qualifying** 102:8
**quality** 159:11
**quantities** 175:17
**quantity** 98:11
**quarantines** 165:16
**quarter** 58:16 76:10
**question** 17:7 18:22 19:2 21:10,21 27:12,14 30:9,14 33:7 34:16 43:2 62:15,18 80:12 94:8 114:4,6 119:13 131:18 137:9,10,19 166:13 168:9 186:21 187:15 192:3 196:10 198:1,7 199:4,7,8,18 200:8,14 201:21,22 204:5,15,19 205:4 206:1 208:3 212:3 214:8 215:15 216:25 220:13,16 223:8 225:22 229:7,18 230:18
**questioning** 206:3,4
**questions** 44:7 68:6 69:25 90:2,18 110:11 121:3 125:4 126:5 128:5 147:23 152:18 189:15 194:4,6 195:2 197:5,17 204:21,25 205:21 209:1 210:6

211:10,18 225:10 228:3,24
**quote** 187:8

### R

**R-12.8.** 140:25
**R-18** 141:2
**R-21** 141:2
**R-30** 140:22 141:2
**R-32** 141:3
**R-60** 140:22
**R-GUARD** 71:4
**R-VALUE** 140:24 142:4
**R-VALUES** 142:8
**R-VALVE** 141:2
**R22** 121:24
**rain** 107:7,8,10 117:13 120:17 125:10,12,15, 17,23 127:25 176:2,11
**raise** 198:20 220:7
**ran** 60:22 123:10,12,14
**reached** 17:3 171:21 184:16 185:2
**reaching** 186:3
**read** 17:20 61:1 117:12, 23 127:21 130:7 132:9 137:6 153:23 161:17,19 163:14 171:3 190:11 208:25 210:8,11,15,16, 18 224:15
**reading** 9:24 14:17 48:19 58:21 62:5 72:4, 25 116:18 117:5 135:10 137:4 162:16
**ready** 28:15 30:5 36:12 66:16 74:16 95:18 131:10 173:23
**real** 173:20
**realistic** 100:8
**reality** 101:21
**realize** 152:13
**rearranged** 159:18
**reason** 24:21 51:10 52:14 89:3 94:21 110:17 128:1 141:20 163:14 183:17 184:21 188:20 195:17 196:15, 18 208:24
**reasonable** 76:9
**reasons** 87:25 90:3 161:17 165:10,17 176:6 177:3 225:4
**recall** 9:3 10:2 13:1 25:18,22 39:11 87:5 115:13
**receive** 26:5 167:20

**received** 17:22 49:11 62:17 117:20 141:18 170:12 171:7,9 213:20
**receiving** 171:16
**recent** 25:6
**reciprocity** 102:23
**record** 5:5 12:2,8,13 18:17 44:1,2,4 50:23 76:19,20,22 77:21 78:11 117:24 124:13, 14,16 153:24 181:21 194:21,22,24 210:12, 22,25 211:1,3 225:13, 14,16 230:11,16
**recorded** 208:14
**records** 191:3,11,15 228:8,14
**recovering** 145:25
**red** 219:16,17 221:11,14
**redesigning** 165:24
**redone** 153:16
**refer** 71:5 81:18 191:17
**reference** 45:12 47:7 62:16 91:23 122:8 128:18 167:19 183:7
**references** 44:20
**referencing** 47:14 49:20 50:5 56:16 79:4 95:6 165:25 172:25 203:7
**referred** 129:9 136:8
**referring** 29:19 47:20 49:16 58:13 59:2 67:18 79:6 91:6 126:19 127:17 130:4 136:9,18, 19 142:1 146:14 154:14 168:10 179:8 193:5
**refers** 128:19
**refinishing** 138:20
**reflect** 160:24
**refrigerant** 121:24 179:13
**Refrigeration** 60:12 121:11
**regular** 14:25
**regulations** 121:20,25
**reimbursed** 193:23
**reinstall** 188:13
**rejected** 13:3
**related** 75:1 125:23 141:14
**relation** 98:14
**relationship** 155:22
**relaying** 101:2
**release** 17:21 133:19
**relevant** 18:6
**remainder** 25:25
**remaining** 32:2 33:13,

16,25 34:4 35:11
**remediation** 58:19 96:2
**remember** 13:6 23:10 24:20,23,24 55:24 63:14 68:1,17 69:15 74:7,13 84:13 85:18 96:14 106:24 133:12,14 136:7 158:12 165:20 170:17,22 175:20 182:14 183:4 184:9,20 190:3,15 223:17 229:14
**remind** 34:12
**remodel** 103:14 104:24
**remote** 37:19
**REMOTELY** 5:1
**removal** 176:23
**remove** 104:15,22,24 176:5
**removed** 70:9 103:13,18
**removing** 176:4
**rename** 28:17
**rental** 69:3
**rep** 81:12 131:1 168:10
**repaired** 223:10
**repairs** 201:13 202:3 204:4 205:7 214:1,13 215:2,6 216:18 217:4, 24 219:1 220:25 221:3
**repeat** 10:6 17:7 21:10 33:7 34:16 80:12 103:6 107:13 192:3 196:10 200:14 201:22 204:5 205:4 215:25 223:8 225:22 229:7 230:18
**repeating** 196:12
**rephrase** 24:8
**replace** 104:8 122:17 137:2 172:4
**replaced** 37:3 60:4 121:22 122:3 123:8 136:5
**replacement** 34:10,15, 18,22,24 36:11 59:18, 20 72:7 122:9 128:25 129:13 136:8 203:16 207:11
**replacing** 72:20 140:7
**replay** 168:13
**replies** 169:12
**reply** 154:20 168:13,14, 15,17,21
**report** 128:23 129:9 148:4,25 149:10 150:13 151:17 171:7
**REPORTED** 5:1
**reporter** 10:4 189:22 190:8 201:7,18,23 204:12,16 205:13

208:17 209:11,21
210:1,4 212:16 213:8,
11 215:12,16 220:12,
15,18
**reports** 160:21 176:15
**representation** 83:22
90:25
**representative** 134:6
211:21
**represented** 98:17
**represents** 79:20
**request** 14:25 17:3
38:23 107:20 108:18,
23,24 155:24
**requested** 15:7
**requests** 110:18 156:16
**require** 91:6 133:1
**required** 71:8 133:18
134:1 142:9 151:3
**requirement** 142:3
**requirements** 18:21
62:2 132:14 164:7
165:4
**requires** 140:21 170:24
212:6,19
**requiring** 134:14
**researching** 93:23
**respond** 197:24
**response** 151:24 160:19
**responsibility** 169:21
**rest** 7:7 59:17 105:21
106:2 145:25
**restrictions** 180:25
**resume** 76:4
**RESUMED** 5:2
**resumes** 117:25
**retainage** 32:15,19,20,
25
**retained** 67:3
**return** 38:6 91:2 140:23
**review** 170:6 190:23
191:1,10 216:5
**reviewing** 11:20,23
12:13 13:4 190:21
**reviews** 12:2
**revised** 189:19
**ribbon** 103:23
**role** 138:3,6
**rolling** 155:4
**roof** 42:20 58:16,22
64:18,25 65:3,7,9,19,
21,23,24 140:15,16,19,
25 141:4,24 142:2
143:17 144:6,7 147:3,
19 187:5
**roofer** 141:23

**roofing** 142:15,16,17
144:9
**roofs** 140:21
**room** 123:13 224:12
**rooms** 105:16,18 123:3
**Rooney** 61:7 62:22
130:21
**rotate** 208:23
**rotted** 70:9,11,16
**rough** 33:23 78:16,24
83:25 84:4
**roughly** 138:23
**round** 42:6
**rubber** 131:6
**rules** 195:15 196:20
**run** 139:19
**running** 117:3,9,12
205:18,24 207:25
224:11
**Ryan** 44:20,21

---

**S**

**safe** 63:19 64:9
**safety** 159:13 164:5
**sake** 221:6
**samples** 94:6 154:6
**satisfied** 109:25 169:18
**scale** 201:17
**scenario** 185:19
**schedule** 9:4 19:9,12
52:4 53:15,22,24 54:2,
7,8,9,10,18,23 55:1,8,
18,23,25 56:1,3 68:14,
18 69:16,24 77:2,4,6,
13,18 78:17,22,25 79:1,
5,9,20,22 81:2,8,22
82:14 83:20,23 84:5,10,
16,19,21,25 85:1,2,6,
10,15 86:19,21,25
87:11,12,18,20 88:8,9,
13,14,23 89:2,4 91:4
157:8 159:1,9 163:5,6
166:10 170:8 171:12
174:7,10,20 177:12
179:3,19,23 180:10,21
181:23 185:21
**scheduled** 10:14,20
11:3 15:14 37:16 41:11,
21 86:23 117:7
**schedules** 53:18,19,21,
23 68:15 69:18 77:5
78:4 82:11 87:18,24
88:2 174:5 180:6
191:21,22,24 192:2,4,7,
11
**scheduling** 159:5
160:16 163:4 170:14

**scope** 7:12 42:24 64:3
65:15,16,17 66:5 82:7
90:6 128:18 134:14
137:11,18,20,22
142:22,24 143:7,13
163:5 186:8 187:12
188:5,11,15,23,25
**scopes** 187:8
**Scottsdale** 203:21
211:21 219:9,18 220:1,
3
**scrambling** 75:23 180:7
**screen** 8:11,12 77:10
86:8 87:15 89:6 128:10
130:10 131:14 140:9
146:12 189:23 208:12,
15 209:9,12,17
**scroll** 80:2 163:17
**sealant** 105:14
**section** 17:18 159:4,5
163:22 170:13 175:15
176:2,22 215:23 216:3
**security** 78:22 83:18
84:10,15 159:13 164:5
223:6,12
**seek** 109:13
**select** 35:22,24 83:14
**selected** 34:7 35:12,14
61:15 93:15,17 95:4
123:3
**selecting** 89:14 155:7,
14
**selections** 62:8 84:7
157:2
**selects** 32:13 36:3
**send** 38:23 45:13 87:9
89:22 112:2,3 129:21
141:20,21 145:11 158:6
189:22 190:7
**sending** 14:24 48:7 87:5
89:12 94:5 129:3 141:4
154:2
**sends** 154:24
**sense** 101:11
**sentence** 61:23 100:19,
22 126:13 127:9 156:9
**separate** 143:4 187:12
**separately** 66:4
**separates** 99:23
**September** 40:7,14,17,
21,25 52:1,23,24 54:6,
24 56:6,14,15,23 57:1
77:1 78:8 80:3 81:9
86:18,19 87:10,21 88:8,
17 92:20 93:4 94:17
95:9 100:16 101:11
191:23 211:17,23
213:2,14

**set** 18:21 55:13 58:9
60:10 67:22 105:12
147:8,11
**share** 8:11 77:10 78:23
87:11 128:9 189:23
206:11
**sheathing** 58:6 72:6
73:5 105:14 166:25
167:6,21 168:19 172:4
177:21 178:3
**sheet** 10:13,14 46:9
47:24 60:21 185:11
**sheeting** 99:20
**sheetrock** 146:24
**sheets** 99:13
**Sherwin-williams**
148:23
**shipped** 59:16
**shop** 175:19,20
**shops** 171:21
**short** 43:20 169:12
**shortage** 118:24 120:11
165:17
**shortages** 165:9
**shortly** 217:11
**shot** 208:12,15,19
209:9,12
**shots** 209:17
**show** 10:15 37:11,12
48:10 63:22 69:19
77:10,14 78:10 96:2
101:22 138:14 150:1
165:18 176:5 179:24
185:24 189:20,23
191:24 207:18 220:21
**showed** 111:2,3 230:14,
17,20,25
**showing** 11:10 179:22
181:2,12 192:8 208:4
211:5 220:9
**shown** 15:15,19 16:17
32:2 115:19 207:20
229:25
**shows** 9:16,21 10:16
77:24 115:15
**shut** 164:21,24
**shutdown** 118:4
**sick** 165:11
**side** 32:21 73:15 103:20
104:5 176:3
**sides** 104:14
**sideways** 208:25
**siding** 60:4 128:25
139:13 185:15
**sign** 27:25 28:3 61:25
62:10 63:1,4 66:17
145:3 146:8 162:5,8
184:7 197:6 204:7

**signature** 12:17
**signed** 23:22 24:16
27:4,23 28:8,23 29:22
64:1,6 66:18,24 70:25
74:1 110:22,24 111:19
143:24 144:15 145:12,
17,21 156:12 167:14
172:11,22 173:25
189:3,4,10 200:24
**significant** 52:21
**signing** 172:24 203:20
205:5
**signs** 66:22
**similar** 85:10 145:14
**single** 51:18 110:16
111:11 112:23 161:17
204:19,21
**sir** 62:23 209:11,18
**site** 36:20 37:4 58:3
59:4,9,17 63:17,22
64:16 70:3 71:16 73:3
105:11,15,22,25 106:9
107:9 164:13,16,17
**situation** 115:1,7 139:21
169:9 170:18
**situations** 90:10,17
133:22
**six-month** 222:22
**Skyline** 25:20,24 55:19
75:12 85:13 86:14
87:10 90:12 96:16,18,
20 97:3,8,11,14,20,23
98:1 100:25 112:11
129:4,16 140:13 141:5,
8,11,13 143:15 211:20
**Skyline's** 138:3
**slated** 136:4
**small** 60:24 99:23 144:3
172:16
**smaller** 132:24
**soft** 117:20
**solely** 230:4
**someone's** 212:7
**sort** 54:10 59:14 112:19
**sound** 36:23 105:16,17
**source** 154:6
**space** 106:16
**speak** 25:2 129:19
**speaking** 196:21
**Specialties** 44:21 45:17
**specific** 51:7,21 52:17
59:19 69:12 74:13 87:8
89:9 90:3,24 94:21
95:18 101:14 108:11,15
118:13 126:16 141:24
143:5 181:3 189:2
211:24 215:10 226:25
228:23 229:21

**specifically** 25:23 51:12 141:17 160:3 165:19 206:7 207:4 226:17,21

**specifics** 126:15

**specs** 94:11 176:24

**speed** 213:24 214:11

**Spell** 151:4

**spend** 136:25 138:17,18

**spending** 135:15 136:15

**spent** 139:9 150:7 151:9 228:6

**split** 151:2

**splitting** 25:10,12,13

**Spoke** 73:21

**spoken** 181:8

**spray** 64:18,25 65:3,9, 20 72:13,16 140:16,19, 25 141:5 142:2,9,19,21 143:17 187:5

**sprayed** 65:25

**square** 99:4,5,24,25

**squares** 154:1

**stacking** 217:7

**Stacy** 157:19

**stage** 159:2 161:16,20, 24 162:11

**standard** 188:2

**standards** 176:13

**start** 28:18 43:19 50:9 51:25 56:10 59:12 61:18 63:20,22 64:10 67:1,4 72:10 73:23 74:2 76:10,11 78:7 80:2,10, 14 81:23 82:2 84:6,12 86:23 88:7 91:15,25 101:6,15 121:5 152:11 153:5 156:12,21 157:2 167:1 168:18,20,24 169:1 172:2 177:17 178:20 185:19 186:13 198:10 206:4 225:24 226:1

**started** 76:25 93:23 94:14 99:19 102:21 111:4 141:25 168:12 178:20,21,24 202:17 217:2 219:3

**starting** 40:7,14,25 59:4 82:3 105:16 125:7 171:2 172:12 217:9

**starts** 59:22

**state** 53:12 95:10 162:24 168:4 189:19

**stated** 55:6 168:22 225:5

**statement** 8:15,16,20 13:17 16:11 17:10 18:12 44:17 46:1 67:16

**statements** 73:8 128:4 161:2 175:10

**states** 18:24 50:1

**stating** 17:14 112:11 136:13

**status** 36:12 51:3 54:21 117:5 144:25 159:1,14 163:11 165:23 171:1

**stay** 193:22 196:22

**staying** 89:13 90:12

**steam** 156:25

**steering** 139:7

**step** 51:5 112:18

**stick** 93:22 130:1

**stipulate** 204:19

**STO** 81:13,14,15 94:1

**stop** 161:7 175:8 205:25

**stoppage** 116:10 118:4

**stopped** 52:14 64:17 65:9 75:5,9 121:10,14 180:5,10

**storm** 34:20 91:24 116:9 117:22,25 118:5,8 146:13 181:3,6,10 227:2,5,10

**story** 121:17

**Street** 44:18 46:2 86:22 140:20

**string** 130:8

**structural** 133:21

**structure** 60:2

**structuring** 173:3

**struggling** 169:11

**studs** 104:18,25 105:1 147:16

**stuff** 17:5 36:1,9 38:22 50:9,13 75:10 84:2 89:12 90:13 92:7 101:25 102:1 120:17 145:11 152:10 162:18 163:14 169:11 173:19 193:9 207:7

**subcontractor** 44:20 45:2,14 46:9 48:13 60:13 61:10,16 66:3 67:2 95:12 131:9 150:21 151:8 162:12 167:5 186:21,23 187:1, 6

**subcontractors** 31:6,8, 13,18 39:1 64:22 67:4 69:11 101:18 111:4 131:20,25 133:9 148:12 157:3 184:23 203:2 225:20 226:9 227:6,19

**subcontracts** 156:22 187:19 188:2 228:13,14

**subject** 45:23 46:13,19, 25 134:20 140:14 144:12 200:13 212:21 224:21

**submission** 134:9

**submissions** 102:3

**submit** 17:14 28:15 30:13 32:6 53:13 85:14 108:3 110:18 113:1 132:6 150:13 184:5

**submittal** 45:15 46:10 131:22 162:5

**submittals** 6:13 68:10 112:9 131:3,20 162:8 179:15,17

**submitted** 18:8 23:23,24 28:20,24 29:4,7,8,23 30:6,10,12,18,21,23 31:1,2,25 43:5,12 45:8 52:5 53:8,14,24 54:1 55:17 68:9 69:18 77:2 82:7 84:22 102:16 113:18

**submitting** 13:1 17:9 55:18 68:17 84:25 85:1

**subpoena** 38:6 151:22, 23

**subs** 31:3 67:14 79:3 82:8 92:10,12 132:1,2 144:18 145:1,7 162:12 171:21 189:5,11

**substantial** 89:8 182:1, 12,19 183:3,20 184:4,6, 16 185:3,23 186:4

**substantially** 89:5 182:6 183:6 184:1 207:1

**substantive** 40:13,23 192:13

**subtractions** 32:12 33:21

**suggest** 76:2 225:7

**sum** 6:25 7:8 9:21,25 10:21 11:4 19:18 23:15 42:10

**super** 209:17

**supplement** 38:17,24 39:5

**supplemented** 151:23

**supplier** 45:6,17 95:12 151:9

**suppliers** 117:4 157:3 180:23

**supplies** 94:24 148:22

**supply** 117:11,20 148:23 171:21

**support** 149:7

**supporting** 150:17 228:13

**suppose** 79:12

**supposed** 28:7 36:14,18 110:1 138:21 141:9,15 152:6 180:18

**surety** 11:23

**surprise** 126:12,22

**surveying** 98:11

**switch** 82:19

**sworn** 5:9

**system** 34:23 81:17 103:23 108:23 122:17, 19 123:2,4,8,14 135:20 136:5,12 139:7,11 140:2,3,23,25 142:15, 16,17 171:7,10 179:9

**systems** 147:3

**T**

**tab** 5:15,23 6:1 7:20,24 8:6 12:20 13:8,9 14:4 16:9 19:22 22:17,25 24:3 26:24,25 27:2,5 44:8,9 48:16 50:14 86:8 103:3,7 148:2 152:20, 25 156:2 157:5 166:4 170:3 174:4 176:19 177:11 178:23 179:1,18 180:13 181:14,17 185:20 186:19,20,22 187:15,20,21 215:21

**tabbed** 152:22

**tabs** 41:19

**takes** 61:1 70:5 85:7 165:24

**taking** 147:18 169:14,20 197:10 198:2 217:14

**talk** 39:14,18,22 126:25 127:3 133:13 135:14 138:25 158:25 159:2 173:19 200:6 202:8

**talked** 16:25 21:20 23:1 25:6,16 35:2,18 42:14 47:23 48:1,2,24 49:24 163:25 192:19

**talking** 32:21 43:11 47:25 54:16 68:3 75:17, 20 76:25 88:22 97:19 102:21 108:7,8 109:4,6, 9,12 111:3 126:9 153:25 154:12 160:8 177:18 182:23 190:16 195:16 202:13 203:8,16 204:10 205:11 218:4, 20,21

**talks** 54:18

**tall** 99:12

**tapered** 155:20

**target** 69:12

**task** 91:12,13

**taxing** 169:10

**telling** 68:11 100:17 139:2,3 172:10 206:10

**tells** 178:6

**temp** 58:16

**temperature** 176:13

**template** 158:25

**templated** 85:2,6

**temporary** 58:22 136:15 146:25

**temps** 177:1

**ten** 60:10 66:17,21 117:21 130:8

**tenant** 32:13 34:7 35:14, 16,17,21,24 36:3 69:3 81:4,9 84:9 85:21 122:22 160:1 203:4 214:17,23 218:16 223:11 224:2

**tenants** 218:8

**tender** 194:25

**term** 120:23

**terms** 145:14

**test** 36:24 102:9,10,12, 15,25

**testified** 55:11 120:1 206:25 213:19,23 221:17

**testify** 12:12 119:9

**testimony** 5:10 49:6 87:17 97:2 119:16 136:4 193:16 197:16,18 198:23 199:12 206:7 224:17,23 226:1 228:11,16,19 229:6

**testing** 36:21,22 37:5,7, 12

**Texas** 175:23 180:25

**text** 39:7,9,23 40:13

**texts** 39:6,14,17 40:10, 11,21,24

**thicker** 221:12

**thing** 8:21 43:18 92:1 100:4 111:11 112:8,20 123:9 144:6 161:18 164:15 165:2 220:20 221:4

**things** 23:18 36:10 37:14 49:8 50:11 69:7 70:15 75:16,19 76:13 82:13 83:7 84:8 89:7 90:11 91:9,25 98:16 107:25 111:22 112:17

118:15 137:15 149:5 155:3 169:13 180:8 202:25

**thinking** 74:11,15

**third-party** 132:25

**thought** 30:17 37:2 146:18 151:21 178:5 184:16

**thousand** 114:11

**three-page** 188:1

**Thursday** 106:24 170:25 180:19,24

**tighten** 79:1

**tile** 116:14 117:13 170:15,18 175:16,19 188:11 203:16

**tiles** 117:6,21 180:20 188:10,14

**till** 76:10 173:6

**time** 5:7 25:6 33:14 43:20 44:1,4 50:10 72:25 75:17 76:9,19,22 81:23 83:13 84:6 85:7, 22 92:17 93:8 94:13 95:6,16,25 96:1,2,9 97:11 104:2 107:21 108:8,17,24,25 109:4, 14,18 110:19 112:3,9, 10 115:24 120:19 124:13,16,23 137:6 138:8,13 143:24 149:24 150:2 151:18,25 156:13 159:15 161:16,17,18 162:15,21,24 165:24 167:25 168:20 172:18 178:25 184:15 190:12 194:21,24 195:2,10 200:18 201:20 203:3,15 204:13 210:25 211:3 213:4 215:8,23 216:3 225:3,13,16 230:20

**time-consuming** 138:15

**timeframe** 202:16

**timeline** 167:23 207:19 219:16 222:11

**timelines** 224:22

**timely** 82:10

**times** 24:20 83:6,9 89:16 108:4 164:20

**timesheets** 149:25 150:1,19

**tint** 135:6,17 136:19 138:19

**Tinted** 35:15

**title** 28:11 47:16 191:18

**today** 5:6 24:17 33:15 37:17 38:10 39:5 76:9 110:6 120:1 191:10,14

193:17 197:20 207:21 229:5,12,15,25 230:7, 11

**today's** 34:4 190:4

**told** 24:21 25:5 42:15 50:18 51:12 56:2 84:14 115:3,17 142:20 169:7 200:5

**tomorrow** 46:2 47:5 73:23 81:13,22 135:14 138:14,25

**top** 14:18 21:20 31:16 35:2 48:20 101:1,25 102:1 103:4,11 135:6 138:19 148:8 153:6 154:11,18 166:5 211:16 214:12 216:17 219:8,11 220:21 221:6

**topic** 173:9

**topics** 51:9 172:10

**total** 26:12 41:11,21 49:3 141:2 176:13,22 178:15 179:21 185:12 186:15

**totaling** 20:7

**touched** 43:1

**touchup** 127:12

**touchups** 127:16 177:20,21 178:3

**track** 42:16 49:8 51:12 52:15 89:13 107:14 118:13 120:16

**tracking** 53:5

**trade** 149:19 217:7

**trailer** 36:9 59:1,3,4,15

**transition** 170:24

**transparent** 110:25 111:12

**travel** 149:5 180:24 193:21

**trial** 119:10,14

**trim** 100:5 149:21

**trouble** 165:10

**troubles** 127:1

**Trouth** 144:23

**true** 219:21

**trusted** 111:25 112:1

**truthful** 228:16

**Tuesday** 101:23 127:11

**turn** 5:15 13:12 44:19 148:2 166:4 185:20

**turned** 15:3 17:21 43:7 208:22 210:8

**type** 84:23 96:15 97:13 139:21 143:20 147:5 179:2 196:20

**types** 212:21

**typical** 158:23

**typically** 10:18 11:2 28:14 98:21 131:19 158:20

**typo** 28:6

**Tyson** 130:16

**U**

**U.S.** 149:2 151:1

**Uh-huh** 58:15

**unable** 206:10

**underneath** 58:6

**underpaid** 199:23 200:20 203:21 219:19 220:3

**underside** 141:1

**understand** 18:7,15 19:2 35:10 43:17 62:15 87:17 96:5 101:10 169:8 180:9 187:7 197:12 198:23 199:12 200:9,10 217:23

**understanding** 61:24 62:25 84:20 98:15 164:19 199:20 200:16 203:19 219:25 220:1 221:22 222:1,3

**understood** 30:17

**underway** 71:11

**unforeseen** 176:25

**unit** 123:11,12

**units** 121:15,18 164:1

**unknown** 117:6

**unlicensed** 94:22

**unsigned** 29:6

**up-to-date** 151:17

**upcoming** 132:16

**update** 38:8 117:20 171:9 176:18 177:7 180:18 181:5,7

**updated** 152:13 181:13

**updates** 54:14 67:13,17, 18 68:24 99:18 157:8 159:24 160:1 161:12 166:10 170:8 174:7,15 175:1 177:13 179:3,20, 23 181:23 185:22

**updating** 180:10 181:9

**upgrade** 34:13,15,19,22 35:4,7 72:17 105:19,20 136:9,13 142:1

**upgraded** 122:1 123:9

**upgrades** 42:17 135:19 136:12,19,23

**uploaded** 56:7,18

**usable** 207:14

**V**

**values** 11:3 16:7 19:9,12 41:11,21

**Vanchiere** 85:16,25 157:20 158:9

**variety** 87:24

**verify** 125:9

**version** 189:10 210:17

**versus** 75:18

**video** 199:9

**Villien** 204:8 205:10 210:1 212:14

**visits** 36:20 37:4

**VRF** 23:12 122:8,14 123:3 171:7 180:19

**W**

**W-9** 61:18

**Wade** 121:10,11 122:13

**wait** 62:9 146:10 189:14

**waiting** 56:8,19 118:9 145:3,11 154:3,8 167:6, 25 168:4 171:25

**waivers** 164:15

**walk** 110:12

**walk-through** 184:2

**walked** 57:14 59:17

**walking** 58:2 112:21 164:16

**wall** 59:19 99:10,24 103:20,24 105:6 129:12 147:3,19 170:24 217:8

**walls** 60:5 71:9 72:14,17 153:21

**wanted** 35:25 84:1 86:3 93:22 103:12 141:20 164:6,13 179:4 182:15 189:18

**wanting** 90:8 94:15 129:22 138:17 177:10

**warranties** 17:22

**wast** 178:25

**water** 36:21,22,24 37:4, 7,12 71:6,7 72:7 106:14 116:13 117:3,9,12 146:22,23 147:2,18

**waterproofing** 71:9,21 73:6,22 74:2 144:22 178:22

**ways** 50:13 195:21

**wearing** 164:14 165:5

**weather** 81:13 107:15, 18 116:9,12,19 117:8 118:23 120:10 176:14, 23 180:24 185:13

186:9,16

**Wednesday** 101:23

**week** 74:20 86:23 87:1 89:3 100:17 101:23 127:10,15 132:16 156:5,6 159:10,15 162:25 163:7,12 167:11 168:8 170:20 174:19 176:10 180:18 182:7 207:2 217:17 223:20,21

**week-by-week** 182:17

**weekend** 156:18

**weeks** 74:9 88:22 92:25 182:22 217:17,24

**Welt** 157:19

**west** 73:15 104:4

**wet** 147:14

**whatnot** 159:22

**whatsoever** 165:21

**When's** 97:10

**wholesome** 111:21

**wide** 99:11

**window** 32:10 33:20 34:10,14,18,21,23,24 36:11 103:14,23 104:3, 4,6 113:10 138:10,19 139:7,20 140:2,3 144:21 147:2 176:23,25

**windows** 32:14 34:7,9 36:25 37:3 42:12 58:1,6 59:18 60:3 93:12,13 94:17 103:19,23,25 105:5,12 113:7 129:13 134:25 135:1,16,21,25 136:2,3,17,24 137:2 138:18,24 139:4,12,15, 16 140:7 166:1 176:5 177:8 207:11

**winter** 116:9 118:5 181:6,10

**wipe** 134:24

**withheld** 32:25

**witness'** 213:9 220:13, 16

**witnessed** 122:12

**Wolf** 5:13,21,22 10:7,9 41:6,7 43:18,23 44:5 76:5,16,23 119:15,23, 24 124:7,11,17 146:5,9 194:5,8,12,15,19,25 195:12,15,24 196:9,14, 19 197:24 198:9 199:2, 16,24 200:22 201:4,15 202:6,12,19 203:24 204:8,14,23 205:9,16 206:8,13,17,20 207:23 208:2,21 209:4,7 210:5 212:10,12,14,24 213:5,

16 214:3,15 215:14,20, 22 216:2,21 217:5 218:2,7,23 219:6,13,22 220:6 221:24 222:5,12, 17,25 223:7,13,19 224:9,24 225:4,11,21 226:4,10,15,23 227:8, 13,20,25 228:5

**WOLFF** 41:2 212:11,13

**wondering** 183:23

**word** 35:11 100:19 104:19 109:8 120:22 160:22

**words** 24:24 189:16 220:25 221:3,10

**work** 6:12,13,21,22 10:1, 19 11:3 19:10 25:8 26:1 29:25 30:1,5,19 31:4,9, 14,19,23 32:2 33:13,19, 25 38:7 44:18 45:1 46:1 47:15 52:19 54:14 55:1 59:9 60:17 63:22 64:3, 9,10,25 65:2,3,5,8,20 66:4,8 67:1,5,14 70:6 71:11 72:1 74:10,12 75:20 80:10,14,19 82:7 84:12 85:8 90:24 91:25 92:3 96:2 97:9,11,25 98:19,20,22 101:6 105:21 106:2,11 107:7, 8,12 109:19 110:1 113:13 116:10,12,19 117:7,11,25 118:4 121:10 122:9,17 123:16,20,21,23 125:11,15,16,19,20,22 126:2,3 127:24 128:1 133:18 137:12 142:13, 25 143:21 144:4 149:15,18,19 160:1 163:18 166:1 168:12 170:1 171:14 178:4,6,8, 12 183:11 185:19 186:9,13,18 187:9,12 188:11,12,15,23 189:1 198:24 199:13 201:2, 11,25 202:16 203:3,17 214:21 216:7 218:13, 14,17 225:18,24 226:1, 6,8

**work's** 30:4

**worked** 66:2,3 91:20 138:11 139:21

**worker** 105:15

**workers** 70:2 71:16,25 73:3 105:11 106:9,10

**working** 16:7 32:10 63:18 92:4 98:9 101:4, 12 105:13 106:9,11

113:7 122:6 126:12 156:25 162:18 166:25

**works** 86:14 162:7

**worry** 46:3 47:6

**worse** 227:6,19,24

**worth** 30:1 31:8,13 113:17 139:24

**wound** 145:14

**wrap** 82:23

**wraps** 83:5

**WRB** 71:3 105:13 167:21 168:19 170:20 171:24 172:5 176:12 177:20 178:2

**write** 61:13,19 117:1

**writing** 134:12 156:22 229:19,22

**written** 17:21 64:2 70:25 195:8 196:6 198:25 199:14,21 200:17,24 204:2 205:5 212:8 221:19 222:4 226:2

**wrong** 113:21,25 124:19 166:14 178:5 190:7

**wrote** 54:12,23 125:22 163:9 186:2 229:3

---

X

**Xactimate** 98:11,17,18, 24 99:1,3,15,20 111:7,9

---

Y

**y'all** 36:12 135:24 147:19 150:1 230:13

**year** 40:7

**years** 97:12,14 98:1

**yes-or-no** 19:4

**yesterday** 9:3 10:2 12:12 13:25 16:25 17:6, 20 34:8 35:18 48:24 49:6 50:18 53:19 64:20 79:25 96:19 184:21 189:25 190:6 207:5

---

Z

**zone** 140:21