UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582<br>*Jury Trial* |
| VERSUS | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

---

**EXHIBIT LIST FOR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PAYMENTS**

1. Plaintiff's Disaster Protocol Initial Discovery Responses
2. SIC Policy
3. Expert Report of Louis Fey
4. Expert Report of Granger Stuck
5. 30(b)(6) Deposition of Encore, Inc., Vol. I
6. 30(b)(6) Deposition of Encore, Inc., Vol. II
7. Encore Contract, Encore 55
8. Deposition of Jeff Major
9. Skyline Estimate, Skyline 00020-234
10. Letter of Intent, Skyline 00265-001
11. Lock Email, SIC 000563
12. Claim Notes, SIC 0019-121