**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EAUX HOLDINGS, LLC** **CIVIL CASE NO. 2:20-CV-01582**
Plaintiff

**versus** **JUDGE JAMES CAIN**

**SCOTTSDALE INSURANCE CO.** **MAGISTRATE JUDGE KAY**
Defendant

**PLAINTIFF'S DISASTER PROTOCOL INITIAL DISCOVERY RESPONSES**

COME NOW, through undersigned counsel, comes Plaintiff Eaux Holdings, LLC (hereinafter "Plaintiff"), who submits these initial discovery responses pursuant to the Streamlined Settlement Process (SSP) ordered in Judge Cain's Case Management Order No. 1 and the Initial Discovery Protocols attached to Case Management Order No. 1.

1. **Information to be Produced by the Insured**

a. Eaux Holdings, LLC is the owner of the subject property.

b. The subject property is located at 620 Esplanade Street, Lake Charles, Louisiana 70607.

c. Scottsdale Insurance Company issued a policy of insurance covering the subject property bearing Policy Number CPS3344220 with a policy period running from March 8, 2020 to March 8, 2021.

d. Lakeside Bank is a mortgage holder with respect to the subject property.

e. The 4-volume estimate prepared by Jeffrey Major and produced herewith (and previously provided to Scottsdale) sets forth in detail the property damage costs. Plaintiff would also refer Defendant to the invoices produced herewith for evidence of the out-of-pocket costs incurred and owing. The estimate from Jeffrey Major, originally provided to Scottsdale on September 15, 2020, included repairs totaling $2,196,188.79. Other invoices include mitigation costs by All Clear in the amount of $491,141.79, Poole Roofing quote in the amount of $289,545 and Jacque Bourgeois Electric invoice in the amount of $9,560.

Additionally, Plaintiff has suffered damages in the form of lost business income and lost business opportunity. In particular, Plaintiff is in danger of losing both a long-term tenant and additional tenants as a result of damage to the property and Scottsdale's refusal to pay



Exhibit 1

the amounts owed under the policy, which refusal has prevented Plaintiff from making necessary repairs.

f. Scottsdale has made the following payments:

$250,000 (advance)

$218,192.53 (undisputed ACV payment less deductible and advance payment)

$177,731.98 (unclear whether this was mitigation)

g. Plaintiff has had to apply for a loan through the Small Business Administration but has not yet received approval or funding.

h. Jeffrey Major with Skyline Adjusters was engaged by Plaintiff to assess the loss.

i. None.

j. None.

k. Jacques Bourgeois Electric filed suit against Plaintiff for unpaid invoices. A copy of the lawsuit is being provided herewith.

l. None.

m. None.

n. None.

**2. Documents to be Produced by the Insured**

All responsive documents currently in Plaintiff's possession have been produced herewith by means of a Dropbox link.

RESPECTFULLY SUBMITTED

**COX, COX, FILO, CAMEL & WILSON, LLC**

s/ Somer G. Brown
**SOMER G. BROWN (#31462)**
**MICHAEL K. COX (#22026)**
723 BROAD STREET
LAKE CHARLES, LA 70601
(337) 436-6611 (PH)
(337) 436-9541 (FAX)

*Attorneys for Eaux Holdings, LLC*