UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

---

**AFFIDAVIT OF GRANGER STUCK**

**STATE OF WASHINGTON**

**KING COUNTY**

Before me, the undersigned notary public, personally came and appeared:

**GRANGER STUCK**

who, after being duly sworn, stated as follows:

1. I am the Executive Managing Director of J.S. Held, LLC, which provides construction consulting and project scheduling services. My curriculum vitae is attached as Exhibit A, p. 200.
2. Scottsdale Insurance Company initially retained J.S. Held to review the loss-related damages and claimed cost associated with the claim made by Eaux Holdings following Hurricane Laura.
3. J.S. Held was subsequently retained to review repair estimates, repair scope of work documents, and schedule data as submitted by Eaux Holdings, Encore Construction,

and Skyline Public Adjusters, and provide our expert findings and opinions regarding the same.

4. On August 15, 2021, I prepared an expert report and provided opinions concerning the estimated cost of repairs, actual scope and cost of repairs, and construction schedule data and delays as claimed by the plaintiff. The report and twenty-two attachments are attached as Exhibit A.

5. I hereby adopt and incorporate herein all of the opinions, statements and analysis in the August 15, 2021 report, attached Exhibit A.

6. My opinions are provided to a reasonable degree of certainty and based on review of the documents as well as my experience, knowledge, and skill as a construction professional.

______________________
Granger Stuck

SWORN AND SUBSCRIBED before me, notary Public, on this 2 day of September, 2021.

______________________
Notary Public

JOANNA VANVALKENBERG
MY COMM. EXP. 10-25-22
NOTARY PUBLIC
COMM. NO. 187919
STATE OF WASHINGTON

JS HELD

# EXPERT REPORT

**EAUX HOLDINGS, LLC,**
**Plaintiff,**

**v.**

**SCOTTSDALE INSURANCE COMPANY,**
**Defendant.**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

**Case No.: 2:20-cv-01582-JDC-KK**

**August 15, 2021**

**Granger A. Stuck**
**J. S. Held LLC**

## I. INTRODUCTION

J.S. Held LLC (J.S. Held) provides construction consulting and project scheduling services for its clients. J.S. Held has provided service to clients in a variety of matters on a national basis, and has a record of consulting and providing opinions on many of the largest and most complex cost, delay, and scheduling claims.

Assignments frequently involve claimed damages to buildings and structures. In these cases, J.S. Held has worked with insurers, owners and construction managers to evaluate and estimate the claimed damages, any timeframe and/or schedule associated with the work, and interpretation of contract requirements. J.S. Held has performed this type of analysis on virtually every type of construction project, including; high rise, commercial office buildings, industrial, residential, stadiums and convention centers, industrial facilities, power plants, hotels, highways and civil projects, airport facilities and special purpose properties.

Scottsdale Insurance Company initially retained J.S. Held to review the loss-related damages and the claimed costs, perform a site inspection[1], and to provide our independent assessment of the loss-related costs associated with Insured's Hurricane Laura claim. Subsequently, we were further retained to review repair estimates, repair scope of work documents, and schedule data as submitted by Eaux Holdings, Encore Construction, and Skyline Public Adjusters, and provide our expert findings and opinions regarding the same. J.S. Held's opinions are based on the documents as produced, and are associated with the Four-O project located at 620 Esplanade Street in Lake Charles, Louisiana.

I have provided opinions concerning the estimated cost of repairs, actual scope and cost of repairs, and construction schedule data and delays as claimed by the plaintiff. As part of my analysis, I reviewed the documents listed in Section V of this report. My opinions are provided to a reasonable degree of certainty and based on review of the documents as well as my experience, knowledge, and skill as a construction professional. I reserve the right to modify my opinions should additional information be produced and/or provided. My resume is attached to this report.

## II. SUMMARY OF OPINIONS

The following summarizes my opinions in connection with this matter:

A. The scope of repairs in the claim include betterments, upgrades, work that may not have been performed, and work that has not been performed.

B. The cost of repairs, based on my independent assessment, is $1,780,089 including the window system replacement, and $1,620,118 excluding the window system replacement. The window system replacement work has not yet been performed.

[1] My site inspection was performed on April 19, 2021.

C. The Skyline estimate dated September 8, 2020 only includes Replacement Cost Value (RCV), and did not include Actual Cash Value (ACV). An ACV estimate should have been provided at that time. The methodology used by Skyline does not meet industry standard practice for an ACV valuation in the adjustment process.

D. There were no delays to the construction and completion of the project due to funding/payment issues by the insurance company. There were delays to the project related to other non-loss and non-funding/payment issues.

## III. PROJECT INFORMATION AND BACKGROUND

The Four-O property is a two-story, approx. 15,000 square foot commercial office building located in Lake Charles, Louisiana. The construction of the two-story building is comprised of concrete, steel roof joists, exterior wall panels, exterior windows/glazing, interior framing/drywall, and interior finishes. The building was built in 1976, and some renovations have been performed to the building since its original construction. The following is a site photo of the building:



I understand the following concerning the Four-O building. Plaintiff's claim is for damage to certain elements of the building that were damaged by Hurricane Laura on August 27, 2020. The damaged work, which is substantially complete at this time, includes but not limited to, replacement of the exterior siding, replacement of portions of the exterior sheathing, replacement of the exterior windows, replacement of the roof, and replacement of interior construction and finishes. Portions of the claimed scope of the repairs is as specified in design documents provided by Associated Design Group Engineering ("ADG") and Building Engineering-Consultants, Inc. ("BE-CI"), and the estimated cost of the repairs is reflected in Skyline's "Estimate of Damages – Four O LLC (Eaux Holdings)" dated September 8, 2020[2] and additional cost data.

[2] Reference Bates Skyline-00017-001 through Skyline-00017-172, Skyline-00018-001 through Skyline-00018-252, Skyline-00019-001 through Skyline-00019-252, Skyline-00020-001 through Skyline-00020-234.

## IV. BASIS OF OPINIONS

My opinions in this report are based on the documents received to date and the documents that I reviewed regarding the claimed damage, estimated and actual cost of repairs, and schedules. While I have reviewed the scope of repairs and repair costs in relation to the claimed repairs, I am not agreeing to or acknowledging that the claimed extent of repairs is required.

### A. Plaintiff's Claims - Repair Scope of Work, Repair Estimate, and Delay

I have reviewed the produced documents in relation to the repair scope of work and the repair estimate/costs. The following are the claimed issues:

1. Scope of Repairs – The claimed scope of repairs due to the damage resulting from Hurricane Laura on August 27, 2020 includes, but is not limited to, repairs to the roofing systems, repairs to the exterior building systems (panels and windows), interior construction, and interior finishes. The building exterior system repair scope was designed by Building Engineering-Consultants inc. ("BE-CI") and the mechanical/HVAC repair scope was designed by Associated Design Group ("ADG").

2. Repair Estimate & Costs – Repair estimate data has been provided in relation to the 620 Esplanade building. The following is our review of the claimed repair estimate data as provided:

   a. The Plaintiff's claim includes the estimated costs in the Skyline "Estimate of Damages – Four O LLC (Eaux Holdings)" dated September 8, 2020[3,4]. This estimate totals $2,196,188.79, and is broken down in the estimate Summary as follows:

[3] The Skyline estimate dated September 8, 2020 is comprised of Overview Photos, Estimate, Incurred to Date (Invoices), Photos, Plans & Details, and Summary (Reference Bates Skyline-00017-001 through Skyline-00017-172, Skyline-00018-001 through Skyline-00018-252, Skyline-00019-001 through Skyline-00019-252, Skyline-00020-001 through Skyline-00020-234).

[4] It should be noted that the estimate document as included in Skyline's estimate dated September 8, 2020 does not include Page 1 of the estimate.

**Summary for Building**

| | |
|---|---|
| Line Item Total | 1,605,067.02 |
| Material Sales Tax | 18,095.12 |
| Storage Tax | 35.83 |
| Subtotal | 1,623,197.97 |
| Overhead | 155,745.41 |
| Profit | 155,745.41 |
| **Replacement Cost Value** | **$1,934,688.79** |
| **Net Claim** | **$1,934,688.79** |

**Summary for If Incurred**

| | |
|---|---|
| Line Item Total | 261,500.00 |
| **Replacement Cost Value** | **$261,500.00** |
| **Net Claim** | **$261,500.00** |

It appears that the $1,934,688.79 amount noted above is the estimated repair costs for the elements of work and spaces in the building, including the roof repairs, the exterior panel repairs, glazing repairs, interior work, and general conditions[5].

The $261,500.00 amount noted above is listed in the estimate as a lump sum amount for "Market conditions if incurred", and does not appear to be a direct repair cost estimate for specific work. As noted in Jeffrey Major's deposition testimony, this item was a "budget allowance" for potential costs associated with using out-of-town contractors[6].

b. The Plaintiff's Disaster Protocol Initial Discovery Responses (not dated, Section 1.e) notes the following in regard to the computation of each item of Claimed Loss:

| **Description** | **Claim Amount** | |
|---|---|---|
| 4-volume estimate by Jeffrey Major | $ | 2,196,188.79 |
| All Clear mitigation costs | $ | 491,141.79 |
| Poole Roofing quote | $ | 289,545.00 |
| Jacque Bourgeois Electric invoice | $ | 9,560.00 |
| **Total** | **$** | **2,986,435.58** |

It should be noted that the values claimed above include a duplication of estimated costs for the roofing work. The "4-volume estimate by Jeffrey Major" value of $2,196,188.17 includes an amount of $241,246.72 for the roofing repair/replacement work, which is also included in the "Poole Roofing quote" amount of $289,545.00. Therefore, a corrected claim amount would be as follows:

[5] It should be noted that the Skyline estimate dated September 8, 2020 only includes Replacement Cost Value (RCV) and does not include Actual Cash Value (ACV).
[6] Reference Deposition of Jeffrey S. Major on August 10, 2021; Page 174, Lines 1 - 13.

| Description | Claim Amount | |
|---|---|---|
| 4-volume estimate by Jeffrey Major | $ | 2,196,188.79 |
| Roofing Repair costs included above | $ | (241,246.72) |
| All Clear mitigation costs | $ | 491,141.79 |
| Poole Roofing quote | $ | 289,545.00 |
| Jacque Bourgeois Electric invoice | $ | 9,560.00 |
| **Total** | **$** | **2,745,188.86** |

c. The claim information noted in section IV.A.2.a and IV.A.2.b above reflects estimated costs, not actual and/or incurred costs. Since much of the repair has been completed at this time, actual cost data is available. While not noted in the claim data, we had previously received an updated claim summary from Skyline totaling $2,443,874.42[7].

3. The Plaintiff's Disaster Protocol Initial Discovery Responses (not dated, Section 1.e) also note that the claim includes business losses associated with alleged delays in completion of construction due to lack funding from the insurance company. While the Discovery Reponses narrate this issue, there is no quantification of the value of the claim or quantification of the timeframe associated with the delay.

B. **Encore Contract**

Eaux Holdings (Owner) and Encore (Contractor) entered into a Construction Contract dated December 20, 2020[8]. The following are some of the terms in the Contract:

1. Contract Sum and Scope – The Contract sum is $1,360,000.00 (Contract Section 3.1), and the scope of work included in the Contract is noted in Exhibit A of the Contract.

2. Payment Terms – The Contract defines the payment terms (Contract Section 3.2) as follows:

   a. Initial Payment – Owner will pay Contractor $100,000.00 within seven (7) days after execution of the contract[9].

   b. Progress Payment – Owner will pay Contractor $250,000.00 in thirty (30) days after the initial payment is due[10].

   c. Final Payment – Owner will pay Contractor the Contract Sum, including any change orders and less the Initial Payment and the Progress Payment, within thirty (30) days of the last of the following to occur:

[7] Claim summary received from Skyline on May 6, 2021 via email. While the email was produced in the Skyline file production (reference Bates Skyline-00242), the workbook/spreadsheet titled "620 Esplanade Summary for Discussion Only.xlxs" was not produced (Attachment 1).

[8] Reference Bates Eaux-Odom-FourO-00261-0001 through Euax-Odom-FourO-00261-0013 (Attachment 2).

[9] Based on the Contract execution date of December 20, 2020, the Initial Payment would be due December 27, 2020.

[10] Based on the Initial Payment date of December 27, 2020, the Progress Payment would be due January 26, 2021.

.1 Final written approval of work performed has been provided by Owner.
.2 Contractor has fulfilled the requirements of section 12.2 of this Contract
.3 Contractor has provided Owner with any and all written manufacturer warranties
.4 Owner has received total payments for depreciation held by the insurance company.

3. Time of Performance – The Contract defines the time of performance and schedule dates as follows (Contract Section 7.1):

   a. Commencement occurred on November 24, 2020.

   b. The First Floor shall be completed within 66 days of commencement[11].

   c. The Second Floor and all exterior work shall be completed by February 28, 2021.

**C. <u>J.S. Held Review of Claim; Findings and Opinions</u>**

I have reviewed the documents produced to evaluate the repair scope of work, the repair estimate, and the repair schedule:

1. Scope of Repair Review – The scope of repairs due to Hurricane Laura damage includes repairs to both the interior of the building and exterior of the building as noted in section IV.A.1 above. The actual scope of repairs as performed on the project included betterments/upgrades that were not related to the loss event, and also included pre-loss existing damage and/or deferred maintenance items. These issues will be subsequently discussed in this report.

2. Review of Skyline Estimate and Claimed Repair Costs – My review of the claimed estimate and cost data finds that there are several issues relating to the costs and scope as follows:

   a. According to Jeffrey Major's (Skyline) testimony, the Skyline estimate dated September 8, 2020 was issued to Monte Jones in an effort to show that the estimated cost of repairs was going to exceed the policy limits[12].

   b. There is no correlation or reconciliation between the scope of repairs estimated in the Skyline estimate and the scope of repairs included in the Encore contract. Therefore, it is unclear if some or all of the estimated repair line items in the Skyline estimate are included in Encore's contract and/or if the repair work was actually performed. The following are some examples of these scope of repair line items:

[11] It is assumed that the 66 days is calendar days, which would put the first floor completion on January 28, 2021.
[12] Reference Deposition of Jeffrey S. Major on August 10, 2021; Page 172, Lines 9 – 14.

i. The Skyline estimate includes repair line items for cleaning the first floor ceiling and second floor ceiling (roof) bar joists[13]. However, there is no description of this work in Exhibit A of Encore's contract, and there is no indication that this work was performed.

ii. The Skyline estimate includes the replacement of the roof (see Attachment 3), including the roof substrate[14]. However, this work was not performed on the project in the repairs to the roofing system.

iii. The Skyline estimate includes electrical repair line items that total $324,531.12 (see Attachment 4). These line items include the removal and replacement of individual electrical devices, but also includes individual square foot estimates for the first and second floors for the electrical work[15]. The Encore contract does not define the included electrical scope in enough detail to correlate it to the Skyline estimate, therefore it cannot be discerned if the scope as estimated by Skyline is the same scope as included in the Encore contract. However, the Encore pay application information that we have received in the document production reflects that the electrical work is 100% complete as of July 10, 2021 for a value of $110,998.00[16]. Again, it unclear if all of the Skyline estimated scope of electrical work ($324,531.12) was actually performed, or if the Encore scope of electrical work ($110,998.00) is for a different scope of work.

iv. The Skyline estimate includes siding repair line items (exterior cementitious panels – remove & replace) that total $429,327.41 (see Attachment 6). These line items include the removal and replacement of exterior wall/skin panels. The Encore contract does define some of the exterior scope of work included, but the lack of detail in both the Skyline estimate and the Encore contract does not allow for a correlation between the two. Therefore it cannot be discerned if the scope as estimated by Skyline is the same scope as included in the Encore contract. However, the Encore Job Costs data that we have received in the document production reflects that the subcontractor for this work, Associated Waterproofing, has been paid $299,900.25 as of 6/18/2021[17], and the Encore Pay Application 5 reflects that this work was 100% complete as of July 10, 2021 for a value of $351,871.49[18]. Again, it unclear if all of the Skyline estimated scope of exterior panel work ($429,327.41) was

[13] Reference Skyline estimate line items 973, 983, 1813, 1823.
[14] Reference Skyline estimate line item 1831.
[15] Reference Skyline estimate line items 979, 980, 986, 1819, 1820, 1828.
[16] Attachment 5 – Encore pay application No. 5, dated 6/10/2021 for work through 7/10/2021 (Bates Encore 00000075).
[17] Reference Bates Encore 00000014
[18] Attachment 5 – Encore pay application No. 5, dated 6/10/2021 for work through 7/10/2021 (Bates Encore 00000075); It should be noted that the pay application line item for "Thermal and Moisture Protection" may include additional work items and values not associated with Associated Waterproofing and/or the exterior panel work.

actually performed, or if the Encore scope of exterior panel work ($299,900.25) is for a different scope of work.

v. The Skyline estimate includes scaffolding line items that total $173,190.00 (see Attachment 7). These line items include the delivery, erection, rental, and dismantle of a scaffold system. The Encore contract does not define the included scaffold scope, if any, in enough detail to correlate it to the Skyline estimate. Therefore it cannot be discerned if the scope as estimated by Skyline is the same scope as included in the Encore contract.

c. In reviewing some of the pre-loss documents and inspection data, it appears that there was damage to building prior to the loss that may be included in the claimed estimate/costs. Universal Inspection Services issued a report based on their inspection on January 19, 2018[19] . There are several items in this inspection report that appear to be pre-loss damage and/or deferred maintenance issues that are also included in the claimed repair scope of work and repair estimate/costs. Some examples of these issues from the Universal Inspection Services report are as follows:

8. Interior: Moisture stains and slight damage visible around multiple windows through the entire building... recommend replacing damaged components and repairing properly.
9. Interior: Moisture stains visible around exterior doors... recommend sealing/ repairing.
10. Interior: Multiple ceiling panels have moisture stains... recommend repairing/ replacing.

12. Holding Cells: The block wall has a large crack... recommend evaluating and repairing.

15. Roll Roofing: Gaps visible at seams, slight wear, patching and ponding... recommend evaluating and repairing/ replacing by a licensed roofing contractor.
16. Tar Roofing: Small gaps, bubbling and multiple layers... recommend evaluating and repairing/ sealing if required.
17. Tar/ Rock Roofing: Extensive wear, visible fibers in underlayment and damage... recommend evaluating and repairing/ replacing by a licensed roofing contractor.
18. Roof: Metal flashing and parapet wall cap have gaps and loose seams, roof drains have evidence of previous leaks, gaps around A/C and electrical penetrations and one power vent was secured with electrical wire... recommend evaluating and repairing by a licensed roofing contractor.

20. Exterior Siding: The wall panels have gaps at seams, cracks, damaged areas and evidence of possible moisture intrusion... recommend evaluating by a licensed contractor and repairing/ replacing.
21. Windows: Several windows have discoloration, loose/ damaged seals and windows behind the holding cells appear to have staining... recommend evaluating and repairing if required.

d. Betterments and Upgrades – The scope of repairs included betterments/upgrades to several of the building systems and elements. These are items that may have existed in a lower quality state prior to

[19] See Attachment 8

the loss, or may not have existed at all. Since these items are not "replacement in kind", it is imperative that the incremental increase in the cost of the upgrades be monitored and tracked so that they can be excluded from the insurance claim.

In the documents that were produced by the Plaintiffs, there appear to be some of these betterment/upgrade issues that were tracked by means of change orders. Some of these items are as follows:

- 2nd floor wall insulation
- Spray foam insulation at walls
- Exterior door
- Atrium LVT leveling
- Water fountains
- Sheathing change out

These betterment/upgrade issue will be further addressed in my Claim Comparison below. However, please note that, since the betterments/upgrades were not properly tracked through the course of the repair work [20], I can only review and address the betterments/upgrades that have been noted in the claim documents.

e. Methodology of Skyline estimate – It is my understanding that the policy in place was a Replacement Cost Policy (RCV), but that the RCV would only be paid when the actual costs were incurred. This would mean that the repair estimate would be developed using a current Replacement Cost Value (RCV), which would then be adjusted to account for the depreciation of the existing systems and materials, resulting in an ACV value. The depreciation adjustment is developed by determining the effective age of the building systems and materials, determining the expected useful life of the building systems and materials[21], and then using a ratio of the effective and expected life to calculate the depreciation and/or ACV[22].

While the Skyline September 8, 2020 estimate provided an estimated/claimed Replacement Cost Value (RCV), it did not calculate or include an Actual Cash Value (ACV). The estimate program used by Skyline (Xactimate) has the capabilities and data entry locations to enter the effective age and expected life information to allow for the ACV calculations, but it doesn't appear that this procedure was performed. In other words, while an ACV estimate should have been developed and provided, an ACV estimate was not provided by Skyline.

[20] Reference deposition testimony of Jeffrey Major (Skyline) on 8/10/2021 (Page 209, line 11 through Page 212, line 4) and Evan Monheiser (Encore) on 8/5/2021 (Page 59, line 18 through Page 61, line 13).
[21] Generally determined by industry publications such as the Marshall & Swift Valuation Service monthly publications (Marshall & Swift is a part of CoreLogic, Inc.) or the like.
[22] See Attachment 9 – "Defining Indemnity in the Context of Actual Cash Value Calculation", 2nd edition, revised September 8, 2020.

f. Miscellaneous Cost Issues – While we have reviewed each line in the claim, the following are issues related to particular claim issues:

i. The Encore Contract value and/or costs have not been finalized and final pay applications have not been submitted on the project[23], therefore we have based our review on the Encore scope of work based on the most recent cost data that we have received[24].

ii. The window system replacement cost has been evaluated in my analysis. However, based on recent testimony[25] the window system replacement work has not yet occurred. Therefore the costs for this claimed item have not been incurred, and the costs would not be allowed until the window system replacement occurred.

iii. Roofing - The roofing scope of work as included in the Skyline September 8, 2020 repair estimate has not been performed. The actual roof repair work performed to date includes much of the pre-loss/existing substrate that was left in place. The documented costs to date have been reviewed based on the actual payments made.

iv. Mitigation (All Clear) – J.S. Held performed a review of the All Clear claimed costs for the mitigation work. Our comparative analysis of the claimed costs is included in Attachment 11.

g. Claim Comparison – In order to review the claim costs, I have developed a claim comparison analysis (see Attachment 12). This analysis compares the claimed cost that we can discern from the documents produced, and compares them to our review of the claimed costs. Where there are differences or variances, I have included appropriate and descriptive notes. My review of the claimed amount results in a value of $1,780,089 for the loss-related work[26], compared to the claimed amount of $2,443,971.

3. Repair Schedule and Delay Review – Multiple schedules, with varying dates and details, have been produced. The following is a review of some of the produced schedules and schedule related issues:

a. Schedule dated September 4, 2020[27] - This schedule includes a sequence of activities for interior and exterior repair work, including a Notice to Proceed on September 7, 2020 (Activity ID 16) and a

[23] Reference deposition testimony of Evan Monheiser (Encore) on 8/6/2021 (Page 28, line 2 through Page 32, line 14).
[24] See Attachment 10 – "Encore Job Costs by Job and Vendor Summary" dated June 18, 2021 (Bates Encore 00000014).
[25] Reference deposition of Evan Monheiser (Encore) on 8/5/2021 (Page 47, line 21 through page 49, line 17).
[26] The reviewed value of $1,780,089 includes the value for the window system replacement; If the window system is not replaced, the reviewed value is $1,620,118.
[27] Reference Bates Skyline-00134 (Attachment 13); Apparent data date of September 4, 2020.

Substantial Completion date of December 30, 2020 (Activity ID 72). These dates reflect a 115 calendar day duration.

b. Schedule dated September 15, 2020[28] - This schedule includes a sequence of activities for draw (pay application) schedules, Pre-Con Design and Submittals, and interior and exterior repair work. While there is no clear Notice to Proceed activity, the work activities start on September 15, 2020 (Activity ID 7), and includes a Substantial Completion date of December 10, 2020 (Activity ID 57). These dates reflect an 87 calendar day duration.

   Compared to the previous September 4, 2020 schedule, this September 15, 2020 schedule reflects that the work will start 8 calendar days later (9/15/2020 in lieu of 9/7/2020) and will complete 20 calendar days earlier (12/10/2020 in lieu of 12/30/2020). The overall duration of the schedule has reduced from 115 calendar days to 87 calendar days.

c. Schedule dated September 29, 2020[29] - This schedule includes a sequence of activities[30] for draw (pay application) schedules, Pre-Con Design and Submittals, and interior and exterior repair work. While there is no clear Notice to Proceed activity, the work activities start on September 15, 2020 (Activity ID 7)[31], and includes a Substantial Completion date of December 10, 2020 (Activity ID 57). These dates reflect an 87 calendar day duration.

   Compared to the previous September 15, 2020 schedule, this September 29, 2020 schedule reflects the same start and finish dates. The overall duration of the schedule is the same at 87 calendar days.

d. Schedule dated October 22, 2020[32] - This schedule includes a sequence of activities for Pre-Con Design and Submittals, and interior and exterior repair work. While there is no clear Notice to Proceed activity, the work activities start on October 22, 2020 (Activity ID 13), and includes a Substantial Completion date of December 29, 2020 (Activity ID 58). These dates reflect a 69 calendar day duration.

---

[28] Reference Bates Skyline-00393 (Attachment 14); Apparent data date of September 15, 2020.
[29] Reference Bates Skyline-00316 (Attachment 15); Apparent data date of September 29, 2020.
[30] It should be noted that this schedule is a ".pdf" file, and does not reflect all of the work activities as some of them have been collapsed.
[31] While this schedule reflects activities occurring prior to the data date of September 29, 2020, it is unclear if the activities actually started. It is presumed that these activities did not actually start since there are no progress bar indications on these activities.
[32] Reference Bates Encore 00000092 (Attachment 16); Apparent data date of October 22, 2020.

Compared to the previous September 29, 2020 schedule, this October 22, 2020 schedule reflects that the work will start 38 calendar days later (10/22/2020 in lieu of 9/15/2020) and will complete 19 calendar days later (12/29/2020 in lieu of 12/10/2020). The overall duration of the schedule has reduced from 87 calendar days to 69 calendar days.

e. Encore Contractor's License – While the schedules noted above reflect that planning for the project was occurring, Encore did not have their Contractor's license from the State of Louisiana during this time, which precluded them from performing work on the project. Encore did not receive their Contractor's license from the State of Louisiana until November 19, 2020[33]. Therefore, since Encore could not have performed work prior to receiving their Contractor's license, any claimed delays to the start of the repair work prior to November 19, 2020 would not be a result of insurance payment/funding issues.

f. Schedule dated November 30, 2020[34] - This post-commencement schedule includes a sequence of activities[35] for Pre-Con Design and Submittals, and interior and exterior repair work. While there is no clear Notice to Proceed activity, the work activities start on November 18, 2020 (Activity ID 18), and includes a Substantial Completion date of January 28, 2021 (Activity ID 55)[36,37].

Compared to the previous October 22, 2020 schedule, this November 30, 2020 schedule reflects that the work will start 25 calendar days later (11/18/2020 in lieu of 10/22/2020) and will complete 31 calendar days later (1/28/2021 in lieu of 12/29/2020). The overall duration of the schedule has increased from 69 calendar days to 72 calendar days.

g. Encore/Eaux Holdings Contract (dated 12/20/20)[38] – The Contract defines the time of performance and schedule dates as follows (Contract Section 7.1):

---

[33] Reference Encore Exhibit 2 (Attachment 17).
[34] Reference Bates Encore 00000091 (Attachment 18); Apparent data date of November 30, 2020.
[35] It should be noted that this schedule is a ".pdf" file, and does not reflect all of the work activities as some of them have been collapsed.
[36] It should be noted that this schedule activity is titled "Substantial completion date (DHS)". This appears to be in reference to the first floor repair work, and the schedule completion date of 1/28/2021 matches the calculated first floor completion date in the Contract of 1/28/2021.
[37] It is unclear in this schedule as to which work activities relate to the first floor repair work and which activities relate to the second floor repair work. As an example, activity ID 50 – "Flooring" – reflects a start date of 1/29/2021 and a finish date of 2/9/2021, which is after the first floor (DHS) substantial completion date of 1/28/2021.
[38] Reference Attachment 2

i. Commencement occurred on November 24, 2020.

ii. The First Floor shall be completed within 66 days of commencement[39].

iii. The Second Floor and all exterior work shall be completed by February 28, 2021[40].

It is claimed that the delay due to lack of funding from the Insurance company is from the date that Encore received their contractor's license (November 19, 2020) until the date the Eaux Holdings/Encore Contract was executed (December 20, 2020), a duration of 31 calendar days. However, commencement for the work was given, in accordance with the Eaux/Encore Contract, on November 24, 2020. The project schedule updates reflect that work activities had started within this timeframe (as note on the report sections IV.B.3.f above). The Encore Daily Logs[41] also reflect that work had started on the project prior to December 20, 2020 as follows:

| Added By | Date | Notes |
|---|---|---|
| Evan Monheiser | 11/24/2020 | 2 electricians on site 7am. working on first floor demo to make safe, outlets, and above ceiling light fixtures. Re-securing loose wires above ceiling grid. This is the first day of 3 to demo to make safe. |
| Evan Monheiser | 12/7/2020 | 4 Electricians onsite from 8am to removing Lights, outlets, and switching boxes. Martin Insulation stopped by for prep material to spray foam roof deck. He maybe interested in drywall and painting as well. Colonial Glass meeting to go over scope of work and allowances. He had vocal concerns about the areas where the window frames were pushed in from the storm. We maybe able to salvage new leaks by wet glazing, but the expense is high. I will need to run this by the owner. |
| Evan Monheiser | 12/18/2020 | Spoke with Jerry on the phone from Associated Waterproofing. He will be bringing a crew out tomorrow to start exterior. |
| Evan Monheiser | 12/19/2020 | 6 Exterior Workers on site 7am to 6pm. Removed panels and rotted plywood on first and 2nd floor. Replaced 8 total pieces of plywood. Applied Prosoco fast flash to all joints and nail holes. Met w/ martin insulation for Insulation and Drywall Measurements / Pricing. He offered $120 a board for drywall and I got him down to $105 a board, will also help out with SCIF barrier. |

The Encore "Schedule of Events and Updates" for the project also reflect that work was ongoing during the November 19, 2020 to December 20, 2020 timeframe as follows:

December 9, 2020 Schedule of Events and Updates (Bates Encore 00000012.0545)[42]

I. Interior
 a. Electrical Demo Has finished on first floor
  i. Plugs have been pulled
  ii. New boxes have been set and secured
  iii. Scheduled start of roof insulation and Batt insulation

---

[39] It is assumed that the 66 days is calendar days, which would put the first floor completion on January 28, 2021.
[40] Based on the November 24, 2020 commencement date, this reflects an overall contract duration of 97 calendar days.
[41] Reference Bates Encore 00000011.
[42] See Attachment 19

II. Interior
  a. Electrical
    i. Finish securing wires above ceiling grid
    ii. Finish 2nd Floor panel labeling

December 16, 2020 Schedule of Events and Updates (Bates Encore 00000012.0609)[43]

**I. Electrical**
  a. demo still ongoing on 2nd floor
  b. Adjusting Cat 5 and terminating unused wires

**II. Construction Prep and Demo**
  a. ceiling grid on second floor started
  b. Framing on 1st and 2nd floor has started
    i. Adjusting, replacing, and adding support

**III. Insulation**
  a. Roof has been completed.
    i. Additional layers will need to be added in certain areas.

**IV. Security**
  a. Site evaluation (Sylvan) and identifying camera replacement

**I. Electrical**
  a. Finish securing wires above ceiling grid
  b. Finish 2nd Floor panel labeling

**IV. Construction Prep and Demo**
  a. Continue with interior demo and prep on days with inclement weather
    i. The exterior company will be performing some of the prep and demo of the interior on days with inclement weather
      • Ceiling Grid Removal

**I. Demo**
  a. Demo of the exterior paneling system starting

**II. Electrical**
  a. Adding flood lights

[43] See Attachment 20

I. **Demo**
   a. Continue demo of back side
II. **Sheathing Replacement**
   a. To date 15 sheets of plywood have been switched out.
III. **Applying WRB (Must follow ASTM methods for application)**
   a. Apply liquid water and air barrier (WRB)
   b. Applying fast flash to screw holes and plywood joints

The Encore "Schedule of Events and Updates" also note other delay issues that occurred during the November 19, 2020 to December 20, 2020 timeframe as follows:

December 9, 2020 Schedule of Events and Updates (Bates Encore 00000012.0545)[44]

II. Delays
   a. Ceiling tile back order
   b. Exterior WRB back ordered 1 week.
   c. Wall transition detail requires a mockup. Mockup materials we order Thursday 12/4/2020

December 16, 2020 Schedule of Events and Updates (Bates Encore 00000012.0609)[45]

V. **Delays**
   a. Ceiling tile back order
      i. Looking at distributors for quantities

III. **Delays**
   a. ½ day due to rain
   b. Adding 2 days per side to demo
      i. Difficulty of removing old panels
      ii. Carefully removing panels above windows

V. **Delays**
   a. ½ day due to rain for demo
   b. ½ day for WRB due to temperature not meeting ASTM standards
   c. Total delay 1.5 days for weather

[44] See Attachment 19
[45] See Attachment 20

Based on this data, the alleged delay between November 19, 2020 and December 20, 2020 was not caused by insurance company funding/payment issues for the following reasons:

- The completion date in the November 30, 2020 schedule (reference report section IV.C.3.f above) matches the contractual first floor completion date of January 28, 2021. In other words, as of November 30, 2020, after commencement and prior to the Eaux/Encore contract being executed, the project was planned to meet the first floor completion date of January 28, 2021. No delay to the first floor completion date is indicated at this time.

- Even though the Eaux/Encore contract was executed on December 20, 2020, the commencement of work was on November 24, 2020, 3 working days after Encore received their contractor's license.

- The contract states the required completion dates for the first floor work, the second floor work, and the exterior work, and these completion dates were based on a commencement of November 24, 2020. The completion dates were known at the time of contract execution, and Encore contractually agreed to the completion dates on 12/20/20, after the claimed delay period.

- Based on the payment terms in the contract, the contractor would receive the Initial Payment of $100,000.00 on approximately December 27, 2020[46], and would receive the Progress Payment of $250,000.00 on approximately January 20, 2021[47]. Therefore, as of January 20, 2021, a total of $350,000.00 payments were to have been made to Encore.

  As of the date of January 20, 2021, Scottsdale had made payments totaling $645,913.71[48]. In other words, at the time that Encore was due the $350,000.00 in accordance with their contract, Eaux Holdings had received $645, 913.71. Therefore,

[46] The actual check for this payment is dated 12/29/2020 (Bates Encore 00000063), 2 days after the contractual date of 12/27/2020.
[47] The actual check for this payment is dated 2/3/2021 (Bates Encore 00000066), 14 days after the contractual date of 1/20/2021.
[48] Reference check #1557021 for $250,000.00 (Bates Skyline00008); Check #1572014 for $218,192.53 (no Bates reference); Check #1581041 for $177,731.98 (Bates Skyline-00124)

any delays to the progress of construction could not have been related to funding/payments from the insurance company.

h. Schedule dated March 25, 2021[49] - This schedule update includes a sequence of activities for Pre-Con Design and Submittals, and interior and exterior repair work. While there is no clear Notice to Proceed activity, the work activities start on November 18, 2020 (Activity ID 15), a first floor (DHS) Substantial Completion date of April 13, 2021 (Activity ID 53), and a second floor work activity completion of April 7, 2021 (Activity ID 64). These dates reflect a 147 calendar day duration.

Compared to the contractual durations, this March 25, 2021 schedule reflects that the first floor completion has been delayed by 76 calendar days (1/28/2021 to 4/13/2021) and the second floor work has been delayed by 39 calendar days (2/9/2021 to 4/7/2021).

Compared to the previous November 20, 2020 schedule, this March 25, 2021 schedule reflects that the first floor completion has been delayed by 76 calendar days (1/28/2021 to 4/13/2021) and the second floor work has been delayed by 58 calendar days (2/28/2021 to 4/7/2021).

It should also be noted in this schedule that work activities are taking longer than they were planned for in the previous schedule. These extended durations would impact the completion of the project. A comparison of the work categories/activities and their durations is as follows:

| | Nov. 20, 2020 Schedule | | Mar. 25, 2021 Schedule | | |
|---|---|---|---|---|---|
| **Description** | **ID** | **Duration** | **ID** | **Duration** | **Duration Increase** |
| Plumbing | 17 | 38 | 14 | 96 | 58 |
| Finish HVAC | 25 | 9 | 32 | 52 | 43 |
| Building Closure | 28 | 74 | 17 | 110 | 36 |
| Building Closure Start | 34 | 50 | 23 | 71 | 21 |
| Building Finishes | 43 | 28 | 38 | 42 | 14 |

Again, these extended duration delays do not relate to funding issues and/or payments from the insurance company.

[49] Reference Bates Skyline-00396 (Attachment 21); Apparent data date of March 25, 2021.

i. It is our understanding, based on recent testimony, that the first floor has achieved a certificate of occupancy[50,51] . However, no documents have been produced to reflect the actual date that the first floor was completed.

A review of the "Schedule of Events and Update" documents indicates the following with regard to delays to the first floor completion and final acceptance of the first floor:

| Document Date | Status | Bates Reference |
|---|---|---|
| April 7, 2021 | Interior: Substantial Completion 4/16/21; 3 days for punchlist items after that | Encore 00000012.1029 |
| April 15, 2021 | Interior: Substantial Completion 4/16/21; Missing the date due to delays from finisher. New date is 4/21/21 | Encore 00000012.1047 |
| April 22, 2021 | Interior: Scheduled walkthrough for week of 5/3/21 | Encore 00000012.1066 |
| April 29, 2021 | Interior: Ready for walk through by mid-week of 5/3/2021 | Encore 00000012.1080 |

Based on the information above, it appears that the first floor completion was approximately May 5, 2021 (mid-week of May 3, 2021). As can also be seen by this information is that the first floor continued to be delayed by non-loss related issues, and it was not delayed due to funding/payment issues by the insurance company.

j. HVAC Replacement – The scope of design by ADG for this work includes first floor mechanical and electrical demolition, first and second floor mechanical and electrical work. The Design Development documents were issued in February 2021[52], the drawing were stamped by the designer/engineer of record, and the drawings are noted "PRELIMINARY NOT FOR CONSTRUCTION". Subsequently, the Construction Documents were issued on April 1, 2021[53], and the drawings were stamped by the designer/engineer of record. Therefore it appears that the mechanical and electrical design was not available for subsequent installation work until 4/1/21. This delay issue was not related to the loss or insurance company funding/payment issues.

In conjunction with the design issues noted above, the installation of additional mechanical/electrical system in the building also delayed the project. These "VRF" changes, which are a betterment/upgrade, are reflected in Encore Change Order #4[54], which states that the change order caused the Contract Time to increase by 14 days. Obviously, this delay was not related to any insurance company funding/payment issues.

---

[50] Reference deposition of Evan Monheiser (Encore) on 8/5/2021, Page 101, lines 2 – 25.
[51] Per the deposition testimony of Even Monheiser (Encore), the ongoing and/or remaining exterior skin work would not affect occupancy of the building (Monheiser 8/5/2021 deposition, page 51, lines 7 – 12).
[52] Bates Encore 00000040
[53] Bates Encore 00000043
[54] Bates Encore 00000004

To conclude the schedule and delay issues, there were no delays to the first floor work, the second floor work, the exterior work, or the overall construction of the project related to funding and/or payments by the insurance company. Furthermore, there were no delays in the 31 day timeframe from November 19, 2020 to December 20, 2020 related to funding and/or payment by the insurance company. There were delays to the project that were not a result of the loss and not a result of any funding/payment issues by the insurance company.

## V. DOCUMENTS REVIEWED

1. Construction Contract between Joey Odom Owner of Eaux Holdings LLC ("Owner") and Encore Inc. ("Contractor") dated December 12, 2020, including Exhibit A (Bates Eaux-Odom-FourO-00261-0001 through Euax-Odom-FourO-00261-0013);
2. Plaintiff's Complaint;
3. Plaintiff's Disaster Protocol Initial Discovery Responses (not dated) and associated documents produced;
4. Deposition transcript of Jeffrey Major (Skyline) on August 10, 2021 (rough draft);
5. Deposition transcripts of Evan Monheiser (Encore) on August 5, 2021 and August 6, 2021;
6. Deposition transcript of Joseph Odom (Eaux Holdings) on July 21, 2021;
7. Miscellaneous Encore change orders (not executed);
8. Miscellaneous Encore subcontract agreements (not executed);
9. Encore Pay Application Number 1 thru 5;
10. Encore Job Costs by Job and Vendor Summary dated June 18, 2021;
11. Encore daily logs titled "995-620 Esplanade Daily Logs" with entry dates from September 15, 2020 through June 23, 2021 (Bates Encore 00000011.01 through Encore 00000011.05);
12. Skyline "Estimate of Damages – Four O LLC (Eaux Holdings) – Policy No. CPS3344220" dated September 8, 2020 (Bates Skyline-00017-001 thru Skyline-00017-172, Skyline-00018-001 thru Skyline-00018-252, Skyline-00019-001 thru Skyline-00019-252, Skyline-00020-001 thru Skyline-00020-234);
13. Various Skyline estimates;
14. Various ADG design documents;
15. Various BE-CI design documents;
16. Various Poole roofing estimates, invoices, and checks;
17. Various project invoices;
18. Various project schedules;
19. Miscellaneous project photos and inspection photos;
20. Universal Inspection Services "620 Esplanade St. Lake Charles, LA" inspection report dated January 19, 2018 (inspection date);
21. Encore documents produced in response to subpoena;
22. Skyline documents produced in response to subpoena;
23. Eaux Holdings documents produced in response to subpoena;

## VI. RATE

For the purposes of this assignment, Granger Stuck is being compensated at a rate of $420.00 per hour.

## VII. RÉSUMÉ and PRIOR TESTIMONY

Attached is the résumé and testimonial history of Granger Stuck (see Attachment 22).

# Attachment 1

Four-O/Eaux Holdings - 620 Esplanade For Discussion Only *5.6.21*

*Please note there may be additional incurred expenses that are not listed here. This is not intended to be a final claim presentation but a listing of the claim related costs known to date and open items

| Category | Vendor | Description | Amount | Actual/Budget | Notes |
|---|---|---|---|---|---|
| Interiors/Panels | Encore | GC Contract for repairs* | 1,360,000.00 | Actual | |
| Change Orders | Encore | *Change orders for upgrades/unrelated | -42,043.92 | Actual | See change order log, all but wet sealing of the windows is to be deducted from the $1.36M. Change orders were used to show non insurance related portions of the contract instead of your typical change order |
| Alternate Roof | Poole Roofing | Roof replacement | 289,445.00 | Actual | This is lesser roof system and not like kind quality to damaged roof system |
| Mitigation | All Clear | dry out, demo, remediation | 491,141.79 | Actual | |
| Mitigation - Roof | Crest Exteriors | Temp Roof | 53,000.00 | Actual | paid |
| Mitigation - Env. | Capstone Environmental | Environmentalist for Remeddiation | 17,287.50 | Actual | |
| Code - Insulation | Martin Insulation | Insulation for roof | 10,000.00 | Actual, $36,000 | Code work, actual invoice $36,000, code limit is $10k, Please note that the building has plenum return HVAC system. Therefore, all loose insulation (i.e. blanket fiber/wool and blow in) could not be used.<br><br>The R-value of the roof system is R-12.8. The spray foam was applied to the underside of the deck at 2.75" to 3" to achieve a R-18 to R-21 value. For a total R-Value between R-30 and R-32 |
| Electric | Jacques Bourgeois Electric | temp electric | 9,560.00 | Actual | paid |
| Debris Removal | BJW Construction | This is debris removal identified by the carrier which would be payable in excess of the limit. The cost is included in All Clear's $491k | 18,600.00 | Actual | paid |
| HVAC | Industrial Refrigeration | emergency cost to replace solenoid in unit | 1,280.00 | Actual | paid |
| Comparable Roof | ----- | The scope of what the roof system at the time of the loss would be to repair/replace | Exceeds policy limits | Budget | Demo of exisitng roof, existing substrate (partial siplast, partial poly), remove and replace approximately 400 SF of b-deck with vented b-deck (pre loss). New siplast substrate ($10-$11/sf), plus install mod bit roof system |
| Windows | Encore | replacement of ribbon window system | 179,604.05 | Budget | |
| Windows - Additional cost | Encore | removal of new panels over windows, removal of framing in openings, re flashing removed window openings | 37,000.00 | Budget | additional cost due to lack of funding and proper repair/indemnification. Additional cost after project complete |
| Windows - Remobilization | Encore | remobilization onsite for window replacement | 12,000.00 | Budget | |
| Masonry | Encore | cost to repair masonry crack in jail | $2,000 - $7,000 | Budget | work pending, cost will be realized |
| | | | | | |
| | | | | | |
| | | | | | |
| | | If totaled cell D13 needs to be deducted as included in D8 | | | |
| | | | | | |

# Attachment 2

# CONSTRUCTION CONTRACT

THIS AGREEMENT made and entered into as of this 20th day of December 2020, by and between Joey Odom Owner of Eaux Holdings LLC (hereinafter the "Owner") having a mailing address of 622 Esplanade St., Lake Charles, LA, 70607, and Encore Inc. (hereinafter the "Contractor") having a mailing address of 7301 W. 133rd St, STE 100, Overland Park, KS, 66213.

## WITNESSETH:

WHEREAS, Owner desires to contract certain work at 620 Esplanade St., Lake Charles, LA, 70607 specified in the proposal which is attached hereto and incorporated herein as Exhibit A, and Contractor desires to perform said work at the prices and upon the terms and conditions hereinafter expressed in this Agreement.

NOW THEREFORE, in consideration of the mutual agreements herein expressed, the parties do contract as follows:

### SECTION 1 CONTRACTOR'S WORK

Contractor shall perform all work and shall furnish all supervision, labor, materials, equipment, supplies and all other things necessary for the completion of the work described in Exhibit A and work incidental thereto, in strict accordance with manufacturer specifications, applicable codes and regulations, and the terms of this Contract to the satisfaction of Owner. Such work shall be performed in a workman-like manner and in accordance with industry recognized standards.

### SECTION 2 COMPLETE AGREEMENT

Contractor shall perform all work and shall furnish all supervision, labor, materials, equipment, supplies and all other things necessary for the completion of the work described in Exhibit A and work incidental thereto, in strict accordance with manufacturer specifications, applicable codes and regulations, and the terms of this Contract to the satisfaction of Owner. Such work shall be performed in a workman-like manner and in accordance with industry recognized standards

### SECTION 3 CONTRACT SUM

**3.1** Owner shall pay Contractor for performance of the work subject to additions and deductions by change order or other Contract provisions, the total sum of ($1,360,000.00)

**3.2 Payment**

Owner shall pay Contractor an initial payment in the amount of ($100,000.00) within seven (7) days after execution of this Contract.

**3.2.1 Progress Payment**

A Progress Payment of $250,000.00 will be made by Owner to Contractor thirty (30) days after the initial payment is due.

**3.2.2 Final Payment**

Final payment, which is the Contract Sum, plus any change orders and less the initial payment and less the Progress Payment, subject to withholdings permitted hereunder, shall be due within thirty (30) days of the last of the following to occur:

- **.1** Final written approval of work performed has been provided by Owner.
- **.2** Contractor has fulfilled the requirements of section 12.2 of this Contract
- **.3** Contractor has provided Owner with any and all written manufacturer warranties
- **.4** Owner has received total payments for depreciation held by the insurance company.

**3.2.3** Contractor shall insure that all lower-tier Contractors and employees, at all times, are timely paid all amounts due in connection with the performance of this Contract. Contractor will use funds received from Owner to pay subcontractors on this project, subcontractors will only be paid when paid.

**3.3** No partial payment made under this Contract shall be considered an acceptance of the work, in whole or in part.

**3.4** Interest on Payments due and unpaid under this contract shall bear interest from the date payment is due at a rate of 0.6 % per month (7.2 % per annum) on the unpaid balance.

**SECTION 4 CONTRACTOR'S INVESTIGATIONS AND REPRESENTATIONS**

**4.1** Contractor represents that it is fully qualified to perform this Contract, and acknowledges that, prior to the execution of this Contract, it has

**4.1.1** by its own independent investigation ascertained

- **.1** the work required by this Contract,
- **.2** the conditions involved in performing the work,
- **.3** and the obligations of this Contract and the Contract Documents

**4.1.2** and verified all information furnished by Owner or others satisfying itself as to the correctness and accuracy of that information. Any failure by Contractor to investigate independently and become fully informed will not relieve Contractor from its responsibilities hereunder.

**SECTION 5 CONTRACTOR'S LIABILITY**

**5.1** Contractor hereby assumes the entire responsibility and liability for all work, supervision, labor, and materials provided hereunder until final acceptance of work by the Owner. In the event of any loss, damage, or destruction thereof from any cause, Contractor shall be liable therefor, and shall repair, rebuild, and make good said loss, damage, or destruction at Contractor's cost.

**5.2** Contractor shall be liable to Owner for all costs Owner incurs as a result of Contractor's failure to perform this Contract in accordance with its terms. Contractor's failure to perform shall include the failure of its lower-tier Contractors to perform. Contractor's liability shall include but not be limited to:

- **.1** Owner's increased costs of performance and related damages.
- **.2** Warranty and rework costs

.3 Liability to third parties
.4 Attorneys' fees and related costs.

**5.3** If any person (including employees of Contractor) suffers injury or death or any property is damaged, lost or destroyed, as a result, in whole or in part, of Contractor's negligent acts or omissions, his employees, agents or lower tier Contractors, Contractor assumes the liability therefor and shall indemnify and hold harmless therefrom the Owner, its agents, and employees.

**5.3.1** With respect to any action involving Contractor's negligent acts or omissions:

.1 Contractor shall at its own expense defend Owner and all other indemnified parties.
.2 Contractor shall pay all costs and expenses, including attorneys' fees, of, and satisfy all judgments entered against, Owner and all other indemnified parties. Nothing herein shall preclude Owner from participating in any such defense.

**5.4** Contractor's assumption of liability is independent from, and not limited in any manner by, the Contractor's insurance coverage obtained pursuant to Article 6. or otherwise. All amounts owed by Contractor to Owner as a result of the liability provisions of this Contract shall be paid upon demand.

**5.5** The Contract price includes one hundred dollars ($100.00) as specific consideration for Indemnification under this Contract.

**SECTION 6 CONTRACTORS INSURANCE**

**6.1** Prior to commencing the work, Contractor shall procure, with Owner and Owner's agent, as additional insured parties on a primary basis, and thereafter maintain, at its own expense, until expiration of Contractor's obligations under the Contract, General Liability insurance coverage in an amount not less than $1,000,000.00 per occurrence and Worker's Compensation insurance and employer's liability coverage at the statutory limits. Contractor warrants that all employees to be involved in this project shall be insured for worker's compensation as described above.

**6.2** Contractor waives all rights of recovery against the Owner, and such other parties as are required by Owner and/or the Contract Documents, for losses within the scope of Contractor's insurance.

**6.3** Five days prior to commencement of work, Contractor shall provide Owner with a Certificate of Liability Insurance naming Owner and Owner's agent as additional insured, along with a Certificate of Worker's Compensation Insurance issued by Contractor's Worker's Compensation carrier listing Owner as Certificate Holder.

**SECTION 7 TIME OF PERFORMANCE**

**7.1** Contractor will proceed with the work in a prompt and diligent manner, in accordance with the agreed upon schedule as reasonably amended from time to time. Commencement occured on November 24, 2020 and the first floor shall be completed within 66 days of commencement. The second floor and all exterior work shall be completed by February 28, 2021. TIME IS OF THE ESSENCE.

**SECTION 8 CHANGES ORDERS**

**8.1** Owner may, at any time by agreement with Contractor, to make changes in the work covered by this Contract. Any change order under this Section 8.1 shall be in writing. Said request will be followed by a changed order from the Contractor to owner stating changes in price, scheduling, or other provisions. Owner shall have 14 days to process and execute changes presented from contractor.

**SECTION 9 CONTRACTORS FAILURE TO PERFORM**

**9.1** If, in the opinion of Owner, Contractor shall at any time:

- **.1** Refuse or fail to provide sufficient properly skilled workers, adequate supervision, or material of the proper quality.
- **.2** Fail in any material respect to prosecute the work according to Owner's current schedule.
- **.3** Cause, by any action or omission, the stoppage or delay of or interference with the work of Owner or of any other contractor.
- **.4** Fail to comply with any provision of this Contract or the Contract Documents.
- **.5** Make a general assignment for the benefit of its creditors.
- **.6** Have a receiver appointed
- **.7** Become insolvent

**9.1.1** Then, after serving 3 days' written notice, unless the condition specified in such notice shall have been eliminated within such three (3) days, Owner , at its option, without voiding the other provisions of this Contract may:

- **(i)** Take such steps as are necessary to overcome the condition, in which case the Contractor shall be liable to Owner for the cost thereof
- **(ii)** Terminate for default Contractor's performance of all or a part of the Contract work.
- **(iii)** Obtain specific performance or interlocutory mandatory injunctive relief requiring performance of Contractor's obligations hereunder, it being agreed by Contractor that such relief may be necessary to avoid irreparable harm to Owner.

**9.1.2** In the event of termination for default, Owner may, at its option:

- **a.** Enter on the premises and take possession, for the purpose of completing the work, of all materials and equipment of Contractor
- **b.** Take assignment of any or all of Contractor's Contracts
- **c.** And or through others complete the work by whatever method Owner may deem expedient.

**9.1.3** In the case of termination for default, Contractor shall not be entitled to receive any further payment until the work shall be fully completed and accepted by the Owner and payment in full made by the Owner. At such time, if the unpaid balance of the price to be paid shall exceed the expense incurred by Owner including overhead and profit, such excess shall be paid

by Owner to Contractor. If such expenses shall exceed such unpaid balance, the Contractor shall pay Owner the difference on demand.

**9.2** If Owner wrongfully exercises its option under Section 9.1.1(i), that action shall be treated as a deductive change. If Owner wrongfully exercises its option under Section 9.1.1(ii), that termination for default shall be considered a termination for Owner's convenience and Contractor shall be entitled to the applicable compensation provided in this Contract. Contractor's remedies under this Section 9.2 shall be exclusive. Nothing herein shall bar withholdings by Owner permitted by other provisions of this Contract.

**SECTION 10 SETTLEMENT OF DISPUTES**

**10.1** To the extent any dispute cannot be resolved between Owner and Contractor, the Courts of the State of Louisiana shall have sole and exclusive jurisdiction to hear the dispute if a lawsuit is brought by either party. DUE TO THE SPECIALIZED NATURE OF CONSTRUCTION LITIGATION, EACH PARTY HEREBY WAIVES ITS RIGHT TO A TRIAL BY JURY. Contractor hereby consents to jurisdiction and venue in the State of Louisiana. If either party is forced to take legal action to enforce any provision of this agreement, the successful party shall be entitled to recover all reasonable attorney's fees, expenses and court costs in connection with said enforcement action.

Initials of Owner

Initials of Contractor

**SECTION 11 WARRANTY**

From date of final completion, Contractor shall warrant all materials and labor for one year

**SECTION 12 LIENS**

**12.1** In the event that liens are filed by anyone in relation to the labor and/or material furnished pursuant to this Contract, Contractor agrees to have the same discharged, by posting a bond with the appropriate authorities, or otherwise, within 3 days of notice. In the event such lien is not so discharged, Owner may discharge the lien itself holding Contractor responsible for all costs and obligations incurred

**12.2** Prior to any payment, Contractor shall provide to Owner a release of its liens and claims and all liens and claims of all furnishing labor and/or materials for the performance of this Contract, and satisfactory evidence that there are no other liens or claims whatsoever outstanding against the work and materials relating to this Contract.

**SECTION 13 INSPECTION AND ACCEPTANCE**

**13.1** Contractor shall provide appropriate facilities at all reasonable times for inspection by the Owner of the work and materials provided under this Contractor, whether at the Project site or any other place where such work or materials may be in preparation, manufacture, storage, or installation. Contractor shall promptly replace or correct any work or materials which the Owner shall reject as failing to conform to the requirements of this Contract. If Contractor does not do so within a reasonable time, Owner shall have the right to do so and Contractor shall be liable to Owner for the cost thereof. If, in the opinion of Owner, it is not expedient to correct or replace all or any part of rejected work or materials, then Owner, at its option, may deduct from the payments due, or to become due, to Contractor, such amount as, in Owner's reasonable judgment, will represent:

**.1** the difference between the fair value of the rejected work and materials and the value thereof if it complied with this Contract

**.2** or the cost of correction, whichever Owner determines is more appropriate

**13.2** The work shall be accepted according to the terms of the Contract Documents. However, unless otherwise agreed in writing, entrance and use by the Owner, shall not constitute acceptance of the work.

**SECTION 14 INCONSISTENCIES AND OMISSIONS**

Should inconsistencies or omissions appear in the Contract Documents, it shall be the duty of Contractor to timely notify Owner in writing. Upon receipt of said notice, Owner shall instruct Contractor as to the measures to be taken, and Contractor shall comply with Owner's instructions.

**SECTION 15 APPROVALS**

Contractor warrants and agrees that all requisite approvals from the Owner as to its eligibility to serve as a Contractor and the approvals of materials and performance of the work as required by the Contract Documents are obtainable.

**SECTION 16 CLEAN UP**

Contractor shall clean its work and remove all debris resulting from its work in a manner that will not impede the operations of the property.

**SECTION 17 ASSIGNMENT AND CONTRACTING**

Contractor shall not assign or transfer this Contract, or funds due hereunder, without the prior written consent of Owner. Owner shall not unreasonably withhold its consent to the assignment of funds due hereunder.

**SECTION 18 TAXES AND PERMITS**

**18.1** Except as otherwise provided by the Contract Documents, Contractor agrees to pay and comply with and hold Owner harmless against the payment of all Federal, state and local contributions, taxes, duties or premiums arising out of the performance of this Contract, and all sales, use or other duties or taxes of whatever nature levied or assessed against the Owner or

Contractor arising out of this Contract, including any interest or penalties. Contractor waives any and all claims for additional compensation because of any new duties or taxes or any increase in the aforementioned duties or taxes unless payment therefor is specifically provided for in the Contract Documents.

**18.2** Contractor shall obtain and pay for any required permits, licenses, fees and certificates of inspection necessary for the prosecution and completion of work. Contractor shall arrange for all necessary inspections and approvals by public officials

**SECTION 19 LAWS, REGULATIONS, AND ORDINANCES**

**19.1** Contractor shall be bound by, and, at its own cost, shall comply with all Federal, state and local laws, codes, ordinances and regulations applicable to this Contract and the performance of the work hereunder whether by reason of general law or by reason of provisions in the Contract Documents. Contractor and all lower-tier Contractors shall be duly licensed to operate under the law of the applicable jurisdictions

**19.2** Specifically, and without limitation, Contractor and all employees and agents thereof shall comply with the applicable requirements issued pursuant to the Occupational Safety and Health Act of 1970, as amended, all other applicable health and safety laws and regulations, and all laws and regulations applicable to the hiring of aliens.

**19.3** Contractor shall be liable to Owner for all loss, cost and expense attributable to any acts of commission or omission by Contractor, its employees and agents, and lower-tier Contractors resulting from failure to comply with any Federal, state or local laws, codes, ordinances or regulations including, but not limited to, any fines, penalties or corrective measures

**SECTION 20 SAFETY**

Contractor shall comply with all safety requirements imposed by law.

**SECTION 21 EQUAL OPPORTUNITY**

In connection with the performance of work under this Contract, Contractor agrees not to discriminate against any employee or applicant for employment because of race, religion, sex, color or national origin. The aforesaid provision shall include, but not be limited to, the following employment, upgrading, demotion or transfer; recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. Contractor agrees to post hereafter, in conspicuous places, available for employees and applicants for employment, notices, prepared by Contractor, and approved by the government when required, setting forth the provisions of this Section 21.

**SECTION 22 NOTICE**

All notices shall be addressed to the parties at the addresses set out herein, and shall be considered as delivered when postmarked if dispatched by registered or certified mail, when confirmed if sent by telegram or telecopy, when signed for when delivered by hand, and when received in all other cases.

| To Owner: | To Contractor: |
|---|---|
| Eaux Holdings, LLC | Encore, Inc. |
| 622 Esplanade St. | 7301 W. 133rd Street, Suite 100 |
| Lake Charles, LA 70607 | Overland Park, KS 66213 |

**SECTION 23 SEVERABILITY AND WAIVER**

The partial or complete invalidity of any one or more provisions of this Contract shall not affect the validity or continuing force and effect of any other provision. If any provision is invalid, in whole or in part, the provision shall be considered reformed to reflect the intent thereof to the greatest extent possible consistent with law. The failure of either party to insist, in any one or more instances, upon the performance of any of the terms, covenants, or conditions of this Contract, or to exercise any right herein, shall not be construed as a waiver or relinquishment of such term, covenant, condition or right as respects further performance

IN WITNESS WHEREOF, the parties, by their duly authorized representatives, have hereunto executed this Contract, on the day and year first written above.

| | |
|---|---|
| Eaux Holdings, LLC [signature] | [signature] |
| OWNER *(Signature)* | CONTRACTOR *(Signature)* |
| Joey Odom, Member | M. Evan Monheiser |
| *(Print name and title)* | *(Print name and title)* |

ENCORE INC
INSURANCE RESTORATION & GENERAL CONSTRUCTION

7301 West 133rd Street, Suite 100, Overland Park, Kansas 66213 · P: (816) 721-4577

**RE: 620 Esplanade Plaza**
**PROPOSAL 2020-995**
NO ELECTRICAL

December 13, 2020

620 Esplanade Plaza
Joey Odom
620 Esplanade St
Lake Charles, LA 70607

Dear Joey,

Encore Inc is pleased to present our proposal for the 620 Esplanade Plaza Building. This proposal is based upon exterior plans dated 12/01/2020, and Interior Design Submittals dated 11/7/2020

**One Million Three Hundred Sixty Thousand and Zero Cents ($1,360,000.00)**

Exhibit A following this letter lists our inclusions, exclusions, clarifications, and assumptions. Exhibit B is a draft set of plans that identifies our exterior work. Exhibit C is a list of interior selections and submittals Please indicate your acceptance of this proposal by signing and dating below

Thank you for this opportunity and we look forward to working with you on this project.

Sincerely,
Encore Inc

*Evan Monheiser*

Project Manger

______________________________________________

Name Title Date

# EXHIBIT "A"

**Clarifications and Assumptions**:

1. The Contract Sum in this Construction Agreement does not include the following Owner provided items, which should be carried within the owner portion of the overall project budget.

   A. General/ Administrative Costs:
      - Builder's Risk

   B. Professional Fees:
      - Procurement and recording of easements.
      - Legal fees
      - Testing and Inspection
      - Mechanical Engineering

   C. Site Fees: (if required by governmental, permitting authority or by Owner's choice)
      - Environmental water and soil studies
      - Thermal Conductivity Testing
      - Exploratory and investigational work
      - Geotechnical report

   D. Land costs

   E. On Site Security (At Owner's Sole discretion. Security retained by Contractor shall be at Contractor's sole cost)

   F. Hidden Conditions

2. We have included a one (1) year warranty from temporary certificate of occupancy or substantial completion, whichever comes first. All warranties beyond one (1) year will be standard manufacturer's warranties and will be passed on from the subcontractor or manufacturer directly to the Owner. We have not included any other extended warranties whether or not specified.

3. We have included manufacturers' standard colors, sizes and materials.

4. This estimate does not include sub-contract Performance and Payment Bonds if required by Owner.

5. We have not included the cost for the city review fee and the building permit within this estimate.

6. This Contract Sum in this Construction Agreement is based on normal working hours of 7:00 AM to 3:30 PM Monday through Friday. This estimate specifically excludes any shift work and other premium time.

7. This Contract Sum in this Construction Agreement includes General Liability and E & O Insurance. General Liability Insurance covers property damages and/or bodily injury to others due to the negligence of Encore Inc and/or our subcontractors. This Contract Sum in this Construction Agreement does not include Builder's Risk.

8. If Owner, terminates the work after commencement of the 620 Esplanade Plaza Building, Encore shall be paid an amount calculated as follows:

    a. Take the cost of the Work incurred plus a reasonable cost to stop & demobilize the work
    b. Add the Fixed Fee of 20%

9. We have included sales tax

10. This Contract Sum in this Construction Agreement includes work necessary to get the building back to fully operating condition

11. The Contract Sum in this Construction Agreement includes a "Contingency" in the amount of $50,000.00 which is for our use and protection and is intended to cover possible additional costs for problems not evident from the documents and not quantifiable at the time of the estimate. We will expend this contingency at our discretion in conformance with the executed contract for additional costs incurred due to the following types of events:

    A. Normal inclement weather.
    B. Shifts in the market causing wages or prices to be higher than anticipated.
    C. Shortage of properly skilled workforce.
    D. Unexcused schedule delays due, for example, to poor subcontractor work, subcontractor under performance, or an over optimistic schedule.
    E. Low Contract Sum in this Construction Agreement .
    F. Additional Exterior design Costs
    G. Additional or extended general requirements

    Funds from the construction contingency are not expected to be available for the following items which will be reimbursed out of the overall project contingency.

    A. Unknown and hidden conditions.
    B. Abnormal weather conditions.
    C. Any act or neglect of the Owner.
    D. Acts of separate contractors employed by the Owner.
    E. Changes in the Work
    F. Labor disputes.
    G. Fires, floods, or other natural disasters (Acts of God).
    H. Unusual delay in deliveries.
    I. Unavoidable casualties.
    J. Delays caused by late receipt of permits.
    K. Other causes beyond our control.
    L. Overruns in agreed upon allowance categories.

**01- General Requirements**

| Division | Item |
|---|---|
| Engineering | Engineering Fee |
| Preliminary Requirements | Planning, Design, sub-contract procurement |
| Project Management Coordination | Project Management |
| Administrative Requirements | Housing and Vehicle Allowance |
| Cleaning and Waste Management | Dumpsters and Cleaning |

**Exterior**

**Exterior Wall Cladding**

| Division | Item |
|---|---|
| Necessary Demo | Removal of old panels, flashing, & attachments |
| Necessary Demo | Removal of 1/2" rotted plywood |
| 06100 Rough Carpentry | Replacement of plywood 1/2" pressure treated |
| 07620 Sheet Metal Flashing Trim | New flashing from panel manufacturer |
| 07270 Fluid-Applied Air & Water Barrier | Prosoco Cat 5 |
| 07464 Fiber-Cement Siding | Nichiha Paneling system & components |
| 07 92 00 Joint Sealants | Sealants for paneling system |

**Window and Glazing**

| Division | Item |
|---|---|
| Necessary Demolition for Openings | Removal of damaged windowpanes |
| Necessary Demolition for Openings | Remove damaged window components |
| 085113 Aluminum Windows | Replacement damaged window components |
| 088123 Exterior Glass Glazing | Replacement of damaged windowpanes |
| 088700 Glazing Surface Films | Reglazing film 7mm UV and Ballistic Rating |
| 079200 Joint Sealants | Wet seal all windows existing and new |

**Interior**

**Walls**

| Division | Item |
|---|---|
| Necessary Demolition for Electrical | Removal of Outlets |
| Necessary Demolition for Electrical | Removal of Grid light switches |
| Necessary Demolition for Openings | Detaching doors and door frames |
| 072129 Sprayed Insulation | Exterior walls 2" closed cell spray foam. |
| 072116 Blanket Insulation | Interior walls R-11 |
| 092900 Gypsum Board | Drywall Replacement |
| 099123 Interior Painting | Painting walls |
| 081200 Metal Frames | Reinstall metal door frames |
| 081400 Wood Doors | Reinstall solid core wood doors |
| 260923 Lighting Control Devices | Reinstall light switches |
| 262719 Multi-Outlet Assemblies | Install Receptacles |

**Flooring**

| Division | Item |
|---|---|
| Necessary Demolition for Finishes | Removal of old adhesive |
| 090561 Flooring Preparation | Light weight leveling for LVP |
| 096519 Resilient Tile Flooring | Install glue down LVP |
| 096519 Resilient Tile Flooring | Install VCT |
| 096513 Resilient Base and Accessories | Install 4" vinyl base |
| 096513 Resilient Base and Accessories | Install Flooring transition stirps |
| 096566 Resilient Athletic Flooring | Rubber flooring tiles |
| 096813 Tile Carpeting | Glue down carpet tiles |
| 096816 Sheet Carpeting | Broadloom carpet |

**Ceiling**

| Division | Item |
|---|---|
| Necessary Demolition for Electrical | Removal of ceiling grid lighting Exit Signs |
| Necessary Demolition for Finishes | Removal of ceiling grid |
| 095323 Metal Ceiling Grid | Replace ceiling grid |
| 095123 Acoustical Tile Ceilings | Replace acoustic ceiling tile |
| 265119 LED Interior Lighting | Install LED grid lighting |
| 265213 Emergency and Exit Lighting | Install Emergency and Exit Lighting |

**Mechanical**

| Division | Item |
|---|---|
| 233116 Nonmetal Ducts | Install insulated flex ducting |

# Attachment 3

| As Submitted By: Skyline Public Adjusters | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 7,987.12 | | | | | $ 9,612.86 | $ 189,773.49 | $ 199,386.35 | $ 40,207.78 | $ 1,652.59 | $ 241,246.72 |
| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
| 1829 | Roof | Main Roof | | Building | Roofing | RFG | BU3RMV | - | Remove | Tear off, haul and dispose of 3 ply built-up roofing | 89.06 | SQ | $ 51.24 | $ - | $ 51.24 | $ 4,563.43 | $ - | $ 4,563.43 | $ 912.68 | $ - | $ 5,476.11 |
| 1830 | Roof | Main Roof | | Building | Steel Components | STL | DECK | + | | Metal decking repair | 1.00 | AL | $ - | $ 8,500.00 | $ 8,500.00 | $ - | $ 8,500.00 | $ 8,500.00 | $ 1,700.06 | $ 0.34 | $ 10,200.40 |
| 1831 | Roof | Main Roof | | Building | Concrete & Asphalt | CNC | INSLPRM | + | | Insulperm monolithic substrate | 6,405.74 | EA | $ - | $ 22.25 | $ 22.25 | $ - | $ 142,527.72 | $ 142,527.72 | $ 28,505.54 | $ - | $ 171,033.26 |
| 1832 | Roof | Main Roof | | Building | Roofing | RFG | BIM | & | Remove & Replace | Modified bitumen roof - hot mopped | 89.06 | SQ | $ 46.54 | $ 312.30 | $ 358.84 | $ 4,144.85 | $ 27,813.44 | $ 31,958.29 | $ 6,608.62 | $ 1,084.83 | $ 39,651.74 |
| 1833 | Roof | Main Roof | | Building | Plumbing | PLM | RFD- | + | | Roof drain - PVC/ABS - 2" to 6" outlet | 9.00 | EA | $ - | $ 345.08 | $ 345.08 | $ - | $ 3,105.72 | $ 3,105.72 | $ 657.18 | $ 180.17 | $ 3,943.07 |
| 1834 | Roof | Main Roof | | Building | Roofing | RFG | FLCAPS> | - | Remove | Cap flashing - steel - large | 160.00 | LF | $ 1.06 | $ - | $ 1.06 | $ 169.60 | $ - | $ 169.60 | $ 33.92 | $ - | $ 203.52 |
| 1835 | Roof | Main Roof | | Building | Roofing | RFG | FLCAPS> | + | | Cap flashing - steel - large | 232.00 | LF | $ - | $ 16.93 | $ 16.93 | $ - | $ 3,927.76 | $ 3,927.76 | $ 839.14 | $ 267.88 | $ 5,034.78 |
| 1836 | Roof | Main Roof | | Building | Roofing | RFG | MCANT | & | Remove & Replace | Membrane roofing - cant strips - wood | 314.00 | LF | $ 0.96 | $ 2.76 | $ 3.72 | $ 301.44 | $ 866.64 | $ 1,168.08 | $ 239.24 | $ 28.18 | $ 1,435.50 |
| 1837 | Roof | Main Roof | | Building | Framing & Rough Carpentry | FRM | 2X6T | & | Remove & Replace | 2" x 6" lumber - treated (1 BF per LF) | 316.00 | LF | $ 1.09 | $ 2.38 | $ 3.47 | $ 344.44 | $ 752.08 | $ 1,096.52 | $ 226.06 | $ 33.84 | $ 1,356.42 |
| 1838 | Roof | Main Roof | | Building | Metal Structures & Components | MTL | PNLC | + | | Wall/roof panel - corrugated - 26 gauge | 369.00 | SF | $ - | $ 4.02 | $ 4.02 | $ - | $ 1,483.38 | $ 1,483.38 | $ 306.62 | $ 49.68 | $ 1,839.68 |
| 1839 | Roof | Elevator Roof | | Building | Roofing | RFG | BU3RMV | - | Remove | Tear off, haul and dispose of 3 ply built-up roofing | 0.63 | SQ | $ 94.89 | $ - | $ 94.89 | $ 59.78 | $ - | $ 59.78 | $ 11.96 | $ - | $ 71.74 |
| 1840 | Roof | Elevator Roof | | Building | Roofing | RFG | BIM | & | Remove & Replace | Modified bitumen roof - hot mopped | 0.63 | SQ | $ 46.54 | $ 312.30 | $ 358.84 | $ 29.32 | $ 196.75 | $ 226.07 | $ 46.76 | $ 7.67 | $ 280.50 |
| 1841 | Roof | Carport | | Building | Awnings & Patio Covers | AWN | RPR | + | | Carport awning repair allowance | 1.00 | EA | $ - | $ 600.00 | $ 600.00 | $ - | $ 600.00 | $ 600.00 | $ 120.00 | $ - | $ 720.00 |

# Attachment 4

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 31,796.06 | | | | | $ 21,609.12 | $ 244,216.16 | $ 265,825.28 | $ 54,088.58 | $ 4,617.26 | $ 324,531.12 |
| 44 | 1st Floor | Reception Area 101 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 45 | 1st Floor | Reception Area 101 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad/card access | 1.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 82.56 | $ 82.56 | $ 16.52 | $ - | $ 99.08 |
| 46 | 1st Floor | Reception Area 101 | MEPs | Building | Electrical | ELE | CBUTTON | I | Install | Door bell/chime button (button only) | 1.00 | EA | $ - | $ 8.87 | $ 8.87 | $ - | $ 8.87 | $ 8.87 | $ 1.78 | $ - | $ 10.65 |
| 75 | 1st Floor | Corridor 102 A | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 4.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 58.72 | $ 58.72 | $ 11.74 | $ - | $ 70.46 |
| 101 | 1st Floor | Break Room 105 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 3.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 44.04 | $ 44.04 | $ 8.80 | $ - | $ 52.84 |
| 115 | 1st Floor | Mission Support 106 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 3.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 44.04 | $ 44.04 | $ 8.80 | $ - | $ 52.84 |
| 116 | 1st Floor | Mission Support 106 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 130 | 1st Floor | Media Area 107 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 2.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 29.36 | $ 29.36 | $ 5.88 | $ - | $ 35.24 |
| 131 | 1st Floor | Media Area 107 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 158 | 1st Floor | Agent Office 108 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 4.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 58.72 | $ 58.72 | $ 11.74 | $ - | $ 70.46 |
| 159 | 1st Floor | Agent Office 108 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 161 | 1st Floor | Agent Office 108 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 188 | 1st Floor | Agent Office 110 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 189 | 1st Floor | Agent Office 110 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 191 | 1st Floor | Agent Office 110 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 218 | 1st Floor | Agent Office 111 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 219 | 1st Floor | Agent Office 111 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 247 | 1st Floor | Agent Office 115 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 6.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 88.08 | $ 88.08 | $ 17.62 | $ - | $ 105.70 |
| 248 | 1st Floor | Agent Office 115 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 250 | 1st Floor | Agent Office 115 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 277 | 1st Floor | Agent Office 117 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 6.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 88.08 | $ 88.08 | $ 17.62 | $ - | $ 105.70 |
| 278 | 1st Floor | Agent Office 117 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 280 | 1st Floor | Agent Office 117 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 306 | 1st Floor | RAC Office 118 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 307 | 1st Floor | RAC Office 118 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 331 | 1st Floor | RAC Conf Room 119 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 31,796.06 | | | | | $ 21,609.12 | $ 244,216.16 | $ 265,825.28 | $ 54,088.58 | $ 4,617.26 | $ 324,531.12 |
| 332 | 1st Floor | RAC Conf Room 119 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 334 | 1st Floor | RAC Conf Room 119 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 354 | 1st Floor | Corridor 102 B | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 2.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 29.36 | $ 29.36 | $ 5.88 | $ - | $ 35.24 |
| 358 | 1st Floor | Corridor 102 B | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |
| 384 | 1st Floor | Evidence 112 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 385 | 1st Floor | Evidence 112 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 389 | 1st Floor | Evidence 112 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad | 1.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 82.56 | $ 82.56 | $ 16.52 | $ - | $ 99.08 |
| 390 | 1st Floor | Evidence 112 | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |
| 406 | 1st Floor | LAN/Telephone Rm 113 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 407 | 1st Floor | LAN/Telephone Rm 113 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 411 | 1st Floor | LAN/Telephone Rm 113 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad | 1.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 82.56 | $ 82.56 | $ 16.52 | $ - | $ 99.08 |
| 428 | 1st Floor | Computer Forensic Lab 114 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 429 | 1st Floor | Computer Forensic Lab 114 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 433 | 1st Floor | Computer Forensic Lab 114 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad | 1.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 82.56 | $ 82.56 | $ 16.52 | $ - | $ 99.08 |
| 491 | 1st Floor | Open Printer Area 116 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 2.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 29.36 | $ 29.36 | $ 5.88 | $ - | $ 35.24 |
| 492 | 1st Floor | Open Printer Area 116 | MEPs | Building | Electrical | ELE | OL | R | Detach & Reset | Phone, TV, or speaker outlet | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 517 | 1st Floor | Back Entry 123 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 518 | 1st Floor | Back Entry 123 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad/card access | 2.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 165.12 | $ 165.12 | $ 33.02 | $ - | $ 198.14 |
| 557 | 1st Floor | Corridor 102 C | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 1.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 14.68 | $ 14.68 | $ 2.94 | $ - | $ 17.62 |
| 561 | 1st Floor | Corridor 102 C | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |
| 582 | 1st Floor | Hold Room 127 | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |
| 600 | 1st Floor | Hold Room 126 | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |
| 703 | 1st Floor | Agent Office 133 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 720 | 1st Floor | Supply Rm 134 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 732 | 1st Floor | Armory 135 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 743 | 1st Floor | Ammo 136 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 759 | 1st Floor | Corridor 102 D | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |
| 776 | 1st Floor | Admin File Rm 137 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 801 | 1st Floor | Conference Room 138 | MEPs | Building | Electrical | ELE | GFI | + | | Ground fault interrupter (GFI) outlet | 1.00 | EA | $ - | $ 27.14 | $ 27.14 | $ - | $ 27.14 | $ 27.14 | $ 5.74 | $ 1.56 | $ 34.44 |
| 802 | 1st Floor | Conference Room 138 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 9.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 132.12 | $ 132.12 | $ 26.42 | $ - | $ 158.54 |
| 803 | 1st Floor | Conference Room 138 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 805 | 1st Floor | Conference Room 138 | MEPs | Building | Electrical | ELE | SMOKE+ | & | Remove & Replace | Smoke detector - High grade | 1.00 | EA | $ 10.12 | $ 73.16 | $ 83.28 | $ 10.12 | $ 73.16 | $ 83.28 | $ 17.62 | $ 4.79 | $ 105.69 |
| 806 | 1st Floor | Conference Room 138 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad/card access | 1.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 82.56 | $ 82.56 | $ 16.52 | $ - | $ 99.08 |
| 807 | 1st Floor | Conference Room 138 | MEPs | Building | Electrical - Special Systems | ELS | SURVC | I | Install | Surveillance camera - color | 1.00 | EA | $ - | $ 160.14 | $ 160.14 | $ - | $ 160.14 | $ 160.14 | $ 32.02 | $ - | $ 192.16 |

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 31,796.06 | | | | | $ 21,609.12 | $ 244,216.16 | $ 265,825.28 | $ 54,088.58 | $ 4,617.26 | $ 324,531.12 |
| 827 | 1st Floor | Wire/Pen Room 140 | MEPs | Building | Electrical | ELE | SMOKE+ | & | Remove & Replace | Smoke detector - High grade | 1.00 | EA | $ 10.12 | $ 73.16 | $ 83.28 | $ 10.12 | $ 73.16 | $ 83.28 | $ 17.62 | $ 4.79 | $ 105.69 |
| 848 | 1st Floor | Gym | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 3.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 13.77 | $ 36.84 | $ 50.61 | $ 10.22 | $ 0.50 | $ 61.33 |
| 869 | 1st Floor | Gym Hallway | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 887 | 1st Floor | Hydrolic Room | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 907 | 1st Floor | Gym Ladies Rm | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 921 | 1st Floor | Gym Mens Rm | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 938 | 1st Floor | Utility Hallway | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 948 | 1st Floor | Wash Room | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 958 | 1st Floor | Pump Room | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 968 | 1st Floor | Electrical Room | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 1.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 4.59 | $ 12.28 | $ 16.87 | $ 3.42 | $ 0.17 | $ 20.46 |
| 979 | 1st Floor - Foot | Footprint1 | MEPs | Building | Electrical | ELE | CSF | & | Remove & Replace | Commercial electrical (SF of bldg) - Average load | 6,935.11 | SF | $ 1.18 | $ 12.59 | $ 13.77 | $ 8,183.43 | $ 87,313.03 | $ 95,496.46 | $ 19,455.80 | $ 1,782.60 | $ 116,734.86 |
| 980 | 1st Floor - Foot | Footprint1 | MEPs | Building | Electrical - Special Systems | ELS | WIRING | + | | Low voltage wiring | 6,935.11 | EA | $ - | $ 1.10 | $ 1.10 | $ - | $ 7,628.62 | $ 7,628.62 | $ 1,525.72 | $ - | $ 9,154.34 |
| 986 | 1st Floor - Foot | F2 | MEPs | Building | Electrical | ELE | CSF | & | Remove & Replace | Commercial electrical (SF of bldg) - Average load | 1,844.31 | SF | $ 1.18 | $ 12.59 | $ 13.77 | $ 2,176.29 | $ 23,219.86 | $ 25,396.15 | $ 5,174.06 | $ 474.06 | $ 31,044.27 |
| 1012 | 2nd Floor | Corner Hallway | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 1.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 14.68 | $ 14.68 | $ 2.94 | $ - | $ 17.62 |
| 1033 | 2nd Floor | Large Corner Office | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 9.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 41.31 | $ 110.52 | $ 151.83 | $ 30.66 | $ 1.50 | $ 183.99 |
| 1034 | 2nd Floor | Large Corner Office | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 3.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 13.77 | $ 38.01 | $ 51.78 | $ 10.48 | $ 0.62 | $ 62.88 |
| 1035 | 2nd Floor | Large Corner Office | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1114 | 2nd Floor | Cat Walk | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 3.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 13.77 | $ 36.84 | $ 50.61 | $ 10.22 | $ 0.50 | $ 61.33 |
| 1185 | 2nd Floor | Office 3 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 6.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 27.54 | $ 73.68 | $ 101.22 | $ 20.44 | $ 1.00 | $ 122.66 |
| 1186 | 2nd Floor | Office 3 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1187 | 2nd Floor | Office 3 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 3.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 59.46 | $ 59.46 | $ 11.90 | $ - | $ 71.36 |

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 31,796.06 | | | | | $ 21,609.12 | $ 244,216.16 | $ 265,825.28 | $ 54,088.58 | $ 4,617.26 | $ 324,531.12 |
| 1214 | 2nd Floor | Office 4 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1215 | 2nd Floor | Office 4 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1216 | 2nd Floor | Office 4 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1243 | 2nd Floor | Office 5 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1244 | 2nd Floor | Office 5 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1245 | 2nd Floor | Office 5 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1273 | 2nd Floor | Office 6 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1274 | 2nd Floor | Office 6 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1275 | 2nd Floor | Office 6 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1302 | 2nd Floor | Office 8 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1303 | 2nd Floor | Office 8 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1304 | 2nd Floor | Office 8 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1331 | 2nd Floor | Office 10 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1332 | 2nd Floor | Office 10 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1333 | 2nd Floor | Office 10 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1360 | 2nd Floor | Office 11 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1361 | 2nd Floor | Office 11 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1362 | 2nd Floor | Office 11 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1386 | 2nd Floor | Corner Office 12 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1387 | 2nd Floor | Corner Office 12 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1388 | 2nd Floor | Corner Office 12 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1407 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 5.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 22.95 | $ 61.40 | $ 84.35 | $ 17.04 | $ 0.83 | $ 102.22 |
| 1408 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1409 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1412 | 2nd Floor | Hallway C | MEPs | Building | Electrical - Special Systems | ELS | FAMS | & | Remove & Replace | Fire alarm - Manual pull station | 1.00 | EA | $ 17.11 | $ 172.77 | $ 189.88 | $ 17.11 | $ 172.77 | $ 189.88 | $ 40.06 | $ 10.38 | $ 240.32 |

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 31,796.06 | | | | | $ 21,609.12 | $ 244,216.16 | $ 265,825.28 | $ 54,088.58 | $ 4,617.26 | $ 324,531.12 |
| 1413 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | SECK | & | Remove & Replace | Security system - key pad | 1.00 | EA | $ 2.58 | $ 177.51 | $ 180.09 | $ 2.58 | $ 177.51 | $ 180.09 | $ 37.96 | $ 9.68 | $ 227.73 |
| 1414 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | SMOKE+ | & | Remove & Replace | Smoke detector - High grade | 1.00 | EA | $ 10.12 | $ 73.16 | $ 83.28 | $ 10.12 | $ 73.16 | $ 83.28 | $ 17.62 | $ 4.79 | $ 105.69 |
| 1415 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | CBUTTON | & | Remove & Replace | Door bell/chime button (button only) | 1.00 | EA | $ 1.32 | $ 17.36 | $ 18.68 | $ 1.32 | $ 17.36 | $ 18.68 | $ 3.92 | $ 0.87 | $ 23.47 |
| 1416 | 2nd Floor | Hallway C | MEPs | Building | Electrical | ELE | SECMD | I | Install | Security system - motion detector | 1.00 | EA | $ - | $ 61.95 | $ 61.95 | $ - | $ 61.95 | $ 61.95 | $ 12.40 | $ - | $ 74.35 |
| 1433 | 2nd Floor | Hallway C Stairs | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 1.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 14.68 | $ 14.68 | $ 2.94 | $ - | $ 17.62 |
| 1462 | 2nd Floor | Room 13 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 26.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 119.34 | $ 319.28 | $ 438.62 | $ 88.58 | $ 4.32 | $ 531.52 |
| 1463 | 2nd Floor | Room 13 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 4.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 18.36 | $ 50.68 | $ 69.04 | $ 13.98 | $ 0.82 | $ 83.84 |
| 1464 | 2nd Floor | Room 13 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 12.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 237.84 | $ 237.84 | $ 47.56 | $ - | $ 285.40 |
| 1467 | 2nd Floor | Room 13 | MEPs | Building | Electrical | ELE | SMOKE+ | & | Remove & Replace | Smoke detector - High grade | 3.00 | EA | $ 10.12 | $ 73.16 | $ 83.28 | $ 30.36 | $ 219.48 | $ 249.84 | $ 52.86 | $ 14.36 | $ 317.06 |
| 1486 | 2nd Floor | Hallway D | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 2.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 9.18 | $ 24.56 | $ 33.74 | $ 6.82 | $ 0.33 | $ 40.89 |
| 1487 | 2nd Floor | Hallway D | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 2.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 9.18 | $ 25.34 | $ 34.52 | $ 6.98 | $ 0.41 | $ 41.91 |
| 1490 | 2nd Floor | Hallway D | MEPs | Building | Electrical | ELE | SMOKE+ | & | Remove & Replace | Smoke detector - High grade | 3.00 | EA | $ 10.12 | $ 73.16 | $ 83.28 | $ 30.36 | $ 219.48 | $ 249.84 | $ 52.86 | $ 14.36 | $ 317.06 |
| 1517 | 2nd Floor | Office 14 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 6.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 27.54 | $ 73.68 | $ 101.22 | $ 20.44 | $ 1.00 | $ 122.66 |
| 1518 | 2nd Floor | Office 14 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1519 | 2nd Floor | Office 14 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1544 | 2nd Floor | Hallway E | MEPs | Building | Electrical | ELE | SMOKE | R | Detach & Reset | Smoke detector | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1563 | 2nd Floor | Room 7 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 11.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 50.49 | $ 135.08 | $ 185.57 | $ 37.48 | $ 1.83 | $ 224.88 |
| 1564 | 2nd Floor | Room 7 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 2.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 9.18 | $ 25.34 | $ 34.52 | $ 6.98 | $ 0.41 | $ 41.91 |
| 1565 | 2nd Floor | Room 7 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 4.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 79.28 | $ 79.28 | $ 15.86 | $ - | $ 95.14 |
| 1583 | 2nd Floor | Hallway B | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1585 | 2nd Floor | Hallway B | MEPs | Building | Electrical | ELE | SMOKE+ | & | Remove & Replace | Smoke detector - High grade | 2.00 | EA | $ 10.12 | $ 73.16 | $ 83.28 | $ 20.24 | $ 146.32 | $ 166.56 | $ 35.22 | $ 9.57 | $ 211.35 |
| 1603 | 2nd Floor | Room 9 | MEPs | Building | Electrical | ELE | OSRS | R | Detach & Reset | Outlet or switch - Detach & reset | 5.00 | EA | $ - | $ 14.68 | $ 14.68 | $ - | $ 73.40 | $ 73.40 | $ 14.68 | $ - | $ 88.08 |
| 1604 | 2nd Floor | Room 9 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1628 | 2nd Floor | Reception 16 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 3.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 13.77 | $ 36.84 | $ 50.61 | $ 10.22 | $ 0.50 | $ 61.33 |
| 1629 | 2nd Floor | Reception 16 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 2.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 9.18 | $ 25.34 | $ 34.52 | $ 6.98 | $ 0.41 | $ 41.91 |
| 1656 | 2nd Floor | Office 17 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 5.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 22.95 | $ 61.40 | $ 84.35 | $ 17.04 | $ 0.83 | $ 102.22 |
| 1657 | 2nd Floor | Office 17 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1658 | 2nd Floor | Office 17 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 2.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1685 | 2nd Floor | Office 18 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 2.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 9.18 | $ 24.56 | $ 33.74 | $ 6.82 | $ 0.33 | $ 40.89 |

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 31,796.06 | | | | | $ 21,609.12 | $ 244,216.16 | $ 265,825.28 | $ 54,088.58 | $ 4,617.26 | $ 324,531.12 |
| 1686 | 2nd Floor | Office 18 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1687 | 2nd Floor | Office 18 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1714 | 2nd Floor | Office 19 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 2.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 9.18 | $ 24.56 | $ 33.74 | $ 6.82 | $ 0.33 | $ 40.89 |
| 1715 | 2nd Floor | Office 19 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1716 | 2nd Floor | Office 19 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1743 | 2nd Floor | Office 20 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 4.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 18.36 | $ 49.12 | $ 67.48 | $ 13.64 | $ 0.67 | $ 81.79 |
| 1744 | 2nd Floor | Office 20 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1745 | 2nd Floor | Office 20 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1772 | 2nd Floor | Office 21 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 3.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 13.77 | $ 36.84 | $ 50.61 | $ 10.22 | $ 0.50 | $ 61.33 |
| 1773 | 2nd Floor | Office 21 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 1.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 4.59 | $ 12.67 | $ 17.26 | $ 3.50 | $ 0.21 | $ 20.97 |
| 1774 | 2nd Floor | Office 21 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 1.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 19.82 | $ 19.82 | $ 3.96 | $ - | $ 23.78 |
| 1798 | 2nd Floor | Main Suite 7 | MEPs | Building | Electrical | ELE | OS | & | Remove & Replace | Outlet | 8.00 | EA | $ 4.59 | $ 12.28 | $ 16.87 | $ 36.72 | $ 98.24 | $ 134.96 | $ 27.24 | $ 1.33 | $ 163.53 |
| 1799 | 2nd Floor | Main Suite 7 | MEPs | Building | Electrical | ELE | OSS | & | Remove & Replace | Switch | 2.00 | EA | $ 4.59 | $ 12.67 | $ 17.26 | $ 9.18 | $ 25.34 | $ 34.52 | $ 6.98 | $ 0.41 | $ 41.91 |
| 1800 | 2nd Floor | Main Suite 7 | MEPs | Building | Electrical | ELE | OLRS | R | Detach & Reset | Phone, TV, or speaker outlet - Detach & reset | 4.00 | EA | $ - | $ 19.82 | $ 19.82 | $ - | $ 79.28 | $ 79.28 | $ 15.86 | $ - | $ 95.14 |
| 1802 | 2nd Floor | Main Suite 7 | MEPs | Building | Electrical | ELE | SECK | I | Install | Security system - key pad | 1.00 | EA | $ - | $ 82.56 | $ 82.56 | $ - | $ 82.56 | $ 82.56 | $ 16.52 | $ - | $ 99.08 |
| 1803 | 2nd Floor | Main Suite 7 | MEPs | Building | Electrical | ELE | SMOKERS | R | Detach & Reset | Smoke detector - Detach & reset | 1.00 | EA | $ - | $ 39.64 | $ 39.64 | $ - | $ 39.64 | $ 39.64 | $ 7.92 | $ - | $ 47.56 |
| 1819 | 2nd Floor Footp | Footprint1 | MEPs | Building | Electrical | ELE | CSF | & | Remove & Replace | Commercial electrical (SF of bldg) - Average load | 6,935.11 | SF | $ 1.18 | $ 12.59 | $ 13.77 | $ 8,183.43 | $ 87,313.03 | $ 95,496.46 | $ 19,455.80 | $ 1,782.60 | $ 116,734.86 |
| 1820 | 2nd Floor Footp | Footprint1 | MEPs | Building | Electrical - Special Systems | ELS | WIRING | + | | Low voltage wiring | 6,935.11 | EA | $ - | $ 1.05 | $ 1.05 | $ - | $ 7,281.87 | $ 7,281.87 | $ 1,456.38 | $ - | $ 8,738.25 |
| 1828 | 2nd Floor Footp | F2 | MEPs | Building | Electrical | ELE | CSF | & | Remove & Replace | Commercial electrical (SF of bldg) - Average load | 1,844.31 | SF | $ 1.18 | $ 12.59 | $ 13.77 | $ 2,176.29 | $ 23,219.86 | $ 25,396.15 | $ 5,174.06 | $ 474.06 | $ 31,044.27 |

# Attachment 5

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF TWO PAGES

**TO OWNER:**
Joey Odom
622 Esplanade Street
Lake Charles, LA 70607

**PROJECT NAME AND NUMBER:**
Four-O 620 Esplanade Plaza
995

**APPLICATION NO:** 5

Distribution to:
- [x] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR

**FROM CONTRACTOR:**
Encore Inc.
7301 W. 133rd Street, Suite 100
Overland Park, KS 66213

**VIA ARCHITECT:**

**PERIOD TO:** 7/10/2021

**PROJECT NOS:** 995

**CONTRACT DATE:** 12/23/20

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 1,360,000.00
2. Net change by Change Orders $ 95,180.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 1,455,180.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) $ 1,259,421.42
5. RETAINAGE:
   a. ____ % of Completed Work (Column D + E on G703) $ ____
   b. ____ % of Stored Material (Column F on G703) $ ____
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) $
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) $ 1,259,421.42
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 1,058,689.92
8. CURRENT PAYMENT DUE $ 200,731.50
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ 195,758.58

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $95,180.00 | |
| Total approved this Month | | |
| TOTALS | $95,180.00 | |
| NET CHANGES by Change Order | $95,180.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: [signature] Date: 6/10/2021

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . $ **200,731.50**

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ____ Date: ____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

Encore
00000075.02

# CONTINUATION SHEET

*AIA DOCUMENT G703*



AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

**APPLICATION NO:** 5
**APPLICATION DATE:** 6/10/21
**PERIOD TO:** 7/10/21
**PROJECT NO:** 995

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DIV | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED 44,383 (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | 01 | General Requirements | $153,276.00 | $133,276.00 | $10,000.00 | | $143,276.00 | 93% | $10,000.00 | |
| 2 | 02 | Exsisting Conditions | $31,875.00 | $31,875.00 | | | $31,875.00 | 100% | $0.00 | |
| 3 | 06 | Wood, Plastic, and Componets | $28,350.00 | $23,166.50 | $5,183.50 | | $28,350.00 | 100% | $0.00 | |
| 4 | 07 | Thermal and Moisture Protection | $351,871.49 | $331,871.49 | $20,000.00 | | $351,871.49 | 100% | $0.00 | |
| 5 | 08 | Openings | $70,408.66 | $55,408.66 | | | $55,408.66 | 79% | $15,000.00 | |
| 6 | 09 | Finishes | $292,907.27 | $247,907.27 | $25,000.00 | | $272,907.27 | 93% | $20,000.00 | |
| 7 | 22 | Plumbing | $7,700.00 | $7,700.00 | | | $7,700.00 | 100% | $0.00 | |
| 8 | 23 | Heating, Ventilation, and Air Conditioning | $36,855.00 | $36,855.00 | | | $36,855.00 | 100% | $0.00 | |
| 9 | 26 | Electrical | $100,548.00 | $85,000.00 | $15,548.00 | | $100,548.00 | 100% | $0.00 | |
| 10 | 28 | Electicronic Safety and Security | $10,450.00 | $10,450.00 | | | $10,450.00 | | $0.00 | |
| | | | | | | | | | $0.00 | |
| | | | | | | | | | $0.00 | |
| | | | | | | | | | $0.00 | |
| 12 | | VRF Change Order Phase 1 | $95,180.00 | $95,180.00 | | | $95,180.00 | 100% | $0.00 | |
| 20 | | Uncommitted Div: O&P, Insurance, Tax | $275,758.58 | | $125,000.00 | | $125,000.00 | 45% | $150,758.58 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | **GRAND TOTALS** | $1,455,180.00 | $1,058,689.92 | $200,731.50 | $0.00 | $1,259,421.42 | | $195,758.58 | |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

# Attachment 6

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 6,750.43 | | | | | $ 54,003.44 | $ 303,769.35 | $ 357,772.79 | $ 71,554.62 | $ - | $ 429,327.41 |
| 1848 | Elevations | Front Elevation - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 1,386.00 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 11,088.00 | $ 62,370.00 | $ 73,458.00 | $ 14,691.60 | $ - | $ 88,149.60 |
| 1849 | Elevations | Main Entry Elevation - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 859.21 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 6,873.68 | $ 38,664.45 | $ 45,538.13 | $ 9,107.64 | $ - | $ 54,645.77 |
| 1850 | Elevations | Right Elevation - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 1,067.07 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 8,536.56 | $ 48,018.15 | $ 56,554.71 | $ 11,310.96 | $ - | $ 67,865.67 |
| 1851 | Elevations | Back Elevation 1 - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 1,079.71 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 8,637.68 | $ 48,586.95 | $ 57,224.63 | $ 11,444.94 | $ - | $ 68,669.57 |
| 1853 | Elevations | Back Elevation 3 - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 1,102.25 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 8,818.00 | $ 49,601.25 | $ 58,419.25 | $ 11,683.86 | $ - | $ 70,103.11 |
| 1854 | Elevations | Left Elevation - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 616.00 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 4,928.00 | $ 27,720.00 | $ 32,648.00 | $ 6,529.60 | $ - | $ 39,177.60 |
| 1855 | Elevations | Back Elevation 2 - Exterior Skin | | Building | Siding | SDG | WLPNL | & | Remove & Replace | Exterior cementious panels | 640.19 | EA | $ 8.00 | $ 45.00 | $ 53.00 | $ 5,121.52 | $ 28,808.55 | $ 33,930.07 | $ 6,786.02 | $ - | $ 40,716.09 |

# Attachment 7

As Submitted By: Skyline Public Adjusters

| REF # | Level/Area | Room | Scope | Coverage | Xactimate Category | Cat | Sel | Act | Action | Line Item Description | Qty. | UM | Removal | Replacement | Rate | Removal Subtotal | Replacement Subtotal | Subtotal | O&P | Tax | RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 57,500.00 | | | | | $ - | $ 144,325.00 | $ 144,325.00 | $ 28,865.00 | $ - | $ 173,190.00 |
| 1842 | Elevations | Elevations | Scaffolding | Building | Scaffolding | SCF | DEL&PU | + | | Delivery & Pick Up | 11,500.00 | SF | $ - | $ 0.35 | $ 0.35 | $ - | $ 4,025.00 | $ 4,025.00 | $ 805.00 | $ - | $ 4,830.00 |
| 1843 | Elevations | Elevations | Scaffolding | Building | Scaffolding | SCF | ERECTION | + | | Scaffolding erection | 11,500.00 | SF | $ - | $ 5.40 | $ 5.40 | $ - | $ 62,100.00 | $ 62,100.00 | $ 12,420.00 | $ - | $ 74,520.00 |
| 1844 | Elevations | Elevations | Scaffolding | Building | Scaffolding | SCF | MORNTL | + | | 1st month rental | 11,500.00 | SF | $ - | $ 2.50 | $ 2.50 | $ - | $ 28,750.00 | $ 28,750.00 | $ 5,750.00 | $ - | $ 34,500.00 |
| 1845 | Elevations | Elevations | Scaffolding | Building | Scaffolding | SCF | MORNTL | + | | Additional month rental | 11,500.00 | SF | $ - | $ 2.50 | $ 2.50 | $ - | $ 28,750.00 | $ 28,750.00 | $ 5,750.00 | $ - | $ 34,500.00 |
| 1846 | Elevations | Elevations | Scaffolding | Building | Scaffolding | SCF | DSMNTL | + | | Dismantle scaffolding | 11,500.00 | SF | $ - | $ 1.80 | $ 1.80 | $ - | $ 20,700.00 | $ 20,700.00 | $ 4,140.00 | $ - | $ 24,840.00 |

# Attachment 8



## 620 Esplanade St. Lake Charles, LA

**Prepared For:** Four O LLC **Inspection Date:** 01/19/18
**Prepared By:** Paul Boudreaux
Universal Inspection Services
4417 Prien Terre Dr.
Lake Charles, LA 70605
337-263-6643
universalinspect@yahoo.com
**LHI#** 10581
**Report Number:** 011918-1

© 2018 Universal Inspection Services

# Summary

## ITEMS NOT OPERATING/ MINOR CONCERNS

1. Walkways: Slight damage, small gaps and open expansion joints... recommend evaluating and repairing/ sealing.
2. Grounds: Evidence of soil erosion near the canal on the East side of the property... recommend erosion control and adding soil where needed.
3. Covered Parking: Small gaps visible at panel seams... recommend repairing/ sealing as needed.
4. Exterior Trim: Gaps at window trim and seams... recommend repairing/ sealing.
5. Meter Cover: The wood structure covering the electrical service entrance and old metal wall material was in marginal condition... recommend repairing/ replacing.
6. Second Floor Bathroom: The urinal flush valve piping leaks when flushed... recommend repairing by a licensed plumber.
7. Water Fountain: The second floor water fountain sprays water on the wall when tested... recommend evaluating and repairing/ adjusting.
8. Interior: Moisture stains and slight damage visible around multiple windows through the entire building... recommend replacing damaged components and repairing properly.
9. Interior: Moisture stains visible around exterior doors... recommend sealing/ repairing.
10. Interior: Multiple ceiling panels have moisture stains... recommend repairing/ replacing.
11. First Floor Flooring: Room 125 floor tiles were not properly secure... recommend repairing.
12. Holding Cells: The block wall has a large crack... recommend evaluating and repairing.
13. Flooring: Small cracks visible in the lobby tile and second floor carpet was worn in multiple areas... recommend repairing/ replacing as required.

## MAJOR/ IMMEDIATE CONCERNS

14. Parking Lot: Gaps visible at expansion joints, several small damaged areas and soil erosion near drainage... recommend evaluating and repairing.
15. Roll Roofing: Gaps visible at seams, slight wear, patching and ponding... recommend evaluating and repairing/ replacing by a licensed roofing contractor.
16. Tar Roofing: Small gaps, bubbling and multiple layers... recommend evaluating and repairing/ sealing if required.
17. Tar/ Rock Roofing: Extensive wear, visible fibers in underlayment and damage... recommend evaluating and repairing/ replacing by a licensed roofing contractor.
18. Roof: Metal flashing and parapet wall cap have gaps and loose seams, roof drains have evidence of previous leaks, gaps around A/C and electrical penetrations and one power vent was secured with electrical wire... recommend evaluating and repairing by a licensed roofing contractor.
19. Exterior Doors: The North door to the stairs and the second floor door to the roof were in marginal condition and appear to be leaking... recommend evaluating and repairing/ replacing.
20. Exterior Siding: The wall panels have gaps at seams, cracks, damaged areas and evidence of possible moisture intrusion... recommend evaluating by a licensed contractor and repairing/ replacing.
21. Windows: Several windows have discoloration, loose/ damaged seals and windows behind the holding cells appear to have staining... recommend evaluating and repairing if required.
22. Moisture Stains: Moisture stains and possible fungal growth visible in several areas; first floor sally port, janitors closet, mechanical room, north stairwell; second floor under north widows, near rooftop door and ceiling tiles... recommend evaluating all areas, treatment for fungal growth and repairing if required.
23. Elevator: A small hydraulic leak was visible at fittings in the elevator mechanical room... recommend evaluating and repairing if required.
24. Second Floor Electrical: Several receptacles in the rented portion of the building did not have power... recommend evaluating and repairing by a licensed electrician.


© 2018 **Universal Inspection** Services

# POTENTIAL SAFETY HAZARDS

25. Electrical: Some exterior receptacles are not Ground Fault protected... recommend installing GFI protection and weather resistant covers on all exterior receptacles.
26. Electrical: Some electrical connections were not in covered junction boxes and some receptacle covers were missing… recommend correcting.

---

* Items listed in this report may inadvertently have been left off the Summary Sheet. Customer should read the entire report, including the Remarks.
* All repairs should be performed by licensed and bonded professional contractors, electricians, plumbers and HVAC technicians.


© 2018 **Universal Inspection** Services

# Photo Summary









© 2018 **Universal Inspection** Services

# REPORT OVERVIEW

## CONVENTIONS USED IN THIS REPORT

**SATISFACTORY** - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.

**MAJOR CONCERNS** - A system or component that is considered significantly deficient or is unsafe.

**SAFETY HAZARD** - Denotes a condition that is unsafe and in need of prompt attention.

## THE SCOPE OF THE INSPECTION

A copy of the LSBHI Standards of Practice and Code of Ethics is included with your report; these documents define a minimum and uniform standard inspection platform for Louisiana State Licensed Home Inspectors and obligate inspectors to high ethical standards. Please refer to those documents for more information.

It is the goal of the inspection to put a home buyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.

Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

**Moisture intrusion/ elevated moisture levels could cause bacterial/ fungal growth… recommend monitoring the home for possible moisture intrusion/ elevated moisture ; evaluating and treatment of any areas that may have suspected bacterial/ fungal growth.**

## BUILDING DATA

| | |
|---|---|
| Approximate Age: | 30+ years |
| Style: | Two Story Commercial |
| Main Entrance Faces: | West |
| State of Occupancy: | Occupied |
| Weather Conditions: | Cloudy |
| Outdoor Temp: | 48`F |
| Recent Rain: | Yes |
| Ground cover: | Damp |


© 2018 **Universal Inspection** Services

# Grounds

**SERVICE WALKS** ☐ None
**Material:** ☑ Concrete ☐ Flagstone ☐ Gravel ☐ Brick ☐ Other
**Condition:** ☑ Satisfactory ☑ Marginal ☐ Poor ☐ Trip Hazard
☐ Pitched towards home ☐ Settling cracks ☐ Not visible ☑ Typical cracks

**DRIVEWAY/PARKING** ☐ None
**Material:** ☑ Concrete ☐ Asphalt ☐ Gravel/Dirt ☐ Brick ☐ Other
**Condition:** ☐ Satisfactory ☑ Marginal ☐ Poor ☑ Fill cracks and seal
☐ Pitched towards home ☑ Trip hazard ☐ Settling Cracks ☐ Typical crack

**PORCH** *(covered entrance)* ☐ None
**Support Pier:** ☐ Concrete ☐ Wood ☐ Not visible ☑ Other
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Railing/Balusters recommended
**Floor:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Safety Hazard

**PATIO** ☑ None
**Material:** ☐ Concrete ☐ Flagstone ☐ Kool-Deck® ☐ Brick ☐ Trip hazard
**Condition:** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Settling Cracks
☐ Pitched towards home ☐ Drainage provided ☐ Typical cracks

**DECK/BALCONY** *(flat, floored, roofless area)* ☑ None
**Material:** ☐ Wood ☐ Metal ☐ Composite ☐ Not visible ☐ Railing/Balusters recommended
**Finish:** ☐ Treated ☐ Painted/Stained ☐ Other
☐ Improper attachment to house ☐ Railing loose
**Condition:** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Wood in contact with soil

**FENCE/WALL** ☐ Not evaluated ☐ None
**Type:** ☐ Brick/Block ☐ Wood ☐ Metal ☑ Chain Link ☐ Rusted ☐ Other
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Loose Blocks/Caps ☐ Typical cracks
**Gate:** ☐ N/A ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Planks missing/damaged

**LANDSCAPING AFFECTING FOUNDATION**
**Negative Grade:** ☐ East ☐ West ☐ North ☐ South ☑ Satisfactory
☑ Recommend additional backfill ☐ Trim back trees/shrubberies
☐ Wood in contact with/improper clearance to soil ☐ Yard drains observed - not tested

**HOSE BIBS** ☐ None
**Operates:** ☐ Yes ☐ No ☑ Not tested ☐ Not on

**GENERAL COMMENTS**

Walkways: Slight damage, small gaps and open expansion joints... recommend evaluating and repairing/ sealing.
Parking Lot: Gaps visible at expansion joints, several small damaged areas and soil erosion near drainage... recommend evaluating and repairing.
Grounds: Evidence of soil erosion near the canal on the East side of the property... recommend erosion control and adding soil where needed.
Covered Parking: Small gaps visible at panel seams... recommend repairing/ sealing as needed.


© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services






© 2018 **Universal Inspection** Services

# Roof

**ROOF VISIBILITY** ☑ All ☐ Partial ☐ None ☐ Limited by:

**INSPECTED FROM** ☑ Roof ☐ Ladder at eaves ☐ Ground (**Inspection Limited**)

**STYLE OF ROOF**

**Type:** ☐ Gable ☐ Hip ☐ Mansard ☐ Shed ☑ Flat ☐ Other

**Pitch:** ☐ Low ☐ Medium ☐ Steep ☐ Flat

**ROOF COVERING**

**Roof #1:** Type: Built-up Estimated Layers: Unknown Approximate age of cover: 20-25+ years

**Roof #2:** Type: Roll asphalt Estimated Layers: Unknown Approximate age of cover: 10-15+ years

**VENTILATION SYSTEM**

**Type:** ☐ Soffit ☐ Ridge ☐ Gable ☐ Roof

**Appears Adequate:** ☐ Yes ☐ No ☐ Turbine ☐ Powered ☑ None

**FLASHING**

**Material:** ☑ Galv/Alum ☐ Asphalt ☐ Not visible ☐ Other

**Condition:** ☐ Not visible ☐ Satisfactory ☑ Marginal ☐ Poor ☐ Rusted

☑ Separated from wall/roof ☑ Recommend Sealing ☐ Other

**VALLEYS** ☑ N/A

**Material:** ☐ Galv/Alum ☐ Asphalt ☐ Not visible ☐ Other

**Condition:** ☐ Not visible ☐ Satisfactory ☐ Marginal ☐ Poor

☐ Rusted ☐ Holes ☐ Recommend Sealing

**CONDITION OF ROOF COVERINGS**

**Roof #1:** ☐ Satisfactory ☑ Marginal ☑ Poor

**Roof #2:** ☐ Satisfactory ☑ Marginal ☐ Poor

**Condition:** ☐ Curling ☑ Cracking ☑ Ponding ☑ Burn Spots ☐ Broken/Loose Tiles/Shingles

☐ Nail popping ☑ Granules missing ☑ Alligatoring ☑ Blistering ☐ Missing Tabs/Shingles/Tiles

☐ Moss buildup ☐ Exposed felt ☐ Cupping ☐ Incomplete/Improper Nailing

**SKYLIGHTS** ☐ N/A ☐ Cracked/Broken ☐ Not visible

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor

**PLUMBING VENTS** ☑ Yes ☐ No ☑ Satisfactory ☐ Marginal ☐ Poor

☐ Recommend roofer evaluate ☐ Not Visible

**Conditions reported above reflect visible portion only**

**GENERAL COMMENTS**

Roll Roofing: Gaps visible at seams, slight wear, patching and ponding... recommend evaluating and repairing/ replacing by a licensed roofing contractor.
Tar Roofing: Small gaps, bubbling and multiple layers... recommend evaluating and repairing/ sealing if required.
Tar/ Rock Roofing: Extensive wear, visible fibers in underlayment and damage... recommend evaluating and repairing/ replacing by a licensed roofing contractor.
Roof: Metal flashing and parapet wall cap have gaps and loose seams, roof drains have evidence of previous leaks, gaps around A/C and electrical penetrations and one power vent was secured with electrical wire... recommend evaluating and repairing by a licensed roofing contractor.


© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services


















© 2018 **Universal Inspection** Services

# Exterior

**SIDING**

**Material:** ☐ Stone ☐ Slate ☐ Block/Brick ☐ Fiberboard ☑ Fiber-cement ☐ Stucco
☐ Synthetic Stucco ☐ Asphalt ☐ Wood ☐ Metal/Vinyl ☐ Other
☑ Cracks ☐ Monitor ☐ Wood rot ☐ Peeling paint ☑ Loose/Missing/Holes

**Condition:** ☐ Satisfactory ☑ Marginal ☐ Poor ☑ Recommend repair/painting

**TRIM, SOFFIT, FASCIA, FLASHING**

**Material:** ☐ Wood ☐ Fiberboard ☑ Aluminum/Vinyl ☐ Fiber Cement ☐ Stucco
☐ Recommend repair/painting ☐ Damaged wood ☐ Other

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor

**CAULKING**

**Condition:** ☐ Satisfactory ☐ Marginal ☑ Poor
☑ Recommend around windows/doors/masonry ledges/corners/utility penetrations

**WINDOWS & SCREENS** ☐ Failed/fogged insulated glass

**Material:** ☐ Wood ☑ Metal ☐ Vinyl ☐ Aluminum/Vinyl Clad

**Screens:** ☐ Torn ☐ Bent ☐ Not installed ☑ Glazing/caulk needed

**Condition:** ☐ Satisfactory ☑ Marginal ☐ Poor ☐ Wood rot ☐ Recommend repair/painting

**SLAB-ON-GRADE/FOUNDATION** ☐ N/A

**Slab:** ☐ Post tensioned ☑ Poured concrete ☐ Other

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor

**BUILDING(S) EXTERIOR WALL CONSTRUCTION**

**Type:** ☐ Not visible ☑ Framed ☐ Masonry ☐ Other

**Condition:** ☐ Satisfactory ☐ Marginal ☐ Poor ☑ Not visible

**EXTERIOR DOORS**

**Weather stripping:** ☐ Satisfactory ☑ Marginal ☐ Poor ☐ Missing ☐ Replace

**Door Condition:** ☐ Satisfactory ☑ Marginal ☐ Poor ☐ Recommend Repairing/ Replacing

**GENERAL COMMENTS**

Exterior Doors: The North door to the stairs and the second floor door to the roof were in marginal condition and appear to be leaking... recommend evaluating and repairing/ replacing.
Exterior Siding: The wall panels have gaps at seams, cracks, damaged areas and evidence of possible moisture intrusion... recommend evaluating by a licensed contractor and repairing/ replacing.
Exterior Trim: Gaps at window trim and seams... recommend repairing/ sealing.
Windows: Several windows have discoloration, loose/ damaged seals and windows behind the holding cells appear to have staining... recommend evaluating and repairing if required.
Meter Cover: The wood structure covering the electrical service entrance and old metal wall material was in marginal condition... recommend repairing/ replacing.
Foundation: Small cracks and evidence of typical movement for the type of construction, size and location… recommend monitoring and re-evaluating if change occurs.


© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services


















© 2018 **Universal Inspection** Services

# Kitchen

**COUNTERTOPS** ☑ Satisfactory ☐ Marginal ☐ Recommend repair/caulking

**CABINETS** ☑ Satisfactory ☐ Marginal ☐ Recommend repair/adjustment

**PLUMBING COMMENTS**

| | | | | | |
|---|---|---|---|---|---|
| **Faucet Leaks:** | ☐ Yes | ☑ No | | | |
| **Pipes leak/corroded:** | ☐ Yes | ☑ No | | | |
| **Sink/Faucet:** | ☑ Marginal | ☑ Corroded | ☐ Chipped | ☐ Cracked | ☐ Recommend repair |
| **Functional Flow:** | ☑ Adequate | ☐ Poor | Dishwasher Airgap/ Loop | ☐Yes | ☑ Not Visible |
| **Functional Drainage:** | ☑ Adequate | ☐ Poor | | | |

**WALLS & CEILING**

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Typical cracks ☐ Moisture stains

**FLOOR**

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Sloping ☐ Squeaks

**APPLIANCES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Disposal | *Operates*: | ☐ Yes | ☐ No | ☐ Trash compactor | *Operates*: | ☐ Yes | ☐ No |
| ☐ Oven | *Operates*: | ☐ Yes | ☐ No | ☐ Exhaust fan | *Operates*: | ☐ Yes | ☐ No |
| ☐ Range | *Operates*: | ☐ Yes | ☐ No | ☑ Refrigerator | *Operates*: | ☑ Yes | ☐ No |
| ☐ Dishwasher | *Operates*: | ☐ Yes | ☐ No | ☐ Microwave | *Operates*: | ☐ Yes | ☐ No |

**Outlets Present:** ☑ Yes ☐ No Operable: ☑ Yes ☐ No
**G.F.C.I.:** ☑ Yes ☐ No Operable: ☑ Yes ☐ No
**Open ground/Reverse polarity within 6' of water:** ☐ Yes ☑ No ☐ Potential safety hazard(s)

**GENERAL COMMENTS**

The kitchen and appliances were in good condition with no visible defects.




© 2018 **Universal Inspection** Services

# Bathrooms

**FIRST FLOOR BATHROOMS**

**SINKS / TUBS / SHOWERS**

**Faucet leaks:** ☐ Yes ☑ No **Pipes leak:** ☐ Yes ☑ No
**Fixture(s) Condition:** ☑ Satisfactory ☑ Marginal ☐ Poor

**TOILET**

**Bowl Loose:** ☐ Yes ☑ No **Operates:** ☑ Yes ☐ No ☐ Toilet leaks ☐ Cracked bowl/tank

**SHOWER / TUB AREA / SINK(S)**

**Material:** ☑ Ceramic/Plastic ☑ Fiberglass ☐ Masonite ☐ Other
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Rotted floors
**Caulk/Grouting Needed:** ☐ Yes ☑ No Where:
**Functional Drainage:** ☑ Adequate ☐ Poor **Functional Flow:** ☑ Adequate ☐ Poor

**ELECTRICAL**

**Outlets present:** ☑ Yes ☐ No
**G.F.C.I. Present:** ☑ Yes ☐ No **Operates:** ☑ Yes ☐ No
**Open ground/Reverse polarity within 6' of water:** ☐ Yes ☑ No **Potential safety hazards present:** ☐ Yes ☑ No

**HEATING / COOLING SOURCE**

**Window:** ☐ Yes ☑ No ☐ Satisfactory ☐ Marginal ☐ Poor
**Exhaust Fan:** ☑ Yes ☐ No **Operates:** ☑ Yes ☐ No

**GENERAL COMMENTS**

The bathrooms were in satisfactory condition, all fixtures were tested and no leaks were visible.

**SECOND FLOOR BATHROOMS**

**SINKS / TUBS / SHOWERS**

**Faucet leaks:** ☐ Yes ☑ No **Pipes leak:** ☑ Yes ☑ No
**Fixture(s) Condition:** ☑ Satisfactory ☑ Marginal ☐ Poor

**TOILET**

**Bowl Loose:** ☐ Yes ☑ No **Operates:** ☑ Yes ☐ No ☐ Toilet leaks ☐ Cracked bowl/tank

**SHOWER / TUB AREA / SINK(S)**

**Material:** ☑ Ceramic/Plastic ☐ Fiberglass ☐ Masonite ☐ Other
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Rotted floors
**Caulk/Grouting Needed:** ☐ Yes ☑ No Where:
**Functional Drainage:** ☑ Adequate ☐ Poor **Functional Flow:** ☑ Adequate ☐ Poor

**ELECTRICAL**

**Outlets present:** ☑ Yes ☐ No
**G.F.C.I. Present:** ☑ Yes ☐ No **Operates:** ☑ Yes ☐ No
**Open ground/Reverse polarity within 6' of water:** ☐ Yes ☑ No **Potential safety hazards present:** ☐ Yes ☑ No

**HEATING / COOLING SOURCE**

**Window:** ☐ Yes ☑ No ☐ Satisfactory ☐ Marginal ☐ Poor
**Exhaust Fan:** ☑ Yes ☐ No **Operates:** ☑ Yes ☐ No

**GENERAL COMMENTS**

Second Floor Bathroom: The urinal flush valve piping leaks when flushed... recommend repairing by a licensed plumber. Water Fountain: The second floor water fountain sprays water on the wall when tested... recommend evaluating and repairing/ adjusting.


© 2018 **Universal Inspection** Services




© 2018 **Universal Inspection** Services

# Rooms

**Walls & Ceiling:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Moisture stains:** ☑ Yes ☐ No
**Floor:** ☑ Satisfactory ☑ Marginal ☐ Poor ☐ Squeaks ☐ Slopes
**Typical cracks:** ☑ Yes ☐ No
**Ceiling Fan:** ☐ N/A ☑ Satisfactory ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Outlets:** ☑ Yes ☐ No **Operates:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No ☑ Coverplates missing ☐Safety Hazard
**Holes:** ☐ Doors ☑ Walls ☐ Ceilings
**Bedroom Egress Restricted:** ☑ N/A ☐ Yes ☐ No
**Windows Operational:** ☐Yes ☑ No ☐ Cracked Glass

**GENERAL COMMENTS**

Interior: Moisture stains and slight damage visible around multiple windows through the entire building... recommend replacing damaged components and repairing properly.
Interior: Moisture stains visible around exterior doors... recommend sealing/ repairing.
Interior: Multiple ceiling panels have moisture stains... recommend repairing/ replacing.
First Floor Flooring: Room 125 floor tiles were not properly secure... recommend repairing.
Holding Cells: The block wall has a large crack... recommend evaluating and repairing.
Interior: Inspections are limited to visible/ accessible areas… several rooms were not accessible due to security concerns of the occupant of the first floor.
Moisture Stains: Moisture stains and possible fungal growth visible in several areas; first floor sally port, janitors closet, mechanical room, north stairwell; second floor under north widows, near rooftop door and ceiling tiles... recommend evaluating all areas, treatment for fungal growth and repairing if required.
Elevator: A small hydraulic leak was visible at fittings in the elevator mechanical room... recommend evaluating and repairing if required.
Flooring: Small cracks visible in the lobby tile and second floor carpet was worn in multiple areas... recommend repairing/ replacing as required.
Interior: Moisture intrusion/ elevated moisture levels could cause bacterial/ fungal growth… recommend evaluating and treatment of any areas that may have suspected bacterial/ fungal growth.


© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services


















© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services






© 2018 **Universal Inspection** Services

# Interior

**INTERIOR WINDOWS / GLASS**

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Needs repair
☐ Representative number of windows operated ☐ Painted shut
**Evidence of Leaking Insulated Glass:** ☑ Yes ☐ No ☐ N/A
☐ Glazing compound needed ☐ Cracked glass ☐ Hardware missing

**STAIRS / STEPS / BALCONIES** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ None
**Handrail:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Safety hazard
**Risers/Treads:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Risers/Treads uneven

**SMOKE / CARBON MONOXIDE DETECTORS** *Only battery operated units are tested*
**Smoke Detector**: ☐ Yes ☐ No **Operates:** ☐ Yes ☐ No ☑ Not tested
**CO Detector**: ☐ Yes ☐ No **Operates:** ☐ Yes ☐ No ☑ Not tested

**ATTIC/STRUCTURE/FRAMING/INSULATION** ☑ N/A
**Access:** ☐ Stairs ☐ Pulldown ☐ Scuttlehole/Hatch ☑ No access ☐ Other
**Inspected From:** ☐ Access panel ☐ In the attic ☐ Other
**Location:** ☐ Bedroom hall ☐ Bedroom closet ☐ Garage ☐ Other
**Access Limited By:** Space
**Flooring:** ☐ Complete ☐ Partial ☐ None
**Insulation:** Type: ☐ Batts ☐ Loose Average inches:
☐ Damaged ☐ Displaced ☐ Missing ☐ Compressed
**Installed In:** ☐ Between ceiling joists ☐ Walls ☐ Rafters ☐ Not visible
☐ Recommend additional insulation
**Ventilation:** ☐ Ventilation appears adequate ☐ Recommend additional ventilation
**Fans Exhausted To Outside:** ☐ N/A ☐ Yes ☐ No ☑ Not visible
**HVAC Duct:** ☑ Satisfactory ☐ Damaged ☐ Disconnected ☐ Leaking ☐ Repair/Replace
**Chimney Chase:** ☑ N/A ☐ Satisfactory ☐ Needs repair ☐ Not visible
**Structural Problems Observed:** ☐ Yes ☑ No ☐ Recommend repair ☐ Recommend Structural Engineer
**Roof Structure:** ☐ Rafters ☑ Trusses ☑ Wood ☑ Metal ☐ Other
**Roof Sheathing:** ☐ Plywood ☐ OSB ☐ lx Wood ☐ Rotted ☐ Stained ☐ Delaminated
**Evidence of Condensation/Moisture Leaking:** ☑ Yes ☐ No
**Ceiling Joists:** ☐ Wood ☑ Metal ☐ Other ☐ Not visible
**Firewall Between Units:** ☑ N/A ☐ Yes ☐ No ☐ Needs repair/sealing
**Electrical:** ☐ Open junction boxes ☐ Handyman wiring ☐ Visible knob-and-tube

**Some areas in the attic were not accessible/ visible for inspection due to limited space and accessibility.**

**GENERAL COMMENTS**

Framing showed no major defects or damage at the time of inspection.
Attic: Some electrical connections were not in covered junction boxes… recommend that all electrical connections be in covered junction boxes.


© 2018 **Universal Inspection** Services










© 2018 **Universal Inspection** Services

# Plumbing

**WATER SERVICE** **Main Shut-off Location:** Outside at curbside

**Water Entry Piping:** ☑ Not visible ☐ Copper/Galv. ☐ **Plastic*** (PVC, CPVC, **Polybutylene**, PEX) ☐ Unknown
**Visible Water Distribution Piping:** ☑ Copper ☐ Galvanized ☐ **Plastic*** (PVC, CPVC, **Polybutylene**, PEX) ☐ Unknown
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Functional Flow:** ☑ Adequate ☐ Poor
**Pipes, Supply/Drain:** ☐ Corroded ☐ Leaking ☐ Valves broken/missing
**Drain/Waste/Vent Pipe:** ☐ Copper ☐ Cast iron ☐ Galvanized ☑ PVC ☐ ABS
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Traps Proper P-Type:** ☐ N/A ☑ Yes ☐ No ☐ P-traps recommended
**Functional Drainage:** ☑ Adequate ☐ Poor ☐ Recommend plumber evaluate

**SEPTIC SYSTEM**

☑ City Provided ☐ Community System ☐ Rural System ☐Unknown

**GENERAL COMMENTS**

Plumbing: Some plumbing components were older and may require repair or replacement in the future… recommend monitoring and repairing/ replacing as needed.
No defects or damage were visible during the inspection.


© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services

# Heating/ Cooling System

**EXTERIOR A/C - HEAT PUMP**

☐ N/A

**Brand**: GE, Carrier, Trane, Emerson, US Motor **Approximate age:** 5-10/ 20+ yrs.

**Unit Size:** Multiple 5 and several special purpose units

**Outside Disconnect:** ☑ Yes ☐ No Maximum fuse/breaker rating: ??? Amp

**Level:** ☑ Yes ☐ No ☐ Cabinet/housing rusted

**Condenser Fins:** ☐ Damaged ☐ Need cleaning ☐ Damaged base/pad

**Condition:** ☑ Satisfactory ☑ Marginal ☐ Poor

**HEATING SYSTEMS**

***Energy Source:*** ☐ Gas ☑ Electric

***Warm Air System:*** ☑ Central system ☐ Floor/Wall unit

***Heat Exchanger***: ☑ Sealed ☐ Visual w/mirror ☐ Flame distortion ☐ Rusted ☐ Carbon/soot buildup

***Controls:*** Disconnect: ☑ Yes ☐ No ☐ Normal operating and safety controls observed

***Distribution:*** ☐ Metal duct ☑ Insul. flex duct ☐ Cold air returns ☐ Duct board

***Flue Piping:*** ☐ Satisfactory ☑ N/A ☐ Improper slope ☐ Rusted

***Filter:*** ☑ Standard ☐ Electrostatic ☑ Satisfactory ☐ Needs cleaning/replacement ☐ Missing

**When Turned On By Thermostat:** ☑ Fired ☐ Did not fire ☐ Not tested

**System Not Operated Due To:** ☐ Exterior temperature ☐ Other ☐ Recommend technician examine

***System Condition:*** ☑ Satisfactory ☐ Marginal ☐ Poor

**COOLING SYSTEM S**

**Type:** ☑ Central systems ☑ Wall Units

***Evaporator Coil:*** ☐ Satisfactory ☑ Not visible ☐ Needs cleaning ☐ Damaged

**Refrigerant lines:** ☑ Satisfactory ☐ Damage ☐ Insulation missing

**Condensate Line/Drain:** ☐ To exterior ☐ To pump ☑ Floor drain ☐ Other

**Operation:** Differential ??? °F

Difference in temperature (split) should be 14-22° Fahrenheit

**Condition:** ☐ Satisfactory ☐ Marginal ☐ Poor

☑ Not operated due to exterior temperature ☐ Recommend HVAC technician examine/clean/service

**GENERAL COMMENTS**

HVAC: Multiple units were present through the building, 19 units appeared to function from the main compressor/ coil and several point of use units were present for computer rooms and one system with zone control was present.

HVAC: Some components were older but appear to be functional and serviceable... recommend evaluating, servicing and repairing as needed.


© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services

















© 2018 **Universal Inspection** Services

# Electrical

**SERVICE ENTRY**

**Condition:** ☑ Sat. ☐ Marginal ☐ Poor ☑ Underground ☐ Overhead
☐ Weather head/mast needs repair
**Exterior outlets:** ☑ Yes ☐ No **Operative:** ☑ Yes ☐ No ☐ Overhead wires too low
**GFCI present:** ☐ Yes ☑ No **Operative:** ☐ Yes ☐ No ☐ Less than 3' from balcony/deck/windows
☐ Reverse polarity ☐ Open ground ☑ Safety Hazard

**MAIN PANEL** Location: Mechanical Room **Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Adequate Clearance To Panel:** ☑ Yes ☐ No Amperage: 600+ Volts 120/240 ☑ Breakers ☐ Fuses
**Appears Grounded:** ☐ Yes ☐ No ☑ Not visible
**G.F.C.I. present:** ☐ Yes ☐ No **Operative**: ☐ Yes ☐ No
**A.F.C.I. present:** ☐ Yes ☐ No **Operative**: ☐ Yes ☐ No
**MAIN WIRE:** ☑ Copper ☐ Aluminum ☐ Not visible
☐ Tapping before the main breaker ☐ Double tapping of the main wire
**Condition:** ☑ Satisfactory ☐ Poor ☐ **Federal Pacific Panel Stab Lok®**
**BRANCH WIRE:** ☑ Copper ☐ Aluminum ☐ Not visible
**Condition:** ☑ Satisfactory ☐ Poor ☐ Recommend electrician evaluate/repair
☑ Romex ☑ BX cable ☑ Conduit ☐ Knob & tube
☐ Double tapping ☐ Wires undersized/oversized breaker/fuse
☐ Panel not accessible ☐ Not evaluated **Reason:**

**ELECTRICAL FIXTURES**

A representative number of installed lighting fixtures, switches, and receptacles located inside the house, garage, and exterior walls were tested and found to be:
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor
☐ Open grounds ☐ Reverse polarity ☐ GFCIs not operating
☑ GFI's Not installed due to the age of the home
☐ Ungrounded 3-prong outlets ☐ Recommend electrician evaluate/repair

**GENERAL COMMENTS**

Second Floor Electrical: Several receptacles in the rented portion of the building did not have power... recommend evaluating and repairing by a licensed electrician.
Electrical: Some exterior receptacles are not Ground Fault protected... recommend installing GFI protection and weather resistant covers on all exterior receptacles.
Major electrical components, panels and transformers appear to be in good condition; no evidence of overheating, arching or leaking visible… recommend monitoring and re-evaluating if change or concerns exist.


© 2018 **Universal Inspection** Services



















© 2018 **Universal Inspection** Services











© 2018 **Universal Inspection** Services

# Attachment 9

# Defining Indemnity in the Context of Actual Cash Value Calculations

2nd Edition | 2020

JS HELD UNIVERSITY

CARLTON FIELDS

516.621.2900 • info@jsheld.com • jsheld.com

Copyright © 2020 J.S. Held LLC, All rights reserved.

# Defining Indemnity in the Context of Actual Cash Value Calculations

*Jonathon C. Held and Heidi Hudson Raschke*[1]

> "The basic premise of traditional property insurance is the concept of indemnity. The insured who suffers a covered loss is entitled to receive full, but not more than full, value for the loss suffered, to be made whole but not be put in a better position than before the loss."

*In re: State Farm Fire & Cas. Co.*, 872 F.3d 567, 573 (8th Cir. 2017).

The concept of indemnification for loss is at the core of property insurance reimbursement. Insurance policies are designed to put the policyholder in the same position he or she would have been in had no loss occurred.

In the modern era, however, insurers have created property policies that not only indemnify, but go beyond making a policyholder "whole," to allowing betterment. These insurance products allow policyholders to not only collect "new for old," but also offer protection against the additional costs re uired to comply with local building codes and ordinances. The ability to collect the difference between indemnity dollars and betterment dollars is typically sub ect to certain policy re uirements, the most common of which is that the replacement must actually be completed, typically within a prescribed amount of time, and proof of costs must be presented.

Under such "Replacement Cost Policies," the insurer is often obligated to make an upfront payment, prior to replacement, based on the estimated Actual Cash Value (ACV)

[1] Jonathon C. Held is President and CEO of J.S. Held, LLC, a consulting company with offices throughout the U.S. and Canada. During his tenure of more than 37 years with the company, Mr. Held was responsible for the growth of the firm from 2 employees to more than 40 offices and over 300 professionals, with global reach. Mr. Held has acted as a consultant and expert on numerous high value, high profile cases during his career, including many of the highest valued property claims in history. He has handled assignments in all 50 States, more than 20 countries and on 5 continents. He has been an expert witness and dispute resolution panelist on numerous matters throughout the United States. Mr. Held has also authored many published papers and spoken at numerous industry events including the PLRB, LEA, ABA Property Insurance Loss Committee, the Wind Network conference, and the Lloyds Market Association.

Heidi Hudson Raschke is a Shareholder at Carlton Fields in Tampa, Florida. She has spent her legal career representing commercial insurance clients in complex coverage disputes. She has significant experience representing insurers in sophisticated first-party property coverage matters and bad faith litigation. She is licensed to practice in Florida and Georgia and represents clients in state and federal courts throughout the country. Ms. Raschke co-leads the insurance policy and coverage division of Carlton Fields' Property and Casualty Insurance practice group. She also serves as an editor of the firm's PropertyCasualtyFocus blog, covering legal developments in the property-casualty industry. She devotes time to a variety of professional organizations, and regularly speaks and authors articles regarding the commercial insurance industry. She is a Past Chair of the ABA Property Insurance Law Committee.

loss. At its core, ACV is intended to be a monetary calculation of an amount which will result in indemnification of a policyholder. But, there is no one rule or law which is consistently applied for the calculation of ACV. In fact, in recent years, certain states have attempted to limit the ACV calculation by disallowing depreciation of labor costs used to install building materials, resulting in ACV calculations that bear little resemblance to indemnification.

This paper will review the various methods by which Replacement Cost Value (RCV) and ACV losses are calculated, discuss issues that arise in application to certain types of losses, and provide a state-by-state review of relevant case law effecting the calculation of ACV.

## ACV, the Principle of Indemnity, and Methods of Calculation

Fundamental to the concept of insurance is the principle of indemnity, the idea that a policyholder should be made whole after a loss. Indemnity comes from the Latin word "Indemnus," which is defined as "security against hurt, loss or damage." The concept of indemnity as it relates to insurance is to be unharmed or put back in the position that a policyholder would have been in had no loss occurred.

ACV is a valuation principle that typically seeks to determine the correct amount of monetary indemnification needed to return a policyholder to the condition he or she was in prior to the insured property being damaged – no better, no worse. Accurate determination of indemnity generally (but not always) requires:

1. That the scope of loss and cost to repair or replace the damaged property are correctly calculated, and
2. That the extent to which age, wear, tear, deterioration, obsolescence, and other factors, which effect the value of the damaged property prior to the loss, are appropriately accounted for.

### Replacement Cost and Like Kind and Quality in Real Property Losses

It is generally accepted that in the valuation of most property insurance losses, Replacement Cost (RCV) is defined as the cost to repair or replace property, at the date and time of loss, with materials of like kind and quality. Property insurance policies rarely, if ever, define the term "like kind and quality."

Typically, the scope of loss under a RCV policy assumes that replacement of damaged building materials, which existed at the time of loss, will be replaced with the same material, assuming that the material is available. In older structures, or where building materials may be either obsolete or not legally available due to local laws and ordinances,

[2] Merriam-Webster Dictionary, http://www.merriam-webster.com/dictionary/indemnity (last visited October 15, 2017).

or because materials have been deemed unsafe, it can often be difficult to find material which duplicates that which was damaged or destroyed in a loss.

Some insurance policies have "functional replacement cost" language, which calculates a loss based on the amount it would cost to repair or replace a building or its components using materials that are functionally equivalent to obsolete, antique, or custom methods and materials.[3]

When determining whether substitute building materials represent like kind and quality, and are functionally equivalent, the following simple four step test can and should be used to determine the appropriateness of the functional replacement, and whether betterment results:

1. Will substitute material likely be used in the repair or replacement of damaged material? If yes, then
2. Will the substitute material result in equivalent functional utility as the damaged material? If yes, then
3. Will the substitute material result in a decrease in the remaining useful life of the building or its components? If no, then
4. Will the substitute material result in a decrease in the property's market value or rental value? If no, then the substitute material meets the test of like kind and quality.

Depreciation

In the property valuation world, including insured property losses, depreciation is nothing more than a loss in value. The loss in a property's value can be realized 3 ways:

1. Physical deterioration;
2. Functional obsolescence; or
3. External or economic obsolescence.

During the lifespan of a property, depreciation can be curable[4] or it may be incurable.[5] Physical depreciation typically accounts for the effect of age and deterioration of a building or its components. Depreciation studies are undertaken using several different

[3] Some policies define "functional replacement cost" as the cost to repair or replace a damaged building with less costly common construction materials and methods which are functionally equivalent to obsolete, antique or custom construction materials and methods used in the original construction of the building. In such policies, functional replacement cost is not limited to obsolete, antique, or custom construction materials. Rather, the functional replacement applies to any construction materials or methods used in the original construction, and the insurer can consider any less costly construction materials and methods, so long as they are functionally equivalent to the materials repaired or replaced. *See Matchniff v. Great Northwest Ins. Co.*, 224 F. Supp.3d 1119, 1128-29 (D. Or. 2016).

[4] For example, an old worn out roof can be replaced with a new roof.

[5] Incurable depreciation is typically the effect of age and deterioration on building components that are not typically replaced during the life of the structure.

methods, but the most common method in insurance losses uses the following calculation regardless of whether the deterioration is curable or not:

- Determine whether the scope of loss and cost to repair or replace results in betterment.
- Determine the effective age and expected useful (or remaining useful life) of the damaged component.
- Develop a ratio of effective age to expected useful life (or remaining useful life).
- Calculate the percentage of depreciation (or dollar value of betterment) for the item and deduct it from the RCV loss value.

The vast majority of insurance losses use this "RCV loss minus physical deterioration/depreciation" method to determine ACV, particularly in partial losses.

Functional obsolescence is the effect of a flaw in the structure, materials or design of the building. This type of depreciation is calculated using several methods, but the measurement of functional obsolescence is most commonly used in a market value calculation where the deduction is taken for the purposes of determining value using the so called "Cost Approach" where the land value and depreciated value of the building and site improvements are added together to determine the market value of a structure. Functional obsolescence in an insurance loss can be measured several ways, but typically the following methods are considered.

1. Deduction for obsolete building materials and methods. For example, assume a loss is sustained to a 75-year-old warehouse which was constructed of solid brick bearing walls. The modern method of constructing an equivalent warehouse might be to construct the walls with brick and concrete block at a substantially lower cost. The difference in cost would be one of the measures of obsolescence. Of course, if the RCV loss were calculated using the functional (and likely) replacement of the obsolete material/ building method instead of the duplicate material (even it is available) there would be no need to take the deduction. The virtue in this case of determining the RCV loss with substitute material, is that the resultant loss calculation is often the best indicator of the amount likely to be expended to make repairs to a structure.
2. Now assume that in our warehouse building above, the insulation factor of the brick and block wall results in a building which is more energy efficient and results in a lower cost to heat. In a market value calculation, the appraiser would look at the cost of energy savings by using the legally permissible (and likely to be used) building materials/methods, and "capitalize" the expense savings into an indication of the market value differential. This method is most likely to be used in the depreciation of an insurance loss where market value is considered in the ACV determination.

External or economic obsolescence reflect the effect on value caused by factors external (outside) of the subject building. External obsolescence is related to locational and

economic factors in the marketplace, and thus its calculation typically requires a real estate appraisal, which looks at locational, economic and other factors which have a bearing on overall depreciation.

The Three Methods to Determine ACV

The determination of ACV is jurisdiction specific, however, there are three methods:

1. Replacement (or Repair) cost minus depreciation.
2. Fair Market Value, in which the pre-loss and post loss market value of the structure (without considering the site) is determined, and the difference (loss in value) is considered the ACV. The cost of debris removal is typically added back in the overall ACV determination.
3. The Broad Evidence Rule, in which all factors having a bearing on indemnity can be considered but are not given equal weight. The most widely used factors in broad evidence calculations are replacement cost minus depreciation and market value. The cost of debris removal is typically added back in the overall ACV determination.

Replacement Cost Minus Depreciation

While it is the minority approach in terms of judicial application,[6] the method most commonly used by insurers and adjusters in determining ACV for partial, and many total, losses is replacement cost minus depreciation. Depreciation is generally "defined as a 'decline in an asset's value because of use, wear, obsolescence, or age.'"[7] Typically, a percentage deduction is taken from replacement cost to account for physical deterioration. In certain circumstances, functional obsolescence is considered in this type of calculation, but can be moot if the RCV loss is calculated using modern materials, means and methods, as described above in the like kind and quality test.

With respect to physical deterioration, the most accurate method to calculate depreciation is to consider the cost to cure, which determines the cost of making replaceable building components "as new." For example, assume that a roof has a 25-year life expectancy. If a loss occurs 20 years after installation, the roof may be considered to have a remaining useful life of 5 years before it would otherwise have required replacement. A calculation that is typically applied to determine the ACV of the roof might be as follows:

[6] *See* Appendix for a state-by-state review of valuation rules.
[7] *Trinidad v. Florida Peninsula Ins. Co.*, 121 So. 3d 433, 438 (Fla. 2013) (quoting *Black's Law Dictionary* 506, 1690 (9th ed. 2009).

| | |
|---|---|
| Cost to Replace roof | $100,000 |
| Expected Life (years) | 25 |
| Age (years) | 20 |
| Percent | 80% |
| Amount of Depreciation | $80,000 |
| ACV | $20,000 |

Notice in the above example that the 5 years of remaining useful life resulted in an "age to life" ratio of 20/25. A ratio of age to life results in the depreciation of the building component being on a straight line and assumes that the rate of deterioration is the same in each year of life. Some theories of physical depreciation use "curves" which are established and presented in tables that reflect the notion that depreciation of a building or its components does not deteriorate at an even and constant rate over its life.[8] Actual age and expected life are typically used in these calculations.

The preferential method of determining physical depreciation is utilizing "effective" age as opposed to "actual age". From the perspective of this building consultant, effective age is a far more accurate method, in that it allows the professional who is determining depreciation to make an informed judgment based on the maintenance of a component, or lack thereof. For instance, certain building components can survive well beyond estimates of expected life, or if they are poorly maintained, can cease to have value prior to their expected life. In any ACV calculation the purpose is to objectively determine the "amount to indemnify" a policyholder for a loss.

Fair Market Value

Only a minority of states adopt a strict Fair Market Value approach to ACV, but this is perhaps the most straightforward method. In the event a property suffers a loss, it is assumed that indemnity can be established by determining the effect that the loss had on the market value of the property. "Thus when the policy provides for 'actual cash value' it means 'fair market value,' which appraisal term is uniformly defined as 'the amount of money which a purchaser willing but not obliged to buy the property would pay to an owner willing but not obliged to sell it, taking into consideration all uses to which the property is adapted and might in reason be applied.'"[9]

"In case of a partial loss, the market value approach looks to determination of the difference between the respective market values of the structure before and after the [loss]."[10] If a building sustains a total loss, the market value of the property pre-loss, plus the cost to clear debris, less the remaining land value is a measurement which can simply

[8] The Marshall Value Service, a well-known publication used to determine replacement cost of structures uses curves to recommend depreciation in its publication. *Marshall Valuation Service.* Marshall & Swift/Boeckh, LLC, Published Quarterly.
[9] *American Reliance Ins. Co. v. Perez*, 689 So. 2d 290, 291 (Fla. 3d DCA 1997) (quoting *City of Tampa v. Colgan*, 163 So. 577, 582 (Fla. 1935)).
[10] *Elberon Bathing Co., Inc. v. Ambassador Ins. Co.*, 389 A.2d 439,443 (N.J. 1978).

determine indemnity. In a partial loss, in most cases, the diminution of value pre-loss versus post-loss can typically be determined by the cost to repair or replace the building components which are damaged, less a deduction for depreciation.

In certain cases, even a partial loss will exceed market value. In such cases, although the cost to repair the building may need to be determined to establish a maximum payment under the RCV provision, the starting point for ACV determination will be simply to look at the market value of the entire property.

<u>The Broad Evidence Rule</u>

The Broad Evidence Rule is the majority rule; it is the rule for judicial application in nearly half of the states. The Broad Evidence Rule is, however, perhaps the most difficult of the rules to apply because it generally requires that the determination of ACV consider "every fact and circumstance which would logically tend to the formation of a correct estimate of the loss."[11]

The Broad Evidence Rule bases ACV on an analysis of different factors, typically including, but not limited to:

- RCV minus depreciation;
- Market value of the structure;
- Measurement of pre-loss vs. post-loss market value of the property; and
- Value in use to the insured, where the value to the insured or its business is different than the result from the above measurements.

The broad evidence determination does not require that equal weight be given to any one factor, but instead requires that ACV be determined taking into consideration all of the factors, with the ultimate determination being based on the facts and circumstances unique to any given property loss. One of the best explanations of the broad evidence rule can be found in the New Jersey Supreme Court's decision in *Elberon Bathing Co. v. Ambassador Insurance Company*:

> We find the rationale of the broad evidence rule to be compelling. It requires the fact-finder to consider all evidence an expert would consider relevant to an evaluation, and particularly both fair market value and replacement cost less depreciation. If the appraiser finds it appropriate under the particular circumstances he may, after weighing both factors, settle on either alone.[12]

Thus, "the broad evidence rule concerns not only the type of evidence that a fact-finder may consider, but also the fact-finder's discretion in assigning importance to the evidence. Under the broad evidence rule, fact-finders may place 'such weight as they

[11] *McAnarney v. Newark Fire Ins. Co.*, 159 N.E. 902, 905 (N.Y. 1928).
[12] *Elberon*, 389 A.2d at 444.

deem proper' on any factor relevant to the value of the destroyed property."[13]

**Application of ACV Calculations to Particular Losses**

Following is a discussion of the calculation of ACV in certain loss scenarios.

The Historical "California Conundrum"

California recently changed its statute regarding the definition of ACV. However, it is useful to look at the statute prior to it being changed in 2020. Prior to 2020, California, a market value state, created what could best be described as a conundrum as regards the determination of ACV. Cal. Ins. Code § 2051 previously defined actual cash value as:

> (a) Under an open policy, the measure of indemnity in fire insurance is the expense to the insured of replacing the thing lost or injured in its condition at the time of the injury, the expense being computed as of the time of the commencement of the fire.
>
> (b) Under an open policy that requires payment of actual cash value, the measure of the actual cash value recovery, in whole or partial settlement of the claim, shall be determined as follows:
>
> (1) In case of total loss to the structure, the policy limit or the fair market value of the structure, whichever is less.
>
> (2) In case of a partial loss to the structure, or loss to its contents, the amount it would cost the insured to repair, rebuild, or replace the thing lost or injured less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. In case of a partial loss to the structure, a deduction for physical depreciation shall apply only to components of a structure that are normally subject to repair and replacement during the useful life of that structure."

Further, as set forth in Title 10 § 2695.9 of the California Insurance Code of Regulations, depreciation is required to be itemized and in the event of a partial loss, the labor cost implicit in the RCV loss calculation is not subject to depreciation:

> (f) When the amount claimed is adjusted because of betterment, depreciation, or salvage, all justification for the adjustment shall be contained in the claim file. Any adjustments shall be discernable, measurable, itemized, and specified as to dollar amount, and shall accurately reflect the value of the betterment, depreciation, or salvage. Any adjustment for betterment or depreciation shall reflect a measurable difference in market value attributable to the condition and age of the property and apply only to property normally subject to

[13] *SR Intern. Bus. Ins. Co. Ltd. v. World Trade Ctr. Properties, LLC*, 445 F. Supp. 2d 320, 342 (S.D.N.Y. 2006) (quoting *Sebring v. Firemen's Ins. Co. of Newark, N.J.*, 227 A.D. 103, 104 (N.Y. App. Div. 1929).

repair and replacement during the useful life of the property. The basis for any adjustment shall be fully explained to the claimant in writing.

(1) Under a policy, subject to California Insurance Code Section 2071, where the insurer is required to pay the expense of repairing, rebuilding or replacing the property destroyed or damaged with other of like kind and quality, the measure of recovery is determined by the actual cash value of the damaged or destroyed property, as set forth in California Insurance Code Section 2051. Except for the intrinsic labor costs that are included in the cost of manufactured materials or goods, the expense of labor necessary to repair, rebuild or replace covered property is not a component of physical depreciation and shall not be subject to depreciation or betterment.

Prior to 2020, The "California Conundrum," in the opinion of the authors, made no practical sense under an indemnity theory. On the one hand, if a building were a total loss, then the ACV was determined using the market value method. Few could argue that this was not the textbook definition of indemnity. On the other hand, if the building was a partial loss, the regulation governing how to determine ACV resulted in betterment in almost all instances.

For example, assume a residential structure that is 40 years old, had a 25-year-old roof and 15-year-old air conditioning compressors, virtually at the end of their useful lives, that are damaged in a lightning strike. The market value determination[14] of the property prior to the loss would consider the cost to cure the defects (in other words, the cost to install a new roof and new compressors). Any prudent purchaser of real estate would consider necessary replacements or deferred maintenance that would be required in the determination of how much to pay for a property. Those costs, when incurred, will include not only the material necessary to make repairs, but also labor, equipment, delivery costs, contractor markup, and any other costs necessary to effectuate the replacement. Therefore, by limiting the extent to which ACV is fairly calculated by eliminating the depreciation of labor, California, formally a market value state, had arguably created a system where betterment resulted if an insured experienced a partial loss. In California, a partial loss calculation does not necessarily bear a direct relationship to the insured's economic loss and the insured may be more than indemnified for a loss.

[14] In a "cost approach" determination used by a real estate appraiser, in which the depreciated replacement cost of the improvements is added to land value.

In what can best be described as a shift away from the principle of indemnity, effective, January 1, 2020, Cal. Ins. Code § 2051 was amended, removing any reference to Market Value, as follows:

> **(a)** Under an open policy, the measure of indemnity in fire insurance is the expense to the insured of replacing the thing lost or injured in its condition at the time of the injury, the expense being computed as of the time of the commencement of the fire.
> **(b)** Under an open policy that requires payment of actual cash value, the measure of the actual cash value recovery, in whole or partial settlement of the claim, for either a total or partial loss to the structure or its contents, shall be the amount it would cost the insured to repair, rebuild, or replace the thing lost or injured less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation shall apply only to components of a structure that are normally subject to repair and replacement during the useful life of that structure.

Regardless of the California changes to the statute, other jurisdictions apply different rules to partial losses. For example, in *Thomas v. Am. Family Mut. Ins. Co.*,[15] the Supreme Court of Kansas held that the term actual cash value, when applied to a partial loss from windstorm under a homeowners policy, "means the cost to repair without any reduction for depreciation." In reaching its decision, it found guidance in *Sperling v. Liberty Mut. Ins. Co.*,[16] in which the Florida Supreme Court was determining the meaning of actual cash value of a partial loss under the Florida valued policy statutes.[17] Similarly, Pennsylvania law holds that an insurance company may not deduct for depreciation in the event of a partial loss that does not exceed the depreciated value of the whole property.[18] Thus, under Pennsylvania law, "in partial loss situations, in the absence of clear language to the contrary, an insurer may not deduct depreciation from the replacement cost of a policy and . . . the phrase 'actual cash value' may not be interpreted as including a depreciation deduction, where such deduction would thwart the insured's expectation to be made whole."[19]

---

[15] 666 P.2d 676, 679 (Kan. 1983).
[16] 281 So.2d 297 (Fla. 1973).
[17] Fla. Stat. § 627.702(2) provides that in the event of a partial loss by fire or lightning of any building, structure, mobile home, or manufactured home, "the insurer's liability, if any, under the policy shall be for the actual amount of such loss but shall not exceed the amount of insurance specified in the policy as to such property and such peril."
[18] See Farber v. Perkiomen Mut. Ins. Co., 88 A.2d 776, 779 (Pa. 1952).
[19] Kane v. State Farm Fire & Cas. Co., 841 A.2d 1038, 1047 (Pa. Super. 2003).

Depreciation of Labor

In recent years, an issue has arisen regarding whether an insurer can properly depreciate labor when calculating actual cash value. Several putative class actions have been filed, and courts have come down on both sides of the issue. The debate tends to involve whether the courts find the policy language to be unambiguous and/or whether they believe an insured would reasonably understand that labor is among the categories of components subject to depreciation. As such, a court is most likely to allow depreciation of labor if insurance policies specifically allow for it.

In *Papurello v. State Farm Fire & Cas. Co.*,[20] the insureds filed a putative class action alleging that the insurer violated Pennsylvania law in the way in which it calculated actual cash value. The court held that the policy clearly provided for actual cash value, with full replacement cost coverage only being provided if the insured repaired or replaced the partial damage at issue. The court then considered whether taxes and labor can be depreciated in calculating ACV. The court acknowledged a split in authority on whether labor can be depreciated but concluded that the insureds' claim that the insurer breached the policy by depreciating taxes and labor, was without merit as a matter of law. The court determined that covered property, like a roof, refers to a finished product, which is "the result or physical manifestation of combining knowhow, labor, physical materials . . . and anything else required to produce the final, finished roof itself."[21] The court found the insureds' view that property equates to only the physical materials strained reason.

In *Labrier v. State Farm Fire & Cas. Co.,*[22] the district court had held the term "actual cash value" to be inherently ambiguous because it was not defined in the policy. The district court went on to rule in favor of class certification on the issue of whether the insurer "may withhold labor depreciation from ACV payments under Missouri law."[23] This ruling was reversed by the Eighth Circuit in *In re: State Farm Fire and Cas. Co.*[24]

---

[20] 144 F. Supp.3d 746 (W.D. Penn. 2015).
[21] *Id.* at 770 (emphasis original).
[22] 147 F. Supp.3d 839 (W.D. Mo. 2015)
[23] *Labrier v. State Farm Fire & Cas. Co.*, 315 F.R.D. 503, 522 (W.D. Mo. 2016).
[24] 872 F.3d 567 (8th Cir. 2017).

The Eighth Circuit held that "'actual cash value' has an unambiguous meaning under Missouri law – the difference in the fair market value of the damaged property immediately before and after the loss."[25] This is an amount that must be estimated, and the insurer's method of depreciating replacement cost is a practical and reasonable method for estimating the fair market value of the property, or ACV, at the time of loss. The court further found that while the insurer's use of Xactimate estimating methodology could produce an unreasonable estimate of ACV, that would have to be determined on a case by case basis, precluding common facts that would warrant class certification.

The Nebraska Supreme Court similarly rejected an insured's argument, in favor of a purported class action, asserting labor had been wrongfully depreciated when calculating ACV. In *Henn v. American Family Mut. Ins. Co.*,[26] the court held that ACV "is not a substantive measure of damages, but, rather, a representation of the depreciated value of the property immediately prior to damages."[27] Because the unambiguous definition of ACV is "depreciation of the whole," the court held that "the insured is not underindemnified by receiving the depreciated amount of both materials and labor."[28]

In *Wilcox v. State Farm Fire & Cas. Co.*,[29] the Supreme Court of Minnesota held that under the broad evidence rule, the jury can consider depreciation of labor. The broad evidence rule does not dictate whether labor is depreciable or not, so the jury is able to consider evidence related to the determination of actual cash value, including "embedded-labor-depreciation." The district court followed the *Wilcox* reasoning in *Matchniff v. Great Northwest Ins. Co.*[30] There, the court held that "when calculating ACV, the labor necessary for replacement of certain parts of the structure may be depreciable; it depends on the nature of damage being replaced and other factors related to ACV."[31] Thus, the court found depreciation of labor to be a case-by-case inquiry.

While deprecation of the whole – both materials and labor – arguably makes sense in the context of an indemnification policy, not all courts have allowed labor to be depreciated. In finding against insurers, courts have held the terms "actual cash value" or "depreciation" to be ambiguous.[32] If a court finds an ambiguity, coverage generally will be construed in favor of the policyholder. In such an instance, one court has noted that "it is not necessary . . . to reach the decision of whether labor can logically depreciate or whether indemnity is accomplished. It is enough that we find the contracts ambiguous and that under our standard of review, the interpretation of the insured must prevail."[33]

---

[25] *Id.* at 574.
[26] 894 N.W.2d 179 (Neb. 2017).
[27] *Id.* at 186 (citation omitted).
[28] *Id.* at 190.
[29] 874 N.W.2d 780 (Minn. 2016).
[30] 224 F. Supp.2d 1119 (D. Or. 2016).
[31] *Id.* at 1130.
[32] *See e.g.*, *Lains v. American Family Mut. Ins. Co.*, No. C14-1982-JCC, 2016 WL 4533075, at *2 (W.D. Wash. Feb. 2, 2016) (finding policy language ambiguous and ruling that an insurer improperly depreciated labor costs where the policy defined actual cash value as "the amount it costs to repair or replace property with like king and quality less depreciation for physical deterioration and obsolescence").
[33] *Shelter Mut. Ins. Co. v. Goodner*, 477 S.W.3d 512 (Ark. 2015).

Note, though, that State legislatures or insurance departments may also weigh in. For example, after the Supreme Court of Arkansas[34] held that labor may not be depreciated notwithstanding policy language that specifically allowed for it,[35] the Arkansas legislature passed a law allowing insurance policies to provide for depreciation of "the cost of goods, materials, labor, and services necessary to replace, repair, or rebuild damaged property."[36] Similarly, Mississippi Insurance Department Bulletin 2017-8 states, "There is no statutory law in Mississippi prohibiting the practice of labor depreciation in the adjustment of property loss claims. If such a practice is used, the insurer should clearly provide for depreciation of labor in the insurance policy." This bulletin emphasizes the importance of clear policy language.

Depreciation of Overhead and Profit and Sales Tax

As part of the calculation of actual cash value, in addition to depreciation of labor, some courts also allow depreciation of overhead and profit. Courts holding that overhead and profit can be depreciated recognize that ACV "includes overhead and profit where the insured is reasonably likely to need a general contractor for repairs," so overhead and profit can be depreciated.[37] For example in *Tolar v. Allstate Texas Lloyd's Co.*,[38] the court held that "[b]ecause [general contractor overhead and profit ("GCOP")], sales tax, repair costs, and property value together represent the total replacement cost value, it follows naturally that GCOP, sales tax, repair costs, and property value ought to be depreciated together to reach the ACV payment." Similarly, in *Trinidad v. Florida Peninsula Ins. Co.*,[39] the Florida Supreme Court agreed that "overhead and profit are like all other costs of a repair, such as labor and materials, the insured is reasonably likely to incur …. [and] like a portion of all other costs, [it] could be depreciated in an actual cash value policy."

From the perspective of this valuation expert, depreciation of overhead and profit is not logical per se. Rather, the appropriate method is to apply overhead and profit in the same percentages as was calculated in determining the RCV loss. Because overhead and profit does not represent physical assets that can deteriorate, it cannot be depreciated. Overhead and profit, however, are added to the cost to repair or replace a structure, as such, logically, the amount of overhead and profit which applies to the depreciated loss would be less than the amount added to the RCV value. This is not a depreciation of overhead and profit, but rather an application of a consistent percentage.

Applicable sales taxes are calculated in the same manner as overhead and profit. If the value of the material is depreciated, the percentage for sales tax is applied to the depreciated amount. These calculations have the virtue of putting the policyholder back in the same position as prior to the loss - no better, no worse, or, in other words, effectuating indemnity.

---

[34] See e.g., Lains v. American Family Mut. Ins. Co., No. C14-1982-JCC, 2016 WL 4533075, at *2 (W.D. Wash. Feb. 2, 2016) (finding policy language ambiguous and ruling that an insurer improperly depreciated labor costs where the policy defined actual cash value as "the amount it costs to repair or replace property with like king and quality less depreciation for physical deterioration and obsolescence").

[35] Shelter Mut. Ins. Co. v. Goodner, 477 S.W.3d 512 (Ark. 2015).

[36] Ark. Stat. § 23-88-106.

[37] See e.g., Goff v. State Farm Florida Ins. Co., 999 So.2d 684, 689 (Fla. 2d DCA 2008).

[38] 772 F. Supp. 2d 825, 831 (N.D. Tex. 2011).

[39] 121 So. 3d 433, 438 (Fla. 2013).

Depreciation of Repairs

The question of whether "repairs" are depreciable can be controversial. The argument that "repairing" something does not result in betterment requires a case by case analysis depending on the circumstances of each individual loss.

Partial losses often involve replacement of old worn out materials with equivalent materials which are new, resulting in longer useful life, and potentially increased value. If betterment results, repairs can and should be depreciated. By contrast, many "repairs" do not involve betterment. For example, does replacement of a pump or motor on a 30-year-old home heating boiler result in betterment? Perhaps the answer is no.

When considering depreciation of partial losses, the items of loss need to be looked at objectively to determine whether applying depreciation results in betterment. If the "repaired" building component result in any of the following: a longer useful life; lower operating expenses; increased market value; or better functional utility, then the insured may be in a position that is better than prior to a loss. Where the converse is true, then depreciation of a "repaired" component may not be appropriate. In any event, care should always be taken to determine whether repairs result in betterment.

Depreciation of Losses Calculated Using Substitute Materials

Whether losses which are calculated on a repair or replacement cost using substitute of functionally equivalent materials can be depreciated can be controversial.

Policyholders and their advocates may argue that when functional replacement cost is used in calculating the cost to repair or replace, then the ACV loss is equivalent to the functional RCV. However, this is often not the case. Where existing material is obsolete or too expensive to install, and substitute materials are available and likely to be used in the repair process, betterment may result.

For example, assume that lightning strikes an air conditioning compressor that is 20 years old and is nearing the end of its useful life. A duplicate compressor is unlikely to be available, and the replacement would involve installation of a modern, code compliant, more energy efficient equivalent model. There is little legitimate argument that the replacement of a modern functional equivalent unit in this example results in betterment. Upon installation, the replacement material will have an increased remaining useful life, result in lower energy costs to the owner, and will likely have a positive impact on the market value of the property.

## Conclusion

The calculation of actual cash value is both an individual loss and jurisdiction specific exercise, requiring knowledge of not only the legal limitations in certain states, but also a firm grasp on the elements which result in depreciation and indemnity. The Appendix provides a state-by-state review of valuation rules that affect the calculation of ACV.

# Appendix

## State-by-State Review of Valuation Rules

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Alabama | **Fair Market Value**<br>"We are also referred to our own case of *Glens Falls Ins. Co. of New York v. Garner*, 229 Ala. 39, 155 So. 533 (1934) for the statement contained in that opinion, that actual cash value 'means, and can only mean, what the thing is worth in money, allowing for depreciation.' An earlier case, *Sussex Fire Ins. Co. v. Barton*, 225 Ala. 570, 574, 144 So. 439 (1932), contains a dictum recognizing market value as the measure of recovery." *Commercial Union Ins. Co. v. Ryals*, 355 So. 2d 684, 685 (Ala. 1978) | **No**<br>Where ACV was undefined in the policy, the insurer was not able to demonstrate that the policy unambiguously provides for depreciation of labor costs. Arnold v. State Farm Fire & Cas. Co., 268 F. Supp.3d 1297 (S.D. Ala. 2017) |
| Alaska | **Replacement Cost Less Depreciation**<br>"The correct calculation for a total loss on the basis of actual cash value is based upon the actual cost to purchase a comparable item, including all applicable taxes, license fees, destination or delivery charges, and other fees incident to transfer of ownership." State of Alaska Department of Commerce and Economic Development, Bulletin 93-08 Re: Adjusters and Appraisers; Nonresident Adjusters; ACV and Salvage 2 (May 10, 1993), State of Alaska Department of Commerce and Economic Development | No case directly on point |
| Arizona | **Replacement Cost Less Depreciation**<br>"Actual Cash Value equals the replacement cost less depreciation."<br>Arizona Department of Insurance, Commonly Used Insurance Terms, https://insurance.az.gov/commonly-used-insurance-terms (last visited Jan. 31, 2018) | No case directly on point |
| Arkansas | **Replacement Cost Less Depreciation Implied**<br>"The policy at issue fails to define the term 'actual cash value;' however, both parties seem to agree that in determining 'actual cash value,' some form of depreciation is allowed. Indeed, Black's Law Dictionary defines 'actual cash value' as '[r]eplacement cost minus normal depreciation.' *Black's Law Dictionary* 1690 (9th ed.2009)." *Adams v. Cameron Mut. Ins. Co.*, 430 S.W.3d 675, 678 (Ark. 2013) | **Yes**<br>Insurance policies may allow for expense depreciation which means "depreciation, including but not limited to the cost of goods, materials, labor, and services necessary to replace, repair, or rebuild damaged property. Ark. Stat. § 23-88-106 |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
| --- | --- | --- |
| California | **<u>Fair Market Value</u>**<br>"**(a)** Under an open policy, the measure of indemnity in fire insurance is the expense to the insured of replacing the thing lost or injured in its condition at the time of the injury, the expense being computed as of the time of the commencement of the fire.<br>**(b)** Under an open policy that requires payment of actual cash value, the measure of the actual cash value recovery, in whole or partial settlement of the claim, for either a total or partial loss to the structure or its contents, shall be the amount it would cost the insured to repair, rebuild, or replace the thing lost or injured less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation shall apply only to components of a structure that are normally subject to repair and replacement during the useful life of that structure." Cal. Ins. Code § 2051 (2020) | **<u>No</u>**<br>"Except for the intrinsic labor costs that are included in the cost of manufactured materials or goods, the expense of labor necessary to repair, rebuild or replace covered property is not a component of physical depreciation and shall not be subject to depreciation or betterment." CAL. CODE REGS. tit. 10, § 2695.9(f)(1) (2016). |
| Colorado | **<u>Broad Evidence Rule</u>**<br>"To ascertain a fire loss, not only is the express evidence concerning original cost, replacement value and depreciation to be looked to, but the trier of the facts should call to his aid every other fact and circumstance which logically would tend to the formation of a correct estimate of the loss, including original cost, the cost of replacement, depreciation, the opinions of witnesses, declarations against interest and the uses to which the property might have been put." *Nebraska Drillers v. Westchester Fire Ins. Co. of New York*, 123 F. Supp. 678, 681 (D. Colo. 1954) | No case directly on point |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Connecticut | **Broad Evidence Rule**<br>"In determining the actual cash value of the property, the jury could consider, 'under the socalled [sic] broad evidence rule, any evidence logically tending to the formation of a correct estimate of the value' of the insured property." *Giulietti v. Connecticut Ins. Placement Facility*, 534 A.2d 213, 216 (Conn. 1987) | No case directly on point |
| Delaware | **Fair Market Value**<br>"It is obvious that the trial Judge meant 'fair market value', as defined in Fitzsimmons, supra, when he used the expressions 'true value' or 'market value' or 'actual cash value', and that he correctly applied that definition in reaching his conclusion." *Metro. Mut. Fire Ins. Co. v. Carmen Holding Co.*, 220 A.2d 778, 780 (Del. 1966) | No case directly on point |

# Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Florida | **Broad Evidence Rule**<br>"In *New York Central Mutual Fire Ins. Co. v. Diaks*, Fla.1954, 69 So.2d 786, the Supreme Court indicates that in these matters Florida will adhere to the so-called 'Broad Evidence Rule.' Under this rule, any evidence logically tending to establish a correct estimate of the value of the damaged or destroyed property may be considered by the trier of facts to determine 'actual cash value' at the time of loss." *Worcester Mut. Fire Ins. Co. v. Eisenberg*, 147 So. 2d 575, 576 (Fla. 3d DCA 1962) | **Yes**<br>"The Second District [in *Goff*] correctly determined, in essence, that overhead and profit are like all other costs of a repair, such as labor and materials, the insured is reasonably likely to incur …. The Second District therefore held that a portion of overhead and profit, like a portion of all other costs, was included but could be depreciated in an actual cash value policy." *Trinidad v. Florida Peninsula Ins. Co.*, 121 So. 3d 433, 438 (Fla. 2013) |
| Georgia | **Fair Market Value**<br>"It follows therefore that the basic measure of loss under this policy is not original cost or replacement value as contended by the defendant insurer, but is actual value which has been defined as fair market value of the property at the time of loss." *Am. Cas. Co. of Reading, Pa. v. Parks-Chambers, Inc.*, 142 S.E.2d 275, 277 (Ga. Ct. App. 1965) | No case directly on point |
| Hawaii | No First Party Property Case | No case directly on point |
| Idaho | **Broad Evidence Rule**<br>"It is apparent the jury did not consider the cost of replacing these goods as the basis for their valuation, but rather followed another instruction which told them to determine the actual cash value from a consideration of all the conditions and circumstances appearing by the evidence." *Boise Ass'n of Credit Men v. U.S. Fire Ins. Co.*, 256 P. 523, 528 (Idaho 1927) | No case directly on point |
| Illinois | **Replacement Cost Less Depreciation**<br>"Illinois courts have rejected both the 'market value' and the 'broad evidence' tests, instead applying the aforementioned 'replacement cost less depreciation' test in determining the actual cash value of damaged property." *Carey v. Am. Family Brokerage, Inc.*, 909 N.E.2d 255, 263 (Ill. App. Ct. 2009) | **No**<br>"Where Illinois's insurance regulations provide that the 'actual cash value' of an insured, damaged structure is determined as 'replacement cost of property at the time of loss less depreciation, if any,' and the policy does not itself define actual cash value, only the property structure and materials are subject to a reasonable depreciation, and depreciation may not be applied to the intangible labor component." *Sproull v. State Farm Fire & Cas. Co.*, No. 5-18-0577, -- N.E.3d – (Ill. App. Ct. July 24, 2020) |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Indiana | **<u>Broad Evidence Rule</u>**<br>"The *Broad Evidence Rule* has now become the majority rule, having been adopted in at least twenty-three states …. This is a sound rule of law and was given tacit approval by our Court of Appeals in *Atlas Construction Co. Inc. v. Indiana Insurance Company*, supra." *Travelers Indem. Co. v. Armstrong*, 442 N.E.2d 349, 356-57 (Ind. 1982) | No case directly on point |
| Iowa | **<u>Broad Evidence Rule</u>**<br>"No hard and fast rule can be laid down by which the amount of such indemnity can be determined in all cases. 25 C.J.S., Damages, p. 608, § 85; Annotation L.R.A.1917A, 367. Where insured property that is destroyed is bought and sold in the market in the ordinary course of dealing, its market value is usually taken to be its "actual cash value" at the time of the loss, for which recovery may be had …. Where, however, the property has no recognized market value that is fairly indicative of its real value, the 'actual cash value' of the property must be determined without resort to market value." *Britven v. Occidental Ins. Co.*, 13 N.W.2d 791, 793 (Iowa 1944) (citation omitted) | No case directly on point |
| Kansas | **<u>Cost to Repair – Partial Loss Only</u>**<br>"We hold that the term 'actual cash value,' when applied to a partial loss under the insurance policy and facts in this case, means the cost to repair without any reduction for depreciation."<br>*Thomas v. Am. Family Mut. Ins. Co.*, 666 P.2d 676, 679 (Kan. 1983) | **<u>Yes, If the Policy Allows for Depreciation</u>**<br>"Under the rules of construction for insurance contracts, this Court believes that a reasonable person in Graves's position would expect American Family to depreciate all costs necessary to (re)creating the insured 'property'—including the costs associated with labor—when calculating actual cash value." *Graves v. Am. Family Mut. Ins. Co.*, No. 14-2417-EFM-JPO, 2015 WL 4478468, at *3 (D. Kan. July 22, 2015) |

# Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Kentucky | **Broad Evidence Rule**<br>"The same rule is discussed in Couch on Insurance 2d, Section 54:137, in which it is referred to as the 'broad evidence rule' …. It is clear, we think, that there was evidence warranting submission of the issue to the jury as to what the actual cash value of the property was at the time of the loss. It is plain that the jury recognized that the cost of restoration was not the conclusive measure and that the jury took into consideration the theory advanced by the appellant and supported somewhat by its witnesses." *Am. States Ins. Co. v. Mo-Lex, Inc.*, 427 S.W.2d 236, 238 (Ky. 1968) | **No**<br>"The very idea of depreciating the value of labor defies good common society." Bailey v. State Farm Fire & Cas. Co., No. CIV.A. 14-53-HRW, 2015 WL 1401640, at *8 (E.D. Ky. Mar. 25, 2015); see also Hicks v. State Farm Fire & Cas. Co., 751 F. App'x 703, 708 (6th Cir. 2018 (holding that even though Kentucky law defines ACV as replacement cost minus depreciation, policy is ambiguous because it does not specifically address what can be depreciated). |
| Louisiana | **Replacement Cost Less Depreciation**<br>"Under Louisiana law, 'actual cash value' is defined as the reproduction cost less depreciation." *Hackman v. EMC Ins. Co.*, 984 So. 2d 139, 143 (La. Ct. App. 2008) | No case directly on point |
| Maine | **Fair Market Value**<br>"We take as settled principles of law in Maine … the term 'actual cash value' in the fire insurance policy signifies the fair market value of the insured property, as measured by the usual test of what a willing buyer would offer and a willing seller accept in a cash sale on an open and free market." *Gendron v. Pawtucket Mut. Ins. Co.*, 384 A.2d 694, 697 (Me. 1978) | No case directly on point |
| Maryland | **Broad Evidence Rule**<br>"Some courts have held that 'actual cash value' is equivalent to cost of reproduction less depreciation, but we think the best considered cases hold that cost of reproduction is not the measure of 'actual cash value', but is very important evidence of value." *Schreiber v. Pac. Coast Fire Ins. Co.*, 75 A.2d 108, 111 (Md. 1950) | No case directly on point |
| Massachusetts | **Broad Evidence Rule**<br>"Massachusetts employs the 'broad evidence rule.'" *O'Connor v. Merrimack Mut. Fire Ins. Co.*, 897 N.E.2d 593, 598 (Mass. App. Ct. 2008) | No case directly on point |

# Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Michigan | **Broad Evidence Rule**<br>"In determining what constitutes the 'actual cash value' of an item at the time of loss, a trier of fact may consider 'any evidence logically tending to the formation of a correct estimate of the value of the destroyed or damaged property[.]' *Davis v. Nat'l American Ins. Co.*, 78 Mich.App 225, 233; 259 NW2d 433 (1977) (quotation marks and citation omitted). Under this so-called 'broad evidence rule, the courts have not abandoned consideration of either market or reproduction or replacement values in arriving at 'actual cash value,' but view them merely as guides in making that determination, rather than shackles compelling strict adherence thereto.'"<br>*Haley v. Farm Bur. Ins. Co.*, 302158, 2013 WL 4525924, at *9 (Mich. Ct. App. 2013) | No case directly on point |
| Minnesota | **Broad Evidence Rule**<br>"In *Brooks Realty*, we adopted the broad evidence rule, concluding that the breadth of discretion provided to the trier of fact under the broad evidence rule would best 'effectuate complete indemnity' of the insured."<br>*Wilcox v. State Farm Fire & Cas. Co.*, 874 N.W.2d 780, 784 (Minn. 2016) | **Trier of Fact Can Consider It**<br>"When a homeowner's insurance policy does not define the term "actual cash value" or otherwise state whether embedded labor costs are depreciable for the purpose of calculating actual cash value, the trier of fact may consider embedded-labor-cost depreciation when such evidence logically tends to establish the actual cash value of a covered loss."<br>*Wilcox v. State Farm Fire & Cas. Co.*, 874 N.W.2d 780, 785 (Minn. 2016) |

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Mississippi | **Replacement Cost**<br>"We hereby construe the policy to mean that 'actual cash value' means replacement cost of household furniture and furnishings insured by the policy in question." *Lititz Mut. Ins. Co. v. Buckley*, 261 So. 2d 492, 494 (Miss. 1972) | **No – Unless Clearly Stated in Policy**<br>Finding that the meaning of "actual cash value" in the policy was ambiguous, the court held that the policy "does not allow Underwriters to depreciate labor when calculating" ACV. *Titan Exteriors, Inc. v. Certain Underwriters at Lloyd's, London*, 297 F. Supp.3d 628, 634 (N.D. Miss. 2018)<br><br>"There is no statutory law in Mississippi prohibiting the practice of labor depreciation in the adjustment of property loss claims. If such a practice is used, the insurer should clearly provide for depreciation of labor in the insurance policy." Mississippi Insurance Department Bulletin 2017-8 |
| Missouri | **Fair Market Value**<br>"Both parties acknowledge that the phrase 'actual cash value' is not defined in the insurance contract, but the parties agree that the phrase has been treated by case law as meaning 'fair market value.'"<br>*Warren Davis Properties V, L.L.C. v. United Fire & Cas. Co*, 4 S.W.3d 167, 173 (Mo. Ct. App. 1999) | **Yes**<br>"Embedded-labor-cost depreciation is one factor that a trier of fact may consider in determining actual cash value." *In re: State Farm Fire and Cas. Co.*, 872 F.3d 567, 576-77 (8th Cir. 2017) (emphasis omitted) |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Montana | **Broad Evidence Rule**<br>"[A] jury may consider all relevant evidence when determining the actual cash value of the property damaged or destroyed. Under the 'broad evidence rule', the trier of fact 'may consider any evidence logically tending to the formation of a correct estimate of the value of the insured property at the time of the loss.'" *CQI, Inc. v. Mountain W. Farm Bureau Ins. Co.*, No. CV 08-134-BLG-CSO, 2010 WL 2943143, at *2 (D. Mont. July 21, 2010) (citation omitted); *but see* MONT. CODE ANN. § 33-24-101 | **Possibly No**<br>"If there is no valuation in the policy and unless a basis more favorable to the insured is provided for in the policy, the measure of indemnity in an insurance against fire is the expense, at the time that the loss is payable, of replacing the thing lost or injured, in the condition in which it was at the time of the injury…."<br>MONT. CODE ANN. § 33-24-101<br><br>*McIntosh v. Hartford Fire Ins. Co.*, 78 P.2d 82, 84-85 (Mont. 1938),construed this statute as not allowing depreciation. It only allowed replacement cost. |
| Nebraska | **Fair Market Value**<br>"However, we believe that actual cash value must still be measured as an economic unit, i.e., related to what, in terms of value, one could receive for his or her property. Fair market value is a term which has been used and is generally understood by experts and lay people alike, and which may be found by employing, if you will, the broad evidence rule …. We continue to approve that definition [Fair Market Value] for 'actual cash value' wherever it is used in a policy of property damage insurance." *Erin Rancho Motels, Inc. v. U.S. Fid. & Guar. Co.*, 352 N.W.2d 561, 565 (Neb. 1984) | **Yes**<br>Because the unambiguous definition of ACV is "depreciation of the whole," "the insured is not underindemnified by receiving the depreciated amount of both materials and labor." *Henn v. American Family Mut. Ins. Co.*, 894 N.W.2d 179 (Neb. 2017) |
| Nevada | No case directly on point | No case directly on point |
| New Hampshire | **Broad Evidence Rule**<br>"In this state the court has had no occasion to commit itself to either the fairmarket-value [sic] test or the test of replacement cost in determining the actual cash value of the insured's property …. However, we are impressed with what might be denominated a third rule which has received support in New York, Massachusetts and South Dakota …. In these jurisdictions neither market value nor replacement cost is an exclusive test. Evidence of both market value and replacement cost with depreciation may be introduced as evidence of actual cash value." *Pinet v. New Hampshire Fire Ins. Co.*, 126 A.2d 262, 265 (N.H. 1956) (citations omitted) | No case directly on point |

**Appendix**

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| New Jersey | **Broad Evidence Rule**<br>"We thus hold that the proper standard for evaluating 'actual cash value' under the New Jersey Standard Form Policy is the broad evidence rule." *Elberon Bathing Co., Inc. v. Ambassador Ins. Co., Inc.*, 389 A.2d 439, 445 (N.J. 1978) | No case directly on point |
| New Mexico | **Fair Market Value**<br>"'Actual cash value' of the insured property under the terms of insurance policies such as the one before us is regularly defined as the fair market value of the property." *Roswell Trailers, Inc. v. Potomac Ins. Co.*, 576 P.2d 1133, 1135 (N.M. 1978) | No case directly on point |
| New York | **Broad Evidence Rule**<br>"The 'broad evidence rule' favored by the Insurers was formulated by the New York Court of Appeals in *McAnarney v. Newark Fire Insurance Co.*, 247 N.Y. 176, 159 N.E. 902 (1928), as a default rule when a policy contains no definition whatsoever of the term 'actual cash value.'" *SR Intern. Bus. Ins. Co. Ltd. v. World Trade Ctr. Properties, LLC*, 445 F. Supp. 2d 320, 342 (S.D.N.Y. 2006) | No case directly on point |
| North Carolina | **Broad Evidence Rule**<br>"'The proper test of actual cash value in a particular case depends upon the nature of the property insured, its condition, and other circumstances existing at the time of the loss.' *Surratt v. Grain Dealers Mutual Ins. Co.*, 74 N.C.App. 288, 293, 328 S.E.2d 16, 20 (1985). 'The tests generally used to determine actual cash value are the market value of the property, the reproduction or replacement cost of the property, and the broad evidence rule. Under the broad evidence rule, any evidence logically tending to the formation of a correct estimate of the value of the insured property at the time of the loss, including evidence of the fair market value and the replacement cost of the property, may be considered.'" *Kinlaw v. N. Carolina Farm Bureau Mut. Ins. Co.*, 389 S.E.2d 840, 844 (N.C. Ct. App. 1990) | **Yes**<br>"To conclude that labor is not depreciable . .. would 'impose liability upon the company which it did not assume,' and provide a benefit to plaintiff for which he did not pay." Accardi v. Hartford Underwriters Ins. Co., 838 S.E.3d 454, 457-458 (N.C. 2020) (citing Wachovia Bank & Trust Co. v. Westchester Fire Ins. Co., 172 S.E.3d 518, 522 (N.C. 1970)) |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| North Dakota | **Fair Market Value**<br>"Ordinarily 'actual cash value,' 'fair market price, and 'market value are synonymous terms." When estimating market value, "that value may be deemed to be the sum which, considering all the circumstances, could have been obtained for it; that is, the amount that in all probability would have been arrived at by fair negotiations between an owner willing to sell and a purchaser desiring to buy." *Butler v. Aetna Ins. Co. of Hartford, Conn.*, 256 N.W. 214, 219 (N.D. 1934) | No case directly on point |
| Ohio | **Uncertain**<br>"Actual cash value is established by one of two methods in Ohio: market value of the property at the time of loss, or the cost of repairs minus depreciation, if any." *Asmaro v. Jefferson Ins. Co. of New York*, 574 N.E.2d 1118, 1122 (Ohio Ct. App. 1989)<br><br>"In Ohio, in the absence of any special limiting contractual term such as 'actual cash value,' apparently either measure of damages is acceptable in computing the amount of the loss …. As to the precise issue before us, Ohio Courts have not, so far as we are aware, expressed a preference between these alternatives in defining the meaning to be given the contractual terms 'actual cash value.'" *Florea v. Nationwide Mut. Fire Ins. Co.*, No. 7908, 1983 WL 5030, at *3 (Ohio Ct. App. Jan. 28, 1983)<br><br>"In determining actual cash value, we agree with the majority of courts that have adopted the 'broad evidence' rule described in 15 Couch on Insurance (2d) (1966), § 54:249." *Sudvary v. Ohio Farmers Ins. Co.*, No. 48174, 1984 WL 6351, at *6 (Ohio Ct. App. Dec. 6, 1984) | **No**<br>"Neither the insurance policy nor the Ohio Administrative Code defines 'depreciation.' And the Ohio Supreme Court has not weighed in on this question. Thus, 'depreciation' is left undefined and, [the policyholder] argues, is ambiguous. We agree that the policy is ambiguous and hold that [the insurer] improperly depreciated labor costs in calculating ACV." *Perry v. Allstate Indem. Co.,* 953 F.3d 417, 421 (6th Cir. 2020) |

# Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Oklahoma | **<u>Broad Evidence Rule</u>**<br>"In summary, actual cash value is determined by the broad evidence rule." *Redcorn v. State Farm Fire & Cas. Co.*, 55 P.3d 1017, 1021 (Okla. 2002) | **<u>Yes</u>**<br>"Redcorn chose an 'actual cash value' policy, and paid premiums based on his choice. He insured a roof surface, not two components, material and labor. He did not pay for a hybrid policy of actual cash value for roofing materials and replacement costs for labor. To construe the policy in such a manner would unjustly enrich the policy holder." *Redcorn v. State Farm Fire & Cas. Co.*, 55 P.3d 1017, 1021 (Okla. 2002) |
| Oregon | **<u>Uncertain – Depends on the Facts of the Case</u>**<br>"Moreover, to hold that there is only one standard for determining actual cash value would be contrary to Oregon law. Because the purpose of fire insurance is to indemnify-that is, to award compensation for loss without enrichment, there can be no universal test for determining the value of property injured or destroyed. *Ore. Mutual Fire Ins. Co. v. Mathis*, 215 Or. 218, 334 P.2d 186 (1959). It is for the appraisers and the umpire, under the facts of each case, to determine the appropriate indemnification when the parties cannot agree." *Schnitzer v. S. Carolina Ins. Co.*, 661 P.2d 550, 552 n.5 (Or. Ct. App. 1983) | No case directly on point |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Pennsylvania | **<u>Cost of Repair or Replacement Less Depreciation</u>**<br>"'Actual cash value' is the actual cost of repair or replacement less depreciation." *Canulli v. Allstate Ins. Co.*, 462 A.2d 286, 287 (Pa. Super. Ct. 1983) | **<u>Yes, Uncertain When There's Only a Partial Loss</u>**<br>Allowing depreciation of labor and holding that covered property, like a roof, refers to a finished product, which is "the *result* or physical manifestation of combining knowhow, labor, physical materials . . . and anything else required to produce the final, finished roof itself." *Papurello v. State Farm Fire & Cas. Co.*, 144 F. Supp.3d 746 (W.D. Penn. 2015)<br><br>"[W]e conclude that in partial loss situations, in the absence of clear language to the contrary, an insurer may not deduct depreciation from the replacement cost of a policy and that the phrase 'actual cash value' may not be interpreted as including a depreciation deduction, where such deduction would thwart the insured's expectation to be made whole." *Kane v. State Farm Fire & Cas. Co.*, 841 A.2d 1038, 1047 (Pa. Super. Ct. 2003) |
| Rhode Island | **Broad Evidence Rule**<br>"In this case, the court has been asked to determine which test should be applied in determining the actual cash value of the Vogt's cottage. This question is one of law and seems to be a matter of first impression in this state. Having reviewed the law in other states and compared the various alternative tests, this Court has decided to adopt the broad evidence rule." *Vogt v. Rhode Island Joint Reinsurance Ass'n*, No. C.A. NC 98-439, 1999 WL 1062207, at *3 (R.I. Super. Oct. 15, 1999) | No case directly on point |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| South Carolina | **<u>Broad Evidence Rule Implied</u>**<br>"'I charge you further, as to the measure of damages, the fire insurance policies provide that the fire insurers will pay 'the actual cash value of the property at the time of the loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality'; and in connection therewith I charge you that cost of the replacement and repairs is not conclusive as to this actual value but it is evidence of the value and may be considered by you along with the other evidence in determining the amount of damages, if any; and you may consider the evidence of both the actual cash value of the damaged property which has been offered in this case and also the evidence of the cost of repairs to aid you in arriving at the proper amount of damages …. 'I charge you further that the property which was destroyed or damaged on June 27, 1950, had been in use since 1930. Therefore, in determining the actual value in 1950, you may consider the new value or cost thereof and take into consideration any depreciation of the property between 1930 and 1950 to be deducted from the new value or cost. In other words, Mr. Foreman and gentlemen, I charge you that that is one thing that you may consider in arriving at damages. It's not the only rule, it's nothing final or conclusive, but it's one rule that you may follow, if you find that the plaintiffs are entitled to recover.'" *S. Carolina Elec. & Gas Co. v. Aetna Ins. Co*, 120 S.E.2d 111, 117 (S.C. 1961) | No case directly on point |
| South Dakota | **<u>Broad Evidence Rule</u>**<br>"In *Lampe Market Co. v. Alliance Ins. Co.*, 71 S.D. 120, 22 N.W.2d 427, 428 (1946), we adopted the 'broad evidence rule' which permits consideration of all evidence an expert would find relevant to a determination of value." *Zochert v. Nat'l Farmers Union Prop. & Cas. Co.*, 576 N.W.2d 531, 533 (S.D. 1998) | No case directly on point |

# Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Tennessee | **Broad Evidence Rule or Replacement Costs Less Depreciation**<br>"The replacement-less-depreciation rule and the broad evidence rule operate to accomplish indemnity." *Braddock v. Memphis Fire Ins. Corp.*, 493 S.W.2d 453, 460 (Tenn. 1973) | **No**<br>Holding that "depreciation can only be applied to the cost of materials, not to labor costs," the court noted, "it is not necessary for this Court to reach the decision of whether labor can logically depreciate or whether indemnity is accomplished. It is enough that we find the contracts ambiguous and that under our standard of review, the interpretation of the insured must prevail." Lammert v. Auto-Owners (Mut.) Ins. Co., 572 S.W.3d 170, 179 (Tenn. 2019) |
| Texas | **Fair Market Value**<br>"Where the contract provides that the measure of damages is the actual cash value of the damaged or destroyed property, it is equivalent to a market value measure of damages." *U. S. Fire Ins. Co. v. Stricklin*, 556 S.W.2d 575, 582 (Tex. Civ. App. 1977) | **Likely Yes**<br>"Because GCOP, sales tax, repair costs, and property value together represent the total replacement cost value, it follows naturally that GCOP, sales tax, repair costs, and property value ought to be depreciated together to reach the ACV payment." *Tolar v. Allstate Texas Lloyd's Co.*, 772 F. Supp. 2d 825, 831 (N.D. Tex. 2011) |
| Utah | **Replacement Costs Less Depreciation**<br>"Actual Cash Value (ACV): Replacement cost less depreciation, considering the age and condition of your property."<br>Utah Insurance Department, Glossary of Homeowner Insurance Terms (July 19, 2017), https://insurance.utah.gov/consumer/auto-home/home-insurance/home-glossary (last visited Jan. 31, 2018) | No case directly on point |
| Vermont | **Broad Evidence Rule**<br>"The search for the true value of insured property destroyed by fire is not confined to any single formula. Both the insured and his insurer are at liberty to resort to any evidence which logically aids in the formation of a correct estimate of the value of the property as it was before the damage occurred …. Both market value and replacement cost are permissible standards for determining loss by fire-'but they are standards and not shackles.'" *Eagle Square Mfg. Co. v. Vermont Mut. Fire Ins. Co.*, 212 A.2d 636, 638 (Vt. 1965) | **No**<br>"It is the Department's position that depreciation of labor costs is prohibited by 8 V.S.A. § 4724(9)(F) and therefore is an unfair claim settlement practice in violation of 8 V.S.A. § 4723 (the Vermont Insurance Trade Practices Act) when committed or performed with such frequency as to indicate a business practice."<br>Bulletin 184, 2015 WL 1975918 (VT INS BUL) |

# Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Virginia | **<u>Broad Evidence Rule</u>**<br>"In determining actual cash value, the court should consider the market value of the property, the replacement or reproduction cost of the property, and any evidence logically tending to the formation of a correct estimate of the value of the destroyed property." *Filter Products Co., Inc. v. Travelers Indemn. Co. of Am.*, No. LK-1277-3., 1987 WL 488731, at *2 (Va. Cir. Ct. Oct. 5, 1987) | No case directly on point |
| Washington | **<u>Uncertain</u>**<br>"We adopt the holding and rationale of the California Supreme Court in Jefferson, that 'actual cash value' within statutory language of fire policy is synonymous with 'fair market value' and does not mean replacement cost less depreciation." *National Fire Ins. Co. of Hartford v. Solomon*, 638 P.2d 1259, 1263 (Wash. 1982)<br><br>"The facts in *National Fire Ins. Co. v. Solomon*, 96 Wash.2d 763, 638 P.2d 1259 (1982), mandate limiting whatever its holdings may be to those facts and the policy involved. The case arose from the trial court's denial of the insurer's motion to enforce the appraisal provisions in the policy. Yet the court considered the merits. Relying on a *California statute*, the court held that actual cash value meant fair market value *without* depreciation. Another state's statutory definition should not control our interpretation." *Hess v. N. Pac. Ins. Co.*, 859 P.2d 586, 592 (Wash. 1993) (emphasis original)<br><br>"In states, such as Washington, which follow the so-called 'broad evidence rule,' courts will receive any evidence logically tending to establish actual cash value." Bulletin 89-3, 1989 WL 1594517 (WA INS BUL) | **<u>No</u>**<br>Court held that policy language was ambiguous and an insurer improperly depreciated labor costs where the policy defined actual cash value as "the amount it costs to repair or replace property with like king and quality less depreciation for physical deterioration and obsolescence." *Lains v. American Family Mut. Ins. Co.*, No. C14-1982-JCC, 2016 WL 4533075, at *2 (W.D. Wash. Feb. 2, 2016) |
| West Virginia | No case directly on point | No case directly on point |

## Appendix

| State | Calculation of Actual Cash Value Rule | Are Labor Costs Depreciable? |
|---|---|---|
| Wisconsin | **<u>Broad Evidence Rule</u>**<br>"[T]his court has consistently followed what has been termed the 'broad evidence rule' giving considerable leeway and latitude to the trier of facts." *Doelger & Kirsten, Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.*, 167 N.W.2d 198, 199-200 (Wis. 1969)<br><br>*But see*, *Coppins v. Allstate Indem. Co.*, 857 N.W.2d 896, 906-07 (Wis. Ct. App. 2014) (criticizing the broad evidence rule as applied to the facts of the case and applying the replacement cost less depreciation rule) | No case directly on point |
| Wyoming | No case directly on point | No case directly on point |

# Attachment 10

7:38 AM

06/18/21

Accrual Basis

# Encore, Inc.
## Job Costs by Job and Vendor Summary

**995 - LA - Four O**

| | |
|---|---|
| **Acoustical Specialties & Supply, LLC** | 92,020.22 |
| **Associated Design Group, Inc.** | 16,595.76 |
| **Associated Waterproofing Corp** | 299,900.25 |
| **BECI - Alabama, LLC** | 24,300.00 |
| **Dubois Sheet Metal Works, LLC** | 11,270.63 |
| **Enterprise Rent- A-Car** | 8,428.07 |
| **Home Depot** | 5,432.97 |
| **Industrial Refrigeration Corp** | 80,000.00 |
| **Interlink Supply** | 1,077.08 |
| **Jacque Bourgeois Electric** | 89,754.00 |
| **King Construction & Ranch, LLC** | 89,210.00 |
| **Marilyn B. Spell** | 5,000.00 |
| **Martin Insulation & Coatings** | 56,255.00 |
| **Monheiser, Mark Evan** | 2,563.36 |
| **Paychex** | 46,983.33 |
| **Service Glass & Door.,Inc** | 4,067.48 |
| **Sherwin Williams** | 100.83 |
| **US Bank** | 12,100.26 |
| **Total 995 - LA - Four O** | 845,059.24 |

# Attachment 11

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
A. Totals Summary

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | As Reviewed By: J.S. Held LLC | | |
|---|---|---|---|---|---|
| REF # | Category | Submitted Total | Undisputed Total | Delta | Comments |
| 1 | VEHICLES & TRAILERS (DRAYAGE) | $ 10,802.50 | $ 5,665.00 | $ (5,137.50) | *Please see sheets labeled as "B. Delta Summary" for additional details on each of the deltas.* |
| 2 | PROJECT LABOR | $ 265,477.10 | $ 201,962.23 | $ (63,514.87) | |
| 3 | DEHUMIDIFICATION/ ENVIRONMENTAL CONTROLS | $ 34,970.00 | $ 21,115.00 | $ (13,855.00) | |
| 4 | EQUIPMENT CHARGES | $ 8,018.00 | $ 1,440.00 | $ (6,578.00) | |
| 5 | MATERIALS / CONSUMABLES | $ 18,766.25 | $ 14,286.58 | $ (4,479.67) | |
| 6 | SUBCONTRACTING, MOBILIZATION & UNIQUE EXPENSES | $ 48,006.60 | $ 44,806.60 | $ (3,200.00) | |
| 7 | GENERATORS AND ELECTRICAL SUPPLY | $ 10,013.75 | $ 5,917.50 | $ (4,096.25) | |
| 8 | SMALL TOOL SUR-CHARGE 2% OF LABOR | $ 5,309.54 | $ 2,403.96 | $ (2,905.58) | |
| 9 | FUEL SUR-CHARGE 1.5% OF GROSS BILL | $ 7,921.08 | $ 2,231.98 | $ (5,689.11) | |
| **10** | **SUBTOTAL** | **$ 409,284.83** | **$ 299,828.85** | **$ (109,455.98)** | |
| 11 | 10% OVERHEAD & 10% PROFIT | $ 81,856.97 | $ 12,210.32 | $ (69,646.65) | |
| **12** | **TOTAL INVOICE AMOUNT** | **$ 491,141.79** | **$ 312,039.17** | **$ (179,102.62)** | |

JS|HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
B. Delta Summary

DOL: 8/27/2020
Cause: Hurricane

| REF # | Category | Delta Issue | Delta Amount | Comments |
|---|---|---|---|---|
| 1 | 1. VEHICLES & TRAILERS (DRAYAGE) | Missing Support | $ (3,097.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service as included in the "VEHICLES & TRAILERS (DRAYAGE)" section of the invoice. |
| 2 | 1. VEHICLES & TRAILERS (DRAYAGE) | Weekly/Monthly Rate Issue | $ (2,040.00) | J.S. Held recommends that weekly/monthly rates are applied to all rented equipment as is typical for rented equipment. |
| **3** | **1. VEHICLES & TRAILERS (DRAYAGE)** | **Total VEHICLES & TRAILERS (DRAYAGE) Deltas** | **$ (5,137.50)** | |
| 4 | 2. PROJECT LABOR | Clarification Requested | $ (12,505.25) | * Please clarify what the fourteen half hour labor charges on 9/12/2020 were for.<br>* Please clarify what all labor from 9/13/2020 to 9/22/2020 was for, and why per diem and drivetime allowances were billed for these entries. (The onsite work appears to have been concluded on 9/12/2020.)<br>* Please clarify why administrative labor was present onsite.<br>* Please clarify why for multiple labor entries, personnel were billed for durations of multiple hours after the working crews had left the site for the day. |
| 5 | 2. PROJECT LABOR | Potential Duplication Issue | $ (2,125.00) | Multiple entries where per diem costs, and one entry where drivetime allowance costs appear to be duplicated with other entries from the same shift for the same worker. See "Schedule 2. Labor", REF #s 2, 193, 234, 234, 236, 237, 238, 239, 240, 242, 264, 342, 344, 349, & 357. |
| 6 | 2. PROJECT LABOR | Non-typical Cost Issue | $ (16,025.00) | J.S. Held does not find it typical to invoice for daily drive time, nor bus fare allowances. J.S. Held finds it typical to invoice for T&M labor for onsite labor only. This applies to 328 of the 401 invoiced labor entries. |
| 7 | 2. PROJECT LABOR | General & Administrative Cost Issue | $ (1,295.00) | J.S. Held does not typically recommend directly invoiced labor hours for routine administrative/clerical work nor work associated with assembling ones' invoice, as this work is typically included as part of the hourly T&M rate. This applies to all invoiced administrative/clerical labor. |
| 8 | 2. PROJECT LABOR | Overtime Calculation Issue | $ (12,372.25) | J.S. Held does not recommend overtime costs when overtime has not been incurred by the contractor. J.S. Held has reviewed all overtime labor based on a Sunday to Saturday, 40 hour work week. This applies to most labor entries. |
| 9 | 2. PROJECT LABOR | Overtime Rate Issue | $ (4,771.02) | J.S. Held recommends instead of a 1.5 times multiplier for overtime rates, that a multiplier of 1.33 be applied to overtime rates. This recommendation is due to the fact only the base wage and associated burden costs rise with overtime; while fringe costs remain fixed, as does the portion of the burden associated with the fringe costs. This applies to all labor reviewed as overtime. |
| 10 | 2. PROJECT LABOR | Overtime Salaried Labor Issue | $ (7,002.13) | J.S. Held does not recommend overtime costs for workers that are typically salaried, this applies to the following invoiced titles "Executive Project Manager", "Project Director", & "Project Manager". |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
B. Delta Summary

DOL: 8/27/2020
Cause: Hurricane

| REF # | Category | Delta Issue | Delta Amount | Comments |
|---|---|---|---|---|
| 11 | 2. PROJECT LABOR | Lunch Break Deduction Issue | $ (7,419.25) | All Clear Restoration appears to have not deducted any of their time entries for meal breaks. J.S. Held has reviewed the invoiced time with removal time for lunch breaks. |
| 12 | 2. PROJECT LABOR | Rounding Variance | $ 0.03 | Minor rounding difference. |
| **13** | **2. PROJECT LABOR** | **Total PROJECT LABOR Deltas** | **$ (63,514.87)** | |
| 14 | 3. DEHUMIDIFICATION/ ENVIRONMENTAL CONTROLS | Weekly/Monthly Rate Issue | $ (4,140.00) | J.S. Held recommends that weekly/monthly rates are applied to all rented equipment as is typical for rented equipment. |
| 15 | 3. DEHUMIDIFICATION/ ENVIRONMENTAL CONTROLS | Missing Support | $ (9,715.00) | Missing All Moisture/Humidity Logs |
| **16** | **3. DEHUMIDIFICATION/ ENVIRONMENTAL CONTROLS** | **Total DEHUMIDIFICATION/ ENVIRONMENTAL CONTROLS Deltas** | **$ (13,855.00)** | |
| 17 | 4. EQUIPMENT CHARGES | Small tools cost overlap issue | $ (1,243.00) | J.S. Held finds that the following items are typically considered small tools, and included in the small tools labor markup:<br>* Tool job box<br>* Ladder, setp/extension<br>* Dolly, hand truck<br>* Light, halogen<br>* Vacuums, wet<br>* Personal communication device |
| 18 | 4. EQUIPMENT CHARGES | Clarification Requested | $ (3,655.00) | * Please clarify why equipment decontamination was required.<br>* Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 19 | 4. EQUIPMENT CHARGES | Weekly/Monthly Rate Issue | $ (525.00) | J.S. Held recommends that weekly/monthly rates are applied to all rented equipment as is typical for rented equipment. |
| 20 | 4. EQUIPMENT CHARGES | Missing Support | $ (1,155.00) | Please provide time cards for all equipment decontamination labor. |
| **21** | **4. EQUIPMENT CHARGES** | **Total EQUIPMENT CHARGES Deltas** | **$ (6,578.00)** | |
| 22 | 5. MATERIALS / CONSUMABLES | Economy of Scale Issue | $ (2,992.53) | J.S. Held finds it typical to use larger units of measure on projects of similar size and scope for the following items:<br>* Tape, blue 3/4"/containment tape<br>* Bags, 6 mil (100 ct)<br>* Decon 30<br>* Disinfectant, Benefect/Microban<br>* Envirowash<br>All of the above items have been reviewed at local market pricing with 20% markup included. |

JS | HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
B. Delta Summary

DOL: 8/27/2020
Cause: Hurricane

| REF # | Category | Delta Issue | Delta Amount | Comments |
|---|---|---|---|---|
| 23 | 5. MATERIALS / CONSUMABLES | Local Market Price Issue | $ (108.39) | J.S. Held recommends the usage of local market pricing with 20% markup for the following items:<br>* Wood, 2" x 3" x 8'<br>* Wood, 3/4" PLYWOOD |
| 24 | 5. MATERIALS / CONSUMABLES | General & Administrative Cost Issue | $ (1,260.00) | J.S. Held finds it typical for filter replacement to be part of the General & Administrative portion of T&M rates. This includes daily pre-filter/pleated filter changes and yearly HEPA filter replacement for relevant equipment. |
| 25 | 5. MATERIALS / CONSUMABLES | Small tools cost overlap issue | $ (118.75) | J.S. Held finds that the following items are typically considered small tools, and included in the small tools labor markup:<br>* Spray bottle, w/trigger |
| **26** | **5. MATERIALS / CONSUMABLES** | **Total MATERIALS / CONSUMABLES Deltas** | **$ (4,479.67)** | |
| 27 | 6. SUBCONTRACTING, MOBILIZATION & UNIQUE EXPENSES | Missing Support | $ (3,200.00) | Please provide demobilization invoice(s) for the generator and the dry van. |
| **28** | **6. SUBCONTRACTING, MOBILIZATION & UNIQUE EXPENSES** | **Total SUBCONTRACTING, MOBILIZATION & UNIQUE EXPENSES Deltas** | **$ (3,200.00)** | |
| 29 | 7. GENERATORS AND ELECTRICAL SUPPLY | Missing Support | $ (337.50) | Please provide supporting documentation for the generator service charges. |
| 30 | 7. GENERATORS AND ELECTRICAL SUPPLY | Weekly/Monthly Rate Issue | $ (3,654.10) | J.S. Held recommends that weekly/monthly rates are applied to all rented equipment as is typical for rented equipment. |
| 31 | 7. GENERATORS AND ELECTRICAL SUPPLY | Small tools cost overlap issue | $ (104.65) | J.S. Held finds that the following items are typically considered small tools, and included in the small tools labor markup:<br>* Extension cords |
| **32** | **7. GENERATORS AND ELECTRICAL SUPPLY** | **Total GENERATORS AND ELECTRICAL SUPPLY Deltas** | **$ (4,096.25)** | |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
B. Delta Summary

DOL: 8/27/2020
Cause: Hurricane

| REF # | Category | Delta Issue | Delta Amount | Comments |
|---|---|---|---|---|
| 33 | 8. SMALL TOOL SUR-CHARGE | Non-Working Labor Issue | $ (784.67) | J.S. Held does not find it typical to apply small tools charges to non-working labor (e.g. management labor, administrative labor, etc.) |
| 34 | 8. SMALL TOOL SUR-CHARGE | Non-typical application of small tools charge | $ (1,405.20) | J.S. Held does not find it typical to apply small tools charges to Per Diem, Lodging, nor Drivetime/Bus Allowance Costs. |
| 35 | 8. SMALL TOOL SUR-CHARGE | Overtime Small Tools Issue | $ (537.84) | J.S. Held finds that small tools do not increase in cost due to a worker being on overtime. J.S. Held's reviewed value for small tools excludes overtime premium costs as a factor when calculating the reviewed value for small tools charges. |
| 36 | 8. SMALL TOOL SUR-CHARGE | Variance in Small Tools due to variances in reviewed labor costs | $ (177.87) | Remaining variances in small tools surcharge are due to variances as detailed in delta summary section on "2. PROJECT LABOR". |
| **37** | **8. SMALL TOOL SUR-CHARGE** | **Total SMALL TOOL SUR-CHARGE Deltas** | **$ (2,905.58)** | |
| 38 | 9. FUEL SUR-CHARGE | Apparent Math Error | $ (696.53) | Unclear how the value of the fuel surcharge was derived, as the total pre-fuel surcharge cost would be $528,072.00 for 1.5% of that value to equal the value of the fuel surcharge as invoiced by All Clear Restoration. |
| 39 | 9. FUEL SUR-CHARGE | Missing Support | $ (2,231.98) | Please clarify the purpose of this fuel charge. |
| 40 | 9. FUEL SUR-CHARGE | Variance in Fuel Surcharge due to variances in all above reviewed costs | $ (2,760.60) | Remaining variances in fuel surcharge are due to variances as detailed in all above delta summary sections. |
| **41** | **9. FUEL SUR-CHARGE** | **Total FUEL SUR-CHARGE Deltas** | **$ (5,689.11)** | |
| 42 | 10. Overhead & Profit | Variance in Overhead & Profit due to variances in all above reviewed costs | $ (21,891.20) | Portion of total variances in overhead & profit are due to variances as detailed in all above delta summary sections. |
| 43 | 10. Overhead & Profit | Non-Typical Cost Issue | $ (47,755.45) | J.S. Held does not find it typical to apply overhead & profit to a time and materials EMS invoice, except in the following areas: incurred costs, & subcontract costs. |
| **44** | **10. Overhead & Profit** | | **$ (69,646.65)** | |
| **45** | **12. Grand Total Delta** | **Total All Deltas** | **$ (179,102.62)** | |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
1. Vehicles & Trailers

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | As Reviewed By: J.S. Held LLC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 83.00 | | | $ 10,802.50 | 72.50 | | $ 5,665.00 | $ (5,137.50) | |
| REF # | Date | Equipment Type | Equipment Name | Qty. | UM | Rate | Total | Qty. | Rate | Total | Delta | Comments |
| 1 | 8/29/2020 | Trucks | Van - Box 12' - 16' | 2.00 | EA | $ 62.50 | $ 125.00 | 2.00 | $ 62.50 | $ 125.00 | $ - | |
| 2 | 8/30/2020 | Trucks | Van - Box 12' - 16' | 2.00 | EA | $ 62.50 | $ 125.00 | 2.00 | $ 62.50 | $ 125.00 | $ - | |
| 3 | 8/31/2020 | Trucks | Van - Box 12' - 16' | 2.00 | EA | $ 62.50 | $ 125.00 | 2.00 | $ 62.50 | $ 125.00 | $ - | |
| 4 | 9/1/2020 | Trucks | Van - Box 12' - 16' | 2.00 | EA | $ 62.50 | $ 125.00 | 2.00 | $ 62.50 | $ 125.00 | $ - | |
| 5 | 9/2/2020 | Trucks | Van - Box 12' - 16' | 2.00 | EA | $ 62.50 | $ 125.00 | 2.00 | $ - | $ - | $ (125.00) | Weekly rate applied. |
| 6 | 9/3/2020 | Trucks | Van - Box 12' - 16' | 2.00 | EA | $ 62.50 | $ 125.00 | 2.00 | $ - | $ - | $ (125.00) | Weekly rate applied. |
| 7 | 9/4/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ - | $ - | $ (62.50) | Weekly rate applied. |
| 8 | 9/5/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ 62.50 | $ 62.50 | $ - | |
| 9 | 9/6/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ 62.50 | $ 62.50 | $ - | |
| 10 | 9/7/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ 62.50 | $ 62.50 | $ - | |
| 11 | 9/8/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ 62.50 | $ 62.50 | $ - | |
| 12 | 9/9/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ - | $ - | $ (62.50) | Weekly rate applied. |
| 13 | 9/10/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ - | $ - | $ (62.50) | Weekly rate applied. |
| 14 | 9/11/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ - | $ - | $ (62.50) | Weekly rate applied. |
| 15 | 9/12/2020 | Trucks | Van - Box 12' - 16' | 1.00 | EA | $ 62.50 | $ 62.50 | 1.00 | $ 62.50 | $ 62.50 | $ - | |
| 16 | 8/29/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 17 | 8/30/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 18 | 8/31/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 19 | 9/1/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 20 | 9/2/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ - | $ - | $ (95.00) | Weekly rate applied. |
| 21 | 9/3/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ - | $ - | $ (95.00) | Weekly rate applied. |
| 22 | 9/4/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ - | $ - | $ (95.00) | Weekly rate applied. |
| 23 | 9/5/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 24 | 9/6/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 25 | 9/7/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 26 | 9/8/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 27 | 9/9/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ - | $ - | $ (95.00) | Weekly rate applied. |
| 28 | 9/10/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ - | $ - | $ (95.00) | Weekly rate applied. |
| 29 | 9/11/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ - | $ - | $ (95.00) | Weekly rate applied. |
| 30 | 9/12/2020 | Trucks | F550 | 1.00 | EA | $ 95.00 | $ 95.00 | 1.00 | $ 95.00 | $ 95.00 | $ - | |
| 31 | 8/29/2020 | Trucks | SUV | 2.00 | EA | $ 80.00 | $ 160.00 | 2.00 | $ 80.00 | $ 160.00 | $ - | |
| 32 | 8/30/2020 | Trucks | SUV | 2.00 | EA | $ 80.00 | $ 160.00 | 2.00 | $ 80.00 | $ 160.00 | $ - | |
| 33 | 9/2/2020 | Trucks | SUV | 2.00 | EA | $ 80.00 | $ 160.00 | 2.00 | $ 80.00 | $ 160.00 | $ - | |
| 34 | 9/3/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ 80.00 | $ 80.00 | $ - | |
| 35 | 9/4/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ - | $ - | $ (80.00) | Weekly rate applied. |
| 36 | 9/5/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ 80.00 | $ 80.00 | $ - | |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
1. Vehicles & Trailers

DOL: 8/27/2020
Cause: Hurricane

| REF # | As Submitted By: All Clear Restoration | | | | | | | As Reviewed By: J.S. Held LLC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Equipment Type | Equipment Name | 83.00 Qty. | UM | Rate | $ 10,802.50 Total | 72.50 Qty. | Rate | $ 5,665.00 Total | $ (5,137.50) Delta | Comments |
| 37 | 9/6/2020 | Trucks | SUV | 2.00 | EA | $ 80.00 | $ 160.00 | 2.00 | $ 80.00 | $ 160.00 | $ - | |
| 38 | 9/7/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ 80.00 | $ 80.00 | $ - | |
| 39 | 9/8/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ 80.00 | $ 80.00 | $ - | |
| 40 | 9/9/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ - | $ - | $ (80.00) | Weekly rate applied. |
| 41 | 9/10/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ - | $ - | $ (80.00) | Weekly rate applied. |
| 42 | 9/11/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ - | $ - | $ (80.00) | Weekly rate applied. |
| 43 | 9/12/2020 | Trucks | SUV | 1.00 | EA | $ 80.00 | $ 80.00 | 1.00 | $ 80.00 | $ 80.00 | $ - | |
| 44 | 8/31/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 45 | 9/1/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 46 | 9/2/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 47 | 9/3/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 48 | 9/4/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ - | $ - | $ (130.00) | Weekly rate applied. |
| 49 | 9/5/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ - | $ - | $ (130.00) | Weekly rate applied. |
| 50 | 9/6/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ - | $ - | $ (130.00) | Weekly rate applied. |
| 51 | 9/7/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 52 | 9/8/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 53 | 9/9/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 54 | 9/10/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ 130.00 | $ 130.00 | $ - | |
| 55 | 9/11/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ - | $ - | $ (130.00) | Weekly rate applied. |
| 56 | 9/12/2020 | Trailers | 53' Enclosed | 1.00 | EA | $ 130.00 | $ 130.00 | 1.00 | $ - | $ - | $ (130.00) | Weekly rate applied. |
| 57 | 8/29/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 58 | 8/30/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 59 | 8/31/2020 | Trailers | Fuel Delivery | 2.00 | Drop | $ 295.00 | $ 590.00 | 0.50 | $ 295.00 | $ 147.50 | $ (442.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 60 | 9/1/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 61 | 9/2/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
1. Vehicles & Trailers

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | As Reviewed By: J.S. Held LLC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 83.00 | | | $ 10,802.50 | 72.50 | | $ 5,665.00 | $ (5,137.50) | |
| REF # | Date | Equipment Type | Equipment Name | Qty. | UM | Rate | Total | Qty. | Rate | Total | Delta | Comments |
| 62 | 9/3/2020 | Trailers | Fuel Delivery | 2.00 | Drop | $ 295.00 | $ 590.00 | 0.50 | $ 295.00 | $ 147.50 | $ (442.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 63 | 9/4/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 64 | 9/5/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 65 | 9/6/2020 | Trailers | Fuel Delivery | 2.00 | Drop | $ 295.00 | $ 590.00 | 0.50 | $ 295.00 | $ 147.50 | $ (442.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 66 | 9/7/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 67 | 9/8/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 68 | 9/9/2020 | Trailers | Fuel Delivery | 2.00 | Drop | $ 295.00 | $ 590.00 | 0.50 | $ 295.00 | $ 147.50 | $ (442.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |
| 69 | 9/10/2020 | Trailers | Fuel Delivery | 1.00 | Drop | $ 295.00 | $ 295.00 | 0.50 | $ 295.00 | $ 147.50 | $ (147.50) | Please provide receipts for fuel delivery charges, and clarify who performed this service. |

JS | HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF # | Date | Name | Title | Rate | 3,080.45 Ttl. Hrs. | $ 92,958.05 ST Ttl. | $ 102,259.05 OT Ttl. | $ 195,217.10 Labor Ttl. | $ 16,125.00 Drive/Bus | $ 54,135.00 Per Diem | $ 265,477.10 Total | 2,830.00 Ttl. Hrs. | $ 112,905.50 ST Ttl. | $ 40,321.73 OT Ttl. | $ 153,227.23 Labor Ttl. | $ - Drive/Bus | $ 48,735.00 Per Diem | $ 201,962.23 Total | $ (63,514.87) Delta | Comments |
| 1 | 8/29/2020 | J. Lozecki | EPM | $ 115.00 | 3.00 | $ - | $ 517.50 | $ 517.50 | $ 100.00 | $ 135.00 | $ 752.50 | 3.00 | $ - | $ 345.00 | $ 345.00 | $ - | $ 135.00 | $ 480.00 | $ (272.50) | Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 2 | 8/29/2020 | J. Lozecki | EPM | $ 115.00 | 2.00 | $ - | $ 345.00 | $ 345.00 | $ - | $ 135.00 | $ 480.00 | 2.00 | $ - | $ 230.00 | $ 230.00 | $ - | $ - | $ 230.00 | $ (250.00) | The per diem charge on this entry appears to be duplicate with per diem charge on REF #1.<br>Overtime Salaried Labor Issue |
| 3 | 8/29/2020 | A. Cruz | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 4 | 8/29/2020 | R. Rodriguez | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 5 | 8/29/2020 | A. Velasquez | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 6 | 8/29/2020 | I. Vargus | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 7 | 8/29/2020 | M. Osano | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 8 | 8/29/2020 | E. Corduur | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 9 | 8/29/2020 | L. Alamop | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 10 | 8/29/2020 | R. Labrada | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 11 | 8/29/2020 | L. Pipo | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 12 | 8/29/2020 | M. Plameno | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 13 | 8/29/2020 | A. Ricardo | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 14 | 8/29/2020 | T. Rutledge | SUP | $ 70.00 | 12.50 | $ - | $ 1,312.50 | $ 1,312.50 | $ 50.00 | $ 135.00 | $ 1,497.50 | 12.00 | $ - | $ 1,117.20 | $ 1,117.20 | $ - | $ 135.00 | $ 1,252.20 | $ (245.30) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 15 | 8/29/2020 | M. Garrett | DT | $ 75.00 | 12.50 | $ - | $ 1,406.25 | $ 1,406.25 | $ 50.00 | $ 135.00 | $ 1,591.25 | 12.00 | $ - | $ 1,197.00 | $ 1,197.00 | $ - | $ 135.00 | $ 1,332.00 | $ (259.25) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 16 | 8/29/2020 | W. Rivera | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 17 | 8/29/2020 | R. Alvanado | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 18 | 8/29/2020 | D. Ardon | RT | $ 42.00 | 11.00 | $ - | $ 693.00 | $ 693.00 | $ 50.00 | $ 135.00 | $ 878.00 | 10.50 | $ - | $ 586.53 | $ 586.53 | $ - | $ 135.00 | $ 721.53 | $ (156.47) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 19 | 8/29/2020 | W. Garrett | SUP | $ 70.00 | 13.50 | $ - | $ 1,417.50 | $ 1,417.50 | $ 50.00 | $ 135.00 | $ 1,602.50 | 12.00 | $ - | $ 1,117.20 | $ 1,117.20 | $ - | $ 135.00 | $ 1,252.20 | $ (350.30) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 20 | 8/29/2020 | H. Ward | PM | $ 95.00 | 13.50 | $ - | $ 1,923.75 | $ 1,923.75 | $ 50.00 | $ 135.00 | $ 2,108.75 | 12.00 | $ - | $ 1,140.00 | $ 1,140.00 | $ - | $ 135.00 | $ 1,275.00 | $ (833.75) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 21 | 8/29/2020 | B. Fisher | SUP | $ 70.00 | 10.00 | $ - | $ 1,050.00 | $ 1,050.00 | $ 50.00 | $ 135.00 | $ 1,235.00 | 9.50 | $ - | $ 884.45 | $ 884.45 | $ - | $ 135.00 | $ 1,019.45 | $ (215.55) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 22 | 8/29/2020 | A. Morgan | RT | $ 42.00 | 12.50 | $ - | $ 787.50 | $ 787.50 | $ 50.00 | $ 135.00 | $ 972.50 | 12.00 | $ - | $ 670.32 | $ 670.32 | $ - | $ 135.00 | $ 805.32 | $ (167.18) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 23 | 8/29/2020 | R. Torres | RT | $ 42.00 | 12.50 | $ - | $ 787.50 | $ 787.50 | $ 50.00 | $ 135.00 | $ 972.50 | 12.00 | $ - | $ 670.32 | $ 670.32 | $ - | $ 135.00 | $ 805.32 | $ (167.18) | Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 24 | 8/29/2020 | J. Howard | PD | $ 115.00 | 14.00 | $ - | $ 2,415.00 | $ 2,415.00 | $ 50.00 | $ 135.00 | $ 2,600.00 | 12.00 | $ - | $ 1,380.00 | $ 1,380.00 | $ - | $ 135.00 | $ 1,515.00 | $ (1,085.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 25 | 8/29/2020 | T. Lawson | SUP | $ 70.00 | 15.00 | $ - | $ 1,575.00 | $ 1,575.00 | $ 50.00 | $ 135.00 | $ 1,760.00 | 12.00 | $ - | $ 1,117.20 | $ 1,117.20 | $ - | $ 135.00 | $ 1,252.20 | $ (507.80) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Non-typical Cost Issue |
| 26 | 8/29/2020 | E. Mata | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 27 | 8/29/2020 | G. Gomez | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 28 | 8/29/2020 | K. Godoy | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 29 | 8/29/2020 | K. Navarro | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 30 | 8/29/2020 | K. Rovoyue | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 31 | 8/29/2020 | A. Medina | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 32 | 8/29/2020 | J. Serra | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |
| 33 | 8/29/2020 | J. Martinez | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF # | Date | Name | Title | Rate | 3,080.45 Ttl. Hrs. | $ 92,958.05 ST Ttl. | $ 102,259.05 OT Ttl. | $ 195,217.10 Labor Ttl. | $ 16,125.00 Drive/Bus | $ 54,135.00 Per Diem | $ 265,477.10 Total | 2,830.00 Ttl. Hrs. | $ 112,905.50 ST Ttl. | $ 40,321.73 OT Ttl. | $ 153,227.23 Labor Ttl. | $ - Drive/Bus | $ 48,735.00 Per Diem | $ 201,962.23 Total | $ (63,514.87) Delta | Comments |
| 34 | 8/29/2020 | J. Armos | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 35 | 8/29/2020 | E. Camba | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 36 | 8/29/2020 | J. Ping | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 37 | 8/29/2020 | W. Brett | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 38 | 8/29/2020 | E. Vazquez | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 39 | 8/29/2020 | P. Tineau | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 40 | 8/29/2020 | E. Nave | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 41 | 8/29/2020 | G. Vivais | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ (57.13) | Overtime Rate Issue Non-typical Cost Issue |
| 42 | 8/30/2020 | J. Lozecki | EPM | $ 115.00 | 3.00 | $ - | $ 517.50 | $ 517.50 | $ 100.00 | $ 135.00 | $ 752.50 | 3.00 | $ 345.00 | $ - | $ 345.00 | $ - | $ 135.00 | $ 480.00 | $ (272.50) | Overtime Salaried Labor Issue Non-typical Cost Issue |
| 43 | 8/30/2020 | G. Gomez | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 44 | 8/30/2020 | J. Ping | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 45 | 8/30/2020 | A. Rovoyue | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 46 | 8/30/2020 | J. Armos | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 47 | 8/30/2020 | W. Brett | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 48 | 8/30/2020 | E. Camba | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 49 | 8/30/2020 | E. Nave | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 50 | 8/30/2020 | G. Vivais | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 51 | 8/30/2020 | J. Martinez | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 52 | 8/30/2020 | I. Vargus | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |
| 53 | 8/30/2020 | R. Torres | RT | $ 42.00 | 4.50 | $ - | $ 283.50 | $ 283.50 | $ 25.00 | $ 135.00 | $ 443.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (119.50) | Overtime Calculation Issue Non-typical Cost Issue |
| 54 | 8/30/2020 | M. Godoy | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |
| 55 | 8/30/2020 | A. Medina | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |
| 56 | 8/30/2020 | E. Mata | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |
| 57 | 8/30/2020 | K. Navarro | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |
| 58 | 8/30/2020 | E. Vazquez | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |
| 59 | 8/30/2020 | J. Serra | RT | $ 42.00 | 3.00 | $ - | $ 189.00 | $ 189.00 | $ 25.00 | $ 135.00 | $ 349.00 | 3.00 | $ 126.00 | $ - | $ 126.00 | $ - | $ 135.00 | $ 261.00 | $ (88.00) | Overtime Calculation Issue Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 60 | 8/30/2020 | L. Pipo | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 61 | 8/30/2020 | M. Seuruuez | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 62 | 8/30/2020 | A. Cruz | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 63 | 8/30/2020 | R. Alvanado | RT | $ 42.00 | 5.50 | $ - | $ 346.50 | $ 346.50 | $ 50.00 | $ 135.00 | $ 531.50 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (165.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 64 | 8/30/2020 | D. Ardon | RT | $ 42.00 | 5.50 | $ - | $ 346.50 | $ 346.50 | $ 50.00 | $ 135.00 | $ 531.50 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (165.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 65 | 8/30/2020 | E. Diaz | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 66 | 8/30/2020 | R. Labrada | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 67 | 8/30/2020 | J. Leyva | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 68 | 8/30/2020 | R. Rodriguez | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 69 | 8/30/2020 | A. Bueno | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 70 | 8/30/2020 | A. Garrido | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 71 | 8/30/2020 | L. Gutrerrez | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 72 | 8/30/2020 | D. Rodriguez | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 73 | 8/30/2020 | L. Ricardo | RT | $ 42.00 | 9.50 | $ - | $ 598.50 | $ 598.50 | $ 50.00 | $ 135.00 | $ 783.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (270.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 74 | 8/30/2020 | A. Velasquez | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 75 | 8/30/2020 | T. Rutledge | SUP | $ 70.00 | 7.50 | $ - | $ 787.50 | $ 787.50 | $ 50.00 | $ 135.00 | $ 972.50 | 7.00 | $ 490.00 | $ - | $ 490.00 | $ - | $ 135.00 | $ 625.00 | $ (347.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 76 | 8/30/2020 | P. Tineau | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 77 | 8/30/2020 | H. Ward | PM | $ 95.00 | 7.50 | $ - | $ 1,068.75 | $ 1,068.75 | $ 50.00 | $ 135.00 | $ 1,253.75 | 7.00 | $ 665.00 | $ - | $ 665.00 | $ - | $ 135.00 | $ 800.00 | $ (453.75) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | | | | | As Submitted By: All Clear Restoration | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 78 | 8/30/2020 | M. Garrett | DT | $ 75.00 | 10.00 | $ - | $ 1,125.00 | $ 1,125.00 | $ 50.00 | $ 135.00 | $ 1,310.00 | 9.50 | $ 712.50 | $ - | $ 712.50 | $ - | $ 135.00 | $ 847.50 | $ (462.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 79 | 8/30/2020 | W. Garrett | SUP | $ 70.00 | 11.50 | $ - | $ 1,207.50 | $ 1,207.50 | $ 50.00 | $ 135.00 | $ 1,392.50 | 9.50 | $ 665.00 | $ - | $ 665.00 | $ - | $ 135.00 | $ 800.00 | $ (592.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 80 | 8/30/2020 | J. Howard | PD | $ 115.00 | 6.50 | $ - | $ 1,121.25 | $ 1,121.25 | $ 50.00 | $ 135.00 | $ 1,306.25 | 6.00 | $ 690.00 | $ - | $ 690.00 | $ - | $ 135.00 | $ 825.00 | $ (481.25) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 81 | 8/30/2020 | T. Lawson | SUP | $ 70.00 | 15.00 | $ - | $ 1,575.00 | $ 1,575.00 | $ 50.00 | $ 135.00 | $ 1,760.00 | 9.50 | $ 665.00 | $ - | $ 665.00 | $ - | $ 135.00 | $ 800.00 | $ (960.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 82 | 8/30/2020 | N. Lozecki | A/C | $ 35.00 | 6.00 | $ - | $ 315.00 | $ 315.00 | $ - | $ 135.00 | $ 450.00 | 5.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ (450.00) | Please clarify why administrative labor was reportedly on the project site.<br>General & Administrative Cost Issue<br>Lunch Break Removal<br>Overtime Calculation Issue |
| 83 | 8/31/2020 | W. Garrett | SUP | $ 70.00 | 11.50 | $ 630.00 | $ 262.50 | $ 892.50 | $ 50.00 | $ 135.00 | $ 1,077.50 | 10.00 | $ 700.00 | $ - | $ 700.00 | $ - | $ 135.00 | $ 835.00 | $ (242.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 84 | 8/31/2020 | M. Garrett | DT | $ 75.00 | 10.50 | $ 675.00 | $ 168.75 | $ 843.75 | $ 50.00 | $ 135.00 | $ 1,028.75 | 10.00 | $ 750.00 | $ - | $ 750.00 | $ - | $ 135.00 | $ 885.00 | $ (143.75) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 85 | 8/31/2020 | I. Vargus | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 86 | 8/31/2020 | L. Lauua | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 87 | 8/31/2020 | L. Cruz | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 88 | 8/31/2020 | L. Gutrerrez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 89 | 8/31/2020 | D. Rodriguez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 90 | 8/31/2020 | R. Rodriguez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 91 | 8/31/2020 | A. Cruz | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 92 | 8/31/2020 | L. Alamop | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 93 | 8/31/2020 | N. Vedecca | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 94 | 8/31/2020 | A. Velasquez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 95 | 8/31/2020 | R. Labrada | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 96 | 8/31/2020 | A. Bueno | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 97 | 8/31/2020 | M. Seuruuez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 98 | 8/31/2020 | R. Torres | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 99 | 8/31/2020 | M. Godoy | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 100 | 8/31/2020 | E. Mata | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 101 | 8/31/2020 | E. Vazquez | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 102 | 8/31/2020 | A. Medina | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 103 | 8/31/2020 | E. Nave | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 104 | 8/31/2020 | G. Vivais | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 105 | 8/31/2020 | G. Gomez | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 106 | 8/31/2020 | W. Brett | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 107 | 8/31/2020 | J. Ping | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 108 | 8/31/2020 | A. Rovoyue | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 109 | 8/31/2020 | E. Lanba | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 110 | 8/31/2020 | J. Martinez | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 111 | 8/31/2020 | A. Rodriguez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 112 | 8/31/2020 | R. Tine | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 113 | 8/31/2020 | J. Armos | RT | $ 42.00 | 8.50 | $ 336.00 | $ 31.50 | $ 367.50 | $ 50.00 | $ 135.00 | $ 552.50 | 8.00 | $ 336.00 | $ - | $ 336.00 | $ - | $ 135.00 | $ 471.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 114 | 8/31/2020 | J. Howard | PD | $ 115.00 | 7.00 | $ 805.00 | $ - | $ 805.00 | $ 50.00 | $ 135.00 | $ 990.00 | 6.50 | $ 747.50 | $ - | $ 747.50 | $ - | $ 135.00 | $ 882.50 | $ (107.50) | Lunch Break Removal<br>Non-typical Cost Issue |
| 115 | 9/1/2020 | L. Alamop | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 116 | 9/1/2020 | M. Seuruuez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 117 | 9/1/2020 | I. Vargus | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 118 | 9/1/2020 | K. Maine | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 119 | 9/1/2020 | A. Cruz | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 120 | 9/1/2020 | J. Rodriguez | RT | $ 42.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ 50.00 | $ 135.00 | $ 416.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (50.00) | Non-typical Cost Issue |
| 121 | 9/1/2020 | L. Mauin | RT | $ 42.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ 50.00 | $ 135.00 | $ 416.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (50.00) | Non-typical Cost Issue |
| 122 | 9/1/2020 | R. Rodriguez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 123 | 9/1/2020 | L. Pipo | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 124 | 9/1/2020 | N. Vedecca | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 125 | 9/1/2020 | A. Bueno | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 126 | 9/1/2020 | F. Oviedo | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (144.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 127 | 9/1/2020 | M. Estevea | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 128 | 9/1/2020 | R. Labrada | RT | $ 42.00 | 7.00 | $ 294.00 | $ - | $ 294.00 | $ 50.00 | $ 135.00 | $ 479.00 | 6.50 | $ 273.00 | $ - | $ 273.00 | $ - | $ 135.00 | $ 408.00 | $ (71.00) | Lunch Break Removal<br>Non-typical Cost Issue |
| 129 | 9/1/2020 | E. Lanba | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 130 | 9/1/2020 | A. Velasquez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 131 | 9/1/2020 | R. Torres | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 132 | 9/1/2020 | W. Garrett | SUP | $ 70.00 | 9.50 | $ 630.00 | $ 52.50 | $ 682.50 | $ 50.00 | $ 135.00 | $ 867.50 | 9.00 | $ 630.00 | $ - | $ 630.00 | $ - | $ 135.00 | $ 765.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 133 | 9/1/2020 | M. Garrett | DT | $ 75.00 | 9.50 | $ 675.00 | $ 56.25 | $ 731.25 | $ 50.00 | $ 135.00 | $ 916.25 | 9.00 | $ 675.00 | $ - | $ 675.00 | $ - | $ 135.00 | $ 810.00 | $ (106.25) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 134 | 9/1/2020 | J. Howard | PD | $ 115.00 | 8.50 | $ 920.00 | $ 86.25 | $ 1,006.25 | $ 50.00 | $ 135.00 | $ 1,191.25 | 8.00 | $ 920.00 | $ - | $ 920.00 | $ - | $ 135.00 | $ 1,055.00 | $ (136.25) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 135 | 9/1/2020 | T. Lawson | SUP | $ 70.00 | 14.00 | $ 630.00 | $ 525.00 | $ 1,155.00 | $ 50.00 | $ 135.00 | $ 1,340.00 | 9.00 | $ 630.00 | $ - | $ 630.00 | $ - | $ 135.00 | $ 765.00 | $ (575.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 136 | 9/2/2020 | H. Ward | PM | $ 95.00 | 12.00 | $ 855.00 | $ 427.50 | $ 1,282.50 | $ 50.00 | $ 135.00 | $ 1,467.50 | 10.50 | $ 997.50 | $ - | $ 997.50 | $ - | $ 135.00 | $ 1,132.50 | $ (335.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 137 | 9/2/2020 | L. Mortesde | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 138 | 9/2/2020 | A. Bueno | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 139 | 9/2/2020 | F. Oviedo | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 140 | 9/2/2020 | R. Rodriguez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 25.00 | $ 135.00 | $ 569.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (56.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 141 | 9/2/2020 | J. Leyva | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 142 | 9/2/2020 | N. Vedecca | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 143 | 9/2/2020 | A. Cruz | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 144 | 9/2/2020 | W. Liette | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 145 | 9/2/2020 | L. Alamop | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 146 | 9/2/2020 | A. Ricardo | RT | $ 42.00 | 6.50 | $ 273.00 | $ - | $ 273.00 | $ 50.00 | $ 135.00 | $ 458.00 | 6.00 | $ 252.00 | $ - | $ 252.00 | $ - | $ 135.00 | $ 387.00 | $ (71.00) | Lunch Break Removal<br>Non-typical Cost Issue |
| 147 | 9/2/2020 | M. Seuruuez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 148 | 9/2/2020 | R. Alvanado | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 149 | 9/2/2020 | L. Medina | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 150 | 9/2/2020 | A. Velasquez | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 151 | 9/2/2020 | I. Vargus | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 152 | 9/2/2020 | J. Peredia | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 153 | 9/2/2020 | E. Luis | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 154 | 9/2/2020 | M. Garrett | DT | $ 75.00 | 12.00 | $ 675.00 | $ 337.50 | $ 1,012.50 | $ 50.00 | $ 135.00 | $ 1,197.50 | 10.50 | $ 787.50 | $ - | $ 787.50 | $ - | $ 135.00 | $ 922.50 | $ (275.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 155 | 9/2/2020 | B. Fisher | SUP | $ 70.00 | 11.00 | $ 630.00 | $ 210.00 | $ 840.00 | $ 50.00 | $ 135.00 | $ 1,025.00 | 10.50 | $ 735.00 | $ - | $ 735.00 | $ - | $ 135.00 | $ 870.00 | $ (155.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 156 | 9/2/2020 | R. Torres | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 157 | 9/2/2020 | H. Garcia | RT | $ 42.00 | 5.50 | $ 210.00 | $ 31.50 | $ 241.50 | $ 50.00 | $ 135.00 | $ 426.50 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (60.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 158 | 9/2/2020 | C. Ferrel | RT | $ 42.00 | 5.50 | $ 210.00 | $ 31.50 | $ 241.50 | $ 25.00 | $ 135.00 | $ 401.50 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (35.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 159 | 9/2/2020 | C. Villar | RT | $ 42.00 | 5.50 | $ 210.00 | $ 31.50 | $ 241.50 | $ 25.00 | $ 135.00 | $ 401.50 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (35.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 160 | 9/2/2020 | A. Vargas | RT | $ 42.00 | 3.50 | $ 126.00 | $ 31.50 | $ 157.50 | $ 25.00 | $ 135.00 | $ 317.50 | 3.50 | $ 147.00 | $ - | $ 147.00 | $ - | $ 135.00 | $ 282.00 | $ (35.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 161 | 9/2/2020 | T. Rutledge | SUP | $ 70.00 | 12.50 | $ 630.00 | $ 367.50 | $ 997.50 | $ 50.00 | $ 135.00 | $ 1,182.50 | 10.50 | $ 735.00 | $ - | $ 735.00 | $ - | $ 135.00 | $ 870.00 | $ (312.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 162 | 9/2/2020 | J. Howard | PD | $ 115.00 | 13.00 | $ 1,035.00 | $ 690.00 | $ 1,725.00 | $ 50.00 | $ 135.00 | $ 1,910.00 | 10.50 | $ 1,207.50 | $ - | $ 1,207.50 | $ - | $ 135.00 | $ 1,342.50 | $ (567.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 163 | 9/2/2020 | W. Garrett | SUP | $ 70.00 | 12.00 | $ 630.00 | $ 315.00 | $ 945.00 | $ - | $ 135.00 | $ 1,080.00 | 10.50 | $ 560.00 | $ 232.75 | $ 792.75 | $ - | $ 135.00 | $ 927.75 | $ (152.25) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue |
| 164 | 9/2/2020 | N. Lozecki | A/C | $ 35.00 | 6.50 | $ 227.50 | $ - | $ 227.50 | $ - | $ 135.00 | $ 362.50 | 6.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ (362.50) | Please clarify why administrative labor was reportedly on the project site.<br>General & Administrative Cost Issue<br>Lunch Break Removal |
| 165 | 9/3/2020 | J. Lozecki | EPM | $ 115.00 | 6.00 | $ 690.00 | $ - | $ 690.00 | $ 100.00 | $ 135.00 | $ 925.00 | 5.50 | $ 632.50 | $ - | $ 632.50 | $ - | $ 135.00 | $ 767.50 | $ (157.50) | Lunch Break Removal<br>Non-typical Cost Issue |
| 166 | 9/3/2020 | L. Medina | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 167 | 9/3/2020 | A. Cruz | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 168.00 | $ 307.23 | $ 475.23 | $ - | $ 135.00 | $ 610.23 | $ (15.77) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 168 | 9/3/2020 | R. Rodriguez | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 168.00 | $ 307.23 | $ 475.23 | $ - | $ 135.00 | $ 610.23 | $ (15.77) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 169 | 9/3/2020 | N. Vedecca | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 170 | 9/3/2020 | L. Mortesde | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 171 | 9/3/2020 | W. Liette | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 172 | 9/3/2020 | I. Vargus | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 378.00 | $ 27.93 | $ 405.93 | $ - | $ 135.00 | $ 540.93 | $ (85.07) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 173 | 9/3/2020 | A. Vargas | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 174 | 9/3/2020 | J. Leyva | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 175 | 9/3/2020 | H. Garcia | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 176 | 9/3/2020 | C. Villar | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 177 | 9/3/2020 | C. Ferrel | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 178 | 9/3/2020 | H. Ward | PM | $ 95.00 | 12.00 | $ 855.00 | $ 427.50 | $ 1,282.50 | $ 50.00 | $ 135.00 | $ 1,467.50 | 10.50 | $ 997.50 | $ - | $ 997.50 | $ - | $ 135.00 | $ 1,132.50 | $ (335.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 179 | 9/3/2020 | R. Torres | RT | $ 42.00 | 11.00 | $ 378.00 | $ 126.00 | $ 504.00 | $ 50.00 | $ 135.00 | $ 689.00 | 10.50 | $ 315.00 | $ 167.58 | $ 482.58 | $ - | $ 135.00 | $ 617.58 | $ (71.42) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 180 | 9/3/2020 | A. Velasquez | RT | $ 42.00 | 11.00 | $ 378.00 | $ 126.00 | $ 504.00 | $ 50.00 | $ 135.00 | $ 689.00 | 10.50 | $ 105.00 | $ 446.88 | $ 551.88 | $ - | $ 135.00 | $ 686.88 | $ (2.12) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 181 | 9/3/2020 | M. Garrett | DT | $ 75.00 | 12.00 | $ 675.00 | $ 337.50 | $ 1,012.50 | $ 50.00 | $ 135.00 | $ 1,197.50 | 10.50 | $ - | $ 1,047.38 | $ 1,047.38 | $ - | $ 135.00 | $ 1,182.38 | $ (15.12) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 182 | 9/3/2020 | W. Garrett | SUP | $ 70.00 | 13.00 | $ 630.00 | $ 420.00 | $ 1,050.00 | $ 50.00 | $ 135.00 | $ 1,235.00 | 10.50 | $ - | $ 977.55 | $ 977.55 | $ - | $ 135.00 | $ 1,112.55 | $ (122.45) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF # | Date | Name | Title | Rate | 3,080.45 Ttl. Hrs. | $ 92,958.05 ST Ttl. | $ 102,259.05 OT Ttl. | $ 195,217.10 Labor Ttl. | $ 16,125.00 Drive/Bus | $ 54,135.00 Per Diem | $ 265,477.10 Total | 2,830.00 Ttl. Hrs. | $ 112,905.50 ST Ttl. | $ 40,321.73 OT Ttl. | $ 153,227.23 Labor Ttl. | $ - Drive/Bus | $ 48,735.00 Per Diem | $ 201,962.23 Total | $ (63,514.87) Delta | Comments |
| 183 | 9/3/2020 | A. Bueno | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 168.00 | $ 307.23 | $ 475.23 | $ - | $ 135.00 | $ 610.23 | $ (15.77) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 184 | 9/3/2020 | T. Rutledge | SUP | $ 70.00 | 12.00 | $ 630.00 | $ 315.00 | $ 945.00 | $ 50.00 | $ 135.00 | $ 1,130.00 | 10.50 | $ 735.00 | $ - | $ 735.00 | $ - | $ 135.00 | $ 870.00 | $ (260.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 185 | 9/3/2020 | M. Seuruuez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 168.00 | $ 279.30 | $ 447.30 | $ - | $ 135.00 | $ 582.30 | $ (12.20) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 186 | 9/3/2020 | R. Alvanado | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 187 | 9/3/2020 | L. Alamop | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 188 | 9/3/2020 | A. Ricardo | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 189 | 9/3/2020 | J. Peredia | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 190 | 9/3/2020 | B. Fisher | SUP | $ 70.00 | 9.50 | $ 630.00 | $ 52.50 | $ 682.50 | $ 50.00 | $ 135.00 | $ 867.50 | 9.00 | $ 630.00 | $ - | $ 630.00 | $ - | $ 135.00 | $ 765.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 191 | 9/3/2020 | J. Jreevara | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 192 | 9/3/2020 | J. Howard | PD | $ 115.00 | 1.00 | $ - | $ 172.50 | $ 172.50 | $ - | $ 135.00 | $ 307.50 | - | $ - | $ - | $ - | $ - | $ 135.00 | $ 135.00 | $ (172.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Overtime Salaried Labor Issue |
| 193 | 9/4/2020 | J. Howard | PD | $ 115.00 | 1.48 | $ - | $ 255.88 | $ 255.88 | $ - | $ 135.00 | $ 390.88 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (390.88) | The per diem charge on this entry appears to be duplicate with the one on either REF #192 or #216.<br>Please clarify why project director labor was invoiced for, on this day, from midnight to 1:30 AM, as no other labor worked at this time.<br>Overtime Salaried Labor Issue |

JS HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 194 | 9/4/2020 | M. Garrett | DT | $ 75.00 | 12.00 | $ 675.00 | $ 337.50 | $ 1,012.50 | $ 50.00 | $ 135.00 | $ 1,197.50 | 9.50 | $ - | $ 947.63 | $ 947.63 | $ - | $ 135.00 | $ 1,082.63 | $ (114.87) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 195 | 9/4/2020 | A. Velasquez | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ - | $ 139.65 | $ 139.65 | $ - | $ 135.00 | $ 274.65 | $ 24.15 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 196 | 9/4/2020 | L. Medina | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 197 | 9/4/2020 | A. Cruz | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ - | $ 139.65 | $ 139.65 | $ - | $ 135.00 | $ 274.65 | $ 24.15 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 198 | 9/4/2020 | I. Vargus | RT | $ 42.00 | 4.50 | $ 168.00 | $ 31.50 | $ 199.50 | $ 25.00 | $ 135.00 | $ 359.50 | 4.50 | $ - | $ 251.37 | $ 251.37 | $ - | $ 135.00 | $ 386.37 | $ 26.87 | Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 199 | 9/4/2020 | W. Liette | RT | $ 42.00 | 4.50 | $ 168.00 | $ 31.50 | $ 199.50 | $ 25.00 | $ 135.00 | $ 359.50 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (35.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 200 | 9/4/2020 | L. Deaau | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 201 | 9/4/2020 | J. Leyva | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 202 | 9/4/2020 | R. Rodriguez | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ - | $ 530.67 | $ 530.67 | $ - | $ 135.00 | $ 665.67 | $ 39.67 | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 203 | 9/4/2020 | C. Ferrel | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 204 | 9/4/2020 | A. Ligvene | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 205 | 9/4/2020 | N. Vedecca | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 147.00 | $ 335.16 | $ 482.16 | $ - | $ 135.00 | $ 617.16 | $ (8.84) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 206 | 9/4/2020 | A. Bueno | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ - | $ 530.67 | $ 530.67 | $ - | $ 135.00 | $ 665.67 | $ 39.67 | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 207 | 9/4/2020 | H. Garcia | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 208 | 9/4/2020 | C. Villar | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 209 | 9/4/2020 | A. Vargas | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 210 | 9/4/2020 | J. Tuefara | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 211 | 9/4/2020 | J. Peredia | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 25.00 | $ 135.00 | $ 601.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (67.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 212 | 9/4/2020 | T. Rutledge | SUP | $ 70.00 | 14.50 | $ 630.00 | $ 577.50 | $ 1,207.50 | $ 50.00 | $ 135.00 | $ 1,392.50 | 9.50 | $ 350.00 | $ 418.95 | $ 768.95 | $ - | $ 135.00 | $ 903.95 | $ (488.55) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 213 | 9/4/2020 | H. Ward | PM | $ 95.00 | 14.00 | $ 855.00 | $ 712.50 | $ 1,567.50 | $ 50.00 | $ 135.00 | $ 1,752.50 | 9.50 | $ 902.50 | $ - | $ 902.50 | $ - | $ 135.00 | $ 1,037.50 | $ (715.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 214 | 9/4/2020 | R. Torres | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ - | $ 139.65 | $ 139.65 | $ - | $ 135.00 | $ 274.65 | $ 24.15 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 215 | 9/4/2020 | W. Garrett | SUP | $ 70.00 | 2.50 | $ 140.00 | $ 52.50 | $ 192.50 | $ - | $ 135.00 | $ 327.50 | 2.50 | $ - | $ 232.75 | $ 232.75 | $ - | $ 135.00 | $ 367.75 | $ 40.25 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 216 | 9/4/2020 | J. Howard | PD | $ 115.00 | 10.00 | $ 632.50 | $ 776.25 | $ 1,408.75 | $ 25.00 | $ 135.00 | $ 1,568.75 | 5.50 | $ 632.50 | $ - | $ 632.50 | $ - | $ 135.00 | $ 767.50 | $ (801.25) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 217 | 9/5/2020 | J. Lozecki | EPM | $ 115.00 | 3.00 | $ - | $ 517.50 | $ 517.50 | $ 100.00 | $ 135.00 | $ 752.50 | 3.00 | $ 345.00 | $ - | $ 345.00 | $ - | $ 135.00 | $ 480.00 | $ (272.50) | Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 218 | 9/5/2020 | M. Garrett | DT | $ 75.00 | 11.00 | $ - | $ 1,237.50 | $ 1,237.50 | $ 50.00 | $ 135.00 | $ 1,422.50 | 9.50 | $ - | $ 947.63 | $ 947.63 | $ - | $ 135.00 | $ 1,082.63 | $ (339.87) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 219 | 9/5/2020 | C. Sadaba | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 220 | 9/5/2020 | D. Ferres | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 221 | 9/5/2020 | P. Ferner | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 222 | 9/5/2020 | W. Liette | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 223 | 9/5/2020 | A. Bueno | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ - | $ 530.67 | $ 530.67 | $ - | $ 135.00 | $ 665.67 | $ (149.33) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 224 | 9/5/2020 | W. Rosendiz | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 225 | 9/5/2020 | J. Jreevara | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 226 | 9/5/2020 | A. Vargas | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 227 | 9/5/2020 | J. Peredia | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (281.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 228 | 9/5/2020 | N. Vedecca | RT | $ 42.00 | 10.00 | $ - | $ 630.00 | $ 630.00 | $ 50.00 | $ 135.00 | $ 815.00 | 9.50 | $ - | $ 530.67 | $ 530.67 | $ - | $ 135.00 | $ 665.67 | $ (149.33) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 229 | 9/5/2020 | H. Ward | PM | $ 95.00 | 12.50 | $ - | $ 1,781.25 | $ 1,781.25 | $ 50.00 | $ 135.00 | $ 1,966.25 | 11.00 | $ 1,045.00 | $ - | $ 1,045.00 | $ - | $ 135.00 | $ 1,180.00 | $ (786.25) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 230 | 9/5/2020 | T. Rutledge | SUP | $ 70.00 | 13.00 | $ - | $ 1,365.00 | $ 1,365.00 | $ 50.00 | $ 135.00 | $ 1,550.00 | 11.00 | $ - | $ 1,024.10 | $ 1,024.10 | $ - | $ 135.00 | $ 1,159.10 | $ (390.90) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 231 | 9/5/2020 | J. Howard | PD | $ 115.00 | 6.50 | $ - | $ 1,121.25 | $ 1,121.25 | $ 100.00 | $ 135.00 | $ 1,356.25 | 4.00 | $ 460.00 | $ - | $ 460.00 | $ - | $ 135.00 | $ 595.00 | $ (761.25) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 232 | 9/5/2020 | T. Lawson | SUP | $ 70.00 | 2.50 | $ - | $ 262.50 | $ 262.50 | $ - | $ 135.00 | $ 397.50 | 2.50 | $ 175.00 | $ - | $ 175.00 | $ - | $ 135.00 | $ 310.00 | $ (87.50) | Overtime Calculation Issue |
| 233 | 9/6/2020 | J. Howard | PD | $ 115.00 | 6.98 | $ - | $ 1,204.63 | $ 1,204.63 | $ 50.00 | $ 135.00 | $ 1,389.63 | 2.50 | $ 287.50 | $ - | $ 287.50 | $ - | $ 135.00 | $ 422.50 | $ (967.13) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |

JS|HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 234 | 9/6/2020 | J. Howard | PD | $ 115.00 | 0.98 | $ - | $ 169.63 | $ 169.63 | $ - | $ 135.00 | $ 304.63 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (304.63) | The per diem charge on this entry appears to be duplicate with the ones on REF #233 & #264.<br>Please clarify why project director labor was invoiced for, on this day, from midnight to 1:00 AM, as no other labor worked at this time.<br>Overtime Salaried Labor Issue |
| 235 | 9/6/2020 | H. Ward | PM | $ 95.00 | 2.50 | $ - | $ 356.25 | $ 356.25 | $ - | $ 135.00 | $ 491.25 | 2.50 | $ 237.50 | $ - | $ 237.50 | $ - | $ - | $ 237.50 | $ (253.75) | The per diem charge on this entry appears to be duplicate with the one on REF #254.<br>Overtime Salaried Labor Issue |
| 236 | 9/6/2020 | M. Garrett | DT | $ 75.00 | 2.50 | $ - | $ 281.25 | $ 281.25 | $ - | $ 135.00 | $ 416.25 | 2.50 | $ 187.50 | $ - | $ 187.50 | $ - | $ - | $ 187.50 | $ (228.75) | The per diem charge on this entry appears to be duplicate with the one on REF #244.<br>Overtime Calculation Issue |
| 237 | 9/6/2020 | R. Torres | RT | $ 42.00 | 2.50 | $ - | $ 157.50 | $ 157.50 | $ - | $ 135.00 | $ 292.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ - | $ 105.00 | $ (187.50) | The per diem charge on this entry appears to be duplicate with the one on REF #258.<br>Overtime Calculation Issue |
| 238 | 9/6/2020 | A. Velasquez | RT | $ 42.00 | 2.50 | $ - | $ 157.50 | $ 157.50 | $ - | $ 135.00 | $ 292.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ - | $ 105.00 | $ (187.50) | The per diem charge on this entry appears to be duplicate with the one on REF #250.<br>Overtime Calculation Issue |
| 239 | 9/6/2020 | R. Rodriguez | RT | $ 42.00 | 2.50 | $ - | $ 157.50 | $ 157.50 | $ - | $ 135.00 | $ 292.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ - | $ 105.00 | $ (187.50) | The per diem charge on this entry appears to be duplicate with the one on REF #247.<br>Overtime Calculation Issue |
| 240 | 9/6/2020 | J. Ferrer | RT | $ 42.00 | 2.50 | $ - | $ 157.50 | $ 157.50 | $ - | $ 135.00 | $ 292.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ - | $ 105.00 | $ (187.50) | The per diem charge on this entry appears to be duplicate with the one on REF #253.<br>Overtime Calculation Issue |
| 241 | 9/6/2020 | Y. Derribal | RT | $ 42.00 | 2.50 | $ - | $ 157.50 | $ 157.50 | $ - | $ 135.00 | $ 292.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (52.50) | Overtime Calculation Issue |
| 242 | 9/6/2020 | E. Fevverah | RT | $ 42.00 | 2.50 | $ - | $ 157.50 | $ 157.50 | $ - | $ 135.00 | $ 292.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ - | $ 105.00 | $ (187.50) | The per diem charge on this entry appears to be duplicate with the one on REF #252.<br>Overtime Calculation Issue |
| 243 | 9/6/2020 | B. Fisher | SUP | $ 70.00 | 2.50 | $ - | $ 262.50 | $ 262.50 | $ - | $ 135.00 | $ 397.50 | 2.50 | $ 175.00 | $ - | $ 175.00 | $ - | $ 135.00 | $ 310.00 | $ (87.50) | Overtime Calculation Issue |
| 244 | 9/6/2020 | M. Garrett | DT | $ 75.00 | 8.50 | $ - | $ 956.25 | $ 956.25 | $ 50.00 | $ 135.00 | $ 1,141.25 | 8.00 | $ 600.00 | $ - | $ 600.00 | $ - | $ 135.00 | $ 735.00 | $ (406.25) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 245 | 9/6/2020 | L. Medina | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 246 | 9/6/2020 | A. Cruz | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 247 | 9/6/2020 | R. Rodriguez | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 248 | 9/6/2020 | D. Carrazana | RT | $ 42.00 | 6.50 | $ - | $ 409.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 6.00 | $ 252.00 | $ - | $ 252.00 | $ - | $ 135.00 | $ 387.00 | $ (207.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 249 | 9/6/2020 | W. Bosenchz | RT | $ 42.00 | 6.50 | $ - | $ 409.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 6.00 | $ 252.00 | $ - | $ 252.00 | $ - | $ 135.00 | $ 387.00 | $ (207.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 250 | 9/6/2020 | A. Velasquez | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 251 | 9/6/2020 | L. Derribal | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 252 | 9/6/2020 | E. Fevverah | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 253 | 9/6/2020 | J. Ferrer | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 254 | 9/6/2020 | H. Ward | PM | $ 95.00 | 9.00 | $ - | $ 1,282.50 | $ 1,282.50 | $ 50.00 | $ 135.00 | $ 1,467.50 | 8.50 | $ 807.50 | $ - | $ 807.50 | $ - | $ 135.00 | $ 942.50 | $ (525.00) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 255 | 9/6/2020 | J. Leyva | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 256 | 9/6/2020 | A. Bueno | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 257 | 9/6/2020 | P. Ferner | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 258 | 9/6/2020 | R. Torres | RT | $ 42.00 | 5.50 | $ - | $ 346.50 | $ 346.50 | $ 50.00 | $ 135.00 | $ 531.50 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (165.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 259 | 9/6/2020 | A. Vargas | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 260 | 9/6/2020 | J. Peredia | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 261 | 9/6/2020 | N. Vedecca | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 262 | 9/6/2020 | D. Ferres | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 263 | 9/6/2020 | C. Sadaba | RT | $ 42.00 | 6.00 | $ - | $ 378.00 | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 5.50 | $ 231.00 | $ - | $ 231.00 | $ - | $ 135.00 | $ 366.00 | $ (197.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 264 | 9/6/2020 | J. Howard | PD | $ 115.00 | 1.50 | $ - | $ 258.75 | $ 258.75 | $ - | $ 135.00 | $ 393.75 | 1.50 | $ 172.50 | $ - | $ 172.50 | $ - | $ - | $ 172.50 | $ (221.25) | The per diem charge on this entry appears to be duplicate with the ones on REF #233 & #234.<br>Overtime Salaried Labor Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 265 | 9/6/2020 | T. Lawson | SUP | $ 70.00 | 3.00 | $ - | $ 315.00 | $ 315.00 | $ 25.00 | $ 135.00 | $ 475.00 | 2.50 | $ 175.00 | $ - | $ 175.00 | $ - | $ 135.00 | $ 310.00 | $ (165.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 266 | 9/6/2020 | N. Lozecki | A/C | $ 35.00 | 5.00 | $ - | $ 262.50 | $ 262.50 | $ - | $ 135.00 | $ 397.50 | 5.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ (397.50) | Please clarify why administrative labor was reportedly on the project site.<br>General & Administrative Cost Issue<br>Overtime Calculation Issue |
| 267 | 9/7/2020 | N. Webb | EPM | $ 115.00 | 7.50 | $ 862.50 | $ - | $ 862.50 | $ 100.00 | $ 135.00 | $ 1,097.50 | 7.00 | $ 805.00 | $ - | $ 805.00 | $ - | $ 135.00 | $ 940.00 | $ (157.50) | Lunch Break Removal<br>Non-typical Cost Issue |
| 268 | 9/7/2020 | J. Lozecki | EPM | $ 115.00 | 2.00 | $ 230.00 | $ - | $ 230.00 | $ 100.00 | $ 135.00 | $ 465.00 | 2.00 | $ 230.00 | $ - | $ 230.00 | $ - | $ 135.00 | $ 365.00 | $ (100.00) | Non-typical Cost Issue |
| 269 | 9/7/2020 | A. Vargas | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 270 | 9/7/2020 | A. Cruz | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 271 | 9/7/2020 | L. Medina | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 272 | 9/7/2020 | A. Bueno | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 273 | 9/7/2020 | W. Rosendiz | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 274 | 9/7/2020 | H. Ward | PM | $ 95.00 | 11.50 | $ 855.00 | $ 356.25 | $ 1,211.25 | $ 50.00 | $ 135.00 | $ 1,396.25 | 11.00 | $ 1,045.00 | $ - | $ 1,045.00 | $ - | $ 135.00 | $ 1,180.00 | $ (216.25) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 275 | 9/7/2020 | T. Rutledge | SUP | $ 70.00 | 13.50 | $ 630.00 | $ 472.50 | $ 1,102.50 | $ 50.00 | $ 135.00 | $ 1,287.50 | 11.50 | $ 805.00 | $ - | $ 805.00 | $ - | $ 135.00 | $ 940.00 | $ (347.50) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 276 | 9/7/2020 | K. Sondin | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 277 | 9/7/2020 | J. Sondin | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 278 | 9/7/2020 | J. Ferrer | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 279 | 9/7/2020 | L. Derribal | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF # | Date | Name | Title | Rate | 3,080.45 Ttl. Hrs. | $ 92,958.05 ST Ttl. | $ 102,259.05 OT Ttl. | $ 195,217.10 Labor Ttl. | $ 16,125.00 Drive/Bus | $ 54,135.00 Per Diem | $ 265,477.10 Total | 2,830.00 Ttl. Hrs. | $ 112,905.50 ST Ttl. | $ 40,321.73 OT Ttl. | $ 153,227.23 Labor Ttl. | $ - Drive/Bus | $ 48,735.00 Per Diem | $ 201,962.23 Total | $ (63,514.87) Delta | Comments |
| 280 | 9/7/2020 | E. Fevverah | RT | $ 42.00 | 10.50 | $ 378.00 | $ 94.50 | $ 472.50 | $ 50.00 | $ 135.00 | $ 657.50 | 10.00 | $ 420.00 | $ - | $ 420.00 | $ - | $ 135.00 | $ 555.00 | $ (102.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 281 | 9/7/2020 | R. Torres | RT | $ 42.00 | 12.00 | $ 378.00 | $ 189.00 | $ 567.00 | $ 50.00 | $ 135.00 | $ 752.00 | 11.50 | $ 483.00 | $ - | $ 483.00 | $ - | $ 135.00 | $ 618.00 | $ (134.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 282 | 9/7/2020 | M. Garrett | DT | $ 75.00 | 11.00 | $ 675.00 | $ 225.00 | $ 900.00 | $ 50.00 | $ 135.00 | $ 1,085.00 | 10.50 | $ 787.50 | $ - | $ 787.50 | $ - | $ 135.00 | $ 922.50 | $ (162.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 283 | 9/7/2020 | L. Carrazan | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 284 | 9/7/2020 | W. Garrett | SUP | $ 70.00 | 11.00 | $ 630.00 | $ 210.00 | $ 840.00 | $ 50.00 | $ 135.00 | $ 1,025.00 | 10.50 | $ 735.00 | $ - | $ 735.00 | $ - | $ 135.00 | $ 870.00 | $ (155.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 285 | 9/7/2020 | J. Howard | PD | $ 115.00 | 5.00 | $ 345.00 | $ 345.00 | $ 690.00 | $ 25.00 | $ 135.00 | $ 850.00 | 5.00 | $ 575.00 | $ - | $ 575.00 | $ - | $ 135.00 | $ 710.00 | $ (140.00) | Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 286 | 9/7/2020 | T. Lawson | SUP | $ 70.00 | 3.00 | $ 210.00 | $ - | $ 210.00 | $ 25.00 | $ 135.00 | $ 370.00 | 3.00 | $ 210.00 | $ - | $ 210.00 | $ - | $ 135.00 | $ 345.00 | $ (25.00) | Non-typical Cost Issue |
| 287 | 9/8/2020 | N. Webb | EPM | $ 115.00 | 6.00 | $ 690.00 | $ - | $ 690.00 | $ 100.00 | $ 135.00 | $ 925.00 | 5.50 | $ 632.50 | $ - | $ 632.50 | $ - | $ 135.00 | $ 767.50 | $ (157.50) | Lunch Break Removal<br>Non-typical Cost Issue |
| 288 | 9/8/2020 | H. Ward | PM | $ 95.00 | 12.50 | $ 855.00 | $ 498.75 | $ 1,353.75 | $ 50.00 | $ 135.00 | $ 1,538.75 | 10.50 | $ 997.50 | $ - | $ 997.50 | $ - | $ 135.00 | $ 1,132.50 | $ (406.25) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 289 | 9/8/2020 | T. Lawson | SUP | $ 70.00 | 3.00 | $ 140.00 | $ 105.00 | $ 245.00 | $ - | $ 135.00 | $ 380.00 | 3.00 | $ 210.00 | $ - | $ 210.00 | $ - | $ 135.00 | $ 345.00 | $ (35.00) | Overtime Calculation Issue |
| 290 | 9/8/2020 | T. Rutledge | SUP | $ 70.00 | 4.00 | $ 140.00 | $ 210.00 | $ 350.00 | $ - | $ 135.00 | $ 485.00 | 4.00 | $ 280.00 | $ - | $ 280.00 | $ - | $ 135.00 | $ 415.00 | $ (70.00) | Overtime Calculation Issue |
| 291 | 9/8/2020 | A. Bueno | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 292 | 9/8/2020 | A. Cruz | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 293 | 9/8/2020 | L. Medina | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 294 | 9/8/2020 | R. Rodriguez | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 295 | 9/8/2020 | E. Fevverah | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 296 | 9/8/2020 | J. Ferrer | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 297 | 9/8/2020 | K. Sondin | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 298 | 9/8/2020 | A. Vargas | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 299 | 9/8/2020 | J. Peredia | RT | $ 42.00 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 8.50 | $ 357.00 | $ - | $ 357.00 | $ - | $ 135.00 | $ 492.00 | $ (71.00) | Lunch Break Removal<br>Non-typical Cost Issue |
| 300 | 9/8/2020 | L. Derribal | RT | $ 42.00 | 2.50 | $ 84.00 | $ 31.50 | $ 115.50 | $ - | $ 135.00 | $ 250.50 | 2.50 | $ 105.00 | $ - | $ 105.00 | $ - | $ 135.00 | $ 240.00 | $ (10.50) | Overtime Calculation Issue |
| 301 | 9/8/2020 | J. Leyva | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 302 | 9/8/2020 | N. Vedecca | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| REF # | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 303 | 9/8/2020 | L. Carrazan | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 304 | 9/8/2020 | W. Liette | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 305 | 9/8/2020 | A. Garrido | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 306 | 9/8/2020 | C. Sadaba | RT | $ 42.00 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 8.50 | $ 357.00 | $ - | $ 357.00 | $ - | $ 135.00 | $ 492.00 | $ (71.00) | Lunch Break Removal<br>Non-typical Cost Issue |
| 307 | 9/8/2020 | P. Ferner | RT | $ 42.00 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 8.50 | $ 357.00 | $ - | $ 357.00 | $ - | $ 135.00 | $ 492.00 | $ (71.00) | Lunch Break Removal<br>Non-typical Cost Issue |
| 308 | 9/8/2020 | R. Torres | RT | $ 42.00 | 9.50 | $ 378.00 | $ 31.50 | $ 409.50 | $ 50.00 | $ 135.00 | $ 594.50 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ 135.00 | $ 513.00 | $ (81.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 309 | 9/8/2020 | B. Fisher | SUP | $ 70.00 | 2.00 | $ 140.00 | $ - | $ 140.00 | $ - | $ 135.00 | $ 275.00 | 2.00 | $ 140.00 | $ - | $ 140.00 | $ - | $ 135.00 | $ 275.00 | $ - | |
| 310 | 9/8/2020 | W. Rosendiz | RT | $ 42.00 | 9.00 | $ 378.00 | $ - | $ 378.00 | $ 50.00 | $ 135.00 | $ 563.00 | 8.50 | $ 357.00 | $ - | $ 357.00 | $ - | $ 135.00 | $ 492.00 | $ (71.00) | Lunch Break Removal<br>Non-typical Cost Issue |
| 311 | 9/8/2020 | M. Garrett | DT | $ 75.00 | 13.50 | $ 675.00 | $ 506.25 | $ 1,181.25 | $ 50.00 | $ 135.00 | $ 1,366.25 | 10.50 | $ 787.50 | $ - | $ 787.50 | $ - | $ 135.00 | $ 922.50 | $ (443.75) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 312 | 9/9/2020 | N. Webb | EPM | $ 115.00 | 6.50 | $ 747.50 | $ - | $ 747.50 | $ 100.00 | $ 135.00 | $ 982.50 | 6.00 | $ 690.00 | $ - | $ 690.00 | $ - | $ 135.00 | $ 825.00 | $ (157.50) | Lunch Break Removal<br>Non-typical Cost Issue |
| 313 | 9/9/2020 | J. Lozecki | EPM | $ 115.00 | 6.50 | $ 747.50 | $ - | $ 747.50 | $ 100.00 | $ 135.00 | $ 982.50 | 6.00 | $ 690.00 | $ - | $ 690.00 | $ - | $ 135.00 | $ 825.00 | $ (157.50) | Lunch Break Removal<br>Non-typical Cost Issue |
| 314 | 9/9/2020 | E. Fevverah | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 315 | 9/9/2020 | L. Derribal | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 316 | 9/9/2020 | L. Carrazan | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 317 | 9/9/2020 | A. Cruz | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 318 | 9/9/2020 | R. Rodriguez | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 319 | 9/9/2020 | A. Medina | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 320 | 9/9/2020 | J. Ferrer | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 321 | 9/9/2020 | C. Sadaba | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

JS HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 322 | 9/9/2020 | P. Ferner | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 323 | 9/9/2020 | W. Liette | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 324 | 9/9/2020 | D. Ferres | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 325 | 9/9/2020 | A. Vargas | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 326 | 9/9/2020 | W. Rosendiz | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 327 | 9/9/2020 | A. Bueno | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | 0.50 | $ 21.00 | $ - | $ 21.00 | $ - | $ 135.00 | $ 156.00 | $ (10.50) | Overtime Calculation Issue |
| 328 | 9/9/2020 | J. Leyva | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 329 | 9/9/2020 | N. Vedecca | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 330 | 9/9/2020 | R. Torres | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 331 | 9/9/2020 | H. Ward | PM | $ 95.00 | 11.00 | $ 855.00 | $ 285.00 | $ 1,140.00 | $ 50.00 | $ 135.00 | $ 1,325.00 | 10.50 | $ 997.50 | $ - | $ 997.50 | $ - | $ 135.00 | $ 1,132.50 | $ (192.50) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 332 | 9/9/2020 | M. Garrett | DT | $ 75.00 | 12.00 | $ 675.00 | $ 337.50 | $ 1,012.50 | $ 50.00 | $ 135.00 | $ 1,197.50 | 10.00 | $ 337.50 | $ 548.63 | $ 886.13 | $ - | $ 135.00 | $ 1,021.13 | $ (176.37) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 333 | 9/10/2020 | M. Garrett | DT | $ 75.00 | 14.00 | $ 675.00 | $ 562.50 | $ 1,237.50 | $ 50.00 | $ 135.00 | $ 1,422.50 | 12.50 | $ - | $ 1,246.88 | $ 1,246.88 | $ - | $ 135.00 | $ 1,381.88 | $ (40.62) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 334 | 9/10/2020 | H. Ward | PM | $ 95.00 | 13.00 | $ 855.00 | $ 570.00 | $ 1,425.00 | $ 50.00 | $ 135.00 | $ 1,610.00 | 12.50 | $ 1,187.50 | $ - | $ 1,187.50 | $ - | $ 135.00 | $ 1,322.50 | $ (287.50) | Lunch Break Removal<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 335 | 9/10/2020 | P. Ferner | RT | $ 42.00 | 11.50 | $ 378.00 | $ 157.50 | $ 535.50 | $ 50.00 | $ 135.00 | $ 720.50 | 11.00 | $ 462.00 | $ - | $ 462.00 | $ - | $ 135.00 | $ 597.00 | $ (123.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 336 | 9/10/2020 | D. Ferres | RT | $ 42.00 | 11.50 | $ 378.00 | $ 157.50 | $ 535.50 | $ 50.00 | $ 135.00 | $ 720.50 | 11.00 | $ 462.00 | $ - | $ 462.00 | $ - | $ 135.00 | $ 597.00 | $ (123.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| REF # | Date | Name | Title | Rate | 3,080.45 Ttl. Hrs. | $ 92,958.05 ST Ttl. | $ 102,259.05 OT Ttl. | $ 195,217.10 Labor Ttl. | $ 16,125.00 Drive/Bus | $ 54,135.00 Per Diem | $ 265,477.10 Total | 2,830.00 Ttl. Hrs. | $ 112,905.50 ST Ttl. | $ 40,321.73 OT Ttl. | $ 153,227.23 Labor Ttl. | $ - Drive/Bus | $ 48,735.00 Per Diem | $ 201,962.23 Total | $ (63,514.87) Delta | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
| 337 | 9/10/2020 | W. Liette | RT | $ 42.00 | 11.50 | $ 378.00 | $ 157.50 | $ 535.50 | $ 50.00 | $ 135.00 | $ 720.50 | 11.00 | $ 462.00 | $ - | $ 462.00 | $ - | $ 135.00 | $ 597.00 | $ (123.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 338 | 9/10/2020 | C. Sadaba | RT | $ 42.00 | 11.50 | $ 378.00 | $ 157.50 | $ 535.50 | $ 50.00 | $ 135.00 | $ 720.50 | 11.00 | $ 462.00 | $ - | $ 462.00 | $ - | $ 135.00 | $ 597.00 | $ (123.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 339 | 9/10/2020 | W. Rosendiz | RT | $ 42.00 | 11.50 | $ 378.00 | $ 157.50 | $ 535.50 | $ 50.00 | $ 135.00 | $ 720.50 | 11.00 | $ 462.00 | $ - | $ 462.00 | $ - | $ 135.00 | $ 597.00 | $ (123.50) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 340 | 9/10/2020 | A. Vargas | RT | $ 42.00 | 5.00 | $ 189.00 | $ 31.50 | $ 220.50 | $ 25.00 | $ 135.00 | $ 380.50 | 5.00 | $ 210.00 | $ - | $ 210.00 | $ - | $ 135.00 | $ 345.00 | $ (35.50) | Overtime Calculation Issue<br>Non-typical Cost Issue |
| 341 | 9/10/2020 | L. Carrazan | RT | $ 42.00 | 11.00 | $ 378.00 | $ 126.00 | $ 504.00 | $ 50.00 | $ 135.00 | $ 689.00 | 10.50 | $ 441.00 | $ - | $ 441.00 | $ - | $ 135.00 | $ 576.00 | $ (113.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 342 | 9/10/2020 | E. Fevverah | RT | $ 42.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ - | $ 42.00 | $ (135.00) | The per diem charge on this entry appears to be duplicate with the one on REF #353. |
| 343 | 9/10/2020 | R. Rodriguez | RT | $ 42.00 | 11.00 | $ 378.00 | $ 126.00 | $ 504.00 | $ 50.00 | $ 135.00 | $ 689.00 | 10.50 | $ 441.00 | $ - | $ 441.00 | $ - | $ 135.00 | $ 576.00 | $ (113.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 344 | 9/10/2020 | A. Machado | RT | $ 42.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ - | $ 42.00 | $ (135.00) | The per diem charge on this entry appears to be duplicate with the one on REF #352. |
| 345 | 9/10/2020 | J. Ferrer | RT | $ 42.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ - | |
| 346 | 9/10/2020 | L. Derribal | RT | $ 42.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ - | |
| 347 | 9/10/2020 | N. Vedecca | RT | $ 42.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ - | |
| 348 | 9/10/2020 | J. Leyva | RT | $ 42.00 | 11.00 | $ 378.00 | $ 126.00 | $ 504.00 | $ 50.00 | $ 135.00 | $ 689.00 | 10.50 | $ 441.00 | $ - | $ 441.00 | $ - | $ 135.00 | $ 576.00 | $ (113.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 349 | 9/10/2020 | R. Torres | RT | $ 42.00 | 1.50 | $ 42.00 | $ 31.50 | $ 73.50 | $ - | $ 135.00 | $ 208.50 | 1.50 | $ 63.00 | $ - | $ 63.00 | $ - | $ - | $ 63.00 | $ (145.50) | The per diem charge on this entry appears to be duplicate with the one on REF #355.<br>Overtime Calculation Issue |
| 350 | 9/10/2020 | W. Garrett | SUP | $ 70.00 | 2.00 | $ - | $ 210.00 | $ 210.00 | $ - | $ 135.00 | $ 345.00 | 2.00 | $ 140.00 | $ - | $ 140.00 | $ - | $ 135.00 | $ 275.00 | $ (70.00) | Overtime Calculation Issue |
| 351 | 9/10/2020 | N. Ramirez | RT | $ 42.00 | 4.50 | $ 105.00 | $ 126.00 | $ 231.00 | $ - | $ 135.00 | $ 366.00 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (42.00) | Overtime Calculation Issue |
| 352 | 9/10/2020 | A. Machado | RT | $ 42.00 | 4.50 | $ 105.00 | $ 126.00 | $ 231.00 | $ - | $ 135.00 | $ 366.00 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (42.00) | Overtime Calculation Issue |
| 353 | 9/10/2020 | E. Fevverah | RT | $ 42.00 | 4.50 | $ 105.00 | $ 126.00 | $ 231.00 | $ - | $ 135.00 | $ 366.00 | 4.50 | $ 105.00 | $ 111.72 | $ 216.72 | $ - | $ 135.00 | $ 351.72 | $ (14.28) | Overtime Rate Issue |
| 354 | 9/10/2020 | A. Velasquez | RT | $ 42.00 | 4.50 | $ 105.00 | $ 126.00 | $ 231.00 | $ - | $ 135.00 | $ 366.00 | 4.50 | $ 189.00 | $ - | $ 189.00 | $ - | $ 135.00 | $ 324.00 | $ (42.00) | Overtime Calculation Issue |
| 355 | 9/10/2020 | R. Torres | RT | $ 42.00 | 4.50 | $ 105.00 | $ 126.00 | $ 231.00 | $ - | $ 135.00 | $ 366.00 | 4.50 | $ 21.00 | $ 223.44 | $ 244.44 | $ - | $ 135.00 | $ 379.44 | $ 13.44 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 356 | 9/10/2020 | N. Lozecki | A/C | $ 35.00 | 5.50 | $ 192.50 | $ - | $ 192.50 | $ - | $ 135.00 | $ 327.50 | 5.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ (327.50) | Please clarify why administrative labor was reportedly on the project site. |
| 357 | 9/11/2020 | N. Webb | EPM | $ 115.00 | 2.00 | $ 230.00 | $ - | $ 230.00 | $ 100.00 | $ 135.00 | $ 465.00 | 2.00 | $ 230.00 | $ - | $ 230.00 | $ - | $ - | $ 230.00 | $ (235.00) | The entries for per diem and drivetime/bus allowance on this entry appear duplicated with those in the line item at REF #358.<br>Non-typical Cost Issue |
| 358 | 9/11/2020 | N. Webb | EPM | $ 115.00 | 2.50 | $ 287.50 | $ - | $ 287.50 | $ 100.00 | $ 135.00 | $ 522.50 | 2.50 | $ 287.50 | $ - | $ 287.50 | $ - | $ 135.00 | $ 422.50 | $ (100.00) | Non-typical Cost Issue |
| 359 | 9/11/2020 | L. Carrazan | RT | $ 42.00 | 1.00 | $ 21.00 | $ 31.50 | $ 52.50 | $ - | $ 135.00 | $ 187.50 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ (10.50) | Overtime Calculation Issue |
| 360 | 9/11/2020 | A. Vargas | RT | $ 42.00 | 1.00 | $ 21.00 | $ 31.50 | $ 52.50 | $ - | $ 135.00 | $ 187.50 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ (10.50) | Overtime Calculation Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 361 | 9/11/2020 | W. Rosendiz | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 42.00 | $ 474.81 | $ 516.81 | $ - | $ 135.00 | $ 651.81 | $ 25.81 | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 362 | 9/11/2020 | R. Rodriguez | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 126.00 | $ 363.09 | $ 489.09 | $ - | $ 135.00 | $ 624.09 | $ (1.91) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 363 | 9/11/2020 | W. Liette | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 364 | 9/11/2020 | D. Ferres | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 365 | 9/11/2020 | P. Ferner | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 231.00 | $ 223.44 | $ 454.44 | $ - | $ 135.00 | $ 589.44 | $ (36.56) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 366 | 9/11/2020 | C. Sadaba | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 231.00 | $ 223.44 | $ 454.44 | $ - | $ 135.00 | $ 589.44 | $ (36.56) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 367 | 9/11/2020 | E. Fevverah | RT | $ 42.00 | 1.00 | $ 21.00 | $ 31.50 | $ 52.50 | $ - | $ 135.00 | $ 187.50 | 1.00 | $ - | $ 55.86 | $ 55.86 | $ - | $ 135.00 | $ 190.86 | $ 3.36 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 368 | 9/11/2020 | L. Derribal | RT | $ 42.00 | 1.00 | $ 21.00 | $ 31.50 | $ 52.50 | $ - | $ 135.00 | $ 187.50 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ (10.50) | Overtime Calculation Issue |
| 369 | 9/11/2020 | J. Leyva | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 231.00 | $ 223.44 | $ 454.44 | $ - | $ 135.00 | $ 589.44 | $ (36.56) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 370 | 9/11/2020 | N. Vedecca | RT | $ 42.00 | 10.00 | $ 378.00 | $ 63.00 | $ 441.00 | $ 50.00 | $ 135.00 | $ 626.00 | 9.50 | $ 399.00 | $ - | $ 399.00 | $ - | $ 135.00 | $ 534.00 | $ (92.00) | Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 371 | 9/11/2020 | J. Ferrer | RT | $ 42.00 | 1.00 | $ 21.00 | $ 31.50 | $ 52.50 | $ - | $ 135.00 | $ 187.50 | 1.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ 135.00 | $ 177.00 | $ (10.50) | Overtime Calculation Issue |
| 372 | 9/11/2020 | A. Velasquez | RT | $ 42.00 | 0.50 | $ 21.00 | $ - | $ 21.00 | $ - | $ 135.00 | $ 156.00 | 0.50 | $ 21.00 | $ - | $ 21.00 | $ - | $ 135.00 | $ 156.00 | $ - | |
| 373 | 9/11/2020 | H. Ward | PM | $ 95.00 | 2.50 | $ 47.50 | $ 285.00 | $ 332.50 | $ - | $ 135.00 | $ 467.50 | 2.50 | $ 237.50 | $ - | $ 237.50 | $ - | $ 135.00 | $ 372.50 | $ (95.00) | Overtime Salaried Labor Issue |
| 374 | 9/11/2020 | R. Torres | RT | $ 42.00 | 1.00 | $ 21.00 | $ 31.50 | $ 52.50 | $ - | $ 135.00 | $ 187.50 | 1.00 | $ - | $ 55.86 | $ 55.86 | $ - | $ 135.00 | $ 190.86 | $ 3.36 | Overtime Rate Issue<br>Overtime Calculation Issue |
| 375 | 9/11/2020 | M. Garrett | DT | $ 75.00 | 11.50 | $ 675.00 | $ 281.25 | $ 956.25 | $ 50.00 | $ 135.00 | $ 1,141.25 | 11.00 | $ - | $ 1,097.25 | $ 1,097.25 | $ - | $ 135.00 | $ 1,232.25 | $ 91.00 | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 376 | 9/11/2020 | W. Garrett | SUP | $ 70.00 | 11.00 | $ 630.00 | $ 210.00 | $ 840.00 | $ 50.00 | $ 135.00 | $ 1,025.00 | 9.50 | $ 665.00 | $ - | $ 665.00 | $ - | $ 135.00 | $ 800.00 | $ (225.00) | Please clarify why this labor was invoiced for the hours after when working labor crews left the site on this day.<br>Lunch Break Removal<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 377 | 9/12/2020 | P. Ferner | RT | $ 42.00 | 10.50 | $ - | $ 661.50 | $ 661.50 | $ 50.00 | $ 135.00 | $ 846.50 | 10.00 | $ - | $ 558.60 | $ 558.60 | $ - | $ 135.00 | $ 693.60 | $ (152.90) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |

JS | HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF # | Date | Name | Title | Rate | 3,080.45 Ttl. Hrs. | $ 92,958.05 ST Ttl. | $ 102,259.05 OT Ttl. | $ 195,217.10 Labor Ttl. | $ 16,125.00 Drive/Bus | $ 54,135.00 Per Diem | $ 265,477.10 Total | 2,830.00 Ttl. Hrs. | $ 112,905.50 ST Ttl. | $ 40,321.73 OT Ttl. | $ 153,227.23 Labor Ttl. | $ - Drive/Bus | $ 48,735.00 Per Diem | $ 201,962.23 Total | $ (63,514.87) Delta | Comments |
| 378 | 9/12/2020 | C. Sadaba | RT | $ 42.00 | 10.50 | $ - | $ 661.50 | $ 661.50 | $ 50.00 | $ 135.00 | $ 846.50 | 10.00 | $ - | $ 558.60 | $ 558.60 | $ - | $ 135.00 | $ 693.60 | $ (152.90) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 379 | 9/12/2020 | W. Liette | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 380 | 9/12/2020 | D. Ferres | RT | $ 42.00 | 10.50 | $ - | $ 661.50 | $ 661.50 | $ 50.00 | $ 135.00 | $ 846.50 | 10.00 | $ 189.00 | $ 307.23 | $ 496.23 | $ - | $ 135.00 | $ 631.23 | $ (215.27) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 381 | 9/12/2020 | A. Vargas | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 382 | 9/12/2020 | L. Derribal | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 383 | 9/12/2020 | J. Ferrer | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 384 | 9/12/2020 | R. Rodriguez | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for. |
| 385 | 9/12/2020 | A. Machado | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 386 | 9/12/2020 | N. Vedecca | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 387 | 9/12/2020 | E. Fevverah | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for. |
| 388 | 9/12/2020 | W. Rosendiz | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for. |
| 389 | 9/12/2020 | L. Carrazan | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 390 | 9/12/2020 | J. Leyva | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for. |
| 391 | 9/12/2020 | A. Velasquez | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |
| 392 | 9/12/2020 | R. Torres | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for. |
| 393 | 9/12/2020 | M. Garrett | DT | $ 75.00 | 12.00 | $ - | $ 1,350.00 | $ 1,350.00 | $ 50.00 | $ 135.00 | $ 1,535.00 | 11.50 | $ - | $ 1,147.13 | $ 1,147.13 | $ - | $ 135.00 | $ 1,282.13 | $ (252.87) | Lunch Break Removal<br>Overtime Rate Issue<br>Overtime Calculation Issue<br>Non-typical Cost Issue |
| 394 | 9/12/2020 | K. Crie | RT | $ 42.00 | 0.50 | $ - | $ 31.50 | $ 31.50 | $ - | $ 135.00 | $ 166.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (166.50) | Please clarify what this 0.5 hours of labor is for.<br>Overtime Calculation Issue |

JS | HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
2. Labor

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | | | | | | As Reviewed By: J.S. Held LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,080.45 | $ 92,958.05 | $ 102,259.05 | $ 195,217.10 | $ 16,125.00 | $ 54,135.00 | $ 265,477.10 | 2,830.00 | $ 112,905.50 | $ 40,321.73 | $ 153,227.23 | $ - | $ 48,735.00 | $ 201,962.23 | $ (63,514.87) | |
| REF # | Date | Name | Title | Rate | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Ttl. Hrs. | ST Ttl. | OT Ttl. | Labor Ttl. | Drive/Bus | Per Diem | Total | Delta | Comments |
| 395 | 9/13/2020 | N. Webb | EPM | $ 115.00 | 3.00 | $ - | $ 517.50 | $ 517.50 | $ 100.00 | $ 135.00 | $ 752.50 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (752.50) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>Overtime Salaried Labor Issue<br>Non-typical Cost Issue |
| 396 | 9/14/2020 | N. Webb | EPM | $ 115.00 | 3.00 | $ 345.00 | $ - | $ 345.00 | $ 100.00 | $ 135.00 | $ 580.00 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (580.00) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>Non-typical Cost Issue |
| 397 | 9/15/2020 | N. Webb | EPM | $ 115.00 | 2.00 | $ 230.00 | $ - | $ 230.00 | $ 100.00 | $ 135.00 | $ 465.00 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (465.00) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>Non-typical Cost Issue |
| 398 | 9/21/2020 | N. Webb | EPM | $ 115.00 | 8.00 | $ 920.00 | $ - | $ 920.00 | $ 100.00 | $ 135.00 | $ 1,155.00 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,155.00) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>Lunch Break Removal<br>Non-typical Cost Issue |
| 399 | 9/21/2020 | N. Lozecki | A/C | $ 35.00 | 8.00 | $ 280.00 | $ - | $ 280.00 | $ - | $ 135.00 | $ 415.00 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (415.00) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>General & Administrative Cost Issue<br>Lunch Break Deduction Issue |
| 400 | 9/22/2020 | N. Lozecki | A/C | $ 35.00 | 8.00 | $ 280.00 | $ - | $ 280.00 | $ - | $ 135.00 | $ 415.00 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (415.00) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>General & Administrative Cost Issue<br>Lunch Break Deduction Issue |
| 401 | 9/22/2020 | N. Webb | EPM | $ 115.00 | 8.00 | $ 920.00 | $ - | $ 920.00 | $ 100.00 | $ 135.00 | $ 1,155.00 | - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,155.00) | Please clarify what this labor was tasked with, as the onsite work appears to have been finished as of 9/12/2020.<br>Lunch Break Removal<br>Non-typical Cost Issue |
| 402 | 9/22/2020 | Rounding | N/A | $ - | - | $ 0.05 | $ (0.07) | $ (0.03) | $ - | $ - | $ (0.03) | - | $ - | $ - | $ - | $ - | | $ - | $ 0.03 | Minor Rounding Variance |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
3. Dehumidification

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 574.00 | | | $ 34,970.00 | 511.00 | | | $ 21,115.00 | $ (13,855.00) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 1 | 8/29/2020 | Airmover | 0.00 | DAY | $ 30.00 | $ - | 0.00 | DAY | $ 30.00 | $ - | $ - | |
| 2 | 8/30/2020 | Airmover | 0.00 | DAY | $ 30.00 | $ - | 21.00 | DAY | $ 30.00 | $ 630.00 | $ 630.00 | Quantity of reviewed equipment per provided support documents. |
| 3 | 8/31/2020 | Airmover | 0.00 | DAY | $ 30.00 | $ - | 21.00 | DAY | $ 30.00 | $ 630.00 | $ 630.00 | Quantity of reviewed equipment per provided support documents. |
| 4 | 9/1/2020 | Airmover | 0.00 | DAY | $ 30.00 | $ - | 45.00 | DAY | $ 30.00 | $ 1,350.00 | $ 1,350.00 | Quantity of reviewed equipment per provided support documents. |
| 5 | 9/2/2020 | Airmover | 0.00 | DAY | $ 30.00 | $ - | 45.00 | DAY | $ 30.00 | $ 1,350.00 | $ 1,350.00 | Quantity of reviewed equipment per provided support documents. |
| 6 | 9/3/2020 | Airmover | 45.00 | DAY | $ 30.00 | $ 1,350.00 | 24.00 | DAY | $ 15.00 | $ 360.00 | $ (990.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 7 | 9/4/2020 | Airmover | 45.00 | DAY | $ 30.00 | $ 1,350.00 | 24.00 | DAY | $ 15.00 | $ 360.00 | $ (990.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 8 | 9/5/2020 | Airmover | 45.00 | DAY | $ 30.00 | $ 1,350.00 | 0.00 | DAY | $ 15.00 | $ - | $ (1,350.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 9 | 9/6/2020 | Airmover | 45.00 | DAY | $ 30.00 | $ 1,350.00 | 21.00 | DAY | $ 15.00 | $ 315.00 | $ (1,035.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 10 | 9/7/2020 | Airmover | 42.00 | DAY | $ 30.00 | $ 1,260.00 | 18.00 | DAY | $ 15.00 | $ 270.00 | $ (990.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 11 | 9/8/2020 | Airmover | 42.00 | DAY | $ 30.00 | $ 1,260.00 | 42.00 | DAY | $ 15.00 | $ 630.00 | $ (630.00) | Missing All Moisture/Humidity Logs |
| 12 | 9/9/2020 | Airmover | 42.00 | DAY | $ 30.00 | $ 1,260.00 | 42.00 | DAY | $ 15.00 | $ 630.00 | $ (630.00) | Missing All Moisture/Humidity Logs |
| 13 | 9/10/2020 | Airmover | 42.00 | DAY | $ 30.00 | $ 1,260.00 | 42.00 | DAY | $ 15.00 | $ 630.00 | $ (630.00) | Missing All Moisture/Humidity Logs |
| 14 | 9/11/2020 | Airmover | 42.00 | DAY | $ 30.00 | $ 1,260.00 | 42.00 | DAY | $ 15.00 | $ 630.00 | $ (630.00) | Missing All Moisture/Humidity Logs |
| 15 | 9/12/2020 | Airmover | 42.00 | DAY | $ 30.00 | $ 1,260.00 | 0.00 | DAY | $ 15.00 | $ - | $ (1,260.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 16 | 8/29/2020 | DH 200 LGR | 0.00 | DAY | $ 155.00 | $ - | 0.00 | DAY | $ 155.00 | $ - | $ - | |
| 17 | 8/30/2020 | DH 200 LGR | 0.00 | DAY | $ 155.00 | $ - | 8.00 | DAY | $ 155.00 | $ 1,240.00 | $ 1,240.00 | Quantity of reviewed equipment per provided support documents. |
| 18 | 8/31/2020 | DH 200 LGR | 0.00 | DAY | $ 155.00 | $ - | 8.00 | DAY | $ 155.00 | $ 1,240.00 | $ 1,240.00 | Quantity of reviewed equipment per provided support documents. |
| 19 | 9/1/2020 | DH 200 LGR | 0.00 | DAY | $ 155.00 | $ - | 16.00 | DAY | $ 155.00 | $ 2,480.00 | $ 2,480.00 | Quantity of reviewed equipment per provided support documents. |
| 20 | 9/2/2020 | DH 200 LGR | 0.00 | DAY | $ 155.00 | $ - | 16.00 | DAY | $ 155.00 | $ 2,480.00 | $ 2,480.00 | Quantity of reviewed equipment per provided support documents. |
| 21 | 9/3/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 7.00 | DAY | $ 77.50 | $ 542.50 | $ (1,782.50) | Weekly Rate Applied Missing All Moisture/Humidity Logs |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
3. Dehumidification

DOL: 8/27/2020
Cause: Hurricane

| REF # | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 574.00 | | | $ 34,970.00 | 511.00 | | | $ 21,115.00 | $ (13,855.00) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 22 | 9/4/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 7.00 | DAY | $ 77.50 | $ 542.50 | $ (1,782.50) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 23 | 9/5/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 0.00 | DAY | $ 77.50 | $ - | $ (2,325.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 24 | 9/6/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 8.00 | DAY | $ 77.50 | $ 620.00 | $ (1,705.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 25 | 9/7/2020 | DH 200 LGR | 13.00 | DAY | $ 155.00 | $ 2,015.00 | 6.00 | DAY | $ 77.50 | $ 465.00 | $ (1,550.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 26 | 9/8/2020 | DH 200 LGR | 12.00 | DAY | $ 155.00 | $ 1,860.00 | 12.00 | DAY | $ 77.50 | $ 930.00 | $ (930.00) | Missing All Moisture/Humidity Logs |
| 27 | 9/9/2020 | DH 200 LGR | 12.00 | DAY | $ 155.00 | $ 1,860.00 | 12.00 | DAY | $ 77.50 | $ 930.00 | $ (930.00) | Missing All Moisture/Humidity Logs |
| 28 | 9/10/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 8.00 | DAY | $ 77.50 | $ 620.00 | $ (1,705.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 29 | 9/11/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 8.00 | DAY | $ 77.50 | $ 620.00 | $ (1,705.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |
| 30 | 9/12/2020 | DH 200 LGR | 15.00 | DAY | $ 155.00 | $ 2,325.00 | 8.00 | DAY | $ 77.50 | $ 620.00 | $ (1,705.00) | Weekly Rate Applied Missing All Moisture/Humidity Logs |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
4. Equipment

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250.00 | | | $ 8,018.00 | 125.00 | | | $ 1,440.00 | $ (6,578.00) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 1 | 8/29/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 2 | 8/30/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 3 | 8/31/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 4 | 9/1/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 5 | 9/2/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 6 | 9/3/2020 | Tool job box | 2.00 | EA | $ 12.50 | $ 25.00 | 2.00 | EA | $ - | $ - | $ (25.00) | Small tools cost overlap issue |
| 7 | 9/4/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 8 | 9/5/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 9 | 9/6/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 10 | 9/7/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 11 | 9/8/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 12 | 9/9/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 13 | 9/10/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 14 | 9/11/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 15 | 9/12/2020 | Tool job box | 1.00 | EA | $ 12.50 | $ 12.50 | 1.00 | EA | $ - | $ - | $ (12.50) | Small tools cost overlap issue |
| 16 | 8/29/2020 | Extraction unit, portable | 4.00 | EA | $ 125.00 | $ 500.00 | 4.00 | EA | $ 125.00 | $ 500.00 | $ - | |
| 17 | 8/30/2020 | Extraction unit, portable | 4.00 | EA | $ 125.00 | $ 500.00 | 0.00 | EA | $ 125.00 | $ - | $ (500.00) | Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 18 | 8/31/2020 | Extraction unit, portable | 4.00 | EA | $ 125.00 | $ 500.00 | 0.00 | EA | $ 125.00 | $ - | $ (500.00) | Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 19 | 9/1/2020 | Extraction unit, portable | 4.00 | EA | $ 125.00 | $ 500.00 | 0.00 | EA | $ 125.00 | $ - | $ (500.00) | Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 20 | 9/2/2020 | Extraction unit, portable | 2.00 | EA | $ 125.00 | $ 250.00 | 0.00 | EA | $ 125.00 | $ - | $ (250.00) | Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 21 | 9/3/2020 | Extraction unit, portable | 4.00 | EA | $ 125.00 | $ 500.00 | 0.00 | EA | $ 125.00 | $ - | $ (500.00) | Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 22 | 9/4/2020 | Extraction unit, portable | 2.00 | EA | $ 125.00 | $ 250.00 | 0.00 | EA | $ 125.00 | $ - | $ (250.00) | Please clarify why extraction equipment was required after the initial day of mitigation labor. |
| 23 | 8/29/2020 | Ladder, setp/entension | 3.00 | EA | $ 10.00 | $ 30.00 | 3.00 | EA | $ - | $ - | $ (30.00) | Small tools cost overlap issue |
| 24 | 8/30/2020 | Ladder, setp/entension | 3.00 | EA | $ 10.00 | $ 30.00 | 3.00 | EA | $ - | $ - | $ (30.00) | Small tools cost overlap issue |
| 25 | 8/31/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
4. Equipment

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250.00 | | | $ 8,018.00 | 125.00 | | | $ 1,440.00 | $ (6,578.00) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 26 | 9/1/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 27 | 9/2/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 28 | 9/3/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 29 | 9/4/2020 | Ladder, setp/entension | 3.00 | EA | $ 10.00 | $ 30.00 | 3.00 | EA | $ - | $ - | $ (30.00) | Small tools cost overlap issue |
| 30 | 9/5/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 31 | 9/6/2020 | Ladder, setp/entension | 4.00 | EA | $ 10.00 | $ 40.00 | 4.00 | EA | $ - | $ - | $ (40.00) | Small tools cost overlap issue |
| 32 | 9/7/2020 | Ladder, setp/entension | 1.00 | EA | $ 10.00 | $ 10.00 | 1.00 | EA | $ - | $ - | $ (10.00) | Small tools cost overlap issue |
| 33 | 9/8/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 34 | 9/9/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 35 | 9/10/2020 | Ladder, setp/entension | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 36 | 9/5/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ 32.50 | $ 65.00 | $ - | |
| 37 | 9/6/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ 32.50 | $ 65.00 | $ - | |
| 38 | 9/7/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ 32.50 | $ 65.00 | $ - | |
| 39 | 9/8/2020 | Vacuums, back pack HEPA | 4.00 | EA | $ 32.50 | $ 130.00 | 4.00 | EA | $ 32.50 | $ 130.00 | $ - | |
| 40 | 9/9/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ - | $ - | $ (65.00) | Weekly/Monthly Rate Issue |
| 41 | 9/10/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ - | $ - | $ (65.00) | Weekly/Monthly Rate Issue |
| 42 | 9/11/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ - | $ - | $ (65.00) | Weekly/Monthly Rate Issue |
| 43 | 9/12/2020 | Vacuums, back pack HEPA | 2.00 | EA | $ 32.50 | $ 65.00 | 2.00 | EA | $ 32.50 | $ 65.00 | $ - | |
| 44 | 9/8/2020 | Dolly, hand truck | 1.00 | EA | $ 11.00 | $ 11.00 | 1.00 | EA | $ - | $ - | $ (11.00) | Small tools cost overlap issue |
| 45 | 9/8/2020 | Light, halogen | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 46 | 9/9/2020 | Light, halogen | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 47 | 9/10/2020 | Light, halogen | 2.00 | EA | $ 10.00 | $ 20.00 | 2.00 | EA | $ - | $ - | $ (20.00) | Small tools cost overlap issue |
| 48 | 9/4/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ 55.00 | $ 110.00 | $ - | |
| 49 | 9/5/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ 55.00 | $ 110.00 | $ - | |
| 50 | 9/6/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ 55.00 | $ 110.00 | $ - | |
| 51 | 9/7/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ 55.00 | $ 110.00 | $ - | |
| 52 | 9/8/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ - | $ - | $ (110.00) | Weekly/Monthly Rate Issue |
| 53 | 9/9/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ - | $ - | $ (110.00) | Weekly/Monthly Rate Issue |
| 54 | 9/10/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ - | $ - | $ (110.00) | Weekly/Monthly Rate Issue |
| 55 | 9/11/2020 | Vacuums, tank HEPA | 2.00 | EA | $ 55.00 | $ 110.00 | 2.00 | EA | $ 55.00 | $ 110.00 | $ - | |
| 56 | 9/6/2020 | Vacuums, wet | 3.00 | EA | $ 45.00 | $ 135.00 | 3.00 | EA | $ - | $ - | $ (135.00) | Small tools cost overlap issue |
| 57 | 9/10/2020 | Vacuums, wet | 1.00 | EA | $ 45.00 | $ 45.00 | 1.00 | EA | $ - | $ - | $ (45.00) | Small tools cost overlap issue |
| 58 | 9/11/2020 | Vacuums, wet | 2.00 | EA | $ 45.00 | $ 90.00 | 2.00 | EA | $ - | $ - | $ (90.00) | Small tools cost overlap issue |
| 59 | 9/12/2020 | Vacuums, wet | 2.00 | EA | $ 45.00 | $ 90.00 | 2.00 | EA | $ - | $ - | $ (90.00) | Small tools cost overlap issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
4. Equipment

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250.00 | | | $ 8,018.00 | 125.00 | | | $ 1,440.00 | $ (6,578.00) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 60 | 9/12/2020 | Equipment Decon - small | 105.00 | EA | $ 22.00 | $ 2,310.00 | 0.00 | EA | $ 22.00 | $ - | $ (2,310.00) | Please clarify why equipment decontamination was required. Please provide time cards for all equipment decontamination labor. |
| 61 | 8/29/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 62 | 8/30/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 63 | 8/31/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 64 | 9/1/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 65 | 9/2/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 66 | 9/3/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 67 | 9/4/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 68 | 9/5/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 69 | 9/6/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 70 | 9/7/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 71 | 9/8/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 72 | 9/9/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |
| 73 | 9/10/2020 | Personal communication device | 2.00 | EA | $ 12.00 | $ 24.00 | 2.00 | EA | $ - | $ - | $ (24.00) | Small tools cost overlap issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
5. Materials & Consumables

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 335.00 | | | $ 18,766.25 | 146.80 | | | $ 14,286.58 | $ (4,479.67) | |
| REF # | Date | Material Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 1 | 8/29/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 2 | 8/30/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 3 | 8/31/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 4 | 9/1/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 5 | 9/2/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 6 | 9/3/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 7 | 9/8/2020 | Respirator, N95 | 1.00 | BOX | $ 57.50 | $ 57.50 | 1.00 | BX/20 | $ 57.50 | $ 57.50 | $ - | |
| 8 | 9/9/2020 | Respirator, N95 | 2.00 | BOX | $ 57.50 | $ 115.00 | 2.00 | BX/20 | $ 57.50 | $ 115.00 | $ - | |
| 9 | 9/10/2020 | Respirator, N95 | 1.00 | BOX | $ 57.50 | $ 57.50 | 1.00 | BX/20 | $ 57.50 | $ 57.50 | $ - | |
| 10 | 9/11/2020 | Respirator, N95 | 1.00 | BOX | $ 57.50 | $ 57.50 | 1.00 | BX/20 | $ 57.50 | $ 57.50 | $ - | |
| 11 | 9/12/2020 | Respirator, N95 | 1.00 | BOX | $ 57.50 | $ 57.50 | 1.00 | BX/20 | $ 57.50 | $ 57.50 | $ - | |
| 12 | 8/29/2020 | Wood, 2" x 3" x 8' | 6.00 | EACH | $ 10.00 | $ 60.00 | 6.00 | EACH | $ 7.86 | $ 47.16 | $ (12.84) | Local Market Price Issue |
| 13 | 8/30/2020 | Wood, 2" x 3" x 8' | 4.00 | EACH | $ 10.00 | $ 40.00 | 4.00 | EACH | $ 7.86 | $ 31.44 | $ (8.56) | Local Market Price Issue |
| 14 | 8/29/2020 | Wood, 3/4" PLYWOOD | 4.00 | EACH | $ 60.00 | $ 240.00 | 4.00 | EACH | $ 70.42 | $ 281.66 | $ 41.66 | Local Market Price Issue |
| 15 | 8/30/2020 | Wood, 3/4" PLYWOOD | 2.00 | EACH | $ 60.00 | $ 120.00 | 2.00 | EACH | $ 70.42 | $ 140.83 | $ 20.83 | Local Market Price Issue |
| 16 | 8/29/2020 | Tape, blue 3/4" /containment tape | 10.00 | ROLL | $ 12.50 | $ 125.00 | 1.67 | PK/6 | $ 25.20 | $ 42.00 | $ (83.00) | Economy of Scale Issue |
| 17 | 8/30/2020 | Tape, blue 3/4" /containment tape | 6.00 | ROLL | $ 12.50 | $ 75.00 | 1.00 | PK/6 | $ 25.20 | $ 25.20 | $ (49.80) | Economy of Scale Issue |
| 18 | 8/31/2020 | Tape, blue 3/4" /containment tape | 3.00 | ROLL | $ 12.50 | $ 37.50 | 0.50 | PK/6 | $ 25.20 | $ 12.60 | $ (24.90) | Economy of Scale Issue |
| 19 | 9/1/2020 | Tape, blue 3/4" /containment tape | 10.00 | ROLL | $ 12.50 | $ 125.00 | 1.67 | PK/6 | $ 25.20 | $ 42.00 | $ (83.00) | Economy of Scale Issue |
| 20 | 9/3/2020 | Tape, blue 3/4" /containment tape | 8.00 | ROLL | $ 12.50 | $ 100.00 | 1.33 | PK/6 | $ 25.20 | $ 33.60 | $ (66.40) | Economy of Scale Issue |
| 21 | 9/4/2020 | Tape, blue 3/4" /containment tape | 8.00 | ROLL | $ 12.50 | $ 100.00 | 1.33 | PK/6 | $ 25.20 | $ 33.60 | $ (66.40) | Economy of Scale Issue |
| 22 | 9/5/2020 | Tape, blue 3/4" /containment tape | 8.00 | ROLL | $ 12.50 | $ 100.00 | 1.33 | PK/6 | $ 25.20 | $ 33.60 | $ (66.40) | Economy of Scale Issue |
| 23 | 9/6/2020 | Tape, blue 3/4" /containment tape | 2.00 | ROLL | $ 12.50 | $ 25.00 | 0.33 | PK/6 | $ 25.20 | $ 8.40 | $ (16.60) | Economy of Scale Issue |
| 24 | 9/7/2020 | Tape, blue 3/4" /containment tape | 3.00 | ROLL | $ 12.50 | $ 37.50 | 0.50 | PK/6 | $ 25.20 | $ 12.60 | $ (24.90) | Economy of Scale Issue |
| 25 | 9/8/2020 | Tape, blue 3/4" /containment tape | 1.00 | ROLL | $ 12.50 | $ 12.50 | 0.17 | PK/6 | $ 25.20 | $ 4.20 | $ (8.30) | Economy of Scale Issue |
| 26 | 9/9/2020 | Tape, blue 3/4" /containment tape | 5.00 | ROLL | $ 12.50 | $ 62.50 | 0.83 | PK/6 | $ 25.20 | $ 21.00 | $ (41.50) | Economy of Scale Issue |
| 27 | 9/10/2020 | Tape, blue 3/4" /containment tape | 2.00 | ROLL | $ 12.50 | $ 25.00 | 0.33 | PK/6 | $ 25.20 | $ 8.40 | $ (16.60) | Economy of Scale Issue |
| 28 | 8/29/2020 | Tape, duct | 2.00 | ROLL | $ 12.00 | $ 24.00 | 2.00 | ROLL | $ 7.16 | $ 14.33 | $ (9.67) | Local Market Price Issue |
| 29 | 9/6/2020 | Tape, duct | 1.00 | ROLL | $ 12.00 | $ 12.00 | 1.00 | ROLL | $ 7.16 | $ 7.16 | $ (4.84) | Local Market Price Issue |
| 30 | 9/7/2020 | Tape, duct | 1.00 | ROLL | $ 12.00 | $ 12.00 | 1.00 | ROLL | $ 7.16 | $ 7.16 | $ (4.84) | Local Market Price Issue |
| 31 | 9/9/2020 | Tape, duct | 1.00 | ROLL | $ 12.00 | $ 12.00 | 1.00 | ROLL | $ 7.16 | $ 7.16 | $ (4.84) | Local Market Price Issue |
| 32 | 8/29/2020 | Bags, 6 mil (100 ct) | 8.00 | BOX | $ 115.00 | $ 920.00 | 0.35 | Pallet | $ 2,282.10 | $ 793.77 | $ (126.23) | Economy of Scale Issue |
| 33 | 8/30/2020 | Bags, 6 mil (100 ct) | 15.00 | BOX | $ 115.00 | $ 1,725.00 | 0.65 | Pallet | $ 2,282.10 | $ 1,488.33 | $ (236.67) | Economy of Scale Issue |
| 34 | 8/31/2020 | Bags, 6 mil (100 ct) | 12.00 | BOX | $ 115.00 | $ 1,380.00 | 0.52 | Pallet | $ 2,282.10 | $ 1,190.66 | $ (189.34) | Economy of Scale Issue |
| 35 | 9/1/2020 | Bags, 6 mil (100 ct) | 10.00 | BOX | $ 115.00 | $ 1,150.00 | 0.43 | Pallet | $ 2,282.10 | $ 992.22 | $ (157.78) | Economy of Scale Issue |
| 36 | 9/2/2020 | Bags, 6 mil (100 ct) | 10.00 | BOX | $ 115.00 | $ 1,150.00 | 0.43 | Pallet | $ 2,282.10 | $ 992.22 | $ (157.78) | Economy of Scale Issue |
| 37 | 9/3/2020 | Bags, 6 mil (100 ct) | 0.32 | BOX | $ 115.00 | $ 36.80 | 0.01 | Pallet | $ 2,282.10 | $ 31.75 | $ (5.05) | Economy of Scale Issue |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
5. Materials & Consumables

DOL: 8/27/2020
Cause: Hurricane

| REF # | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 335.00 | | | $ 18,766.25 | 146.80 | | | $ 14,286.58 | $ (4,479.67) | |
| REF # | Date | Material Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 38 | 9/4/2020 | Bags, 6 mil (100 ct) | 1.60 | BOX | $ 115.00 | $ 184.00 | 0.07 | Pallet | $ 2,282.10 | $ 158.75 | $ (25.25) | Economy of Scale Issue |
| 39 | 9/5/2020 | Bags, 6 mil (100 ct) | 1.60 | BOX | $ 115.00 | $ 184.00 | 0.07 | Pallet | $ 2,282.10 | $ 158.75 | $ (25.25) | Economy of Scale Issue |
| 40 | 9/6/2020 | Bags, 6 mil (100 ct) | 3.20 | BOX | $ 115.00 | $ 368.00 | 0.14 | Pallet | $ 2,282.10 | $ 317.51 | $ (50.49) | Economy of Scale Issue |
| 41 | 9/7/2020 | Bags, 6 mil (100 ct) | 2.80 | BOX | $ 115.00 | $ 322.00 | 0.12 | Pallet | $ 2,282.10 | $ 277.82 | $ (44.18) | Economy of Scale Issue |
| 42 | 9/8/2020 | Bags, 6 mil (100 ct) | 1.60 | BOX | $ 115.00 | $ 184.00 | 0.07 | Pallet | $ 2,282.10 | $ 158.75 | $ (25.25) | Economy of Scale Issue |
| 43 | 9/9/2020 | Bags, 6 mil (100 ct) | 1.60 | BOX | $ 115.00 | $ 184.00 | 0.07 | Pallet | $ 2,282.10 | $ 158.75 | $ (25.25) | Economy of Scale Issue |
| 44 | 9/10/2020 | Bags, 6 mil (100 ct) | 1.28 | BOX | $ 115.00 | $ 147.20 | 0.06 | Pallet | $ 2,282.10 | $ 127.00 | $ (20.20) | Economy of Scale Issue |
| 45 | 9/11/2020 | Bags, 6 mil (100 ct) | 3.00 | BOX | $ 115.00 | $ 345.00 | 0.13 | Pallet | $ 2,282.10 | $ 297.67 | $ (47.33) | Economy of Scale Issue |
| 46 | 9/12/2020 | Bags, 6 mil (100 ct) | 4.00 | BOX | $ 115.00 | $ 460.00 | 0.17 | Pallet | $ 2,282.10 | $ 396.89 | $ (63.11) | Economy of Scale Issue |
| 47 | 8/29/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 48 | 8/30/2020 | Gloves, nitrile/latex | 2.00 | BOX | $ 25.00 | $ 50.00 | 2.00 | BOX | $ 25.00 | $ 50.00 | $ - | |
| 49 | 8/31/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 50 | 9/1/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 51 | 9/2/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 52 | 9/3/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 53 | 9/4/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 54 | 9/5/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 55 | 9/6/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 56 | 9/7/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 57 | 9/8/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 58 | 9/9/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 59 | 9/10/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 60 | 9/11/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 61 | 9/12/2020 | Gloves, nitrile/latex | 1.00 | BOX | $ 25.00 | $ 25.00 | 1.00 | BOX | $ 25.00 | $ 25.00 | $ - | |
| 62 | 8/30/2020 | Plastic sheeting (6mil) | 2.00 | ROLL | $ 98.00 | $ 196.00 | 2.00 | ROLL | $ 98.00 | $ 196.00 | $ - | |
| 63 | 9/2/2020 | Plastic sheeting (6mil) | 1.00 | ROLL | $ 98.00 | $ 98.00 | 1.00 | ROLL | $ 98.00 | $ 98.00 | $ - | |
| 64 | 9/3/2020 | Plastic sheeting (6mil) | 2.00 | ROLL | $ 98.00 | $ 196.00 | 2.00 | ROLL | $ 98.00 | $ 196.00 | $ - | |
| 65 | 9/4/2020 | Plastic sheeting (6mil) | 1.00 | ROLL | $ 98.00 | $ 98.00 | 1.00 | ROLL | $ 98.00 | $ 98.00 | $ - | |
| 66 | 9/6/2020 | Plastic sheeting (6mil) | 1.00 | ROLL | $ 98.00 | $ 98.00 | 1.00 | ROLL | $ 98.00 | $ 98.00 | $ - | |
| 67 | 9/7/2020 | Plastic sheeting (6mil) | 1.00 | ROLL | $ 98.00 | $ 98.00 | 1.00 | ROLL | $ 98.00 | $ 98.00 | $ - | |
| 68 | 9/9/2020 | Plastic sheeting (6mil) | 1.00 | ROLL | $ 98.00 | $ 98.00 | 1.00 | ROLL | $ 98.00 | $ 98.00 | $ - | |
| 69 | 9/10/2020 | Plastic sheeting (6mil) | 4.00 | ROLL | $ 98.00 | $ 392.00 | 4.00 | ROLL | $ 98.00 | $ 392.00 | $ - | |
| 70 | 9/2/2020 | Wipes, cotton cloth | 2.00 | DOZEN | $ 4.75 | $ 9.50 | 2.00 | DOZEN | $ 4.75 | $ 9.50 | $ - | |
| 71 | 9/3/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 72 | 9/4/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 73 | 9/5/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 74 | 9/6/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
5. Materials & Consumables

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF # | Date | Material Name | 335.00 Qty. | UM | Rate | $ 18,766.25 Total | 146.80 Qty. | UM | Rate | $ 14,286.58 Total | $ (4,479.67) Delta | Comments |
| 75 | 9/7/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 76 | 9/8/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 77 | 9/9/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 78 | 9/10/2020 | Wipes, cotton cloth | 1.00 | DOZEN | $ 4.75 | $ 4.75 | 1.00 | DOZEN | $ 4.75 | $ 4.75 | $ - | |
| 79 | 9/7/2020 | Spray bottle, w/trigger | 10.00 | EACH | $ 4.75 | $ 47.50 | 10.00 | EACH | $ - | $ - | $ (47.50) | Small tools cost overlap issue |
| 80 | 9/8/2020 | Spray bottle, w/trigger | 5.00 | EACH | $ 4.75 | $ 23.75 | 5.00 | EACH | $ - | $ - | $ (23.75) | Small tools cost overlap issue |
| 81 | 9/9/2020 | Spray bottle, w/trigger | 10.00 | EACH | $ 4.75 | $ 47.50 | 10.00 | EACH | $ - | $ - | $ (47.50) | Small tools cost overlap issue |
| 82 | 9/8/2020 | Degreaser | 4.00 | GAL | $ 25.00 | $ 100.00 | 4.00 | GAL | $ 11.62 | $ 46.46 | $ (53.54) | Local Market Price Issue |
| 83 | 9/8/2020 | Mop heads | 4.00 | EACH | $ 10.00 | $ 40.00 | 2.00 | PK/2 | $ 17.96 | $ 35.93 | $ (4.07) | Local Market Price Issue |
| 84 | 9/10/2020 | Mop heads | 10.00 | EACH | $ 10.00 | $ 100.00 | 5.00 | PK/2 | $ 17.96 | $ 89.82 | $ (10.18) | Local Market Price Issue |
| 85 | 9/10/2020 | Filter, vacuum HEPA | 4.00 | EACH | $ 157.50 | $ 630.00 | 0.00 | EACH | $ - | $ - | $ (630.00) | General & Administrative Cost Issue<br>Non-typical cost issue |
| 86 | 9/11/2020 | Filter, vacuum HEPA | 2.00 | EACH | $ 157.50 | $ 315.00 | 0.00 | EACH | $ - | $ - | $ (315.00) | General & Administrative Cost Issue<br>Non-typical cost issue |
| 87 | 9/12/2020 | Filter, vacuum HEPA | 2.00 | EACH | $ 157.50 | $ 315.00 | 0.00 | EACH | $ - | $ - | $ (315.00) | General & Administrative Cost Issue<br>Non-typical cost issue |
| 88 | 9/11/2020 | Filter, vacuum BAG | 2.00 | EACH | $ 26.50 | $ 53.00 | 2.00 | EACH | $ 12.12 | $ 24.24 | $ (28.76) | Local Market Price Issue |
| 89 | 9/12/2020 | Filter, vacuum BAG | 2.00 | EACH | $ 26.50 | $ 53.00 | 2.00 | EACH | $ 12.12 | $ 24.24 | $ (28.76) | Local Market Price Issue |
| 90 | 9/7/2020 | Decon 30 | 25.00 | GAL | $ 75.00 | $ 1,875.00 | 6.25 | CS/4 | $ 140.92 | $ 880.73 | $ (994.28) | Economy of Scale Issue |
| 91 | 9/7/2020 | Disinfectant, Benefect/Microban | 25.00 | GAL | $ 65.00 | $ 1,625.00 | 6.25 | CS/4 | $ 304.90 | $ 1,905.60 | $ 280.60 | Economy of Scale Issue |
| 92 | 9/5/2020 | Envirowash | 10.00 | GAL | $ 70.00 | $ 700.00 | 2.00 | 5 GAL | $ 84.05 | $ 168.10 | $ (531.90) | Economy of Scale Issue |

JS | HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
6. Subcontract

DOL: 8/27/2020
Cause: Hurricane

| REF # | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ 48,006.60 | $ - | $ 48,006.60 | | | $ 44,806.60 | $ (3,200.00) | |
| | Description | Reason Needed | Inv # | Actual Cost | % Markup | Total | Actual Cost | % Markup | Total | Delta | Comments |
| 1 | ASAP site services | disposal | 744883 | $ 3,716.24 | $ - | $ 3,716.24 | $ 3,716.24 | $ - | $ 3,716.24 | $ - | |
| 2 | BJW Construction Management | Disposal | 22881 | $ 18,600.00 | $ - | $ 18,600.00 | $ 18,600.00 | $ - | $ 18,600.00 | $ - | |
| 3 | American Freightways | Mobilization of generator | 280922 | $ 3,800.00 | $ - | $ 3,800.00 | $ 3,800.00 | $ - | $ 3,800.00 | $ - | |
| 4 | American Freightways | Mobilization of dry van | 280924 | $ 4,200.00 | $ - | $ 4,200.00 | $ 4,200.00 | $ - | $ 4,200.00 | $ - | |
| 5 | American Freightways | Demobilization of generator | to come | $ 3,200.00 | $ - | $ 3,200.00 | $ 1,600.00 | $ - | $ 1,600.00 | $ (1,600.00) | Please provide an invoice for this item. |
| 6 | American Freightways | Demobilization of dry van | to come | $ 3,200.00 | $ - | $ 3,200.00 | $ 1,600.00 | $ - | $ 1,600.00 | $ (1,600.00) | Please provide an invoice for this item. |
| 7 | Three L | Fuel | 601005 | $ 536.58 | $ - | $ 536.58 | $ 536.58 | $ - | $ 536.58 | $ - | |
| 8 | Three L | Fuel | 401828 | $ 860.05 | $ - | $ 860.05 | $ 860.05 | $ - | $ 860.05 | $ - | |
| 9 | Three L | Fuel | 601023 | $ 1,402.33 | $ - | $ 1,402.33 | $ 1,402.33 | $ - | $ 1,402.33 | $ - | |
| 10 | Three L | Fuel | 401858 | $ 867.87 | $ - | $ 867.87 | $ 867.87 | $ - | $ 867.87 | $ - | |
| 11 | Three L | Fuel | 601024 | $ 327.30 | $ - | $ 327.30 | $ 327.30 | $ - | $ 327.30 | $ - | |
| 12 | Three L | Fuel | 401868 | $ 1,918.16 | $ - | $ 1,918.16 | $ 1,918.16 | $ - | $ 1,918.16 | $ - | |
| 13 | Three L | Fuel | 601051 | $ 909.73 | $ - | $ 909.73 | $ 909.73 | $ - | $ 909.73 | $ - | |
| 14 | Three L | Fuel | 501246 | $ 1,178.04 | $ - | $ 1,178.04 | $ 1,178.04 | $ - | $ 1,178.04 | $ - | |
| 15 | Three L | Fuel | 501044 | $ 2,753.72 | $ - | $ 2,753.72 | $ 2,753.72 | $ - | $ 2,753.72 | $ - | |
| 16 | Three L | Fuel | 401766 | $ 536.58 | $ - | $ 536.58 | $ 536.58 | $ - | $ 536.58 | $ - | |

JS | HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
7. Generators & Electrical

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 255.00 | | | $ 10,013.75 | 182.50 | | | $ 5,917.50 | $ (4,096.25) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 1 | 8/30/2020 | 50' spider box cable | 4.00 | DAY | $ 15.00 | $ 60.00 | 4.00 | DAY | $ 15.00 | $ 60.00 | $ - | |
| 2 | 8/31/2020 | 50' spider box cable | 4.00 | DAY | $ 15.00 | $ 60.00 | 4.00 | DAY | $ 15.00 | $ 60.00 | $ - | |
| 3 | 9/1/2020 | 50' spider box cable | 8.00 | DAY | $ 15.00 | $ 120.00 | 8.00 | DAY | $ 15.00 | $ 120.00 | $ - | |
| 4 | 9/2/2020 | 50' spider box cable | 8.00 | DAY | $ 15.00 | $ 120.00 | 8.00 | DAY | $ 15.00 | $ 120.00 | $ - | |
| 5 | 9/3/2020 | 50' spider box cable | 7.00 | DAY | $ 15.00 | $ 105.00 | 3.00 | DAY | $ 15.00 | $ 45.00 | $ (60.00) | Weekly rate applied. |
| 6 | 9/4/2020 | 50' spider box cable | 7.00 | DAY | $ 15.00 | $ 105.00 | 3.00 | DAY | $ 15.00 | $ 45.00 | $ (60.00) | Weekly rate applied. |
| 7 | 9/5/2020 | 50' spider box cable | 7.00 | DAY | $ 15.00 | $ 105.00 | 0.00 | DAY | $ 15.00 | $ - | $ (105.00) | Weekly rate applied. |
| 8 | 9/6/2020 | 50' spider box cable | 3.00 | DAY | $ 15.00 | $ 45.00 | 0.00 | DAY | $ 15.00 | $ - | $ (45.00) | Weekly rate applied. |
| 9 | 9/7/2020 | 50' spider box cable | 3.00 | DAY | $ 15.00 | $ 45.00 | 0.00 | DAY | $ 15.00 | $ - | $ (45.00) | Weekly rate applied. |
| 10 | 9/8/2020 | 50' spider box cable | 4.00 | DAY | $ 15.00 | $ 60.00 | 4.00 | DAY | $ 15.00 | $ 60.00 | $ - | |
| 11 | 9/9/2020 | 50' spider box cable | 4.00 | DAY | $ 15.00 | $ 60.00 | 4.00 | DAY | $ 15.00 | $ 60.00 | $ - | |
| 12 | 9/10/2020 | 50' spider box cable | 4.00 | DAY | $ 15.00 | $ 60.00 | 4.00 | DAY | $ 15.00 | $ 60.00 | $ - | |
| 13 | 9/11/2020 | 50' spider box cable | 5.00 | DAY | $ 15.00 | $ 75.00 | 5.00 | DAY | $ 15.00 | $ 75.00 | $ - | |
| 14 | 9/12/2020 | 50' spider box cable | 5.00 | DAY | $ 15.00 | $ 75.00 | 1.00 | DAY | $ 15.00 | $ 15.00 | $ (60.00) | Weekly rate applied. |
| 15 | 8/30/2020 | Spider box | 2.00 | DAY | $ 45.00 | $ 90.00 | 2.00 | DAY | $ 45.00 | $ 90.00 | $ - | |
| 16 | 8/31/2020 | Spider box | 2.00 | DAY | $ 45.00 | $ 90.00 | 2.00 | DAY | $ 45.00 | $ 90.00 | $ - | |
| 17 | 9/1/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 3.00 | DAY | $ 45.00 | $ 135.00 | $ - | |
| 18 | 9/2/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 3.00 | DAY | $ 45.00 | $ 135.00 | $ - | |
| 19 | 9/3/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 1.00 | DAY | $ 45.00 | $ 45.00 | $ (90.00) | Weekly rate applied. |
| 20 | 9/4/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 1.00 | DAY | $ 45.00 | $ 45.00 | $ (90.00) | Weekly rate applied. |
| 21 | 9/5/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 0.00 | DAY | $ 45.00 | $ - | $ (135.00) | Weekly rate applied. |
| 22 | 9/6/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 2.00 | DAY | $ 45.00 | $ 90.00 | $ (45.00) | Weekly rate applied. |
| 23 | 9/7/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 2.00 | DAY | $ 45.00 | $ 90.00 | $ (45.00) | Weekly rate applied. |
| 24 | 9/8/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 3.00 | DAY | $ 45.00 | $ 135.00 | $ - | |
| 25 | 9/9/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 3.00 | DAY | $ 45.00 | $ 135.00 | $ - | |
| 26 | 9/10/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 3.00 | DAY | $ 45.00 | $ 135.00 | $ - | |
| 27 | 9/11/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 3.00 | DAY | $ 45.00 | $ 135.00 | $ - | |
| 28 | 9/12/2020 | Spider box | 3.00 | DAY | $ 45.00 | $ 135.00 | 0.00 | DAY | $ 45.00 | $ - | $ (135.00) | Weekly rate applied. |
| 29 | 8/30/2020 | Extension cords | 7.00 | EA | $ 1.15 | $ 8.05 | 7.00 | EA | $ - | $ - | $ (8.05) | Small tools cost overlap issue |
| 30 | 8/31/2020 | Extension cords | 7.00 | EA | $ 1.15 | $ 8.05 | 7.00 | EA | $ - | $ - | $ (8.05) | Small tools cost overlap issue |
| 31 | 9/1/2020 | Extension cords | 8.00 | EA | $ 1.15 | $ 9.20 | 8.00 | EA | $ - | $ - | $ (9.20) | Small tools cost overlap issue |
| 32 | 9/2/2020 | Extension cords | 8.00 | EA | $ 1.15 | $ 9.20 | 8.00 | EA | $ - | $ - | $ (9.20) | Small tools cost overlap issue |
| 33 | 9/3/2020 | Extension cords | 8.00 | EA | $ 1.15 | $ 9.20 | 1.00 | EA | $ - | $ - | $ (9.20) | Weekly rate applied. Small tools cost overlap issue |
| 34 | 9/4/2020 | Extension cords | 8.00 | EA | $ 1.15 | $ 9.20 | 1.00 | EA | $ - | $ - | $ (9.20) | Weekly rate applied. Small tools cost overlap issue |

JS HELD

Project: Four O LLC
Address: Lake Charles, LA

All Clear EMS Invoice Analysis
-
7. Generators & Electrical

DOL: 8/27/2020
Cause: Hurricane

| | As Submitted By: All Clear Restoration | | | | | | As Reviewed By: J.S. Held LLC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 255.00 | | | $ 10,013.75 | 182.50 | | | $ 5,917.50 | $ (4,096.25) | |
| REF # | Date | Equipment Name | Qty. | UM | Rate | Total | Qty. | UM | Rate | Total | Delta | Comments |
| 35 | 9/5/2020 | Extension cords | 8.00 | EA | $ 1.15 | $ 9.20 | 0.00 | EA | $ - | $ - | $ (9.20) | Weekly rate applied. Small tools cost overlap issue |
| 36 | 9/6/2020 | Extension cords | 10.00 | EA | $ 1.15 | $ 11.50 | 9.00 | EA | $ - | $ - | $ (11.50) | Weekly rate applied. Small tools cost overlap issue |
| 37 | 9/7/2020 | Extension cords | 11.00 | EA | $ 1.15 | $ 12.65 | 10.00 | EA | $ - | $ - | $ (12.65) | Weekly rate applied. Small tools cost overlap issue |
| 38 | 9/8/2020 | Extension cords | 10.00 | EA | $ 1.15 | $ 11.50 | 10.00 | EA | $ - | $ - | $ (11.50) | Small tools cost overlap issue |
| 39 | 9/9/2020 | Extension cords | 10.00 | EA | $ 1.15 | $ 11.50 | 10.00 | EA | $ - | $ - | $ (11.50) | Small tools cost overlap issue |
| 40 | 9/10/2020 | Extension cords | 10.00 | EA | $ 1.15 | $ 11.50 | 10.00 | EA | $ - | $ - | $ (11.50) | Small tools cost overlap issue |
| 41 | 9/11/2020 | Extension cords | 10.00 | EA | $ 1.15 | $ 11.50 | 10.00 | EA | $ - | $ - | $ (11.50) | Small tools cost overlap issue |
| 42 | 9/12/2020 | Extension cords | 10.00 | EA | $ 1.15 | $ 11.50 | 0.00 | EA | $ - | $ - | $ (11.50) | Weekly rate applied. Small tools cost overlap issue |
| 43 | 8/30/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 44 | 8/31/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 45 | 9/1/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 46 | 9/2/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 47 | 9/3/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ - | $ - | $ (450.00) | Weekly rate applied. |
| 48 | 9/4/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ - | $ - | $ (450.00) | Weekly rate applied. |
| 49 | 9/5/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ - | $ - | $ (450.00) | Weekly rate applied. |
| 50 | 9/6/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 51 | 9/7/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 52 | 9/8/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 53 | 9/9/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ 450.00 | $ 450.00 | $ - | |
| 54 | 9/10/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ - | $ - | $ (450.00) | Weekly rate applied. |
| 55 | 9/11/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ - | $ - | $ (450.00) | Weekly rate applied. |
| 56 | 9/12/2020 | 45KW | 1.00 | DAY | $ 450.00 | $ 450.00 | 1.00 | DAY | $ - | $ - | $ (450.00) | Weekly rate applied. |
| 57 | 9/3/2020 | Service, Generator 5kw-75kw | 1.00 | EACH | $ 225.00 | $ 225.00 | 0.50 | EACH | $ 225.00 | $ 112.50 | $ (112.50) | Please provide invoicing for this service call. |
| 58 | 9/8/2020 | Service, Generator 5kw-75kw | 1.00 | EACH | $ 225.00 | $ 225.00 | 0.50 | EACH | $ 225.00 | $ 112.50 | $ (112.50) | Please provide invoicing for this service call. |
| 59 | 9/12/2020 | Service, Generator 5kw-75kw | 1.00 | EACH | $ 225.00 | $ 225.00 | 0.50 | EACH | $ 225.00 | $ 112.50 | $ (112.50) | Please provide invoicing for this service call. |

JS HELD

# Attachment 12

**Four O - 620 Esplanade, Lake Charles, LA**
**DOL - August 27, 2020**

**Repair Claim/Estimate Comparison**

| Description | Vendor | SKYLINE AS-CLAIMED | | | | J.S. HELD AS-REVIEWED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Skyline (Claim) | Item | Notes | Skyline (Claim) | Encore Pay Application 5 (Note 1) | Encore Job Costs (Note 2) | Invoices/Checks | J.S. Held Review | Total | Notes |
| Encore Base Contract | Encore | $ 153,276 | Contract | General Requirements | $ 153,276 | $ 143,275 | $ 122,582 | | | $ 122,582 | Encore Job Costs includes:<br>- Associated Design Group @ $16,595.76<br>- BECI-Alabama @ $24,300.00<br>- Enterprise Rent-A-Car @ $8,428.07<br>- Home Depot @ $5,432.97<br>- Interlink Supply @ $1,077.08<br>- Marilyn B. Spell @ $5,000.00<br>- Monheiser, Mark Evan @ $2,563.36<br>- Paychex @ $46,983.33<br>- Sherwin Williams @ $100.83<br>- US Bank @ $12,100.26 |
| Encore Base Contract | Encore | $ 31,875 | Contract | Existing Conditions | $ 31,875 | $ 31,875 | $ - | | | $ - | No cost incurred to date data provided |
| Encore Base Contract | Encore | $ 28,350 | Contract | Wood, Plastic, and Components | $ 28,350 | $ 28,350 | $ - | | | $ - | No cost incurred to date data provided |
| Encore Base Contract | Encore | $ 351,871 | Contract | Thermal and Moisture Protection | $ 351,871 | $ 351,871 | $ 299,900 | | $ (40,397) | $ 259,503 | Encore Job Costs includes:<br>- Associated Waterproofing @ $299,900.25<br><br>Upgrade from building paper (RIK) to Prosoco Cat 5 at siding areas (7,149 SF * ($1.50 - $0.50) = $7,149); Adjustment for pre-loss deteriorated/deferred maintenance caulking, used Encore Window & Siding caulking estimate values ($10,739+$19,625+$384+$2,500 = $33,248); Total adjustment $7,149 + $33,248 = $40,397 |
| Encore Base Contract | Encore | $ 70,409 | Contract | Openings | $ 70,409 | $ 55,409 | $ 4,067 | | | $ 4,067 | Encore Job Costs includes:<br>- Service Glass & Door @ $4,067.48 |
| Encore Base Contract | Encore | $ 292,907 | Contract | Finishes | $ 292,907 | $ 272,907 | $ 237,485 | | | $ 237,485 | Encore Job Costs Includes:<br>- Acoustical Specialties & Supply @ $92,020.22<br>- King Construction @ $89,210.00<br>- Martin Insulation (incl. drywall) @ $56,255.00 |
| Encore Base Contract | Encore | $ 7,700 | Contract | Plumbing | $ 7,700 | $ 7,700 | | | | $ - | |
| Encore Base Contract | Encore | $ 36,855 | Contract | Heating, Ventilation, and Air Conditioning | $ 36,855 | $ 36,855 | $ 91,271 | | $ (40,000) | $ 51,271 | Encore Job Costs includes:<br>- Dubois Sheet Metal @ $11,270.63<br>- Industrial Refrigeration @ $80,000.00 (Note - It appears that this cost may include some portion of the VRF change/upgrade which is not related to the loss, however there is no documentation or substantiation to review the value of the change/upgrade; We have allocated 50% of the cost to loss-related damage) |
| Encore Base Contract | Encore | $ 100,548 | Contract | Electrical | $ 100,548 | $ 100,548 | $ 89,754 | | | $ 89,754 | Encore Job Costs includes:<br>- Jacque Bourgeois Elec @ $89,754.00 |
| Encore Base Contract | Encore | $ 10,450 | Contract | Electronic Safety and Security | $ 10,450 | $ 10,450 | | | | $ - | |
| Encore Base Contract | Encore | $ 275,759 | Contract | Uncommitted to Div: O&P, Insurance, Tax | $ 275,759 | $ 125,000 | $ 253,518 | | | $ 253,518 | J.S. Held has allowed 30% of the Encore Job Costs for Overhead & Profit, Insurance, Tax |
| Change Orders | Encore | $ - | CO #1 | N/A | $ - | $ - | | | | $ - | |
| Change Orders | Encore | $ (5,520) | CO #2 | 2nd floor wall insulation | $ (5,520) | $ - | | | $ (5,520) | $ (5,520) | Elective Upgrade |
| Change Orders | Encore | $ (5,832) | CO #3 | Spray foam insulation exterior walls | $ (5,832) | $ - | | | $ (5,832) | $ (5,832) | Elective Upgrade |
| Change Orders | Encore | $ - | CO #4 | N/A | $ - | $ - | | | $ - | $ - | |
| Change Orders | Encore | $ (6,081) | CO #5 | Exterior door | $ (6,081) | $ - | | | $ (6,081) | $ (6,081) | Elective Upgrade |
| Change Orders | Encore | $ (2,176) | CO #6 | Atrium LVT leveling cement and glue | $ (2,176) | $ - | | | $ (2,176) | $ (2,176) | Elective Upgrade |
| Change Orders | Encore | $ (3,360) | CO #7 | Water fountains | $ (3,360) | $ - | | | $ (3,360) | $ (3,360) | Elective Upgrade |
| Change Orders | Encore | $ - | CO #8 | Wet seal windows | $ - | $ - | | | $ - | $ - | Value of $13,776, but not included in claim value |
| Change Orders | Encore | $ (19,075) | CO #9 | Sheathing changeout | $ (19,075) | $ - | | | $ (19,075) | $ (19,075) | Elective Upgrade |
| Window Replacement | Encore | $ 179,600 | Windows | Encore 11/20/2020 estimate | $ 179,600 | $ - | | $ 179,600 | $ (19,629) | $ 159,971 | Work not performed at this time, therefore cost not incurred; Costs only allowed if work is performed.<br><br>Exclude contingency ($12,829) as noted in Encore window estimate; Exclude PM/Supt costs, duplicated with project GC's/GR's ($6,800); Total adjustment $12,829 + $6,800 = $19,629 |
| Roofing - Temp | Crest Exteriors | $ 53,000 | Roofing | Temp Roof | $ 53,000 | $ - | | $ 53,000 | $ - | $ 53,000 | Invoices LA-1331 & LA-1334 (Bates Skyline-00121, Skyline-00122, Skyline-00145) |
| Roofing - Permanent | Poole | $ 289,545 | Roofing | Poole | $ 289,545 | $ - | | $ 240,815 | | $ 240,815 | Poole checks include #10005 ($80,000), #10031 ($60,815), #10064 ($100,000); Reference Bates Skyline-00246 and Skyline-00247; Check payments appear to be for roofing work completed to date, which includes partial substrate replacement and roof membrane replacement. It should be noted that the costs to date for the roofing work are excessive in relation to the work performed and in relation to the estimated cost for a replacement-in-kind system. |
| Spray Foam Insul (under Roof) | Martin | $ 10,000 | Insulation | Martin Insulation; Cost = $36,000, but sublimit for code upgrade of $10,000 | $ 10,000 | $ - | | | $ 10,000 | $ 10,000 | Code Upgrade sublimit; Reference Martin Invoice #1534 (Bates Skyline-00037) |
| Electric | JBE | $ 9,560 | Electric | Temp electric | $ 9,560 | $ - | | $ 9,560 | | $ 9,560 | Reference Jacque Bourgeois Elec Invoice #WEB001425 (Bates Skyline-00438) |
| Debris Removal | BJW | $ 18,600 | Debris Removal | | $ 18,600 | $ - | | $ - | | $ - | Duplication - Reference BJW Invoice #22881 (to All Clear; Bates Skyline-00013) is included in All Clear's mitigation invoice below (Bates Skyline-00016) |
| HVAC | Industrial Refrig. | $ 1,280 | | emergency cost to replace solenoid in unit | $ 1,280 | $ - | | $ 1,280 | | $ 1,280 | Reference Industrial Refrigeration Invoice #21-74249 and check #10040 (Bates Skyline-00452) |
| Comparable Roof | ----- | $ - | | Exceeds policy limits | $ - | $ - | | | | $ - | |
| Windows - Additional cost | Encore | $ 37,000 | | removal of new panels over windows, removal of framing in openings, re flashing removed window openings; additional cost due to lack of funding and proper repair/indemnification. Additional cost after project complete | $ 37,000 | $ - | | | $ - | $ - | No supporting documentation provided; Work could have been performed in a timely manner and concurrent with other repair work |
| Windows - Remobilization | Encore | $ 12,000 | | remobilization onsite for window replacement | $ 12,000 | $ - | | | $ - | $ - | No supporting documentation provided; Work could have been performed in a timely manner and concurrent with other repair work |
| Masonry | Encore | $ 7,000 | | cost to repair masonry crack in jail; work pending, cost will be realized; range of $2,000 - $7,000 provided | $ 7,000 | $ - | | | $ - | $ - | Universal Inspection Services 1/19/2018 inspection report reflects that masonry crack existed before the loss event |
| **REPAIR SUBTOTAL** | | **$ 1,935,541** | | | **$ 1,935,541** | **$ 1,164,240** | **$ 1,098,577** | **$ 484,255** | **$ (132,070)** | **$ 1,450,762** | |
| | | | | | | | | | | | |
| Mitigation | All Clear | $ 491,142 | Dry out, demo, remediation | | $ 491,142 | $ - | | | $ 312,039 | $ 312,039 | Based on JS Held detailed analysis (see Report Attachment 9) |
| Mitigation | Capstone | $ 17,288 | Environmentalist | | $ 17,288 | $ - | | $ 17,288 | | $ 17,288 | Reference Capstone Invoice #INV-000288 (Bates Skyline-00240) |
| | | | | | | | | | | | |
| **GRAND TOTAL** | | **$ 2,443,971** | | | **$ 2,443,971** | **$ 1,164,240** | **$ 1,098,577** | **$ 501,543** | **$ 179,969** | **$ 1,780,089** | |
| | | | | | | | | | | $ (159,971) | Window System Replacement |
| | | | | | | | | | | **$ 1,620,118** | Total As-Reviewed Claim Value if the window system is not replaced |



JS|HELD

# Attachment 13

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | **Job Summary** | **95.5 days?** | **Mon 9/7/20** | **Mon 1/18/21** |
| 2 | **Meetings / Conference Calls** | **66 days** | **Wed 10/7/20** | **Wed 1/6/21** |
| 3 | G.C. and Owner Meeting | 0 days | Wed 10/7/20 | Wed 10/7/20 |
| 4 | G.C. and Owner Meeting 2 | 0 days | Wed 10/21/20 | Wed 10/21/20 |
| 5 | G.C. and Owner Meeting 3 | 0 days | Wed 11/4/20 | Wed 11/4/20 |
| 6 | G.C. and Owner Meeting 4 | 0 days | Wed 11/11/20 | Wed 11/11/20 |
| 7 | G.C. and Owner Meeting 5 | 0 days | Wed 11/18/20 | Wed 11/18/20 |
| 8 | G.C. and Owner Meeting 6 | 0 days | Wed 11/25/20 | Wed 11/25/20 |
| 9 | G.C. and Owner Meeting 7 | 0 days | Wed 12/2/20 | Wed 12/2/20 |
| 10 | G.C. and Owner Meeting 8 | 0 days | Wed 12/9/20 | Wed 12/9/20 |
| 11 | G.C. and Owner Meeting 9 | 0 days | Wed 12/16/20 | Wed 12/16/20 |
| 12 | G.C. and Owner Meeting 10 | 0 days | Wed 12/23/20 | Wed 12/23/20 |
| 13 | G.C. and Owner Meeting 11 | 0 days | Wed 12/30/20 | Wed 12/30/20 |
| 14 | G.C. and Owner Meeting 12 | 0 days | Wed 1/6/21 | Wed 1/6/21 |
| 15 | **General Conditions** | **27 days?** | **Mon 9/7/20** | **Tue 10/13/20** |
| 16 | Receive notice to proceed and sign contract | 3 days | Mon 9/7/20 | Wed 9/9/20 |
| 17 | Submit bond and insurance documents | 2 days | Thu 9/10/20 | Fri 9/11/20 |
| 18 | Exterior / Interior Detail Review | 5 days | Mon 9/21/20 | Fri 9/25/20 |
| 19 | Field Engineering Review | 5 days | Mon 9/28/20 | Fri 10/2/20 |
| 20 | Obtain Building Permits | 4 days | Mon 10/5/20 | Thu 10/8/20 |
| 21 | Prepare and submit preliminary project schedule | 3 days | Fri 10/9/20 | Tue 10/13/20 |
| 22 | Shop Drawing Submittles | 1 wk | Mon 10/5/20 | Fri 10/9/20 |
| 23 | Submit Monthly Request For Payment | 0 days? | Wed 9/9/20 | Wed 9/9/20 |
| 24 | **Lead Time Procurement** | **20 days** | **Mon 10/12/20** | **Fri 11/6/20** |
| 25 | Submit shop drawings and order long lead items - roofing | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 26 | Submit Shop Drawings and order long lead items - Ext. Elevations | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 27 | Submit Shop Drawings and order long lead items - Windows | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 28 | Submit shop drawings and order long lead items - plumbing | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 29 | Submit shop drawings and order Long lead items - electric | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 30 | Submit shop drawings and order long lead items - HVAC | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 31 | Submit shop drawings and order long lead items - Ceiling | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 32 | Submit shop drawings and order long lead items - Flooring | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 33 | Submit shop drawings and order long lead items - Case Work | 4 wks | Mon 10/12/20 | Fri 11/6/20 |
| 34 | **Mobilization** | **14 days** | **Thu 9/10/20** | **Tue 9/29/20** |
| 35 | Living Quarters | 3 days | Thu 9/10/20 | Mon 9/14/20 |
| 36 | Office Trailer | 2 days | Tue 9/22/20 | Wed 9/23/20 |
| 37 | Temp Power | 1 day | Thu 9/24/20 | Thu 9/24/20 |
| 38 | Office Set Up | 3 days | Fri 9/25/20 | Tue 9/29/20 |
| 39 | **Roofing** | **17 days** | **Mon 10/26/20** | **Tue 11/17/20** |
| 40 | Demo | 2 wks | Mon 10/26/20 | Fri 11/6/20 |



Skyline-00134-002

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 41 | Roof Install | 2 wks | Wed 10/28/20 | Tue 11/10/20 |
| 42 | Set rooftop equipment | 1 wk | Wed 11/11/20 | Tue 11/17/20 |
| 43 | **Window and Building Closure** | **24 days** | **Mon 10/26/2C** | **Thu 11/26/20** |
| 44 | Lift / Scaffolding Delivery | 1 day | Mon 10/26/20 | Mon 10/26/20 |
| 45 | Demo | 2 wks | Tue 10/27/20 | Mon 11/9/20 |
| 46 | Exterior and Interior Stud Install and replacement | 2 wks | Wed 10/28/20 | Tue 11/10/20 |
| 47 | Exterior Cladding Install | 2 wks | Fri 10/30/20 | Thu 11/12/20 |
| 48 | Window Replacement | 8 days | Thu 10/29/20 | Mon 11/9/20 |
| 49 | Insulation | 3 days | Mon 11/16/20 | Wed 11/18/20 |
| 50 | Drywall Install | 1 wk | Fri 11/20/20 | Thu 11/26/20 |
| 51 | **Plumbing** | **29 days** | **Mon 11/9/20** | **Thu 12/17/20** |
| 52 | Rough-in plumbing | 1 wk | Mon 11/9/20 | Mon 11/16/20 |
| 53 | Set plumbing fixtures and trim | 2 wks | Fri 12/4/20 | Thu 12/17/20 |
| 54 | **Electrical** | **29 days** | **Mon 11/9/20** | **Thu 12/17/20** |
| 55 | Rough-in electrical Walls and Above Ceiling Grid | 1 wk | Mon 11/9/20 | Mon 11/16/20 |
| 56 | Install light fixtures and Outlets | 2 wks | Fri 12/4/20 | Thu 12/17/20 |
| 57 | **Heating and Ventilating - AC** | **29 days** | **Fri 11/6/20** | **Wed 12/16/20** |
| 58 | Set equipment in mechanical room | 1 wk | Wed 11/18/20 | Tue 11/24/20 |
| 59 | Rough-in mechanical In wall and Above Ceiling Grid | 1 wk | Fri 11/6/20 | Thu 11/12/20 |
| 60 | Set HVAC trim and test and balance system | 2 wks | Thu 12/3/20 | Wed 12/16/20 |
| 61 | **Building Finishes** | **24 days** | **Wed 11/25/2C** | **Mon 12/28/20** |
| 62 | Case Work | 6 days | Fri 11/27/20 | Fri 12/4/20 |
| 63 | Drywall Finishes | 1 wk | Fri 12/4/20 | Thu 12/10/20 |
| 64 | Paint walls and woodwork | 1 wk | Mon 12/14/20 | Fri 12/18/20 |
| 65 | Install ceiling grid | 1 wk | Wed 11/25/20 | Tue 12/1/20 |
| 66 | Install ceiling tile | 1 wk | Thu 12/3/20 | Wed 12/9/20 |
| 67 | Hang wallpaper | 1 wk | Tue 12/8/20 | Mon 12/14/20 |
| 68 | Flooring | 1 wk | Tue 12/15/20 | Mon 12/21/20 |
| 69 | Install hardware and accessories | 1 wk | Tue 12/22/20 | Mon 12/28/20 |
| 70 | **Final Clean-up and Occupancy** | **18.5 days** | **Wed 12/23/2C** | **Mon 1/18/21** |
| 71 | Remove debris from building and do final clean-up | 1 wk | Wed 12/23/20 | Tue 12/29/20 |
| 72 | Substantial completion date | 1 day | Wed 12/30/20 | Wed 12/30/20 |
| 73 | **Complete Final Inspections** | **11.5 days** | **Fri 1/1/21** | **Mon 1/18/21** |
| 74 | Perform architect's inspection | 1 day | Fri 1/1/21 | Fri 1/1/21 |
| 75 | Perform local building agency inspection | 1 day | Mon 1/4/21 | Mon 1/4/21 |
| 76 | Perform Fire Marshal's inspection | 0.5 days | Tue 1/5/21 | Tue 1/5/21 |
| 77 | Complete punch list items from all inspections | 1 wk | Tue 1/5/21 | Tue 1/12/21 |
| 78 | Obtain certificate of occupancy | 2 days | Tue 1/12/21 | Thu 1/14/21 |
| 79 | Issue final completion documents including warranties | 1 day | Thu 1/14/21 | Fri 1/15/21 |
| 80 | Issue final request for payment | 1 day | Fri 1/15/21 | Mon 1/18/21 |



# Attachment 14

Skyline-00393-001

| ID | Task Mode | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | **DHS / Four-O** | **72 days?** | **Tue 9/15/20** | **Wed 12/23/20** |
| 2 | | **Draw Schedule** | **60 days?** | **Thu 10/1/20** | **Wed 12/23/20** |
| 3 | | Draw 1 | 1 day? | Thu 10/1/20 | Thu 10/1/20 |
| 4 | | Draw 2 | 1 day? | Mon 11/2/20 | Mon 11/2/20 |
| 5 | | Draw 3 | 1 day? | Tue 12/1/20 | Tue 12/1/20 |
| 6 | | Draw 4 | 1 day | Wed 12/23/20 | Wed 12/23/20 |
| 7 | | **Pre-Con Design and Submittals** | **25 days?** | **Tue 9/15/20** | **Mon 10/19/20** |
| 8 | | Initial STO Meeting | 1 day? | Tue 9/15/20 | Tue 9/15/20 |
| 9 | | **Exterior Submittals** | **24 days?** | **Wed 9/16/20** | **Mon 10/19/20** |
| 10 | | Design submittal | 3 days | Wed 9/16/20 | Fri 9/18/20 |
| 11 | | Exterior System | 10 days | Mon 9/21/20 | Fri 10/2/20 |
| 12 | | Window | 10 days | Mon 9/21/20 | Fri 10/2/20 |
| 13 | | Exterior Design Submittals Sign Off | 1 day? | Mon 10/5/20 | Mon 10/5/20 |
| 14 | | **Exterior Lead Time Procurement** | **10 days** | **Tue 10/6/20** | **Mon 10/19/20** |
| 15 | | Exterior System: Long Lead Time Item | 2 wks | Tue 10/6/20 | Mon 10/19/20 |
| 16 | | Windows: Long Lead Time Item | 1 wk | Tue 10/6/20 | Mon 10/12/20 |
| 17 | | **Interior Submittals** | **14 days** | **Tue 9/15/20** | **Fri 10/2/20** |
| 18 | | Flooring | 14 days | Tue 9/15/20 | Fri 10/2/20 |
| 19 | | Casework | 14 days | Tue 9/15/20 | Fri 10/2/20 |
| 20 | | Paint | 14 days | Tue 9/15/20 | Fri 10/2/20 |
| 21 | | Doors | 14 days | Tue 9/15/20 | Fri 10/2/20 |
| 22 | | Interior Design Submittal Sign Off | 0 days | Fri 10/2/20 | Fri 10/2/20 |
| 23 | | **Interior Lead Time Procurement** | **10 days** | **Mon 10/5/20** | **Fri 10/16/20** |
| 24 | | Flooring: Long Lead Time Item | 2 wks | Mon 10/5/20 | Fri 10/16/20 |
| 25 | | Casework Long Lead Time Item | 2 wks | Mon 10/5/20 | Fri 10/16/20 |
| 26 | | Doors: Long Lead Time Item | 2 wks | Mon 10/5/20 | Fri 10/16/20 |
| 27 | | **Electrical** | **37 days** | **Mon 10/5/20** | **Tue 11/24/20** |
| 28 | | Evaluation of High / Low Voltage Components | 1 wk | Mon 10/5/20 | Fri 10/9/20 |
| 29 | | Rough In | 2 wks | Mon 10/12/20 | Fri 10/23/20 |
| 30 | | Install light fixtures and Outlets | 1 wk | Wed 11/18/20 | Tue 11/24/20 |
| 31 | | **Plumbing** | **37 days** | **Mon 10/5/20** | **Tue 11/24/20** |
| 32 | | Evaluation of Plumbing Components | 1 wk | Mon 10/5/20 | Fri 10/9/20 |



Skyline-00393-002

| ID | Task Mode | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 33 | | Rough-in plumbing | 1 wk | Mon 10/12/20 | Fri 10/16/20 |
| 34 | | Set plumbing fixtures and trim | 1 wk | Wed 11/18/20 | Tue 11/24/20 |
| 35 | | **Mechanical: Heating and Cooling** | **40 days** | **Mon 10/5/20** | **Fri 11/27/20** |
| 36 | | Evaluation of Mechanical Components | 1 wk | Mon 10/5/20 | Fri 10/9/20 |
| 37 | | Rough In | 1 wk | Mon 10/19/20 | Fri 10/23/20 |
| 38 | | Set HVAC trim and test and balance system | 1 wk | Mon 11/23/20 | Fri 11/27/20 |
| 39 | | **Building Closure** | **47 days** | **Thu 10/1/20** | **Fri 12/4/20** |
| 40 | | Windows | 3 days | Mon 10/12/20 | Wed 10/14/20 |
| 41 | | Framing | 3 days | Thu 10/1/20 | Mon 10/5/20 |
| 42 | | Exterior System Install | 2 wks | Tue 10/20/20 | Mon 11/2/20 |
| 43 | | Insulation | 3 days | Fri 10/16/20 | Tue 10/20/20 |
| 44 | | Drywall Install | 2 wks | Wed 10/21/20 | Tue 11/3/20 |
| 45 | | **Building Finishes** | **23 days** | **Wed 11/4/20** | **Fri 12/4/20** |
| 46 | | Case Work | 5 days | Wed 11/4/20 | Tue 11/10/20 |
| 47 | | Painting | 5 days | Wed 11/11/20 | Tue 11/17/20 |
| 48 | | Hang wallpaper | 5 days | Fri 11/13/20 | Thu 11/19/20 |
| 49 | | Install ceiling grid | 3 days | Thu 11/19/20 | Mon 11/23/20 |
| 50 | | Install ceiling tile | 4 days | Mon 11/23/20 | Thu 11/26/20 |
| 51 | | Flooring | 5 days | Wed 11/25/20 | Tue 12/1/20 |
| 52 | | Door Installation | 2 days | Wed 12/2/20 | Thu 12/3/20 |
| 53 | | Install hardware and accessories | 3 days | Wed 12/2/20 | Fri 12/4/20 |
| 54 | | **Close out** | **14 days** | **Thu 12/3/20** | **Tue 12/22/20** |
| 55 | | **Final Clean-up and Occupancy** | **6 days** | **Thu 12/3/20** | **Thu 12/10/20** |
| 56 | | Cleaning and Touch Up | 1 wk | Thu 12/3/20 | Wed 12/9/20 |
| 57 | | Substantial completion date | 1 day | Thu 12/10/20 | Thu 12/10/20 |
| 58 | | **Complete Final Inspections** | **7 days** | **Mon 12/14/20** | **Tue 12/22/20** |
| 59 | | Perform architect's inspection | 1 day | Mon 12/14/20 | Mon 12/14/20 |
| 60 | | Perform local building agency inspection | 1 day | Mon 12/14/20 | Mon 12/14/20 |
| 61 | | Perform Fire Marshal's inspection | 0.5 days | Tue 12/15/20 | Tue 12/15/20 |
| 62 | | Complete punch list items from all inspections | 5 days | Tue 12/15/20 | Mon 12/21/20 |
| 63 | | Obtain certificate of occupancy | 1 day | Tue 12/22/20 | Tue 12/22/20 |
| 64 | | Issue final request for payment | 1 day | Tue 12/22/20 | Tue 12/22/20 |



Skyline-00393-003

Project: Four-O DHS
Date: Tue 9/15/20

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Task | | Project Summary | | Manual Task | | Start-only | | Deadline | |
| Split | | Inactive Task | | Duration-only | | Finish-only | | Progress | |
| Milestone | | Inactive Milestone | | Manual Summary Rollup | | External Tasks | | Manual Progress | |
| Summary | | Inactive Summary | | Manual Summary | | External Milestone | | | |

# Attachment 15

Skyline-00316-001

| ID | Task Mode | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | **DHS / Four-O** | **72 days?** | **Tue 9/15/20** | **Wed 12/23/20** |
| 2 | | **Draw Schedule** | **60 days?** | **Thu 10/1/20** | **Wed 12/23/20** |
| 7 | | **Pre-Con Design and Submittals** | **20 days?** | **Tue 9/15/20** | **Mon 10/12/20** |
| 8 | | **Exterior Submittals** | **20 days?** | **Tue 9/15/20** | **Mon 10/12/20** |
| 9 | | Initial Exterior Cladding Meeting | 1 day? | Tue 9/15/20 | Tue 9/15/20 |
| 10 | | Design submittal | 3 days | Wed 9/16/20 | Fri 9/18/20 |
| 11 | | Exterior System | 10 days | Mon 9/21/20 | Fri 10/2/20 |
| 12 | | Window | 10 days | Mon 9/21/20 | Fri 10/2/20 |
| 13 | | Exterior Design Submittals Sign Off | 1 day? | Mon 10/5/20 | Mon 10/5/20 |
| 14 | | **Exterior Lead Time Procurement** | **5 days** | **Tue 10/6/20** | **Mon 10/12/20** |
| 15 | | Exterior System: Long Lead Time Item | 1 wk | Tue 10/6/20 | Mon 10/12/20 |
| 16 | | Windows: Long Lead Time Item | 1 wk | Tue 10/6/20 | Mon 10/12/20 |
| 17 | | **Interior Submittals** | **11 days** | **Tue 9/15/20** | **Wed 9/30/20** |
| 18 | | Flooring | 10 days | Tue 9/15/20 | Mon 9/28/20 |
| 19 | | Casework | 10 days | Tue 9/15/20 | Mon 9/28/20 |
| 20 | | Paint | 10 days | Tue 9/15/20 | Mon 9/28/20 |
| 21 | | Doors | 10 days | Tue 9/15/20 | Mon 9/28/20 |
| 22 | | Interior Design Submittal Sign Off | 0 days | Wed 9/30/20 | Wed 9/30/20 |
| 23 | | **Interior Lead Time Procurement** | **5 days** | **Wed 9/30/20** | **Tue 10/6/20** |
| 24 | | Flooring: Long Lead Time Item | 1 wk | Wed 9/30/20 | Tue 10/6/20 |
| 25 | | Casework Long Lead Time Item | 1 wk | Wed 9/30/20 | Tue 10/6/20 |
| 26 | | Doors: Long Lead Time Item | 1 wk | Wed 9/30/20 | Tue 10/6/20 |
| 27 | | **Electrical** | **40 days** | **Wed 9/30/20** | **Tue 11/24/20** |
| 28 | | Evaluation of High / Low Voltage Components | 2 days | Wed 9/30/20 | Thu 10/1/20 |
| 29 | | Rough In | 1 wk | Fri 10/2/20 | Thu 10/8/20 |
| 30 | | Install light fixtures and Outlets | 1 wk | Wed 11/18/20 | Tue 11/24/20 |
| 31 | | **Plumbing** | **41 days** | **Tue 9/29/20** | **Tue 11/24/20** |
| 32 | | Evaluation of Plumbing Components | 3 days | Tue 9/29/20 | Thu 10/1/20 |
| 33 | | Rough-in plumbing | 1 wk | Fri 10/2/20 | Thu 10/8/20 |
| 34 | | Set plumbing fixtures and trim | 1 wk | Wed 11/18/20 | Tue 11/24/20 |



Skyline-00316-002

| ID | Task Mode | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 35 | | **Mechanical: Heating and Cooling** | **44 days** | **Tue 9/29/20** | **Fri 11/27/20** |
| 36 | | Evaluation of Mechanical Components | 3 days | Tue 9/29/20 | Thu 10/1/20 |
| 37 | | Rough In | 1 wk | Mon 10/5/20 | Fri 10/9/20 |
| 38 | | Set HVAC trim and test and balance system | 1 wk | Mon 11/23/20 | Fri 11/27/20 |
| 39 | | **Building Closure** | **47 days** | **Thu 10/1/20** | **Fri 12/4/20** |
| 40 | | Windows | 3 days | Mon 10/12/20 | Wed 10/14/20 |
| 41 | | Framing | 3 days | Thu 10/1/20 | Mon 10/5/20 |
| 42 | | Exterior System Install | 2 wks | Tue 10/13/20 | Mon 10/26/20 |
| 43 | | Insulation | 3 days | Fri 10/16/20 | Tue 10/20/20 |
| 44 | | Drywall Install | 2 wks | Wed 10/21/20 | Tue 11/3/20 |
| 45 | | **Building Finishes** | **23 days** | **Wed 11/4/20** | **Fri 12/4/20** |
| 46 | | Case Work | 5 days | Wed 11/4/20 | Tue 11/10/20 |
| 47 | | Painting | 5 days | Wed 11/11/20 | Tue 11/17/20 |
| 48 | | Hang wallpaper | 5 days | Fri 11/13/20 | Thu 11/19/20 |
| 49 | | Install ceiling grid | 3 days | Thu 11/19/20 | Mon 11/23/20 |
| 50 | | Install ceiling tile | 4 days | Mon 11/23/20 | Thu 11/26/20 |
| 51 | | Flooring | 5 days | Wed 11/25/20 | Tue 12/1/20 |
| 52 | | Door Installation | 2 days | Wed 12/2/20 | Thu 12/3/20 |
| 53 | | Install hardware and accessories | 3 days | Wed 12/2/20 | Fri 12/4/20 |
| 54 | | **Close out** | **14 days** | **Thu 12/3/20** | **Tue 12/22/20** |
| 55 | | **Final Clean-up and Occupancy** | **6 days** | **Thu 12/3/20** | **Thu 12/10/20** |
| 56 | | Cleaning and Touch Up | 1 wk | Thu 12/3/20 | Wed 12/9/20 |
| 57 | | Substantial completion date | 1 day | Thu 12/10/20 | Thu 12/10/20 |
| 58 | | **Complete Final Inspections** | **7 days** | **Mon 12/14/20** | **Tue 12/22/20** |
| 59 | | Perform architect's inspection | 1 day | Mon 12/14/20 | Mon 12/14/20 |
| 60 | | Perform local building agency inspection | 1 day | Mon 12/14/20 | Mon 12/14/20 |
| 61 | | Perform Fire Marshal's inspection | 0.5 days | Tue 12/15/20 | Tue 12/15/20 |
| 62 | | Complete punch list items from all inspections | 5 days | Tue 12/15/20 | Mon 12/21/20 |
| 63 | | Obtain certificate of occupancy | 1 day | Tue 12/22/20 | Tue 12/22/20 |
| 64 | | Issue final request for payment | 1 day | Tue 12/22/20 | Tue 12/22/20 |



Skyline-00316-003

Project: Four-O DHS
Date: Tue 9/29/20

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Task | | Project Summary | | Manual Task | | Start-only | | Deadline | |
| Split | | Inactive Task | | Duration-only | | Finish-only | | Progress | |
| Milestone | | Inactive Milestone | | Manual Summary Rollup | | External Tasks | | Manual Progress | |
| Summary | | Inactive Summary | | Manual Summary | | External Milestone | | | |

# Attachment 16

Encore 0000092

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | **DHS / Four-O** | **62 days** | **Mon 10/12/20** | **Tue 1/5/21** |
| 2 | **Pre-Con Design and Submittals** | **31 days** | **Mon 10/12/20** | **Mon 11/23/20** |
| 3 | **Intrior and Exterior Design Deadlines** | **5 days** | **Mon 10/12/20** | **Mon 10/19/20** |
| 4 | Flooring Choices | 0 days | Mon 10/19/20 | Mon 10/19/20 |
| 5 | Paint | 0 days | Mon 10/12/20 | Mon 10/12/20 |
| 6 | Exterior Panel Choices | 0 days | Mon 10/12/20 | Mon 10/12/20 |
| 7 | Additonal Changes deadline | 0 days | Mon 10/19/20 | Mon 10/19/20 |
| 8 | **Product Lead Times** | **23 days** | **Thu 10/22/20** | **Mon 11/23/20** |
| 9 | Exterior Panel Lead Time | 10 days | Mon 11/2/20 | Fri 11/13/20 |
| 10 | Flooring | 12 days | Thu 10/29/20 | Fri 11/13/20 |
| 11 | Paint | 12 days | Mon 10/26/20 | Tue 11/10/20 |
| 12 | Upgrades: Plumbing/Electrical Fixtures, Cabinetry | 14 days | Wed 11/4/20 | Mon 11/23/20 |
| 13 | Windows | 1.5 wks | Thu 10/22/20 | Mon 11/2/20 |
| 14 | **Electrical** | **47 days** | **Mon 10/26/20** | **Tue 12/29/20** |
| 15 | **Preliminary Electrical Work** | **12 days** | **Mon 10/26/20** | **Tue 11/10/20** |
| 16 | Service and Check Electical Wires | 3 days | Mon 10/26/20 | Wed 10/28/20 |
| 17 | Electrical Demo to make safe | 3 days | Thu 10/29/20 | Mon 11/2/20 |
| 18 | Electrical Plug Removal | 3 days | Tue 11/3/20 | Thu 11/5/20 |
| 19 | Panel / Breaker Labeling | 3 days | Fri 11/6/20 | Tue 11/10/20 |
| 20 | **Finish Electical** | **15 days** | **Wed 12/9/20** | **Tue 12/29/20** |
| 21 | Drop Ceiling Fixture Removal & Replacement | 2 wks | Wed 12/9/20 | Tue 12/22/20 |
| 22 | Outlet Reinstall / Light + Plate installation | 1 wk | Wed 12/23/20 | Tue 12/29/20 |
| 23 | **Plumbing** | **20 days** | **Fri 10/30/20** | **Thu 11/26/20** |
| 24 | Rough-in plumbing and Service | 1 wk | Fri 10/30/20 | Thu 11/5/20 |
| 25 | Set plumbing fixtures and trim | 2 days | Wed 11/25/20 | Thu 11/26/20 |
| 26 | **Mechanical: Heating and Cooling** | **40 days** | **Mon 11/2/20** | **Fri 12/25/20** |
| 27 | **Preliminary HVAC Work** | **10 days** | **Mon 11/2/20** | **Fri 11/13/20** |
| 28 | Check and Service Current HVAC Systems | 1 day | Mon 11/2/20 | Mon 11/2/20 |
| 29 | Clean Main Trunk Lines | 2 days | Tue 11/3/20 | Wed 11/4/20 |
| 30 | Install Duct Work | 1 wk | Mon 11/9/20 | Fri 11/13/20 |
| 31 | **Finish HVAC** | **9 days** | **Tue 12/15/20** | **Fri 12/25/20** |
| 32 | Clean and set Return Grills and Diffusors | 1 wk | Tue 12/15/20 | Mon 12/21/20 |
| 33 | Test and Balance System | 3 days | Wed 12/23/20 | Fri 12/25/20 |
| 34 | **Building Closure** | **46 days** | **Mon 10/26/20** | **Mon 12/28/20** |
| 35 | **Roof** | **10 days** | **Mon 10/26/20** | **Fri 11/6/20** |
| 36 | Dry in Date | 10 days | Mon 10/26/20 | Fri 11/6/20 |
| 37 | **Preliminary Closure Work** | **5 days** | **Wed 10/28/20** | **Tue 11/3/20** |
| 38 | Securtiy Scanner Removal (DHS Vendor) | 3 days | Wed 10/28/20 | Fri 10/30/20 |
| 39 | Door and Door Casing Removal | 1 wk | Wed 10/28/20 | Tue 11/3/20 |
| 40 | **Building Closure Start** | **24.5 days** | **Mon 11/2/20** | **Fri 12/4/20** |
| 41 | Windows | 1 wk | Mon 11/2/20 | Mon 11/9/20 |
| 42 | Framing | 1 wk | Mon 11/9/20 | Mon 11/16/20 |
| 43 | Exterior System Install | 3 wks | Mon 11/16/20 | Fri 12/4/20 |
| 44 | Insulation | 2 days | Mon 11/9/20 | Wed 11/11/20 |
| 45 | Drywall Install | 1.5 wks | Wed 11/11/20 | Fri 11/20/20 |
| 46 | **Building Finishes** | **26 days** | **Mon 11/23/20** | **Mon 12/28/20** |
| 47 | Case Work | 2 days | Mon 11/23/20 | Tue 11/24/20 |
| 48 | Painting | 4 days | Wed 11/25/20 | Mon 11/30/20 |
| 49 | Door Frame and Door Install | 4 days | Tue 12/1/20 | Fri 12/4/20 |
| 50 | Security Door Card Scanners (DHS Vendor) | 4 days | Tue 12/1/20 | Fri 12/4/20 |
| 51 | Install ceiling grid | 1 wk | Wed 12/2/20 | Tue 12/8/20 |
| 52 | Install ceiling tile | 1 wk | Wed 12/9/20 | Tue 12/15/20 |
| 53 | Flooring | 1 wk | Thu 12/17/20 | Wed 12/23/20 |
| 54 | Install hardware and accessories | 3 days | Thu 12/24/20 | Mon 12/28/20 |
| 55 | **Close out** | **9 days** | **Thu 12/24/20** | **Tue 1/5/21** |
| 56 | **Final Clean-up and Occupancy** | **5 days** | **Tue 12/29/20** | **Mon 1/4/21** |
| 57 | Punch List / Touch Up | 3 days | Tue 12/29/20 | Thu 12/31/20 |
| 58 | Substantial completion date | 1 day | Tue 12/29/20 | Tue 12/29/20 |
| 59 | Final Clean-up and Occupancy | 2 days | Fri 1/1/21 | Mon 1/4/21 |
| 60 | **Complete Final Inspections** | **9 days** | **Thu 12/24/20** | **Tue 1/5/21** |
| 61 | Perform local building agency inspection | 1 day | Thu 12/24/20 | Thu 12/24/20 |
| 62 | Complete punch list items from all inspections | 3 days | Fri 12/25/20 | Tue 12/29/20 |
| 63 | Obtain certificate of occupancy | 1 day | Wed 12/30/20 | Wed 12/30/20 |
| 64 | Issue final request for payment | 1 day | Tue 1/5/21 | Tue 1/5/21 |



Encore
00000092.02

Project: Four-O DHS
Date: Thu 10/22/20

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Task | | Summary | | Inactive Milestone | | Duration-only | | Start-only | | External Milestone | | Manual Progress | |
| Split | | Project Summary | | Inactive Summary | | Manual Summary Rollup | | Finish-only | | Deadline | | | |
| Milestone | | Inactive Task | | Manual Task | | Manual Summary | | External Tasks | | Progress | | | |

# Attachment 17

# State of Louisiana

STATE LICENSING BOARD FOR CONTRACTORS

JOHN BEL EDWARDS
GOVERNOR

MICHAEL B. MCDUFF
EXECUTIVE DIRECTOR

August 6, 2021

Ms. Mary Anne Wolf
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821

Dear Ms. Wolf:

Pursuant to your request, I have reviewed records of the Louisiana State Licensing Board for Contractors for records that are not exempt from the Public Records Law. The Louisiana State Licensing Board for Contractors cannot produce records that are exempt under La. R.S. 44:4 including but not limited to those exempt under La. R.S. 44:4 (1), (3), (51), and (52). The following are answers to your questions regarding Encore, Inc.

Per your request, I have searched the records of the Louisiana State Licensing Board for Contractors and I found the Encore, Inc. applied for or held the following licenses and/or registrations:

- **Encore, Inc.** holds Commercial License (CL) 70948 which was issued on November 19, 2020. The license is currently effective through November 19, 2021, pending renewal. The company holds the Building Construction classification on the license. Don Payne is listed in our records as the President of the company. Sean Mahoney is listed as the qualifying party on the license.

Please note: Records related to application/licensing files are exempt from public records under the aforementioned statutes.

Regarding violations, I have searched the records of the Louisiana State Licensing Board for Contractors for Encore, Inc. and as of this time there are no public records on which the Board has taken action.

If you need further information, please do not hesitate to contact me at 225-765-2301 ext. 1213 or at trevette@lslbc.louisiana.gov.

Sincerely,

Tarah L. Revette

Tarah Revette
Public Information; Records Custodian

EXHIBIT
tabbies
ENCORE-"2"

# Attachment 18

Encore 00000091

| ID | | Task Mode | Task Name | Duration | Start | Finish | % Complete |
|---|---|---|---|---|---|---|---|
| 1 | | | **DHS / Four-O** | **95 days** | **Mon 10/12/20** | **Fri 2/19/21** | **10%** |
| 2 | | | **Pre-Con Design and Submittals** | **5 days** | **Mon 10/12/20** | **Mon 10/19/20** | **100%** |
| 8 | | | **Electrical** | **55 days** | **Mon 11/23/20** | **Fri 2/5/21** | **10%** |
| 9 | | | **Preliminary Electrical Work** | **13 days** | **Mon 11/23/20** | **Wed 12/9/20** | **14%** |
| 10 | | | Service and Check Electical Wires | 10 days | Mon 11/23/20 | Fri 12/4/20 | 15% |
| 11 | | | Electrical Demo to make safe | 10 days | Mon 11/23/20 | Fri 12/4/20 | 15% |
| 12 | | | Electrical Plug Removal | 10 days | Mon 11/23/20 | Fri 12/4/20 | 15% |
| 13 | | | Panel / Breaker Labeling | 3 days | Mon 12/7/20 | Wed 12/9/20 | 0% |
| 14 | | | **Finish Electical** | **10 days** | **Mon 1/25/21** | **Fri 2/5/21** | **0%** |
| 15 | | | Drop Ceiling Fixture Removal & Replacement | 1 wk | Mon 1/25/21 | Fri 1/29/21 | 0% |
| 16 | | | Outlet Reinstall / Light + Plate installation | 1 wk | Mon 2/1/21 | Fri 2/5/21 | 0% |
| 17 | | | **Plumbing** | **38 days** | **Wed 11/18/20** | **Fri 1/8/21** | **71%** |
| 18 | | | Rough-in plumbing and Service | 1 wk | Wed 11/18/20 | Tue 11/24/20 | 100% |
| 19 | | | Set plumbing fixtures and trim | 2 days | Thu 1/7/21 | Fri 1/8/21 | 0% |
| 20 | | | **Mechanical: Heating and Cooling** | **68 days** | **Mon 11/9/20** | **Wed 2/10/21** | **0%** |
| 21 | | | **Preliminary HVAC Work** | **15 days** | **Mon 11/9/20** | **Fri 11/27/20** | **0%** |
| 25 | | | **Finish HVAC** | **9 days** | **Fri 1/29/21** | **Wed 2/10/21** | **0%** |
| 28 | | | **Building Closure** | **74 days** | **Mon 11/2/20** | **Thu 2/11/21** | **9%** |
| 29 | | | **Roof** | **10 days** | **Mon 11/2/20** | **Fri 11/13/20** | **100%** |
| 30 | | | Dry in Date | 2 wks | Mon 11/2/20 | Fri 11/13/20 | 100% |
| 31 | | | **Preliminary Closure Work** | **8 days** | **Mon 12/7/20** | **Wed 12/16/20** | **0%** |
| 32 | | | Securtiy Scanner Removal (DHS Vendor) | 3 days | Mon 12/7/20 | Wed 12/9/20 | 0% |
| 33 | | | Door and Door Casing Removal | 1 wk | Thu 12/10/20 | Wed 12/16/20 | 0% |
| 34 | | | **Building Closure Start** | **50 days** | **Mon 11/9/20** | **Fri 1/15/21** | **0%** |
| 35 | | | Windows | 0 wks | Mon 11/9/20 | Mon 11/9/20 | 0% |
| 36 | | | Exterior Cladding Demo | 8 days | Mon 12/7/20 | Mon 12/14/20 | 0% |
| 37 | | | Framing | 1 wk | Mon 12/7/20 | Fri 12/11/20 | 0% |
| 38 | | | Exterior Sheathing Installation | 9 days | Tue 12/8/20 | Fri 12/18/20 | 0% |
| 39 | | | Exterior Waterproofing | 7 days | Fri 12/11/20 | Mon 12/21/20 | 0% |
| 40 | | | Exterior Paneling Installation | 2 wks | Mon 1/4/21 | Fri 1/15/21 | 0% |
| 41 | | | Insulation | 4 days | Thu 12/17/20 | Tue 12/22/20 | 0% |
| 42 | | | Drywall Install | 2 wks | Wed 12/23/20 | Tue 1/5/21 | 0% |
| 43 | | | **Building Finishes** | **28 days** | **Tue 1/5/21** | **Thu 2/11/21** | **0%** |
| 44 | | | Case Work | 1 day | Wed 1/6/21 | Wed 1/6/21 | 0% |
| 45 | | | Painting | 2 wks | Tue 1/5/21 | Mon 1/18/21 | 0% |
| 46 | | | Door Frame and Door Install | 1 wk | Wed 1/13/21 | Tue 1/19/21 | 0% |
| 47 | | | Security Door Card Scanners (DHS Vendor) | 4 days | Wed 1/13/21 | Mon 1/18/21 | 0% |
| 48 | | | Install ceiling grid | 6 days | Fri 1/15/21 | Fri 1/22/21 | 0% |
| 49 | | | Install ceiling tile | 6 days | Thu 1/21/21 | Thu 1/28/21 | 0% |
| 50 | | | Flooring | 8 days | Fri 1/29/21 | Tue 2/9/21 | 0% |
| 51 | | | Install hardware and accessories | 2 days | Wed 2/10/21 | Thu 2/11/21 | 0% |
| 52 | | | **Close out** | **17 days** | **Thu 1/28/21** | **Fri 2/19/21** | **0%** |
| 53 | | | **Final Clean-up and Occupancy** | **16 days** | **Thu 1/28/21** | **Thu 2/18/21** | **0%** |
| 54 | | | Punch List / Touch Up | 3 days | Fri 2/12/21 | Tue 2/16/21 | 0% |
| 55 | | | Substantial completion date (DHS) | 1 day | Thu 1/28/21 | Thu 1/28/21 | 0% |
| 56 | | | Final Clean-up and Occupancy | 2 days | Wed 2/17/21 | Thu 2/18/21 | 0% |
| 57 | | | **Complete Final Inspections** | **8 days** | **Wed 2/10/21** | **Fri 2/19/21** | **0%** |
| 58 | | | Perform local building agency inspection | 1 day | Wed 2/10/21 | Wed 2/10/21 | 0% |
| 59 | | | Complete punch list items from all inspections | 3 days | Thu 2/11/21 | Mon 2/15/21 | 0% |
| 60 | | | Obtain certificate of occupancy | 1 day | Tue 2/16/21 | Tue 2/16/21 | 0% |
| 61 | | | Issue final request for payment | 1 day | Fri 2/19/21 | Fri 2/19/21 | 0% |



Encore
00000091.02

Project: Four-O DHS
Date: Mon 11/30/20

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Task | | Project Summary | | Manual Task | | Start-only | | Deadline | |
| Split | | Inactive Task | | Duration-only | | Finish-only | | Progress | |
| Milestone | | Inactive Milestone | | Manual Summary Rollup | | External Tasks | | Manual Progress | |
| Summary | | Inactive Summary | | Manual Summary | | External Milestone | | | |

# Attachment 19

7301 W. 133rd St. Suite 100
Overland Park, KS 66213
Office: 913-254-7253

ENCORE INC
INSURANCE RESTORATION & GENERAL CONSTRUCTION

Evan Monheiser
emonheiser@encorus.net
Cell: (816) 721-4577

**Four-O Agenda**
**Schedule of Events and Updates**
**Lake Charles, LA**

December 9, 2020

ATTENDEES:

| Encore | Four-O | DHS |
|---|---|---|
| *Evan Monheiser* | *Joey Odom* | *Michael Harvey* |
| | | *Johnathan F. Hendricks* |
| | | *Michelle Mendez* |
| | | *Stacie Welte* |
| | | *Andrew Vanchiere* |

---

A. SCHEDULE

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 02-01 | INFO | SCHEDULING |

I. Schedule is based on completion of exterior sections.
   a. Example: When West facing elevation is completed and dried in. Insulation will start on those walls and drywall will follow. This will continue throughout the entire first floor.

II. Delays
   a. Ceiling tile back order
   b. Exterior WRB back ordered 1 week.
   c. Wall transition detail requires a mockup. Mockup materials we order Thursday 12/4/2020

B. PROGRESS

| ITEM | ACTION | THE STATUS IS AS FOLLOW |
|---|---|---|
| 01-02 | INFO | WEEK LOOKING BACK |

I. Interior
   a. Electrical Demo Has finished on first floor
      i. Plugs have been pulled
      ii. New boxes have been set and secured
      iii. Scheduled start of roof insulation and Batt insulation
      iv. Flooring Material arrival ETA.
      v. Mechanical VRF system report received from Mechanical Engineers

II. Exterior
   a. Roof plumbing and fresh air intakes
   b. Received Finalized details on exterior paneling system
      i. Delays on manufactured flashing. Will adjust paneling installation schedule
   c. Meeting with Prosoco rep for warranty information and signoff on WRB.
      i. Established a 10 year WRB warranty. (Requires Inspection by Prosoco rep after application.

| | | |
|---|---|---|
| 01-03 | INFO | WEEK LOOKING FORWARD |

II. Interior
   a. Electrical

**Four-O 11/30/2020**

i. Finish securing wires above ceiling grid
ii. Finish 2nd Floor panel labeling
b. Mechanical Design Phase 1
i. Finish evaluation of VRF system
ii. Procure prints for new system and zoning
iii. 1st floor offices scheduling (may affect finish date)
c. Spray foam insulation starts Thursday 12/10/2020 on second floor and roof
i. Prep in the morning
ii. Spraying late afternoon
iii. Finishing date is 12/11/2020
d. Start ceiling grid removal
i. Moved in schedule for adjustments in prep for spray foam
e. Start Door removal
i. Moved in schedule for adjustments in prep for spray foam

III. Exterior Wall Cladding
a. Exterior contractor is procuring materials
i. Water and Air Barrier
ii. Paneling system
iii. Materials and Scaffolding should be arriving early next week.

C. DESIGN/CHANGES

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 04-04 | INFO | MECHANICAL |

I. VRF system TBD
II. Window System and wet seal details

E. ENGINEERING STATUS

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 01-05 | INFO | ENGINEERING SPECS |

I. Site visit
a. Products
~~i. Sheathing replacement~~
ii. Window replacements requirements
~~iii. Flashing~~
~~iv. WRB~~
~~v. Panel assembly~~
vi. Misc. components

II. Ribbon Window parts
a. Window parts will have to be fabricated to fit this ribbon wall system.

F. MISCELLANOUS

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 06-06 | INFO | QUESTIONS ANSWERED |

I. Security Coverage for DHS.
a. There is an allowance for the security system replacement.
i. Chuck Magee and I are meeting on 12/10/2020 for a full evaluation of the job.
ii. Work will begin 12/10/2020

**Four-O 11/30/2020**

# Attachment 20

7301 W. 133rd St. Suite 100
Overland Park, KS 66213
Office: 913-254-7253

ENCORE INC
INSURANCE RESTORATION & GENERAL CONSTRUCTION

Evan Monheiser
emonheiser@encorus.net
Cell: (816) 721-4577

**Four-O Agenda**
**Schedule of Events and Updates**
**Lake Charles, LA**

December 16, 2020

ATTENDEES:

| Encore | Four-O | DHS |
|---|---|---|
| *Evan Monheiser* | *Joey Odom* | *Michael Harvey* |
| | | *Johnathan F. Hendricks* |
| | | *Michelle Mendez* |
| | | *Stacie Welte* |
| | | *Andrew Vanchiere* |

---

## A. SCHEDULE

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 02-01 | INFO | SCHEDULING |

**I. DHS substantial completion date**
- a. Moved from 1/26/2021 to 1/29/2021

## B. INTERIORS PROGRESS

| ITEM | ACTION | THE STATUS IS AS FOLLOW |
|---|---|---|
| 01-02 | INFO | WEEK LOOKING BACK |

**I. Electrical**
- a. demo still ongoing on 2nd floor
- b. Adjusting Cat 5 and terminating unused wires

**II. Construction Prep and Demo**
- a. ceiling grid on second floor started
- b. Framing on 1st and 2nd floor has started
  - i. Adjusting, replacing, and adding support

**III. Insulation**
- a. Roof has been completed.
  - i. Additional layers will need to be added in certain areas.

**IV. Security**
- a. Site evaluation (Sylvan) and identifying camera replacement

**V. Delays**
- a. Ceiling tile back order
  - i. Looking at distributors for quantities

| 01-03 | INFO | WEEK LOOKING FORWARD |
|---|---|---|

**I. Electrical**
- a. Finish securing wires above ceiling grid
- b. Finish 2nd Floor panel labeling

- **II. Mechanical**
  - a. Design Phase 1
  - b. Procure prints for new system and zoning
    - i. VRF Offices Phase 1
      - Phase 1 may affect finish date
- **III. ***Insulation*****
  - a. Change in schedule. Insulation was moved back to original spot due to exterior work starting
  - b. This gets the schedule back on track
- **IV. Construction Prep and Demo**
  - a. Continue with interior demo and prep on days with inclement weather
    - i. The exterior company will be performing some of the prep and demo of the interior on days with inclement weather
      - Ceiling Grid Removal

## C. EXTERIOR PROGRESS

| ITEM | ACTION | THE STATUS IS AS FOLLOW |
|---|---|---|
| 06-04 | INFO | WEEK LOOKING BACK |

- **I. Demo**
  - a. Demo of the exterior paneling system starting
- **II. Electrical**
  - a. Adding flood lights
- **III. Delays**
  - a. ½ day due to rain
  - b. Adding 2 days per side to demo
    - i. Difficulty of removing old panels
    - ii. Carefully removing panels above windows

| ITEM | ACTION | THE STATUS IS AS FOLLOW |
|---|---|---|
| 06-05 | INFO | WEEK LOOKING BACK |

- **I. Demo**
  - a. Continue demo of back side
- **II. Sheathing Replacement**
  - a. To date 15 sheets of plywood have been switched out.
- **III. Applying WRB (Must follow ASTM methods for application)**
  - a. Apply liquid water and air barrier (WRB)
  - b. Applying fast flash to screw holes and plywood joints
- **IV. Exterior Lighting**
  - a. Location
- **V. Delays**
  - a. ½ day due to rain for demo
  - b. ½ day for WRB due to temperature not meeting ASTM standards
  - c. Total delay 1.5 days for weather

## D. DESIGN/CHANGES

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 04-06 | INFO | UPDATE |

**Four-O 11/30/2020**

**E. ENGINEERING STATUS**

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 01-07 | INFO | ENGINEERING SPECS |

**I. Exterior**

a. Site Visits for inspections and QC

**II. VRF**

a. TBD

**III. Window System**

a. Verification of wet glazing products

**F. MISCELLANOUS**

| ITEM | ACTION | THE STATUS IS AS FOLLOWS |
|---|---|---|
| 06-09 | INFO | SAFETY |

**I. Exterior Demo**

a. During the entirety of the exterior demolition. Keep a distance of 30 feet from active demolition. No exceptions.

# Attachment 21

Skyline-00396-001


| ID | Task Mode | Task Name | Duration | Start | Finish | % Complete |
|---|---|---|---|---|---|---|
| 1 | | **DHS / Four-O** | **152 days** | **Mon 9/14/20** | **Tue 4/13/21** | **87%** |
| 2 | | **Pre-Con Design and Submittals** | **73 days** | **Mon 9/14/20** | **Wed 12/23/20** | **100%** |
| 3 | | Preliminary Requirements (Planning & Research) | 21 days | Mon 9/14/20 | Mon 10/12/20 | 100% |
| 4 | | **Interior and Exterior Design Deadlines** | **53 days** | **Mon 10/12/20** | **Wed 12/23/20** | **100%** |
| 5 | | Flooring Choices | 0 days | Mon 10/19/20 | Mon 10/19/20 | 100% |
| 6 | | Paint | 0 days | Mon 10/12/20 | Mon 10/12/20 | 100% |
| 7 | | Exterior Panel Choices | 0 days | Mon 10/12/20 | Mon 10/12/20 | 100% |
| 8 | | Additional Changes deadline | 0 days | Mon 10/19/20 | Mon 10/19/20 | 100% |
| 9 | | Contract Deadline | 28 days | Mon 11/16/20 | Wed 12/23/20 | 100% |
| 10 | | **Preliminary Electrical Work** | **23 days** | **Wed 11/25/20** | **Fri 12/25/20** | **100%** |
| 11 | | Electrical Demo to make safe | 9 days | Wed 11/25/20 | Mon 12/7/20 | 100% |
| 12 | | Electrical Plug Removal | 9 days | Tue 12/15/20 | Fri 12/25/20 | 100% |
| 13 | | Service & check wiring | 9 days | Tue 12/15/20 | Fri 12/25/20 | 100% |
| 14 | | **Plumbing** | **96 days** | **Wed 11/18/20** | **Wed 3/31/21** | **43%** |
| 15 | | Rough-in plumbing and Service | 5 days | Wed 11/18/20 | Wed 3/31/21 | 60% |
| 16 | | Set plumbing fixtures and trim | 2 days | Tue 3/30/21 | Wed 3/31/21 | 0% |
| 17 | | **Building Closure** | **110 days** | **Mon 11/2/20** | **Fri 4/2/21** | **88%** |
| 18 | | **Roof** | **10 days** | **Mon 11/2/20** | **Fri 11/13/20** | **100%** |
| 19 | | Dry in Date | 2 wks | Mon 11/2/20 | Fri 11/13/20 | 100% |
| 20 | | **Preliminary Closure Work** | **8 days** | **Mon 12/7/20** | **Wed 12/16/20** | **100%** |
| 21 | | Security Scanner Removal (DHS Vendor) | 3 days | Mon 12/7/20 | Wed 12/9/20 | 100% |
| 22 | | Door and Door Casing Removal | 1 wk | Thu 12/10/20 | Wed 12/16/20 | 100% |
| 23 | | **Building Closure Start** | **70.63 days** | **Mon 12/14/20** | **Mon 3/22/21** | **93%** |
| 24 | | Windows | 4 wks | Mon 1/4/21 | Fri 1/29/21 | 80% |
| 25 | | Exterior Cladding Demo | 22 days | Mon 12/14/20 | Mon 1/4/21 | 100% |
| 26 | | Framing | 25 days | Mon 12/14/20 | Thu 1/7/21 | 100% |
| 27 | | Exterior Sheathing Installation | 24 days | Tue 12/15/20 | Wed 1/13/21 | 100% |
| 28 | | Exterior Waterproofing | 18 days | Wed 12/16/20 | Thu 1/14/21 | 100% |
| 29 | | Exterior Paneling Installation | 5 wks | Thu 2/4/21 | Mon 3/22/21 | 75% |
| 30 | | Insulation | 2 days | Fri 1/8/21 | Mon 1/18/21 | 100% |
| 31 | | Drywall Install | 10 days | Tue 1/19/21 | Thu 1/28/21 | 100% |
| 32 | | **Finish HVAC** | **52 days** | **Fri 1/15/21** | **Mon 3/29/21** | **87%** |
| 33 | | Existing System Check | 2 days | Fri 1/15/21 | Mon 1/18/21 | 100% |
| 34 | | Duct Work Install | 2 days | Thu 2/4/21 | Fri 2/5/21 | 100% |
| 35 | | Test and Balance System | 1 day | Wed 2/10/21 | Wed 2/10/21 | 100% |
| 36 | | VRF Line Set Install | 9 days | Fri 3/5/21 | Fri 3/26/21 | 85% |
| 37 | | VRF Equipment Install | 8 days | Thu 3/18/21 | Mon 3/29/21 | 80% |
| 38 | | **Building Finishes** | **42 days** | **Thu 2/4/21** | **Fri 4/2/21** | **56%** |
| 39 | | Case Work | 1 day | Mon 3/29/21 | Mon 3/29/21 | 0% |
| 40 | | Install Ceiling Grid | 3 days | Mon 2/8/21 | Fri 3/26/21 | 33% |
| 41 | | Install Tile | 3 days | Mon 2/8/21 | Mon 3/29/21 | 0% |
| 42 | | Painting | 7 days | Thu 2/4/21 | Wed 2/10/21 | 95% |
| 43 | | Door Frame and Door Install | 2 days | Tue 2/9/21 | Wed 2/10/21 | 60% |
| 44 | | Flooring | 2 days | Thu 4/1/21 | Fri 4/2/21 | 0% |
| 45 | | **Finish Electrical** | **6 days** | **Mon 2/22/21** | **Mon 3/1/21** | **67%** |
| 46 | | Drop Ceiling Fixture Replacement | 6 days | Mon 2/22/21 | Mon 3/1/21 | 63% |
| 47 | | Outlet Reinstall / Light + Plate installation | 6 days | Mon 2/22/21 | Mon 3/1/21 | 71% |
| 48 | | **Close out** | **10 days** | **Wed 3/31/21** | **Tue 4/13/21** | **14%** |
| 49 | | **Final Clean-up and Occupancy** | **10 days** | **Wed 3/31/21** | **Tue 4/13/21** | **14%** |
| 50 | | Punch List / Touch Up | 6 days | Mon 4/5/21 | Mon 4/12/21 | 0% |
| 51 | | Security Door Card Scanners | 2 days | Wed 3/31/21 | Thu 4/1/21 | 75% |
| 52 | | Final Clean-up | 2 days | Fri 4/9/21 | Mon 4/12/21 | 0% |
| 53 | | Substantial completion date (DHS) | 1 day | Tue 4/13/21 | Tue 4/13/21 | 0% |
| 54 | | **2nd Floor** | **58 days** | **Mon 1/18/21** | **Wed 4/7/21** | **44%** |
| 55 | | **Building Finishes** | **58 days** | **Mon 1/18/21** | **Wed 4/7/21** | **44%** |
| 56 | | Insulation | 2 days | Mon 1/18/21 | Tue 1/19/21 | 100% |
| 57 | | Drywall Install | 6 days | Tue 1/26/21 | Tue 2/2/21 | 100% |
| 58 | | Ceiling Grid | 5 days | Wed 2/3/21 | Sun 2/7/21 | 100% |
| 59 | | Ceiling Tile | 3 days | Tue 3/30/21 | Thu 4/1/21 | 0% |
| 60 | | Door Installation | 2 days | Fri 3/26/21 | Mon 3/29/21 | 0% |
| 61 | | Lights and Outlets | 8 days | Thu 3/25/21 | Mon 4/5/21 | 30% |
| 62 | | Paint | 4 days | Mon 3/29/21 | Thu 4/1/21 | 0% |
| 63 | | Case Work | 2 days | Thu 4/1/21 | Fri 4/2/21 | 0% |
| 64 | | Flooring | 3 days | Mon 4/5/21 | Wed 4/7/21 | 0% |
| 65 | | **Mechanical Rough In** | **14 days** | **Thu 3/25/21** | **Tue 4/13/21** | **0%** |
| 66 | | Duct Work and diffusers | 3 days | Thu 3/25/21 | Mon 3/29/21 | 0% |
| 67 | | **Close out** | **4 days** | **Thu 4/8/21** | **Tue 4/13/21** | **0%** |
| 68 | | **Final Clean-up and Occupancy** | **4 days** | **Thu 4/8/21** | **Tue 4/13/21** | **0%** |
| 69 | | Punch List / Touch Up | 2 days | Thu 4/8/21 | Fri 4/9/21 | 0% |
| 70 | | Final Clean-up | 2 days | Mon 4/12/21 | Tue 4/13/21 | 0% |



Skyline-00396-002

Project: Four-O DHS 2
Date: Thu 3/25/21

| | | | | | | |
|---|---|---|---|---|---|---|
| Task | Summary | Inactive Milestone | Duration-only | Start-only | External Milestone | Manual Progress |
| Split | Project Summary | Inactive Summary | Manual Summary Rollup | Finish-only | Deadline | |
| Milestone | Inactive Task | Manual Task | Manual Summary | External Tasks | Progress | |

# Attachment 22

# Granger A. Stuck

**Executive Managing Director**

Granger Stuck's career has spanned over 32 years as a construction industry professional, including the construction of over 2.1 billion dollars and 6.8 million square feet in successful projects for two of the nation's top General Contractors.

## PROFESSIONAL EXPERIENCE

## CONSULTING AND EXPERT EXPERIENCE

**J.S. Held LLC** **Sept. 2009 to Present**

Since 2009, Granger has worked on numerous consulting projects and disputes involving delay claims, cost claims, and other construction related disputes. Granger's work consists primarily of providing schedule analysis to determine project delay, review of contract requirements, and analysis and estimating of costs. The following is a brief summary of assignments:

- Dome Storage Facility – DeKalb, MS – Consulting on Contract requirements, contract procedures, quality control/quality assurance process, and scheduling for concrete dome structure repair and replacement.
- Highway Project – State of Texas – Consulting on damage/repair estimate and schedule for a 41 mile stretch of toll way road.
- Vertical Flow Conduit – Madras, OR – Provided cost and schedule analysis for fish ladder and underwater structures of Vertical Flow Conduit.
- Utility Installation – Kona, HI – Providing procurement, cost estimating, and schedule analysis for major utility installation work on 82 acre site in Hawaii.
- Bridge Structure – Illinois – Structure Collapse Claim – Provided cost estimate for repairs and replacement of collapsed bridge structure.
- Roadway Construction – Broomfield, CO – Providing repair cost estimate and scheduling analysis for 10 mile stretch of ongoing roadway construction.
- Rugby Stadium – Christchurch, NZ – Earthquake Damage Claim – Consulted on repair estimate for foundation, superstructure and interior work for a 40,000 seat rugby stadium.
- Church Facilities – Christchurch, NZ – Earthquake Damage Claim - Consulted on repair estimates for multiple church and support facilities.
- Retail Mall – Sacramento, CA – Fire Damage Claim – Consulted on measurement and provided estimate for repair and replacement of 220,000 square foot retail mall building.
- Hospital – Tacoma, WA – Water Damage Claim – provided schedule analysis and delay claim cost analysis for under construction emergency care hospital facility.
- Condominium Project - New York – Delay Claim – Consulted on schedule analysis and delay claim for exterior and interior trade work on the project.
- High-Rise Office Building – New York – Construction Accident Claim - Consulted on schedule analysis and delay claim for exterior and interior trade work on the project.
- Condominium Project - New York – Water Damage Claim – Consulted on schedule analysis and delay claim for water damage impacts to interior trade work on the project.
- Condominium Project – Florida – Fire Damage Claim - Consulted on schedule analysis and delay claim for fire damage impacts to structural and interior work on the project.

JS|HELD

Granger has provided expert opinion and deposition on large, complex projects including:

- Barnard Construction Company Inc. vs. Lexington Insurance Company; and Princeton Excess & Surplus Insurance Company
- Carpenters Tower, LLC vs. Lexington Insurance Company et al
- Triyar Companies, LLC vs. Fireman's Fund Insurance Company
- State of Texas vs. MW Builders, Inc.; Graeber, Simmons, & Cowan, Inc.
- Central Texas Highway Constructors, LLC vs. Lexington Insurance Company
- Greenlake Condominium Association vs. Allstate Insurance
- Rio Hondo Independent School District vs. Texas Windstorm Insurance Association et al
- Dome Technology, LLC vs. Factory Mutual Insurance Company
- Eagle Harbour Condominiums vs. Allstate Insurance Company
- Dulcich Inc. vs. Alterra Excess and Surplus Insurance Company
- Evergreen Estates Condominium Association vs. Admiral Insurance Company et al
- Seattle Tunnel Partners and Washington DOT vs. Great Lakes Reinsurance (UK) PLC
- Zenith Global Solutions vs. Linden Village Assisted Living Community
- Zachry Industrial, Inc. vs. Three Phase Line Construction, Inc.
- SM 10000 Property and Swinerton Builders vs. Allianz Global Risk US Insurance Company

**CONSTRUCTION RELATED EXPERIENCE**

During his tenure in the construction industry, Granger was well known and became highly respected for:

- Hands on construction knowledge in all aspects of construction
- Planning, scheduling and project budget expertise
- Risk and strategy analysis expertise
- Consistent project and self-perform work successes
- Complex and manifold building types including
  - Sports Facilities
  - Convention Centers
  - Airport
  - Data Centers
  - Library
  - Technology Office Buildings
  - Federal Office Buildings
  - Civil/Highway
- Delivery methods that include: Design Build, Design Bid Build, and Fast Track

**Mortenson Construction** **Sept. 2006 to Sept. 2009**

Project Executive – Software Developer Campus Buildings (Redmond, WA)
$235 Million; 600,000 square feet - Overall onsite responsibility for construction of two high-tech office buildings (300,000 sq. ft. each) for a major software development company at their main campus in Redmond, WA. The project, designed by Callison, is a GMP and includes access flooring, hardware labs, software labs, office space, an auditorium, and design-build mechanical & electrical subcontractors. Responsibilities also include estimate development reviews, subcontractor purchasing, schedule development, and billing process.

Project Executive – University of Washington Data Center (Seattle, WA)
$18 Million; 55,000 square feet - Overall responsibility for construction of a renovation which incorporates a new 20,000 sq. ft. Tier I data center. The project, designed by Callison and EYP, is a GMP (GC/CM) and includes access flooring, redundant mechanical & electrical systems, and UPS systems. Responsibilities also include estimate development reviews, subcontractor purchasing, and schedule development.

Project Executive – Univ. of Washington Husky Stadium Preconstruction (Seattle, WA)
$250 Million (estimated); 800,000 square feet - Preconstruction planning, scheduling, and estimating for a collegiate football stadium renovation on the University of Washington Campus.

Project Executive – Kent Events Center Preconstruction (Kent, WA)
$60 Million; 120,000 square feet - Preconstruction planning, scheduling, and estimating for an events center/hockey arena.

**Clark Construction Group, LLC July 1988 to August 2006**

Project Executive – I-5 Everett HOV Design/Build (Everett, WA) Aug. 2005 to July 2006
$217 Million - Onsite responsibility for construction, administration, and design schedule oversight of the 6.5 mile I-5 HOV Design/Build project in Everett, WA. Atkinson (a Division of Clark Construction), in a joint venture with CH2M Hill, was responsible for the design, construction, QA/QC, public involvement, and environmental compliance of the project.

Project Executive – USC Galen Center (Los Angeles, CA) Sept. 2004 to Aug. 2005
$115 million; 300,000 square feet - Overall onsite responsibility for construction of a 10,260 seat sports arena and events center for the University of Southern California. The project, designed by HNTB, is a GMP and includes events center, practice facility, central energy plant, concessions, and suites. Also responsible for all subcontractor purchasing, and was part of the presentation team that was selected by USC for the project.

Project Executive – South Terminal Expansion (Seattle, WA) June 2001 to Sept. 2004
$287 Million; 900,000 square feet - Overall onsite responsibility for construction of the Terminal - A Expansion at Seattle-Tacoma International Airport. The expansion, designed by NBBJ, was a Lump Sum project and includes and International Arrivals Hall, baggage handling systems, utility tunnels, baggage claim areas, and office space. This project, which had an original contract value of $212 million, incurred many security changes due to the terrorist attacks of 9/11/01. The 35% contract increase was managed to minimize the impacts and resulted in only an 8% time extension and no claims.

Project Executive – Design/Build Data Centers Jan. 2000 to June 2001
$160 Million; 400,000 square feet - Responsible for construction of design/build data centers in Atlanta, GA; Dallas, TX; Miami, FL; Boston, MA. The projects were each approx. 100,000 sq. ft. and $40 million, with a construction schedule of 6 months for each facility (including start-up and commissioning).

Sr. Project Manager – Washington Convention Center (Wash., D.C.)Mar. 1998 to Jan. 2000
$500 Million; 2,300,000 square feet - Responsible for project management of new Convention Center facility for the District of Columbia. Responsibility included GMP Contract development and negotiations with the Owner, fast-track design schedule, development of bid subcontract bid packages, subcontract procurement, and management of onsite construction activities.

Concrete Superintendent – Secret Service Hdqtrs.(Wash., D.C.) Sept. 1997 to Mar. 1998
$80 Million; 300,000 square feet - Responsible for field operations of cast-in-place concrete structure for the new headquarters building. Responsibilities included forming, reinforcing, placing, and stripping of decks, shear walls, blast walls, and columns of the 21,000 cubic yard structure. The work was completed with self-performed crews.

Project Manager – Redskins NFL Stadium (Landover, MD) Apr. 1996 to Sept. 1997
$180 Million; 1,000,000 square feet - Responsible for project management of new 83,000 seat NFL football stadium for the Washington Redskins. This project, designed by HOK, was extremely fast paced and was completed in just 17 months for opening day (9/16/97). The project included concession spaces, seating, scoreboards, press areas, and 180 finished suites.

Project Manager – Denver Central Library (Denver, CO ) Mar. 1993 to Apr. 1996
$50 Million; 520,000 square feet - Responsible for project management of new $50 million Central Library for the City & County of Denver. The project, designed by Michael Graves, was comprised of a new 400,000 sq. ft. facility and renovation to the existing 120,000 sq. ft. facility. The project included extensive millwork and stone façade, custom lighting, security systems, and special collections spaces.

Project Engr./Asst. Supt. – L. A. Convention Center (L.A., CA) Aug. 1990 to Mar. 1993
$300 Million; 2,500,000 square feet - Responsible for Project Engineer tasks (shop drawings, submittals, fabrication, delivery) on a new Convention Center facility for the City of Los Angeles. The project, designed by I.M. Pei., included structural steel, misc. metals, elevators & escalators, millwork, and roofing. Upon completion of project engineer tasks, moved into the field as an Assistant Superintendent to manage the field work for misc. metals, elevators & escalators, and punchlist for early turnover spaces.

Project Engineer – Cost Engineering Dept. (Bethesda, MD) Sept. 1989 to Aug. 1990
Responsible for monitoring and managing cost reporting for multiple projects. Reporting included estimates to complete, budget variances, general conditions, self-perform work, and labor productivity.

Project Engineer – NSA Headquarters (Fort Meade, MD) July 1988 to Sept. 1989
$50 Million; 600,000 square feet - Responsible for Project Engineer tasks of finish trades (div. 9 and 10). The headquarters project included RF shielding, access flooring, and extensive sitework.

**EDUCATION:**

Mr. Stuck is a graduate of The Pennsylvania State University, where he received a Bachelor of Architectural Engineering in Construction Management.

**REFERENCES:**

Will be furnished upon request.

JS|HELD

Testimonial History
Granger Stuck

2010 Deposition
In the Montana District Court, Butte Office, In the County of Gallatin, Barnard Construction Co. Inc., v Lexington Insurance Co. and Princeton Excess & Surplus Insurance Co., Case No. 2:2009cv00067.

2012 Deposition
In the Washington Western District Court, Seattle Office, Lexington Insurance Company et al, v Carpenters Tower, LLC., Cause of Action 12:635.

Deposition
In the 55th Judicial Court of Harris County, Texas, Triyar Companies LLC et al vs Fireman's Fund Insurance Company, Cause No. 2010-47654.

2013 Testimony
In the 55th Judicial Court of Harris County, Texas, Triyar Companies LLC et al vs Fireman's Fund Insurance Company, Cause No. 2010-47654.

2015 Deposition
In the District Court of Travis County, Texas, 53rd Judicial District, Central Texas Highway Constructors, LLC v Lexington Insurance Company, No. D-1-GN-13-001691.

Deposition
In the District Court of Cameron County, Texas, 444th Judicial District, Rio Hondo Independent School District, plaintiff, v Texas Windstorm Insurance Association, GAB Robins North America, Inc., Cunningham Lindsey U.S., Inc., and Steve Borgman, defendants.

Deposition
In the United States District Court Western District of Washington at Seattle, Greenlake Condominium Association, a Washington Nonprofit Organization, plaintiff, v Allstate Insurance Company, Defendants, No. 2:14-cv-01860-BJR.

2016 Deposition
In the United States District Court Western District of Washington at Tacoma, Eagle Harbour Condominium Association, a Washington Nonprofit Corporation, plaintiff, v Allstate Insurance Company, Defendants, No. 3:15-cv-05312-RBL.

2017 Deposition
In the United States District Court for the District of Oregon, Portland Division, Dulcich, Inc., an Oregon Corporation, plaintiff v Alterra Excess and Surplus Insurance Company, a Delaware Corporation, defendants, No. 3:16-cv-00305-MO.

Deposition
In the United States District Court Western District of Washington at Seattle, Evergreen Estates Condominium Association of Apartment Owners, a Washington Nonprofit Corporation, plaintiff, v Admiral Insurance Company, a Delaware corporation; Associated International Insurance Company, an Illinois corporation; Markel Insurance Company, a Virginia corporation, defendants. No. 2:16-cv-01577.

2018 Deposition
In the Superior Court of the State of Washington in and for the County of King. Seattle Tunnel partners, a Washington Joint Venture, and Washington Department of Transportation, plaintiffs, v Great lakes Reinsurance (UK) PLC, a foreign insurance company; et al, defendants, No. 15-2-15009-0SEA.

2019 Deposition
In the Superior Court of Washington for King County, Zenith Global Solutions, Inc. dba Zenith Capital, a Washington corporation, plaintiffs, v. Linden Village Assisted Living Community, LLC, a Washington limited liability company, defendants. No. 17-2-19032-2 SEA.

2020 Testimony
In the Superior Court of Washington for King County, Zenith Global Solutions, Inc. dba Zenith Capital, a Washington corporation, plaintiffs, v. Linden Village Assisted Living Community, LLC, a Washington limited liability company, defendants. No. 17-2-19032-2 SEA.

Deposition
In the United States District Court, Southern District of Texas, Houston Division, Zachry Industrial, Inc., plaintiffs, v. Three Phase Line Construction, Inc., defendant. No. 4:17-cv-3751

Deposition
In the United States District Court, Northern District of California, SM 10000 Property, LLC, a Delaware limited liability company and Swinerton Builders, Inc., a California Corporation, plaintiffs, v. Allianz Global Risk US Insurance Company, an Illinois corporation, defendant. No. 19-CV-03054-PJH.

2021 Deposition
In the Superior Court of the State of California, County of Orange, Central Justice Center, Toll Brothers, Inc., a Delaware corporation; Toll Land XX Limited Partnership, a California limited partnership; and Toll CA VIII, L.P., a California limited partnership, Plaintiffs, v. Ace American Insurance Company, a Pennsylvania corporation; and DOES 1-25 inclusive, Defendants. No 30-2020-01152770-CU-IC-CJC.

Deposition
In the United States District Court, Western District of Washington at Seattle, CITY OF ISSAQUAH, a municipal corporation, Plaintiff, v. ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, Defendants; ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, Third-Party Plaintiffs, v. TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; TERRA ASSOCIATES, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company, Third-Party Defendants. No 18-CV-00910 RSM.