**Skyline Public Adjusters, LLC**

1615 Poydras Street Suite 900
New Orleans, LA 70112
504-265-9889

## Summary for Building

| | |
|---|---|
| Line Item Total | 1,605,067.02 |
| Material Sales Tax | 18,095.12 |
| Storage Tax | 35.83 |
| Subtotal | 1,623,197.97 |
| Overhead | 155,745.41 |
| Profit | 155,745.41 |
| **Replacement Cost Value** | **$1,934,688.79** |
| **Net Claim** | **$1,934,688.79** |

## Summary for If Incurred

| | |
|---|---|
| Line Item Total | 261,500.00 |
| **Replacement Cost Value** | **$261,500.00** |
| **Net Claim** | **$261,500.00** |