**From:** Aden Monheiser <aden.monheiser@gmail.com>
**Sent:** Thu, 1 Oct 2020 14:09:23 -0500
**Subject:** Re: Encore Engagement
**To:** Joey Odom <joeyodom@aol.com>
**Cc:** Jeffrey Major <jmajor@skylineadjusters.com>

Hey Joey, I just tried to call, Give me a holler back at your convenience.

On Thu, Oct 1, 2020 at 3:22 AM Joey Odom <joeyodom@aol.com> wrote:

Aden,

I would like to have a discussion today about the process and a firm timeline. It is of utmost importance to move forward and have progress daily.

Yours in Sportsmanship,
Joey Odom, CPRP

On Wed, Sep 30, 2020 at 11:50 AM -0500, "Aden Monheiser" <aden.monheiser@gmail.com> wrote:

Sounds great Joey i will get this in process!!

On Wed, Sep 30, 2020 at 8:08 AM Joey Odom <JoeyOdom@aol.com> wrote:

Hello Aden,

I hope all is well.

Let this serve as our Letter of Intent to secure Encore's services. I would like to move forward with the engineer also in reference to the roof challenges.

Let's schedule a call to see who my point of contact will be to start connecting.

Please let me know how to proceed.

Yours in Sportsmanship,

Joey Odom, CPRP

GOD BLESS AMERICA!!!

--
**Aden Monheiser**
**O: 844-325-1525**
**C: 816-213-4314**

--
**Aden Monheiser**
**O: 844-325-1525**
**C: 816-213-4314**