---------------------------------------------------------

Date : 11/22/2020 2:58:40 PM
Subject : Nationwide E&S / Specialty Claim 01980195 for Four-O LLC
From : "Lock, Adam" <LOCKA1@nationwide.com>
To : "Jade Bentz" <jbentz@skylineadjusters.com>
BCC To :
CC To : "SIC, Claims Reports" <CLMSRPTS@nationwide.com>

---------------------------------------------------------

Hi Jade,

I'm attaching the estimate from the construction consultant for $605,453.08 RCV and $468,192.53 ACV. The amount does not include the applicable deductible. I'll be reviewing the estimate further to see if I can do better in regard to the recoverable depreciation being. I also recently received the report back from the mitigation reviewer and I'll be going through that as well.

For now, I'm issuing additional amount based on the ACV on the estimate from Grecco. The additional payment, after consideration of the $250,000.00 advance, is $218,192.53.

I'm issuing the payment the same way the last one was issued. If that's not right, please let me know and I will request a stop payment.

Thank You,

[IMAGE]

Adam Lock, AIC

Claim Specialist III

Proud Nationwide Member

Nationwide E&S / Specialty

Exhibit 11

W 480-365-2870 |F 480-483-6752

LockA1@Nationwide.com

Mail Code S2-1D-272

Scottsdale Insurance Company

- image001.png - Grecco Estimate.pdf

----------------------------------------------------------

Attachments:

----------------------------------------------------------

Attachment #1: Grecco Estimate.pdf

----------------------------------------------------------