| | | | Pol: CPS3344220 | Policy Type: Package | Ins: FOUR-O LLC | DOL: 08/27/2020 | Venue: LA | St: Open | Claim Owner: April Iddings (Property SG) | Company Code: SIC

Claim: 01980195

# Latest Notes

TRC

[redacted]

SIC was served on 12/21/2020 by the SOS of LA; according to the summons, the responsive pleading is due within 21 days of service, approx: 1/11/21, failure to comply will result in a default judgment;

SOPTRC notified the FH and the Property Lit team of OCLO's involvement.

-Laura Allen (12/22/2020 1:19 PM)

Mngr rvw: CDR failed to be distributed. Resending for distribution.

Req CP f/u on the mitigation issue and forward PA email to Grecco for review on pricing

-Jennifer Vick (12/02/2020 8:10 AM)

Handling

Building consultant has provided updated estimate that is summarized as follows:

Replacement Cost Value $605,453.08
Less Depreciation (137,260.55)
Actual Cash Value $468,192.53
Net Claim $468,192.53

Total Recoverable Depreciation $137,260.55
Net Claim if Depreciation is Recovered $605,453.08

We have issued advance payment of $250,000.00 additional amount owed for ACV is $218,192.53

The deductible is not included in the consultant's estimate. We still have mitigation to resolve and I intend to review the consultant's estimate further to ensure application of depreciation per our best practices. I will apply the deductible when I copy the consultant's scope over to our Xact assignment and enter the mitigation amounts recommended by Wardlaw at that time as well.

Exhibit 12

CONFIDENTIAL

I will issue the additional undisputed amount and email a copy of the consultant's estimate to PA w/ FYI of the additional payment amount and an explanation of additional review and application of the deductible when calculating next payment amount owed.

-Adam Lock (11/22/2020 2:33 PM)

Conf file with CP and reviewed the BC estimate. Corrections needed however approve issuing undisputed payment while we continue to investigate. CP to f/u with BC to corrections to estimate, issue undisputed to PA, f/u with wardlaw on mitigation review and set conf with TRC to discuss further.

-Jennifer Vick (10/23/2020 6:13 PM)

Consultant's Estimate

Rec'd estimate and exterior wall inspection report prepared by Grecco building consultant.

Estimate RCV is $600,087.78 and the ACV is $466,491.36.

The estimate does not include any mitigation. The mitigation is being reviewed by Wardlaw.

I reviewed the estimate and see that there is an allowance for landscaping repairs and usage of September pricelist. Also, I can't tell how depreciation was applied so I replied to consultant via email and asked him to remove the landscaping allowance and also provide a copy of their .esx file so I can copy the scope over to our own Xactimate file and ensure correct application of depreciation per our best practices.

The cement panel cladding on the exterior of the building is an area where there is significant difference between the scope and pricing that the PA is asking for and what was included by consultant.

The consultant also provided a report with photos that discusses the condition of the exterior cement panels. In multiple areas, the wood sheathing behind the cement panels has deteriorated. The consultant reports that the panels are supposed to be caulked at the seams, however, over time the caulk has not been maintained and rainwater has leaked through the seams and caused damage to the plywood sheathing, in some places the plywood sheathing is deteriorated all the way through and the back side of the cement panels can be observed from the interior of the building.

-Adam Lock (10/23/2020 12:29 PM)

PA Contact

CONFIDENTIAL

Rec'd call from PA rep, Jade - I reviewed that we anticipate that the estimate from consultant will be ready soon and we will pass it along and issue additional payments as soon as it is rec'd, reviewed, and authority granted for additional payment.

I reviewed with her the difficulties that the Wardlaw mitigation reviewer has run into in obtaining additional documentation from the mitigation company. I explained that rather than have the reviewer work backwards from the repair scope, I think the most accurate and thorough way to evaluate the mitigation is to allow the reviewer to perform their inspection. She is agreeable to this and will coordinate the additional inspection w/ the Wardlaw mitigation reviewer.

-Adam Lock (10/22/2020 3:48 PM)

Contact w/ Consultant

Took call from building consultant, Louis Collisson on 10/19/20 but my notes were inadvertently not entered into the file.

I called Louis today at 215-205-9752. I confirmed that his estimate is almost done and it may be ready as early as tomorrow. He says that he found numerous errors in the PA estimate. In addition, he believes it is reasonable to replace only the few damaged concrete panels that make up the exterior cladding on the building.

I advised that I received email from PA stating that the panels are no longer manufactured and that they are a factory finish not painted.

I raised the issue of the panels with consultant and he says that panels are definitely painted. He says that even if the panels were painted in a factory, properly prepping and repainting the existing panels along with any replacement panels would certainly bring the finish up to a comparable or better finish than that the original. Especially given that the existing finish would be 40 years old.

-Adam Lock (10/22/2020 1:58 PM)

Call from Wardlaw re: mitigation review

Took call from David Porterfield from Wardlaw re: mitigation review

He says that he tried to inspect on 10/08/20 when they were in the area. PA's rep was there but would not let them access the building because it wasn't a scheduled inspection and they were about to leave for Hurricane Delta Evacuation.

CONFIDENTIAL

Exhibit 17