UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582<br>*Jury Trial* |
| VERSUS | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

**EXHIBIT LIST FOR MOTION**
**FOR PARTIAL SUMMARY JUDGMENT TO DISMISS BAD FAITH CLAIMS**

1. Plaintiff's Answers to First Set of Interrogatories, Request for Admission and Requests for Production of Documents
2. Plaintiff's Disaster Protocol Initial Discovery Responses
3. Scottdale Policy, SIC 000212-000320
4. Expert Affidavit and Report of Louis Fey
5. Expert Affidavit and Report of Granger Stuck
6. Expert Affidavit and Reports of Stephen Duplantis
7. Deposition of Joey Odom
8. 30(b)(6) Deposition of Encore, Inc., Vol. I
9. 30(b)(6) Deposition of Encore, Inc., Vol. II
10. Encore Contract, Encore 55
11. Payment to Encore, Encore 63
12. Payment to Encore, Encore 66
13. Encore Daily Logs, Encore 000011
14. Encore Billing Statement, Encore 00059
15. Skyline Deposition

16. Skyline Estimate, Skyline 00020-234
17. Skyline Correspondence, Skyline 00218-002-3
18. Skyline Correspondence, Skyline 0037-001
19. Letter of Intent, Skyline 00265-001
20. Skyline Correspondence, Skyline 00172-001, 002, 006, 007
21. Skyline Correspondence, Skyline 00029-01
22. Adam Lock Email, SIC 000563
23. Skyline Estimate, SIC 000556
24. Claim File Notes, SIC 00119-00121
25. Change Order Log, Encore 0009