UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 |
| | *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

### *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL DEPOSITION OF MONTE JONES

NOW INTO COURT, through undersigned counsel, comes Defendant, Scottsdale Insurance Company ("Scottsdale"), who respectfully requests leave to file the Sur-Reply Memorandum in Opposition to the Motion to the Motion to Compel Deposition of Monte Jones filed by Plaintiff, Eaux Holdings, LLC.[1]  Good cause exists for leave of court to allow Scottsdale to file its Sur-Reply to address Plaintiff's Reply Memorandum, particularly Plaintiff's request to continue the trial date. No good cause exists to continue the trial in this matter. Pursuant to Local Rules 7.4.1, counsel for Scottsdale conferred with counsel for Plaintiff regarding its consent to this instant motion. Counsel for Plaintiff indicated it opposes this instant Motion for Leave.

WHEREFORE, Defendant prays that this Motion be granted, and that the attached Sur-Reply Memorandum in Opposition to Motion to Compel Deposition of Monte Jones be filed into the record.

---

[1] The Sur-Reply Memorandum is attached herein as **Exhibit A**.

1

RESPECTFULLY SUBMITTED,

**KEOGH, COX & WILSON, LTD.**

BY: /s / John P. Wolff, III
   JOHN P. WOLFF, III (Bar #14504)
   MARY ANNE WOLF (26556)
   VIRGINIA J. McLIN (31257
   RICHARD W. WOLFF (34844)
   JENNIFER R. DIETZ (33804)
   CHELSEA A. PAYNE (35952)
   SYDNEE D. MENOU (35913)
   COLE C. FRAZIER (38743)
   701 Main Street
   Baton Rouge, La 70802
   Telephone:  225-383-3796
   Facsimile:   225-343-9612
   Email: jwolff@keoghcox.com
     mwolf@keoghcox.com
     jmclin@keoghcox.com
     jdietz@keoghcox.com
     rwolff@keoghcox.com
     cpayne@keoghcox.com
     smenou@keoghcox.com
     cfrazier@keoghcox.com
   *Counsel for Defendant, Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this **16th day of September,** a copy of the foregoing *Ex Parte* Motion for Leave to File Sur-Reply Memorandum in Opposition to Motion to Compel Deposition of Monte Jones was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.  I also certify that there are no known manual recipients.

    /s / John P. Wolff, III
    JOHN P. WOLFF, III

2