UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 |
| | *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

# ORDER

Considering the Foregoing Motion for Leave to File Sur-Reply Memorandum in Opposition to Motion to Compel Deposition of Monte Jones, filed by Scottsdale Insurance Company;

IT IS HEREBY ORDERED that leave is granted;

IT IS FURTHER ORDERED that the sur-reply memorandum be filed into the record.

Lake Charles, Louisiana, this _____ day of _____, 2021.

_____
JUDGE, JAMES CAIN
WESTERN DISTRICT OF LOUISIANA