UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 |
| | *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES CAIN |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

**MOTION *IN LIMINE* TO EXCLUDE LATE EXPERT REPORTS,**
**SUPPLEMENTAL *DAUBERT* MOTION,**
**AND MOTION TO SET ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Scottsdale Insurance Company ("SIC"), who files this motion to exclude Plaintiff's untimely "expert reports" and opinions, and to supplement its *Daubert* motion to exclude Jeffrey Major.

As fully outlined in the supporting memorandum, in submitting the late reports, Plaintiff violated this Court's Scheduling Order and Federal Rule of Procedure, Rule 26. Further, no good cause exists to allow the proffered reports when the underlying facts were readily available before Plaintiff's deadline to submit expert reports.

SIC requests that oral argument be set on October 14, 2021, with the other pending hearings in this matter.

*[Signature block on next page]*

Respectfully submitted,
**KEOGH COX & WILSON**

*Mary Anne Wolf*

JOHN P. WOLFF, III (14504)
MARY ANNE WOLF (26556)
RICHARD W. WOLFF (34844)
JENNIFER R. DIETZ (33804)
CHELSEA A. PAYNE (35952)
SYDNEE D. MENOU (35913)
701 Main Street
Baton Rouge, La 70802
Telephone: 225-383-3796
Facsimile: 225-343-9612
jwolff@keoghcox.com
mwolf@keoghcox.com
jdietz@keoghcox.com
rwolff@keoghcox.com
cpayne@keoghcox.com
smenou@keoghcox.com
*Counsel for Defendant,*
*Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States Mail, properly addressed and postage prepaid, and/or by electronic transmission and/or facsimile transmission.

Baton Rouge, Louisiana, this 5th day of October, 2021.

*Mary Anne Wolf*

Mary Anne Wolf