UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS, LLC | CIVIL CASE NO. 2:20-CV-01582 |
| | *Jury Trial* |
| VERSUS | |
| | JUDGE JAMES D. CAIN, JR. |
| SCOTTSDALE INSURANCE CO. | MAG. JUDGE KATHLEEN KAY |

## **ORDER**

Considering the foregoing motion by Scottsdale Insurance Co. to set a hearing on its motion *in limine* to exclude Plaintiff's late expert reports and supplemental *Daubert* motion,

IT IS HEREBY ORDERED that the Motion to Set for Oral Argument is **GRANTED** and the hearing is set for oral argument on OCTOBER 14, 2021 at 10:00a.m.

THUS DONE AND SIGNED in Chambers on this 6th day of October, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE