UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| EAUX HOLDINGS L L C | CASE NO. 2:20-CV-01582 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| SCOTTSDALE INSURANCE CO | MAGISTRATE JUDGE KAY |

### ORDER FOR JURY MEAL

**IT IS ORDERED** that the Clerk of Court furnish food and beverages to the jury during the trial and deliberations of the above entitled and numbered case as required, at government expense.

THUS DONE in Chambers on this 7th day of March, 2022.

James D. Cain, Jr.
United States District Judge