UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
Held in Lafayette

**EAUX HOLDINGS L L C**                          **CASE NO. 2:20-CV-01582**

**VERSUS**                                       **JUDGE JAMES D. CAIN, JR.**

**SCOTTSDALE INSURANCE CO**                      **MAGISTRATE JUDGE KAY**

MINUTES OF COURT:
Jury Trial-Day 3

| Date: | May 9, 2022 | Presiding: | Judge James D. Cain, Jr. |
|---|---|---|---|
| Court Opened: | 9:11 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 5:00 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 7:49 | Courtroom: | Courtroom 1 |

**APPEARANCES**

| Somer George Brown | For | Eaux Holdings L L C, Plaintiff |
| Michael K Cox | For | Eaux Holdings L L C, Plaintiff |
| Roy Fredric Wygant | For | Eaux Holdings L L C, Plaintiff |
| John Powers Wolff III | For | Scottsdale Insurance Co, Defendant |
| Mary Anne Wolf | For | Scottsdale Insurance Co, Defendant |
| Chelsea Acosta Payne | For | Scottsdale Insurance Co, Defendant |

**PROCEEDINGS**

Case called for Jury Trial, day 3.

Evidence and testimony presented and concluded by Plaintiffs.
Plaintiffs rest.

Evidence and testimony began by Defendants, not concluded.

Case laid over to the following day, March 10, 2022 at 9:00 AM.

**COMMENTS:**
Granger Stuck is offered as an expert in construction.
Mr. Stuck was accepted as an expert by the Court.

At the conclusion of court, a charge conference was held in chambers with counsel.