UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **EAUX HOLDINGS L L C** | **CASE NO. 2:20-CV-01582** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SCOTTSDALE INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the "Rule 50(b) Motion for Judgment as a Matter of Law and Motion to Alter/Amend the Judgment" [Doc. 166] is hereby **GRANTED IN PART** and **DENIED IN PART.**

**IT IS ORDERED** that the motion for judgment as a matter of law is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the motion to amend the judgment is hereby **GRANTED** and an amended judgment will set expert costs of Skyline at 50 hours, and exclude the $38,650 costs from experts that were not used at the trial of this matter.

**THUS DONE AND SIGNED** in Chambers this 1st day of July, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE